1 | DENNIS J. HERRERA, State Bar #139669
City Attorney
2 | JOANNE HOEPER, State Bar #114961
Chief Trial Attorney
3 | JAMES M. EMERY, State Bar #153630
Deputy City Attorney
4 | Fox Plaza
1390 Market Street, Sixth Floor
5 | San Francisco, California 94102-5408
Telephone:      (415) 554-4261
6 | Facsimile:       (415) 554-3837
E-Mail:           jim.emery@sfgov.org

Attorneys for Defendants
THE CITY AND COUNTY OF SAN FRANCISO, ET AL.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IVANA KIROLA, MICHAEL KWOK, and ELIZABETH ELFTMAN, on behalf of themselves and all others similarly situated, | Case No. C07-3685 TEH |
|---|---|
| Plaintiffs, | **STIPULATION TO EXTEND TIME TO ANSWER COMPLAINT** |
| vs. | **CLASS ACTION** |
| THE CITY AND COUNTY OF SAN FRANCISCO ("the CITY"); GAVIN NEWSOM, in his official capacity as Mayor; AARON PESKIN, in his official capacity as President of the Board of Supervisors; JAKE MCGOLDRICK, MICHELA ALIOTO-PIER, ED JEW, CHRIS DALY, SEAN ELSBERND, BEVAN DUFTY, TOM AMMIANO, SOPHIE MAXWELL, ROSS MIRKARIMI, AND GERARDO SANDOVAL, in their offical capacities as members of the Board of Supervisors, | |
| Defendants. | |

STIP TO EXTEND TIME TO ANS COMP
INSERT CASE NO. C07-3685 TEH
                                                              1                                      n:\lit\li2007\080122\00429686.doc

1   Pursuant to Local Rule 6-1(a), the parties stipulate that Defendants' time to answer or
2   otherwise respond to plaintiffs' complaint is extended to September 6, 2007.
3   IT IS SO STIPULATED.

Dated:  August 3, 2007

By: /S/
JAMES M. EMERY

Attorneys for Defendant City and County of San Francisco

Dated:  August 3, 2007

By: /S/
MARK JOHNSON

Attorneys for PLAINTIFFS