NAME ADDRESS AND TELEPHONE NUMBER OF ATTORNEY
MARK T. JOHNSON (SBN 76904)
The Sturdevant Law Firm
475 Sansome Street, Suite 1750
San Francisco, CA 94111
Telephone: (415) 477-2410

ATTORNEY(S) FOR:  Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IVANA KIROLA, et. al.<br><br>Plaintiff,<br><br>V.<br><br>THE CITY AND COUNTY OF SAN FRANCISCO ("the CITY"), et. al.<br><br>Defendant. | CASE NUMBER<br><br>C 07 3685 TEH<br><br>**DECLARATION OF SERVICE** |
|---|---|

At the time of service I was a citizen of the United States, over the age of eighteen, and not a party to this action; I served copies of the:

SUMMONS IN A CIVIL CASE; COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF FOR DISCRIMINATION AGAINST PERSONS WITH DISABILITIES IN VIOLATION OF: THE AMERICANS WITH DISABILITIES ACT OF 1990; SECTION 504 OF THE REHABILITATION ACT OF 1973; CAL. CIV. CODE 51, ET. SEQ., CAL. CIV. CODE 54, ET. SEQ., AND CAL. GOVT. CODE 11135, ET. SEQ.; SCHEDULING ORDER FOR CASES ASSERTING DENIAL OF RIGHT OF ACCESS UNDER AMERICANS WITH DISABILITIES ACT TITLE III (42 U.S.C. 12181-89); STANDING ORDER FOR THE HONORABLE THELTON E. HENDERSON; STANDING ORDER FOR ALL JUDGES OF

in the within action by personally delivering true copies thereof to the person served as follows:

  Served           : CHRIS DALY IN HIS OFFICIAL CAPACITY AS A MEMBER OF
                     THE BOARD OF SUPERVISORS

  By serving       : Sonny Wong, Authorized Agent

  Address          : Board of Supervisors
                     1 Dr. Carlton B. Goodlet Place
                     San Francisco, CA 94102

  Date of Service  : July 18, 2007

  Time of Service  : 2:38 PM

I declare under penalty of perjury under the laws of the United States of America that the foregoing information is true and correct.

Date: July 19, 2007

SPECIALIZED LEGAL SERVICES
1112 Bryant Street, Suite 200
San Francisco, CA 94103
Telephone: (415) 357-0500
Registered San Francisco
Number 726

Signature: _____
           SHAWN MILLER

218358