1  Guy B. Wallace, State Bar No. 176151
   Nancy Park, Sate Bar No. 236750
2  Christian Schreiber, State Bar No. 245597
   SCHNEIDER & WALLACE
3  180 Montgomery Street, Suite 2000
   San Francisco, CA 94104
4  Telephone:   (415) 421-7100
   Facsimile:   (415) 421-7105
5

6  James C. Sturdevant, State Bar No. 94551
   Mark T. Johnson, State Bar No. 76904
7  Alexius Markwalder, State Bar No. 227004
   THE STURDEVANT LAW FIRM
8  A Professional Corporation
   475 Sansome Street, Suite 1750
9  San Francisco, California 94111
   Telephone:   (415) 477-2410
10 Facsimile:   (415) 477-2420

11 Attorneys for Plaintiffs

12
                    UNITED STATES DISTRICT COURT
13                  NORTHERN DISTRICT OF CALIFORNIA

14

15 | IVANA KIROLA, MICHAEL KWOK, AND ELIZABETH ELFTMAN, on behalf of themselves and all others similarly situated; | Case No.: **C07-3685 SBA** |
   |---|---|
   | Plaintiffs, | **CLASS ACTION** |
   | v. | **[PROPOSED] ORDER ESTABLISHING THE NON-APPLICABILITY OF GENERAL ORDER 56 TO THIS CASE** |
   | THE CITY AND COUNTY OF SAN FRANCISCO ("the CITY"); GAVIN NEWSOM, in his official capacity as Mayor; AARON PESKIN, in his official capacity as President of the Board of Supervisors; JAKE MCGOLDRICK, MICHELA ALIOTO-PIER, ED JEW, CHRIS DALY, SEAN ELSBERND, BEVAN DUFTY, TOM AMMIANO, SOPHIE MAXWELL, ROSS MIRKARIMI, AND GERARDO SANDOVAL, in their official capacities as members of the Board of Supervisors; | |
   | Defendants. | |

1     Having considered Plaintiffs' Motion for Administrative Relief Establishing the Non-Applicability of General Order 56 to this Case, the papers and pleadings on file herein, and good cause appearing therefor,

    IT IS HEREBY ORDERED:

    This case is not subject to General Order 56 because Plaintiffs' Complaint alleges no claim under Title III of the Americans with Disabilities Act. The parties are hereby relieved of all requirements under General Order 56. The Scheduling Order issued in this case on July 17, 2007 is hereby vacated.

    The Court will separately issue an order setting an Initial Case Management Conference in this case Pursuant to Fed. Rule Civ. Proc. 16(b) and Civil Local Rule 16-2

Dated: _____      _____
                                                        HONORABLE SAUNDRA B. ARMSTRONG
                                                        U.S. DISTRICT COURT JUDGE