JEFFER, MANGELS, BUTLER & MARMARO LLP
MARTIN H. ORLICK (Bar No. 083908), MHO@jmbm.com
MATTHEW S. KENEFICK (Bar No. 227298), MSK@jmbm.com
Two Embarcadero Center, Fifth Floor
San Francisco, California  94111-3824
Telephone:     (415) 398-8080
Facsimile:       (415) 398-5584

Attorneys for Defendants CITY AND COUNTY OF SAN FRANCISCO and CITY OF SAN FRANCISCO UPTOWN PARKING CORPORATION, a California Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CRAIG YATES,<br><br>          Plaintiff,<br><br>     v.<br><br>UNION SQUARE; CITY AND COUNTY OF SAN FRANCISCO, CITY OF SAN FRANCISCO UPTOWN PARKING CORPORATION; EMPORIO RULLI IL CAFFE UNION SQ.; EMPORIO RULLI IL CAFFE UNION SQ., INC.; and DOES 1 through 50, Inclusive,<br><br>          Defendants. | CASE NO. C074087JSW<br><br>*RELATED*  CASE NO. C073685TEH(SBA)<br><br>**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF NOTICE OF RELATED CASES AND REQUEST FOR RE-ASSIGNMENT (Local Rule 3-12)**<br><br>**Accompanying Papers**: Notice of Related Cases<br><br>Complaint filed:     August 9, 2007<br>Trial date:             none set |

Pursuant to Federal Rule of Evidence 201, Defendants City and County of San Francisco and City of San Francisco Uptown Parking Corporation, a California corporation (collectively, "Defendants") hereby submit the following Request for Judicial Notice in Support of Notice of Related Cases and Request for Re-Assignment:

1.     Defendants hereby request the Court take judicial notice of the Complaint for Declaratory and Injunctive Relief for Discrimination Against Persons with Disabilities in Violation of: the Americans with Disabilities Act of 1990; Section 504 of the Rehabilitation Act of 1973; Cal Civ. Code §§ 51, et seq., Cal Civil. Code §§  54, et seq., and Cal. Gov't Code §§ 11135, et seq. filed

1  by Ivana Kirola, Michael Kwok, and Elizabeth Elftman on July 17, 2007 (the "Kirola Complaint").

2  Attached hereto as **Exhibit 1** is a true and correct copy of the Kirola Complaint.

3      2.  Defendants hereby request the Court take judicial notice of the Complaint for

4  Injunctive & Declaratory Relief and Damages: Denial of Civil Rights of a Disabled Person in

5  Violation of the Americans with Disabilities Act of 1990, Section 504 of the Rehabilitation Act of

6  1973, and California's Disabled Rights Statutes filed by Craig Yates on August 9, 2007 (the "Yates

7  Complaint").  Attached hereto as **Exhibit 2** is a true and correct copy of the Yates Complaint.

9  DATED:   October 18, 2007   JEFFER, MANGELS, BUTLER & MARMARO LLP
   MARTIN H. ORLICK
10  MATTHEW S. KENEFICK

12  By: /S/ Martin H. Orlick
    MARTIN H. ORLICK
    Attorneys for Defendant CITY AND COUNTY OF
13  SAN FRANCISCO AND CITY OF SAN
    FRANCISCO UPTOWN PARKING
14  CORPORATION, a California corporation