DENNIS J. HERRERA, State Bar #139669
City Attorney
JOANNE HOEPER, State Bar #114961
Chief Trial Attorney
JAMES M. EMERY, State Bar #153630
Deputy City Attorney
Fox Plaza
1390 Market Street, Sixth Floor
San Francisco, California 94102-5408
Telephone:     (415) 554-4261
Facsimile:     (415) 554-3837
E-Mail:        jim.emery@sfgov.org

Attorneys for Defendants
THE CITY AND COUNTY OF SAN FRANCISCO, ET AL.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IVANA KIROLA, MICHAEL KWOK, and ELIZABETH ELFTMAN, on behalf of themselves and all others similarly situated,<br><br>　　　　　Plaintiffs,<br><br>　vs.<br><br>THE CITY AND COUNTY OF SAN FRANCISCO ("the CITY"); GAVIN NEWSOM, in his official capacity as Mayor; AARON PESKIN, in his official capacity as President of the Board of Supervisors; JAKE MCGOLDRICK, MICHELA ALIOTO-PIER, ED JEW, CHRIS DALY, SEAN ELSBERND, BEVAN DUFTY, TOM AMMIANO, SOPHIE MAXWELL, ROSS MIRKARIMI, AND GERARDO SANDOVAL, in their official capacities as members of the Board of Supervisors,<br><br>　　　　　Defendants. | Case No. C07-3685 SBA<br><br>[PROPOSED] ORDER DENYING PLAINTIFF'S MOTION FOR ADMINISTRATIVE RELIEF |

1  On October 17, 2007, plaintiffs filed a motion for administrative relief to establish the non-applicability of General Order 56 to this case. Having considered plaintiffs' motion and defendants' response, the Court directs the parties as follows:

(1) the parties shall arrange a joint inspection of facilities and premises specifically identified in plaintiffs' complaint, or a smaller sampling of facilities agreed on by the parties;

(2) the parties shall mediate before a mutually acceptable neutral;

(3) the parties shall appear for an initial case management conference on _____, 2007/08 at _____ A.M./P.M; and

(4) other discovery is stayed pending the initial case management conference.

Good cause appearing, it is SO ORDERED

_____
Hon. Saundra B. Armstrong
United States District Judge