Guy B. Wallace, State Bar No. 176151
Nancy Park, Sate Bar No. 236750
Christian Schreiber, State Bar No. 245597
SCHNEIDER & WALLACE
180 Montgomery Street, Suite 2000
San Francisco, CA 94104
Telephone:     (415) 421-7100
Facsimile:      (415) 421-7105

James C. Sturdevant, State Bar No. 94551
Mark T. Johnson, State Bar No. 76904
Alexius Markwalder, State Bar No. 227004
THE STURDEVANT LAW FIRM
A Professional Corporation
475 Sansome Street, Suite 1750
San Francisco, California 94111
Telephone:     (415) 477-2410
Facsimile:      (415) 477-2420

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IVANA KIROLA, MICHAEL KWOK, AND ELIZABETH ELFTMAN, on behalf of themselves and all others similarly situated;<br><br>Plaintiffs,<br><br>v.<br><br>THE CITY AND COUNTY OF SAN FRANCISCO ("the CITY"); GAVIN NEWSOM, in his official capacity as Mayor; AARON PESKIN, in his official capacity as President of the Board of Supervisors; JAKE MCGOLDRICK, MICHELA ALIOTO-PIER, ED JEW, CHRIS DALY, SEAN ELSBERND, BEVAN DUFTY, TOM AMMIANO, SOPHIE MAXWELL, ROSS MIRKARIMI, AND GERARDO SANDOVAL, in their official capacities as members of the Board of Supervisors;<br><br>Defendants. | Case No.: **C07-3685 SBA**<br><br>**CLASS ACTION**<br><br>**DECLARATION OF MARK T. JOHNSON IN SUPPORT OF PLAINTIFFS' STATEMENT IN OPPOSITION TO RELATED CASE DESIGNATION AND REASSIGNMENT OF** *Yates v. Union Square, et al.* **Case No. C074087JSW** |

I, Mark T. Johnson, declare as follows:

1.      I am an attorney at law duly licensed to practice law in the courts of the State of California, as well as the Northern District of California. I am a member of the Sturdevant Law Firm, counsel for Plaintiffs in this action. I have personal knowledge of the facts set forth in this declaration and, if called upon as a witness, I could and would testify competently as to these facts.

2.      On October 18, 2007, after receiving and reviewing the Notice of Related Cases and Request for Reassignment filed in this action by the Defendants in Case No. C07 4087JSW, *Yates v Union Square, et al.*¸ I called and left a message for the plaintiff's attorney in that case, Timothy S. Thimesch, to discuss the content of that filing and to find out whether the plaintiff in that action would be opposing the related case designation and request for reassignment.

3.      On October 19, 2007 I received a return call from Mr. Thimesch and spoke by telephone to both him and his co-counsel, Gene Farber. After exchanging information about our respective cases, including the dramatically different scope of the cases and the different legal and factual issues involved in each case, it was agreed that the request for reassignment filed by the *Yates* defendants was without merit and that any reassignment and possible consolidation or coordinated hearing of the cases would be contrary to the interests of judicial economy and the efficient prosecution of either case. We also agreed that any concerns arising from the fact that the cases might overlap with respect to the Union Square properly could be easily addressed by amending the *Kirola* Complaint to exclude that site.

4.      Plaintiffs in this case intend to seek leave to amend their Complaint in this action in the immediate future. Among the amendments to the Complaint they intend to propose will be the exclusion of the city block comprising Union Square from the scope of the Complaint.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct.

DATED:  October 22, 2007          _____/s/_____
                                  By:   MARK T. JOHNSON
                                        Attorneys for Plaintiffs

1

DECLARATION OF MARK T. JOHNSON IN SUPPORT OF PLAINTIFFS'
OPPOSITION TO RELATED CASE DESIGNATION AND REASSIGNMENT          C07-3685 SBA