Guy B. Wallace, State Bar No. 176151
Nancy Park, Sate Bar No. 236750
Christian Schreiber, State Bar No. 245597
SCHNEIDER & WALLACE
180 Montgomery Street, Suite 2000
San Francisco, CA 94104
Telephone:     (415) 421-7100
Facsimile:      (415) 421-7105

James C. Sturdevant, State Bar No. 94551
Mark T. Johnson, State Bar No. 76904
Alexius Markwalder, State Bar No. 227004
THE STURDEVANT LAW FIRM
A Professional Corporation
475 Sansome Street, Suite 1750
San Francisco, California 94111
Telephone:     (415) 477-2410
Facsimile:      (415) 477-2420

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IVANA KIROLA, MICHAEL KWOK, AND ELIZABETH ELFTMAN, on behalf of themselves and all others similarly situated;<br><br>Plaintiffs,<br><br>v.<br><br>THE CITY AND COUNTY OF SAN FRANCISCO ("the CITY"); GAVIN NEWSOM, in his official capacity as Mayor; AARON PESKIN, in his official capacity as President of the Board of Supervisors; JAKE MCGOLDRICK, MICHELA ALIOTO-PIER, ED JEW, CHRIS DALY, SEAN ELSBERND, BEVAN DUFTY, TOM AMMIANO, SOPHIE MAXWELL, ROSS MIRKARIMI, AND GERARDO SANDOVAL, in their official capacities as members of the Board of Supervisors;<br><br>Defendants. | Case No.: **C07-3685 SBA**<br><br>**CLASS ACTION**<br><br>**[PROPOSED] ORDER DENYING ADMINISTRATIVE MOTION TO RELATE CASE AND DENYING REASSIGNMENT OF** *Yates v. Union Square, et al.* **Case No. C074087JSW** |

1  Having considered the Notice of Related Case and Request for Reassignment filed by
2  Defendants in the case *Yates v. Union Square, et al.* Case No. C074087JSW ("Yates"), the papers filed
3  in opposition, the papers and pleadings on file herein, and good cause appearing therefor,
4  IT IS HEREBY ORDERED:
5  The *Yates* and *Kirola* cases do not satisfy the criteria set forth in Local Rule 3-12(a) as they do
6  not concern substantially the same parties, property, transactions or events.  Moreover, the failure to
7  reassign the *Yates* case would not result in an unduly burdensome duplication of labor and expenses or
8  conflicting results.  Therefore, the request for reassignment of *Yates v. Union Square, et al.* Case No.
9  C074087JSW and relation to the instant case is hereby DENIED.

Dated: _____          _____
                                              HONORABLE SAUNDRA B. ARMSTRONG
                                              U.S. DISTRICT COURT JUDGE