1 | Guy B. Wallace, State Bar No. 176151
Nancy Park, Sate Bar No. 236750
2 | Christian Schreiber, State Bar No. 245597
SCHNEIDER & WALLACE
3 | 180 Montgomery Street, Suite 2000
San Francisco, CA 94104
4 | Telephone: (415) 421-7100
Facsimile: (415) 421-7105

6 | James C. Sturdevant, State Bar No. 94551
Mark T. Johnson, State Bar No. 76904
7 | Alexius Markwalder, State Bar No. 227004
THE STURDEVANT LAW FIRM
8 | A Professional Corporation
475 Sansome Street, Suite 1750
9 | San Francisco, California 94111
Telephone: (415) 477-2410
10 | Facsimile: (415) 477-2420

11 | Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| IVANA KIROLA, MICHAEL KWOK, AND ELIZABETH ELFTMAN, on behalf of themselves and all others similarly situated; | Case No.: **C07-3685 SBA** |
|---|---|
| Plaintiffs, | **CLASS ACTION** |
| v. | **ORDER ESTABLISHING THE NON-APPLICABILITY OF GENERAL ORDER 56 TO THIS CASE** |
| THE CITY AND COUNTY OF SAN FRANCISCO ("the CITY"); GAVIN NEWSOM, in his official capacity as Mayor; AARON PESKIN, in his official capacity as President of the Board of Supervisors; JAKE MCGOLDRICK, MICHELA ALIOTO-PIER, ED JEW, CHRIS DALY, SEAN ELSBERND, BEVAN DUFTY, TOM AMMIANO, SOPHIE MAXWELL, ROSS MIRKARIMI, AND GERARDO SANDOVAL, in their official capacities as members of the Board of Supervisors; | |
| Defendants. | |

1 | Having considered Plaintiffs' Motion for Administrative Relief Establishing the Non-Applicability of General Order 56 to this Case, the papers and pleadings on file herein, and good cause appearing therefor,

IT IS HEREBY ORDERED:

This case is not subject to General Order 56 because Plaintiffs' Complaint alleges no claim under Title III of the Americans with Disabilities Act.  The parties are hereby relieved of all requirements under General Order 56.  The Scheduling Order issued in this case on July 17, 2007 is hereby vacated.

The Court will separately issue an order setting an Initial Case Management Conference in this case Pursuant to Fed. Rule Civ. Proc. 16(b) and Civil Local Rule 16-2.

Dated: 10/30/07

_____
HONORABLE SAUNDRA B. ARMSTRONG
U.S. DISTRICT COURT JUDGE