THIMESCH LAW OFFICES
TIMOTHY S. THIMESCH, ESQ., No. 148213
GENE A. FARBER, ESQ., No. 44215
                - Of Counsel
185 Hillcrest Drive
Walnut Creek, CA 94597-3452
Telephone: (925) 588-0401
Facsimile: (888) 210-8868
tim@thimeschlaw.com
genefarber@gmail.com

Attorneys for Plaintiff
CRAIG YATES

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAIG YATES, | Case No. C 07 4087JSW |
| Plaintiff, | RELATED CASE NO. C 07 3685 SBA |
| vs. | **PLAINTIFF COUNSEL'S REQUEST TO THE CLERK OF COURT THAT HE BE DESIGNATED INTERESTED PARTY PENDING OUTCOME OF RELATED CASE MOTION** |
| UNION SQUARE; CITY AND COUNTY OF SAN FRANCISCO; CITY OF SAN FRANCISCO UPTOWN PARKING CORPORATION; EMPORIO RULLI IL CAFFE UNION SQ.; EMPORIO RULLI IL CAFFE UNION SQ., INC.; and DOES 1 through 50, Inclusive, | |
| Defendants. / | |

**TO THE CLERK:**

Plaintiff Counsel Timothy S. Thimesch requests that pending the outcome of defendants' Motion to relate this case, that he be designated an interested party for purposes of receiving special ECF Notice of the events and filings in the matter <u>Kirola v. City and County of San Francisco</u>, Case No. 07-3685 SBA. Currently only his co-counsel Gene Farber is receiving such notices.

Dated: October 23, 2007

                                                         /s/
                                          TIMOTHY S. THIMESCH
                                          Attorney for CRAIG YATES

Thimesch Law Offices
158 Hilltop Crescent
Walnut Creek, CA
94597-3452
(925) 588-0401

**Plaintiff Counsel's Request to Be Designated Interested Party Pending Outcome of Related Case Motion: C07-4087 EDL**