# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## CIVIL CASE MANAGEMENT CONFERENCE MINUTES

**Date:**11/14/07

**C-07-03685 SBA**          **JUDGE: SAUNDRA BROWN ARMSTRONG**

**Title: KIROLA ET AL** vs. **CITY & COUNTY OF SAN FRANCISCO ET AL**

**Atty.:** __GUY WALLACE__          __JIM EMERY__

_____          _____

**Deputy Clerk: Lisa R. Clark**          **Court Reporter:** __N/R__
**PROCEEDINGS**
Plt   DFT
( )  ( ) **1. TELEPHONE CASE MANAGEMENT CONFERENCE - HELD**
_____
( )  ( ) **2.**_____
( )  ( ) **3.**_____
( )  ( ) **4.**_____
( ) **Motion(s)**   ( ) **Granted**      ( ) **Denied**      ( ) **Off Calendar**
                ( ) **Granted/Part** ( ) **Denied/Part** ( ) **Submitted**
( ) **Order to be prepared by** ( ) **Plaintiff** ( )**Deft** ( ) **Court**

## RESULT OF CASE MANAGEMENT CONFERENCE
Case Continued to __12/13/07__ for a Telephone Case Management Conference at 3:30 p.m.***
Case Continued to_____for  OSC RE:_____
Case Continued to_____for_____Motion Hearing
Brief Sched. Motion papers by_____Opposition by_____Reply by_____
General Discovery Cut-off_____Expert Discovery Cut-off_____
Plft to name Experts by_____Deft to name Experts by_____
All Dispositive Motions to be heard by ( Motion Cut-off)_____
Case Continued to_____for Pretrial Conference at 1:00 p.m.
Pretrial Papers Due_____Motions in limine/objections to evidence due_____Responses
to motions in limine and/or responses to objections to evidence due_____
Case Continued to_____for Trial(Court/Jury:_____Days) at 8:30 a.m.
( ) **REFERRED TO MAGISTRATE**_____**FOR SETTLEMENT CONFERENCE**
( ) **REFERRED TO MAGISTRATE TO BE ASSIGNED FOR ALL DISCOVERY MATTERS**
 **Notes:** __PARTIES TO FILE NOTICE OF RELATED ACTION BY 11/16/07; PARTIES TO FILE__
__JOINT CMC STATEMENT 10 DAYS IN ADVANCE OF THE NEXT CMC;*** CMC WAS SET__
__FOR 12/12/07 THAT DATE IS NOT AVAILABLE  THE COURT HAS CHANGED THE DATE__
__AND TIME__ cc: