UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CIVIL CASE MANAGEMENT CONFERENCE MINUTES

Date: 12/13/07

C-07-03685 SBA           JUDGE: SAUNDRA BROWN ARMSTRONG

Title: KIROLA ET AL vs. CITY & COUNTY OF SAN FRANCISCO ET AL

Atty.:  GUY WALSH                    JIM EMERY

Deputy Clerk: Lisa R. Clark          Court Reporter:
PROCEEDINGS
Plt   DFT
( )   ( ) 1.   TELEPHONE CASE MANAGEMENT CONFERENCE - HELD
( )   ( ) 2.
( )   ( ) 3.
( )   ( ) 4.
( ) Motion(s)    ( ) Granted    ( ) Denied    ( ) Off Calendar
           ( ) Granted/Part  ( ) Denied/Part  ( ) Submitted
(X) Order to be prepared by  ( ) Plaintiff  ( )Deft  (X) Court

RESULT OF CASE MANAGEMENT CONFERENCE
Case Continued to_____ for a Telephone Case Management Conference at  p.m.
Case Continued to_____ for OSC RE:_____
Case Continued to_____ for_____ Motion Hearing
Brief Sched. Motion papers by_____ Opposition by_____ Reply by_____
General Discovery Cut-off 2/27/09   Expert Discovery Cut-off 2/27/09
Plft to name Experts by 12/5/08         Deft to name Experts by 12/5/08
All Dispositive Motions to be heard by ( Motion Cut-off) 4/28/09
Case Continued to 6/9/09       for Pretrial Conference at 1:00 p.m.
Pretrial Papers Due 5/19/09         Motions in limine/objections to evidence due 5/26/09
Responses to motions in limine and/or responses to objections to evidence due 6/2/09
Case Continued to 6/22/09        for Trial(Court/Jury: 12 Days) at 8:30 a.m.
(x) REFERRED TO MAGISTRATE TO BE ASSIGNED           FOR SETTLEMENT CONFERENCE
( ) REFERRED TO MAGISTRATE TO BE ASSIGNED FOR ALL DISCOVERY MATTERS
  Notes: PRIVATE MEDIATION TO BE COMPLETED BY 3/13/08; MANDATORY SETTLEMENT CONFERENCE TO BE HELD BETWEEN 4/29-5/15/09 BEFORE A MAGISTRATE JUDGE
cc: WINGS HOM VIA FAX