1  Guy B. Wallce, State Bar No. 176151
   Nancy Park, Sate Bar No. 236750
2  Christian Schreiber, State Bar No. 245597
   SCHNEIDER & WALLACE
3  180 Montgomery Street, Suite 2000
   San Francisco, CA  94104
4  Telephone:     (415) 421-7100
   Facsimile:      (415) 421-7105
5

6  James C. Sturdevant, State Bar No. 94551
   Mark T. Johnson, State Bar No. 76904
7  Alexius Markwalder, State Bar No. 227004
   THE STURDEVANT LAW FIRM
8  A Professional Corporation
   475 Sansome Street, Suite 1750
9  San Francisco, California   94111
   Telephone:     (415) 477-2410
10 Facsimile:      (415) 477-2420

11 Attorneys for Plaintiffs

12
                    UNITED STATES DISTRICT COURT
13                  NORTHERN DISTRICT OF CALIFORNIA

14

15 | IVANA KIROLA, MICHAEL KWOK, AND ELIZABETH ELFTMAN, on behalf of themselves and all others similarly situated; | Case No.: **C07-3685 SBA**
16 | | **CLASS ACTION**
17 | Plaintiffs, | **NOTICE OF CHANGE OF ADDRESS**
18 | v. |
19 | THE CITY AND COUNTY OF SAN FRANCISCO ("the CITY"); GAVIN NEWSOM, in his official capacity as Mayor; AARON PESKIN, in his official capacity as President of the Board of Supervisors; JAKE MCGOLDRICK, MICHELA ALIOTO-PIER, ED JEW, CHRIS DALY, SEAN ELSBERND, BEVAN DUFTY, TOM AMMIANO, SOPHIE MAXWELL, ROSS MIRKARIMI, AND GERARDO SANDOVAL, in their official capacities as members of the Board of Supervisors;

       Defendants.

NOTICE OF CHANGE OF ADDRESS                                    C07-3685 SBA

1  TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

2  PLEASE TAKE NOTICE that as of January 18, 2008, The Sturdevant Law Firm, attorneys for

3  Plaintiffs in the above-captioned matter, has moved its offices.  Our telephone number and facsimile

4  number remain the same.  The new address is as follows:

> The Sturdevant Law Firm
> A Professional Corporation
> 354 Pine Street, Fourth Floor
> San Francisco, CA  94104
> (415) 477-2410 phone
> (415) 477-2420 facsimile

Dated:  January 11, 2008                             THE STURDEVANT LAW FIRM
                                                     A Professional Corporation


                                          By:      _____/s/_____
                                                   Mark T. Johnson
                                                   Attorneys for Plaintiffs

---

NOTICE OF CHANGE OF ADDRESS                                        C07-3685 SBA