1  DENNIS J. HERRERA, State Bar #139669
   City Attorney
2  DANNY CHOU, State Bar # 180240
   Chief of Complex and Special Litigation
3  JAMES M. EMERY, State Bar #153630
   ELAINE M. O'NEIL, State Bar # 142234
4  Deputy City Attorneys
   Fox Plaza
5  1390 Market Street, Seventh Floor
   San Francisco, California 94102-5408
6  Telephone:     (415) 554-4261
   Facsimile:      (415) 554-3837
7  E-Mail:         jim.emery@sfgov.org

8

9  Attorneys for Defendants
   THE CITY AND COUNTY OF SAN FRANCISCO, ET AL.
10

11                    UNITED STATES DISTRICT COURT

12                  NORTHERN DISTRICT OF CALIFORNIA

13  IVANA KIROLA, MICHAEL KWOK,              Case No. C07-3685 SBA
    and ELIZABETH ELFTMAN, on behalf
14  of themselves and all others similarly    CLASS ACTION
    situated,
15                                           DEFENDANT CITY AND COUNTY OF
                                             SAN FRANCISCO'S NOTICE OF
16            Plaintiffs,                     APPEARANCE OF DEPUTY CITY
                                             ATTORNEY ELAINE M. O'NEIL
17       vs.

18  THE CITY AND COUNTY OF SAN
    FRANCISCO ("the CITY"); GAVIN
19  NEWSOM, in his official capacity as
    Mayor; AARON PESKIN, in his official
20  capacity as President of the Board of
    Supervisors; JAKE MCGOLDRICK,
21  MICHELA ALIOTO-PIER, ED JEW,
    CHRIS DALY, SEAN ELSBERND,
22  BEVAN DUFTY, TOM AMMIANO,
    SOPHIE MAXWELL, ROSS
23  MIRKARIMI, AND GERARDO
    SANDOVAL, in their official capacities
24  as members of the Board of Supervisors,

25            Defendants.

26

27  / / /

28  / / /

NOTICE OF APPEARANCE                        1        n:\lit\li2007\080122\00463045.doc
CASE NO. C07-3685 SBA

1

TO ALL PARTIES AND TO THIS COURT:

2

    PLEASE TAKE NOTICE that Deputy City Attorney Elaine M. O'Neil is appearing on behalf

3

of Defendant City and County of San Francisco in this matter in addition to Deputy City Attorney

4

James Emery.

5

DATED:  January 30, 2008

6
                                            DENNIS J. HERRERA
                                            City Attorney
7                                           JOANNE HOEPER
                                            Chief Trial Deputy
8

9                                              /s/

                                  By:_____
10                                         ELAINE M. O'NEIL
                                           Deputy City Attorney
11

12                                         Attorneys for Defendants City and
                                           County of San Francisco, et al.
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28