1  Guy B. Wallace, State Bar No. 176151
   Nancy Park, State Bar No. 236750
2  Christian Schreiber, State Bar No. 245597
3  SCHNEIDER & WALLACE
   180 Montgomery Street, Suite 2000
4  San Francisco, CA 94104
   Telephone: (415) 421-7100
5  Facsimile: (415) 421-7105

6
   Mark T. Johnson, State Bar No. 76904
7  Alexius Markwalder, State Bar No. 227004
   THE STURDEVANT LAW FIRM
8  475 Sansome Street, Suite 1750
   San Francisco, CA 94111
9  Telephone: (415) 477-2410
10 Facsimile: (415) 477-2420

11 Attorneys for Plaintiffs

12 **UNITED STATES DISTRICT COURT**

13 **NORTHERN DISTRICT OF CALIFORNIA**

14

| | |
|---|---|
| IVANA KIROLA, MICHAEL KWOK, and ELIZABETH ELFTMAN, on behalf of themselves and all others similarly situated; | Case No 4:07-cv-03685 SBA |
| Plaintiffs, | |
| vs. | |
| THE CITY AND COUNTY OF SAN FRANCISCO ("the CITY"); GAVIN NEWSOM, in his official capacity as Mayor; AARON PESKIN, in his official capacity as President of the Board of Supervisors; JAKE MCGOLDRICK, MICHELA ALIOTO-PIER, ED JEW, CHRIS DALY, SEAN ELSBERND, BEVAN DUFTY, TOM AMMIANO, SOPHIE MAXWELL, ROSS MIRKARIMI, AND GERARDO SANDOVAL, in their official capacities as members of the Board of Supervisors; | **PLAINTIFFS' NOTICE OF CHANGE OF FIRM NAME** |
| Defendant. | |

TO THE CLERK OF THE COURT AND TO ALL PARTIES AND THEIR ATTORNEY OF RECORD:

Please take notice that effective May 1, 2008, Schneider & Wallace will change its name to Schneider Wallace Cottrell Brayton Konecky LLP. The firm's and its lawyers' addresses, telephone numbers, facsimile numbers, and e-mail addresses will remain the same.

Dated:  April 30, 2008     SCHNEIDER & WALLACE
                           THE STURDEVANT LAW FIRM


                           /s/ *Guy B. Wallace*

                           GUY B. WALLACE
                           Attorneys for Plaintiff