Guy B. Wallace, State Bar No. 176151
Mark T. Johnson, State Bar No. 76904
Christian Schreiber, State Bar No. 245597
SCHNEIDER WALLACE COTTRELL
BRAYTON KONECKY LLP
180 Montgomery Street, Suite 2000
San Francisco, CA 94104
Telephone: (415) 421-7100
Facsimile: (415) 421-7105

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IVANA KIROLA, MICHAEL KWOK, and ELIZABETH ELFTMAN, on behalf of themselves and all others similarly situated;<br><br>Plaintiffs,<br><br>vs.<br><br>THE CITY AND COUNTY OF SAN FRANCISCO ("the CITY"); GAVIN NEWSOM, in his official capacity as Mayor; AARON PESKIN, in his official capacity as President of the Board of Supervisors; JAKE MCGOLDRICK, MICHELA ALIOTO-PIER, ED JEW, CHRIS DALY, SEAN ELSBERND, BEVAN DUFTY, TOM AMMIANO, SOPHIE MAXWELL, ROSS MIRKARIMI, AND GERARDO SANDOVAL, in their official capacities as members of the Board of Supervisors;<br><br>Defendants. | Case No 4:07-cv-03685 SBA<br><br>[proposed] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL THE DECLARATION OF GUY B. WALLACE IN SUPPORT OF STIPULATION AND [proposed] ORDER RE CONTINUING TRIAL DATE AND MODIFYING PRETRIAL SCHEDULE |

# ORDER

Pursuant to Local Rule 79-5, the Court hereby GRANTS Plaintiffs' request that the following documents be filed under seal:

- Declaration of Guy B. Wallace In Support Of Stipulation And [proposed] Order Re Continuing Trial Date and Modifying Pretrial Schedule

Pursuant to Local Rule 79-5(c), the documents are marked with the words "FILED UNDER SEAL."

**IT IS SO ORDERED.**

Dated: 6/3 _____, 2009

_Saundra B. Armstrong_
HON. SAUNDRA B. ARMSTRONG
United States Magistrate Judge