1  Guy B. Wallace, State Bar No. 176151
2  Mark T. Johnson, State Bar No. 76904
   Christian Schreiber, State Bar No. 245597
3  SCHNEIDER WALLACE COTTRELL
   BRAYTON KONECKY LLP
4  180 Montgomery Street, Suite 2000
   San Francisco, CA 94104
5  Telephone: (415) 421-7100
   Facsimile: (415) 421-7105
6
7  Attorneys for Plaintiffs

8
9              UNITED STATES DISTRICT COURT
10             NORTHERN DISTRICT OF CALIFORNIA
11

12 | IVANA KIROLA, MICHAEL KWOK, and | Case No 4:07-cv-03685 SBA
13 | ELIZABETH ELFTMAN, on behalf of themselves and all others similarly situated; |
14 |           Plaintiffs, |
15 |     vs. |
16 | THE CITY AND COUNTY OF SAN | **STIPULATION AND [ ORDER RE CONTINUING TRIAL DATE AND MODIFYING PRETRIAL SCHEDULE**
17 | FRANCISCO ("the CITY"); GAVIN NEWSOM, in his official capacity as Mayor; |
18 | AARON PESKIN, in his official capacity as President of the Board of Supervisors; JAKE |
19 | MCGOLDRICK, MICHELA ALIOTO-PIER, ED JEW, CHRIS DALY, SEAN ELSBERND, |
20 | BEVAN DUFTY, TOM AMMIANO, SOPHIE MAXWELL, ROSS MIRKARIMI, AND |
21 | GERARDO SANDOVAL, in their official capacities as members of the Board of |
22 | Supervisors; |
23 |           Defendants. |

## STIPULATION

Whereas, Plaintiffs' lead trial counsel, Guy B. Wallace, has been unavailable to work on this matter during the first four months of 2009 due to family medical emergencies, and has been out of the office on leave during that time;

Whereas, Mr. Wallace's circumstances are described in his accompanying Declaration submitted in support of this proposed Stipulation and Order; and,

Whereas the unavailability of Guy Wallace has resulted in a substantial impairment of Plaintiffs' ability to conduct discovery and engage in pretrial preparation;

IT IS HEREBY STIPULATED by and between the parties, through their counsel of record, that the current pretrial and trial schedule be continued as set forth below. The schedule has been continued once previously herein, and the parties do not anticipate seeking further adjustment. The parties propose the following modification to the pretrial and trial schedule in this matter:

|  | Current Date | Proposed Date |
|---|---|---|
| Non-expert discovery cut off | October 23, 2009 | February 26, 2010 |
| Expert designation | August 7, 2009 | December 11, 2009 |
| Expert Discovery cut off | October 23, 2009 | March 12, 2010 |
| Last Day for motions to be heard, including dispositive motions | December 15, 2009 @ 1:00 p.m. | April 6, 2010 @ 1:00 p.m. |
| Pretrial Conference | February 9, 2010 @ 1:00 p.m. | May 11, 2010 @ 1:00 p.m. |
| Joint Pretrial Statement | January 19, 2010 | April 20, 2010 |
| Trial Brief | January 19, 2010 | April 20, 2010 |
| Motions in Limine & Objections to Evidence | January 26, 2010 | April 27, 2010 |
| Response to Motions In Limine & Objections to Evidence | February 2, 2010 | May 4, 2010 |
| Trial | February 22, 2010 @ 8:30 a.m. | May 21, 2010 @ 8:30 a.m. |

A settlement conference with Magistrate Judge James has been set for July 28, 2009 at 10 a.m. The parties have previously attended two mediation sessions with Judge Chiantelli (Ret.) and anticipate continuing efforts to resolve this matter through settlement.

Respectfully submitted,

Dated:  June 10, 2009                              SCHNEIDER WALLACE
                                                   COTTRELL BRAYTON KONECKY


                                                   _____
                                                   GUY B. WALLACE
                                                   Attorneys for Plaintiffs


Dated:  June 10, 2009                              DENNIS J. HERRERA
                                                   City Attorney



                                                   By: _____
                                                   JAMES M. EMERY
                                                   Deputy City Attorney


                                                   Attorneys for Defendants City and County of San
                                                   Francisco, *et al.*

I, Guy B. Wallace, am the ECF user whose ID and password are being used to file this Stipulation to Continue Trial Date and Pretrial Deadlines.  In compliance with General Order 45, I hereby attest that counsel for Defendants, James M. Emery, has concurred in this filing.

Dated:  June 9, 2010                               ____/s/_____
                                                   Guy B. Wallace

**ORDER**

Having considered the Stipulation of the parties for an Order continuing the trial date and modifying the pretrial schedule in this case, and the Court finding that good cause exists therefor;

1. The current trial date in this case of February 22, 2010, is vacated.

2. Trial before the **COURT** will begin on May 21, 2010 at 8:30 a.m., or as soon thereafter as the Court may designate, for an estimated 15 days.

3. All discovery, except for expert discovery, shall be completed and all depositions taken on or before February 26, 2010.

4. Plaintiffs and Defendants shall designate any experts by December 11, 2009. Expert discovery shall be completed by March 12, 2010.

5. All motions, including dispositive motions, shall be *heard* on or before April 6, 2010.

6. All parties are ordered to participate in a mandatory settlement conference during the period of April 7 through April 16, 2010 before Magistrate Judge James. The parties shall also attend a settlement conference with Magistrate Judge James, as previously scheduled, on July 28, 2009.

7. All counsel who will try the case shall appear for a pretrial conference in Courtroom 3 on May 11, 2010 at 1:00 p.m.

8. The parties shall file a Joint Pretrial Statement and each party shall serve and file a trial brief no later than *twenty-one* (21) *calendar days* prior to the pretrial conference, April 20, 2010.

9. Motions in Limine and Objections to Evidence are due no later than *fourteen* (14) *calendar days* prior to the pretrial conference, April 27, 2010. Responses to Motions in Limine or objections to evidence shall be filed and served no less than *seven* (7) *calendar days* prior to the pretrial conference, May 4, 2010.

10. Except for the amended dates and deadlines set forth above, all terms of the Court's Order for Pretrial Preparation dated December 18, 2007 remain in effect.

IT IS SO ORDERED.

DATED: June 11, 2009

*Saundra B. Armstrong*
HONORABLE SAUNDRA B. ARMSTRONG
U.S. DISTRICT COURT JUDGE