Guy B. Wallace, State Bar No. 176151
Mark T. Johnson, State Bar No. 76904
SCHNEIDER WALLACE COTTRELL
BRAYTON KONECKY LLP
180 Montgomery Street, Suite 2000
San Francisco, CA 94104
Telephone: (415) 421-7100
Facsimile: (415) 421-7105

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IVANA KIROLA, MICHAEL KWOK, and ELIZABETH ELFTMAN, on behalf of themselves and all others similarly situated;<br><br>Plaintiffs,<br><br>vs.<br><br>THE CITY AND COUNTY OF SAN FRANCISCO ("the CITY"); GAVIN NEWSOM, in his official capacity as Mayor; AARON PESKIN, in his official capacity as President of the Board of Supervisors; JAKE MCGOLDRICK, MICHELA ALIOTO-PIER, ED JEW, CHRIS DALY, SEAN ELSBERND, BEVAN DUFTY, TOM AMMIANO, SOPHIE MAXWELL, ROSS MIRKARIMI, AND GERARDO SANDOVAL, in their official capacities as members of the Board of Supervisors;<br><br>Defendants. | Case No 4:07-cv-03685 SBA<br><br>**STIPULATION AND ORDER DENYING RE CONTINUING TRIAL DATE AND MODIFYING PRETRIAL SCHEDULE** |

## STIPULATION

Whereas, the parties have participated in productive settlement discussions with Magistrate Judge James, including two settlement conferences on July 28, 2009 and November 4, 2009;

Whereas, the parties seek to continue such discussions in December and January 2010, and are scheduled to attend a further settlement conference with Magistrate Judge James in February 2010;

Whereas, the current schedule requires that the parties focus their efforts on discovery and expert discovery, and therefore detracts from such settlement efforts;

IT IS HEREBY STIPULATED by and between the parties, through their counsel of record, that the current pretrial and trial schedule be continued by a period of approximately 90 days.   On Friday, November 13, Magistrate Judge Spero re-set a 19 day class action trial in which Plaintiffs' counsel Guy Wallace serves as lead counsel for Plaintiffs to a new trial date of August 30, 2010. Accordingly, the parties propose to continue the trial date herein to October 4, 2010 at 8:30 a.m.

The schedule has been continued twice previously herein.  The parties do not intend to seek any further adjustment of the schedule.  The parties propose the following modification to the pretrial and trial schedule in this matter:

|  | Current Date | Proposed Date |
|---|---|---|
| Non-expert discovery cut off | February 26, 2010 | May 28, 2010 |
| Expert disclosure | December 11, 2009 | March 5, 2010 |
| Rebuttal expert disclosure |  | May 7, 2010 |
| Expert Discovery cut off | March 12, 2010 | June 18, 2010 |
| Last Day for motions to be heard, including dispositive motions | April 6, 2010 @ 1:00 p.m. | July 6, 2010 at 1:00 p.m. |
| Pretrial Conference | May 11, 2010 @ 1:00 p.m. | August 24, 2010 @ 1:00 p.m. |
| Joint Pretrial Statement | April 20, 2010 | August 3, 2010 |
| Trial Brief | April 20, 2010 | August 3, 2010 |
| Findings & Conclusions | April 20, 2010 | August 3, 2010 |

| | | |
|---|---|---|
| Witness List | April 20, 2010 | August 3, 2010 |
| Discovery Excerpts | April 20, 2010 | August 3, 2010 |
| Trial Exhibits | April 20, 2010 | August 3, 2010 |
| Motions in Limine | April 27, 2010 | August 17, 2010 |
| Objections to Evidence | April 27, 2010 | August 17, 2010 |
| Response to Motions In Limine & Objections to Evidence | May 4, 2010 | August 24, 2010 |
| Trial | May 24, 2010 @ 8:30 a.m. | October 4, 2010 @ 8:30 a.m. |

The parties propose that they attend a mandatory settlement conference in the time period between July 7-16, 2010.

Respectfully submitted,

Dated:  November 18, 2009         SCHNEIDER WALLACE
                                  COTTRELL BRAYTON KONECKY


                                  /s/ *Guy B. Wallace*
                                  GUY B. WALLACE
                                  Attorneys for Plaintiffs


Dated:  November 18, 2009         DENNIS J. HERRERA
                                  City Attorney


                                  By: _____/s/_____
                                  JAMES M. EMERY
                                  Deputy City Attorney


                                  Attorneys for Defendants City and County of San
                                  Francisco, *et al.*

I, Guy B. Wallace, am the ECF user whose ID and password are being used to file this Stipulation to Continue Trial Date and Pretrial Deadlines.  In compliance with General Order 45, I hereby attest that counsel for Defendants, James M. Emery, has concurred in this filing.

Dated:  November 12, 2009         ____/s/_____
                                  Guy B. Wallace

# ORDER

Having considered the Stipulation of the parties for an Order continuing the trial date and modifying the pretrial schedule in this case, and the Court finding that good cause exists;

1. The current trial date in this case of May 24, 2010, is vacated.

2. Trial before the **COURT** will begin on October 4, 2010 at 8:30 a.m., or as soon thereafter as the Court may designate, for an estimated 15 days.

3. All discovery, except for expert discovery, shall be completed and all depositions taken on or before May 28, 2010.

4. Plaintiffs and Defendants shall disclose any experts by March 5, 2010. The parties shall disclose any rebuttal experts by May 7, 2010. Expert discovery shall be completed by June 18, 2010.

5. All motions, including dispositive motions, shall be *heard* on or before July 6, 2010.

6. All parties are ordered to participate in a mandatory settlement conference during the period of July 7 through 16, 2010 BEFORE A MAGISTRATE JUDGE.

7. All counsel who will try the case shall appear for a pretrial conference in Courtroom 3 on September 14, 2010 at 1:00 p.m.

8. On or before August 3, 2009, (1) the parties shall file a Joint Pretrial Statement; (2) each party shall serve and file a trial brief and witness list; (3) each party shall serve and lodge with the Court proposed findings of fact and conclusions of law and a statement identifying discovery excerpts that the party expects to use as part of its case in chief; and (4) each party shall provide the other an exhibit list and one set of trial exhibits.

9. Motions in Limine and Objections to Evidence are due on or before August 17, 2010. Responses to Motions in Limine and Objections to Evidence due on or before August 24, 2010.

10. Except for the amended dates and deadlines set forth above, all terms of the Court's Order for Pretrial Preparation dated December 18, 2007 remain in effect.

IT IS SO ORDERED.

Dated: November 30, 2009



HON. S_____RONG
United S_____

[proposed] ORDER CONTINUING TRIAL DATE AND MODIFYING PRETRIAL SCHE_____ ___T TO STIPULATION          C07-3685 SBA