DENNIS J. HERRERA, State Bar #139669
City Attorney
DANNY CHOU, State Bar # 180240
Chief of Complex and Special Litigation
JAMES M. EMERY, State Bar #153630
ELAINE M. O'NEIL, State Bar #142234
Deputy City Attorneys
Fox Plaza
1390 Market Street, Seventh Floor
San Francisco, California 94102-5408
Telephone:    (415) 554-4261
Facsimile:    (415) 554-3985
E-Mail:       jim.emery@sfgov.org

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO, ET AL.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IVANA KIROLA, MICHAEL KWOK, and ELIZABETH ELFTMAN, on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>    vs.<br><br>THE CITY AND COUNTY OF SAN FRANCISCO ("the CITY"); GAVIN NEWSOM, in his official capacity as Mayor; AARON PESKIN, in his official capacity as President of the Board of Supervisors; JAKE MCGOLDRICK, MICHELA ALIOTO-PIER, ED JEW, CHRIS DALY, SEAN ELSBERND, BEVAN DUFTY, TOM AMMIANO, SOPHIE MAXWELL, ROSS MIRKARIMI, AND GERARDO SANDOVAL, in their official capacities as members of the Board of Supervisors,<br><br>    Defendants. | Case No. C07-3685 SBA EMC<br><br>**STIPULATION REGARDING INADVERTENT DISCLOSURE OF PRIVILEGED OR CONFIDENTIAL INFORMATION AND DOCUMENTS; [PROPOSED] ORDER THEREON**<br><br>Trial Date:   May 24, 2010 |

[PROPOSED] ORDER

Through discovery, plaintiffs have requested production from defendants of substantial amounts of information and documents in this case, including electronically stored documents and emails.  Defendants represent that they have taken reasonable efforts to review electronically stored documents and email for information protected by the attorney client privilege, attorney work product doctrine or other applicable privileges prior to production.  Moreover, defendants have also taken reasonable efforts to review the produced files for confidential "personal information," as that term is defined in California Civil Code Section 1798.3(a), in its files regarding members of the public, including without limitation information regarding disability status and medical condition.  However, and notwithstanding defendants' efforts to review for privilege and confidentiality, given the volume of data to be exchanged and the limited time to complete document productions prior to the close of fact discovery under the Court's pretrial scheduling order, it is likely that certain inadvertent disclosures may be made.

In recognition of these circumstances surrounding the production of electronic documents, and for the purpose of enabling the document productions to proceed in an expeditious and economical manner, the parties stipulate to entry of the following order by the Court:

1. Inadvertent disclosure of privileged documents or confidential documents is not intended to constitute a waiver of privilege or confidentiality.  A claim of inadvertent production is not subject to challenge.

2. In accordance with California law, plaintiffs shall promptly notify defendants if produced material appears to be privileged or confidential, and shall comply with defendants' demands to return said materials.  Likewise, if defendants discover that privileged or confidential material was inadvertently produced to plaintiffs, they shall promptly notify plaintiffs and plaintiffs shall comply with defendants' demands to return said materials.  If plaintiffs dispute the privileged or

//
//
//

confidential status of such a document, all parties agree such documents must be returned to defendants pending resolution of the dispute.

DATE: January 29, 2010

_____
HONORABLE EDWARD
United States Magistrate Judge

*IT IS SO ORDERED* — Judge Edward M. Chen

**STIPULATION**

Ivana Kirola and Elizabeth Elftman, through their counsel, and the City and County of San Francisco hereby stipulate to entry of the above order in this action.

**APPROVED:**

DATED: January 28, 2010

        SCHNEIDER WALLACE COTTRELL BRAYTON KONECKY

By: /s/ _____
    MARK T. JOHNSON
    Attorneys for Plaintiffs

DATED: January 28, 2010

    DENNIS J. HERRERA
    City Attorney
    DANNY CHOU
    Chief of Complex and Special Litigation

By: /s/ _____
    Elaine M. O'Neil
    Deputy City Attorney
    Attorneys for Defendants City and County of San Francisco, et al.