1
2
3
4
5
6
7
8
9

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IVANA KIROLA, MICHAEL KWOK, and ELIZABETH ELFTMAN, on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>    vs.<br><br>THE CITY AND COUNTY OF SAN FRANCISCO ("the CITY"); GAVIN NEWSOM, in his official capacity as Mayor; AARON PESKIN, in his official capacity as President of the Board of Supervisors; JAKE MCGOLDRICK, MICHELA ALIOTO-PIER, ED JEW, CHRIS DALY, SEAN ELSBERND, BEVAN DUFTY, TOM AMMIANO, SOPHIE MAXWELL, ROSS MIRKARIMI, AND GERARDO SANDOVAL, in their official capacities as members of the Board of Supervisors,<br><br>    Defendants. | Case No. C 07-3685 SBA<br><br>**ORDER**<br><br>[Docket No. 120] |

    Presently before the Court is Plaintiffs' Ex Parte Application to Obtain Hearing Date Prior to April 6, 2010 on Plaintiffs' Motion for Leave to File First Amended Complaint ("Ex Parte Application").  Having reviewed Plaintiffs' Ex Parte Application, and good cause appearing,

    IT IS HEREBY ORDERED THAT:

    (1) Plaintiffs' Ex Parte Application is GRANTED.  Plaintiffs' Motion for Leave to File First Amended Complaint shall be heard on March 30, 2010, at 1:00 p.m.

1
2
    (2) Defendants shall file a response to Plaintiffs' Motion for Leave to File First Amended Complaint on or before March 9, 2010.

    (3) Plaintiffs may file a reply on or before March 16, 2010.

IT IS SO ORDERED.

Dated: 2/16/10                  _____
                                           SAUNDRA BROWN ARMSTRONG
                                           United States District Judge