Guy B. Wallace, State Bar No. 176151
Mark T. Johnson, State Bar No. 76904
Andrew P. Lee, State Bar No. 245903
SCHNEIDER WALLACE
COTTRELL BRAYTON KONECKY LLP
180 Montgomery Street, Suite 2000
San Francisco, CA 94104
Telephone: (415) 421-7100
Facsimile: (415) 421-7105
 Email: gwallace@schneiderwallace.com
        mjohnson@schneiderwallace.com
        alee@schneiderwallace.com

James C. Sturdevant, State Bar No. 94551
Monique Olivier, State Bar No. 190385
Whitney B. Huston, State Bar No. 234863
THE STURDEVANT LAW FIRM
A Professional Corporation
354 Pine Street, Fourth Floor
San Francisco, CA 94104
Telephone: (415) 477-2410
Facsimile: (415) 477-2420
 Email: jsturdevant@sturdevantlaw.com
        molivier@sturdevantlaw.com
        whuston@sturdevantlaw.com

Attorneys for Plaintiffs and the Proposed Class

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IVANA KIROLA, *et al.*,<br><br>            Plaintiffs,<br><br>      vs.<br><br>THE CITY AND COUNTY OF SAN FRANCISCO ("the CITY"), *et al.*;<br><br>            Defendants | Case No.: C07-3685 SBA<br><br>CLASS ACTION<br><br>**STIPULATION AND [PROPOSED] ORDER RE PRODUCTION AND CONFIDENTIALITY OF DOCUMENTS SUBJECT TO HEALTH & SAFETY CODE § 19851**<br><br>[Civil L.R. 6-3]<br><br>**Courtroom:     C, 15th Floor**<br>**Judge:          Magistrate Judge**<br>**                     Edward M. Chen**<br><br>Trial Date: May 24, 2010<br>Merits Discovery Cutoff: February 26, 2010<br>Expert Discovery Cutoff: March 12, 2010<br>Complaint Filed: July 17, 2007 |

1  WHEREAS, Plaintiffs have requested that the City produce certain documents, as specified in a January 29, 2010 email from Guy B. Wallace to Elaine O'Neil and which include any permit documents and approved plans (particularly the architectural drawings), for certain buildings or facilities identified by Plaintiffs with respect to major projects since January 1993 of a valuation of $500,000;

WHEREAS, California Health & Safety Code section 19851 places certain restrictions on the circumstances under which copies may be made of the official plans provided for under section 19850 that are required to be maintained by the building department of every city or county for the buildings for which the department issues permits;

WHEREAS, California Health & Safety Code section 19851 specifically provides, as relevant here, that such plans shall be open for inspection only on the premises of the building department and may not be duplicated except (1) with the written permission of the licensed professional who signed the original documents and the original or current owner of the building, or (2) by order of a proper court; and

WHEREAS, the City considers it necessary, for security reasons, to provide for the confidential treatment and limited reproduction of copies or print outs of plans, schematics, or drawings of public buildings;

THEREFORE, IT IS HEREBY STIPULATED, by and between the parties to this action, through their respective counsel, as follows:

1. The City, through its Department of Building Inspection ("DBI"), will make available to Plaintiffs for inspection and copying, all final plans, building permits and as-built drawings for the following buildings or facilities with respect to major projects since January 1993 of a valuation of $500,000 or more for which Plaintiffs have requested such documents:

Academy of Sciences

de Young Museum

Glen Park Canyon

Hamilton Playground

Howard and Langton Mini Park

1  Lessing and Sears Mini Park

2  Louis Sutter Playground

3  Strybring Arboretum

4  Minne and Lovie Ward Recreation Center

5  War Memorial Veteran's Building

6      2. To the extent that the parties agree or the Court orders that additional documents of the
7  same description need to be produced for the following facilities, this Stipulation and Proposed Order
8  shall also cover such documents for those facilities:

9  101 Grove

10 Chinatown Library

11 Excelsior Library

12 Glen Bark Library

13 Main Library

14     3. Such documents shall be made available during the regular business hours of DBI , i.e.
15 between 8 a.m. and 5 p.m. For documents available only on microfilm, DBI will identify and make
16 available all reels of 35mm microfilm on which the requested documents are contained.  Plaintiffs
17 will provide their own microfilm reader, printer, and paper for printing documents from the microfilm
18 reader.  For documents contained in DBI's "PaperVision" database, DBI will provide access to a
19 computer and the database.  DBI will also provide Plaintiffs with the same instructions for using this
20 database provided to members of the public who are given access to the database.  Documents printed
21 from the database will be charged at the ordinary rate for documents requested by subpoena of:

22      $5.25 per page for plans (11 x 14)

23      $.20 per page for other documents (8.5 x 11)

24     Plaintiffs will pay DBI for the costs of printing these documents before they leave the premises
25 of DBI.

26     4. Plaintiffs agree that they will only copy or print out documents relating to the buildings or
27 facilities identified above in paragraph 1.

28

5. The City, through DBI, has gathered the final plans, building permits and as-built drawings for each of the following buildings or facilities with respect to major projects since January 1993 of a valuation of $500,000 or more for which Plaintiffs have requested such documents, and will make these documents available to Plaintiffs for inspection and copying:

- War Memorial Opera House
- Davies Symphony Hall
- Conservatory of Flowers
- Japanese Tea Garden
- Eureka Valley Recreation Center
- Sunnyside Conservatory
- Joseph Lee Recreation Center and Playground
- Sava Pool
- Mission Pool

5. The official copy of the plans provided for under California Health and Safety Code section 19850 for any of the buildings or facilities for which Plaintiffs have requested such documents, including any official copy of plans that have already been produced to Plaintiffs, may be duplicated in whole or in part by Plaintiffs pursuant to this order. By obtaining this order, the City and DBI comply with their obligations under California Health and Safety Code section 19851.

6. Any copies or printouts of plans, schematics, or drawings obtained by Plaintiffs, including any plans, schematics, or drawings already gathered and/or produced by DBI, will be treated as confidential by Plaintiffs, as follows:

    a. Plaintiffs will maintain control over all such documents and will not provide copies to other persons except as is reasonably necessary or appropriate in the prosecution of this case.

    b. If Plaintiffs make copies available to their experts, consultants or other persons in the course of prosecution of this case they will do so under an agreement that requires that those persons return or destroy the documents when they no longer require their use for this case.

c.    Plaintiffs will return or destroy all copies of such documents at the conclusion of the case.

d.    Until such time as a protective order is entered, Plaintiffs shall treat any plans or schematics produced by the City or obtained from DBI as for "attorneys eyes only," including experts.

SO STIPULATED,

Date: February 17, 2010        SCHNEIDER WALLACE
                               COTTRELL BRAYTON
                               KONECKY LLP


                               _____/s/ Mark T. Johnson_____
                          By:  Mark T. Johnson
                               Attorneys for Plaintiffs



                               OFFICE OF THE CITY ATTORNEY



                          By:  _____/s/ Danny Chou_____
                               Danny Chou
                               Chief of Complex and Special Litigation

                               For Defendant City and County of San Francisco

**ORDER**

Good cause appearing, the parties' Stipulation is hereby approved.

**IT IS SO ORDERED**,


Dated: February __17__, 2010

                                                            _____
                                                            Honorable
                                                            Magistrate Judge Edward M. Chen

IT IS SO ORDERED
Judge Edward M. Chen
UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA