UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IVANA KIROLA, *et al.*, | No. C-07-3685 SBA (EMC) |
| Plaintiffs, | |
| v. | **ORDER STRIKING PLAINTIFFS' LETTER OF FEBRUARY 22, 2010** |
| THE CITY AND COUNTY OF SAN FRANCISCO, *et al.*, | **(Docket No. 160)** |
| Defendants. | |

Plaintiffs have filed a letter, dated February 22, 2010, regarding a discovery dispute. Because the Court has only authorized joint letters, the Court hereby strikes Plaintiffs' letter of February 22. The parties are ordered to meet and confer about the issues raised in Plaintiffs' letter. If they are not able to reach agreement, then they shall file a joint letter by March 5, 2010. The joint letter shall be no longer than three single-spaced pages. In the letter, the parties should state their respective positions and further should state their last offers of compromise.

This order disposes of Docket No. 160.

IT IS SO ORDERED.

Dated: February 25, 2010

_____
EDWARD M. CHEN
United States Magistrate Judge