Guy B. Wallace, State Bar No. 176151
Mark T. Johnson, State Bar No. 76904
SCHNEIDER WALLACE
COTTRELL BRAYTON KONECKY LLP
180 Montgomery Street, Suite 2000
San Francisco, California 94104
Telephone: (415) 421-7100
Facsimile: (415) 421-7105
TDD: (415) 421-1655
Email: gwallace@schneiderwallace.com
       mjohnson@schneiderwallace.com

James C. Sturdevant, State Bar No. 94551
Whitney H. Huston, State Bar No. 234863
THE STURDEVANT LAW FIRM
A Professional Corporation
354 Pine Street
San Francisco, CA 94104-3220
Telephone:  Telephone:  (415) 477-2410
Facsimile:  (415) 477-2420
Email: jsturdevant@sturdevantlaw.com
       whuston@sturdevantlaw.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IVANA KIROLA, et al., on behalf of themselves and all others similarly situated;<br><br>Plaintiffs,<br><br>v.<br><br>THE CITY AND COUNTY OF SAN FRANCISCO ("the CITY"); GAVIN NEWSOM, in his official capacity as Mayor; DAVID CHIU, in his official capacity as President of the Board of Supervisors; MICHELA ALIOTO-PIER, JOHN AVALOS, DAVID CAMPOS, CARMEN CHU, CHRIS DALY, BEVAN DUFTY, SEAN ELSBERND, ERIC MAR, SOPHIE MAXWELL, and ROSS MIRKARIMI, in their official capacities as members of the Board of Supervisors;<br><br>Defendants. | Case No.: C07-3685 SBA<br><br>[XXXXXXXXX] [PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR ADMINSTRATIVE RELIEF PURSUANT TO LOCAL RULE 7-11 MODIFYING THE DISCOVERY CUT-OFF AND EXPERT REBUTTAL DISCLOSURE DATES<br><br><u>CLASS ACTION</u><br><br><u>TRIAL DATE</u>: MAY 24, 2010 |

**ORDER**

Having considered the submissions of the parties, and the Court finding that good cause has been shown, IT IS HEREBY ORDERED that Plaintiffs' Motion for Administrative Relief Modifying the Discovery Cut-off and Expert Rebuttal Disclosure Dates is GRANTED.

1. All discovery, except for expert discovery, shall be completed and all depositions taken on or before March 31, 2010.
2. The parties may provide rebuttal expert disclosures on or before February 26, 2010.
3. Expert discovery shall be completed by March 26, 2010.
4. The trial date and all other pretrial dates remain the same. No other aspect of the Court's prior scheduling Order for this case shall be changed.

IT IS SO ORDERED.

Dated: February 16, 2010

_____
HONORABLE SAUNDRA B. ARMSTRONG
U.S. DISTRICT COURT JUDGE

[PROPOSED] ORDER GRANTING PLAINITFFS' MOTION FOR ADMINISTRATIVE RELIEF MODIFYING THE DISCOVERY CUT-OFF AND REXPERT REBUTTAL DISCLOSURE DATES