UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IVANA KIROLA, *et al*.,<br><br>Plaintiffs,<br><br>v.<br><br>THE CITY AND COUNTY OF SAN FRANCISCO, *et al*.,<br><br>Defendants.<br>_____/ | No. C-07-3685 SBA (EMC)<br><br>**ORDER RE JOINT LETTER OF MARCH 8, 2010**<br><br>**(Docket No. 203)** |

The parties have submitted a joint letter, dated March 8, 2010. Having reviewed the joint letter and the accompanying submissions, the Court hereby rules as follows.

(1) Per the parties' stipulation, the form of the post card to be enclosed in the notice shall be the same as the form that appears to Exhibit H to the declaration of Whitney Huston submitted on February 2, 2010. *See* Docket No. 107 (Huston Decl., Ex. H).

(2) Plaintiffs' version of the notice shall be sent to the persons who made complaints about physical access. Defendants' version, which allows for opt-out by telephone, is not practical. Documentation of opt-outs is needed in order to avoid ambiguities and/or disputes.

This order disposes of Docket No. 203.

IT IS SO ORDERED.

Dated: March 9, 2010

_____
EDWARD M. CHEN
United States Magistrate Judge