1  DENNIS J. HERRERA, State Bar #139669
   City Attorney
2  DANNY CHOU, State Bar # 180240
   Chief of Complex and Special Litigation
3  JAMES M. EMERY, State Bar #153630
   ELAINE M. O'NEIL, State Bar #142234
4  Deputy City Attorneys
   Fox Plaza
5  1390 Market Street, Seventh Floor
   San Francisco, California 94102-5408
6  Telephone:     (415) 554-4261
   Facsimile:     (415) 554-3985
7  E-Mail:        jim.emery@sfgov.org

8
   Attorneys for Defendants
9  CITY AND COUNTY OF SAN FRANCISCO, ET AL.

10
                              UNITED STATES DISTRICT COURT
11
                             NORTHERN DISTRICT OF CALIFORNIA
12

| | |
|---|---|
| IVANA KIROLA, MICHAEL KWOK, and ELIZABETH ELFTMAN, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>THE CITY AND COUNTY OF SAN FRANCISCO ("the CITY"); GAVIN NEWSOM, in his official capacity as Mayor; AARON PESKIN, in his official capacity as President of the Board of Supervisors; JAKE MCGOLDRICK, MICHELA ALIOTO-PIER, ED JEW, CHRIS DALY, SEAN ELSBERND, BEVAN DUFTY, TOM AMMIANO, SOPHIE MAXWELL, ROSS MIRKARIMI, AND GERARDO SANDOVAL, in their official capacities as members of the Board of Supervisors,<br><br>Defendants. | Case No. C07-3685 SBA (EMC)<br><br>CLASS ACTION<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR SAN FRANCISCO TO COMPLETE EXPERT DISCOVERY FROM PLAINTIFFS**<br><br>**Courtroom: C, 15th Floor**<br>**Judge: Magistrate Judge Edward M. Chen**<br><br>Trial Date: May 24, 2010<br>Merits Discovery Cutoff: March 31, 2010<br>Expert Discovery Cutoff: March 26, 2010<br>Complaint Filed: July 17, 2007 |

---

Stipulation and [Proposed] Order            n:\cxlit\li2010\080122\00618412.doc
CASE NO. C07-3685 SBA

1  WHEREAS plaintiffs, for legitimate reasons beyond their control, postponed depositions for
2 its experts Paul Regan, Gary Waters, Jeff Mastin and Peter Margen and defendant's expert William
3 Hecker, and the parties were unable to reschedule these depositions to be completed prior to the
4 expert discovery deadline of March 26, 2010;
5  WHEREAS the City and County of San Francisco ("the City") desires to take the deposition
6 of each of plaintiffs' designated experts and plaintiffs desire to take the deposition of each of the
7 City's designated experts;
8  IT IS HEREBY STIPULATED by and between the parties to this action, through their
9 respective counsel, as follows:
10  1.  The City is authorized to conduct expert depositions of plaintiffs' designated experts
11 Paul Regan, Gary Waters, Jeff Mastin and Peter Margen on or before April 16, 2010;
12  2.  Plaintiffs shall make its designated experts Paul Regan, Gary Waters, Jeff Mastin and
13 Peter Margen available for deposition on or before April 16, 2010;
14  3.  The plaintiffs are authorized to take Mr. Hecker's deposition on or before April 16,
15 2010, and the City shall make Mr. Hecker available for deposition on or before April 16, 2010;
16  4.  The parties will cooperate reasonably in scheduling each of these five outstanding
17 expert depositions; and
18  5.  Plaintiffs shall pay for Mr. Hecker's transportation and lodging incurred in connection
19 with his rescheduled deposition and not seek reimbursement therefor from the City.
20  ///
21  ///

SO STIPULATED,

DATED: March 26, 2010

          SCHNEIDER WALLACE COTTRELL BRAYTON KONECKY

By: _____/s/_____
Mark T. Johnson
Attorneys for Plaintiffs

DATED: March 26, 2010

          DENNIS J. HERRERA
City Attorney
JAMES M. EMERY
Chief of Complex Litigation

By: _____/s/_____
James M. Emery
Chief of Complex Litigation
Attorneys for Defendants City and County of San Francisco, et al.

Pursuant to stipulation and good cause appearing, it is so ORDERED.

Dated: March 29, 2010

_____
HONORABLE
United States

IT IS SO ORDERED
Judge Edward M. Chen

Stipulation and [Proposed] Order
CASE NO. C07-3685 SBA

2

n:\cxlit\li2010\080122\00618412.doc