DENNIS J. HERRERA, State Bar #139669
City Attorney
DANNY CHOU, State Bar # 180240
Chief of Complex and Special Litigation
JAMES M. EMERY, State Bar #153630
ELAINE M. O'NEIL, State Bar #142234
Deputy City Attorneys
Fox Plaza
1390 Market Street, Seventh Floor
San Francisco, California 94102-5408
Telephone:      (415) 554-4261
Facsimile:      (415) 554-3985
E-Mail:          jim.emery@sfgov.org

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO, ET AL.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IVANA KIROLA, MICHAEL KWOK, and ELIZABETH ELFTMAN, on behalf of themselves and all others similarly situated,<br><br>        Plaintiffs,<br><br>        vs.<br><br>THE CITY AND COUNTY OF SAN FRANCISCO ("the CITY"); GAVIN NEWSOM, in his official capacity as Mayor; AARON PESKIN, in his official capacity as President of the Board of Supervisors; JAKE MCGOLDRICK, MICHELA ALIOTO-PIER, ED JEW, CHRIS DALY, SEAN ELSBERND, BEVAN DUFTY, TOM AMMIANO, SOPHIE MAXWELL, ROSS MIRKARIMI, AND GERARDO SANDOVAL, in their official capacities as members of the Board of Supervisors,<br><br>        Defendants. | Case No. C07-3685 SBA EMC<br><br>**STIPULATION TO ADDENDUM TO JANUARY 29, 2010 ORDER REGARDING INADVERTENT DISCLOSURE OF PRIVILEGED OR CONFIDENTIAL INFORMATION AND DOCUMENTS; [PROPOSED] ORDER THEREON**<br><br>Trial Date:   July 12, 2010 |
| --- | --- |

1

2                                          **[PROPOSED] ORDER**

3                  Through discovery, plaintiffs have requested production from defendant of substantial

4         amounts of information and documents in this case, including construction and project files

5         consisting of voluminous hard-copy files and electronic materials. These files contain materials that

6         are subject to the attorney-client privilege and to attorney work product protection, as well as

7         materials, such as certified payroll records, that contain the social security numbers of individuals

8         employed on these construction projects. Defendant represents that it has taken reasonable efforts to

9         review all responsive electronic and hard-copy documents for information protected by the attorney

10        client privilege, attorney work product doctrine or other applicable privileges prior to production.

11        Moreover, defendant represents that it also has taken reasonable efforts to review the produced files

12        for confidential "personal information," as that term is defined in California Civil Code Section

13        1798.3(a), including without limitation information regarding social security numbers. However, and

14        notwithstanding defendant's efforts to review for privilege and confidentiality, given the volume of

15        data and documents to be exchanged and the limited time to complete document productions under

16        the current pretrial schedule, it is possible that certain inadvertent disclosures may be made.

17                 In recognition of these circumstances surrounding the production of the project and

18        construction files requested by plaintiffs, and for the purpose of enabling the document production to

19        proceed in an expeditious and economical manner, the Court hereby orders that defendant's

20        production of project files and construction files hereby are subject to the protections and provisions

21

22        //

23

24        //

25

26        //

27

28

STIPULATION AND [PROPOSED] ORDER                              1                          n:\cxlit\li2008\080122\00620919.doc
CASE NO. C07-3685 SBA

of this Court's January 29, 2010 Order Regarding Inadvertent Disclosure Of Privileged Or Confidential Information And Documents, attached hereto as Exhibit A.

DATE:   4/9/10

_____
HONORABLE E_____ __ ___N
Unit__ ____

IT IS SO ORDERED
Judge Edward M. Chen

**STIPULATION**

Ivana Kirola and Elizabeth Elftman, through their counsel, and the City and County of San Francisco, through its counsel, hereby stipulate to entry of the above order in this action.

**APPROVED:**

DATED:  April 7, 2010                    SCHNEIDER WALLACE COTTRELL BRAYTON
                                         KONECKY


                                         By: _____/s/_____
                                             MARK T. JOHNSON
                                             Attorneys for Plaintiffs


DATED:  April 7, 2010                    DENNIS J. HERRERA
                                         City Attorney
                                         DANNY CHOU
                                         Chief of Complex and Special Litigation


                                         By: _____/s/_____
                                             Elaine M. O'Neil
                                             Deputy City Attorney
                                             Attorneys for Defendants City and County of
                                             San Francisco, et al.