Guy B. Wallace, State Bar No. 176151
Mark T. Johnson, State Bar No. 76904
Andrew P. Lee, State Bar No. 245903
SCHNEIDER WALLACE
COTTRELL BRAYTON KONECKY LLP
180 Montgomery Street, Suite 2000
San Francisco, CA 94104
Telephone: (415) 421-7100
Facsimile: (415) 421-7105
Email: gwallace@schneiderwallace.com
       mjohnson@schneiderwallace.com
       alee@schneiderwallace.com

James C. Sturdevant, State Bar No. 94551
Monique Olivier, State Bar No. 190385
Whitney B. Huston, State Bar No. 234863
THE STURDEVANT LAW FIRM
A Professional Corporation
354 Pine Street, Fourth Floor
San Francisco, CA 94104
Telephone: (415) 477-2410
Facsimile: (415) 477-2420
Email: jsturdevant@sturdevantlaw.com
       molivier@sturdevantlaw.com
       whuston@sturdevantlaw.com

Attorneys for Plaintiffs and the Proposed Class

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| IVANA KIROLA, *et al.*, | No. 4:07-CV-03685 SBA (EMC) |
| Plaintiffs, | CLASS ACTION |
| vs. | **STIPULATION AND ORDER MODIFYING BRIEFING SCHEDULE ON PLAINTIFFS' CLASS CERTIFICATION MOTION TO PERMIT PLAINTIFF'S REPLY BRIEF TO BE FILED ON APRIL 27, 2010.** |
| THE CITY AND COUNTY OF SAN FRANCISCO ("the CITY"), *et al.*; | |
| Defendants. | **TRIAL DATE: JULY 12, 2010** |

## STIPULATION

WHEREAS, Plaintiffs filed their motion for Class Certification (Document No. 187) on March 2, 2010;

WHEREAS, pursuant to the Court's Order of March 30, 2010, Defendant City and County of San Francisco's Opposition to the motion was filed and served on April 13, 2010, Plaintiffs' Reply is due one week later, on April 20, 2010 and the hearing on the motion is scheduled for May 19, 2010;

WHEREAS, Plaintiffs' lead counsel, Guy Wallace, is currently in trial in a state Superior Court matter in Stanislaus County and, with the exception of April 19, 2010 when he will be taking the deposition of the City's expert witness in this case, is expected to continue to be involved in that trial through at least the end of next week;

WHEREAS, Plaintiffs' counsel Mark Johnson is defending the deposition of one of Plaintiffs' expert witnesses in this case for the entire day of Wednesday, April 14, 2010 and will be taking depositions in Seattle Washington in another matter on Thursday and Friday, April 15 and 16;

WHEREAS, Plaintiffs' other counsel are similarly committed to other matters during the next week that prevent them from spending a significant amount of time on the preparation of Plaintiffs' reply memorandum in support of the class certification motion; and

WHEREAS, Plaintiffs have requested, and the City has agreed, to stipulate to a modification of the briefing schedule, subject to Court approval, which would allow Plaintiffs an extra week within which to file their Reply;

THEREFORE, the parties hereby STIPULATE, subject to approval by the Court, that Plaintiffs may have until Tuesday, April 27, 2010 within which to file their reply memorandum in support of their motion for class certification.

///

///

///

IT IS SO STIPULATED AND AGREED.

SCHNEIDER WALLACE COTTRELL BRAYTON KONECKY LLP

STIPULATION AND [PROPOSED] ORDER MODIFYING BRIEFING SCHEDULE ON MOTION FOR CLASS CERTIFICAITON
*KIROLA ET AL. V. CITY AND COUNTY OF SAN FRANCISCO, ET AL.*, CASE NO. 4:07-CV-03685 SBA (EMC)
1

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: April 14, 2010 | SCHNEIDER WALLACE |
| 3 | | COTTRELL BRAYTON |
| | | KONECKY LLP |

_____/s/_____
MARK T. JOHNSON
Counsel for Plaintiffs


Dated: April 14, 2010                OFFICE OF THE CITY ATTORNEY


_____/s/_____
DANNY CHOU
JIM EMERY
ELAINE O'NEIL

Counsel for Defendant
City and County of San Francisco


IT IS SO ORDERED.


Dated: April 19, 2010

_____[signature: Saundra B. Armstrong]_____
HONORABLE SAUNDRA B. ARMSTRONG
U.S. DISTRICT COURT JUDGE