Guy B. Wallace, State Bar No. 176151
Mark T. Johnson, State Bar No. 76904
Andrew P. Lee, State Bar No. 245903
SCHNEIDER WALLACE
COTTRELL BRAYTON KONECKY LLP
180 Montgomery Street, Suite 2000
San Francisco, CA 94104
Telephone: (415) 421-7100
Facsimile: (415) 421-7105
Email: gwallace@schneiderwallace.com
       mjohnson@schneiderwallace.com
       alee@schneiderwallace.com

James C. Sturdevant, State Bar No. 94551
Monique Olivier, State Bar No. 190385
Whitney B. Huston, State Bar No. 234863
THE STURDEVANT LAW FIRM
A Professional Corporation
354 Pine Street, Fourth Floor
San Francisco, CA 94104
Telephone: (415) 477-2410
Facsimile: (415) 477-2420
Email: jsturdevant@sturdevantlaw.com
       molivier@sturdevantlaw.com
       whuston@sturdevantlaw.com

Attorneys for Plaintiffs and the Proposed Class

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| IVANA KIROLA, *et al.*, | No. 4:07-CV-03685 SBA (EMC) |
| Plaintiffs, | CLASS ACTION |
| vs. | **STIPULATION AND [~~PROPOSED~~] ORDER RE DEFENDANT'S PRODUCTION OF A PRIVILEGE LOG** |
| THE CITY AND COUNTY OF SAN FRANCISCO ("the CITY"), *et al.*; | |
| Defendants. | **TRIAL DATE: JULY 12, 2010** |

## STIPULATION

WHEREAS, this Court entered an Order on April 2, 2010 (Document No. 225) requiring that the City and County of San Francisco (the City) produce a privilege log on or before April 9, 2010 and setting a deadline of April 16, 2010 within which the parties were submit a joint letter brief regarding any disputes concerning the privilege log;

WHEREAS, the City produced a privilege log on April 9, 2010;

WHEREAS, Plaintiffs believe that the City's privilege log is insufficient in a number of respects and, on April 12, 2010, wrote to the City's counsel to describe those deficiencies and invite the City to meet and confer about the matter before submitting a joint letter brief to the Court for resolution of the matter;

WHEREAS, the City responded on April 13, 2010 by offering to produce a revised and updated privilege log to address Plaintiffs' concerns and requested additional time until April 21 to do so; and

WHEREAS, Plaintiffs are in agreement with the City's proposal;

THEREFORE, the parties hereby STIPULATE, subject to approval by the Court, that Plaintiffs may have until Wednesday, April 21, 2010 within which to produce a revised privilege log compliant with Rule 26 and applicable judicial authorities. If there is a dispute about the privilege log, then the parties must file a joint letter brief no later than April 28, 2010.

IT IS SO STIPULATED AND AGREED.

Dated: April 14, 2010                SCHNEIDER WALLACE
                                     COTTRELL BRAYTON
                                     KONECKY LLP


                                     /s/
                                     MARK T. JOHNSON
                                     Counsel for Plaintiffs

1  Dated: April 14, 2010				OFFICE OF THE CITY ATTORNEY

					/s/
					DANNY CHOU
					JIM EMERY
					ELAINE O'NEIL

					Counsel for Defendant
					City and County of San Francisco

8     IT IS SO ORDERED.

10  Dated: April __ 19, 2010

					_____
					HON. EDWARD M. CHEN
					United States Magistrate Judge

*IT IS SO ORDERED — Judge Edward M. Chen* (signature and seal of United States District Court, Northern District of California)