UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IVANA KIROLA, et al.,<br><br>　　　　Plaintiffs,<br><br>　vs.<br><br>THE CITY AND COUNTY OF SAN FRANCISCO, et al.,<br><br>　　　　Defendants. | Case No:  C 07-3685 SBA<br><br>**ORDER** |

　　　IT IS HEREBY ORDERED THAT, pursuant to the Court's order at the hearing on May 18, 2010, the parties shall continue to meet and confer regarding the definition of the class to be certified.  The parties also should continue to meet and confer regarding any and all issues pertaining to the proposed order for the motions heard on May 18, 2010, with the goal of submitting a proposed order agreeable to both sides.  The parties shall meet and confer in person or by telephone.  By no later than the close of business on May 27, 2010, the parties, in a joint submission, shall certify that they have met and conferred and indicate whether any disputed issues regarding the proposed order remain.  Failure to comply with this order may result in the imposition of sanctions.

　　　IT IS SO ORDERED.

Dated:  May 25, 2010

　　　　　　　　　　　　　　　　　　　　_Saundra B Armstrong_
　　　　　　　　　　　　　　　　　　　　SAUNDRA BROWN ARMSTRONG
　　　　　　　　　　　　　　　　　　　　United States District Judge