1
2
3
4
5
6                    UNITED STATES DISTRICT COURT
7              FOR THE NORTHERN DISTRICT OF CALIFORNIA
8                         OAKLAND DIVISION
9
10   IVANA KIROLA, et al.,                    Case No:  C 07-03685 SBA
11             Plaintiffs,                    **ORDER**
12        vs.                                 [Docket No. 310]
13   THE CITY AND COUNTY OF SAN
14   FRANCISCO, et al.,
15             Defendants.
16
17
18        On June 14, 2010, the Court issued an Order modifying the Order for Pretrial
19   Preparation with respect to the submission of motions in limine.  (Docket No. 287.)  That order
20   provided that: each side is to file all of their motions in limine in a single memorandum, not to
21   exceed ten (10) pages in length; and each side shall file a single opposition brief, not exceed
22   ten (10) pages, and a reply brief, not to exceed five (5) pages.  That order further provided that
23   motions in limine are due by July 6, 2010; oppositions are due by July 13, 2010; and replies are
24   due by July 20, 2010.
25        On July 2, 2010, Plaintiffs filed a Motion for Administrative Relief to Exceed Page
26   Limits Regarding Motions in Limine.  (Docket No. 310.)  By that motion, Plaintiffs seek leave
27   to allow both sides to file an additional five pages with respect to both their moving and
28   opposing papers on motions in limine.  Plaintiffs represent that Defendants do not oppose this

1   motion so long as the extension is bilateral and applies to both moving and opposing briefs.

2   On July 6, 2010, before this Court could consider Plaintiffs' motion to enlarge the page limit,

3   each side filed motions in limine that are fifteen (15) pages in length.  Accordingly,

4        IT IS HEREBY ORDERED that Plaintiffs' Motion for Administrative Relief to Exceed

5   Page Limits Regarding Motions in Limine is GRANTED IN PART and DENIED IN PART.

6   Plaintiffs' request for leave to allow each side to file fifteen (15) page motions in limine is

7   DENIED as MOOT.  Plaintiffs' request for leave to allow each side to file fifteen (15) page

8   opposition briefs is GRANTED.  The five (5) page limit for reply briefs remains unchanged.

9        This Order terminates Docket No. 310.

10        IT IS SO ORDERED.

11

12   Dated: July 8, 2010

                            SAUNDRA BROWN ARMSTRONG

13                               United States District Judge