IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

KIROLA ET AL,                                  No. C-07-03685 SBA (EDL)

        Plaintiffs,                        **ORDER FOLLOWING FURTHER SETTLEMENT CONFERENCE**

  v.

CITY & COUNTY OF SAN FRANCISCO, THE ET AL,

        Defendants.
                                       /

     As part of the confidential settlement conference process, the parties, with their experts, shall together conduct a confidential "roundtable" of six recently renovated parks and recreation sites, to be held no later than July 30, 2010. Each side shall choose three from plaintiffs' list dated July 15, 2010 to address potential scope of work issues. The parties shall promptly report to the Court by joint conference call or by letter update sent via facsimile to Judge Laporte. (Chambers fax number is 415-522-2002). By July 21, 2010, defendants shall inform Judge Laporte of their response to plaintiffs' proposal to address a potential funding contingency. Also by July 21, 2010, defendants will provide plaintiffs with a written proposal regarding sidewalk issues, and submit a copy to Judge Laporte. A further settlement conference is scheduled for August 12, 2010 at 2:00 p.m.

**IT IS SO ORDERED.**

Dated: July 19, 2010

                                             _Elizabeth D. Laporte_
                                             ELIZABETH D. LAPORTE
                                             United States Magistrate Judge