UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IVANA KIROLA, et al., | Case No: C 07-03685 SBA |
| Plaintiffs, | **ORDER** |
| vs. | [Docket No. 291] |
| THE CITY AND COUNTY OF SAN FRANCISCO, et al., | |
| Defendants. | |

Currently before the Court is Defendant the City and County of San Francisco's ("the City's") Administrative Motion to Authorize Rebuttal Expert Disclosure. (Docket No. 291.)

The case management schedule in this case provided that initial expert reports were due on December 11, 2009, and rebuttal reports were due on February 16, 2010. The parties exchanged their initial expert reports on December 11, 2009. After that exchange, plaintiffs noticed site inspections at an additional 138 sites. Those site inspections were due to occur during the months of January and February 2010. On January 24, 2010, defendants moved Magistrate Judge Chen for a protective order to prevent those additional inspections. On January 29, 2010, Judge Chen ordered that plaintiffs were allowed to inspect 78 of the additional 138 sites, on the basis that these site inspections were proper subject matter for

1  plaintiffs' rebuttal expert reports.  Plaintiffs' rebuttal expert reports, served on February 16,
2  2010, included access analyses of 65 additional facilities.
3      On June 15, 2010, the City served plaintiffs with rebuttal expert disclosures, presenting
4  analyses of 50 of the 65 facilities included in plaintiffs' February 16, 2010 reports.  On June
5  21, 2010, the City filed the instant Administrative Motion to Authorize Rebuttal Expert
6  Disclosure, seeking authorization for its June 15, 2010 disclosure.  Finding good cause shown,
7      IT IS HEREBY ORDERED that the City's Administrative Motion to Authorize
8  Rebuttal Expert Disclosure is GRANTED.[1]
9      This Order terminates Docket No. 291.
10     IT IS SO ORDERED.

Dated: July 21, 2010

                *Saundra B. Armstrong*
SAUNDRA BROWN ARMSTRONG
United States District Judge

---

[1] Should plaintiffs decide to withdraw their February 16, 2010 reports, the City's June 15, 2010 disclosures would then no longer be relevant.