UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IVANA KIROLA, et al., | Case No: C 07-03685 SBA |
| Plaintiffs, | **ORDER** |
| vs. | |
| THE CITY AND COUNTY OF SAN FRANCISCO, et al., | |
| Defendants. | |

IT IS HEREBY ORDERED that all parties with settlement authority are required to attend the pretrial conference in this matter scheduled for July 27, 2010 at 1:00 p.m.

IT IS SO ORDERED.

Dated: July 22, 2010

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge