Guy B. Wallace, State Bar No. 176151
Mark T. Johnson, State Bar No. 76904
Andrew P. Lee, State Bar No. 245903
Amanda N. Hugh, State Bar No. 254287
SCHNEIDER WALLACE
COTTRELL BRAYTON KONECKY LLP
180 Montgomery Street, Suite 2000
San Francisco, CA 94104
Telephone: (415) 421-7100
Facsimile: (415) 421-7105
Email: gwallace@schneiderwallace.com
        mjohnson@schneiderwallace.com
        alee@schneiderwallace.com
        ahugh@schneiderwallace.com

James C. Sturdevant, State Bar No. 94551
Monique Olivier, State Bar No. 190385
THE STURDEVANT LAW FIRM
A Professional Corporation
354 Pine Street, Fourth Floor
San Francisco, CA 94104
Telephone: (415) 477-2410
Facsimile: (415) 477-2420
Email: jsturdevant@sturdevantlaw.com
        molivier@sturdevantlaw.com

Attorneys for the Plaintiff Class

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| IVANA KIROLA, *et al.*, | No. 4:07-CV-03685 SBA (EMC) |
| Plaintiffs, | CLASS ACTION |
| vs. | **ORDER GRANTING PLAINTIFFS' APPLICATION FOR PERMISSION TO USE VISUAL PRESENTATION EQUIPMENT AT TRIAL** |
| THE CITY AND COUNTY OF SAN FRANCISCO ("the CITY"), *et al.*; | |
| Defendants. | Pretrial Conference: September 2, 2010<br>Trial Date: September 8, 2010 |

**ORDER**

Pursuant to Plaintiffs' Application, and GOOD CAUSE APPEARING, IT IS HEREBY ORDERED THAT:

Counsel for Plaintiffs are permitted to bring to the courtroom the following equipment for use in connection with the trial in this matter scheduled to commence on September 8, 2010:

1) ELMO Projector Model No. HV-100 XG, or equivalent;

2) Sanyo PROxtrax Multiverse Projector Model No. PCL-XU35;

3) A portable table;

4) A portable screen;

IT IS SO ORDERED.


DATED: 8/24/10                                              *Saundra B. Armstrong*

THE HONORABLE SAUNDRA B. ARMSTRONG
United States District Court Judge

SCHNEIDER WALLACE
COTTRELL BRAYTON
KONECKY LLP

ORDER GRANTING PLAINTIFFS' APPLICATION FOR PERMISSION TO USE VISUAL PRESENTATION EQUIPMENT AT TRIAL
KIROLA ET AL. V. CITY AND COUNTY OF SAN FRANCISCO, ET AL., CASE NO. 4:07-CV-03685 SBA (EMC)
1