1

2

3

4

5

6

UNITED STATES DISTRICT COURT

7

FOR THE NORTHERN DISTRICT OF CALIFORNIA

8

OAKLAND DIVISION

9

10

IVANA KIROLA, et al.,

Plaintiffs,

11

12

vs.

13

THE CITY AND COUNTY OF SAN
FRANCISCO, et al.,

14

15

Defendants.

16

Case No:  C 07-03685 SBA

**ORDER**

17      This matter is currently scheduled for trial on September 8, 2010.  On September 2,

18  2010, the Court held a telephonic conference with the parties to discuss trial preparation.

19  Based on that telephonic conference, it is apparent that the parties have not meaningfully met

20  and conferred on any aspect of trial preparation.  Accordingly,

21      IT IS HEREBY ORDERED THAT:

22      1.      At trial, each side shall have twenty-four (24) hours to present its case with

23  respect to all matters, including cross-examinations of witnesses and any opening and closing

24  statements.

25      2.      The parties shall meet and confer with respect to trial preparation, and shall

26  jointly submit to the Court, by no later than 5:00 p.m. on September 3, 2010, a single document

27  containing the following information:  (a) the order in which the party intends to call its

28  witnesses, including specific identifications of the witnesses; (b) the amount of time the party

1  intends to examine and cross-examine each witness; and (c) the order in which the party

2  intends to introduce its exhibits, including specific identifications of those exhibits.

3       3.    Failure to comply with this Order may result in imposition of sanctions.

4      IT IS SO ORDERED.

5

6  Dated: September 2, 2010

                SAUNDRA BROWN ARMSTRONG

7                  United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28