```
 1  DENNIS J. HERRERA, State Bar #139669
    City Attorney
 2  DANNY CHOU, State Bar # 180240
    Chief of Complex and Special Litigation
 3  JAMES M. EMERY, State Bar #153630
    ELAINE M. O'NEIL, State Bar #142234
 4  Deputy City Attorneys
    Fox Plaza
 5  1390 Market Street, Seventh Floor
    San Francisco, California 94102-5408
 6  Telephone:    (415) 554-3881
    Facsimile:    (415) 554-3985
 7  E-Mail:       elaine.o'neil@sfgov.org

 8
    Attorneys for Defendants
 9  CITY AND COUNTY OF SAN FRANCISCO, ET AL.

10
                        UNITED STATES DISTRICT COURT
11
                       NORTHERN DISTRICT OF CALIFORNIA
12
```

| | |
|---|---|
| IVANA KIROLA, on behalf of herself and all others similarly situated, and ELIZABETH ELFTMAN,<br><br>Plaintiffs,<br><br>vs.<br><br>THE CITY AND COUNTY OF SAN FRANCISCO ("the CITY"); GAVIN NEWSOM, in his official capacity as Mayor; AARON PESKIN, in his official capacity as President of the Board of Supervisors; JAKE MCGOLDRICK, MICHELA ALIOTO-PIER, ED JEW, CHRIS DALY, SEAN ELSBERND, BEVAN DUFTY, TOM AMMIANO, SOPHIE MAXWELL, ROSS MIRKARIMI, AND GERARDO SANDOVAL, in their official capacities as members of the Board of Supervisors,<br><br>Defendants. | Case No. C07-3685 SBA<br><br>CLASS ACTION<br><br>**DECLARATION OF SUSAN MIZNER IN SUPPORT OF THE CITY'S MOTION TO MODIFY THE CLASS, OR IN THE ALTERNATIVE FOR RECONSIDERATION OF ORDER DENYING THE CITY'S COUNSEL LEAVE TO COMMUNICATE WITH CERTAIN CLASS**<br><br>Trial Date: TBD |

DECLARATION OF SUSAN MIZNER
CASE NO. C07-3685 SBA

I, Susan Mizner, hereby declare:

1. I am employed by the City and County of San Francisco (the "City") as the Director of the Mayor's Office on Disability ("MOD"). I have held this position since April 2003. Prior to this time and beginning in November 1999, I served as MOD's Deputy Director for Programmatic Access. If called as a witness, I could and would testify competently to the matters set forth herein.

2. MOD is responsible for overseeing the implementation and local enforcement of the City's architectural, communication and programmatic access obligations under the Americans with Disabilities Act of 1990 ("ADA"), as well as other federal, state and local disability access laws.

3. Joanna Fraguli works as Deputy Director of MOD for programmatic access. She is primarily responsible for the implementation of the City's Self-Evaluation Plan as it relates to programmatic and communication access issues for people with disabilities. Ms. Fraguli's official duties include training City department heads and employees regarding disability access issues, overseeing special projects such as plans for emergency evacuation of persons with disabilities in event of a major disaster, and supervising the City's responses to disability access complaints the City receives. Ms. Fraguli uses a wheelchair for mobility.

4. In the course of my responsibilities as Director of MOD, I have worked with Howard Chabner. Mr. Chabner serves as chair of the Physical Access Committee of the Mayor's Disability Council. One of the key functions of the Mayor's Disability Council is to provide a vehicle for public outreach and receiving public input on disability access issues. The mission of the Mayor's Disability Council is to "(1) advise the Mayor on disability issues; (2) work with MOD to ensure ADA compliance throughout the City; and (3) provide a public forum to discuss disability issues." A true and correct copy of a page from the City's web site describing the Mayor's Disability Council (found at http://www.sfgov2.org/index.aspx?page=281) is attached hereto as Exhibit A. Through his service on MDC's Physical Access Committee, Mr. Chabner plays a key role in San Francisco's outreach to

the disabled community and in developing City priorities for physical access improvements. Mr. Chabner uses a wheelchair for mobility.

5. In the course of my responsibilities as Director of MOD, I have worked with Jennifer Walsh. Ms. Walsh uses a wheelchair for mobility. Ms. Walsh serves on San Francisco's Long Term Care Coordinating Council. The LTCCC provides policy guidance to the Mayor's office. The LTCCC is charged to: "(1) advise, implement, and monitor community-based long term care planning in San Francisco; and (2) facilitate the improved coordination of home, community-based, and institutional services for older adults and adults with disabilities." A true and correct copy of a page from the City's web site describing the Long Term Care Coordinating Council (found at www.sfhsa.org/473.htm) is attached hereto as Exhibit B. The LTCCC evaluates service delivery systems and recommends ways to improve service coordination and system interaction. It is the single body in San Francisco that evaluates all issues related to improving community-based long term care and supportive services.

6. In the course of my responsibilities as Director of MOD, I have worked with Bruce Oka. Mr. Oka uses a scooter for mobility. Mr. Oka has served on the Board of Directors of San Francisco's Municipal Transportation Agency since 2008. The MTA not only provides all public transit in the City, but also operates San Francisco's paratransit system and oversees parking issues, including administration of "blue zones" in the City. Mr. Oka also has served as Chair of the MUNI Accessibility Advisory Committee and the Paratransit Coordinating Council.

