Guy B. Wallace, State Bar No. 176151
Mark T. Johnson, State Bar No. 76904
Andrew P. Lee, State Bar No. 245903
SCHNEIDER WALLACE
COTTRELL BRAYTON KONECKY LLP
180 Montgomery Street, Suite 2000
San Francisco, CA 94104
Telephone: (415) 421-7100
Facsimile: (415) 421-7105
Email: gwallace@schneiderwallace.com
       mjohnson@schneiderwallace.com
       alee@schneiderwallace.com

James C. Sturdevant, State Bar No. 94551
Whitney Huston, State Bar No. 234863
THE STURDEVANT LAW FIRM
A Professional Corporation
354 Pine Street, Fourth Floor
San Francisco, CA 94104
Telephone: (415) 477-2410
Facsimile: (415) 477-2420
Email: jsturdevant@sturdevantlaw.com
       whuston@sturdevantlaw.com

Attorneys for the Plaintiff Class

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| IVANA KIROLA, *et al.*, | No. 4:07-CV-03685 SBA (EMC) |
| Plaintiffs, | CLASS ACTION |
| vs. | **ORDER GRANTING PLAINTIFFS' MOTION FOR ADMINISTRATIVE RELIEF PURSUANT TO LOCAL RULE 7-11 TO PERMIT THE FILING OF PLAINTIFFS' MOTION TO STRIKE IN PART DEFENDANTS' ANSWER TO FIRST AMENDED COMPLAINT** |
| THE CITY AND COUNTY OF SAN FRANCISCO ("the CITY"), *et al.*; | |
| Defendants. | |

1 **ORDER**

2 Upon consideration of the submissions of the parties on Plaintiffs' Motion For Administrative
3 Relief Pursuant to Local Rule 7-11 to permit the filing of Plaintiffs' Motion to Strike in Part
4 Defendants' Answer to the First Amended Complaint, the Court finds that good cause has been shown
5 to grant such relief. Accordingly, IT IS HEREBY ORDERED that Plaintiffs may file their Motion to
6 Strike in Part Defendants' Answer to Plaintiffs' First Amended Complaint.

9 **IT IS SO ORDERED.**

11 Dated: 11/1/10

_____
UNITED STATES DISTRICT JUDGE
Hon. Saundra B. Armstrong