# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

**CIVIL MINUTE ORDER**

**Judge Saundra Brown Armstrong**

Date: **January 25, 2011**

**C 07-3685 SBA**

**Ivana Kirola, et al. v City and County of San Francisco, et al.**

Plaintiff Attorneys: Guy B. Wallace, Scott A. Brown, Mark T. Johnson & Andrew P. Lee
Defendant Attorneys: James M. Emery, Elaine M. O'Neil & Danny Chou

Deputy Clerk: **LASHANDA SCOTT**         Reporter: Raynee Mercado
                                         **Time:** 56 Minutes

**PROCEEDINGS:**                                         **RULING:**

1. Pretrial Conference                                   Matter Held
2. Defendant's Motion to Amend Exhibit List              Granted
3. Defendant's Motion to Stay Trial                      Denied as Moot

( ) Status Conference     ( ) P/T Conference     ( ) Case Management Conference

**ORDERED AFTER HEARING:**
The court trial has been reset to April 4, 2011 at 8:30 a.m. Trial hours are from 8:30 a.m. to 2:30 p.m., Monday, Wednesday, Thursday and Friday. The previous set date of 1/31/2011 is vacated. Counsel were designated 31 hours each. The court is dark on April 13th, 14th and 15th. The court reopened limited discovery. Discovery closes on 2/24/2011.

(XX) ORDER TO BE PREPARED BY:    Plntf_____   Deft_____   Court XX

(  ) Referred to Magistrate For:

(  ) CASE CONTINUED TO_____   for _____

Discovery Cut-Off_____   Expert Discovery Cut-Off_____

Plntf to Name Experts by _____   Deft to Name Experts by_____

P/T Conference Date_____   Trial Date_____   Set for _____ days
                                    Type of Trial:  ( )Jury    ( )Court
Notes: _____