UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IVANA KIROLA, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>THE CITY AND COUNTY OF SAN FRANCISCO, et al.,<br><br>Defendants. | Case No: C 07-03685 SBA<br><br>**ORDER** |

A pretrial conference was held in this matter on January 25, 2011. As indicated during the conference, and for the reasons stated,

IT IS HEREBY ORDERED THAT:

1. The January 31, 2011 trial date is CONTINUED to April 4, 2011 at 8:30 a.m.

2. Defendants' Motion for Leave to Amend Trial Exhibit List to Reflect Current Conditions in City's Public Right of Way, Libraries, Rec Park Facilities, and Financial Condition (Dkt. 451) ("Defendants' Motion") is GRANTED. The parties are granted leave to conduct discovery directed to only the new exhibits specifically identified in Defendants' Motion. The deadline for such discovery is February 24, 2011.

3. Defendants' Motion to Stay Trial Pending Appeal of Order Denying Leave for Post-Certification Contact with Class Member Joanna Fraguli (Dkt. 432) is DENIED as MOOT in view of the new trial date. The parties are granted leave to depose Ms. Fraguli. The deadline for conducting her deposition is February 24, 2011.

4. This order terminates Dockets 432 and 451.

///

///

- 2 -

1   IT IS SO ORDERED.

2   Dated: January 31, 2011

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge