FILED

FEB 07 2011

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| IVANA KIROLA and ELIZABETH ELFTMAN, <br><br> Plaintiffs - Appellees, <br><br> v. <br><br> THE CITY & COUNTY OF SAN FRANCISCO; et al., <br><br> Defendants - Appellants. | No. 10-17328 <br><br> D.C. No. 4:07-cv-03685-SBA <br> Northern District of California, Oakland <br><br> ORDER |

Before: CANBY, LEAVY, and SILVERMAN, Circuit Judges.

We have reviewed the response to this court's order to show cause why this appeal should not be dismissed for lack of jurisdiction. The district court's order did not dispose of the action as to all claims and all parties. We conclude we lack jurisdiction to review the district court's order because it is not a final decision under the collateral order doctrine, and is not an immediately appealable order granting or denying injunctive relief. *See Mohawk Industries, Inc. v. Carpenter*, 130 S. Ct. 599 (2009) (collateral order doctrine); *Carson v. American Brands, Inc.*, 450 U.S. 79 (1981) (orders reviewable pursuant to 28 U.S.C. 1292(a)(1)).

SL/MOATT

In their response to the order to show cause, appellants alternatively request that this court construe their appeal as a petition for a writ of mandamus. So construed, the petition is denied as appellants have not demonstrated that this case warrants the intervention of this court by means of the extraordinary remedy of mandamus. *See Bauman v. United States Dist. Court*, 557 F.2d 650 (9th Cir. 1977).

**DISMISSED.**