DENNIS J. HERRERA, State Bar #139669
City Attorney
DANNY CHOU, State Bar # 180240
Chief of Complex and Special Litigation
JAMES M. EMERY, State Bar #153630
ELAINE M. O'NEIL, State Bar #142234
Deputy City Attorneys
Fox Plaza
1390 Market Street, Seventh Floor
San Francisco, California 94102-5408
Telephone:     (415) 554-4261
Facsimile:      (415) 554-3985
E-Mail:          jim.emery@sfgov.org

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO, ET AL.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IVANA KIROLA and ELIZABETH ELFTMAN, on behalf of themselves and all others similarly situated,<br><br>     Plaintiffs,<br><br>vs.<br><br>THE CITY AND COUNTY OF SAN FRANCISCO ("the CITY"); GAVIN NEWSOM, in his official capacity as Mayor; AARON PESKIN, in his official capacity as President of the Board of Supervisors; JAKE MCGOLDRICK, MICHELA ALIOTO-PIER, ED JEW, CHRIS DALY, SEAN ELSBERND, BEVAN DUFTY, TOM AMMIANO, SOPHIE MAXWELL, ROSS MIRKARIMI, AND GERARDO SANDOVAL, in their official capacities as members of the Board of Supervisors,<br><br>     Defendants. | Case No. C07-3685 SBA<br><br>CLASS ACTION<br><br>**[PROPOSED] ORDER GRANTING SAN FRANCISCO'S ADMINISTRATIVE MOTION FOR LEAVE TO FILE MOTION FOR:  (1) CLARIFICATION OF SCOPE OF DISCOVERY AUTHORIZED UNDER THE COURT'S JANUARY 31, 2011 ORDER; AND (2) TO QUASH SUBPOENA FOR DEPOSITION OF JOANNA FRAGULI**<br><br>Trial Date:  April 4, 2011 |
|---|---|

Good cause appearing therefore, IT IS ORDERED THAT:

The Court authorizes defendants to file their proposed motion for (1) clarification of scope of discovery authorized under the Court's January 31, 2011 Order, and (2) to quash subpoena for the deposition of Joanna Fraguli.  The Court accepts for filing defendants' motion, which defendants

1 | submitted with their administrative motion.  Plaintiffs' response shall be due on or before **[date]**.  No
2 | reply will be permitted.  This matter will be deemed submitted upon the deadline for filing an
3 | opposition.
4 |       IT IS SO ORDERED.

Dated: _____

                                              _____
                                              UNITED STATES DISTRICT JUDGE
                                              SAUNDRA B. ARMSTRONG