UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IVANA KIROLA, et al.,<br><br>　　Plaintiffs,<br><br>　vs.<br><br>THE CITY AND COUNTY OF SAN FRANCISCO, et al.,<br><br>　　Defendants. | Case No: C 07-03685 SBA<br><br>**ORDER GRANTING DEFENDANT'S ADMINISTRATIVE MOTION FOR LEAVE TO FILE MOTION FOR: (1) CLARIFICATION OF SCOPE OF DISCOVERY; AND (2) TO QUASH SUBPOENA FOR DEPOSITION OF JOANNA FRAGULI**<br><br>Dkt. 467 |

The parties are presently before the Court on Defendant the City and County of San Francisco's ("the City") Administrative Motion for Leave to File Motion for: (1) Clarification of Scope of Discovery Authorized under the Court's January 31, 2011 Order; and (2) to Quash Subpoena for Deposition of Joanna Fraguli ("Administrative Motion"). (Dkt. 467.) Finding good cause shown,

IT IS HEREBY ORDERED THAT:

1.　The City's Administrative Motion is GRANTED.

2.　The Court accepts the filing of the City's motion, which the City submitted as Exhibit A to its Administrative Motion. Plaintiffs' opposition shall be due on or before February 22, 2011 and shall not exceed seven (7) pages. Plaintiffs need not provide any further briefing with respect to the City's request to quash Plaintiffs' subpoena for deposition of Joanna Fraguli, as the Court made clear at the January 25, 2011 pre-trial conference that leave to take her deposition was granted only as to the City. No reply will be permitted. This matter will be deemed submitted upon the deadline for filing an opposition. Civ. L.R. 7-1(b).

3.　This order terminates Dockets 467 and 473.

1 | IT IS SO ORDERED.

2 | Dated: February 18, 2011

_Saundra B Armstrong_
SAUNDRA BROWN ARMSTRONG
United States District Judge