CITY AND COUNTY OF SAN FRANCISCO     OFFICE OF THE CITY ATTORNEY



DENNIS J. HERRERA
City Attorney

JAMES M. EMERY
Deputy City Attorney

DIRECT DIAL:  (415) 554-4261
E-MAIL:  jim.emery@sfgov.org

March 1, 2011

By E-File and By Hand

Hon. Edward M. Chen
United States Magistrate Judge
United States District Court – Northern District of California
Courtroom C, 15th Floor
450 Golden Gate Avenue
San Francisco, California 94102

Re:   *Kirola et al. v. City and County of San Francisco*, No. C07-3685 SBA

Dear Judge Chen:

With this letter, the City reports on the status of its ongoing production of emails relating to the creation of three trial exhibits.

On February 23, 2011 the Court ordered the City to produce "all emails regarding the creation of . . . the Crosswalk Accessibility Checklist, DPW Order No. 178,884, DPW Order No. 179,072 and the new Guidelines for Inspection of Sidewalk Defects [*i.e.*, Order No. 178,884]." The Court required the City to complete this production by February 28, 2011.  The City has worked diligently to complete this production by February 28, but was unable to do so.  The City now expects to be able to complete this production by March 4, 2011.

Before receiving the Court's February 23 Order, defense counsel had already identified key City staff responsible for creating these three trial exhibits and asked each of them to provide responsive emails in their custody or control.  These key City staff are Ken Spielman, Dan McKenna, Barbara Moy, Clifton Wong, John Kwong, Jerry Sanguinetti and Susan Mizner. Defense counsel then reviewed and produced responsive non-privileged emails from these individuals (the City did not produce emails in the custody of Mr. Kwong or Mr. Sanguinetti, after ascertaining that all their email communications on the subject of these orders were directly with Mr. McKenna, and therefore ***all*** responsive emails in their custody were duplicative of emails already collected from Mr. McKenna).  The City has also provided plaintiffs with a privilege log of withheld emails.

To comply with the Court's February 23, 2011 Order, defense counsel immediately broadened their inquiry to all individuals identified as recipients in any of the emails already collected.  In addition, defense counsel inquired of each of the key City staff (identified above) whether there was reason to believe any additional individuals, not identified in the emails already collected, had custody of emails related to the creation of any of these trial exhibits. Accordingly, the City is now collecting and processing for production all emails in the custody of approximately a dozen additional City staff.

FOX PLAZA · 1390 MARKET STREET, SEVENTH FLOOR · SAN FRANCISCO, CALIFORNIA 94102-5408
RECEPTION:  (415) 554-3800 · FACSIMILE:  (415) 554-3985

n:\cxlit\li2010\080122\00683531.doc

CITY AND COUNTY OF SAN FRANCISCO                                    OFFICE OF THE CITY ATTORNEY

Letter to <u>By E-File and By Hand</u>

Hon. Edward M. Chen
Page 2
March 1, 2011

      Unfortunately, not all the identified individuals were available during the second half of last week.  Defense counsel continues to follow up this week with each of the newly identified individuals.  The City will produce the required emails on a rolling basis, and expects to complete the required production on or before March 4, 2011.

      The City apologizes that this production has taken more time than the Court allowed.  The delay was a direct result of the unavailability of the individuals from whom the supplemental production is required, and technical challenges managing the electronic production.  The City will keep the Court informed of the progress of this document production, and will provide any additional information the Court requires.

      Respectfully submitted,

      DENNIS J. HERRERA
      City Attorney

          /s/
      JAMES M. EMERY
      Deputy City Attorney

cc:  E-service list