United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IVANA KIROLA, *et al*.,<br><br>Plaintiffs,<br><br>v.<br><br>THE CITY AND COUNTY OF SAN FRANCISCO, *et al*.,<br><br>Defendants.<br>_____/ | No. C-07-3685 SBA (EMC)<br><br>**AMENDED ORDER REGARDING PLAINTIFFS' LETTER OF 2/28/11 AND DEFENDANT'S LETTER OF 3/2/11.**<br><br>**(Docket No. 483 and 492)**<br>(date of Order 3/2/11) |

      The Court has received and reviewed Plaintiffs' letter of February 28, 2011 and Defendant's letter of March 2, 2011 and supporting material regarding the parties' dispute over the adequacy of the 30(b)(6) witness and Plaintiffs' request to take additional depositions.  Good cause appearing therefor, the Court hereby orders that Plaintiffs may take one-half day depositions each of John Paul Scott and Dawn Kamalanathan.  Dennis Kern was not completely prepared on subject matters raised by the new exhibits.  Plaintiffs' request to take the depositions of Lucas Tobin and Lillian Bautista is denied.  The questions Plaintiffs' seek to propound are not sufficiently related to the new exhibits to warrant further depositions.  It is so ordered.

      This order disposes of Docket No. 483 and 492.

      IT IS SO ORDERED.

Dated: March 2, 2011

                                                                                           _____
                                                                                          EDWARD M. CHEN
                                                                                          United States Magistrate Judge