United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IVANA KIROLA, *et al.*,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>THE CITY AND COUNTY OF SAN FRANCISCO, *et al.*,<br><br>　　　　　Defendants.<br>_____/ | No. C-07-3685 SBA (EMC)<br><br><br>**ORDER RE LETTERS OF MARCH 4, 2011**<br><br>**(Docket Nos. 496-497)** |

　　　　The Court has received the unsolicited letter of Plaintiffs dated March 4, 2011 and the City's response thereto.  The parties are directed to meet and confer to resolve this dispute.  The Court instructs to parties to consider the compromise of having Mr. Tobin (who is in a supervisory position) testify for one-half day.  While Plaintiffs exaggerate the shortcomings of Mr. Kern's deposition testimony, there appear to be gaps in the evidence as to the specific kinds and numbers of services and accommodations given which Mr. Tobin may be in a better position to describe.

　　　　This order disposes of Docket Nos. 496 and 497.

　　　　IT IS SO ORDERED.

Dated: March 4, 2011

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　EDWARD M. CHEN
　　　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge