UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IVANA KIROLA, et al.,<br><br>  Plaintiffs,<br><br> vs.<br><br>THE CITY AND COUNTY OF SAN FRANCISCO, et al.,<br><br>  Defendants. | Case No:  C 07-03685 SBA<br><br>**ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION FOR LEAVE TO FILE MOTION TO COMPEL DEPOSITION OF JOANNA FRAGULI**<br><br>Dkt. 508 |

The parties are presently before the Court on Plaintiffs' Administrative Motion for Leave to File Motion to Compel Deposition of Joanna Fraguli.  Dkt. 508.  The motion hearing deadline in this matter was May 18, 2010, and the Court has ordered the parties to seek leave prior to filing any further motions.  Plaintiffs assert that they seek leave to file a motion to compel to "remedy the surprise and prejudice Plaintiffs would suffer if they were not permitted the opportunity to depose Ms. Fraguli prior to her trial testimony."  Id. at 1.  Accordingly,

IT IS HEREBY ORDERED THAT:

1. Plaintiffs' Administrative Motion is GRANTED.

2. The Court accepts the filing of Plaintiffs' motion to compel, which Plaintiffs submitted as Exhibit A to their administrative motion.  Defendants' opposition shall be due on or before March 28, 2011 and shall not exceed eleven (11) pages.  Any reply shall be due on or before March 29, 2011 and shall not exceed four (4) pages.  This matter is referred to Magistrate Judge Edward M. Chen, the assigned discovery magistrate judge in this matter.

3. This Order terminates Docket 508.

IT IS SO ORDERED.

Dated: March 25, 2011

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge