UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IVANA KIROLA, *et al.*, | No. C-07-3685 SBA (EMC) |
| Plaintiffs, | |
| v. | **ORDER RE PLAINTIFFS' MOTION TO COMPEL** |
| THE CITY AND COUNTY OF SAN FRANCISCO, *et al.*, | **(Docket No. 514)** |
| Defendants. | |
| _____/ | |

      The Court has reviewed the March 25, 2011 letter brief from Plaintiffs seeking to compel further production of documents, as well as Defendant CCSF's response of March 28, 2011 and Plaintiffs' letter reply of the same date. Although CCSF's response asserts objections based on procedural grounds and asks for further opportunity to allow briefing on substantive grounds if the Court is inclined to hear the matter, CCSF had a short but ample opportunity to address substantive issues in its March 28, 2011, but did not. Moreover, in view of the impending trial dates, there is no time for staged briefing. Thus, the Court issues its ruling on Plaintiffs' motion. In so ruling, the Court takes into account the last minute nature of Plaintiffs' motion and the potential burden on CCSF which is preparing for trial next week. Those concerns are weighed against the potential need and relevance of the documents sought.

///

///

///

The Court orders CCSF to produce the following documents:

1. Documents constituting or describing the requests for accommodations and the accommodations provided to the "few" individuals Mr. Tobin testified about in his March 18, 2011 deposition.

2. The spreadsheet Mr. McKenna testified he prepared to analyze the excavation permits issued since the effective date of the sidewalk order.

3. The X-1104 notices issued since the effective date of the new sidewalk inspection guidelines (September 2010).

The Court denies Plaintiffs' request for any other documents (including *e.g.* correspondence, emails, etc.) other than the narrow categories described above. The above documents shall be produced to Plaintiffs no later than 5:00 pm on March 31, 2011.

This order disposes of Docket No. 514.

IT IS SO ORDERED.

Dated: March 29, 2011

_____
EDWARD M. CHEN
United States Magistrate Judge