UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IVANA KIROLA, et al.,<br><br>  Plaintiffs,<br><br>  vs.<br><br>THE CITY AND COUNTY OF SAN FRANCISCO, et al.,<br><br>  Defendants. | Case No: C 07-03685 SBA<br><br>**ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION FOR LEAVE TO FILE MOTION FOR LEAVE TO AMEND EXHIBIT LIST, WITNESS LIST AND TO DISCLOSE SUPPLEMENTAL EXPERT REPORTS**<br><br>Dkt. 522 |

The parties are presently before the Court on Plaintiffs' Administrative Motion for Leave to File Motion for Leave to Amend Exhibit List, Witness List, and to Disclose Supplemental Expert Reports. Dkt. 522. The motion hearing deadline in this matter was May 18, 2010, and the Court has ordered the parties to seek leave prior to filing any further motions. Plaintiffs assert that they seek leave to file their motion in response to Defendants' motion to amend their exhibit list, which the Court granted at the January 25, 2011 pre-trial conference. Id. at 1. Accordingly,

IT IS HEREBY ORDERED THAT:

1.  Plaintiffs' Administrative Motion is GRANTED.

2.  The Court accepts the filing of Plaintiffs' motion, which Plaintiffs filed on March 29, 2011 (Dkt. 523). Defendants' opposition shall be due on or before March 30, 2011 and shall not exceed fourteen (14) pages. No reply will be permitted. This matter will be deemed submitted upon the deadline for filing an opposition.

3. All proposed motions filed by any party in conjunction with motions for leave shall hereinafter be limited to five (5) pages, and any oppositions, if ordered, shall also be limited to five (5) pages.

4. This Order terminates Docket 522.

IT IS SO ORDERED.

Dated: March 29, 2011

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge