**United States District Court**
For the Northern District of California

1

2

3

4

5              UNITED STATES DISTRICT COURT

6              NORTHERN DISTRICT OF CALIFORNIA

7

8    IVANA KIROLA, *et al.*,                          No. C-07-3685 SBA (EMC)

9           Plaintiffs,

10      v.                                            **ORDER GRANTING IN PART
                                                      PLAINTIFFS' MOTION TO COMPEL**
11   THE CITY AND COUNTY OF SAN                       **DEPOSITION OF JOANNA FRAGULI**
     FRANCISCO, *et al.*,
12                                                    **(Docket No. 508-1)**
           Defendants.
13
     _____/
14

15

16        The Court has reviewed the motion and papers filed in support of an in opposition to the

17   motion.  Good cause appearing therefor, the Court **GRANTS** the motion in part.

18        The Court finds that Defendants did not fully and clearly disclose the substance and

19   significance of Ms. Fraguli's testimony.  While they did disclose her role in handling disability

20   access complaints and grievances, providing training, and helping to plan the emergency evacuation

21   programs, they did not disclose she had responsibility for "developing, and implementing on a day

22   to day basis, the very disability access policies and procedures that plaintiffs allege discriminate

23   against them and members of the class."

24   ///

25   ///

26   ///

27   ///

28   ///

**United States District Court**

For the Northern District of California

1    Accordingly, Plaintiffs shall be entitled to take a three (3) hour deposition focusing on this

2    topic and this topic only.  The parties shall meet and confer and agree upon a time before trial.

3    This order disposes of Docket No. 508-1.

4

5    IT IS SO ORDERED.

6

7    Dated:  March 30, 2011

8    _____
     EDWARD M. CHEN

9    United States Magistrate Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2