UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IVANA KIROLA, et al.,<br><br>    Plaintiffs,<br><br>  vs.<br><br>THE CITY AND COUNTY OF SAN FRANCISCO, et al.,<br><br>    Defendants. | Case No: C 07-03685 SBA<br><br>**ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO FILE MOTION TO COMPEL IMMEDIATE PRODUCTION OR EXCLUDE DEFENDANTS' SUPPLEMENTAL EXPERT REPORTS**<br><br>Dkt. 543 |

The parties are presently before the Court on Plaintiffs' Motion for Leave to File Motion to Compel Immediate Production or Exclude Defendants' Supplemental Expert Reports ("Motion for Leave"), filed on April 4, 2011. Dkt. 543. By their proposed motion, Plaintiffs seek an order compelling Defendants to produce their supplemental expert reports, which Defendants have not yet produced, regarding additional joint site inspections that the parties conducted during the period that discovery was reopened following the January 25, 2011 pretrial conference. Plaintiffs indicate that those additional site inspections were completed on March 24, 2011. See Johnson Decl. ¶ 15, Dkt. 545. Accordingly,

IT IS HEREBY ORDERED THAT Plaintiffs' Motion for Leave is GRANTED. The Court accepts for filing Plaintiffs' Motion to Compel (Dkt. 544). Plaintiffs raise legitimate concerns regarding Defendants' failure to produce their supplemental expert reports to date. As such, the Court is inclined to require Defendants to produce their supplemental expert reports by no later than 12:00 p.m. on April 7, 2011, which is two weeks after completion of the site inspections. Therefore, by 5:00 p.m. on April 5, 2011, Defendants shall file either: (1)

1  a responsive brief, not to exceed five (5) pages, addressing Plaintiffs' concerns and the Court's
2  inclination, should the City intend to rely on the supplemental expert reports at trial; or (2) a
3  statement indicating that the City does not intend to rely on the supplemental expert reports at
4  trial.  Defendants' failure to file a timely response will be construed as a representation that
5  Defendants do not intend to rely on the supplemental expert reports at trial.  This Order
6  terminates Docket 543.
7       IT IS SO ORDERED.
8  Dated: April 5, 2011

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge