UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IVANA KIROLA, et al.,<br><br>    Plaintiffs,<br><br>vs.<br><br>THE CITY AND COUNTY OF SAN FRANCISCO, et al.,<br><br>    Defendants. | Case No:  C 07-03685 SBA<br><br>**ORDER DENYING PLAINTIFFS' MOTION TO COMPEL AND DEFENDANTS' MOTION TO STRIKE** |

The parties are presently before the Court on Plaintiffs' Motion to Compel Immediate Production or Exclude Defendants' Supplemental Expert Reports ("Motion for Compel," Dkt. 544) and Defendants' Motion to Strike Unauthorized Additions to Plaintiffs' Exhibit List ("Motion to Strike," Dkt. 549), which were heard during trial in this matter on April 6, 2011. For the reasons stated on the record,

IT IS HEREBY ORDERED THAT:

1.  Plaintiffs' Motion to Compel is DENIED.

2.  Defendants' Motion to Strike is DENIED without prejudice.

3.  This Order terminates Dockets 544, 548, and 549.

IT IS SO ORDERED.

Dated: April 8, 2011

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge