UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IVANA KIROLA, et al., | Case No: C 07-03685 SBA |
| Plaintiffs, | **ORDER RE POST-TRIAL BRIEFING** |
| vs. | |
| THE CITY AND COUNTY OF SAN FRANCISCO, et al., | |
| Defendants. | |

To assist the Court in its resolution of the instant matter, the parties shall submit post-trial briefs and revised, proposed findings of fact and conclusions of law as follows:

1. By no later than May 26, 2011 by 5:00 p.m., the parties shall simultaneously file post-trial memoranda, not to exceed twenty-five (25) pages in length, demonstrating why judgment should be entered in their favor. By no later than June 16, 2011 by 5:00 p.m., the parties shall simultaneously file their responses to the opening memoranda, not to exceed fifteen (15) pages in length. All arguments shall be supported by appropriate legal authority, including pinpoint citations, if applicable. With regard to any factual matters, the memoranda also shall include supporting page/line citations to the Reporter's Transcript ("RT") from the trial, as well as any exhibits admitted into evidence. The parties shall submit to chambers, binders with copies of all exhibits to which they refer in their memoranda. With respect to Plaintiffs' brief, Plaintiffs must include the specific relief they are seeking, the factual support and the legal authority establishing that the Court has the

1  ability to afford the particular relief being requested.  The memoranda must comply with
2  Civil Local Rule 7-4.
3        2.      The parties' opening memoranda shall be accompanied by revised proposed
4  findings of fact and conclusions of law, which shall not exceed forty (40) pages, and shall
5  include specific citations to legal authority, the record and the exhibits.  The revised
6  proposed findings of fact and conclusions of law shall be e-filed and a courtesy copy of the
7  same shall be emailed to the Court's proposed orders email box, preferably in Microsoft
8  Word.
9        3.      Upon completion of the above submissions, the Court will review the matter
10 and will notify the parties in the event it determines that oral argument is necessary.
11       IT IS SO ORDERED.
12 Dated: May 5, 2011

                                                                                       _____
                                                                                       SAUNDRA BROWN ARMSTRONG
                                                                                       United States District Judge