UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IVANA KIROLA, et al.,<br><br>  Plaintiffs,<br><br>vs.<br><br>THE CITY AND COUNTY OF SAN FRANCISCO, et al.,<br><br>  Defendants. | Case No: C 07-03685 SBA<br><br>**ORDER SETTING BRIEFING SCHEDULE** |

On May 6, 2011, Defendants filed a Request for Judicial Notice (Docket 583), requesting that this Court take judicial notice of certain documents for purposes of completing the record at trial. IT IS HEREBY ORDERED THAT Plaintiffs file any response they may have to Defendants' request no later than May 19, 2011 at 5:00 p.m

IT IS SO ORDERED.

Dated: May 10, 2011

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge