United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IVANA KIROLA, *et al.*, | No. C-07-3685 SBA (EMC) |
| Plaintiffs, | |
| v. | **ORDER GRANTING PLAINTIFFS' MOTION FOR SANCTIONS** |
| THE CITY AND COUNTY OF SAN FRANCISCO, *et al.*, | **(Docket No. 527)** |
| Defendants. | |
| _____/ | |

The Court has received the parties' joint letter of March 29, 2011 (Docket No. 527) and reviewed the supporting papers including the deposition transcripts of Mr. Sanguinetti and Mr. McKenna. The Court finds that Mr. Sanguinetti was not adequately prepared to fulfill his duties as a Rule 30(b)(6) witness. The fact that a second 30(b)(6) deposition of Mr. McKenna was necessary substantiates this point. On the other hand, Plaintiffs have not proven Mr. Sanguinetti's deposition was entirely useless. Nor have they proven Defendants deliberately engaged in bad faith on this matter. Accordingly, based on the record, the Court concludes that Defendants shall pay to Plaintiffs the sum of $2,000 as sanctions under Rule 37 for the needless attorney time incurred as a result of Mr. Sanguinetti's lack of complete preparedness.

This order disposes of Docket No. 527.

IT IS SO ORDERED.

Dated: May 16, 2011

_____
EDWARD M. CHEN
United States Magistrate Judge