Guy B. Wallace, State Bar No. 176151
Mark T. Johnson, State Bar No. 76904
Andrew P. Lee, State Bar No. 245903
SCHNEIDER WALLACE
COTTRELL BRAYTON KONECKY LLP
180 Montgomery Street, Suite 2000
San Francisco, CA 94104
Telephone: (415) 421-7100
Facsimile: (415) 421-7105
Email: gwallace@schneiderwallace.com
       mjohnson@schneiderwallace.com
       alee@schneiderwallace.com

James C. Sturdevant, State Bar No. 94551
Whitney B. Stark, State Bar No. 234863
THE STURDEVANT LAW FIRM
A Professional Corporation
354 Pine Street, Fourth Floor
San Francisco, CA 94104
Telephone: (415) 477-2410
Facsimile: (415) 477-2420
Email: jsturdevant@sturdevantlaw.com
       whuston@sturdevantlaw.com

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| IVANA KIROLA, *et al.*,<br><br>Plaintiffs,<br><br>vs.<br><br>THE CITY AND COUNTY OF SAN FRANCISCO ("the CITY"), *et al.*;<br><br>Defendants. | No. 4:07-CV-03685 SBA (EMC)<br><br>CLASS ACTION<br><br>**STIPULATION REQUESTING ONE WEEK EXTENSION OF TIME WITHIN WHICH TO FILE POST TRIAL BRIEFS AND PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW; ORDER ON STIPULATION** |

## STIPULATION

WHEREAS, by its Order of May 6, 2011 (Doc. No. 582), this Court set a briefing schedule requiring that the parties submit post trial briefs and revised proposed findings of fact and conclusions of law by 5:00 p.m. on May 26, 2011 and responsive memoranda by no later than 5:00 p.m. on June 16, 2011;

WHEREAS, due to the illness of Class Counsel Guy Wallace since the above briefing schedule was established, Plaintiffs require and have proposed to Defendant's counsel an extension of time of one week within which the parties might be permitted to file their opening post-trial brief and revised proposed findings of fact and conclusions of law; and

WHEREAS, Defendants are not opposed to a mutual extension of time of one week and a corresponding one-week extension of the deadline for filing responsive memoranda;

THEREFORE, it is hereby stipulated, subject to the approval of the Court, that the post-trial briefing schedule be modified as follows:

1. The opening memoranda, together with the proposed findings of fact and conclusions of law shall be filed by no later than June 2, 2011 by 5:00 p.m.

2. Responses to the opening memoranda shall be filed by no later than June 23, 2011 by 5:00 p.m.

All other terms of the Court's Order of May 6, 2011 (Doc.No. 582) shall remain in effect.

IT IS SO STIPULATED.

Dated: May 26, 2011                    SCHNEIDER WALLACE
                                       COTTRELL BRAYTON
                                       KONECKY LLP


                                       _____/s/_____
                                       MARK JOHNSON
                                       Counsel for Plaintiffs

Dated: May 26, 2011                                OFFICE OF THE CITY ATTORNEY


                                                   _____/s/_____
                                                   ELAINE O'NEIL

                                                   Counsel for Defendants


## ORDER

Pursuant to the foregoing stipulation of the parties, IT IS HEREBY ORDERED that the deadlines for the parties to submit their post-trial briefing are modified as follows:

1. The opening memoranda, together with the proposed findings of fact and conclusions of law shall be filed by no later than June 2, 2011 by 5:00 p.m.

2. Responses to the opening memoranda shall be filed by no later than June 23, 2011 by 5:00 p.m.

All other terms of the Court's Order of May 6, 2011 (Doc.No. 582) shall remain in effect.

DATED:   May 23, 2011

                                                   _Saundra B. Armstrong_____
                                                   SAUNDRA BROWN ARMSTRONG
                                                   United States District Judge