# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| IVANA KIROLA, et al., | Case No: C 07-03685 SBA |
| Plaintiffs, | **ORDER** |
| vs. | |
| THE CITY AND COUNTY OF SAN FRANCISCO, et al., | |
| Defendants. | |

    Plaintiffs have filed a motion for administrative leave for permission to file a motion to strike Defendants' opposition to Plaintiffs' request for judicial notice., or, alternatively, to permit Plaintiffs to file a reply to Defendants' opposition. In early May 2011, Defendants filed a request for judicial notice and the Court permitted Plaintiffs to file an opposition. Defendants then filed a reply to Plaintiffs' opposition. Because Defendants have fully briefed their request for judicial notice, Plaintiffs should be given the same opportunity to fully brief their request for judicial notice. Accordingly,

///

///

///

///

1  IT IS HEREBY ORDERED THAT, with regard to Plaintiffs' request for judicial notice, Plaintiffs may file a reply to Defendants' opposition of no more than ten (10) pages by no later than June 21, 2011.

IT IS SO ORDERED.

Dated: June 13, 2011

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge