Guy B. Wallace, State Bar No. 176151
Mark T. Johnson, State Bar No. 76904
Andrew P. Lee, State Bar No. 245903
Kiran Prasad, State Bar. No. 255348
SCHNEIDER WALLACE
COTTRELL BRAYTON KONECKY LLP
180 Montgomery Street, Suite 2000
San Francisco, CA 94104
Telephone: (415) 421-7100
Facsimile: (415) 421-7105
Email: gwallace@schneiderwallace.com
       mjohnson@schneiderwallace.com
       alee@schneiderwallace.com
       kprasad@schneiderwallace.com

James C. Sturdevant, State Bar No. 94551
THE STURDEVANT LAW FIRM
A Professional Corporation
354 Pine Street, Fourth Floor
San Francisco, CA 94104
Telephone: (415) 477-2410
Facsimile: (415) 477-2420
Email: jsturdevant@sturdevantlaw.com

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| IVANA KIROLA, *et al.*, | No. 4:07-CV-03685 SBA (EMC) |
| Plaintiffs, | CLASS ACTION |
| vs. | **STIPULATION REQUESTING EXTENSION OF TIME FOR SUBMITTING SUPPLEMENTAL BRIEFING AND PROPOSED CONCLUSIONS OF LAW REGARDING INJUNCTIVE RELIEF;  ORDER** |
| THE CITY AND COUNTY OF SAN FRANCISCO ("the CITY"), *et al.*; | |
| Defendants. | |

## STIPULATION

WHEREAS, by its Order of July 21, 2011 (Dkt. No. 626), this Court set a briefing schedule requiring that Plaintiffs submit supplemental post-trial briefing and supplemental conclusions of law regarding their requested injunctive relief by July 27, 2011, and requiring Defendants to submit any responsive supplemental brief and supplemental conclusions of law by August 3, 2011;

WHEREAS, Guy B. Wallace, lead counsel for Plaintiffs, is currently out of the country on vacation and will not be returning until August 6, 2011, making him unavailable to participate in the supplemental briefing under the current briefing schedule. Accordingly, Plaintiffs proposed to Defendants' counsel an extension of two weeks, until August 10, 2011, for Plaintiffs to file their supplemental post-trial brief and supplemental conclusions of law;

WHEREAS, Defendants are not opposed to Plaintiffs' proposed extension of two weeks, so long as Defendants receive a reciprocal bilateral extension. Lead counsel for Defendants, Jim Emery, will be unavailable on a prescheduled vacation from August 6 to August 22, and counsel for Defendants Danny Chou will be on vacation from August 13 to 28. Accordingly, Defendants request, and Plaintiffs do not oppose, a bilateral extension of two weeks, permitting Defendants to submit their response on or before August 31, 2011.

THEREFORE, it is hereby stipulated, subject to the approval of the Court, that the post-trial supplemental briefing schedule be modified as follows:

1. Plaintiffs' shall file their supplemental brief of no more than ten (10) pages and supplemental conclusions of law of no more than ten (10) pages by no later than August 10, 2011;

2. Defendants' shall file any responsive supplemental brief of no more than ten (10) pages and any responsive supplemental conclusions of law of no more than ten (10) pages by no later than August 31, 2011;

//
//
//
//

SCHNEIDER WALLACE
COTTRELL BRAYTON
KONECKY LLP

STIPULATION REQUESTING EXTENSION OF TIME FOR SUPPLEMENTAL
BRIEFING REGARDING INJUNCTIVE RELIEF; [PROPOSED] ORDER
*KIROLA ET AL. V. CITY AND COUNTY OF SAN FRANCISCO, ET AL.*, CASE NO. 4:07-CV-03685 SBA (EMC)
1

IT IS SO STIPULATED.

Dated: July 26, 2011                                SCHNEIDER WALLACE
                                                    COTTRELL BRAYTON
                                                    KONECKY LLP

                                                    _____/s/_____
                                                    MARK JOHNSON
                                                    Counsel for Plaintiffs

Dated: July 26, 2011                                OFFICE OF THE CITY ATTORNEY

                                                    _____/s/_____
                                                    JAMES M. EMERY
                                                    Counsel for Defendants

**ORDER**

Given that each party is represented by multiple counsel, the Court finds that no good cause exists to grant the parties' request for an extension of time as detailed in their stipulation. IT IS HEREBY ORDERED that the deadlines for the parties to submit their supplemental post-trial briefing are modified as follows:

1. Plaintiffs shall file their supplemental brief of no more than ten (10) pages and supplemental conclusions of law of no more than ten (10) pages by no later than August 3, 2011;

2. Defendants shall file any responsive supplemental brief of no more than ten (10) pages and any responsive supplemental conclusions of law of no more than ten (10) pages by no later than August 10, 2011;

All other terms of the Court's Order of July 21, 2011 (Dkt. No. 626) are unchanged.

DATED:   July 25, 2011

_____Saundra B. Armstrong_____
SAUNDRA BROWN ARMSTRONG
United States District Judge