UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IVANA KIROLA, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> THE CITY AND COUNTY OF SAN FRANCISCO, et al., <br><br> Defendants. | Case No: C 07-03685 SBA <br><br> **ORDER** <br><br> Dkt. 385, 392, 395 |

In light of the fact that trial has been held in the instant action, the matters presented in Docket Nos. 385, 392 and 395 are moot.  IT IS HEREBY ORDERED THAT the Clerk terminate Docket Nos. 385, 392 and 395.

IT IS SO ORDERED.

Dated: August 12, 2011

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge