1
2
3                    UNITED STATES DISTRICT COURT
4               FOR THE NORTHERN DISTRICT OF CALIFORNIA
5                            OAKLAND DIVISION
6
7  IVANA KIROLA, et al.,                    Case No: C 07-03685 SBA
8              Plaintiffs,                  **ORDER**
9        vs.
10 THE CITY AND COUNTY OF SAN
11 FRANCISCO, et al.,
12             Defendants.
13
14
15       Following the conclusion of the court trial in this action, the Court directed the
16 parties to submit post-trial briefs, consisting of opening and responsive briefs to be filed by
17 each side. Dkt. 582. Due to infirmities in Plaintiffs' briefing, the Court subsequently
18 ordered supplemental post-trial briefs. Dkt. 626. Plaintiffs and Defendants each filed
19 supplemental trial briefs in accordance with the Court's Order. Dkt. 632, 636.
20       Plaintiffs have now filed an administrative motion for leave to file a reply in
21 response to Defendants' supplemental trial brief, purportedly to address "new" arguments
22 raised therein. Dkt. 639. Plaintiffs' motion is denied. In the event the Court requires
23 further briefing in response to arguments presented in Defendants' supplemental brief, the
24 Court will issue an order to that effect.
25       Plaintiffs also have filed an administrative motion for leave to file a motion to strike
26 Defendants' reply brief in support of their request for judicial notice. Dkt. 605. Plaintiffs'
27 motion is denied. To the extent that Defendants' reply brief raises new arguments, the
28

1 Court will either disregard such arguments or direct Plaintiffs to file a response.  At this
2 juncture, however, the additional proposed motion practice is unnecessary.
3     Finally, the Court notes that prior to the close of trial, Defendants filed a motion for
4 judgment on partial findings or, in the alternative, for decertification of the plaintiff class.
5 Dkt. 570.  The Court will consider the arguments presented in Defendants' motion and
6 Plaintiffs' response thereto in the context of its forthcoming findings of fact and
7 conclusions of law.  Therefore, Docket 446 will be terminated.  Accordingly,
8     IT IS HEREBY ORDERED THAT Plaintiffs' administrative motions for leave to
9 file a reply in response to Defendants' supplemental trial brief and for leave to file a motion
10 to strike Defendants' reply brief in support of their request for judicial notice are DENIED.
11 This Order terminates Docket 570, 605 and 639.
12     IT IS SO ORDERED.
13 Dated: March 30, 2012

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge