UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IVANA KIROLA, et al.,<br><br>    Plaintiffs,<br><br>vs.<br><br>THE CITY AND COUNTY OF SAN FRANCISCO, et al.,<br><br>    Defendants. | Case No: C 07-3685 SBA<br><br>**ORDER RE SUPPLEMENTAL BRIEFING** |

In connection with its final resolution of the claims and issues to be decided in this action, the Court is presently reviewing the evidence and testimony offered at trial and the legal authorities and arguments presented by the parties in their post-trial briefs. To that end, the parties shall provide the Court with supplemental briefing which sets forth any new material facts or a change of law occurring after the time of trial. If there have been no new material factual developments or new legal authority, the parties shall so indicate in their papers. Defendants shall file their supplemental memorandum within fourteen (14) days of the date this order is filed and Plaintiffs shall file their response memorandum within fourteen (14) days thereafter. Defendants' reply brief shall be filed seven (7) days after Plaintiffs file their memorandum. Absent prior leave of court, the opening and response memoranda are limited to twelve (12) pages and the reply memorandum is limited to eight (8) pages.

IT IS SO ORDERED.

Dated: February 24, 2014

_____
SAUNDRA BROWN ARMSTRONG
Senior United States District Judge