1
2
3
4
5
6
7
8
9

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

10
11
12
13
14
15
16

| | |
|---|---|
| IVANA KIROLA, et al., | Case No: C 07-3685 SBA |
| Plaintiffs, | **JUDGMENT** |
| vs. | |
| THE CITY AND COUNTY OF SAN FRANCISCO, et al., | |
| Defendants. | |

17    Pursuant to the Court's Findings of Fact and Conclusions of Law,

18    IT IS HEREBY ORDERED THAT final judgment is entered in favor of Defendants.

19    IT IS SO ORDERED.

20  Dated:  November 26, 2014

                                                                                     *Saundra B Armstrong*
21                                                                                SAUNDRA BROWN ARMSTRONG
                                                                                     United States District Judge

22
23
24
25
26
27
28