# EXHIBIT D

**DEFENDANT**

▲

| United States District Court |
|:---:|
| Northern District of California |

Case No. __**C07-03685 SBA**__

Case Title __*Kirola, et al. v. CCSF, et al.*__

Exhibit No. ___E27___

Date Entered _____

Richard W. Wieking, Clerk

By: _____, Deputy Clerk

▲

# Disability Access to City Programs, Services and Activities

# A Primer for City Departments' ADA Coordinators



## Mayor's Office on Disability
## City & Count of San Francisco

EXHIBIT E27-000002

# Welcome & Introductions



2

EXHIBIT E27-000003

# Disability Rights – How We Got From There To Here (in 5 minutes or less)

- The birth of the Independent Living Movement
- 504 –  The S.F. Demonstration That Changed The World

EXHIBIT E27-000004

# *About the Mayor's Office on Disability…*

- Who We Are & What We Do

- Jurisdiction & Areas of Influence

- Mayor's Disability Council

4

EXHIBIT E27-000005

# Why Does My Department Need an ADA Coordinator ?



5

EXHIBIT E27-000006

# The numbers game…

- Approximately 20% of SF's population are people with disabilities. This includes:
- over 8,000 children and youth
- 95,000 adults between the ages of 21 and 64
- over 46,000 adults 65 and older
- The numbers include those who have visible disabilities such as mobility impairments AND invisible disabilities such as mental disabilities, cognitive impairments, etc.

– 2000 U.S. Census Data

6

EXHIBIT E27-000007



# *The Bottom Line …*

As the population ages, the numbers of people with disabilities increase and we MUST ensure  that we serve ALL of our customers appropriately and consistent with our legal obligations!

EXHIBIT E27-000008



# Lawsuits



- Airport  (DHH access)
- Department of Parking and Traffic (APS)
- Department of Public Health (LHH)
- Recreation and Park Department (Zoo)
- School District (Lopez)

*a little prevention goes a long way…*



8

EXHIBIT E27-000009

# As YOUR Department's ADA Coordinator You Are Expected To:

- Ensure ADA Compliance for the Department
- Properly investigate and respond to ADA grievances and Requests for Accommodations
- Be the department's ADA resource person
- Be proactive in ensuring compliance by providing education & training to staff, develop policies and materials

9

EXHIBIT E27-000010

# In other words…



*You are the spokes in the wheel of disability access!*

EXHIBIT E27-000011

# 5 minute break



11

EXHIBIT E27-000012

# *The Road map…or Elements of Disability Access*



1.  Standard Civil Right Expectations
2.  Programmatic Access
3.  Communication Access
4.  Architectural Access

12

EXHIBIT E27-000013

# Standard Civil Rights Expectations

- **Don't Deny Participation or Service**
- **Don't Segregate**
- **Don't Retaliate or Coerce**

EXHIBIT E27-000014

# For example…

- **Denial of Service or Participation:** The Elections Commission holds a public neighborhood Commission meeting in a building that is not wheelchair accessible.

- **Segregation:** A summer camp in the Bayview is renting a bus to take its kids to the Metreon to see a movie. The camp director does not request a bus with a lift, but arranges for Sean, a camper who uses a wheelchair, to ride to the Metreon in a ramped taxicab.

- **Retaliation / Coercion:** An emergency shelter resident with a mobility impairment is written up on minor violations, which are usually ignored, after complaining of access violations.

14

EXHIBIT E27-000015



# Programmatic Access

EXHIBIT E27-000016

# What is Programmatic Access?


**WHEELCHAIR ACCESS**


**DISABILITY SENSITIVITY**


**REAL TIME CAPTIONING**


**TTY MACHINES**


**ASSISTIVE LISTENING DEVICES**

**Would you like help with access to our services? Please let us know!**


**SIGN LANGUAGE**


**BRAILLE**


**INFORMATION AND HELP**


**LARGE PRINT**


**AMPLIFIED PHONES**

Questions? Need more help?
Contact the Mayor's Office on Disability: PH: 554-6789; TTY 554-6799

- City services should be "accessible to and usable by people with disabilities"

- It goes beyond physical accessibility to include *reasonable modifications and equally effective communication.*

16

EXHIBIT E27-000017

# Common Disability Barriers…

- "Please wait for the next available..."

  (Waiting in line)

- "I'm sorry. We do not allow pets..."

  (Prohibitions against service / support animals)

- "We'd like to offer you a ride, but..."

  (Inaccessible transportation)

- "We have a program, designed especially for..."

  (Segregation)

- "I'm sorry, but we have standards..."

  (Inappropriate application of safety standards)

17

EXHIBIT E27-000018

# The ADA is a Civil Rights Law with NEW Expectations

- Unlike other civil rights statutes, the ADA creates an affirmative obligation to create equal access so that people with disabilities have the same opportunity to benefit from a program, activity or service as others.

