DAVID CHIU, State Bar #189542
City Attorney
YVONNE R. MERÉ, State Bar #173594
Chief Deputy City Attorney
ELAINE M. O'NEIL, State Bar #142234
ARI BARUTH, State Bar #258418
JOHN H. GEORGE, State Bar #292332
STEVEN A. MILLS, State Bar #328016
Deputy City Attorneys
Fox Plaza
1390 Market Street, 7th Floor
San Francisco, CA  94102-5408
Telephone:    (415) 554-3881
Facsimile:     (415) 255-0733
E-Mail:         ari.baruth@sfcityatty.org
                   john.george@sfcityatty.org
                   steven.mills@sfcityatty.org

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO, ET AL.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IVANA KIROLA, et al., <br><br> Plaintiff, <br><br> vs. <br><br> THE CITY AND COUNTY OF SAN FRANCISCO, et al., <br><br> Defendants. | Case No. 3:07-cv-03685 AMO <br><br> **DECLARATION OF STEVEN MILLS IN SUPPORT OF DEFENDANTS' MOTION FOR AN INDICATIVE MOTION TO DISMISS RULING; MOTION TO DISMISS** <br><br> Judge:  Hon. Araceli Martínez-Olguín <br><br> Date:     June 4, 2026 <br> Time:    2:00 pm <br> Place:   Courtroom 10, 19th Floor <br> Judge:   Hon. Araceli Martínez-Olguín |

I, STEVEN MILLS, hereby declare:

1. I am a Deputy City Attorney in the Office of the City Attorney for the City and County of San Francisco and am one of the attorneys of record for the Defendants in this case. I am a member in good standing of the bar of this Court. I submit this Declaration in Support of the Defendants' Motion for an Indicative Motion to Dismiss Ruling; Motion to Dismiss ("Motion"). I have personal knowledge of the matters stated, and if called to testify, I can and will testify competently as to all matters set forth herein.

2. Attached hereto as **Exhibit A** is a true and correct copy of excerpts of trial testimony from ECF No. 700.

3. Attached hereto as **Exhibit B** is a true and correct copy of excerpts of trial testimony from ECF No. 701.

4. Attached hereto as **Exhibit C** is a true and correct copy of excerpts of trial testimony from ECF No. 702.

5. Attached hereto as **Exhibit D** is a true and correct copy of excerpts of trial testimony from ECF No. 703.

6. Attached hereto as **Exhibit E** is a true and correct copy of excerpts of trial testimony from ECF No. 704.

7. Attached hereto as **Exhibit F** is a true and correct copy of Defendants' Trial Exhibit P11.

8. Attached hereto as **Exhibit G** is a true and correct copy of Defendants' Trial Exhibit A14.

9. Attached hereto as **Exhibit H** is a true and correct copy of Defendants' Trial Exhibit A35.

10. Attached hereto as **Exhibit I** is a true and correct copy of Defendants' Trial Exhibit K10.

11. Attached hereto as **Exhibit J** is a true and correct copy of excerpts of trial testimony from ECF No. 711.

|   |   |
|---|---|
| 1 | 12.     Attached hereto as **Exhibit K** is a true and correct copy of excerpts of trial testimony from ECF No. 706. |
| 3 | 13.     Attached hereto as **Exhibit L** is a true and correct copy of Defendants' Trial Exhibit E27. |
| 5 | 14.     Attached hereto as **Exhibit M** is a true and correct copy of Appellants' Opening Brief filed November 2, 2015, at Dkt. Entry No. 15 in *Kirola v. City and County of San Francisco*, No. 14-17521 (9th Cir.). |

12. Attached hereto as **Exhibit K** is a true and correct copy of excerpts of trial testimony from ECF No. 706.

13. Attached hereto as **Exhibit L** is a true and correct copy of Defendants' Trial Exhibit E27.

14. Attached hereto as **Exhibit M** is a true and correct copy of Appellants' Opening Brief filed November 2, 2015, at Dkt. Entry No. 15 in *Kirola v. City and County of San Francisco*, No. 14-17521 (9th Cir.).

15. Attached hereto as **Exhibit N** is a true and correct copy of DPW Procedure 10.02.21, entitled ADA and Accessibility Compliance, recommended in December 2013, and approved by the Director of Public Works on January 6, 2014.

16. Attached hereto as **Exhibit O** is a true and correct copy of excerpts of trial testimony from ECF No. 707.

17. Attached hereto as **Exhibit P** is a true and correct copy of the San Francisco Recreation and Park Department's online overview of the Tenderloin Recreation Center, including adult restrictions, available online at https://sfrecpark.org/Facilities/Facility/Details/Tenderloin-Rec-Center-111.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed March 13, 2026 in San Francisco, California.

                                              */s/ Steven Mills*
                                              STEVEN MILLS