# EXHIBIT B

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA          *ORIGINAL*

BEFORE THE HONORABLE SAUNDRA BROWN ARMSTRONG, JUDGE

| | | |
|---|---|---|
| IVANA KIROLA, ET AL., | ) | **COURT TRIAL** |
| | ) | |
| PLAINTIFFS, | ) | **VOLUME 4** |
| | ) | |
| VS. | ) | NO. C 07-03685 SBA |
| | ) | |
| CITY AND COUNTY OF | ) | |
| SAN FRANCISCO, ET AL., | ) | **PAGES 631 - 856** |
| | ) | |
| DEFENDANTS. | ) | OAKLAND, CALIFORNIA |
| _____ | ) | FRIDAY, APRIL 8, 2011 |

**TRANSCRIPT OF PROCEEDINGS**

APPEARANCES:

FOR PLAINTIFFS:          SCHNEIDER WALLACE COTTRELL BRAYTON &
                              KONECKY
                         180 MONTGOMERY STREET, SUITE 2000
                         SAN FRANCISCO, CALIFORNIA  94109
                   BY:   MARK T. JOHNSON,
                         ANDREW P. LEE,
                         KIRAN PRASAD,
                         GUY B. WALLACE, ATTORNEYS AT LAW

                         BROWN POORE LLP
                         THE WATERGATE TOWERS
                         2200 POWELL STREET, SUITE 745
                         EMERYVILLE, CALIFORNIA  94608
                   BY:   SCOTT A. BROWN, ATTORNEY AT LAW

FOR DEFENDANT:           OFFICE OF THE CITY ATTORNEY
                         SIXTH FLOOR - FOX PLAZA
                         1390 MARKET STREET
                         SAN FRANCISCO, CALIFORNIA  94102
                   BY:   ERIN BERNSTEIN,
                         JAMES M. EMERY,
                         ELAINE M. O'NEIL,
                         KRISTINE A. POPLAWSKI, ATTORNEYS AT LAW

REPORTED BY:       RAYNEE H. MERCADO, CSR NO. 8258
                   DIANE E. SKILLMAN, CSR NO. 4909

*RAYNEE H. MERCADO, CSR, RMR, CRR, FCRR (510) 451-7530*

<u>**I N D E X**</u>

| PLAINTIFFS' WITNESSES | PAGE | VOL |
|---|---|---|

**PLAINTIFFS' WITNESSES**　　　　　　　　　　　　　　　　　　　**PAGE**　　**VOL**

STEINFELD, EDWARD

DIRECT EXAMINATION (RESUMED) BY MR. WALLACE　　637　　4

CROSS-EXAMINATION BY MR. EMERY　　752　　4

REDIRECT EXAMINATION BY MR. WALLACE　　802　　4


KIMBROUGH, JILL

DIRECT EXAMINATION BY MR. LEE　　821　　4

CROSS-EXAMINATION BY MS. POPLAWSKI　　841　　4

REDIRECT EXAMINATION BY MR. LEE　　853　　4

## E X H I B I T S

| PLAINTIFFS' EXHIBITS | W/DRAWN | IDEN | EVID | VOL |
|---|---|---|---|---|
| 569A | | 655 | 669 | 4 |
| 569B | | 670 | 680 | 4 |
| 569C | | 680 | 701 | 4 |
| 569D | | 682 | 699 | 4 |
| 569E | | 697 | 700 | 4 |
| 569F | | 701 | 714 | 4 |
| 569G | | 705 | | 4 |
| 569H | | 707 | 708 | 4 |
| 569I | | 709 | 712 | 4 |
| 569J | | 712 | 713 | 4 |
| 569K | | 716 | 718 | 4 |
| 569L | | 719 | 721 | 4 |
| 569M | | 722 | 726 | 4 |
| 569N | | 729 | 732 | 4 |
| 569O | | 731 | | 4 |
| 569P | | 732 | 734 | 4 |
| 569Q | | 734 | 736 | 4 |
| 569R | | 735 | 737 | 4 |
| 569S | | 738 | 739 | 4 |
| 569T | | 740 | 741 | 4 |
| 569U | | 743 | 748 | 4 |
| 569V | | 748 | 752 | 4 |

**E X H I B I T S (CONT'D.)**

| PLAINTIFFS' EXHIBITS | W/DRAWN | IDEN | EVID | VOL |
|---|---|---|---|---|
| 4135A | | 826 | 827 | 4 |
| 4135B | | | 830 | 4 |
| 4141 | | | 641 | 4 |

| DEFENDANTS' EXHIBITS | W/DRAWN | IDEN | EVID | VOL |
|---|---|---|---|---|
| AA02 | | 773 | | 4 |

--OOO--

```
1              THE COURT:  ANY RE-REDIRECT?

2              MR. WALLACE:  NO, YOUR HONOR.

3              THE COURT:  ANY REASON THE WITNESS SHOULD NOT BE

4    EXCUSED FROM FURTHER TESTIMONY?

5              MR. WALLACE:  NONE THAT I CAN THINK OF.

6              MR. EMERY:  NO REASON, YOUR HONOR.

7              THE COURT:  OKAY.  THANK YOU, DOCTOR.  YOU MAY BE

8    EXCUSED.

9              THE WITNESS:  THANK YOU.

10             THE COURT:  YOU MAY CALL YOUR NEXT WITNESS.

11             MR. LEE:  PLAINTIFFS CALL JILL KIMBROUGH, YOUR

12   HONOR.

13             THE COURT:  OKAY.

14             THE CLERK:  PLEASE STAND AND RAISE YOUR RIGHT HAND.

15                       JILL KIMBROUGH,

16   CALLED AS A WITNESS FOR THE PLAINTIFFS, HAVING BEEN DULY SWORN,

17   TESTIFIED AS FOLLOWS:

18             THE WITNESS:  I DO.

19             THE CLERK:  PLEASE BE SEATED.

20             PLEASE STATE YOUR FULL NAME FOR THE COURT AND SPELL

21   YOUR LAST NAME.

22             THE WITNESS:  MY NAME IS JILL KIMBROUGH,

23   K-I-M-B-R-O-U-G-H.

24             THE CLERK:  THANK YOU.

25             MR. LEE:  WE ARE READY, YOUR HONOR.  MAY WE PROCEED?
```

 1              **THE COURT:**  YOU MAY.

 2              **MR. LEE:**  THANK YOU.

 3                    <u>**DIRECT EXAMINATION**</u>

 4    **BY MR. LEE:**

 5    **Q.**   MS. KIMBROUGH, WHERE DO YOU LIVE?

 6    **A.**   I LIVE AT 163 PARIS STREET IN SAN FRANCISCO.

 7    **Q.**   AND HOW LONG HAVE YOU LIVED THERE?

 8    **A.**   I HAVE LIVED THERE TEN YEARS.

 9    **Q.**   WHO DO YOU LIVE WITH?

10    **A.**   I LIVE WITH MY HUSBAND AND FOUR DAUGHTERS.

11    **Q.**   AND WHAT'S YOUR HUSBAND'S NAME?

12    **A.**   JASON KIMBROUGH.

13    **Q.**   HOW ABOUT YOUR DAUGHTERS?

14    **A.**   MY OLDEST DAUGHTER'S NAME IS CAMMY.  MY SECOND DAUGHTER'S

15    NAME IS MILLIE.  MY THIRD DAUGHTER'S NAME IS NORA.  AND MY

16    FOURTH DAUGHTER'S NAME IS EDEN.

17    **Q.**   AND WHAT NEIGHBORHOOD DO YOU LIVE IN?

18    **A.**   WE LIVE IN THE EXCELSIOR DISTRICT OF SAN FRANCISCO.

19    **Q.**   ANY PARTICULAR REASON YOU CHOSE TO LIVE IN THE EXCELSIOR

20    DISTRICT?

21    **A.**   IT WAS AFFORDABLE.  IT WAS AFFORDABLE, AND -- YEAH.

22    **Q.**   DO ANY MEMBERS OF YOUR FAMILY HAVE A MOBILITY DISABILITY?

23    **A.**   YES.

24    **Q.**   WHO IS THAT?

25    **A.**   MY SECOND DAUGHTER, MILLIE.

KIMBROUGH - DIRECT / MR. LEE

1   Q.   CAN YOU PLEASE DESCRIBE FOR THE COURT MILLIE'S DISABILITY?

2   A.   MY DAUGHTER, MILLIE, SHE IS NINE YEARS OLD.  SHE HAS

3   SOMETHING CALLED RETT SYNDROME.

4             DESCRIBE THE DISABILITY?

5   Q.   SURE.

6   A.   SHE IS -- IT'S -- SHE NEEDS A HUNDRED PERCENT ASSISTANCE

7   WITH EVERYTHING THAT SHE NEEDS, ALL OF HER PERSONAL NEEDS.

8   Q.   OKAY.  COULD YOU SPELL RETT, PLEASE?

9   A.   SURE.  IT'S R-E-T-T.

10  Q.   THANK YOU.

11            HOW LONG HAS MILLIE HAD RETT SYNDROME?

12  A.   SHE HAS HAD IT SINCE SHE WAS BORN.

13  Q.   WHAT SORT OF THE PHYSICAL LIMITATIONS DOES MILLIE HAVE DUE

14  TO HER DISABILITY?

15  A.   MILLIE HAS A LOT OF LIMITATIONS.  IN PARTICULAR, SHE NEEDS

16  ASSISTANCE WITH WALKING.  SHE ALWAYS NEEDS TO HAVE US HELPING

17  HER WALK -- AN ADULT HELPING HER WALK.  SHE HAS POOR

18  CIRCULATION.  SHE HAS A LOT OF ISSUES FROM THE RETT SYNDROME.

19  Q.   DOES SHE USE A WHEELCHAIR OR ANY OTHER MOBILITY AID?

20  A.   I AM HER MOBILITY AID.

21  Q.   SO THAT WAS NO?

22  A.   NO.  SHE DOES NOT USE A WHEELCHAIR.

23  Q.   WHY DOES SHE NOT USE A WHEELCHAIR?

24  A.   WE MADE A CHOICE TO NOT PUT HER INTO A WHEELCHAIR DUE TO

25  THE FACT THAT PART OF HER DISEASE INVOLVES POOR CIRCULATION,

1    CURVATURE OF THE SPINE, SEVERE CURVATURE OF THE SPINE WHICH

2    COULD RESULT IN DEATH.

3             SO WE KEEP HER WALKING TO AVOID SOME OF THE OTHER

4    COMPLICATIONS OF THE DISEASE --

5    **Q.**   OKAY.

