# EXHIBIT E

UNITED STATES DISTRICT COURT

**ORIGINAL**

NORTHERN DISTRICT OF CALIFORNIA

BEFORE THE HONORABLE SAUNDRA BROWN ARMSTRONG, JUDGE

| | | |
|---|---|---|
| IVANA KIROLA, ET AL., | ) | COURT TRIAL |
| | ) | |
| PLAINTIFFS, | ) | VOLUME 7 |
| | ) | |
| VS. | ) | NO. C 07-03685 SBA |
| | ) | |
| CITY AND COUNTY OF | ) | |
| SAN FRANCISCO, ET AL., | ) | PAGES 1296 - 1467 |
| | ) | |
| DEFENDANTS. | ) | OAKLAND, CALIFORNIA |
| _____ | ) | WEDNESDAY, APRIL 20, 2011 |

TRANSCRIPT OF PROCEEDINGS

APPEARANCES:

FOR PLAINTIFFS:          SCHNEIDER WALLACE COTTRELL BRAYTON &
                              KONECKY
                         180 MONTGOMERY STREET, SUITE 2000
                         SAN FRANCISCO, CALIFORNIA  94109
                  BY:  MARK T. JOHNSON,
                       GUY B. WALLACE, ATTORNEYS AT LAW


FOR DEFENDANT:           OFFICE OF THE CITY ATTORNEY
                         SIXTH FLOOR - FOX PLAZA
                         1390 MARKET STREET
                         SAN FRANCISCO, CALIFORNIA  94102
                  BY:  JAMES M. EMERY,
                       ELAINE M. O'NEIL, ATTORNEYS AT LAW

REPORTED BY:             RAYNEE H. MERCADO, CSR NO. 8258
                         DIANE E. SKILLMAN, CSR NO. 4909


     RAYNEE H. MERCADO, CSR, RMR, CRR, FCRR (510) 451-7530

I N D E X

| PLAINTIFFS' WITNESSES | PAGE | VOL. |
|---|---|---|
| WATERS, GARY | | |
| DIRECT EXAMINATION BY MR. JOHNSON | 1301 | 7 |
| CROSS-EXAMINATION BY MR. EMERY | 1351 | 7 |
| REDIRECT EXAMINATION BY MR. JOHNSON | 1367 | 7 |
| | | |
| KIROLA, IVANA | | |
| DIRECT EXAMINATION BY MR. WALLACE | 1380 | 7 |
| CROSS-EXAMINATION BY MR. EMERY | 1388 | 7 |
| | | |
| SPIELMAN, KENNETH | | |
| DIRECT EXAMINATION BY MR. JOHNSON | 1396 | 7 |
| CROSS-EXAMINATION BY MR. EMERY | 1437 | 7 |
| REDIRECT EXAMINATION BY MR. JOHNSON | 1446 | 7 |
| | | |
| SCOTT, JOHN PAUL | | |
| DIRECT EXAMINATION BY MR. WALLACE | 1448 | 7 |

--oOo--

RAYNEE H. MERCADO, CSR, RMR, CRR, FCRR (510) 451-7530

E X H I B I T S

| PLAINTIFFS' EXHIBITS | W/DRAWN | IDEN | EVID | VOL |
|---|---|---|---|---|
| 0023 | | | 1413 | 7 |
| 0035 | | | 1453 | 7 |
| 0107 | | | 1413 | 7 |
| 0186 EXHIBIT A | | | 1304 | 7 |
| 0186, EXHIBIT C, PHOTOGRAPH 6 | | | 1331 | 7 |
| 0217A MAP, MATRIX, PHOTOGRAPH 38 | | | 1327 | 7 |
| 1422 | | | 1341 | 7 |
| 2078A, PAGE 55 | | | 1334 | 7 |
| 3817(070960) | | | 1414 | 7 |
| 3820 | | | 1445 | 7 |
| 4026A1 | | 1432 | 1446 | 7 |
| 4026A2 – 13 | | | 1446 | 7 |
| 4026C1 – 8 | | | 1446 | 7 |
| 4149 | | 1313 | | 7 |

