# EXHIBIT F

OFFICE OF THE MAYOR  
SAN FRANCISCO



WILLIE LEWIS BROWN, JR.

## MEMORANDUM

June 22nd, 1998

To:     Department Heads

From:   Willie L. Brown Jr., Mayor

        Steve Nelson, Director of Administrative Services

Subject: Accessibility Reviews

In order to assure that all projects undertaken by the departments of the City and County of San Francisco are accessible to and usable by persons with disabilities, I am directing all department heads to make sure that plans and specifications for building projects or modifications to the built environment are reviewed and approved by my Citywide Disability Coordinator, Mr. Paul Imperiale, and the Department of Public Works Disability Access Coordinator, Mr. Richard Skaff. Mr. Imperiale will review your submissions for access to programs. Mr. Skaff will review your submissions for compliance with State and Federal code.

In most cases, a site review will be needed to field verify access improvements and upgrades. Projects which comply with the authoritative access codes while providing program access will be approved for occupancy. Those projects which have significant health, safety, or access deficiencies will not be approved. In cases where insufficient access or access noncompliance has been found, corrective measures will be outlined and a plan for compliance will be drafted to assure compliance.

In the interest of efficiency and unimpeded progress on your projects, I heartily encourage you to plan ahead to secure an early review of your projects plans and specifications. All access plan reviews must be completed before construction begins. A post construction inspection will be mandatory to ensure that the project has been built to the approved specifications.

To secure an appointment to discuss your departments building project or building modification, please contact Mr. Paul Imperiale at 554-6252 or Mr. Richard Skaff at 558-4524.

401 VAN NESS AVENUE, ROOM 336, S.  
(415) 554-5141  
RECYCLED PAPER

| | United States District Court<br>Northern District of California |
|---|---|
| **DEFENDANT** | Case No. __C07-03685 SBA__<br>Case Title _Kirola, et al. v. CCSF, et al._<br>Exhibit No. _____P11_____<br>Date Entered _____<br><br>Richard W. Wieking, Clerk<br>By: _____, Deputy Clerk |