7. In the course of my responsibilities as Director of MOD, I have worked with Elizabeth Grigsby, who uses a wheel chair for mobility. Ms. Grigsby has served on the Mayor's Disability Council since 2002 and in that capacity advises the Mayor with respect to all disability matters, including access. She also is a professional trainer on disability rights, and a peer mentor through CLAIM (Community Leadership and Advocacy In Mentoring), a project sponsored by the

DECLARATION OF SUSAN MIZNER
CASE NO. C07-3685 SBA

2

Independent Living Resource Center. Ms. Grigsby lives on her own through supported living services provided in part by the City.

8. In the course of my responsibilities as Director of MOD, I have worked with Tatiana Kostanian, who has served on the Mayor's Disability Council since 2004. As a Council member, Ms. Kostanian advises the Mayor with respect to all disability matters, including access. She uses a wheel chair for mobility.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed October 7, 2010 in San Francisco, California.

By: _____
SUSAN MIZNER

DECLARATION OF SUSAN MIZNER
CASE NO. C07-3685 SBA                              3

# EXHIBIT A

# Mayor's Disability Council

The Mayor's Disability Council, staffed by the Mayor's Office on Disability, was re-organized by the Mayor in October, 1998, to provide a better vehicle for public input.

The Mission of the Mayor's Disability Council is to:

    Advise the Mayor of San Francisco on disability issues

    Work with the Mayor's Office on Disability to ensure ADA Compliance

    Provide a public forum to discuss disability issues.



    Learn more about the current Mayor's Disability Council-members

    View the MDC Meeting through SFGTV



These meetings set the standard for public accessibility with a fully accessible site, powered door openers, accessible seating and speaker podiums, an infra-red assistive listening system, a telephone bridge for public comment from home, televised open captioning, and American Sign Language interpreters.

The MDC meets **every third Friday** of the month at City Hall, **Room 400** from 1:00 p.m. to 4:00 p.m. and also has monthly Disability Disaster Committee Meetings and Physical Access Committee Meetings. See Upcoming Meetings for schedules.

Mayor's Office on Disability
Attention: MDC Council
401 Van Ness Avenue, Room 300
San Francisco, Ca. 94102
415.554.6789 Phone
415.554.6799 TTY
415.554.6159 Fax





# EXHIBIT B

**Human Services Agency of San Francisco**

# Long Term Care Coordinating Council

In November 2004, Mayor Gavin Newsom announced the appointment of the Long Term Care Coordinating Council to provide policy guidance to the Mayor's Office.

The Long Term Care Coordinating Council (LTCCC) is charged to: (1) advise, implement, and monitor community-based long term care planning in San Francisco; and (2) facilitate the improved coordination of home, community-based, and institutional services for older adults and adults with disabilities. It is the single body in San Francisco that evaluates all issues related to improving community-based long term care and supportive services.

The Mayor appoints 29 of the 37 membership slots. The additional 8 slots are represented by various City and County departments including: Human Services, Aging and Adult Services, Public Health, Office of Disability, Housing, SF Housing Authority, and the Municipal Railway. Membership categories were created to ensure representation from a variety of consumers, advocates, and service providers.

The LTCCC evaluates how different service delivery systems interact to serve people, and recommends ways to improve service coordination and system interaction. Workgroups responsible for carrying out the activities in the plan provide periodic progress reports through presentations to the LTCCC.

## Members of the Long Term Care Coordinating Council

### Service Provider Organizations

#### Well Elder Service Providers

- Sandy Mori - Kimochi
- Valorie Villela - 30th Street Senior Services
- Robert Trevorrow - San Francisco Senior Center

#### Health Systems and Hospitals

- Eleanor Jacobs - San Francisco Community Clinic Consortium

#### Long-Term Care & Supportive Service Providers

- Margaret Baran - IHSS Consortium
- Donna Calame - IHSS Public Authority
- Nancy Brundy - Institute on Aging
- Akiko Takeshita - API Legal Outreach
- Sally Burke-Wingard - Kaiser Permanente Administrator: Continuum of Care Cluster

#### HIV/AIDS Services/Systems

- Bill Hirsh - AIDS Legal Referral Panel & CADA

#### Developmental Disabilities Services/Systems

- Jennifer Walsh - adults with developmental disabilities

#### Behavioral Health Services/Systems

- Steve Fields - Progress Foundation

#### Other Disability Services/Systems

- Margaret Miller - Hearing Society

## Consumers and Advocates

### Consumers & Advocates: Adults with Disabilities

- Anita Aaron - Lighthouse for the Blind and Visually Impaired
- Moli Steinert - openhouse
- Sandy O'Neill
- Patricia Webb
- Abby Kovalsky

### Consumers & Caregivers: Older Adults

- Norma Satten
- Eileen Kunz - On Lok Senior Health
- Vera Haile
- Marcia Peterzell
- Susan Poor - Health Care Specialist (consultant)

### At Large

- Marie Jobling - Older adults and adults with disabilities

### Labor

- Tom Ryan - San Francisco Labor Council
- Mary Ruth Gross - United Healthcare Workers

### Consumer Advocates/Organizations

- Cathy Davis - Bayview Hunters Point Adult Day Health
- Herb Levine - Independent Living Resource Center
- Benson Nadell - Family Service Agency of SF & Long Term Care Ombudsman

## City and County Departments

- Department of Human Services - Phil Arnold
- Department of Aging and Adult Services - Anne Hinton
- Department of Public Health - Liz Gray and Paul Isakson
- Mayor's Office on Disability - Ken Stein
- Mayor's Office of Housing - Joel Lipski
- San Francisco Housing Authority - Belinda Jeffries
- Municipal Railway - Annette Williams