- We have the obligation to modify our policies, practices and procedures when needed to provide equal access – this is called a  *Reasonable Modification*

18

EXHIBIT E27-000019

# *Reasonable Modifications such as…*

- Assisting persons with disabilities (cognitive, mobility, visual) to fill out intake form

- Granting extra time for public comment to person with speech impairment

- A person with a severe anxiety disorder can apply for food stamp benefits by having a prearranged appointment in a private location or an in-home visit.

19

EXHIBIT E27-000020

# Effective Communication

- The City must provide people with disabilities the same opportunity as others to enjoy, receive and understand information from the City.

- When the City provides an auxiliary aid or service to ensure effective communication, the City must give <u>primary consideration to the aid or service the individual with a disability has requested.</u>

   

20

EXHIBIT E27-000021

*Such as…*



- Sign language interpretation (upon request) to conduct intake appointment for services

- Large print (16-18 point font) agendas for public meetings and / or Braille

- Real-time captioning for SFGTV programming

- Electronic or audio versions of public documents

21

EXHIBIT E27-000022



# Communication Tips For Access

EXHIBIT E27-000023

# Five Steps to Effective Communication…



1. **There is no "one-size-fits-all" solution.**
2. **Be creative** in accommodating diverse needs.
3. **Be prepared** with well thought-out policies and procedures to enhance communication.
4. **Train all staff** who come in contact with the public about available auxiliary aids and services.
5. **Inform the public** about auxiliary aids and services through signage, advertising, Web sites and other available means.

23

EXHIBIT E27-000024

# *People who are Deaf or Hard of Hearing Use…*

- Sign Language or Oral Interpreter
- Assistive Listening Device (ALD)
- Open or Closed Captioning
- TTY phone
- Telephone Relay System (711)
- Computer-Aided Real-time Captioning (CART)

### *Know the difference and appropriate use for each!*

EXHIBIT E27-000025

# *People Who Are Blind or Low Vision Use…*

- Audio Description
- Accessible Websites
- Computer Screen-reading software
- Braille
- Large Print
- Readers
- Tactile Materials



25

# Making Meeting Notices & Materials Accessible To People Who Are Blind or Low Vision…



- Follow the guidelines of the Accessible Meeting checklist.

- Considerations for providing materials in large print, Braille and electronic format.

26

EXHIBIT E27-000027

# What Are Accessible Materials?

*Things to Consider…*

- Brightness and Contrast
- Large Print – 18point San Serif
- Braille

 

27

EXHIBIT E27-000028

# What Are Accessible Emails?



- Word Documents
- Attachments: Good and Bad PDFs
- Text In the Main Body of the Emails
- Web Links

For Community Resources & Technical Assistance contact us!

28

EXHIBIT E27-000029

# *Communicating with People with Psychiatric, Cognitive or Developmental Disabilities*

- Get to know the person's communication method.
- Ask the individual to repeat if you do not understand their speech.
- Speak directly to the person instead of the interpreter or communication facilitator.
- Allow for plenty of time and frequent breaks.

29

EXHIBIT E27-000030

*Consider the following…*



- Use simple language but avoid talking down to people.

- Match the individual's use of vocabulary, syntax, and grammar.

- Make associations with already familiar ideas.

- Choose a quiet, distraction-free site with adequate space so it lowers anxiety level.

30

EXHIBIT E27-000031

# *Exercise Caution!*



- Individuals with developmental or specific psychiatric disabilities may not always tell you when they don't understand your question.

- It is also likely that they may want to please you. Therefore, it is extremely important that you do not indicate that you prefer a particular answer.

31

EXHIBIT E27-000032

# Architectural Access & ADA Accessibility Guidelines



Presented by
John Paul Scott, AIA, CASp
Kevin W. Jensen, AIA, CSI

EXHIBIT E27-000033

# What We Do…

- ADA Transition Plan for Buildings and Facilities
- ADA Transition Plan for Sidewalks and Curb Ramps
- Architectural Plan Checking and Inspections
- Training, seminars, information and research

33

EXHIBIT E27-000034

# Who We Are

## Architects and Senior Building Inspectors

| MOD | John Paul Scott, Deputy Director<br>Jim Whipple, ADA Compliance Officer<br>Carla Johnson, ADA Compliance Officer |
|-----|------------------------------------------------------------------------------------------------------------------|
| DPW | Kevin Jensen, ADA Compliance Officer<br>Ken Spielman, Curb Ramp Project Manager |
| Port | Wendy Proctor, ADA Coordinator |
| Airport | Jorge Garcia, ADA Coordinator |