6    **A.**   -- TO KEEP HER ALIVE.

7    **Q.**   OKAY.  DOES WALKING PROVIDE EXERCISE TO MILLIE?

8    **A.**   YES.

9    **Q.**   OKAY.  DOES WALKING IMPROVE MILLIE'S CIRCULATION?

10   **A.**   YES.

11   **Q.**   WHAT TYPES OF ACTIVITIES DO YOU DO WITH YOUR FAMILY IN SAN

12   FRANCISCO?

13   **A.**   WE DO ALL THE SAME ACTIVITIES AS EVERYONE ELSE DOES.  WE

14   GO TO THE GROCERY STORE OR THE MARKET.  WE GO TO THE LIBRARY.

15   WE GO TO THE PLAYGROUNDS AND PARKS AND BIRTHDAY PARTIES.

16   **Q.**   OKAY.  HAVE YOU ENCOUNTERED ANY DIFFICULTIES IN GETTING TO

17   THE LOCATIONS WHERE THESE ACTIVITIES ARE HELD?

18   **A.**   YES.

19   **Q.**   AND AT WHAT LOCATIONS HAVE YOU ENCOUNTERED PROBLEMS?

20   **A.**   ALL OF THEM REALLY.

21   **Q.**   OKAY.  ARE CURB RAMPS IMPORTANT TO MILLIE'S MOBILITY?

22   **A.**   CURB RAMPS, YES.

23             **THE COURT:**  THE LAST ANSWER AM I TO TAKE THAT TO

24   MEAN ALL LOCATIONS IN THE CITY AND COUNTY OF SAN FRANCISCO?

25             **MR. LEE:**  SHE JUST -- I THINK THAT WE ARE GOING TO

1    DEVELOP THAT, YOUR HONOR.

2            **THE COURT:**  OKAY.

3    **BY MR. LEE:**

4    **Q.**    AND WHY ARE CURB RAMPS IMPORTANT FOR MILLIE'S MOBILITY?

5    **A.**    CURB RAMPS ARE PARTICULARLY -- POSE A PROBLEM FOR US

6    BECAUSE WHEN WE ARE HELPING MILLIE WALK, WE PICK UP MOMENTUM.

7    WITHIN THAT MOMENTUM, WHEN YOU COME ACROSS A CURB RAMP OR ANY

8    KIND OF OBSTACLE PER SE, WE HAVE TO FIGURE OUT HOW WE ARE GOING

9    TO GET HER PASSED THAT OBSTACLE.

10            SO A CURB RAMP IN PARTICULAR, WE HAVE TO LIFT HER

11    LEG, PUT IT ONTO THE SIDEWALK, ASSIST HER IN GETTING ONTO THAT

12    SIDEWALK.

13    **Q.**    OKAY.  DO CURB RAMPS ASSIST IN MILLIE'S RHYTHM OF WALKING?

14    **A.**    YES.

15    **Q.**    OKAY.

16            CAN STEPPING UP ONTO A CURB BE A TRIPPING HAZARD FOR

17    MILLIE?

18    **A.**    YES.

19    **Q.**    HOW COME?

20    **A.**    WELL, WHEN I HAVE TO STOP AND LIFT UP HER LEG ON A HIGH

21    CURB, MY FEET SOMETIMES CAN GET TANGLED UP WITHIN HER FEET.

22    **Q.**    AND WHAT HAPPENS WHEN YOU ARE WALKING WITH YOUR CHILDREN

23    AND YOU ENCOUNTER A CORNER WITHOUT A CURB RAMP?

24    **A.**    THE KIDS RUN AHEAD.  IT'S HARD TO KEEP THEM TOGETHER

25    BECAUSE IT STOPS ME, STOPS MILLIE, THE OTHER CHILDREN RUN

KIMBROUGH - DIRECT / MR. LEE

1    AHEAD.  AND I AM PAYING ATTENTION WHAT THE OTHER CHILDREN ARE

2    DOING, NOT FOCUSING ON WHAT I AM DOING, AND WE COULD FALL.

3    **Q.**    AND WHAT HAPPENS WHEN MILLIE IS ABLE TO USE A CURB RAMP?

4    **A.**    WELL, WHERE THERE'S A CURB RAMP, WE CAN JUST ALL MOVE

5    TOGETHER WITHOUT STOPPING.

6    **Q.**    OKAY.  ARE THERE ANY CORNERS IN YOUR NEIGHBORHOOD THAT DO

7    NOT HAVE CURB RAMPS?

8    **A.**    YES.

9    **Q.**    HOW PREVALENT ARE THE CORNERS WITH NO CURB RAMPS IN YOUR

10   NEIGHBORHOOD?

11   **A.**    THEY ARE QUITE PREVALENT.

12           **MR. LEE:**  I WOULD LIKE TO SHOW THE WITNESS A

13   PHOTOGRAPH, YOUR HONOR?

14           **THE COURT:**  YOU MAY.  SHOW IT TO COUNSEL.

15           **MR. LEE:**  THERE'S ACTUALLY A -- THEY HAVE A COPY

16   ALREADY.  THERE'S A COPY AT THE WITNESS STAND AND ALSO ONE ON

17   THE BENCH, YOUR HONOR.

18           **THE COURT:**  YOU SAID THERE'S ONE ON THE BENCH?

19           **MR. LEE:**  I BELIEVE IT'S TO THE SIDE THERE.

20           **THE COURT:**  OKAY.  AND THIS HAS BEEN MARKED?

21           **MR. LEE:**  THIS IS A PHOTO THAT'S PART OF A GROUP

22   EXHIBIT.  IT'S 4135.

23           **THE COURT:**  OKAY.

24           **MR. LEE:**  AND WE WOULD LIKE TO MARK THIS AS

25   PLAINTIFFS' 4135A.

KIMBROUGH – DIRECT / MR. LEE

```
 1              THE COURT:  OKAY.  4135A.  THANK YOU.
 2                      (PLAINTIFFS' EXHIBIT 4135A MARKED FOR
 3                      IDENTIFICATION)
 4              (EXHIBIT DISPLAYED ON SCREEN.)
 5    BY MR. LEE:
 6    Q.    HAVE YOU HAD A CHANCE TO TAKE A LOOK AT THIS PHOTO?
 7    A.    YES.
 8    Q.    DO YOU RECOGNIZE THE CORNER THAT IS DEPICTED IN THIS PHOTO
 9    WHICH IS EXHIBIT 4135A?
10    A.    YES.
11    Q.    WHAT INTERSECTION IS THIS?
12    A.    THIS IS THE INTERSECTION RIGHT DOWN THE STREET FROM OUR
13    HOUSE.
14    Q.    WHAT ARE THE STREETS?
15    A.    I AM SORRY.  ITS' PARIS AND EXCELSIOR.
16    Q.    DOES THIS PHOTOGRAPH ACCURATELY DEPICT THE PHYSICAL
17    CONDITION OF THE CORNER AT PARIS AND AVALON?
18    A.    I MEAN -- I AM SORRY.
19              THE COURT:  YOU SAID AVALON?  SHE SAID EXCELSIOR.
20              THE WITNESS:  I LIVE BETWEEN AVALON AND EXCELSIOR.
21    I'M SORRY YOU GUYS.
22    BY MR. LEE:
23    Q.    WHAT INTERSECTION DO --
24    A.    THIS IS PARIS AND AVALON.
25    Q.    CAN YOU PLEASE IDENTIFY THE INTERSECTION IN THIS
```

1    PHOTOGRAPH PLEASE?

2    **A.**    THIS IS PARIS AND AVALON.

3    **Q.**    THANK YOU.

4            DOES THIS PHOTOGRAPH, WHICH IS PLAINTIFFS' EXHIBIT

5    4135A, ACCURATELY DEPICT THE PHYSICAL CONDITION AT PARIS AND

6    AVALON?

7    **A.**    YES.

8    **Q.**    WHERE IS THIS CORNER IN RELATION TO YOUR HOME?

9    **A.**    VERY CLOSE.  HALF A BLOCK.

10   **Q.**    OKAY.  WHEN IS THE LAST TIME THAT YOU VISITED THIS

11   LOCATION?

12   **A.**    THIS MORNING.

13   **Q.**    OKAY.

14           **MR. LEE:**  AT THIS TIME PLAINTIFFS WOULD MOVE TO

15   ENTER THIS PHOTOGRAPH INTO EVIDENCE, YOUR HONOR?

16           **THE COURT:**  ANY OBJECTION?