| DEFENDANTS' EXHIBITS | W/DRAWN | IDEN | EVID | VOL |
|---|---|---|---|---|
| AA07 | | 1353 | | |
| AA08 | | 1365 | | |

--oOo--
RAYNEE H. MERCADO, CSR, RMR, CRR, FCRR (510) 451-7530

1379

1  THAT WOULD BE SIGNIFICANTLY LONGER THAN 200 FEET.  SO I

2  DON'T -- IN MOST CASES, I DON'T BELIEVE THAT WOULD BE AN

3  ACCEPTABLE ROUTE OF TRAVEL.

4          MR. JOHNSON:  THANK YOU.  NOTHING FURTHER, YOUR

5  HONOR.

6          THE COURT:  OKAY.  THANK YOU.

7          ANY RECROSS?

8          MR. EMERY:  NO RECROSS.

9          THE COURT:  ANY REASON THE WITNESS SHOULD NOT BE

10 EXCUSED FROM FURTHER TESTIMONY?

11         MR. JOHNSON:  NOT FOR PLAINTIFFS, YOUR HONOR.

12         MR. EMERY:  NO REASON.

13         THE COURT:  OKAY.  THANK YOU, MR. WATERS.  YOU MAY

14 BE EXCUSED.

15         THE WITNESS:  THANK YOU VERY MUCH.

16         THE COURT:  YOU'RE WELCOME.

17         YOU MAY CALL YOUR NEXT WITNESS.

18         MR. WALLACE:  PLAINTIFFS CALL IVANA KIROLA.

19         THE COURT:  OKAY.  MS. KIROLA, IF YOU'LL PLEASE.

20         IS THE RAMP STILL UP?

21         THE CLERK:  YES.

22         THE COURT:  YOU'LL HAVE TO MOVE THE CHAIR.

23         THANK YOU, MR. WATERS.

24                (PAUSE IN THE PROCEEDINGS.)

25         THE CLERK:  RAISE YOUR RIGHT HAND.

1380

                        IVANA KIROLA,

1    CALLED AS A WITNESS FOR THE PLAINTIFFS, HAVING BEEN DULY SWORN,

2    TESTIFIED AS FOLLOWS:

3

4            THE CLERK:  OKAY.  YOU CAN LOWER YOUR HAND.

5            PLEASE STATE YOUR FULL NAME FOR THE COURT AND SPELL

6    YOUR LAST NAME.

7            THE WITNESS:  MY NAME IS IVANA KIROLA.  MY LAST NAME

8    IS SPELLED K-I-R-O-L-A.

9            THE CLERK:  THANK YOU.

10                        DIRECT EXAMINATION

11   BY MR. WALLACE:

12   Q.    OKAY.  GOOD MORNING, MS. KIROLA.  WHERE DO YOU LIVE?

13   A.    I LIVE IN THE WESTERN ADDITION ON 926 FILLMORE STREET,

14   APARTMENT 309.

15   Q.    HOW LONG HAVE YOU LIVED THERE?

16   A.    I LIVED THERE SINCE FEBRUARY 1998.

17   Q.    OKAY.  AND HOW LONG HAVE YOU LIVED IN SAN FRANCISCO?

18   A.    I LIVED THERE FOR A LITTLE OVER 17 AND A HALF YEARS.

19   Q.    OKAY.  ARE YOU ENROLLED AS A STUDENT ANYWHERE, RIGHT NOW,

20   MS. KIROLA?

21   A.    YES, I GO TO SAN FRANCISCO STATE UNIVERSITY TAKING ONE

22   GRADUATE CLASS IN COUNSELING.

23   Q.    OKAY.  DO YOU LIVE ALONE, MS. KIROLA?

24   A.    YES, I DO.

25   Q.    DO YOU HAVE ANY DISABILITIES?

1381

A.    YES I DO.  I HAVE CEREBRAL PALSY, WHICH LIMITS MY

MOBILITY, AND SO I USE A POWER CHAIR MOST OF THE TIME BECAUSE

OF THAT.  AND I'M LEGALLY BLIND AND HAVE SPEECH IMPEDIMENT.

Q.    OKAY.

      ARE THERE PLACES THAT YOU GO IN YOUR NEIGHBORHOOD IN

YOUR POWER CHAIR?

A.    YES.

Q.    OKAY.  COULD YOU JUST --

A.    I --

Q.    COULD YOU DESCRIBE SOME OF THOSE FOR US, PLEASE?

A.    SURE.  I GO TO -- TO SAFEWAY AND THE POST OFFICE AND

HAMILTON POOL.  AND I GO TO JAPANTOWN SOMETIMES.  AND I GO --

NOT IN MY IMMEDIATE NEIGHBORHOOD BUT IN THE SURROUNDING

NEIGHBORHOOD TO THE DENTIST, AND I ENCOUNTER BARRIERS

EVERYWHERE I GO.

Q.    OKAY.  WHEN YOU REFER TO "BARRIERS," WHAT DO YOU MEAN BY

THAT?

A.    I MEAN BUMPS IN THE SIDEWALK WHERE -- WHERE IT'S UPLIFTED

BY TREE ROOTS, AND AREAS IN THE SIDEWALK THAT I CAN'T GO DOWN,

STEEP CURB CUTS.  AND IT'S VERY FRUSTRATING TO -- TO ENCOUNTER

THOSE BARRIERS.

      I FEEL LIKE A COWGIRL (SIC) SOMETIMES, BUT I -- I

GOT TO CARRY ON WITH MY LIFE.