34

EXHIBIT E27-000035

# Physical Access

## What Kinds of Buildings and Facilities You Think Are Included Under the ADA?



35

EXHIBIT E27-000036

# **Physical Access**

## **Buildings and Facilities:**

| | |
|---|---|
| City Hall | Assembly & Theaters |
| Civic Offices | SFGH & Clinics |
| Libraries | Police Stations & Jails |
| Fire Stations | Museums |
| Recreation Centers | Schools |
| Swimming Pools | Club Houses |
| Judicial Courts | Airport & Port Buildings |
| Parking Garages | Public Housing |

36

EXHIBIT E27-000037

# Examples of Facilities

| | |
|---|---|
| Parks & Open Space | Sidewalks -Curb Ramps |
| Bus Stops & Shelters | Play Equipment |
| Tennis Courts | Picnic Tables |
| Public Squares | Parking Lots |
| Sidewalk Dining Spaces | Fields of Play |
| Spectator Areas | Sidewalk Obstructions |
| Festivals & Fairs | Fare Vending Machines |
| Cross Walk Signals | Recreation Routes |

37

EXHIBIT E27-000038

# Accessible Elements

## Buildings and Facilities:

| | |
|---|---|
| Sidewalk & Curb Ramps | Parking Spaces |
| Building Entrance | Loading Zones |
| Interior Circulation | Maneuvering Area |
| Floor Surfacing | Reach Ranges |
| Toilets | Theater Seating |
| Drinking Fountains | Transaction Counters |
| Telephones & TTY | Showers |
| Signage | ATMS & Gas Pumps |

38

EXHIBIT E27-000039







# Example of Accessible Route

**EXHIBIT E27-000040**

# Accessible Route / PROW






EXHIBIT E27-000041

# Examples of New Construction / Alterations






# Interior Accessible Spaces / Routes







42

EXHIBIT E27-000043

# Examples of Accessible Features







EXHIBIT E27-000044

# Access to Historic Buildings





44

EXHIBIT E27-000045

# *Always Remember…*



- The ADA does not require that we make every single facility accessible.  It requires that all City programs be accessible when viewed in their entirety. This is the concept of **Program Access**

- In practice, due to geography and cultural diversity ensuring equality of service using this approach is extremely difficult.

- Check with your department and MOD to discuss <u>unique programs in inaccessible sites!</u>

45

EXHIBIT E27-000046



# *Maintenance of Accessible Features*

- Public entities must maintain in working order equipment and features of facilities that are required to provide ready access to individuals with disabilities.

- Isolated or *temporary interruptions* in access due to maintenance and repair of accessible features are **not** prohibited.

46

EXHIBIT E27-000047



# What Accessible Features Can Go *Out of Maintenance*?

47

**EXHIBIT E27-000048**

# Maintenance of Accessible Features

| | |
|---|---|
| Door Opening Effort | Furniture Obstructions |
| Sidewalk Uplifts | Toilet Room Trash Cans |
| Crosswalk Pot Holes | Elevator Out-of-service |
| Faded Parking Striping | Missing ♿ Signage |
| Construction Barricades | Broken Hardware |
| Steep curb ramps | Overhanging Limbs |
| Sidewalk Displays | Toilet Room Stuff |

48

EXHIBIT E27-000049



# You Can Help!

- Regardless of your technical expertise with accessibility standards you must ensure:

1. New construction or addition plans have gone through MOD / DPW DAC accessibility review.

2. Accessible route is maintained free, clear and in working order from curb to your front door AND throughout your office.

49

EXHIBIT E27-000050



# Do your Contractors comply with the ADA?

- A government agency does not limit or lessen it's ADA responsibility by hiring a contractor to provide a program or service to the public.

  *We are responsible!*

- A government agency must ensure that its contractors provide programs, services or activities in an accessible manner both *architecturally and programmatically*.

  *We must ensure contractors' compliance!*

50

EXHIBIT E27-000051

# Steps to Achieving ADA Compliance in City Contracts

- Ask the right questions in the RFP process.
- Have a panel of experts who can evaluate the answers.
- Train the contract monitors.
- Develop contractual consequences based on performance.
- Evaluate and reward where appropriate.

51

EXHIBIT E27-000052

# 15 minute break



52

EXHIBIT E27-000053

# Limits to City's Title II Obligations

- "A public entity need not take any action that it can demonstrate would result in a fundamental alteration in the nature of its program or activity, or in undue financial and administrative burden".