17           **MS. POPLAWSKI:**  NO OBJECTION, YOUR HONOR.

18           **THE COURT:**  4135A WILL BE RECEIVED INTO EVIDENCE AT

19   THIS TIME.

20                   (PLAINTIFFS' EXHIBIT 4135A RECEIVED IN

21                   EVIDENCE)

22   **BY MR. LEE:**

23   **Q.**    DOES THIS CORNER POSE A PROBLEM FOR MILLIE'S MOBILITY?

24   **A.**    YES.

25   **Q.**    CAN YOU EXPLAIN TO THE COURT HOW SO?

1    **A.**    THIS CORNER -- WELL, THE CURB ISN'T CUT.  SO, IN ORDER FOR

2    US TO COME DOWN AVALON AND CROSS TO GO TOWARDS THE LIBRARY OR

3    TOWARDS THE BUSES, YOU KNOW, WE HAVE TO BE QUITE CAREFUL

4    GETTING HER OFF -- ON AND OFF THIS CURB.

5    **Q.**    OKAY.

6          WHEN YOU ENCOUNTERED THIS CORNER THIS MORNING, WHERE

7    WERE YOU GOING?

8    **A.**    TO TAKE THE BUS TO COME HERE.

9    **Q.**    DO YOU GO -- STRIKE THAT.

10          DO YOU ENCOUNTER THIS CORNER WHEN YOU ARE GOING

11    OTHER PLACES?

12    **A.**    YES.

13    **Q.**    WHERE WOULD YOU GO?

14    **A.**    FROM THIS CORNER WE CAN GO TO THE LIBRARY.  WE GO ALL

15    SORTS OF PLACES FROM THIS CORNER.

16    **Q.**    WOULD YOU GO DOWNTOWN SAN FRANCISCO PASSING THIS CORNER?

17    **A.**    YES.

18    **Q.**    OKAY.

19          THERE IS ANOTHER PHOTOGRAPH THAT IS UP THERE, AND

20    IT'S ALSO MARKED AS PLAINTIFFS' 4135, BUT THIS ONE IS B.

21          **MR. LEE:**  CAN YOU PUT THAT UP, PLEASE?

22          (EXHIBIT DISPLAYED ON SCREEN.)

23    **BY MR. LEE:**

24    **Q.**    OKAY.  DO YOU RECOGNIZE THE CORNER IN THIS PHOTOGRAPH?

25    **A.**    YES.

1   **Q.**   WHAT INTERSECTION DOES THIS PHOTOGRAPH DEPICT?

2   **A.**   THIS IS ALSO PARIS AND AVALON.

3   **Q.**   WOULD THIS BE ON THE OTHER SIDE OF PARIS?

4   **A.**   YES.

5   **Q.**   DOES THIS PICTURE ACCURATELY REFLECT THE PHYSICAL

6   CONDITIONS AT THIS LOCATION?  AND THIS IS THE PHOTOGRAPH THAT'S

7   MARKED AS PLAINTIFFS' EXHIBIT 4135B?

8   **A.**   YES.

9   **Q.**   AND IS THIS CORNER ALSO DOWN THE STREET FROM YOUR HOME?

10  **A.**   YES.

11  **Q.**   OKAY.  DID YOU PASS BY THIS CORNER ON YOUR WAY HERE THIS

12  MORNING AS WELL?

13  **A.**   YES.

14  **Q.**   CAN YOU -- DOES THIS CORNER POSE A PROBLEM TO MILLIE,

15  MILLIE'S MOBILITY?

16  **A.**   YES.

17  **Q.**   CAN YOU PLEASE EXPLAIN WHY?

18  **A.**   THE PROBLEM WITH THIS CORNER IS -- THAT WE FACE, IS THAT

19  THE CURB IS COLLAPSED IN A WAY TO MAKE THE SIDEWALK ACTUALLY

20  COME UP.  AND MY DAUGHTER IS NOT ABLE TO LIFT HER FEET VERY

21  HIGH.  SO IF WE ARE WALKING AND HER TOE GETS STUCK IN ONE OF

22  THESE HIGHER ELEVATED PARTS OF THE SIDEWALK, SHE COULD FALL.

23           **MR. LEE:**  AT THIS TIME, PLAINTIFFS WOULD MOVE THAT

24  THE COURT RECEIVE 4135B INTO EVIDENCE?

25           **THE COURT:**  ANY OBJECTION?

1      **MS. POPLAWSKI:**  NO, YOUR HONOR.

2      **THE COURT:**  THE REQUEST IS GRANTED.

3                (PLAINTIFFS' EXHIBIT 4135B RECEIVED IN

4                EVIDENCE)

5  **BY MR. LEE:**

6  **Q.**   I WANT TO TALK A LITTLE BIT ABOUT SIDEWALKS.

7  **A.**   OKAY.

8  **Q.**   HAVE YOU ENCOUNTERED ANY PROBLEMS WITH THE SIDEWALKS IN

9  YOUR NEIGHBORHOOD?

10 **A.**   YES.

11 **Q.**   CAN YOU PLEASE DESCRIBE THOSE PROBLEMS TO THE COURT?

12 **A.**   IN OUR NEIGHBORHOOD, JUST ACROSS THE STREET FROM PARIS, AS

13 YOU GO DOWN -- OR AS YOU GO DOWN EXCELSIOR, THERE IS -- ONE OF

14 THE THINGS IN OUR NEIGHBORHOOD, THERE'S A SIDEWALK THAT IS

15 LIFTED FROM A TREE ROOT.  AND WE HAVE TRIPPED ON THAT SAME

16 CRACK SO MANY TIMES.  I HAVE ACTUALLY FALLEN ON TOP OF MY

17 DAUGHTER.

18 **Q.**   AND WHEN IS THE LAST TIME YOU ENCOUNTERED THE TREE ROOT

19 YOU'RE MENTIONING?

20 **A.**   I ENCOUNTER IT ALMOST DAILY.  HAVE I FALLEN ON IT?  I

21 HAVEN'T FALLEN ON IT IN A WHILE, BUT WE ENCOUNTER IT ALMOST

22 DAILY.

23 **Q.**   WHERE ARE YOU GOING WHEN YOU ENCOUNTER THIS TREE ROOT?

24 **A.**   THAT'S HOW WE GET TO THE MARKET.

25 **Q.**   HOW COULD THE CITY AND COUNTY OF SAN FRANCISCO IMPROVE THE

1    ACCESSIBILITY OF THE PEDESTRIAN RIGHT-OF-WAY AROUND YOUR HOME?

2    **A.**    IT WOULD BE REALLY NICE IF THEY CUT THE CURBS AND ALSO

3    MAINTAIN THE SIDEWALKS.

4    **Q.**    DOES YOUR FAMILY LIKE TO VISIT GOLDEN GATE PARK?

5    **A.**    YES.

6    **Q.**    WHAT TYPES OF THINGS DOES YOUR FAMILY DO AT GOLDEN GATE

7    PARK?

8    **A.**    ALL SORTS OF THINGS.  WE GO TO BIRTHDAY PARTIES.  WE GO TO

9    THE CHILDREN'S PLAYGROUND THERE.  WE GO TO MUSEUMS AND....

10   **Q.**    HAVE YOU EVER BEEN TO THE JAPANESE TEA GARDEN?

11   **A.**    YES.

12   **Q.**    HAVE YOU ENCOUNTERED ANY ACCESS PROBLEMS AT THE JAPANESE

13   TEA GARDEN?

14   **A.**    YES.

15   **Q.**    CAN YOU PLEASE DESCRIBE THOSE TO THE COURT?

16   **A.**    THE JAPANESE TEA GARDEN JUST ISN'T MADE FOR PEOPLE LIKE MY

17   DAUGHTER.  THERE'S-- SHE COULDN'T GET INTO THE TEA HOUSE.  SHE

18   OBVIOUSLY COULDN'T GET UP ONTO THE HIGH BRIDGE.  THEY HAVE

19   STEPPING STONES THAT GO OVER THE WATER.  THERE ISN'T ENOUGH

20   ROOM FOR ME TO HELP HER CROSS ON THOSE STEPPING STONES.

21   **Q.**    ARE YOU AWARE OF ANY OTHER GARDENS IN SAN FRANCISCO THAT

22   ARE SIMILAR TO THE JAPANESE TEA GARDEN?

23   **A.**    NO.

24   **Q.**    WOULD YOU LIKE MILLIE TO BE ABLE TO EXPERIENCE THE

25   JAPANESE TEA GARDEN LIKE YOUR OTHER CHILDREN DO?

1    **A.**   YES.  IT WAS UPSETTING THAT WE COULDN'T ALL GO TOGETHER TO

2    THE TEA HOUSE.

3    **Q.**   HAVE YOU BEEN TO THE CHILDREN'S PLAYGROUND AT GOLDEN GATE

4    PARK?

5    **A.**   YES.

6    **Q.**   CAN YOU PLEASE DESCRIBE BRIEFLY WHAT THE CHILDREN'S

7    PLAYGROUND AT GOLDEN GATE PARK IS LIKE?

8    **A.**   IT'S BEAUTIFUL.  IT'S NEW.  THERE ARE TWO BIG PLAY

9    STRUCTURES WITH A BIG CLIMBING STRUCTURE AS WELL.

10   **Q.**   HAVE YOU ENCOUNTERED ANY PROBLEMS AT THE CHILDREN'S

11   PLAYGROUND AT GOLDEN GATE PARK?

12   **A.**   YES.