Q.    ARE THERE PARTICULAR LOCATIONS IN YOUR NEIGHBORHOOD WHERE

YOU HAVE PROBLEMS WITH THE TYPES OF BUMPS IN THE SIDEWALK THAT

1382

1   YOU JUST REFERRED TO?

2   A.    YES.  YES.  I -- I DIDN'T MENTION BEFORE THAT I ALSO GO

3   TO ALAMO SQUARE PARK, WHICH IS NEAR MY APARTMENT, AND I -- I

4   ALSO GO TO THE WESTERN ADDITION LIBRARY ON OCCASION.  AND THE

5   PROBLEMS I HAVE WITH GOING TO ALAMO SQUARE PARK IS IT'S MORE

6   EXPEDITIOUS TO TRAVEL -- TRAVEL ON THE -- ON THE WEST SIDE OF

7   FULTON THAN THE EAST SIDE, BECAUSE THE EAST SIDE IS -- IS FULL

8   OF BUMPS THAT MY CHAIR -- MY CHAIR HESITATES ON, AND THEN I GOT

9   TO SPEND EXTRA TIME DECIDING WHERE I'M GOING TO GO, SIMILAR TO

10  THE ISSUE I HAD WITH THE WITNESS -- THE WITNESS RAMP FOR PEOPLE

11  WHO USE WHEELCHAIRS HERE.

12          SO -- I DON'T KNOW IF THAT'S AN EXPLICIT ENOUGH

13  DESCRIPTION.

14          AND THE WEST SIDE OF FULTON I'M REFERRING TO IS

15  BETWEEN MCALLISTER -- NO, EXCUSE ME -- BETWEEN FILLMORE AND --

16  AND STEINER, AND THERE'S ALSO AN AREA ON STEINER BETWEEN GROVE

17  AND FULTON THAT I CANNOT GO DOWN THE SIDEWALK BECAUSE IT'S FULL

18  OF UNEVEN SURFACES AND MY CHAIR REFUSES TO GO DOWN THAT WAY.

19

20

21          (CONTINUED NEXT PAGE; NOTHING OMITTED.)