*But … What does it all mean?*

53

EXHIBIT E27-000054

# *What We Don't Need To Do*



### Fundamental Alteration

- Eliminating scented products from a class entitled "Making Candles for Aromatherapy"

### Undue Administrative Burden

- Providing the City's Municipal Code on audiotape if the Code is available online and the Library provides access to a computer that can read the Code aloud

### Undue Financial Burden

- Installing curb ramps at every City curb within three years' time

54

EXHIBIT E27-000055

# We Know About Our Obligations!...But How Do We Get It Done?

Implementation Steps for Access:

- Accessibility Notice
- ADA Grievance Procedure
- Reasonable Modification Policy
- Service & Support Animal Policy
- Accessible Meeting Policy



55

EXHIBIT E27-000056

# Being Proactive…or
## *Accessibility Notice*

    

**WHEELCHAIR ACCESS**   **DISABILITY SENSITIVITY**   **REAL TIME CAPTIONING**   **TTY MACHINES**   **ASSISTIVE LISTENING DEVICES**

**Would you like help with access to our services? Please let us know!**

     

**SIGN LANGUAGE**   **BRAILLE**   **INFORMATION AND HELP**   **LARGE PRINT**   **AMPLIFIED PHONES**

Questions?  Need more help?
Contact the Mayor's Office on Disability: PH: 554-6789; TTY 554-6799

- Use the MOD version, or your own.
- It should have clear, simple language
- Include your contact information if there are problems or questions.

56

EXHIBIT E27-000057

# ADA Grievance Procedure What IS it?

The ADA Grievance Procedure is:

- A requirement for entities with 50 > employees

- An administrative option aimed at an informal resolution rather than a lawsuit

- An excellent way of monitoring quality in program and service delivery by the department and its contractors

- An indicator of future needs and goals for the individual department in response to compliance efforts

57

EXHIBIT E27-000058

# ADA Grievance Procedure
# How does it work?

- Individual contacts the department or MOD to file a complaint in writing, verbally or by telephone with contact information and as much detail as possible regarding the incident

- MOD forwards the complaint to the department ADA Coordinator and can assist with the analysis

- The ADA Coordinator investigates and provides a draft of the response to MOD

- The final response must be sent to the complainant within 30 days

- There is an informal appeal process, but it is rarely used

58



# The ADA Grievance Procedure
# What is **YOUR** Role?

The ADA Coordinator **MUST:**

- Conduct an informal but thorough investigation
- Document the complaint and facts of the case
- Analyze your findings based on ADA regulations
- Problem solve with department staff and outline a course of action
- Be the central communication point with your department, MOD and the complainant
- Provide the final response to the complainant

59

EXHIBIT E27-000060

# The ADA Grievance Procedure Conducting an Investigation…

- Start fresh with each incident even if the client is a "frequent flyer" or has a past history w/ your department.

- The devil is in the details: who, what, where, when, how, and why

- Get the story from both sides.

- Consider witnesses, site visits, records, pictures and other supporting evidence.

- Consider bias – is there a reason someone would be distorting the truth?

*Finally, use logic and common sense!*

60

EXHIBIT E27-000061

# The ADA Grievance Procedure
# Final Write-up & Documentation

- Acknowledgement & summary of complaint

- Investigation findings

- Outline of Citywide ADA specific policies and procedures

- Course of action and prevention of re-occurrence (if appropriate)

61

EXHIBIT E27-000062

# Reasonable Modification Policy

Instruct your staff:

- If it is obvious, or easy, "Just Do It"
- If it doesn't make sense, seems outrageous, or is complex, give to a supervisor or call MOD.
- Respond promptly with a timeline for action.

*Provide RM first, ask for documentation later and ONLY in extreme situations!*

62

EXHIBIT E27-000063

# What about the Dogs?
## *(a.k.a. Service & Support Animal Policy)*



- Service Animals & Support Animals definitions:
  - Size
  - Breed
  - Species

  

- Documentation & appropriate inquiries
- Appropriate behavior and owner responsibilities



63

EXHIBIT E27-000064

# Accessible Meeting Notice

The Meeting Notice must include:

- Accessibility features at the meeting site
- Availability of auxiliary aids and services

   It is Citywide policy to provide:

   – Assistive Listening Devices for meetings of 50>
   – Real Time Captioning for meetings of 100>
   – ASL Interpreter for meetings of 500>

- Provide a contact person for reasonable modification requests
- Suggest a time frame for requests
- Accessible transit to the site (optional)

64

EXHIBIT E27-000065

# Remember! We Are Here to Support You…

- Physical / Architectural Access:
  John Paul Scott     johnpaul.scott@sfgov.org
- Programmatic Access:
  Joanna Fraguli:     joanna.fraguli@sfgov.org
- Technical Assistance to Departments:
  Ken Stein:          ken.stein@sfgov.org

Tel: 415-554-6789 (v) or 415-554-6799 (TTY)
www.sfgov.org/mod

EXHIBIT E27-000066

*And Now…*

# The Good, the Bad & the Scary!



ADA Coordinators' Panel

EXHIBIT E27-000067