13   **Q.**   CAN YOU PLEASE DESCRIBE THOSE PROBLEMS?

14   **A.**   THE CHILDREN'S PLAYGROUND, THERE'S ONE HANDICAP SPOT CLOSE

15   TO THE -- THAT'S THE ENTRANCE FOR THE CHILDREN'S PLAYGROUND.

16          THERE'S A PRETTY STEEP HILL JUST GETTING UP AND OVER

17   JUST TO GET DOWN INTO THE PLAYGROUND.  THERE ISN'T -- AREN'T

18   MANY SIGNS AS TO WHERE THE BATHROOMS ARE.

19          BUT ALSO THERE'S A SIDEWALK THAT GOES ALL THE WAY

20   AROUND TO THE SIDE OF ONE OF THE STRUCTURES AND THEN JUST

21   STOPS.  SO SHE CAN'T GET AROUND TO -- SHE REALLY CAN'T GET

22   AROUND TO ANY OF THE PLAY STRUCTURES AT ALL.

23   **Q.**   YOU ARE REFERRING TO MILLIE; IS THAT CORRECT?

24   **A.**   I AM SORRY.  YES, MILLIE.

25   **Q.**   OKAY.

1              WHAT FEATURES OF THE PLAY STRUCTURE AT THE

2    CHILDREN'S PLAYGROUND ARE NOT ACCESSIBLE TO MILLIE?

3    **A.**   NONE OF THE FEATURES OF THE PLAY STRUCTURE ARE ACCESSIBLE

4    TO MILLIE.

5    **Q.**   WOULD MILLIE ENJOY THE PLAY STRUCTURE AT THIS PARK?

6    **A.**   YES, SHE WOULD.

7    **Q.**   HAS THE CHILDREN'S PLAYGROUND AT GOLDEN GATE PARK BEEN

8    RECENTLY MODERNIZED?

9    **A.**   YES.

10   **Q.**   HOW DO YOU KNOW THAT?

11   **A.**   I SAW THE OLD ONE.

12   **Q.**   CAN YOU ESTIMATE ABOUT HOW LONG AGO IT WAS MODERNIZED?

13   **A.**   I AM GUESSING FIVE YEARS MAYBE.

14   **Q.**   HAS THE LEVEL OF ACCESS IN GOLDEN GATE PARK AFFECTED YOUR

15   FAMILY'S ABILITY TO ATTEND EVENTS, SUCH AS BIRTHDAY PARTIES OR

16   PICNICS?

17   **A.**   YES.

18   **Q.**   WHAT HAPPENS WHEN A BIRTHDAY PARTY, FOR EXAMPLE, IS

19   LOCATED IN AN INACCESSIBLE LOCATION AT GOLDEN GATE PARK?

20   **A.**   IT'S ALWAYS STRESSFUL FOR US TO GET INVITED TO GOLDEN GATE

21   PARK.

22              DID YOU WANT ME TO GO INTO DETAIL?

23   **Q.**   IF YOU HAVE SOMETHING TO ADD, YEAH.

24   **A.**   JUST GETTING TO THE SITE IS USUALLY DIFFICULT.

25   **Q.**   AND HOW DOES THAT AFFECT YOUR FAMILY?

1    **A.**    WELL, WE WOULD LIKE TO BE ABLE TO ATTEND THINGS TOGETHER.

2    OFTENTIMES WE GET THERE AND THERE'S NO SIDEWALK, SO WE HAVE TO

3    FIGURE OUT HOW WE'RE GOING TO GET MILLIE TO A SAFE PLACE WHERE

4    WE CAN GET -- TO A PLACE WHERE WE CAN EVEN SEE HOW WE ARE GOING

5    TO GET HER TO THE SITE.

6             THE OTHER CHILDREN SEE THE PARTY, THEY WANT TO GO

7    AHEAD.  WE HAVE TO WAIT --

8             **THE REPORTER:**  PLEASE SLOW DOWN.

9             **THE WITNESS:**  OKAY.

10            **THE COURT:**  IS IT TOO FAST?

11            **THE REPORTER:**  YES.

12            **THE COURT:**  SLOW DOWN A LITTLE BIT.

13            **THE WITNESS:**  SORRY.  IT'S JUST REALLY -- IT'S JUST

14   NOT ACCESSIBLE TO MILLIE TO GET TO SITES IN GOLDEN GATE PARK.

15   **BY MR. LEE:**

16   **Q.**    HAVE YOU EVER TAKEN MILLIE TO MCLAREN PARK?

17   **A.**    YES.

18   **Q.**    HAVE YOU ENCOUNTERED ANY ACCESS PROBLEMS AT MCLAREN PARK?

19   **A.**    YES.

20   **Q.**    CAN YOU PLEASE DESCRIBE THOSE PROBLEMS TO THE COURT?

21   **A.**    YES.

22            MCLAREN PARK HAS VERY FEW SIDEWALKS.  THERE'S A LOT

23   OF DIRT PATHS.  WE RECENTLY GOT A DOG AND WANTED TO TAKE THE

24   FAMILY TO THE DUCK POND, WHICH IS SUPPOSED TO BE A POPULAR SPOT

25   TO TAKE YOUR DOG.  WE BARELY MADE IT.  THERE WERE NO SIGNS AS

1   TO WHERE THE PAVED PATH WAS.  WE PARKED AND THEY SAID THE POND

2   WAS RIGHT OVER THERE.

3           WE -- IT WAS QUITE DIFFICULT TO GET HER DOWN TO THE

4   DUCK POND AND...

5   **Q.**   ARE THERE ANY PAVED SIDEWALKS IN MCLAREN PARK?

6   **A.**   PROBABLY.  I HAVEN'T SEEN THEM.

7   **Q.**   WHAT COULD THE CITY AND COUNTY OF SAN FRANCISCO DO TO MAKE

8   MCLAREN PARK MORE ACCESSIBLE TO MILLIE AND YOUR FAMILY?

9   **A.**   SIDEWALKS WOULD BE -- PAVED, JUST PAVING THEM WOULD MAKE

10  IT A LOT EASIER SO OUR WHOLE FAMILY COULD GO FOR A WALK.  IT'S

11  THE NEAREST PARK.  IN OUR NEIGHBORHOOD, IT'S THE CLOSEST PARK.

12  **Q.**   HAVE YOU EVER BEEN TO ST. MARY'S PLAYGROUND?

13  **A.**   YES.

14  **Q.**   HOW FAR IS IT FROM YOUR HOME?

15  **A.**   MAYBE FIVE-MINUTE DRIVE.

16  **Q.**   HAVE YOU ENCOUNTERED ANY ACCESS PROBLEMS AT ST. MARY'S

17  PLAYGROUND?

18  **A.**   YES.

19  **Q.**   CAN YOU PLEASE DESCRIBE FOR THE COURT THE PROBLEMS YOU

20  HAVE EXPERIENCED AT ST. MARY'S PLAYGROUND?

21  **A.**   ST. MARY'S PLAYGROUND -- IT WAS NICE.  THEY DID HAVE A

22  HANDICAP SPOT THERE.  WE PARKED THERE.  WE GOT OUT OF THE CAR.

23  TRYING TO GET DOWN TO THE PLAYGROUND POSED ANOTHER PROBLEM.

24          TYPICALLY DEVELOPING CHILDREN CAN TAKE A SLIDE THAT

25  GOES STRAIGHT DOWN TO THE PLAYGROUND, HOWEVER, THE ONLY OTHER

1    WAY FOR MILLIE TO GET DOWN WAS TO TAKE A RIGHT AND TAKE A

2    REALLY STEEP HILL DOWN.  AND IT JUST KIND OF TOOK YOU TO A

3    GRASSY AREA WHERE THAT WAS PRETTY MUCH ALL THAT WAS -- THAT

4    STOPPED RIGHT THERE.  THAT WAS ALL SHE COULD DO UNLESS WE

5    LIFTED HER AND CARRIED HER.

6    **Q.**  OKAY.

7         IS ST. MARY'S PLAYGROUND NEWLY RENOVATED?

8    **A.**  YES.

9    **Q.**  HOW DO YOU KNOW THAT?

10   **A.**  WE WERE TOLD BY A PHYSICAL THERAPIST THAT IT HAD BEEN --

11   THAT IT WAS A HANDICAP ACCESSIBLE PLAYGROUND.  THEY SAID TO TRY

12   IT OUT.  IT WAS NEW.

13   **Q.**  HAVE YOU EVER BEEN TO BALBOA PARK WITH YOUR FAMILY?

14   **A.**  YES.

15   **Q.**  HOW FAR AWAY IS BALBOA PARK FROM YOUR HOME?

16   **A.**  ABOUT A TWO-MINUTE DRIVE.  TWO MINUTE DRIVE.

17   **Q.**  DOES YOUR FAMILY LIKE BALBOA PARK?

18   **A.**  YES.

19   **Q.**  WHY?

20   **A.**  WELL, IT'S VERY CLOSE.  THERE'S A LOT TO DO THERE.

21   THERE'S A PLAYGROUND.  THERE'S A LARGE GRASSY AREA.  THE POOL

22   IS THERE.  THERE'S A LOT TO DO THERE.

23   **Q.**  HAVE YOU ENCOUNTERED ANY ACCESS PROBLEMS AT BALBOA PARK?

24   **A.**  YES.

25   **Q.**  CAN YOU PLEASE DESCRIBE THOSE FOR THE COURT?