22

23

24

25

1383

1  BY MR. WALLACE:

2  Q.   OKAY.

3       HAVE YOU EVER GOTTEN STUCK BECAUSE OF PROBLEMS THAT

4  YOU'VE ENCOUNTERED IN THE SIDEWALK?

5  A.   YES, I HAVE.  I HAVE GOTTEN STUCK MOST RECENTLY LAST

6  OCTOBER.  I WAS GETTING OFF THE BUS AND THERE IS A TREE PLANTER

7  AREA ON MC ALLISTER.  IT'S ON THE....  IT'S ON THE SOUTH SIDE

8  OF MC ALLISTER BETWEEN FULTON -- BETWEEN WESTERN FILLMORE, BUT

9  CLOSER TO THE CORNER OF FILLMORE.  AND I GOT -- I ACCIDENTALLY

10 RAN INTO THIS HOLE AROUND THE TREE.  AND THAT'S ABOUT MAYBE

11 MORE THAN AN INCH OF A DROPOFF, AND I NEEDED TO HAVE ASSISTANCE

12 FROM A PASSERBY TO GET ME OUT.

13      AND AFTER THAT I DISCOVERED, MUCH TO MY DISMAY, THAT

14 MY BACK HANDLE TO MY WHEELCHAIR WAS BENT SO THAT CAUSED MY BACK

15 CUSHION TO BE SEPARATED FROM THE BACK HANDLE AND, IN FACT, DENT

16 MY BACK SUPPORT.  AND I HAD TO GO TO THE WHEELCHAIR REPAIR SHOP

17 AND GET THE TECHNICIAN TO BEND THE HANDLE BACK.  AND IT WAS A

18 HARDSHIP FOR ME.

19 Q.   OKAY.  HAVE YOU HAD ANY PROBLEMS WITH CURB RAMPS IN YOUR

20 NEIGHBORHOOD?

21 A.   YES, I HAVE.  I WROTE A LETTER TO MOD AND CC'D IT TO MY

22 DISTRICT SUPERVISOR.  AND THE LETTER ADDRESSED TO MOD CAME BACK

23 TO ME, BUT THE LETTER ADDRESSED TO THE SUPERVISOR WAS RESPONDED

24 TO.  THAT WAS ROSS MIRKARIMI'S OFFICE.  AND HIS OFFICE SAID

25 THAT THE MISSING CURB CUTS WOULD BE TAKEN CARE OF AS PART OF A

1384

1  PROPOSITION FOR SOME RENOVATION.  AND I WAS UPSET BY THAT

2  BECAUSE ACCORDING TO WHAT I KNOW IS BASED ON THE LAW AND ADAAG

3  504 AND IT SHOULDN'T BE DEPENDENT ON SOME FINDING THAT GOES TO

4  VOTERS.  ACCESS ISN'T A VOTING ISSUE, ACCORDING TO MY

5  KNOWLEDGE.

6  Q.    OKAY.  WHEN DID YOU WRITE ABOUT THE CURB RAMPS?

7  A.    I WROTE IN 2006, IN JULY, AND WASN'T FIXED UNTIL APRIL OF

8  2008.  THOSE MISSING CURB RAMPS WERE AFFECTING MY MOBILITY

9  AROUND TO GET TO A FRIEND'S HOUSE.  SO I HAD TO MAKE A

10 CONSCIOUS EFFORT TO TAKE A DIFFERENT ROUTE.

11 Q.    OKAY.  ARE THERE STILL CURB RAMPS THAT YOU HAVE TROUBLE

12 WITH IN YOUR NEIGHBORHOOD?

13 A.    YES.  SOME OF THEM ARE STEEP AND SOME OF THEM ARE NOT.

14 THE RAMPS, THE RAMP, THE CURB RAMP ON MC ALLISTER AND FILLMORE

15 ON THE -- I AM TRYING TO THINK, SOUTHWEST SIDE, I GENERALLY GET

16 OFF THE BUS ON THE NORTHWEST SIDE AND HAVE TO CROSS BOTH

17 DIRECTIONS FROM THE SOUTHWEST SIDE, AND THERE'S ONLY ONE CURB

18 RAMP.  AND THAT LEAVES ME IN THE STREET MOST OF THE TIME

19 BECAUSE I WANT TO BE READY TO CROSS AT THE LIGHT INSTEAD OF

20 USING THE CURB RAMP THAT'S DIRECTED TOWARDS THE, TOWARDS

21 CROSSING TO THE NORTHEAST SIDE OF FILLMORE.

22        AND I GET ASKED BY PASSERSBY SOMETIMES, "AM I OKAY?"

23 I SAY, "YEAH, I'M OKAY."  BUT I DON'T KNOW WHAT THEIR

24 IMPRESSION IS BECAUSE MY SPEECH IMPAIRMENT, AND I USUALLY USE A

25 CANE, BUT WHEN I'M CROSSING STREETS AND TO LET PEOPLE KNOW THAT

1385

1  I AM PHYSICALLY IMPAIRED, AND SO I JUST GO ON WITH MY LIFE THAT

2  WAY.

3  Q.   OKAY.  WHEN YOU GO TO ALAMO SQUARE PARK, DO YOU HAVE ANY

4  TROUBLE USING THE PARK?

5  A.   THE ACCESSIBLE ENTRANCE IS STEEP TO USE.  I NEED TO BE

6  CAUTIOUS ABOUT WHERE I DECIDE TO USE THE RAMP BECAUSE THE RAMP,