1    **A.**    WELL, IT'S A BUSY PARK.  THERE ISN'T A LOT OF PARKING, SO

2    IF YOU DO PARK ON SAN JOSE AVENUE, TRYING TO GET THE CHILDREN

3    UP TO THE ACTUAL PLAYGROUND CAN BEING TRICKY AS THERE IS NO

4    PAVED SIDEWALK TO GET YOU UP TO THE PLAYGROUND.  THERE'S A

5    GRAVEL DIRT PATH, GRAVELY DIRT PATH THAT WILL TAKE YOU UP TO

6    THE PLAYGROUND.

7             ALSO THE PLAYGROUND IS PRETTY SMALL, BUT ACCESSIBLE

8    TO MILLIE.  THAT'S WHY WE GO THERE BECAUSE SHE CAN USE ALMOST

9    ALL OF THE PLAY STRUCTURES THERE.

10            HOWEVER, THERE'S ANOTHER PART THAT GOES OFF OF THAT

11   PLAYGROUND THAT IS NOT ACCESSIBLE TO HER.  IT'S SORT OF A

12   GRASSY AREA.  AND AS MOST OF THE CHILDREN KIND OF SPEND THEIR

13   TIME ON BOTH SIDES, MILLIE CAN ONLY SPEND HER TIME ON THAT ONE

14   SMALL PART OF THAT PLAYGROUND.

15   **Q.**    WHAT COULD THE CITY DO TO MAKE BALBOA PARK MORE ACCESSIBLE

16   TO YOU AND YOUR FAMILY?

17   **A.**    THEY COULD PUT A SIDEWALK IN AND MAYBE PAVE SOME OF THOSE

18   AREAS IN THAT GRASSY AREA SO SHE COULD WALK AROUND.

19   **Q.**    HAS YOUR FAMILY EVER BEEN TO HOLLY PARK?

20   **A.**    YES.

21   **Q.**    HAS MILLIE ENCOUNTERED ANY ACCESS PROBLEMS AT HOLLY PARK?

22   **A.**    YES.

23   **Q.**    CAN YOU PLEASE DESCRIBE THOSE FOR THE COURT?

24   **A.**    HOLLY PARK IS ON TOP OF A HILL, AND IT'S A PRETTY STEEP

25   PATHWAY JUST TO GET UP TO THE PLAYGROUND.  VERY STEEP.

1    Q.    HOW DOES THE STEEP RAMP AFFECT MILLIE?

2    A.    WELL, AS IT IS HARD FOR HER TO LIFT HER LEGS VERY HIGH,

3    WALKING UP A HILL IS EVEN -- IS VERY, VERY DIFFICULT.  SO IT

4    INVOLVES ME HELPING HER.  VERY -- IT'S EXHAUSTING.  EXHAUSTING

5    FOR HER, EXHAUSTING FOR US.  IT'S A VERY LONG STEEP HILL.

6           **THE COURT:**  IT IS PASSED ADJOURNING TIME, MR. LEE.

7    SO WHEN YOU REACH A POINT --

8           **MR. LEE:**  YOUR HONOR, I AM ACTUALLY ALMOST DONE.

9           **THE COURT:**  WHY DON'T YOU CONTINUE.

10          **MR. LEE:**  OKAY.

11   **BY MR. LEE:**

12   Q.    HAVE YOU USED ANY POOLS IN SAN FRANCISCO?

13   A.    YES.

14   Q.    WHICH POOLS HAVE YOU USED?

15   A.    BALBOA POOL IS THE ONE WE NORMALLY USE.

16   Q.    HOW FAR IS BALBOA POOL FROM YOUR HOME?

17   A.    JUST TWO MINUTES.  IT'S THE SAME SITE AS THE BALBOA

18   PLAYGROUND.

19   Q.    OKAY.  HAVE YOU ENCOUNTERED ANY ACCESS PROBLEMS AT BALBOA

20   POOL?

21   A.    YES.

22   Q.    CAN YOU PLEASE DESCRIBE THOSE TO THE COURT?

23   A.    BALBOA POOL IS NOT ACCESSIBLE TO MILLIE.

24   Q.    WHY IS THAT?

25   A.    WELL, FIRST OF ALL, I DON'T EVEN THINK -- FROM THE RAMP

1    THAT GOES UP, SHE CAN'T GET INTO THE POOL FROM THAT RAMP.  THE

2    ONLY OTHER ENTRANCE IS A SIDE ENTRANCE.  THERE'S STAIRS.  SO,

3    IT'S JUST REALLY HARD TO GET HER IN, AS MUCH AS WE WOULD LIKE

4    HER TO BE ABLE TO GO, IT'S HARD FOR US TO GET HER INTO THE POOL

5    OR INTO THE EVEN THE SPECTATOR AREA.  SO --

6    Q.   CAN MILLIE USE THE POOL ITSELF?

7    A.   NO.

8    Q.   CAN SHE GET TO THE SPECTATOR LOCATION?

9    A.   NOT WITHOUT A LOT OF HELP.

10   Q.   HOW HAVE THESE BARRIERS AT BALBOA POOL AFFECTED YOUR

11   FAMILY?

12   A.   IT'S REALLY SAD.  AS SHE -- MY OLDEST DAUGHTER TAKES SWIM

13   LESSONS THERE AND HER -- MY THIRD DAUGHTER IS GOING TO START

14   TAKING SWIM LESSONS THERE.  AND SHE WOULD LOVE TO BE ABLE TO GO

15   AND WATCH.  SHE LOVES TO WATCH HER SISTERS EVEN JUST DO THINGS.

16   BUT INSTEAD, ONE OF US HAS TO STAY HOME WITH HER OR JUST WALK

17   AROUND THE PARKING LOT WHILE THE OTHER KIDS ARE IN THERE

18   SWIMMING.  WE WOULD JUST LIKE TO BE ABLE TO GO TOGETHER AS A

19   FAMILY.

20   Q.   DO YOU USE ANY POOL IN SAN FRANCISCO?

21   A.   WE HAVE USED ANOTHER POOL IN SAN FRANCISCO.

22   Q.   AND WHICH POOL IS THAT?

23   A.   IT'S -- THERE IS A POOL CALLED THE RECREATIONAL CENTER FOR

24   THE HANDICAP THAT WE HAVE GONE TO BEFORE.

25   Q.   IS THAT A PRIVATE POOL?

1    A.    YEAH.  IT'S EXPENSIVE THOUGH.

2    Q.    HOW MUCH DOES IT COST?

3    A.    $15 EVERY TIME YOU GO.

4    Q.    AND WHERE IS IT LOCATED?

5    A.    IT'S OUT NEAR THE ZOO.

6    Q.    HOW LONG DOES IT TAKE YOU TO GET THERE?

7    A.    FIFTEEN, 20 MINUTES.

8    Q.    WOULD YOUR FAMILY USE BALBOA POOL IF IT WAS ACCESSIBLE TO

9    MILLIE?

10   A.    YES.

11   Q.    HOW WOULD THE USE OF BALBOA POOL BENEFIT YOUR FAMILY?

12   A.    WELL, IT WOULD BENEFIT ALL OF US.  I THINK SWIMMING IS

13   GOOD FOR EVERYBODY.  IF MILLIE COULD GET IN, YOU KNOW, AND

14   EXERCISE, IT WOULD DEFINITELY HELP WITH HER STRENGTH AND HER

15   WALKING.  IT WOULD BE WONDERFUL.

16   Q.    DO YOU FEEL THAT MILLIE HAS EQUAL ACCESS TO SAN

17   FRANCISCO'S PEDESTRIAN RIGHT-OF-WAY?

18   A.    NO.

19   Q.    DO YOU BELIEVE THAT MILLIE HAS EQUAL ACCESS TO SAN

20   FRANCISCO'S PARKS?

21   A.    NO.

22   Q.    DO YOU BELIEVE MILLIE HAS EQUAL ACCESS TO SAN FRANCISCO'S

23   POOLS?

24   A.    NO.

25   Q.    MS. KIMBROUGH, WHY DID YOU DECIDE TO TESTIFY HERE TODAY?

1    **A.**   I DECIDED TO TESTIFY BECAUSE I AM SICK OF THE FACT THAT WE

2    CAN'T ALL GO TOGETHER AS A FAMILY PLACES.  WE HAVE TO SPLIT UP.

3    IT JUST DOESN'T SEEM RIGHT.

4              **MR. LEE:**  THAT IS MY DIRECT, YOUR HONOR.

5              **THE COURT:**  OKAY, THANK YOU.

6              OKAY.  SO WE WILL BE IN ADJOURNMENT UNTIL MONDAY.

7              **MR. LEE:**  YOUR HONOR, WOULD IT BE POSSIBLE TO HAVE

8    HER CONTINUE WITH HER CROSS-EXAMINATION TODAY?  IT IS -- IT

9    WOULD BE BURDENSOME FOR MS. KIMBROUGH TO COME BACK.  IF THAT'S

10   POSSIBLE FOR THE COURT.

11             **THE COURT:**  DEPENDS ON HOW LONG THE

12   CROSS-EXAMINATION IS GOING TO BE.

13             **MS. POPLAWSKI:**  YOUR HONOR, I AM HOPING IT IS GOING

14   TO BE LESS THAN 15 MINUTES.  PERHAPS MORE LIKE TEN MINUTES.

15             **THE COURT:**  THAT'S FINE.

16             **MR. LEE:**  THANK YOU, YOUR HONOR.  WE APPRECIATE

17   THAT.

18             **THE COURT:**  ARE YOU PREPARED TO PROCEED?