7  THE ENTRANCE RAMP IS ON A CORNER AND IT HAS A STEEPER SLOPE AT

8  ANY GIVEN POINT ON THE RAMP.

9  Q.   WHAT PROBLEMS DOES THAT CAUSE YOU?

10 A.   IF I GO UP THE RAMP AT THE WRONG ANGLE, I COULD SLIDE BACK

11 OR DO A WHEELIE IN MY CHAIR.

12 Q.   OKAY.  ARE THERE PARTS OF ALAMO SQUARE PARK THAT YOU CAN'T

13 USE?

14 A.   YES.  I AM NOT ABLE TO GET IN THE CHILDREN'S PLAY AREA

15 WITH MY CHAIR.  AND THERE IS SOME PLACES WHERE THE SLOPE OF THE

16 PATHS ARE STEEP SO IT IS HARD TO USE THOSE AREAS AT THE PARK.

17 Q.   DO YOU EVER HAVE OCCASION TO GO TO YOUR NEIGHBORHOOD

18 BRANCH LIBRARY?

19 A.   YES.

20 Q.   OKAY.  ABOUT HOW OFTEN DO YOU DO THAT?

21 A.   I'D SAY MAYBE EVERY ONCE EVERY TWO MONTHS.

22 Q.   DO YOU HAVE ANY PROBLEMS USING THE WESTERN EDITION BRANCH

23 LIBRARY?

24 A.   THE PATH OF TRAVEL ALONG GEARY FROM FILLMORE IS BUMPY

25 AND -- BUT IN THE LIBRARY, I MOST OFTEN HAVE TROUBLE WITH THE

1   STOOLS AND THE STACKS IF PEOPLE LEAVE THEM THERE.  I CANNOT GO

2   DOWN THE AISLE AND I HAVE TO BACK OUT, WHICH CAUSES PROBLEMS

3   BECAUSE I DON'T DO THAT WELL IN MANEUVERING IN REVERSE.  AND I

4   HAVE WORRIES THAT I CAN KNOCK DOWN BOOKS AND SITUATIONS SUCH AS

5   THAT.

6   Q.    HOW OFTEN HAVE YOU ENCOUNTERED STOOLS OR OBSTACLES LEFT IN

7   THE STACKS AT THE LIBRARY?

8   A.    ABOUT 40 PERCENT OF THE TIME.  AND IT DOESN'T ONLY HAPPEN

9   IN THE WESTERN EDITION LIBRARY, IT HAPPENS IN THE MAIN LIBRARY

10  WHERE I GO OR ANY OTHER LIBRARY MOST OFTEN THE PARKSIDE LIBRARY

11  OR THE MAIN LIBRARY.

12  Q.    OKAY.  HAVE YOU HAD ANY PROBLEMS USING THE CITY SWIMMING

13  POOLS?

14  A.    YES, I DO.

15        BEFORE THE RENOVATIONS, IT WAS MORE DIFFICULT, EVEN

16  NOW IT'S DIFFICULT BECAUSE ROSSI POOL IS NOT ACCESSIBLE.  I WAS

17  TOLD NOT TO GO THERE BY AN EMPLOYEE AND I WAS TOLD BY A FELLOW

18  PERSON, A FRIEND THAT USES A POWER CHAIR, THAT IT WAS DIFFICULT

19  TO GET IN THE POOL.

20  Q.    WHICH POOL HAVE YOU USED MOST RECENTLY?

21  A.    HAMILTON OR SAVA.  I HAVE BEEN TO BOTH LAST WEEK.

22  Q.    DID YOU HAVE ANY PROBLEMS TRYING TO USE SAVA POOL?

23  A.    NOT INSIDE.  THE RENOVATION WAS GOOD, BUT ON THE OUTSIDE,

24  I HAVE TO CATCH THE BUS ON THE EAST SIDE OF 19TH AVENUE BETWEEN

25  BALBOA AND -- I AM SORRY TO SAY I DON'T KNOW THE NAME OF THIS

1    STREET WHERE THE BUS STOP IS, BUT IT'S ONE BLOCK -- WAIT, WAIT.

2         THE POOL IS ON WAWONA AND 19TH AND THE BUS STOP IS

3    ONE BLOCK NORTH, NORTHEAST ON 19TH.  AND THE SIDEWALK WAS

4    REALLY CRACKED UP ON THE EAST SIDE OF 19TH.  AND IT WAS

5    INTERESTING BECAUSE RECENTLY THEY DID SO MUCH WORK ON SAVA

6    POOL.  I WAS THERE WHEN THERE WAS MORE RENOVATION.  AND IT

7    WAS -- IT HAS NARROW WOMEN'S LOCKER ROOM AND NO ACCESSIBLE REST

8    ROOM AND NO ACCESSIBLE SHOWER.

9         SO, I THINK THAT WAS BACK IN 2007, BUT POST-ADAAG.

10   Q.   HOW DID THE CRACKS ON THE SIDEWALK MAKE IT MORE DIFFICULT

11   FOR YOU TO GET TO THE POOL?

12   A.   IT WAS AFTERWARDS I JUST DIDN'T KNOW WHERE TO GO TO AVOID

13   THE BUMPS.  I HAD TO TAKE THE BUS.

14   Q.   ARE THERE ANY THINGS THAT YOU CAN'T USE AT THE HAMILTON

15   POOL?