19             **MS. POPLAWSKI:**  YES, YOUR HONOR.

20                        **CROSS-EXAMINATION**

21   **BY MS. POPLAWSKI:**

22   **Q.**   GOOD AFTERNOON, MS. KIMBROUGH.

23   **A.**   HI.

24   **Q.**   MY NAME IS KRISTINE POPLAWSKI.  I REPRESENT THE CITY.

25             I BELIEVE YOU SAID YOU LIVE ON 163 PARIS STREET IN

1    SAN FRANCISCO?

2    **A.**    YES.

3    **Q.**    AND I BELIEVE YOU TESTIFIED THAT PARIS STREET -- YOU

4    REFERRED TO A PHOTOGRAPH THAT SHOWED AN INTERSECTION OF PARIS

5    STREET AND AVALON?

6    **A.**    YES.

7    **Q.**    PARIS STREET ALSO INTERSECTS WITH EXCELSIOR, CORRECT?

8    **A.**    YES.

9    **Q.**    SO YOU LIVE ON A BLOCK BETWEEN EXCELSIOR AND AVALON; IS

10   THAT CORRECT?

11   **A.**    WE LIVE BETWEEN AVALON AND EXCELSIOR ON PARIS, THAT'S

12   RIGHT.

13   **Q.**    I AM GOING TO USE THIS AS A DEMONSTRATIVE.  HOPEFULLY --

14            **THE COURT:**  WHAT IS THAT?

15            **MS. POPLAWSKI:**  THIS IS A MAP OF THE AREA IN

16   EXCELSIOR.

17            **THE COURT:**  HAS IT BEEN MARKED FOR IDENTIFICATION?

18            **MS. POPLAWSKI:**  IT HAS BEEN MARKED.  I AM SORRY,

19   YOUR HONOR.  IT HAS BEEN MARKED AS EXHIBIT F10, DEFENDANTS'

20   EXHIBIT F10.

21            **THE COURT:**  GREAT.  THANKS.

22            (EXHIBIT DISPLAYED ON SCREEN.)

23   **BY MS. POPLAWSKI:**

24   **Q.**    AND CAN YOU RECOGNIZE THIS IS AVALON AVENUE, THIS IS

25   EXCELSIOR.  AND I BELIEVE THIS IS PARIS STREET (INDICATING)?

1    **A.**   OKAY.

2    **Q.**   IF I UNDERSTAND CORRECTLY, YOU LIVE ABOUT IN THE MIDDLE OF

3    PARIS STREET?

4    **A.**   YES.  WE LIVE IN THE MIDDLE.

5    **Q.**   AND THE INTERSECTION THAT YOU JUST TESTIFIED ABOUT WITH

6    THE PHOTOGRAPHS, THAT'S THIS ONE RIGHT HERE (INDICATING)

7    BETWEEN PARIS AND AVALON?

8    **A.**   YES.

9    **Q.**   OKAY.

10            YOU STATED EARLIER THAT ONE OF THE THINGS THE CITY

11   COULD DO TO MAKE THE STREETS MORE ACCESSIBLE FOR YOUR FAMILY

12   AND FOR MILLIE WOULD BE TO PUT IN MORE CURB RAMPS, CORRECT?

13   **A.**   YES.

14   **Q.**   IS IT TRUE THAT AT THE INTERSECTION OF PARIS AND EXCELSIOR

15   THAT ON ALL FOUR CORNERS THERE ARE IN FACT CURB RAMPS?

16   **A.**   THERE ARE SOME, BUT NOT ALL OF THEM ARE CUT.

17   **Q.**   YOU DON'T THINK IT'S TRUE THAT ALL FOUR CORNERS HAVE CURB

18   RAMPS?

19   **A.**   WELL, AT THE END OF OUR BLOCK THERE'S A CURB RAMP THAT

20   GOES ONE WAY BUT NOT THE OTHER.  SO THERE HAS BEEN SOME

21   IMPROVEMENTS, YES.

22   **Q.**   SO LET'S CALL THIS THE NORTHWEST CORNER.  THAT ONE HAS ONE

23   CURB RAMP THAT LEADS INTO EXCELSIOR, CORRECT?

24   **A.**   SO, LET ME THINK.  I KNOW THERE IS ONE THAT ISN'T CUT, SO

25   WE -- YOU KNOW.

1           IT'S NOT -- ALL OF THEM ARE NOT CUT.  WHEN THEY DID

2    DO THE IMPROVEMENTS, THEY CUT SOMETIMES ONE SIDE BUT NOT THE

3    OTHER.  SO IF YOU WANT TO CROSS THIS WAY (INDICATING), YOU KIND

4    OF HAVE TO GO INTO THE STREET AND, YOU KNOW, GET TO THE OTHER

5    SIDE.

6    Q.  OKAY.

7           SO IT WOULD BE FAIR TO SAY THEN THAT ON THIS

8    NORTHWEST CORNER OF PARIS AND EXCELSIOR THERE IS ONE CURB RAMP

9    ON THAT CORNER, CORRECT?  IS THAT WHAT YOU ARE SAYING?

10   A.  GOING ONE WAY, YES.

11   Q.  BUT ON THE OTHER THREE CORNERS OF THAT INTERSECTION, THERE

12   ARE IN FACT TWO CURB RAMPS ON EACH CORNER, CORRECT?  ONE GOING

13   INTO PARIS ON EACH CORNER AND ONE GOING INTO EXCELSIOR?

14   A.  MAYBE ACROSS THE STREET, BUT ON OUR SIDE OF THE STREET

15   THERE IS ONE CURB THAT IS NOT CUT.

16   Q.  ON THAT ONE NORTHWEST CORNER?

17   A.  I BELIEVE SO.  IT'S NOT CONSISTENT.

18   Q.  BUT ALL THREE OTHER CORNERS HAVE WHAT WE CALL

19   BIDIRECTIONAL CURB CUTS.  TWO CURB CUTS ON EACH CORNER,

20   CORRECT?

21   A.  I AM NOT SURE.

22   Q.  OKAY.  THIS NEXT STREET OVER, WHICH IS LONDON AND

23   EXCELSIOR?

24   A.  UH-HUH.

25   Q.  ARE YOU AWARE THAT THERE ARE IN FACT BIDIRECTIONAL CURB

1    CUTS ON EACH OF THE FOUR CORNERS OF THAT INTERSECTION AS WELL?

2    A.   AGAIN, I AM NOT SURE BECAUSE IT'S INCONSISTENT WITH WHICH

3    WAY THE CURBS ARE CUT.

4            WHAT HAPPENED, I THINK THERE WERE TELEPHONE POLES IN

5    THE WAY OR SOMETHING, SO THEY DIDN'T ACTUALLY CUT THEM ON BOTH

6    SIDES.  SO IT'S SO --

7    Q.   I THINK YOU TESTIFIED EARLIER THAT YOU --

8    A.   ON LONDON?

9    Q.   -- YOU WALK DOWN EXCELSIOR --

10   A.   YES.

11   Q.   -- ALMOST EVERY DAY?

12   A.   WE WALK ON EXCELSIOR.

13           WE DON'T WALK -- SOMETIMES WE DON'T WALK DOWN -- YOU

14   KNOW, THERE ARE SEVERAL CURB RAMPS ALL THE WAY DOING DOWN.  YOU

15   KNOW, SOME OF THEM ARE CUT, SOME OF THEM AREN'T.  SO IT'S NOT

16   CONSISTENT THAT THEY ARE ALL CUT.  YOU KNOW WHAT I MEAN?

17   Q.   OKAY.

18   A.   I GUESS THAT'S WHAT I'M TRYING TO SAY.

19           (SIMULTANEOUS COLLOQUY.)

20           I DON'T KNOW EXACTLY WHICH ONES AREN'T CUT AND WHICH

21   ONES ARE CUT.

22   Q.   I AM SORRY, I DIDN'T MEAN TO CUT YOU OFF.

23           SO YOU DON'T RECALL WHETHER THERE ARE FOUR CORNERS

24   WITH BIDIRECTIONAL CURB RAMPS ON EACH CORNER AT THE

25   INTERSECTION OF LONDON AND EXCELSIOR.

1 **A.** NO.

2 **Q.** IS THAT YOUR TESTIMONY?

3 **A.** RIGHT.

4 **Q.** OKAY.

5         WOULD YOU BE SURPRISED IF I TOLD YOU THAT THERE WERE

6 TWO CURB RAMPS ON EACH CORNER OF LONDON AND EXCELSIOR?

7 **A.** NO, I WOULDN'T BE SURPRISED.

8 **Q.** AND THAT EACH OF THOSE CURB RAMPS IS ONE OF THE NEWER CURB

9 RAMPS, THE KIND WITH THE YELLOW SQUARE --

10 **A.** YES.

11 **Q.** -- WITH THE RAISED BUMPS?

12 **A.** RIGHT.

13 **Q.** WOULD YOU BE SURPRISED IF I TOLD YOU THAT?

14 **A.** NO.

15 **Q.** THIS NEXT INTERSECTION, WHICH IS THE INTERSECTION OF

16 LISBON AND EXCELSIOR, ONE STREET UP FROM PARIS, WOULD YOU BE

17 SURPRISED IF I TOLD YOU THAT THERE WERE TWO CURB RAMPS ON EACH

18 OF THE FOUR CORNERS OF THAT INTERSECTION?

19 **A.** I SAW THEM DOING THE WORK AND I WAS GLAD THEY WERE DOING

20 IT. NO, I AM NOT SURPRISED.

21 **Q.** OKAY.