16   A.   I CAN'T USE THE SLIDE.  AND I KNOW THAT IS INTENDED FOR

17   CHILDREN, BUT I WOULD LIKE TO TRY IT AT LEAST ONCE.  I DON'T

18   KNOW IF THEY LET ADULTS TRY IT.

19   Q.   IS THERE ANY WAY TO USE THE SLIDE?

20   A.   THERE IS NO LIFT TO IT, SO I CAN'T GET ON THERE WITHOUT

21   WALKING, WALKING UP THE STAIRS.

22   Q.   OKAY.  HOW DO THE PROBLEMS THAT YOU'VE DESCRIBED MAKE YOU

23   FEEL?

24   A.   THEY MAKE ME FEEL DISCRIMINATED AGAINST.  AND I AM SO

25   FRUSTRATED THAT THE CITY AND COUNTY HASN'T DONE WHAT IT NEEDS

1   TO DO.  THEY COULD HAVE AVOIDED THIS WHOLE TRIAL IF -- I THINK

2   IF THEY WERE MORE -- IF THEY DID MORE PLANNING ABOUT SATISFYING

3   THE ADAAG REGULATIONS.

4           I HAVE TWO MORE QUICK THINGS I WOULD LIKE TO ADD

5   ABOUT THE POOLS.  THERE IS BALBOA POOL WHICH HAS A STEEP RAMP

6   AND NO ACCESSIBLE LOCKER ROOMS.  THEY'RE REALLY NARROW TO USE.

7           AND ALSO GARFIELD HAS NARROW LOCKER ROOMS AND NO

8   ACCESSIBLE REST ROOMS.  THEY ARE VERY NARROW.  AND THE

9   ATTEMPTED ACCESS FOR THE REST ROOMS IS PUTTING A BAR IN THE

10  STALL.  AND YOUR WHEELCHAIR CAN GET IN FRONT OF THE STALL, BUT

11  THERE IS NOT SUFFICIENT ROOM TO CLOSE THE DOOR.

12          AND IT'S THAT WAY WITH GARFIELD, BALBOA.  AND

13  GARFIELD AND BALBOA, TO MY KNOWLEDGE, AND ALSO A STEEP FRONT

14  ENTRANCE AT BALBOA.  THEY HAVE LIFTS TO THE POOL, BUT THEY

15  DON'T HAVE SUFFICIENT ACCESS AROUND THE LOCKER ROOMS OR IN

16  ORDER TO GET IN THE POOL.  I MEAN, YOU CAN GET IN THE PHYSICAL

17  POOL, BUT YOU CAN'T GET IN THE ENTRANCE COMFORTABLY AT BALBOA.

18          MR. WALLACE:  PLAINTIFFS HAVE NOTHING FURTHER AT

19  THIS TIME.

20          THE COURT:  OKAY, THANK YOU.  MR. --

21  CROSS-EXAMINATION?

22          MR. EMERY:  YES.  THANK YOU, YOUR HONOR.

23                      CROSS-EXAMINATION

24  BY MR. EMERY:

25  Q.   GOOD MORNING, MS. KIROLA.

1389

```
1   A.   GOOD MORNING, MR. EMERY.  IT'S GOOD TO SEE YOU AGAIN.

2   Q.   THANK YOU VERY MUCH.  IT IS GOOD TO SEE YOU.

3           WE MET BACK IN FEBRUARY OF 2010 AT YOUR DEPOSITION;

4   IS THAT RIGHT?

5   A.   RIGHT.  YOU PROBABLY SAW ME BEFORE THEN BECAUSE I MAKE

6   MYSELF, I'M SEEN THE CIVIC CENTER AREA BY TRAVELING AROUND THE

7   AREA QUITE FREQUENTLY.

8   Q.   YOU MOVED TO SAN FRANCISCO IN 1993; IS THAT RIGHT?

9   A.   YES.  IN AUGUST.

10  Q.   AND YOU'VE BEEN USING THE SIDEWALKS AND THE CURB RAMPS IN

11  SAN FRANCISCO FREQUENTLY SINCE THAT TIME; IS THAT RIGHT?

12  A.   YES.

13  Q.   WHEN WE HAD YOUR DEPOSITION LAST FEBRUARY, IT WAS IN THE

14  AFTERNOON, CORRECT?

15  A.   I DON'T -- AT LEAST ONE OF THE DAYS WAS IN THE MORNING,

16  BUT I COULD BE MISTAKEN.

17  Q.   DID YOU COME TO THE DEPOSITION FROM ONE OF YOUR CLASSES?

18  A.   NO, I DIDN'T.  I DON'T -- I DON'T THINK SO.

19  Q.   OKAY.  DO YOU KNOW WHAT IN-HOME SUPPORT SERVICES ARE?

20  A.   YES.

21           I AM QUITE FAMILIAR WITH THEM.  NOT ONLY AS A

22  CONSUMER, BUT AS A DIRECT SERVICE PROVIDER.  I USED TO COUNSEL

23  PEOPLE AT AN INDEPENDENT LIVING CENTER IN HAYWARD DOING HALF

24  TIME HOUSING AND HALF TIME PERSONAL ASSISTANT SERVICES.

25  Q.   I THINK YOU JUST MENTIONED THAT YOU ARE A CONSUMER OF
```