22         WOULD YOU BE SURPRISED IF I TOLD YOU THAT THERE WERE

23 FOUR CURB RAMPS ON EACH OF THE FOUR CORNERS OF THE NEXT

24 INTERSECTION, WHICH IS, I BELIEVE, MADRID AND EXCELSIOR?

25 **A.** NO, I AM NOT SURPRISED.

1  Q.   AND ON THE CORNER OF NAPLES AND EXCELSIOR, AGAIN, FOUR

2  CORNERS, TWO CURB RAMPS ON EACH CORNER; WOULD YOU BE SURPRISED

3  IF I TOLD YOU THOSE EXISTED?

4  A.   I AM NOT SURPRISED, NO.

5  Q.   YOU SAID THAT YOU TAKE THE -- THAT YOU WALK DOWN AVALON TO

6  GO TO THE LIBRARY; IS THAT CORRECT?

7  A.   YES.

8  Q.   WHERE IS THE LIBRARY LOCATED?

9  A.   IT'S ON MISSION STREET.

10  Q.   ON MISSION STREET.  IT'S ON MISSION BETWEEN EXCELSIOR AND

11  AVALON; IS THAT CORRECT?

12  A.   I THINK IT'S MORE TOWARDS COTTER.  BUT IT'S AROUND THERE.

13  WE CAN ALSO TAKE EXCELSIOR TO MISSION, WHICH IS ACTUALLY SAFER

14  BECAUSE GETTING OFF THAT CURB TO AVALON CAN BE KIND OF

15  DANGEROUS.

16  Q.   UH-HUH.  AND THIS IS A FAIRLY HILLY NEIGHBORHOOD, CORRECT?

17  A.   NOT FROM OUR HOUSE.  OUR HOUSE JUST GOES DOWNHILL TO

18  MISSION.

19  Q.   OKAY.

20       IF I -- CORRECT ME IF I AM WRONG, BUT I THINK THAT

21  THE -- TO THE EXTENT THERE ARE HILLS, THEY SLOPE UPWARD GOING

22  FROM MISSION GOING DOWN TOWARDS THE RIGHT OF THIS DEMONSTRATIVE

23  EXHIBIT, CORRECT?  IT GETS HIGHER AS YOU GO UP EXCELSIOR AWAY

24  FROM MISSION?

25  A.   YES.  TWO BLOCKS -- WE ARE TWO BLOCKS FROM MISSION.

1    **Q.**   IT'S THE SAME FOR AVALON AS WELL, CORRECT?  THE ROAD GOES

2    UP.  IT GETS HIGHER AS YOU MOVE AWAY FROM MISSION?

3    **A.**   YES.

4    **Q.**   AND IT ALSO, IN TERMS OF HILLS, THE ROADS SLOPE UP FROM

5    EXCELSIOR TOWARDS AVALON; ISN'T THAT CORRECT?

6    **A.**   YES.

7    **Q.**   AND, IN FACT, ISN'T AVALON A STEEPER STREET, MUCH STEEPER

8    THAN EXCELSIOR BECAUSE OF THAT DIFFERENCE, BECAUSE AVALON IS AT

9    A HIGHER ELEVATION THAN EXCELSIOR?

10   **A.**   NOT AS NOTICEABLE TO US.

11   **Q.**   OKAY.

12   **A.**   IT IS STEEPER, BUT IT'S NOT TERRIBLY STEEPER.  WE DON'T

13   AVOID IT BECAUSE OF THE STEEPNESS, I GUESS IS WHAT I AM TRYING

14   TO SAY.

15   **Q.**   WITH RESPECT TO POOLS, YOU TESTIFIED THAT BALBOA POOL IS

16   NOT ACCESSIBLE TO MILLIE?

17   **A.**   RIGHT.

18   **Q.**   AND BALBOA IS ABOUT, YOU SAID IT'S ABOUT A TWO-MINUTE

19   DRIVE FROM YOUR HOUSE?

20   **A.**   YES.

21   **Q.**   IT'S ABOUT A MILE, I THINK?

22   **A.**   IT'S REALLY CLOSE.

23   **Q.**   REALLY CLOSE?

24   **A.**   YEAH.

25   **Q.**   HAVE YOU EVER TAKEN MILLIE TO THE COFFMAN POOL?

1   **A.**   NO.

2   **Q.**   ARE YOU AWARE OF THE EXISTENCE OF THE COFFMAN POOL, WHICH

3   IS ABOUT TWO MILES FROM YOUR HOUSE AT 1700 VISITACION VALLEY

4   AVENUE?

5   **A.**   NO.

6   **Q.**   OKAY.

7            **MS. POPLAWSKI:**  WILL YOU PULL THAT UP?

8            THIS MAY TAKE A MOMENT.

9   **BY MS. POPLAWSKI:**

10  **Q.**   ARE THERE ANY PROGRAMS AT THE BALBOA POOL THAT YOU WOULD

11  LIKE MILLIE TO PARTICIPATE IN OR THAT MILLIE WOULD LIKE TO

12  PARTICIPATE IN THAT SHE CANNOT PARTICIPATE IN BECAUSE OF THE

13  LACK OF ACCESSIBILITY?

14  **A.**   YES.  WELL, IT'S FREE SWIM.  AND WE DO ACTUALLY AVOID

15  GOING TOWARDS VISITACION VALLEY JUST BECAUSE OF SAFETY ISSUES.

16            I AM USUALLY ALONE WITH THE CHILDREN AND BALBOA POOL

17  IS CLOSE, SAFE.

18  **Q.**   YOU DRIVE TO BALBOA POOL, CORRECT?

19  **A.**   I DO DRIVE.

20  **Q.**   ALL RIGHT.

21            (EXHIBIT DISPLAYED ON SCREEN.)

22            **MS. POPLAWSKI:**  SO HERE WE HAVE AS A

23  DEMONSTRATIVE −− IT'S DEFENDANTS' EXHIBIT F16, YOUR HONOR.

24            **THE COURT:**  OKAY.  THANK YOU.

25  ///

1   **BY MS. POPLAWSKI:**

2   Q.   AND SO HERE WE HAVE THE BALBOA POOL WITH THE RED DOT AND

3   COFFMAN COMMUNITY POOL HERE WITH THE BLUE DOT?

4   A.   UH-HUH.

5   Q.   AND LET'S SEE IF I CAN ORIENT WHERE YOU ARE.

6            I BELIEVE THAT YOU LIVE -- SEE IF I DO THIS

7   CORRECTLY.  APPROXIMATELY HERE WHERE I AM POINTING WITH THE

8   POINTER?

9   A.   UH-HUH.

10  Q.   JUST BLOW THAT, BELOW THE WORDS "BALBOA COMMUNITY POOL"

11  UNDER THE LETTER "N" AND "I"?

12  A.   RIGHT.

13  Q.   OKAY.

14           ARE YOU AWARE THAT THE COFFMAN COMMUNITY POOL HAS

15  ALL THE FACILITIES THAT BALBOA POOL DOES IN TERMS OF SIZE OF

16  THE POOL, THE HEATED WATER?

17  A.   I AM SURE IT DOES.  I WOULD IMAGINE IT DOES.

18  Q.   AND THAT EVERY PROGRAM THAT IS OFFERED AT THE BALBOA

19  COMMUNITY POOL IS ALSO OFFERED AT THE COFFMAN COMMUNITY POOL?

20           **THE COURT:**  MR. LEE, ARE YOU STANDING FOR A REASON?

21           **MR. LEE:**  YES.  I WANTED TO OBJECTION AS BEING

22  OUTSIDE THE SCOPE OF DIRECT EXAMINATION AND ASSUMES FACTS NOT

23  IN EVIDENCE.

24           **MS. POPLAWSKI:**  YOUR HONOR, HE --

25           **THE COURT:**  OUTSIDE THE SCOPE OF DIRECT EXAMINATION?

1          DO YOU WANT TO RESPOND TO THAT?

2          **MS. POPLAWSKI:**  YOUR HONOR, ON DIRECT HE ASKED ABOUT

3    HER ACCESS TO POOLS AND ABOUT HER DESIRE TO HAVE A POOL THAT

4    WAS CLOSER AND A FREE POOL THAT WAS AVAILABLE TO HER FAMILY.

5          THIS IS A POOL THAT IS MUCH CLOSER THAN THE ONE THAT

6    SHE TESTIFIED ABOUT, THE PRIVATE POOL OUT BY THE ZOO.

7          I BELIEVE IT'S WITHIN THE SCOPE OF THE DIRECT

8    EXAMINATION.

9          **THE COURT:**  WHERE IS THE PRIVATE POOL?

10         **MS. POPLAWSKI:**  I BELIEVE SHE TESTIFIED --

11         **THE COURT:**  IT'S NOT ON THAT MAP, IS IT?

12         **MS. POPLAWSKI:**  NO, IT'S NOT.

13         **THE COURT:**  AND YOUR OBJECTION, MR. LEE, IS ASSUMING

14   FACTS NOT IN EVIDENCE.  ARE YOU REFERRING TO THE PROXIMITY OF

15   THE COFFMAN COMMUNITY POOL TO HER LOCATION?

16         **MR. LEE:**  YES, YOUR HONOR, AND ALSO THE EXHIBIT

17   THAT'S BEING USED RIGHT NOW.

18         **THE COURT:**  THE EXHIBIT IS NOT IN EVIDENCE.  IT HAS

19   BEEN MARKED FOR IDENTIFICATION, BUT IT HASN'T BEEN MOVED INTO

20   EVIDENCE -- WHAT'S YOUR OBJECTION ABOUT THE EXHIBIT?

21         **MR. LEE:**  WE WILL WITHDRAW THAT OBJECTION.