1390

1   IN-HOME SUPPORT SERVICES; IS THAT RIGHT?

2   A.   YES.

3   Q.   ABOUT HOW MANY HOURS A WEEK OF IN-HOME SUPPORT SERVICES DO

4   YOU USE?

5   A.   I WOULD SAY I USE ABOUT FOR -- MAYBE ABOUT 30 HOURS.

6   Q.   IF YOUR IN-HOME SUPPORT SERVICE HOURS WERE REDUCED, YOU

7   WOULDN'T BE ABLE TO LEAVE THE HOUSE SOME DAYS; IS THAT RIGHT?

8               MR. WALLACE:  OBJECTION, LACKS FOUNDATION.

9               THE COURT:  IS THAT 30 HOURS A WEEK?

10              MR. EMERY:  THAT WAS THE QUESTION.

11              THE COURT:  OKAY.  I JUST WANT TO BE CLEAR.

12              AND THE -- THERE WAS AN OBJECTION.  I DIDN'T HEAR.

13              MR. WALLACE:  LACKS FOUNDATION, YOUR HONOR.

14              THE COURT:  THE QUESTION IS -- THE CURRENT QUESTION.

15              MR. WALLACE:  CALLS FOR SPECULATION.

16              THE COURT:  THE LACKS FOUNDATION OBJECTION IS

17  OVERRULED.

18              THE WITNESS:  SO --

19              THE COURT:  WAIT.

20              WHAT WAS THE OTHER OBJECTION?

21              MR. WALLACE:  CALLS FOR SPECULATION.

22              THE COURT:  WHETHER SHE WOULD BE ABLE TO LEAVE THE

23  HOME SOME DAYS.  IT'S TECHNICALLY A GOOD OBJECTION.

24              SUSTAINED.

25  ///

1391

```
 1   BY MR. EMERY:
 2   Q.   DOES IN-HOME SUPPORT SERVICES HELP YOU GET DRESSED IN THE
 3   MORNING?
 4   A.   YES.  THEY HELP ME WITH OTHER ADL'S AS WELL.
 5   Q.   IT'S IMPORTANT TO YOU THAT SAN FRANCISCO PRESERVE ALL OF
 6   ITS FUNDING FOR IN-HOME SUPPORT SERVICES, ISN'T IT?
 7   A.   RIGHT, IT IS IMPORTANT, BUT THAT IS A STATE-BASED PROGRAM.
 8   SO ALL THE MONEY DOESN'T COME FROM THE CITY AND COUNTY.
 9   Q.   DO YOU ALSO USE PARATRANSIT IN SAN FRANCISCO REGULARLY?
10   A.   YES.
11   Q.   DO YOU USE PARATRANSIT ABOUT FIVE OR SIX TIMES A WEEK?
12   A.   SOMETIMES THAT MUCH AND SOMETIMES LESS.  MOST OF THE TIMES
13   LESS.
14   Q.   DOES CHEAP PARATRANSIT MAKE SAN FRANCISCO A GOOD PLACE TO
15   LIVE INDEPENDENTLY?
16   A.   YES, BUT NOT AT THE EXPENSE OF ACCESS FOR MOBILITY
17   IMPAIRED PEOPLE.
18   Q.   WHEN YOU WERE TALKING WITH MR. WALLACE EARLIER, YOU TALKED
19   ABOUT A TIME THAT YOU COMPLAINED TO THE CITY ABOUT A CURB RAMP;
20   IS THAT RIGHT?
21   A.   YES.
22   Q.   AND THAT WAS ON THE CORNER OF HAYES STREET AND FILLMORE
23   STREET?
24   A.   YES, IT WAS.  YES.
25   Q.   AND THE CITY PUT IN NEW CURB RAMPS THERE IN APRIL 2008; IS
```