22         **THE COURT:**  SO YOUR OBJECTION IS BEYOND THE SCOPE?

23         **MR. LEE:**  YES, YOUR HONOR.  WE DID NOT DISCUSS THE

24   COFFMAN POOL ON DIRECT EXAMINATION.

25         **THE COURT:**  I'M GOING TO OVERRULE THE OBJECTION

1    GIVEN THE WITNESS' TESTIMONY CONCERNING THE BALBOA POOL AND

2    ALSO HER TESTIMONY CONCERNING THEIR DECISION TO -- AND THE

3    ABILITY TO GO TO ANOTHER POOL, A PRIVATE POOL WHICH IS -- I

4    DON'T KNOW WHERE IT IS LOCATED RELATIVE TO THE BALBOA COMMUNITY

5    POOL, BUT YOU CAN CERTAINLY DO REDIRECT IF YOU WANT AND

6    CLARIFY, BUT I WILL ALLOW THE QUESTION.

7    **BY MS. POPLAWSKI:**

8    **Q.**   SO, IF -- I BELIEVE YOU TESTIFIED THAT YOU'VE NEVER GONE

9    TO THE COFFMAN COMMUNITY POOL WITH YOUR FAMILY?

10   **A.**   NO.

11   **Q.**   ARE YOU AWARE THAT THE COFFMAN COMMUNITY POOL WAS REOPENED

12   ONLY IN JULY 2008 AFTER A 10 MILLION-DOLLAR RENOVATION?

13           **MR. LEE:**   OBJECTION, YOUR HONOR, ASSUMES FACTS.  SHE

14   DIDN'T EVEN KNOW ABOUT THE COFFMAN POOL.

15           **THE COURT:**   IT ASSUMES FACTS NOT IN EVIDENCE.

16   OBJECTION IS SUSTAINED.

17           **MS. POPLAWSKI:**   OKAY, YOUR HONOR.

18   **BY MS. POPLAWSKI:**

19   **Q.**   YOU DON'T KNOW THEN WHETHER MILLIE WOULD, IN FACT, BE ABLE

20   TO ACCESS THE PROGRAMS IN THE COFFMAN POOL, DO YOU?

21   **A.**   I DON'T KNOW, BUT IT WOULD BE NICE IF SHE COULD ACCESS THE

22   SAME PROGRAMS HER SISTERS DO.

23   **Q.**   IS THERE ANY REASON HER SISTERS COULD NOT JOIN MILLIE AT

24   THE COFFMAN POOL?

25   **A.**   SHE HAS BEEN WITH THE SAME TEACHER FOR FIVE YEARS.  IT

```
1    WOULD BE NICE -- YOU KNOW.  SHE COULD STAY WITH THAT TEACHER
2    AND NOT HAVE TO MOVE BECAUSE HER SISTER IS DISABLED.
3    Q.   ARE THERE ANY PROGRAMS THAT HER SISTERS PARTICIPATE IN IN
4    THE BALBOA COMMUNITY POOL THAT ARE NOT, IN FACT, AVAILABLE TO
5    THEM IN THE COFFMAN COMMUNITY POOL?
6              MR. LEE:  SAME OBJECTION, YOUR HONOR.
7              THE COURT:  SAME OBJECTION BEING WHICH ONE?
8              MR. LEE:  ASSUMES FACTS NOT IN EVIDENCE.  SHE
9    DOESN'T KNOW WHAT'S OFFERED AT THE COFFMAN POOL.
10             THE COURT:  YOU'LL HAVE TO ESTABLISH A FOUNDATION
11   THAT SHE'S FAMILIAR WITH THE PROGRAMS IN THE COFFMAN COMMUNITY
12   POOL IN ORDER TO ASK HER THE QUESTION AS TO WHETHER OR NOT
13   THERE ARE PROGRAMS THAT THE SISTERS WOULD NOT BE ABLE TO
14   PARTICIPATE IN AT COFFMAN.
15             OBJECTION SUSTAINED.
16             MS. POPLAWSKI:  YOU'RE SUSTAINING THE OBJECTION?
17             THE COURT:  YES.
18             MS. POPLAWSKI:  OKAY.  NO FURTHER QUESTIONS YOUR
19   HONOR.
20             THE COURT:  OKAY.
21             ANY REDIRECT?
22             MR. LEE:  JUST VERY BRIEFLY.
23                       REDIRECT EXAMINATION
24   BY MR. LEE:
25   Q.   MS. KIMBROUGH, DO YOU KNOW WHEN THE CURB RAMPS ON
```

1   EXCELSIOR WERE INSTALLED?

2   **A.**   FAIRLY RECENTLY.

3   **Q.**   OKAY.  DID YOU FILE A DECLARATION IN THIS CASE FOR -- IN

4   SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION THAT WAS

5   FILED IN MARCH OF 2010?

6   **A.**   I DON'T KNOW WHAT THAT MEANS.  I AM SORRY.

7   **Q.**   DID CAN YOU FILE A DECLARATION IN THIS CASE?

8            DID YOU SUBMIT A DECLARATION IN SUPPORT OF A MOTION

9   TO THIS CASE?

10  **A.**   DID I TYPE UP A LETTER?  I AM SORRY, YOU GUYS --

11           **THE COURT:**  SHE DOESN'T KNOW WHAT "DECLARATION"

12  MEANS.  MAYBE YOU CAN USE ANOTHER WORD.

13  **BY MR. LEE:**

14  **Q.**   A DECLARATION IS A SIGNED STATEMENT.

15           DO YOU RECALL PRESENTING ONE IN SUPPORT OF THE

16  PLAINTIFFS' CASE IN THIS MATTER?

17  **A.**   YES, YES, ACTUALLY I DO REMEMBER NOW.  I THINK I DO.  I'M

18  SORRY YOU GUYS.

19  **Q.**   DO YOU KNOW WHAT THAT DECLARATION WAS USED FOR?  DO YOU

20  KNOW IF IT WAS USED FOR PLAINTIFFS' MOTION FOR CLASS

21  CERTIFICATION?

22  **A.**   I AM SORRY.  I DON'T KNOW WHAT YOU ARE TALKING ABOUT.

23  **Q.**   DO YOU KNOW --

24           **MS. POPLAWSKI:**  OBJECTION, YOUR HONOR, I BELIEVE

25  THIS GOES FAR BEYOND THE SCOPE OF CROSS-EXAMINATION.

1           **THE COURT:**  SUSTAINED.

2           **MR. LEE:**  OKAY.  NO MORE QUESTIONS, YOUR HONOR.

3           **THE COURT:**  ANYTHING FURTHER, COUNSEL?

4           **MS. POPLAWSKI:**  NO, YOUR HONOR.

5           **THE COURT:**  ANY REASON THE WITNESS SHOULD NOT BE

6    EXCUSED FROM FURTHER TESTIMONY?

7           **MS. POPLAWSKI:**  NO, YOUR HONOR.

8           **THE COURT:**  MR. LEE?

9           **MR. LEE:**  NO.

10          **THE COURT:**  THANK YOU.  YOU MAY BE EXCUSED.

11          **THE WITNESS:**  THANK YOU.

12          **THE COURT:**  OKAY.  SO NOW WE WILL ADJOURN FOR THE

13   WEEKEND, AND WE WILL RESUME ON MONDAY MORNING AT 8:30.

14          YOU ALL HAVE A GOOD WEEKEND.  SEE YOU MONDAY

15   MORNING.

16          **MR. JOHNSON:**  THANK YOU, YOUR HONOR.

17          **MR. EMERY:**  THANK YOU, YOUR HONOR.

18              (PROCEEDINGS CONCLUDED AT 2:55 P.M.)

19

20

21

22

23

24

25

```
 1
 2
 3                    CERTIFICATE OF REPORTER
 4          WE, RAYNEE H. MERCADO, AND DIANE E. SKILLMAN, OFFICIAL
 5   REPORTERS FOR THE UNITED STATES COURT, NORTHERN DISTRICT OF
 6   CALIFORNIA, HEREBY CERTIFY THAT THE FOREGOING PROCEEDINGS IN
 7   C07-03685SBA, KIROLA, ET AL. V. CITY AND COUNTY OF SAN
 8   FRANCISCO, ET AL., WERE REPORTED BY US, CERTIFIED SHORTHAND
 9   REPORTERS, AND WERE THEREAFTER TRANSCRIBED UNDER OUR DIRECTION
10   INTO TYPEWRITING; THAT THE FOREGOING IS A FULL, COMPLETE AND
11   TRUE RECORD OF SAID PROCEEDINGS AS BOUND BY US AT THE TIME OF
12   FILING.
13          THE VALIDITY OF THE REPORTERS' CERTIFICATION OF
14   SAID TRANSCRIPT MAY BE VOID UPON DISASSEMBLY AND/OR REMOVAL
15   FROM THE COURT FILE.
16
17   _____
18   RAYNEE H. MERCADO, CSR, RMR, CRR, FCRR, CCRR
19
20
21   _____/s/_____
22   DIANE E. SKILLMAN, CSR, RPR, FCRR
23
24                    SATURDAY, APRIL 9, 2011
25
```