1392

1   THAT RIGHT?

2   A.   AROUND THAT TIME, YES.

3   Q.   IN THE COMPLAINT YOU FILED IN THIS LAWSUIT, I THINK YOU

4   ALSO COMPLAINED ABOUT CURB RAMPS AT GROVE STREET AND FILLMORE

5   STREET.  DO YOU REMEMBER THAT?

6   A.   YES.

7   Q.   AND THE CURB RAMPS AT GROVE STREET AND FILLMORE STREET

8   WERE ALSO REPLACED AROUND APRIL OF 2008; IS THAT RIGHT?

9   A.   YES.

10  Q.   AND IN YOUR COMPLAINT WHEN YOU FILED THIS ACTION, YOU ALSO

11  COMPLAINED ABOUT CURB RAMPS IN THE NEIGHBORHOOD OF GUERRERO

12  STREET AND 16TH STREET IN THE MISSION DISTRICT.  DO YOU

13  REMEMBER THAT?

14  A.   RIGHT.

15  Q.   AND THERE ARE NEW CURB RAMPS IN THAT AREA AS WELL, RIGHT?

16  A.   YES.  THESE CURB RAMPS WERE A LONG TIME COMING FOR ME.

17  Q.   IS THE MARTIN LUTHER KING POOL YOUR FAVORITE POOL IN SAN

18  FRANCISCO?

19  A.   YES.  IT'S A LITTLE HARD TO GET TO IN TERMS -- IT'S NOT

20  HARD TO GET TO, IT JUST TAKES A LONG TIME ON PUBLIC

21  TRANSPORTATION.  AND IN ORDER FOR ME TO TAKE PARATRANSIT,

22  SOMETIMES IT'S HARD TO ARRANGE A RIDE THERE, BUT I USED IT WHEN

23  HAMILTON POOL WAS BEING RENOVATED.

24  Q.   HAMILTON POOL IS THE ONE -- NEAREST -- I WILL ASK THE

25  QUESTION AGAIN.  I MANGLED MY WORDS.  I APOLOGIZE.

1393

1         THE HAMILTON POOL IS THE CITY POOL THAT IS CLOSEST

2  TO YOUR HOUSE; IS THAT RIGHT?

3  A.   YES.  AND ROSSI WOULD BE THE NEXT BEST OPTION, IF IT

4  GUARANTEED ACCESS.

5  Q.   AND YOU GET TO HAMILTON POOL BY TRAVELING ALONG THE

6  SIDEWALKS FROM YOUR HOUSE; IS THAT RIGHT?

7  A.   YES OR TAKE THE 22 TO STEINER AND FILLMORE.

8  Q.   AND HAMILTON POOL REOPENED WITHIN THE LAST YEAR AFTER

9  BEING RENOVATED; IS THAT RIGHT?

10 A.   IT OPENED IN MARCH OF 2010.  I BELIEVE OPENING DAY WAS

11 MARCH 6TH.

12 Q.   BUT THE MARTIN LUTHER KING POOL IS YOUR FAVORITE, RIGHT?

13 A.   RIGHT.

14 Q.   AND THAT ONE IS IN THE MISSION DISTRICT?

15 A.   NO.  IT'S IN THE BAYVIEW DISTRICT.

16 Q.   OH, THAT'S RIGHT.

17        AND YOU LIKE TO GO TO THE MARTIN LUTHER KING POOL

18 BECAUSE IT IS SPACIOUS AND YOU KNOW THE PEOPLE THERE AND YOU

19 FEEL COMFORTABLE THERE?

20 A.   YES.  AND THERE IS ALSO GUARDRAILS ON THIS SIDE OF THE

21 POOL THAT I CAN HANG ON TO AND NO ABRASIVE SURFACES THAT THE

22 HAMILTON POOL GOT RENOVATED BUT WITH SOME ABRASIVE SURFACES IN

23 THE POOL, WHICH I DON'T LIKE.

24 Q.   YOU TALKED ABOUT ALAMO SQUARE PARK IN YOUR TESTIMONY WITH

25 MR. WALLACE.  DO YOU REMEMBER THAT?

1    A.    YES.

2    Q.    ALAMO SQUARE IS ON A PRETTY STEEP HILL; IS THAT RIGHT?

3    A.    YES, BUT I DON'T THINK THAT'S REASON ENOUGH FOR, FOR GOOD

4    CONDITIONS, SIDEWALKS AROUND ALAMO SQUARE PARK.

5              MR. EMERY:  THANK YOU, MS. KIROLA.  I DON'T HAVE ANY

6    MORE QUESTIONS.

7              THE COURT:  THANK YOU, MR. EMERY.

8              ANY REDIRECT?

9              MR. WALLACE:  NO, YOUR HONOR.

10             THE COURT:  IS THERE ANY REASON WHY MS. KIROLA

11   SHOULD NOT BE EXCUSED FROM FURTHER TESTIMONY?

12             MR. WALLACE:  I DON'T BELIEVE SO.

13             MR. EMERY:  THERE IS NO REASON NOT TO EXCUSE HER.

14             THE COURT:  THANK YOU, MS. KIROLA.  YOU MAY BE

15   EXCUSED.

16             THE WITNESS:  THANK YOU.

17             THE COURT:  DOES SHE NEED ASSISTANCE?

18             THIS IS PROBABLY A GOOD TIME TO TAKE THE NOON RECESS

19   UNLESS YOU PREFER TO CONTINUE.

20             SO WE WILL BE IN RECESS FOR A HALF HOUR.  THEN WE

21   WILL PROCEED.

22

23             (LUNCHEON RECESS WAS TAKEN AT 12:03 P.M.)

24

25

1395

```
 1  AFTERNOON SESSION                                    12:45 P.M.

 2

 3          THE CLERK:  REMAIN SEATED AND COME TO ORDER.

 4          BACK ON THE RECORD IN CIVIL 07-3685 IVANA KIROLA

 5  VERSUS THE CITY AND COUNTY OF SAN FRANCISCO.

 6          THE COURT:  THE RECORD WILL REFLECT THAT THE LAWYERS

 7  ARE PRESENT FOR BOTH SIDES AND -- OKAY.

 8          YOU BOTH PREPARED TO RESUME?

 9          MR. WALLACE:  YES, WE ARE, YOUR HONOR.

10          MR. EMERY:  YES.

11          THE COURT:  I KNOW LISA GIVES YOU -- WE GIVE YOU A

12  DAILY UPDATE EVERY DAY IN TERMS OF TIME, BUT I JUST WANT TO SAY

13  PLAINTIFF RIGHT NOW HAS EIGHT HOURS AND THREE MINUTES TOTALLY

14  FOR THE REST OF THIS TRIAL AND DEFENDANT HAS 23 HOURS AND SEVEN

15  MINUTES.

16          YOU MAY CALL YOUR NEXT WITNESS.

17          MR. JOHNSON:  THANK YOU, YOUR HONOR. PLAINTIFFS CALL

18  KENNETH SPIELMAN.

19          THE COURT:  OKAY.

20          THE CLERK:  PLEASE TAKE THE WITNESS STAND.

21          IS THE CHAIR NOT THERE?

22          THE WITNESS:  THE CHAIR IS NOT HERE.

23          THE CLERK:  RAISE YOUR RIGHT HAND.

24  ///

25  ///
```

```
 1
 2
 3                  CERTIFICATE OF REPORTER
 4        WE, RAYNEE H. MERCADO, AND DIANE E. SKILLMAN, OFFICIAL
 5   REPORTERS FOR THE UNITED STATES COURT, NORTHERN DISTRICT OF
 6   CALIFORNIA, HEREBY CERTIFY THAT THE FOREGOING PROCEEDINGS IN
 7   C07-03685SBA, KIROLA, ET AL. V. CITY AND COUNTY OF SAN
 8   FRANCISCO, ET AL., WERE REPORTED BY US, CERTIFIED SHORTHAND
 9   REPORTERS, AND WERE THEREAFTER TRANSCRIBED UNDER OUR DIRECTION
10   INTO TYPEWRITING; THAT THE FOREGOING IS A FULL, COMPLETE AND
11   TRUE RECORD OF SAID PROCEEDINGS AS BOUND BY US AT THE TIME OF
12   FILING.
13        THE VALIDITY OF THE REPORTERS' CERTIFICATION OF
14   SAID TRANSCRIPT MAY BE VOID UPON DISASSEMBLY AND/OR REMOVAL
15   FROM THE COURT FILE.
16
17   _____
18   RAYNEE H. MERCADO, CSR, RMR, CRR, FCRR, CCRR
19
20
21   _____
22   DIANE E. SKILLMAN, CSR, RPR, FCRR
23
24        THURSDAY, APRIL 21, 2011
25
```