# EXHIBIT H

United States District Court
Northern District of California

DEFENDANT

Case No. C07-03685 SBA

Case Title *Kirola, et al. v. CCSF, et al.*

Exhibit No. A35

Date Entered ____________

Richard W. Wieking, Clerk

By: ____________, Deputy Clerk

# Mayor's Office on Disability

    

The mission of the Mayor's Office on Disability is to ensure that every program, service, benefit, activity and facility operated or funded by the City of San Francisco is fully accessible to, and useable by, people with disabilities. MOD is responsible for overseeing the implementation and local enforcement of the City's obligations under the Americans with Disabilities Act as well as other federal, state and local access codes and disability rights laws.

## What's New

- 20th Anniversary of the ADA Celebration July 26th!
- SFMTA RTC Discount ID Office Relocation (PDF)
- Higher Fines for Disabled Parking Violations

## Know Your Rights

- Introduction
- Grievance Procedure
- Complaint Assistance Form
- ADA Coordinators
- Service and Support Animals - Rights & Responsibilities - 12 pages (PDF)
- ...more info

## Architectural Access

- Plan Review & Approval Process
- Accessible Public Meeting Locations by District
- Resources
- ..more info

## Program & Communication Access

- What is Programmatic Access?
- Programmatic Access Bulletins
- Blind and Low Vision Priorities Project Report - 165 pages (PDF) (Word)
- Resources
- ...more info

## ADA Transition Plan

- Introduction
- UPhAS ADA Transition Plan
- UPhAS Project Lists
- Curb Ramp and Sidewalk Transition Plan

## ADA Self Evaluation

- Introduction
- ADA Self Evaluation Report
- ...more info

City and County of San Francisco : Mayor's Office on Disability Page 2 of 2

We are now on
Facebook and Twitter!

Follow us and fan us and learn more about events, announcements, and how to get involved

Download readers for PDF or Word file.

United States
Census
2010
IT'S IN OUR HANDS
SFGov
2010
Census

http://www.sfgov2.org/index.aspx?page=386 6/28/2010

EXHIBIT A35-000002

# ADA Transition Plan

The City and County of San Francisco currently has a variety of projects occurring simultaneously in its efforts to comply with the Americans with Disabilities Act (ADA) and disability requirements under ADA Title II for state and local governments. The following websites provide information on the various efforts that will affect the physical environment of San Francisco.

As required under adoption of the Plan by the Board of Supervisors, the City's ADA Transition Plan undergoes a yearly review and reassessment. The 2009 reassessment includes an upgrade to the material in this web site content and web site connections.

The Mayor's Disability Council serves a vital role in providing the Mayor's Office on Disability and citywide ADA coordinators a portal to be receptive to public opinion and to disability access advocacy. Please visit the Mayor's Disability Council website for further information.

- Uniform Physical Access Strategy (UPhAS) for the ADA Transition Plan
- Curb Ramps and Sidewalks [2A.2] - 27 pages (PDF)
- ADA Title II Nondiscrimination on the Basis of Disability in State and Local Government Services
- ADA Self Evaluation
- Other State and Local Government Entities and their Transition Plan Statements

# Mayor's Disability Council

The Mayor's Disability Council, staffed by the Mayor's Office on Disability, was re-organized by the Mayor in October, 1998, to provide a better vehicle for public input.

The Mission of the Mayor's Disability Council is to:

- Advise the Mayor of San Francisco on disability issues
- Work with the Mayor's Office on Disability to ensure ADA Compliance
- Provide a public forum to discuss disability issues.

- Learn more about the current Mayor's Disability Council-members
- View the MDC Meeting through SFGTV

These meetings set the standard for public accessibility with a fully accessible site, powered door openers, accessible seating and speaker podiums, an infra-red assistive listening system, a telephone bridge for public comment from home, televised open captioning, and American Sign Language interpreters.

The MDC meets **every third Friday** of the month at City Hall, **Room 400** from 1:00 p.m. to 4:00 p.m. and also

City and County of San Francisco : Mayor's Disability Council Page 2 of 2

has monthly Disability Disaster Committee Meetings and Physical Access Committee Meetings. See Upcoming Meetings for schedules.

Mayor's Office on Disability
Attention: MDC Council
401 Van Ness Avenue, Room 300
San Francisco, Ca. 94102
415.554.6789 Phone
415.554.6799 TTY
415.554.6159 Fax

http://www.sfgov2.org/index.aspx?page=281 6/25/2010

EXHIBIT A35-000005

# Uniform Physical Access Strategy (UPhAS) for the ADA Transition Plan

As required under Title II of the Americans with Disabilities Act the City and County of San Francisco has and maintains an ADA Transition Plan for buildings and facilities. First developed in 2000 and updated in 2004, the plan is a dynamic process to assess and mitigate structural barriers in City-owned and leased facilities. In addition, the City has and maintains an ADA Transition Plan for Curb Ramps and Sidewalks. Both plans set forth steps necessary to enact structural changes through barrier removal projects, new construction or alterations, and a schedule for those changes.

**Responsible Individual.** The designated person responsible for administering the plan is Mayor's Office on Disability's John Paul Scott AIA, Deputy Director for Physical Access [johnpaul.scott@sfgov.org ; telephone 415-554-6789; TTY 415-554-6799] . MOD and other departments have ADA Coordinators, whose assignments include but are not limited to: providing information about accessible programs and services; handling requests for auxiliary aids and services; receiving complaints from the public and works to resolve them; and plan checking and inspection of designs and construction drawings for new construction and alteration of City buildings and facilities.

**Public Participation.** The City provided many opportunities to interested persons, including individuals with disabilities or organizations representing individuals with disabilities, to participate in the development of the transition plan by submitting comments. MOD reassesses the Plan on a yearly basis and schedules public reviews and comment through the Mayor's Disability Council (MDC), its televised public hearings and through its MCD's Physical Access Committee.

**Availability of the Plan.** The City's Self-Evaluation and its ADA Transition Plan are made available for public inspection on the Mayor's Office on Disability (MOD) website and a print copy is located for public viewing at can be provided at MOD's office at 401 Van Ness Avenue, Suite 300, San Francisco, Californai 94102.

**Yearly Reassessment.** The Plan undergoes a yearly reassessment, in order to address emerging issues and needs. Capital funding for the plan is included in the City's 10 Year Capital Plan and listing and funding of specific projects is included in the City's yearly Capital Budget. These can be found on the Capital Planning Program website.

**Uniform Access verses Program Accessibility.** The City's ADA Transition Plan for Buildings and Facilities is titled the Uniform Physical Access Strategy (UPhAS), and it seeks to provide a uniform level of physical accessibility in both public service and employee areas. ADA title II makes clear, however, that a public entity is not required to make each of its existing facilities physically accessible, but rather ensure program accessibility. A public entity shall operate each service, program, or activity so that the service, program, or activity, when viewed in its entirety, is readily accessible to and usable by individuals with disabilities. The Plan applies the program accessibility standard to Recreation and Parks Department and in limited settings of specific social service programs.

The following web site links provide the public with information about this plan as required by Title II of the ADA.

Goals and Objectives
Priorities for the ADA Transition Plan
Leveraging Opportunities
Overview of Title II ADA Requirements for buildings and facilities
The new ADA/ABA
Project Schedules

City and County of San Francisco : Uniform Physical Access Strategy (UPhAS) for the A... Page 2 of 2

Project Lists by Departments or Agencies

http://www.sfgov2.org/index.aspx?page=457 6/25/2010

EXHIBIT A35-000007

# Americans with Disabilities Act
# Transition Plan
# for Curb Ramps and Sidewalks

Updates and Revisions

2007-2008

**City and County of San Francisco**

**Department of Public Works**

In collaboration with

The Mayor's Office on Disability

**INTRODUCTION** 2

**Goals and Objectives** 2

**Transition Plan History and Overview** 3

**I. LEGAL REQUIREMENTS** 4

**Legal Requirements – Federal** 4

**Legal Requirements – State** 4

**Legal Requirements – San Francisco** 5

**II. IDENTIFIED OBSTACLES TO THE PUBLIC RIGHT OF WAY** 6

**Curb Ramps** 6
Identified Barriers – Curb Ramp Evaluation Factors 7
Scope of Work - Curb Ramp Findings 8

**Sidewalks** 9
Identified Barriers - Sidewalk Evaluation Factors 10
Scope of Work – Sidewalk Findings 10

**III. METHODS TO REMOVE OBSTACLES- POLICIES & PRIORITIES** 14

**Curb Ramps** 14
Barrier Removal - ADA Transition Plan Priorities 14
Public Complaint Process 16
New Construction 16
Defenses 17

**Sidewalks** 18
Barrier Removal - Sidewalk Inspection and Repair Program (SIRP) 18
Public Complaint Process 20
New Construction 21
Defenses 23

**IV. SCHEDULE** 24

**Curb Ramps; 10 Year Capital Plan Schedule** 24

**Sidewalks; 25 Year SIRP Plan Schedule** 25

**V. RESPONSIBLE INDIVIDUAL** 25

**VI. PUBLIC INPUT** 25

**ADA Transition Plan for Curb Ramps and Sidewalks of the City and County of San Francisco**

# Introduction

## *Goals and Objectives*

The goal of the Americans with Disabilities Act (ADA) Transition Plan for Curb Ramps and Sidewalks of the City and County of San Francisco (CCSF) is to ensure that the City creates accessible paths of travel in the public right of way for people with disabilities.

San Francisco City government has made a significant and long-term commitment to improving the accessibility of the public right of way. The Department of Public Works (DPW) has been the primary leader in these efforts, with collaboration and funding from the Mayor's Office on Disability (MOD) in prioritizing and funding curb ramp construction under the ADA Transition Plan for Curb Ramps and Sidewalks. This Transition Plan describes CCSF's existing policies and programs to enhance accessibility in the public right of way.

Both the ADA Transition Plan for Curb Ramps and Sidewalks, as well as the ADA Transition Plan for Facilities, have received significant funding and commitments from the City's 10 Year Capital Plan. As explained below, the ADA Transition Plan for Curb Ramps and Sidewalks incorporates both a funding commitment and a prioritization matrix that seek aggressively to remove barriers in the public right of way.

Funding for the ADA Transition Plan for Curb Ramps and Sidewalks is not the only means by which the City's public rights of way are made more accessible. In addition to construction funded under the ADA Transition Plan, CCSF has three additional means by which curb ramps and sidewalks are created and upgraded.

- Capital Projects for New Construction: Work that involves creating new public right-of-way will provide accessible features in the project area that meets current design standards.
- Capital Projects for Alterations: Work that under the ADA would be considered an alteration of existing public right-of-way will provide new and upgrade existing accessible features in the project area to meet current design standards.
- Maintenance and Repair Projects and Programs: Work that specifically addresses spot areas that are limited to normal maintenance and repairs in the public right-of-way will maintain accessibility of the public right-of-way.

The programs, standards, policies, and procedures that the Department of Public Works presents herein collectively form a comprehensive program that incorporates accessibility in a timely manner into public rights-of-way throughout the City.

## *Transition Plan History and Overview*

The Curb Ramp and Sidewalk Program of the Department of Public Works is the result of coordinated efforts from several Bureaus within DPW, primarily: Engineering, Architecture, Street Use & Mapping, Construction Management, Building Repair, and Urban Forestry.

The City began installing curb ramps in the early 1970's. Since then, other governmental, public and private entities have also installed curb ramps. For example, utility companies are required by way of permit requirements through DPW's Bureau of Street Use and Mapping to install curb ramps when altering a street corner, and major construction projects have been required to install curb ramps in the areas of construction.

DPW developed the first formal Curb Ramp Program in 1989 in response to federal and state requirements effective at that time. DPW created the first DPW Curb Ramp Transition Plan in FY 1992-1993, and a follow up 5-year plan in 1998. As priorities and funding sources evolve, the City periodically updates its ADA Transition Plans. The ADA Transition Plan was updated in 2004 and is updated and revised with this 2008 version. This ADA Curb Ramp and Sidewalk Transition Plan reflects current policies and programs already in place to enhance accessibility in the public right of way.

***Note:*** *More detailed documentation with specific City regulations, policies and schematics are available from the ADA Coordinator of the Department of Public Works.*

# I. Legal Requirements

## *Legal Requirements – Federal*

The federal statute known as the Americans with Disabilities Act (ADA), enacted on July 26, 1990, provides comprehensive civil rights protections to persons with disabilities in the areas of employment, state and local government services, access to public accommodations, transportation, and telecommunications. Title II of the ADA specifically refers to state and local government programs, services and activities.

Title II of the ADA (28 CFR Section 35.150 (d)) requires that state and local entities develop a Transition Plan specific to curb ramps:

... If a public entity has responsibility or authority over streets, roads, or walkways, its transition plan shall include a schedule for providing curb ramps or other sloped areas where pedestrian walks cross curbs, giving priority to walkways serving entities covered by the Act, including State and local government offices and facilities, transportation, places of public accommodation, and employers, followed by walkways serving other areas.

(3) The plan shall, at a minimum --

(i) Identify physical obstacles in the public entity's facilities that limit the accessibility of its programs or activities to individuals with disabilities;

(ii) Describe in detail the methods that will be used to make the facilities accessible;

(iii) Specify the schedule for taking the steps necessary to achieve compliance with this section and, if the time period of the transition plan is longer than one year, identify steps that will be taken during each year of the transition period; and

(iv) Indicate the official responsible for implementation of the plan.

In 2002, the United States Court of Appeals for the Ninth Circuit, whose jurisdiction includes California, held for the first time that sidewalks constitute a service, program or activity of a city, and sidewalks are therefore subject to the ADA's program accessibility regulations. Barden v. City of Sacramento, 292 F.3d 1073 (9th Cir. 2002). Before the Barden decision, the law was unclear whether municipalities' transition plans should address barrier removal from sidewalks.

## *Legal Requirements – State*

The Unruh Civil Rights Act, California Civil Code sections 43-55.2, and the California Building Code, Code of California Regulations, Title 24 Part 2, [hereafter referred to as

EXHIBIT A35-000012

Title 24] complement federal law, and govern the City's obligations to provide access to its facilities and programs.

## *Legal Requirements – San Francisco*

The City and County of San Francisco has adopted the new California Building Code (CBC), which includes access requirements, under CBC Regulations Title 24, Part 2 Volumes 1 and 2. In this Transition Plan, we will refer to these requirements as "Title 24."

In addition, the San Francisco Public Works Code incorporates several policies that directly affect accessibility in the public right-of-way. Among them are policies that regulate the use of sidewalk displays, and sidewalk tables and chairs. Construction projects in or otherwise affecting the public right-of-way are required to provide accessible barricades and scaffolding and maintain an accessible path of travel along and around such sites. This Transition Plan cites these policies in the relevant sections below.

## II. Identified Obstacles to the Public Right of Way

The City has used a two-prong approach to pro-actively identify and assess obstacles in the public right of way. For curb ramps, the DPW has created a detailed curb ramp database. Survey teams have visited more than 29,000 intersections and documented whether a curb ramp is needed, whether one is in place, and the condition of the curb ramps that are already built. The information in this database provides the primary basis for the City's estimates of need and spending, as well as the types of obstacles in existing curb ramps.

For sidewalks, the City has used a "sampling" method. In 2005, a statistically significant sample of sidewalks was surveyed in order to assess the type, severity and cost of sidewalk barriers in various neighborhoods. On the basis of this information, the City has in Fiscal Year 2006-2007 begun a systematic sidewalk assessment and repair program, to proactively identify and remedy defects and barriers in the City's sidewalks. This program supplements an existing process that receives and responds to individual complaints of sidewalk obstacles and defects.

For both curb ramps and sidewalks, the City also receives complaints from residents and visitors. These complaints are given the highest priority in the City's plan to remove obstacles in the public right of way.

This section of the ADA Transition Plan for Curb Ramps and Sidewalks will discuss each of these programs separately.

### *Curb Ramps*

The Department of Public Works has undertaken an exhaustive review of its intersections and curb ramps. It has developed a GIS map and database of curb ramp conditions citywide, evaluating not only whether a curb ramp exists at the site, but also whether a curb ramp is needed and the condition of the curb ramp. This data is updated periodically and is instrumental in mapping and identifying priority locations for upcoming curb ramp projects. In this way, the City systematically identifies obstacles in the public rights of way, as part of a dynamically updated facility maintenance and management system rather than a snapshot of conditions frozen in time. The condition of various physical attributes is used to develop a relative ranking of priority locations. Additionally, the geographic distribution of curb ramp priority needs can be evaluated, such as priority locations including government facilities and transportation facilities.

## Identified Barriers – Curb Ramp Evaluation Factors

In evaluating the accessibility of existing curb ramps we consider the following factors:

**CURB RAMPS – EVALUATION FACTORS**

| EVALUATION FACTORS | |
|---|---|
| Curb Ramp Slope | • Slopes 1:12 (8.33%) or less.<br>• Slopes greater than 1:12, but not greater than 1:10 (10%).<br>• Slopes greater than 1:10 (10%). |
| Curb Ramp Cross-Slopes | Max 2% (Americans with Disabilities Act Accessibility Guidelines (ADAAG) and Title 24) |
| Curb Ramp Width | At least 4 feet in width (excluding flared sides) (Title 24) |
| Upper Landing | At least 4 feet deep x ramp width; max slope of 2% each way (Title 24 and ADAAG) |
| Location within Crosswalk | Ramp wholly within the crosswalk markings (Title 24) (excluding flared sides). |
| Lip at bottom of ramp/gutter pan | Ramp flushed with road surface; no bump or lip.<br>Title 24 previously required a ½ inch high beveled lip at bottom of curb ramps.<br>Lip-too-high criteria was collected in 2000 survey. (Lips greater than ½ inch.) |
| Detectable Warnings[1] | Truncated domes extend 36 inches minimum in the direction of travel and the full width of the curb ramp (excluding flared sides) |

[1] **Detectable Warnings:**

The ADAAG defines a detectable warning as "a standardized surface feature built in or applied to walking surfaces or other elements to warn visually impaired people of hazards on a circulation path." The most common design for detectable warnings is a strip of yellow truncated domes. Detectable warnings act to alert visually impaired pedestrians to potential hazards -- such as traffic – just as stop signs and curbs would to sighted individuals. City policy calls for installation of detectable warnings on all new curb ramps and within any project area involving alterations to the public right-of way.

| | |
|---|---|
| Curb Ramp contrast with Sidewalk | Curb ramp finish contrasts with the adjacent sidewalk. |
| Curb Ramp Surface Condition | Acceptable surface condition. |
| Flared Side Slope | Sides sloped over 1:10 (10%). |
| Curb Ramp Orientation | Curb ramp aligned parallel with the crosswalk served. |

## Scope of Work - Curb Ramp Findings

The City has a total of approximately 7,200 intersections (as of October 9, 2007). Of these, many are not four way intersections, and some do not allow pedestrian crossings at all potential locations. This is primarily due to pedestrian safety considerations at high speed or high volume roadways.

DPW policy is to build one curb ramp at each end of each crosswalk. However, due to the aforementioned traffic considerations and to topographical or other physical and legal constraints, two curb ramps are not always feasible at each street corner (curb return). As a result, the citywide average is 1.82 potential curb ramp locations per curb return.

Based on the existing data from surveyed intersections, the City has constructed curb ramps in close to half of the pedestrian crossing locations. However, many of the oldest curb ramps have sufficient numbers of deficiencies (according to the criteria above) that they are a priority for reconstruction. (For example, all curb ramps with a slope greater than 10% are considered priorities for reconstruction, regardless of whether all other features are code compliant.)

As a conservative estimate, the City currently has more than 10,800 curb ramps that are considered safe and useable. (This is based on surveyed locations that have met most of the Evaluation Factors in the survey.) However, there are over 8,700 curb ramps that are candidates reconstruction.

The biggest unknown in this arena are the more than 17,000 potential curb ramps sites that have yet to be surveyed. For purposes of cost and timeline estimates, the City has assumed that most of these locations lack useable new curb ramps. This is an extremely conservative approach. As the locations are surveyed, the actual number of pedestrian crossing sites lacking useable curb ramps is likely to be significantly less.

The following table summarizes the current information from the curb ramp database:

| Category | No. of curb ramps |
|---|---|
| All potential sites for curb ramps in the City | 46,498 |
| Estimated number of useable curb ramps to serve pedestrian crossings | 43,127 |
| Locations with no pedestrian crossing, or curb ramp infeasible | 3,470 |
| Curb ramps constructed in city – known from surveys | 19,579 |
| Existing curb ramps that are safe and useable according to survey criteria | 10,865 |
| Existing curb ramps that are a priority for reconstruction | 8,714 |
| Surveyed pedestrian crossings lacking curb ramps | 6,247 |
| **Total known curb ramp sites for construction or reconstruction** | **14,961** |
| | |
| Unsurveyed locations - | 17,202 |
| Estimated number of unsurveyed locations that will **not** need a curb ramp | 1,268 |
| Possible number of unsurveyed locations that will need a curb ramp | 15,919 |

***Database Note:*** *The curb ramp database is quite large and could not feasibly be included in the text of this ADA Curb Ramp and Sidewalk Transition Plan. The databases may be made available for public inspection by advance request through the office of the DPW ADA / Disability Access Coordinator, 30 Van Ness Avenue, San Francisco, CA 94102. Telephone: (415) 557-4685, TTY: (415) 558-4088, Fax: (415) 558-4519. A two week advance notice is requested.*

## *Sidewalks*

In the year 2005 the DPW undertook a program to survey and collect data regarding the condition and status of sidewalks. The method chosen to do this was to sample a statistically significant number of sidewalks by street segments, distributed randomly city wide.

The goal of this program was to perform a citywide sidewalk conditions survey to assess and record representative locations in need of repairs or other maintenance in order for the sidewalks to be accessible to persons with disabilities. DPW then placed the collected data into a database. DPW has used this data to develop an overall estimate of the scope of the issue as well as develop broad cost forecasts. DPW has established a Sidewalk Assessment and Repair Program, an ongoing facility

maintenance & management process whereby the city's sidewalks are systematically evaluated, work areas are prioritized, and needed work is forecast.

### Identified Barriers - Sidewalk Evaluation Factors

The Sidewalk Survey Team surveyed 450 blocks for damage that might restrict the pedestrian access for disabled citizens. In conducting its survey of City sidewalks, the Department of Public Works used specific criteria to evaluate the frequency (and cost) of barriers to access. The City noted all sidewalk deficiencies that would interfere with the public right of way. Surveyors used the following criteria to document barriers:

- Cracking of sidewalk surface (including sidewalk flags, curb, and utility covers) deeper and/or wider than 0.5"
- Less than 4' of accessible pedestrian pathway
- Less than 4' of clearance for entrance to public bus shelters
- Greater than 0.5" vertical or horizontal displacement/upheaval of sidewalk surface (including sidewalk flags, curb, and utility covers)
- Missing tree grates
- Missing utility covers
- Greater than 2.5% horizontal or vertical slope across the path of travel
- Less than 8' of vertical clearance

The sidewalk survey team surveyed 450 blocks chosen at random from the 13,792 DPW accepted blocks in San Francisco. These 450 blocks were evenly distributed amongst the City's 11 districts, and excluded paper streets, parks, private parking, unpaved right of ways, and streets at Hunter's point, Treasure Island, and Yerba Buena. The data collected from this randomly selected sample set was then used to extrapolate a cost estimate for the entire city.

### Scope of Work – Sidewalk Findings

The survey team found many instances of potential barriers to people with disabilities in the public right of way. By far the most common barrier that the surveyors encountered was the general category of sidewalk damage. In terms of reported incidents of barriers, the generic "sidewalk damage" accounted for 52% of incidents. Sidewalk upheaval, or uneven sidewalk was a less frequent, though still significant finding, comprising 15% of the items cited. Trees posed a significant issue as well, with a missing tree grate or empty tree pit accounting for 20% of the incidences cited.

(The survey does not reveal whether some trees that did not have grates nonetheless had other detectable barriers that would warn pedestrians without creating a barrier to the path of travel.)

The survey findings are summarized below:

| Sidewalk Deficiency Survey Findings | # incidents | | % incidents |
|---|---|---|---|
| | | | |
| sidewalk damage / depression | 3724 | | 52% |
| missing tree grate | 1324 | | 19% |
| sidewalk upheaval/uneven sidewalk | 1064 | | 15% |
| curb damage | 566 | | 8% |
| missing or damaged utility cover | 255 | | 4% |
| excessive x-slope | 56 | | 1% |
| empty tree pit | 91 | | 1% |
| excessive y-slope | 22 | | 0% |

**Method of Cost Estimation:**

Sidewalk damage, uneven sidewalks, excessive x-slope, excessive y-slope, and sidewalk upheaval were quantified by the number of flags damaged or affected. Curb damage was quantified by the number of curb segments affected. Deficiencies such as damaged or missing utility covers were classified by utility cover size and utility agency. Lastly, vertical and horizontal clearance issues were physically measured.

The citywide cost estimate was developed based on several factors. Each deficiency was assigned the following dollar amount:

| Item | Cost |
|---|---|
| Replace 1 flag of sidewalk | $100/flg |
| Replace 1 segment of curb | $12/linear ft. |
| Replace 1 sewage vent cover | $40/ea |
| Replace/Install 1 tree grate | $2,500/ea |
| Damaged utility cover (small) | $100/ea |
| Damaged utility cover (medium) | $200/ea |
| Damaged utility cover (large) | $300/ea |
| Empty tree pit (assume 1 flag) | $100/ea |

Based on the above line item estimations a cost estimate of $6,255,992.00 was assessed for the 450 sample set (see ADA Deficiency Survey for details). [2] The team was then able to extrapolate a total cost estimate for the City of San Francisco. This estimate was then categorized into 4 major liabilities groups, based on the number of properties surveyed belonging to various government entities and private parties, ie. city government, state government, federal government and private owners.[3] Given the small proportion of City sidewalks adjacent to City property, the direect cost to the City is relatively low.[4]

Given the division between government owned properties and privately owned properties, the vast majority of the work and costs will be born by private property owners.

---

[2] The city-wide estimate was developed based on dollars/center line foot of streets. In other words, the total cost for the 450 streets was divided amongst the centerline foot measurement of the 450 street sample set.

$$\frac{\$6{,}255{,}992.00}{\sum_{n=1}^{450} l_n} = \frac{6{,}255{,}992.00}{164455.386463} = \$38.0407\ /\ centerline\ ft$$

The $38.0407/centerline ft was then multiplied by the centerline length of all DPW accepted streets.

$$\$38.0407 \sum_{n=1}^{13{,}792} l_n = \$2.50434e8 = \$250{,}434{,}000$$

The cost estimate was also calculated based on the ratio between the center line length of the 450 sample set of streets to the center line length of all active streets with roughly the same result. It should be noted however, that 74 of the 450 randomly selected streets required one-sided surveillance (See One-Sided Streets attachment). Meaning that either by a function of CNN number assignment or due to the fact that the one side of the street had no pedestrian pathway, the team only surveyed one side of the street. In addition, it should also be noted that for the purposes of cost estimation, the team assumed a uniform size of sidewalk flags and curb segments. The effect of these assumptions on the overall cost estimation is likely immaterial. However, if a more accurate cost estimate were calculated, it should take these facts into consideration.

[3] In accordance with the memorandum title "General Field Policies and Procedures: Inspection of Private Sidewalks" section 7.601, the City of San Francisco assigns responsibility for sidewalk maintenance to the fronting property owner(s). The property owner is not responsible for the repair of the sidewalk fronting his or her property in the following instances:

- When the damage is caused by City maintained trees
- When the damage is in the corner return
- When the damage is related to a utility facility

4 Depending on the cost factor attributed to tree grates, the cost estimate for CCSF ranges between $10 - $20 million city-wide.

CCSF - Department of Public Works
ADA Transition Plan for Curb Ramps and Sidewalk
January 9, 2008

***Database Note:*** *The sidewalk database is quite large and could not feasibly be included in the text of this ADA Curb Ramp and Sidewalk Transition Plan. The databases may be made available for public inspection by advance request through the office of the DPW ADA / Disability Access Coordinator, 30 Van Ness Avenue, San Francisco, CA 94102. Telephone: (415) 557-4685, TTY: (415) 558-4088, Fax: (415) 558-4519. A two week advance notice is requested.*

Page 13 of 27

EXHIBIT A35-000021

# III. Methods to Remove Obstacles- Policies & Priorities

The City and County of San Francisco employs a range of approaches in removing obstacles on sidewalks and at street corners, including:

- proactively identifying and eliminating the barrier,
- responding to public complaints,
- ensuring the correct design and build-out in new construction.

This section of the ADA Transition Plan will review City policies for barrier removal focusing on the approaches used by the Department of Public Works.

## *Curb Ramps*

The City constructs the majority of its curb ramps through two projects, 1) the ADA Transition Plan for Curb Ramps program, and 2) the Street Resurfacing Program. Additional sources of curb ramp construction are primarily in connection with Traffic Signal upgrades and private construction that touches a street corner.

### Barrier Removal - ADA Transition Plan Priorities

The ADA Transition Plan priorities closely follow the guidelines in the regulations. The matrix on the following page shows the priorities. The highest priorities are those in the boxes shaded green. Curb ramps that have a poor condition score, and corners with no curb ramps are the highest priority. Within those two rows on the matrix, the locations that are the highest priority are those that have been identified by people with disabilities as being necessary for their path of travel (Public Requests or Complaints), and curb ramps serving key amenities (civic centers, transportation, and public accommodations) are the next priorities.

Once locations with curb ramps that have poor scores, or no curb ramps at all have been addressed, the City will address locations that are the subject of Public Requests or complaints that have only one ramp, but two directional ramps could feasibly fit. After that, ramps where construction poses extreme difficulty, either because of physical constraints, or legal complications. (Locations with privately owned sub-sidewalk basements have posed such a legal complication.)

***Lowest priority*** – The last and lowest priority for replacement are those ramps built to code at the time they were built, and that remain safe and usable, even if not up to current design standards. Normally, DPW will upgrade those curb ramps only when that area undergoes an alteration or remodeling. CCSF includes these curb ramps in its Transition Plan, notwithstanding that there is no legal obligation to do so. DPW Order No. 169,270 - Curb Ramp Installations Priority.

The ADA Transition Plan Priorities for Curb Ramps are summarized in the matrix below. Those areas shaded in green are the areas of highest priority.

**DPW Curb Ramp Priority Matrix for Barrier-Removal Projects.**

| | | ADA 35.151(d)(2) Geospatial Proximity Priorities | | | | |
|---|---|---|---|---|---|---|
| | | A | B | C | D | E |
| **SFDPW Order 169,270 Curb Ramp Installation Priorities (Condition)** | **Priority Description** | **Locations of Citizen Complaints / Requests (ADA Title II Program Access)** | **Locations Serving Govern-ment Offices & Public Facilities** | **Locations Serving Transport-ation** | **Locations Serving Places of Public Accom-modation, Employers** | **Locations Serving Other Areas** |
| **1** | **Non-conforming Curb Ramp or Landing / Poor condition score** | A1 | B1 | C1 | D1 | E1 |
| **2** | **No Curb Ramp Yet Constructed** | A2 | B2 | C2 | D2 | **E2** |
| **3** | **Single or Non-Directional Curb Ramp, Two Can Fit** | A3 | B3 | C3 | **D3** | E3 |
| **4** | **Extremely Difficult Physical or Legal Constraints** | A4 | B4 | C4 | **D4** | E4 |
| **5** | **Curb Ramp Does Not Meet Current Standards, Good condition score** | A5 | B5 | C5 | **D5** | E5 |

EXHIBIT A35-000023

## Public Complaint Process

The public complaint process is an integral part of the Transition Plan for curb ramps. Public complaints or requests drive the majority of the construction and renovation in the City's annual curb ramp plan. With the addition of the new 311 Center, any member of the public can call 311 and register a complaint or request regarding curb ramps. Within DPW, the ADA Coordinator is the central point to take and evaluate requests.

Curb Ramps - Complaint Process: The DPW Office of the ADA / Disability Access Coordinator (DAC) acts as the central clearinghouse for curb ramp complaints and requests. Citizens with disabilities requiring curb ramps are encouraged to contact the office directly via 311. Complaints and requests received by other departments or the various DPW Bureaus are routed to the DAC office. This central complaint procedure ensures that the specific needs of each individual are accurately understood and recorded. The issue and specific locations are then entered into a log and the matter referred to the appropriate City agency for inspection and possible action. The referred agency then replies with its findings to the DAC's office, which then issues and keeps record of a formal response to the complainant / requestor.

## New Construction

Not all curb ramps are constructed in the City via the Transition Plan. New Construction and Street Resurfacing also provide significant numbers of new curb ramps. DPW has several policies to ensure that new construction follows clear standards to maximize the accessibility of the City's public right of way.

Curb Ramp Standards: DPW has developed a series of curb ramp standards and alternates, organized in a decreasing order of preference and accessibility. It is the intent of these standards to achieve the highest level of compliance with the standards for new construction that are technically feasible in any given location. In the vast majority of locations, this will include curb ramps with a 1:12 slope. However, a specific provision in ADAAG allows curb ramps to slope up to 10% if existing space limitations prohibit the use of 1:12 slopes. Accordingly this principal is reflected in the DPW Curb Ramp Priority Matrix as well.

Curb Ramp Program to provide fully accessible routes within an area: It is DPW practice to aggregate various curb ramp locations in an area in order to create as much economy of scale as possible when constructing new or upgrading existing curb ramps. Additionally, when a curb ramp is constructed at one end of a crosswalk, DPW also constructs a curb ramp at the other end. Accordingly, the crosswalk is viewed as the basic element for planning and the entire intersection may be evaluated for upgrade work to take advantage of mobilized design and construction resources.

By focusing the work in this way, the interconnectivity of elements along a given path of travel is assured. Additionally, the funds and personnel allocated to the work are used in the most efficient manner possible by this type of project streamlining. Bids to do the work will likely be lower than otherwise possible due to the ability of the builders to better control the work in more focused areas with respect to project planning and traffic control.

Curb Ramps; Better Streets Plan – Policies and design standards that maximize accessibility and universal design components into future improvements in the public right-of-way: - Please see item in Sidewalks Section; Better Streets Plan below for an overview of this program.

Maintenance of Accessible Features:

Curb Ramps; Temporary Barriers – Policy of barricades and alternate circulation routes for construction or maintenance work: In order to maintain an accessible path of travel while curb ramps are being constructed, the Department of Public Works has developed standards applicable to all such construction within the City. The following policies ensure the maintenance of accessible features and alternative accessible routes during construction:

- DPW Order No. 162,882 – Placement of Scaffolding;
- DPW Order No. 167,840 – Placement of Barricades;

## Defenses

Technically infeasible – Under some conditions, the City will be limited in its ability, or completely unable, to provide curb ramps because of the existing physical or site restraints. For example, clear space at the top of the ramp is obstructed by a building, or the slope of a hill is so extreme as to prevent a reasonable slope for a ramp in both directions. Under these circumstances, the City may invoke the defense that a curb ramp is technically infeasible or structurally impractical.

Program Access – Given a program as broad and comprehensive as a curb ramp program, the City will follow the concept of Program Access under Title II of the ADA. As described in Title 28 of the Code of Federal Regulations, Section 35.150(a) (also referred to as the ADA Rules), Program Access does not necessarily require a public entity to make each of its existing facilities accessible to and usable by individuals with disabilities, as long as the program as a whole is accessible. Under this concept, the City may choose not to install curb ramps at some locations (or to install them as a lower priority later), as long as a reasonable path of travel is available even without those curb ramps.

## *Sidewalks*

CCSF has implemented a three-pronged approach to improve the accessibility of its sidewalks:

- proactive barrier identification and removal,
- response to public complaints, and
- new construction standards.

### Barrier Removal - Sidewalk Inspection and Repair Program (SIRP)

Until 2005, DPW addressed sidewalk barriers primarily through responses to public complaints and through a modest inspection unit. After the 2005 sidewalk barrier sampling, the City instituted a Sidewalk Inspection and Repair Program (SIRP) to expand its capacity to address barriers in the public right of way more proactively.

The Sidewalk Inspection and Repair Program (SIRP) was instituted in 2007. This program inspects all sidewalks on a 25 year cycle. The inspection schedule is prioritized by pedestrian usage. The SIRP program informs all responsible parties (both public and private property owners) of sidewalk damage and the Department then coordinates repairs in a short time frame to increase efficiency and improve pedestrian safety.

Priorities for Inspection and Repair: When developing an operational model for the Program, DPW staff researched sidewalk use levels in order to prioritize how sidewalks would be prioritized for repair. Because comprehensive pedestrian use data was not available, staff used several indirect community elements in order to estimate levels of pedestrian usage. The community elements include:

- Commercial Zoned Districts as defined by the Planning Department
- MUNI Routes
- Sidewalks within 500 feet of a School, Public Facility, Hospital, or Senior Center
- Population Density as defined in the 2000 Census

The SIRP program prioritizes areas in accordance with the locations in Title II of the ADA: "priority to walkways serving entities covered by the Act, including State and local government offices and facilities, transportation, public accommodations and employers, followed by walkways serving other areas." Those sidewalks identified with the greatest number of community elements are inspected and repaired first. This Table provides a numerical breakdown of the number of sidewalks in each of the described categories.

| Priority | Commercial districts | muni | Near a School, Hospital, Senior Ctr Public Fac. | Pop. High | Pop. Mid | Pop. Low | Count |
|---|---|---|---|---|---|---|---|
| 1 | x | x | x | x | | | 55 |
| 2 | x | x | x | | x | | 231 |
| 3 | x | x | x | | | x | 649 |
| 4 | x | x | | x | | | 0 |
| 5 | x | x | | | x | | 3 |
| 6 | x | x | | | | x | 31 |
| 7 | x | | x | x | | | 9 |
| 8 | x | | x | | x | | 71 |
| 9 | x | | x | | | x | 395 |
| 10 | x | | | x | | | 0 |
| 11 | x | | | | x | | 0 |
| 12 | x | | | | | x | 12 |
| 13 | | x | x | x | | | 34 |
| 14 | | x | x | | x | | 198 |
| 15 | | x | x | | | x | 1097 |
| 16 | | x | | x | | | 0 |
| 17 | | x | | | x | | 34 |
| 18 | | x | | | | x | 408 |
| 19 | | | x | x | | | 4 |
| 20 | | | x | | x | | 31 |
| 21 | | | x | | | x | 870 |
| 22 | | | | x | | | 0 |
| 23 | | | | | x | | 10 |
| 24 | | | | | | x | 453 |
| Other | | | | | | | 726 |
| Total | | | | | | | 5321 |

Those areas that are not in commercial districts, near a Muni line, or near a public facility are primarily residential (and designated in lines 22, 23, and 24. The blocks in the "Other" category are primarily industrial.

The SIRP program addresses curb ramps that are damaged. If there is a curb ramp that is not damaged but does not meet all current codes, the program will not upgrade the curb ramp. The Program is designed to work on City blocks that have met the aforementioned criteria for high pedestrian usage. Therefore, adjacent blocks that do not rise to the same level of pedestrian usage are not inspected and repaired until all higher criteria blocks have been completed. Therefore, completing paths of travel for adjoining blocks will not be addressed without identifying other available resources.

In order to address this issue, staff must schedule work in advance and seek alternative funds to complete accessible routes on adjoining blocks. Staff will work to identify existing programs to maximize the improvement of accessible routes within the areas addressed by the SIRP.

**Sidewalks – Existing Conditions Priorities Matrix**

| | | Geospatial Proximity Priorities | | | | |
|---|---|---|---|---|---|---|
| | | A | B | C | D | E |
| | Priority Description | Locations of Citizen Complaints / Requests (ADA Title II Program Access) | Locations Serving Govern-ment Offices & Public Facilities | Locations Serving Transport-ation | Locations Serving Places of Public Accom-modation, Employers | Locations Serving Other Areas |
| 1 | Potholes or Large Cracks in Pavement | A1 | B1 | C1 | D1 | E1 |
| 2 | Greater than 2.5% cross-slope across the path of travel | A2 | B2 | C2 | D2 | E2 |

## Public Complaint Process

The DPW Office of the ADA / Disability Access Coordinator (DAC) acts as the central clearinghouse for sidewalk complaints and requests. Citizens with disabilities requiring accessible sidewalks are encouraged to contact the office directly or via 311. Complaints and requests received by other departments or the various DPW Bureaus are to be routed to the DAC office. This is in order that the specific needs of each individual may be accurately understood and recorded. The issue and specific locations are then entered into a log and the matter referred to the appropriate City agency for inspection and possible action. The referred agency is then to reply with its

findings to the DAC's office, which will then issue and keep record of a formal response to the complainant / requestor.

Once a complaint is received, DPW sends an inspector to the site. If an inspection finds that a sidewalk needs repair, the Inspector issues a Notice to Repair (NTR) to the property owner, allowing the owner time to repair the defect independently. If the owner does not provide the repair, DPW will repair the sidewalk and bill the owner. For sidewalk repairs that are not the responsibility of private property owners (e.g. a public entity, or a business such as Pacific Gas & Electric), DPW follows a similar process, but the notice that is issued is called an "X-1104."

In an average 12 month period, a combined total of 1646 Notices to Repair are sent to homeowners and 1025 "X-1104"s to other City Bureaus to address these defects. The numbers of NTRs and "X-1104"s increased in 2006 indicating the condition of City Sidewalks and a rise in citizen activism. Complaints are the priority action as reflected in the Complaint Response. 83% of all complaints are now investigated within 1 – 7 days. The remaining 17% are reviewed in no more than 30 days. The reduction of response time is due to Bureau prioritization and improved coordination between Inspection Services and the Administrative Staff. The introduction of a computerized logging system created a record of all complaints and facilitated routing to the District Inspector through an automatically assigned zip code number.

## New Construction

The DPW Permit Division reviews proposed work in the public right-of-way (PROW) and regulates intended work through a variety of permits. The use of the PROW for construction to special events is generally regulated through two types of permits Street Space and Temporary Occupancy. The latter primarily regulates non-construction activities. The permits are reviewed for appropriateness before issuance in order to ensure access is maintained and conflicts are avoided.

Construction in the PROW is regulated through Street Improvement, Encroachment, Street Use, and Excavation permits. These permits are reviewed for compliance with the City's Standard Specifications, the Public Works Code and State and Federal laws. Construction of the PROW must be conducted in accordance with the Standard Specifications and adhere to all applicable regulations. Encroachments onto the PROW from private property are reviewed for appropriateness and accessibility of the PROW.

<u>Street Improvement:</u>

BSM inspects all construction work in the Right of Way that is not performed by a DPW or private Utility Contractor. (Those inspections are conducted by the Utility Inspectors, another BSM group.) An important function of Street Improvement is to

insure that developments on private property comply to the Public Works Code and California T-24 Accessibility Requirements where the project interfaces with the Public R.O.W.

The Street Improvement Section consists of 3 (three) Inspectors and one (1) Senior Inspector. Site inspections may be demanding. Other services provided by Street Improvement is the preconstruction site meeting, review of all construction trailers and debris boxes placed in the street related to private construction.

Better Streets Plan – Policies and design standards that maximize accessibility and universal design components into future improvements in the public right-of-way:

The Better Streets Plan will create a unified set of standards, guidelines, and implementation strategies to govern how the City designs, builds, and maintains public streets and rights-of-way.

The Better Streets Plan process brings together staff of multiple City agencies, including DPW, to comprehensively plan for streets. The Plan will seek to balance the needs of all street users, with a particular focus on the pedestrian environment and how streets can be used as public space. The Plan will reflect the understanding that the pedestrian environment is about much more than just transportation – that streets serve a multitude of social, recreational and ecological needs that must be considered when deciding on the most appropriate design.

The Better Streets Plan will consist of two primary elements: the Streetscape Master Plan (SMP), and the Pedestrian Transportation Master Plan (PMP). These two elements will consist of independent technical content; however, they will conduct joint outreach, and be combined into a single final plan.

It is envisioned that the Better Streets Plan will result in improved mobility for all San Franciscans. Among the elements and physical qualities that are stated goals and objectives are:

- Develop an inclusive process and public outreach for planning, design and construction of infrastructure projects.
- Design streets to ensure safe crossings for seniors, children, and persons with disabilities.
- Streets will be designed to facilitate safe, accessible, and convenient connections among major nodes, hubs, destinations, transit centers, and major land use and activity centers.
- Commercial streets will be designed for ease of use and access to destinations for all populations, particularly those with visual or mobility impairments.
- Create a citywide pedestrian network that will help to connect activity centers, and identify and remedy gaps in pedestrian accessibility to destinations.

More detailed information regarding the Better Streets Plan is available at:
http://www.sfgov.org/site/uploadedfiles/planning/Citywide/Better_Streets/index.htm

Maintenance of Accessible Features:

The ADA requires the maintenance of accessible features as well as program accessibility in general. The California Building Code requires temporary measures and construction to be accessible. Accordingly, these principles are reflected in DPW Order No. 162,882 – Placement of Scaffolding, DPW Order No. 167,840 – Placement of Barricades, DPW Order No. 162,240 – Tables and Chairs in Public Sidewalks.

The Bureau of Street-Use and Mapping issues "Display Merchandise and Tables & Chairs" Permit in keeping with the San Francisco Public Works Code. Inspections are the purview of Commercial District Unit. All commercial permits are subject to annual renewal and inspection.

## Defenses

In addition to the standard defenses outlined under Curb Ramps above, technical infeasibility and program access, CCSF recognizes the following specific exception for sidewalks.

Sidewalks; Standards to accept existing conditions:

The California Building Code, unlike the ADAAG, contains a specific exception for sidewalk cross-slope due to existing conditions that pose an unreasonable hardship. This may be due to right-of-way restrictions, natural barriers, or other existing conditions. This exception allows for cross-slopes of up to ½ inch per foot (4.17%) for distances typically not to exceed 20 feet. The state code also allows the sidewalk width to be reduced to as little as 36 inches (the same as the ADAAG minimum) if existing conditions create an unreasonable hardship. DPW allows the sidewalk and level landing cross-slope up to 4.17 % accordingly where existing conditions make it necessary to do so.

There are many locations where existing conditions do not allow full compliance with the minimum standards or the provided exceptions. In such cases the DPW Bureau of Street Use and Mapping may issue a minor or major encroachment permit for non-standard work in the sidewalks in order to achieve accessibility. For example, projecting entry ramps at building entrances into the sidewalk is sometimes necessary. In such cases DPW works in conjunction with the Department of Building Inspection to allow such practices in accordance with related SF DBI Administrative Bulletins.

# IV. Schedule for Implementation

## *Curb Ramps; 10 Year Capital Plan Schedule*

The City's 10 Year Capital Plan has incorporated funding for curb ramp construction in each year. The Curb Ramp Transition Plan receives funds through Prop K Sales Tax, through the federal TDA program, and primarily through the General Fund via the Mayor's Office on Disability.

In addition, the Capital Plan has budgeted for an increase in street resurfacing, which also provides new curb ramps along the routes that are resurfaced. Additional curb ramps are provided as well through Parking and Traffic's Signal Projects, and a few major construction projects that are both publicly or privately funded.

The chart below illustrates the estimated numbers of curb ramps to be constructed via each source of funding over a ten year period.

| Curb Ramp Funding Source / Implemented By | FY 2006-2007 | FY 2007-2008 | FY 2008-2009 | FY 2009-2010 | FY 2010-2011 | FY 2011-2012 | FY 2012-2013 | FY 2013-2014 | FY 2014-2015 | FY 2015-2016 | Totals |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Prop. K (1/2% Sales Tax)+TDA Projects / DPW | 75 | 80 | 85 | 90 | 95 | 100 | 105 | 110 | 115 | 120 | 975 |
| Roadway Paving / Resurfacing Projects / DPW | 350 | 350 | 367 | 386 | 405 | 425 | 494 | 494 | 494 | 494 | 4,258 |
| Mayor's Office on Disability / DPW | 173 | 470 | 558 | 623 | 619 | 660 | 820 | 820 | 820 | 820 | 6,383 |
| Traffic Signal Projects / DPW & Other | 90 | 90 | 90 | 90 | 90 | 90 | 90 | 90 | 90 | 90 | 900 |
| Private Parties / Private contractors | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 1,000 |
| Totals | 788 | 1090 | 1201 | 1288 | 1309 | 1376 | 1609 | 1614 | 1619 | 1624 | 13,516 |

### *Sidewalks; 25 Year SIRP Plan Schedule*

The 25-year Sidewalk Assessment and Repair Plan, beginning in FY 2006-7, funds and builds sidewalk improvements and repairs so that sidewalks will not be a barrier in any portion of the City. As a new program, the plan may be subject to re-assessment.

Cost to the City for the work over the 25 year program is estimated to be on the order of $20 million, or less than $1 million per year.

## V. Responsible Individual

The official responsible for implementation of the City's ADA Transition Plan for Curb Ramps and Sidewalks is:

Ed Reiskin
Director of Public Works
1 Dr. Carlton B. Goodlett Place
City Hall, Room 348
San Francisco, CA 94102

Telephone: (415) 554-6920.
Fax: (415) 554-6944
TTY: (415) 558-4088

Web site: www. sfdpw.org

## VI. Public Input

The City has in preceding Transition Plans and will continue with this plan to make available to applicants, residents, and other interested parties information regarding this Transition Plan.

The City will provide opportunities for individuals to comment on this Transition Plan by submitting comments and making specific recommendations. Public hearings of the Mayor's Disability Council are one of the primary forums for public input on the plan. More information on the Mayor's Disability Council is available at: http://www.sfgov.org/site/sfmdc_index.asp

A copy of the Draft Transition Plan will be made available for public review during the formal citizen review period.

After formal adoption of this plan the City will maintain on file for at least 3 years the names of persons consulted with respect to this draft plan, opinion surveys and other comments submitted, and a description of plan modifications subsequently made.

The Better Streets Plan began public outreach in the summer of 2007, which includes information on the ADA Transition Plan. The outreach has been structured in three rounds in order to focus public involvement around specific topics at each stage of the planning process:

- Round 1: What are Streets (including sidewalks) for?
- Round 2: What are Priority Improvements?
- Round 3: How do we Implement the Plan?

All three rounds involve outreach designed to bring a diverse group of San Franciscans together and to reach out to those with specific needs. Outreach to underserved populations and those difficult to reach is a main focus of the outreach component. Outreach tailored specifically to gain input from persons with disabilities in included in this process. More information on the Better Streets Plan is available at: http://www.sfgov.org/site/uploadedfiles/planning/Citywide/Better_Streets/index.htm

# Goals and Objectives

The City and county of San Francisco's Uniform Physical Access Strategy (UPhAS) for the ADA Transition Plan has a distinct set of goals and objectives. For 2009 these are updated to reflect the accomplishments and findings that have been gained since initiation of the plan.

**The UPhAS ADA Transition Plan Goals:**

- To provide the maximum accessibility to the public and the City's employees within each building and facility.
- To conduct yearly reassessments of the priorities for selecting and requesting funding for UPhAS projects with input and review by the Mayor's Disability Council and the general public.
- To coordinate UPhAS projects with the activities and proposed work of the 10 Year Capital Plan.
- To leverage UPhAS projects with new construction, additions, and alterations or relocations to newly leased facilities where the level of accessibility is higher than what can be achieved through architectural barrier removal.
- To extend the focus and application of the UPhAS accessibility projects to include public areas under employee control wherever feasible, employee areas.
- To prioritize physical access solutions, and limit use of a program access approach.
- To prioritize physical access solutions that offer services, programs, and activities to individuals with disabilities in the most integrated setting possible.
- To coordinate the quantity of projects with the Department of Public Works and its Bureau of Architecture, to ensure a reasonable balance of available, technical staff to perform the design, production and construction management activities needed to complete the projects.

**The UPhAS ADA Transition Plan Objectives:**

- To complete funding of UPhAS accessibility projects in Department of Public Health clinics by the 2010-2011 Capital Funding period.
- To complete funding UPhAS accessibility projects for San Francisco General Hospital public areas by the 2012-2013 Capital Funding period. The remainder of accessibility activities for employee areas, leased areas and new construction, will be coordinated and leveraged to new hospital structure and the migration of functions to existing hospital or other areas on campus.

- To complete funding UPhAS accessibility projects for the Human Services Agency 2009-2010 Capital Funding period.
- To complete funding of UPhAS accessibility projects for the four neighborhood cultural centers by the 2011-2012 Capital Funding Period.
- To complete funding for UPhAS accessibility projects for the War Memorial Complex, the Farmer's Market and other Fine Arts facilities as listed in the plan by the 2011-2012 Capital Funding period.
- To complete funding of other UPhAS accessibility projects by the 2013-2014 Capital Funding period, or leverage the work to new construction, alterations or leased facilities where possible.
- To develop a Program Access analysis of the Recreations and Parks Department to determine the status of program accessibility in light of the new construction and alteration projects developed under the RDP 2000 and 2008 bond programs and other general fund and non-general fund project funding.

**Goals that have been completed as of 2009**

The UPhAS Project List lists the specific projects that are completed or are planned for completion. The primary goals and objectives that have been completed as of 2009 are:

- Approval of the ADA Transition Plan by the Board of Supervisors.
- Approval of the ADA Transition Plan for Curb Ramps and Sidewalks.
- Integration of the UPhAS ADA Transition Plan into the City's 10 year Capital Plan.
- Completion of barrier removal at all primary city clinics except for City STD clinic. This project was differed under the current budget crisis.
- Approval of the Recreation and Parks Department and Port of San Francisco's Clean and Safe Bond program. This funding advances barrier removal at key Recreation and Parks Department facilities, open space, trails, the Bay Trail and free standing toilet rooms.
- Completion of 70% of the Recreation and Parks Department's bond and related funded projects (encumbrance of $580 m. funds).
- Completion of barrier removal work at the Hall of Justice. Responsibility for court facility accessibility has been transferred to the State, and it is conducting final barrier removal activities in this facility.
- Completion of 75% of the Branch Library Improvement Bond projects (encumbrance of $123.5 m. funds).

- Passage of the San Francisco General Hospital Re-build $887.4 m bond. The project is currently in construction documentation.
- Completion of the ADA Transition Plan Master Plan for San Francisco General and initiation of Phase 2 and 3 works. The SFGH signage project to add or replace 5000 way finding, accessibility and code signs is currently under construction.
- Completion of barrier removal construction at the African American Culture and Arts Center and phase 1 work at the SOMArts Culture Center. Initiation of design for barrier removals at the Bay View Opera House.
- Completion of multiple small projects for Human Services Facilities. Many other sites were improved through lease arrangements and facility relocations.
- Procurement and installation of 72 evacuations chairs in most City buildings over three stories in height.
- Completion of barrier removal projects at the San Francisco Zoo.
- All City offices that provide services to the general public are accessible and usable.

# UPhAS ADA Transition Plan Project Lists by Departments or Agencies

ADA title II does not require a public entity make each of its existing facilities physically accessible, to meet its obligations to provide program accessibility. In contrast, the City's Physical Access Strategy (UPhAS) ADA Transition Plan for Buildings and Facilities seeks to provide a uniform level of physical accessibility in both public service and employee areas. All new construction, alteration and barrier removal projects, facility replacements, relocations and lease improvements are considered as the foundation of the Plan. In addition a significant number of facilities were made accessible prior to the enactment of the ADA and prior to the enactment of this Plan.

As a measure of performance, Mayor's Office on Disability (MOD) tracts all new construction, alteration and ADA barrier removal projects and compares these against a 1999-2000 inventory, survey and accessibility assessment of city buildings and facilities. The survey and assessment was organized in the list of categories as follows. The survey system was organized by supervisory district or real estate property number. For continuity, we continue to tract performance based on the system established in 1999-2000.
The following is the report as of September 2009.

Administrative Services
Assemblies and Cultural Centers
SF Public Library
Department of Public Health
Human Services Agency
Recreation and Parks Department
SF Police and Sheriff's Departments
SF Adult and Juvenile Probation
SF Fire Department
SF International Airport
Municipal Transportation Agency (MTA MUNI)
Port of San Francisco
Department of Public Works
Public Utilities Commission
Department of Parking and Traffic

MOD conducts specific barrier removal projects in those facilities not otherwise addressed through bond or other capital improvement program.

**Barrier Removal Projects funded by Mayor's Office on Disability** ***New!***

For more detailed information on the City and County of San Francisco UPhAS ADA Transition Projects contact the John Paul Scott, AIA at johnpaul.scott@sfgov.org , at the Mayor's Office on Disability MOD@sfgov.org , telephone 415-554-6789, or TTY 415-554-6799.

For questions about the Curb Ramp and Sidewalk ADA Transition Plans contact the City and County of San Francisco Department of Public Works, ADA Coordinator Kevin Jensen, AIA, at Kevin.W.Jensen@sfdpw.org , telephone 415-557-4685, fax 415-558-4519, or TTY 415-558-4088.

Certain agencies, districts, and independent authorities have their own ADA Transition Plans and Self Evaluations. Refer to their web sites for information on their capital improvement and ADA compliance measures.

City and County of San Francisco : UPhAS ADA Transition Plan Project Lists by Depart... Page 2 of 2

**Other State and Local Governmental Entities**

http://www.sfgov2.org/index.aspx?page=467 6/25/2010

EXHIBIT A35-000039

# Barrier Removal Projects funded by Mayor's Office on Disability (MOD)

Where possible the City and County of San Francisco leverages accessibility improvements to new construction project, additions, alterations and lease relocations or renewals. These programs are fully funded, new construction or alteration programs. New construction and alterations provide the highest level of access and uniform accessibility.

Where it has been determined that architectural barriers may adversely affect program access, when viewed in its entirety, the UPhAS ADA Transition Plan funds accessibility enhancements at this particular site. This project funding is derived from the City's General Fund and through the City's Capital Planning Program. Wherever possible, MOD and the facility sponsor seek to combine multiple funding sources for a project, so that some portion of ancillary construction costs (such as Haz-mat, MEP renewals and structural) are funded by that other sponsor.

These costs reflect the funded released through Mayor's Office on Disability. Prior to this program ADA Transition Plan projects and alteration were funded by various departments through their capital expenditures. Curb ramp construction was funded through department of Public Works programs. Sidewalks were and are the responsibility of the owner, but ADA requests and complaints are now administered through the Sidewalk Inspection and Repair Program (SIRP).

UPhAS construction projects are conducted as alterations under California Building Code 1134B,2,1, Exception 3.6 - 280 pages - (PDF) . The scope of work is limited to facility elements that are essential to providing access to the public programs offered in the facility. For example, the elements for a public health clinic may include:

1. Path to the primary entry door from the public right of way,
2. Entry door controls and operation, which may include an automatic door opener,
3. Access to the reception and waiting area, including an accessible reception desk,
4. Accessible toilet rooms drinking fountain, and if provide, a pay telephone with TTY,
5. Access to controlled access, clinical areas and an exam room in each clinical area,
6. Accessible toilet rooms in the controlled clinic area,
7. Accessible signage,
8. Addition of an elevator in multi-story buildings, where there is a potential to provide public services on upper stories.

Mayor's Office on Disability is in the process of updating the ADA Transition Plan projects in the City's 10 Year Capital Plan and the City's Capital Program for FY 2010-2011. This list does not include barrier removal projects that were conducted prior to the development of the UPhAS ADA Transition Plan.

June 2010 Reports

City and County of San Francisco : Barrier Removal Projects funded by Mayor's Office o... Page 2 of 2

MOD General Fund UPhAS Project Report 6.10.2010

MOD Requests to the 10 Year Capital Plan Committee FY 2010-11 CCSF UPhAS

Citywide UPhAS ADA Transition Plan Analysis for Facilities 5.11.2010

Recreation and Park Department UPhAS ADA Tp Access Score

http://www.sfgov2.org/index.aspx?page=494 6/28/2010

EXHIBIT A35-000041

**MOD General Fund UPhAS Project Report**
Mayor's Office on Disability
6/10/2010

| | Status of Construction to Provide Program Access | Year complete or planned | Funded or managed by: | MOD Funding [1] | MOD Planned Funding [2] | Other Department Funding | Total Project Funding | Corner Curb Ramps | Notes |
|---|---|---|---|---|---|---|---|---|---|
| **SAN FRANCISCO GENERAL HOSPITAL** | | | | | | | | | |
| **SFGH Part A - SFGH Toilets** | | | | | | | | | |
| BLDG 90 Substance Abuse Clinic | Complete | 2007 | MOD/DPH | $120,000 | - | $955,056 | $1,075,056 | | |
| BLDG 90 Entry Upgrades | Complete | 2007 | MOD/DPH | $375,000 | - | | $375,000 | | |
| 22nd Street Pedestrian Path Upgrades | Complete | 2007 | MOD/DPH | $75,000 | - | $25,310 | $100,310 | 2 DW | |
| BLDG 5 In- Out Lobby Public Toilets | Construction | 2010 | MOD/DPH | $767,000 | - | $75,000 | $842,000 | | |
| BLDG 5 Surgi Center Toilets | Complete | 2009 | MOD | $94,084 | - | - | $94,084 | | |
| BLDG 5 Ward 4B Traumatic Brain Injury Toilets | In Construction | 2010 | MOD/DPH | $165,352 | - | $287,494 | $452,846 | | |
| BLDG 5 Radiology 1F Toilet | In redesign for construction | 2010 | MOD | $350,000 | - | $89,522 | $439,522 | | |
| ADA Masterplan Facility Base Maps | Complete | 2007 | MOD | $34,000 | - | - | $34,000 | | |
| Accessible Exam Tables & Scales | Complete | 2008 | MOD | $75,000 | - | - | $75,000 | | |
| SFGH Curb Ramps | Design | 2010 | MOD | $165,000 | - | | $165,000 | 24 DW | |
| **SFGH Part B - Signage** | | | | | | | | | |
| SFGH BLDG 5 Accessibility Signage | Construction | 2010 | MOD | $1,385,722 | - | - | $1,320,726 | | |
| **SFGH Part C SFGH ADA Masterplan** | | | | | | | | | |
| SFGH BLDG 5 Public & Clinic Toilets Group 1 | In design and permit | 2011 | MOD | $3,005,293 | $1,097,715 | - | $4,103,008 | | 612881 |
| SFGH BLDG 5 Clinic & Patient Toilets Group 2 | In construcion documentation | 2012 | MOD | $430,783 | $3,421,140 | - | $3,851,923 | | 2392412 |
| SFGH BLDG 80/90 Passenger Loading Zone | In bid | 2010 | MOD | $490,830 | - | - | $490,830 | 2 DW | |
| **SFGH Part D Out Buildings** | | | | | | | | | #REF! |
| SFGH BLDG 5 Chapel | In construction | 2010 | MOD | $78,700 | - | - | $79,700 | | |
| SFGH BLDG 80/90 Elevators | Concept study | 2011-12 | MOD | $84,925 | $1,300,000 | - | $1,384,925 | | |
| SFGH 80/90 Ground Floor Clinic Upgrades | In design | 2010 | MOD | $105,000 | TBD [8] | - | TBD | | 3850923 |
| SFGH BLDG 9 Entry Ramp and Toilets | Planned and design/construction not funded | 2014 | MOD | $15,000 | TBD [6] | - | TBD | | $430,783 |
| SFGH BLDG 3 Entry Ramp and Toilets | Planned and design/construction not funded | 2014 | MOD | $15,000 | TBD [6] | - | TBD | | |
| SFGH BLDG 20/30 Toilets | Planned and design/construction not funded | 2014 | MOD | $15,000 | TBD [6] | - | TBD | | $3,420,140 |
| | | | | | | | | | #REF! |
| **SFGH Work Leveraged To and Funded by SFGH Rebuild Project** | | | | | | | | | |
| SFGH Accessible Parking Reconfiguration | Completed | 2009 | SFGH Rebuild | - | - | $938,000 | $938,000 | | #REF! |
| SFGH Egress Paths, BLG 1q, 2q, 30, 40 | Completed | 2010 | SFGH Rebuild | | | TBD | TBD | | |
| SFGH Primary Passenger Drop-off and Entry | In construction | 2010 | SFGH Rebuild | - | - | TBD | TBD | 6 DW | |
| SFGH Exterior Directories | funded , in concept study | 2015 | SFGH Rebuild | - | - | TBD | TBD | | |
| **PRIMARY PUBLIC NEATH DEPARTMENT CLINICS** | | | | | | | | | |
| AIDS Clinic | New Tenant Improvement Building out | | | | | | | | |
| Castro-Mission Health Center | Barrier Removal alterations completed | 2008 | MOD | $43,000 | | $1,573,033 | $1,618,033 | 2010 DW | elevator added, employee parking not upgraded |
| Chinatown Health Center | Barrier Removal alterations completed | 2010 | MOD | $833,365 | | - | $933,365 | 2010 DW | elevator added, employee parking not upgraded |
| Curry Senior Center | Alterations completed | 2005 | DPH/ MOCD | - | | $1,658,316 | $1,658,316 | existing +75 | elevator added |
| Family Health Center, SFGH | Partial barrier removal completed | - | MOD | - | TBD [7] | - | $0 | 2010 DW | ground floor has accessible toilets |
| General Medical Health Center SFGH | Planned, not funded (SFGH Phase 3) | - | MOD | - | TBD [7] | - | $0 | 2010 DW | ground floor has accessible toilets |
| Maxine Hall Elevator | Study comblete, not funded | 2008- 2014 | MOD | $15,000 | $700,000 | - | $715,000 | | planned 2014, no programs on second floor |
| Maxine Hall Health Center | Barrier Removal alterations completed | 2001-2002 | DPH/MOCD | | - | $1,733,248 | $1,733,246 | existing -75 | |
| Ocean Park Health Clinic | | 2009 | MOD | $1,263,365 | - | - | $1,263,365 | north +75 south -75 | elevator added, employee parking not upgraded |
| Potrero Health Clinic | Under construction | 2010 | MOD/DPH | $750,200 | - | $865,833 | $1,616,033 | +/- 75 | |
| Silver Avenue Family Health Center | Barrier Removal alterations combleted | 2008 | MOD | $490,500 | - | $1,548,808 | $2,039,308 | West +75, east none | elevator added, employee parking not upgraded |
| Southwest Health Clinic | Barrier Removal alterations completed | 2009 | MDD/DPH | $43,000 | - | $966,014 | $1,009,014 | south -75, north +75 | no elevator required for single story building, public parking upgraded |
| STD City Clinic | Planned, not funded | 2013 | MOD | $30,190 | $1,100,000 | - | $1,130,190 | +75 each | |
| Sunset Clinic | Alterations planned and funded | 2011-12 | DPH/MOD | $15,000 | - | $2,012,000 | $2,027,000 | 2011 DW | MHSA prop 63 funding |
| Tom Waddell Health Clinic | Barrier Removal alterations completed | 2007/1996 | DPH/MOD | - | - | - | $1,095,547 | existing -75 | MHSA prop 63 funding |
| Mission Neighborhood Health Center | Barrier Removal alterations completed | 2007 | DPH/MOCD | - | - | $578,500 | $578,500 | 2008 DW | elevator added |
| South of Market Health Center, Minna Street | Barrier Removal alterations completed | 1997/2009 | DPH/MOCD | - | - | $241,500 | $241,500 | no | elevator added |
| South of Market Health Center, 7th Street | New Construcion | 2010 | Multiple | - | - | $3,800,000 | $3,800,000 | | plan checked by MDD |
| Redwood Center, Redwood City | Alterations planned and funded | 2012 | DPH | | | $1,628,350 | $0 | | |
| 101 Grove Misc Signage | Planned and funded | 2010 | MOD | $15,000 | | | $15,000 | | |
| 101 Grove Misc Improvements | Planned, not funded | 2014 | MOD | - | $750,000 | - | $750,000 | | |
| DPH Small projects | Planned, not funded | 2011-2014 | MDD | - | $500,000 | - | $500,000 | | |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **CIVIC CENTER & WAR MEMORIAL COMPLEX** | | | | | | | | | |
| City Hall Board of Supervisor's Chambers | Funded and on hold | deffered | MOD | - | - | - | $0 | Yes | Van Ness and MOD Curb Ramps |
| Civic Center Wayfinding Signage Phase 1 & 2 | Completed | 2010 | MOD | $159,487 | - | - | $159,487 | | Phase 2 planned for Veterin's Building 2010 |
| War Memorial Multiple Small projects | Alterations completed | 2009 | MOD | $70,000 | - | - | $70,000 | planned on 2010 Van | Bond program improvements, MOD added automatic door opener in 2009 |
| Louis B Davies Hall | Barrier Removal phase 2 underway | 2010 | MOD WM | $50,000 | - | $223,625 | $273,625 | Ness, Franklin on CRIS | Settlement agreement on barrier removal additions Prior barrier removals on Zellerbach hall and primary auditorium |
| **SHERIFF / POLICE** | | | | | | | | | |
| Hall of Justice - Phase 1 Barrier Removal | Complete | 2000 | DPW | $260,000 | | $1,000,000 | | + 75 | California Courts system is responsible for courts, jury |
| Hall of Justice Phase 2 Barrier Removal | Complete (entry, toilets and signage) | 2006-2009 | MOD | $760,000 | | | | | areas and court jails. Currently under state funded barrier |
| Hall of Justice Elevators | Complete, cab controls and audible signals) | 2009-10 | MOD | $114,850 | | | | | removal program |
| Women's Option Center | In bid and contract | 2010 | MOD | | | | | + 75 | |
| 70 Oak Grove Alternate Programs Tenant Improvements | Tenant improvements as part of lease | 2004, 2010 | MOD - GSA | $50,000 | | $475,000 | | south +75 north -75 | |
| 70 Oak Grove Vertical Access | Planned, not funded | 2014 | MOD | | $700,000 | | | | |
| 555- 575 7th Street Court, Office and Jail | Planned, not funded | 2008-2010 | MOD-SFSD | | | $338,625 | | + 75 | |
| County Jail Visitor's Facilities | Planned, not funded | 2013 | MOD | | | | | | |
| Fire Station Misc | Planned, not funded | | MOD | | | | | N/A | may be replaced by 2010 bond proposal |
| Police Station Misc | Planned, not funded | 2014 | MOD | | $185,000 | | | N/A | |
| **HUMAN SERVICES AGENCY** | | | | | | | | | |
| Multiple Automatic Doors | Complete | 2008 | MOD | | | | | N/A | |
| Shelters Support | TBD | | | | | | | | |
| **FINE ARTS and ARTS COMMISSION** | | | | | | | | | |
| Legion of Honor | Planned and not funded, 2009 funding deferred | 2011 | MOD | | | | | | |
| African American Arts & Culture Center | Completed | 2009 | MOD | | | | | south +75 north -75 | |
| Bayview Opera House Phase 1 | In design | 2011-12 | Arts Comm/ MOCD | | | | | 2008 DW | Unisex toilet and entry |
| Bayview Opera House Phase 2 | Planned, not funded | 2012 | MOD | | | | | | Multiple toilet rooms and stage access |
| SOMArts Phase 1 | Completed | 2007 | Other | | | | | -75 | Ground Floor toilets |
| SOMArts Phase 2 | Planned, not funded. Defunded in 2008 | 2013 | MOD | | | | | -75 | Exterior entry route, auditorium seating and vertical access to second level |
| Mission Cultural Arts Center Phase 1 | Completed | 1992-1994 | Other | | | | | | Elevator added and ground floor accessible toilets |
| Mission Cultural Arts Center Phase 2 | Planned, not funded | 2013 | MOD | | | | | | remove roll-up door barrier, second and third floor toilets, access to screen printing mezzanine |
| Auxiliary Aids and Services for Art Information | Planned, not funded | 2013-2014 | MOD/ Arts Comm | | | | | | |
| **GENERAL SERVICES AGENCY** | | | | | | | | | |
| Multiple Voting Precinct Improvements | Complete | 2007 | MOD | | | | | | |
| Alemany Farmers Market, Phase 1 | Complete | 2009 | Real Estate | | | | | N/A | 7oilets and parking |
| Alemany Farmers Market, Phase 2 | Planned, Not funded | 2013 | MOD | | | | | | accessible routes |
| Animal Control Facility, Exterior | Planned, Not funded (previously defunded) | 2012 | MOD | | | | | | accessible routes |
| Ocean Beach parking | Under construction | 2010 | MOD | | | | | | 4 accessible parking areas |
| Accessible Passenger Loading Zones | Defunded and cancelled | 2009 | MOD | | | | | | |
| Emergency Evacuation Chairs Phase 1 | Complete | 2009 | MOD | | | | | | |
| Emergency Evacuation Chairs Phase 2 | Implementation, final group | 2010 | MOD | | | | | | Expenditure of contingency |
| **RECREATION AND PARKS DEPARTMENT** | | | | | | | | | |
| R&P Four Playgrounds | Complete | 2004-2005 | MOD & R&P | $1,000,000 | | note | $1,000,000 | | Funded playgrounds under 2000 Bond projects |
| Union Square Enhancements | In concept | 2011 | R&P | | | | | 6 | Includes public right of way work |
| Recreation Access Assessment | Concept | 2010 | MOD | | | | | | Under initial study |
| R&P Small Projects | Planned, not funded | 2011-29014 | MOD | | $185,000 | | | | |
| Randall Museum Elevator and Toilet | Planned, not funded | 2014-15 | MOD | | | | | | |
| R&P Outdoor Recreation ADA Survey | Planned, not funded | 2012 | MOD/ R&P | | | | | | |
| **PUBLIC WORKS** | | | | | | | | | |
| ADA Curb Ramps 2004-2005 | complete | 2004-2005 | MOD | | | | | | cost not known for this report |
| ADA Curb Ramps 2005-2006 | complete | 2005-2006 | MOD | | | | | | $1,600,000 |
| ADA Curb Ramps 2006-2007 | complete | 2006-2007 | MOD | | | | | | $2,000,000 |
| ADA Curb Ramps 2007-2008 | complete | 2007-2008 | MOD | | | | | | $3,230,000 |
| ADA Pedestrian Signals | complete | 2007 | MOD | | | | | | $75,000 |
| ADA SFUSD Passenger Loading Zones | complete | 2009 | MOD | | | | | | $900,000 |
| ADA Curb Ramps SFUSD 2008-2009 | In design and construction | 2010 | MOD | | | | | | $5,000,000 - ($2,500,000 issued thus far) |

## MOD Requests to the Ten Year Capital Plan Committee

2010-11 CCSF UPhAS ADA TRANSITION PLAN REASSESSMENT - MOD FUNDING ONLY — Total Project funding may be provided by other capital programs

| 5/25/2010 | Status 5/27/2010 | FY 2005 Pre-2005 ACTUALS | FY 2006 2005-2006 ACTUALS | FY 2007 2006-2007 ACTUALS | FY 2008 2007-2008 ACTUALS | FY 2009 2008-2009 ACTUALS * | FY 2010 2009-2010 ACTUALS * | FY 2011 2010-2011 Requested | FY 2012 2011-2012 Planned | FY 2013 2012-2013 Planned | FY 2014 2013-2014 Planned | FY 2015 Planned |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| FACILITIES TOTAL - w/o curb ramps | $30,918,340 | $1,436,725 | $3,528,500 | $2,179,365 | $3,909,547 | [illegible] | [illegible] | [illegible] | [illegible] | $6,816,375 | $5,812,782 | |
| Total Curb and Sidewalk Program — TOTAL | | $3,000,000 | $1,600,000 | $2,000,000 | $4,205,000 | $0 | $5,000,000 | $6,458,100 | $7,713,000 | $7,101,000 | $7,456,000 | $7,829,000 |
| | | | | | | | $1,435,000 | | | | | |
| Curb Ramp Funding | ongoing | $3,000,000 | $1,600,000 | $1,066,632 | $3,443,000 | | $4,100,000 | $5,258,100 | $7,713,000 | $7,101,000 | $7,456,000 | $7,829,000 |
| Additional federal bail-out curb ramp funding per Ken Spielman | | | | | | | | | | | | |
| SFUSD Passenger Loading zones | construction | | | $933,368 | $687,000 | | $900,000 | $950,000 | | | | |
| Pedestrian signals | completed | | | | $75,000 | | | | | | | |
| Sidewalks ($1,000,000 pool established 2007, self funding) | ongoing | | | | | | | $250,000 | | | | |
| 04 DEPARTMENT OF PUBLIC HEALTH (escalation removed) — Total | $27,165,900 | $601,600 | $3,047,000 | $1,473,365 | $1,863,521 | $2,828,315 | $1,533,868 | $3,500,000 | $5,813,890 | $4,900,000 | $1,825,000 | |
| SF General Hospital, Building 5, vertical | | | | | | | | | | | | |
| Part A SFGH 5 | | | | | | | | | | | | |
| SFGH BLDG 80 (move to SFGH Misc) | completed | | $286,000 | | | | | | | | | |
| | relocated funds to primary project | | -$286,000 | | | | | | | | | |
| SFGH BLDG 90 (move to SFGK misc projects | completed | | $18,000 | | | | | | | | | |
| | relocated funds to primary project | | -$18,000 | | | | | | | | | |
| Substance Abuse clinic | completed | | $120,000 | | | | | | | | | |
| Bldg 90 Entry | completed | | $375,000 | | | | | | | | | |
| BLDG 5 Surgi-center | completed | | $180,000 | | | | | | | | | |
| BLDG 5 In Out Lobby toilets | construction | | $300,000 | | $196,000 | | $141,761 | | | | | |
| BLDG 5 48 Trauma toilets | construction | | $150,000 | | | | | | | | | |
| BLDG 5 Women's Option center | deferred to Group 2 | | $150,000 | | | | | | | | | |
| BLDG 5 X-ray toilets | construction | | $200,000 | | | | | | | | | |
| BLDG 5 Accessible Exam and Weight Scales | completed | | $75,000 | | | | | | | | | |
| SFGH Site Improvements | completed | | $75,000 | | | | | | | | | |
| ADA Masterplan As-builts | completed | | $34,000 | | | | | | | | | |
| Part B SFGH Signage program (plus funding from prime account) | construction | | $165,000 | $145,000 | $470,450 | $551,250 | | | | | | |
| Part C Bldg 5, Accessible Patient Toilet Rooms | design/permit | | | | $374,006 | $2,356,250 | $586,652 | $3,500,000 | $4,538,890 | | | |
| 2009 defunding | | | | | | -$216,566 | | | | | | |
| BLDG Passenger Loading Zone | construction | | | | $25,000 | | $490,830 | | | | | |
| Part D Outbuilding toilets, ramps and entries | concept | | | | | | $50,000 | | | $2,500,000 | | |
| SFGH BLDG5 Chapel | construction | | | | | | $78,700 | | | | | |
| SFGH Building 80/90 Elevators | concept | | | | | | $184,825 | | $1,000,000 | $1,300,000 | | |
| DPH CLINICS | | | | | | | | | | | | |
| Silver Ave Health Center | completed | $155,500 | | $200,000 | | | | | | | | |
| Chinatown Health Clinic | completed | | $447,000 | $516,365 | $200,000 | | | | | | | |
| Defunded and refunded to Silver in FY 2007 | | | -$230,000 | | | | | | | | | |
| Potrero Health Clinic | construction | $187,200 | | | $583,000 | | | | | | | |
| Ocean Park Refunded | completed | $152,300 | $1,006,000 | | | | | | | | | |
| SF City Clinic | deferred | | | $361,000 | $1,575,000 | | | | $150,000 | $950,000 | | |
| Temporary Transfer to Potrero Clinic - to be reimbursed | | | | | -$583,000 | | | | | | | |
| 2009 defunding | | | | | -$989,810 | | | | | | | |
| Southeast Health Center | completed | $43,000 | | | | | | | | | | |
| Castro Mission Health Center | completed | $43,000 | | $251,000 | | | | | | | | |
| Maxine Hall Health Center Elevator | | | | | | | | | | | | |
| Study - Concept and Feasibility | completed | | | | $15,000 | | | | | | | |
| Design and Construction | pending | | | | | | | | | | $700,000 | |
| Public Health Small Projects (Mental Health Clinics) (deferred) | ongoing | | | | | | | | $125,000 | $150,000 | $175,000 | |
| DPH/HAS Small Projects | | | | | | $116,645 | | | | | | |
| 2009 defunding | | | | | | -$99,264 | | | | | | |
| Sunset Mental Health — Other Funding by DPH grants | design | | | | | $15,000 | | | | | | |
| Silver Ave children's Behavior Center | completed | | | | | $105,000 | | | | | | |
| Redwood Center — Funded by other programs | design | | | | | | | | | | | |

S:\Complaints & Clients\2009 Complaints\Kirola Complaint\6 22 2010 document release\MOD Requests to the 10 Year Capital Plan Committee FY 2010-11 CCSF UPhAS

EXHIBIT A35-000044

| 2010-11 CCSF UPhAS ADA TRANSITION PLAN REASSESSMENT - MOD FUNDING ONLY | | | Total Project funding may be provided by other capital programs | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5/25/2010 | | Status | FY 2005 Pre-2005 | FY 2006 2005-2006 | FY 2007 2006-2007 | FY 2008 2007-2008 | FY 2009 2009-2009 | FY 2010 2009-2010 | FY 2011 2010-2011 | FY 2012 2011-2012 | FY 2013 2012-2013 | FY 2014 2013-2014 | FY 2015 |
| SF Aids Clinic Funded by other program | | design | | | | | | | | | | | |
| Public Health 101 Grove & CH Auditorium and toilet | | planned | | | | | | | | | | $750,000 | |
| 101 Grove Signage | | construction | | | | $17,905 | | | | | | | |
| 05 DEPARTMENT OF HUMAN SERVICES | Total | $269,419 | $0 | $0 | $0 | $52,038 | $17,381 | $0 | $0 | $0 | $100,000 | $100,000 | |
| Primary Capital Improvements occur from Federal and State funds, or leveraged to tenant Improvement leases | | | | | | | | | | | | | |
| Multiple HAS Homeless shelter upgrades | | completed | | | | $52,038 | $116,645 | | | | $100,000 | $100,000 | |
| 2009 defunding | | | | | | | -$99,264 | | | | | | |
| 02 ASSEMBLIES AND PLACES OF PUBLIC GATHERING | Total | $4,960,757 | $0 | $221,500 | $0 | $1,003,316 | $599,566 | $50,000 | $270,000 | $600,000 | $916,375 | $1,300,000 | |
| City Hall, War Memorial and Performing Arts Center | | | | | | | | | | | | | |
| War Memorial Opera House( to be completed by CHWMOBG) | | construction | | | | | | | | | | | |
| War Memorial Vets building through Capital and COP bonds | | | | | | | | | | | | | |
| Civic Center Signs #1 | | completed | | | | | $125,000 | | | | | | |
| Civic Center Signs #2 | | construction | | | | | | | | | | | |
| War Memorial Auto Door and Garden Ramp | | construction | | | | | | | | | | | |
| Louis B Davis Symphony Hall (legal settlement) | | completed | | | | | | $50,000 | | | | | |
| Legion of Honor 2007 Complaint | | planned | | | | | | | $270,000 | | | | |
| SF Arts Commission | | | | | | | | | | | | | |
| Bayview Opera House (deferred) | | deferred | | | | | | | | $600,000 | | | |
| South of Market Cultural Center (deferred) | | deferred | | | | $606,375 | | | | | | $900,000 | |
| 2009 defunding | | | | | | -$505,251 | | | | | | | |
| 2009 defunding | | | | | | -$43,974 | | | | | | | |
| Mission Cultural Center (deferred) | | deferred | | | | | | | | | $606,375 | | |
| African American Cultural Center, Ground Floor and Design | | completed | | $221,500 | | $946,166 | $658,000 | | | | | | |
| 2008 defunding | | | | | | | -$183,434 | | | | | | |
| Phase @ Second Floor toilets | | planned | | | | | | | | | $250,000 | | |
| Phase 1 Project Design and Web Systems | | planned | | | | | | | | | $60,000 | $400,000 | |
| Phase 2 Final Exhibition Information conversions | | planned | | | | | | | | | | | |
| 01 Recreation and Parks Department | Total | $2,637,725 | $877,725 | $0 | $0 | $0 | $0 | $0 | $510,000 | $250,000 | $250,000 | $750,000 | |
| Primary Capital Improvement projects leveraged to bond and other forms of funding | | | | | | | | | | | | | |
| Recreation and Parks Multiple Playgrounds | | complete | $877,725 | | | | | | | | | | |
| Randall Art Museum (deferred) | | planned | | | | | | | | | | $750,000 | |
| RPD Small Projects - Unfunded $1,000,000 | | deferred | | | $250,000 | | $250,000 | | | | | | |
| 2008 defunding | | | | | -$250,000 | | | | | | | | |
| 2009 defunding | | | | | | | -$250,000 | | | | | | |
| Garfield Pool | | planned | | | | | | | $250,000 | | | | |
| Rossie Pool | | planned | | | | | | | $260,000 | | | | |
| Tenderloin Community Center Elevator | | planned | | | | | | | | $250,000 | | | |
| Mission Cultural Center | | planned | | | | | | | | | $250,000 | | |
| Union Square enhancements (funded through Recreation and parks) | | design | | | | | | | | | | | |
| 01 ADMINISTRATIVE SERVICES | Total | $897,842 | $0 | $0 | $16,000 | $170,642 | $156,200 | $0 | $0 | $55,000 | $250,000 | $250,000 | |
| City Hall | | | | | | | | | | | | | |
| Supervisor's Chamber | | deferred | | | | $973,998 | | | | | | | |
| | | | | | | -$804,359 | | | | | | | |
| Civic Center Signage | | complete | | | $16,000 | $1,002 | $180,000 | | | | | | |
| 2009 defunding | | | | | | | -$23,800 | | | | | | |
| Animal Control Facility, 1200 15th St (deferred) | | deferred | | | | | $41,025 | | | $55,000 | | | |
| 2009 defunding | | | | | | | -$41,025 | | | | | | |
| Alameny Farmer's Market | | deferred | | | | | | | | | $250,000 | $250,000 | |

S:\Complaints & Clients\2009 Complaints\Kirola Complaint\6 22 2010 document release\MOD Requests to the 10 Year Capital Plan Committee FY 2010-11 CCSF UPhAS

EXHIBIT A35-000045

**2010-11 CCSF UPhAS ADA TRANSITION PLAN REASSESSMENT - MOD FUNDING ONLY** — Total Project funding may be provided by other capital programs

| 5/25/2010 | | Status | FY 2005 Pre-2005 | FY 2006 2005-2006 | FY 2007 2006-2007 | FY 2008 2007-2008 | FY 2009 2008-2009 | FY 2010 2009-2010 | FY 2011 2010-2011 | FY 2012 2011-2012 | FY 2013 2012-2013 | FY 2014 2013-2014 | FY 2015 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Toilets fixed by GSA Real estate in 2007<br>parking by real estate 2009 | | | | | | | | | | | | | |
| **01 SF Public Library** | **Total** | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | |
| Primary capital improvements were leveraged to Pre-2000 bond programs and BLIP Bonds | | | | | | | | | | | | | |
| **30 ADULT AND JUVENILE DETENTION** | **Total** | $2,037,715 | $0 | $207,715 | $690,000 | $105,000 | $150,000 | $0 | $185,000 | $0 | $0 | $700,000 | |
| Primary capital improvements leveraged to bond and other capital programs. Courts leveraged to State of California | | | | | | | | | | | | | |
| Hall of Justice (Alarms and court rooms performed by other entities) | | | | | | | | | | | | | |
| Multiple Restrooms and Automatic Doors | | complete | | $207,715 | | | | | | | | | |
| Public and Jury Toilets, Signage program | | complete | | | $453,426 | $105,000 | | | | | | | |
| Front Doors - Replacement and Automatic Door Openers | | complete | | | $80,888 | | | | | | | | |
| Evacuation Chairs | | complete | | | $49,545 | | | | | | | | |
| Elevators Upgrades | | complete | | | $106,141 | | | | | | | | |
| Reassigns to Women's Option Center, Community Corrections | | complete | | | -$70,000 | | | | | | | | |
| 930 Bryant Street, Returned to Service, Women's Option Center | | construction | | | $70,000 | | $50,000 | | $185,000 | | | | |
| 70 Oak Grove, Real Estate Elevator issue, back ramp | | complete | | | | | $100,000 | | | | | $700,000 | |
| **19 POLICE AND SHERIFF'S DEPARTMENTS** | **Total** | $987,753 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $987,753 | |
| Capital improvements leveraged to Pre-2000 bonds | | | | | | | | | | | | | |
| Ingleside Police Station, exterior accessible routes, entry doors and community center | | planned | | | | | | | | | | $150,000 | |
| Multiple Police Stations exterior accessible routes and entry doors | | planned | | | | | | | | | | $200,000 | |
| County Jail 1, 2, 7 & 8 visitor areas | | planned | | | | | | | | | | $287,753 | |
| 7th Street Training Office and Facilities | | planned | | | | | | | | | | $350,000 | |
| **16 FIRE DEPARTMENT** | **Total** | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | |
| Capital improvements leveraged to Pre-2000 bonds and second set of improvements to | | | | | | | | | | | | | |
| General Fire Station Entry Doors (doors- deferred -leverage to Bond) | | planned | | | | | | | | to be funded through proposed bond | | | |
| **16 MOD Misc Projects** | **Total** | $962,148 | $0 | $52,285 | $0 | $145,000 | $264,863 | $100,000 | $100,000 | $100,000 | $100,000 | $100,000 | |
| Ocean Beach Accessible Parking and cross walk designation | | construction | | | | | $105,000 | | | | | | |
| Civic Center GGP Passenger Loading Zones<br>2008 Defunded | | deferred | | | | | $127,000<br>-$127,000 | | | | | | |
| Evacuation Chairs | | complete | | | | $145,000 | $159,863 | | | | | | |
| MOD Project management | | ongoing | | | | | | $100,000 | $100,000 | $100,000 | $100,000 | $100,000 | |
| Multiple Polling Sites (funded from HOJ) | | complete | | $52,285 | | | | | | | | | |



# Citywide UPhAS ADA Transition Plan Analysis for facilities

5/11/2010 ADA Transition Plan

Color Key - Access for individuals with Wheelchairs and other Disabilities

- Post 2000 New Construction or Major
- Post 1992 thru 2000 construction or Barrier
- Currently Under Design /Construction
- Currently Funded for Design/Construction
- Limited Access
- Employee Area, No Public Program
- Discontinued/ Undeveloped

| Code | Facility | Original 2000 Plan Cost Estimates (costs not escalated) | FY 2000 Claim Not Mitigated or Retired | FY 2000 Claim Mitigated or Retired via UPHAS program when completed | Means of Mitigation or Retiring FY ADA Transition Plan Claim (note: actual project budget is larger that offsets): Completed through Capital Improvement, Bond or Lease Renewal | Capital Project Planned and funded | No This II Governmental Programs for Public in areas titled | New Construction or Alteration Capital Improvement or Bond Projects - 1999 forward: Capital Project funding (NIC ADA UPHAS projects) | Project Year Funded | % devoted to access | $ of Construction Cost Devoted to Access | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | [illegible] | [illegible] | | $[illegible] $1.1[illegible] | | | | [illegible] | | 5.8821% | [illegible] | |
| | [illegible] | [illegible] | $6,652,458 | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | | 4.1135% | [illegible] | |
| | [illegible] | [illegible] | | | | | | [illegible] | | | [illegible] | Notes |
| district | | | | | | | | | | | $ - | |
| | [illegible] | [illegible] | $0 | [illegible] | | | $0 | [illegible] | | | [illegible] | |
| 1 | Academy of Sciences Building | $0 | $0 | | | | | $414,[illegible] | 2008 | 3% | $ 12,4[illegible] | New building |
| 1 | De Young | $0 | $0 | | | | | $[illegible] | 2005 | 2% | $ [illegible] | New building |
| 1 | Asian Art Museum | $0 | $0 | | | | | $55,[illegible] | 1996 | 2% | $ 1,[illegible] | New building |
| | | | | | | | | | | | $ - | |
| | [illegible] | [illegible] | $0 | [illegible] | | | | [illegible] | | | [illegible] | |
| 1 | Farmer's Market Parking & Toilets | $337,270 | $0 | $337,[illegible] | | | | $91,000 | 2008 | 100% | $ 91,000 | ADA Barrier Removals and Renewals |
| 1 | Framer's Market Parking | $0 | | | | | | | | | | ADA Barrier Removals and Renewals |
| 9 | Farmer's Market Pedestrian Paths | $0 | | | | | | | | | | Planned |
| | Commercial Produce Market | $0 | | | | | | $80,000,000 | 218 | 2% | $ 1,600,000 | Major additions and reconstruction planned |
| | | | | | | | | | | | $ - | |
| | [illegible] | [illegible] | $0 | [illegible] | | | | [illegible] | | | [illegible] | |
| 5 | Animal Control interior toilets and barrier removals | $22,475 | $0 | $[illegible] | | | | $147,000 | 2009 | 50% | $ 73,500 | ADA Barrier Removals and Renewals |
| 6 | Animal control dog walk curb ramps | | | | | | | | | | | Exterior dog walk deferred |
| | | | | | | | | | | | $ - | |
| | [illegible] | [illegible] | $0 | [illegible] | [illegible] | $427,[illegible] | | [illegible] | | | [illegible] | |
| 6 | Moscone Center North | $[illegible] | $0 | $[illegible] | | $408,000 | | $[illegible] | 2010-13 | 3% | $ [illegible] | |
| 6 | Moscone Center South | $221,850 | $0 | $221,850 | | $221,850 | | $32,[illegible] | 2010-15 | 3% | $ [illegible] | ADA Barrier Removals and Renewals |
| 1 | Moscone Center West | $0 | | $0 | | | | $1[illegible] | 2000-2003 | 2% | $ 3,[illegible] | New Construction |
| | Moscone Bathroom | $0 | | $0 | | | | $[illegible] | 1997-2009 | 2% | $ 1,[illegible] | ADA Barrier Removals and Renewals |
| 6 | Moscone Center Curb Ramps | $0 | | $0 | | | | $[illegible] | 2008 | 100% | $ [illegible] | ADA Barrier Removals and Renewals |
| 6 | Civic Auditorium | $733,700 | $0 | $733,700 | $733,700 | | | $1,356,[illegible] | 1997 | 20% | $ 271,[illegible] | ADA Barrier Removals and Renewals |
| 1 | Convention and Visitors Bureau | $14,500 | $0 | $14,500 | | | | $25,600,000 | 1996 | 5% | $ 1,2[illegible] | [illegible] |
| | | | | | | | | | | | $ - | |
| | [illegible] | [illegible] | $0 | [illegible] | [illegible] | [illegible] | | [illegible] | | | [illegible] | |
| 6 | 25 Van Ness Ave, office building | $54,100 | $0 | $54,100 | $54,100 | | | $603,823 | | 25% | $ [illegible] | Tenant improvements |
| 6 | 1145 Market Street, office building | $71,820 | $0 | $71,820 | | | | | | | $ - | Tenant improvements |
| 6 | 1155 Market Street, PUC Office | $13,050 | $0 | $13,050 | | $13,060 | | | | | $ - | PUC to be relocated to new building under construction at Golden Gate Ave |
| 6 | 1 South Van Ness Multiple office relocations | $0 | $0 | $0 | | | | $4,301,077 | 2008 | 3% | $ 129,032 | Building procured and all tenant spaces renovated |
| 6 | 1650 Mission Street Tenants | $0 | $0 | $0 | | | | $562,803 | | 3% | $ 16,884 | Building procurement and tenant improvements |
| 1 | Emergency Operations Center Alterations | $0 | $0 | $0 | | | | $228,001 | 2008 | 3% | $ 6,840 | Relocation and alteration |
| 1 | 911 Emergency Command Center Relocation | $0 | $0 | $0 | | | | $1,000,000 | 2008 | 3% | $ 30,000 | Relocation to 1680 Mission and tenant improvements |
| 6 | City Hall and Civic Center Signs | $0 | $0 | $0 | | | | $153,201 | 2009 | 100% | $ 153,201 | Multiple locations |
| 1 | Ocean Beach parking lot | $0 | $0 | $0 | | | | $105,000 | 2009 | 100% | $ 105,000 | parking striping, signs and curb ramps |
| mpl | ADA Transition Plan project management | $0 | $0 | $0 | | | | $400,000 | 2009-2012 | 100% | $ 400,000 | Project Management |
| mtpl | Evacuation Chairs | $0 | $0 | $0 | | | | $354,407 | 2008 | 100% | $ 354,407 | Multiple locations in City buildings and parks |
| | | | | | | | | | | | | |
| | [illegible] | [illegible] | $15,400 | [illegible] | [illegible] | | | [illegible] | | | [illegible] | |
| 1 | City Hall | $29,000 | $0 | $29,000 | | | | $1,223,713,909 | 2001 | 3% | $ 36,711,417 | Major seismic and accessibility renovation |
| 1 | City Hall Annex | $75,400 | $75,400 | $0 | | | | | | | $ - | |
| 6 | Fox Plaza 1390 Market | $96,700 | $0 | $96,700 | $96,700 | | | $[illegible] | 2000-2009 | 20% | $ 480,900 | Tenant improvements |
| 1 | Hall of Justice 850 Bryant | $1,4[illegible],400 | $0 | $1,4[illegible] | $704,700 | | | $[illegible] | 2009 | 60% | $ 1,547,379 | MOD and DPW ADA Barrier removals, facility replacement planned |
| 1 | Hall of Justice 850 Bryant Fire Alarm Systems | $0 | $0 | $0 | | | | $[illegible] | 2009 | 3% | $ 18,[illegible] | DPW fire alarms and strobes |
| 6 | 1660 Mission Street, office building | $36,250 | $0 | $36,250 | $36,250 | | | $175,000 | 2008 | 3% | $ 5,250 | Discontinued |
| 1 | Hall of Justice Replacement | $0 | $0 | $0 | | | | $[illegible] | 2014 | 2% | $ 15,820,000 | Replacement of Hall of Justice |
| | | | | | | | | | | | | |
| | [illegible] | [illegible] | $0 | [illegible] | [illegible] | | | [illegible] | | | [illegible] | |
| 6 | SF Municipal Court | $43,500 | $0 | $40,500 | $40,500 | | | $58,292 | 1999 | 100% | $ 58,292 | Tenant improvements |
| 6 | 565 Polk | | | | | | | $163,626 | 2009-2-1- | 50% | $ 81,815 | Tenant alterations and barrier removals |
| | | | | | | | | | | | $ - | |
| | [illegible] | [illegible] | $0 | [illegible] | [illegible] | | | [illegible] | | | $ [illegible] | |
| am | South Terminal | $729,350 | $0 | $729,350 | $729,350 | | | | | | $ - | Multiple tenant and construction improvements |
| am | SF North Terminal | $701,[illegible] | $0 | $701,[illegible] | $701,[illegible] | | | | | | $ - | Multiple tenant and construction improvements |
| am | Central Parking Garage | $179,[illegible] | $0 | $179,[illegible] | $179,[illegible] | | | | | | | Multiple tenant and construction improvements |
| am | Long Term Parking Lot | $14,500 | $0 | $14,[illegible] | $14,500 | | | | | | | Multiple tenant and construction improvements |
| am | Former International Terminal (T2) | $617,700 | $0 | $617,700 | $617,700 | | | $325,500,000 | 2009-15 | 3% | $ 6,765,000 | New Construction |
| | Multiple Tenant and facility improvements | $0 | | $0 | | | | $769,470,347 | 2000-2010 | 1% | $ 7,694,783 | Multiple tenant and construction improvements |
| | | | | | | | | | | | $ - | |
| | [illegible] | [illegible] | $0 | [illegible] | [illegible] | | | [illegible] | | | [illegible] | |
| 1 | S. S.F. Opera House I | $610,100 | $0 | $[illegible] | $250,000 | | | $1,485,902 | 2013 | 80% | $ 1,1[illegible] | ADA Barrier Removals and Renewals |
| 6 | S. S.F. Opera House II | $0 | | $[illegible] | | | | | | 10% | $ - | ADA Barrier Removals and Renewals |
| 6 | SomARTS Center 1 | $368,800 | $0 | $231,[illegible] | $231,500 | | | $231,500 | 2008 | 100% | $ 231,500 | ADA Barrier Removals and Renewals |
| 1 | SomARTS Center 2 | | | $[illegible] | | | | | | | | ADA Barrier Removals and Renewals |
| 5 | African American Arts Center | $648,750 | $0 | $[illegible] | $648,750 | | | $1,975,686 | 2009 | 75% | $ 1,4[illegible] | ADA Barrier Removals and Renewals |
| 6 | African American Arts Center MOCD Elevator | $0 | $0 | $0 | | | | $400,000 | 2008 | 100% | $ 400,000 | ADA Barrier Removals and Renewals |

6/15/2010

Page 1

EXHIBIT A35-000047

EXHIBIT A35-000048



EXHIBIT A35-000049

Color Key - [illegible] and other Disabilities

**ADA Transition Plan**

| Code | Facility | | | | | | | | | | Project Cost | Year | % | | Amount | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3 | [illegible] Restaurant | $11,[illegible] | $0 | $11,[illegible] | | | | | $11,[illegible] | | | | | $ | - | Tenant responsibility, no public program |
| 3 | Agriculture Building | $1,349,950 | $1,349,950 | $0 | | | | | | | | | | $ | - | [illegible] |
| 8 | Sinbad's Restaurant | $[illegible] | $0 | $[illegible] | | | | | $[illegible] | | | | | $ | - | Tenant responsibility, no public program |
| 8 | Pier 1 | $1,450,000 | $0 | $1,450,000 | | | $1,450,000 | | | | $1,450,000 | 2003 | 25% | $ | 362,500 | Major reconstruction and accessibility improvements |
| 8 | Pier 1 1/2 | $136,300 | $0 | $136,300 | | | $136,300 | | | | $18,333,333 | 2007 | 3% | $ | 550,000 | Major reconstruction and accessibility improvements |
| 3 | Pier 3 | $36,250 | $0 | $36,250 | | | $36,250 | | | | $18,333,333 | 2007 | 3% | $ | 550,000 | Major reconstruction and accessibility improvements |
| 8 | Pier 5 | $578,[illegible] | $0 | $578,[illegible] | | | $578,680 | | | | $18,333,333 | 2007 | 3% | $ | 550,000 | Major reconstruction and accessibility improvements |
| 3 | Pier 7 | $27,[illegible] | $0 | $27,[illegible] | | | | | $[illegible] | | | | | $ | - | public pier, fish sinks removed |
| 8 | Water Front Restaurant | $[illegible] | $0 | $[illegible] | | | | | $[illegible] | | | | | $ | - | Tenant responsibility, no public program |
| 3 | Pier 9 | $[illegible] | $0 | $[illegible] | | | $8,700 | | $[illegible] | | | | | $ | - | Tenant responsibility, no public program |
| 3 | Pier 15 | $127,[illegible] | $0 | $127,[illegible] | | | | | $127,[illegible] | | $48,600,000 | 2012 | 3% | $ | [illegible] | Future Exploratorium |
| 3 | Pier 17 | $11,[illegible] | $0 | $11,[illegible] | | | | | $11,[illegible] | | $48,600,000 | 2012 | 3% | $ | [illegible] | Future Exploratorium |
| 8 | Pier 19 & 23 | $139,[illegible] | $0 | $139,[illegible] | | | | | $[illegible] | | | | | $ | - | Tenant responsibility, no public program |
| 8 | Pier 27 Café | $100,[illegible] | $0 | $100,[illegible] | | | | | $[illegible] | | | | | $ | - | Tenant responsibility, no public program |
| 3 | Pier 27 | $121,[illegible] | $0 | $121,[illegible] | | | | | $121,[illegible] | | $60,000,000 | TBD | 2% | $ | [illegible] | Planned cruise terminal site |
| 8 | Pier 27 Administration Building | $[illegible] | $0 | $[illegible] | | | | | | | | | | $ | - | To be [illegible] for new cruise terminal |
| | Seawall lot 337 | | | | | | | | | | | | | | | Under planning and development |
| 3 | Pier 29 Annex | $55,[illegible] | $0 | $55,[illegible] | | | | | | | | | | $ | - | To be [illegible] for new cruise terminal |
| 3 | Pier 29 & 31 | $136,[illegible] | $0 | $136,[illegible] | | | | | $[illegible] | | | | | $ | - | Tenant responsibility, no public program |
| 8 | Pier 33 | $[illegible] | $0 | $[illegible] | | | $10,160 | | $[illegible] | | $[illegible] | 1997 | 100% | $ | [illegible] | Port ADA Barrier Removal projects |
| 3 | Pier 35 | $[illegible] | $0 | $[illegible] | | | $[illegible] | | | | $1,[illegible] | 2010-11 | 20% | $ | [illegible] | Port ADA Barrier Removal projects |
| 3 | Pier 37 | $[illegible] | $0 | $[illegible] | | | $[illegible] | | | | $[illegible] | 2003 | 100% | $ | [illegible] | Port ADA Barrier Removal projects |
| 8 | Pier 43 | $40,[illegible] | $0 | $40,[illegible] | | | $[illegible] | | | | $[illegible] | 2003 | 100% | $ | [illegible] | Port ADA Barrier Removal projects |
| 3 | Pier 43 Promenade | $0 | $0 | $0 | | | | | | | $[illegible] | 2006-13 | 25% | $ | [illegible] | Clean and Safe Park Bond program |
| 10 | Crane Cove Park | $0 | $0 | $0 | | | | | | | $[illegible] | 2006-11 | 25% | $ | 1,317,345 | Clean and Safe Park Bond program |
| 10 | Bayfront Park | $0 | $0 | $0 | | | | | | | $[illegible] | 2009-11 | 25% | $ | 1,377,345 | Clean and Safe Park Bond program |
| 10 | Heron's Head park | $0 | $0 | $0 | | | | | | | $[illegible] | 2008-11 | 25% | $ | 1,317,345 | Clean and Safe Park Bond program |
| 10 | Heron's Head EcoCenter | $0 | $0 | $0 | | | | | | | $1,[illegible] | 2010 | 25% | $ | 250,000 | New construction and large volunteer effort |
| 10 | Islais Creek Park | $0 | $0 | $0 | | | | | | | $5,269,381 | 2006-11 | 25% | $ | 1,317,345 | Clean and Safe Park Bond program |
| 6 | Brannon Street Wharf | $0 | $0 | $0 | | | | | | | $20,544,030 | 2008-12 | 25% | $ | 5,[illegible] | Clean and Safe Park Bond program |
| 3 | Pier 45 | $13,[illegible] | $0 | $13,[illegible] | | | $13,050 | | | | $13,050 | 2003 | 100% | $ | 13,050 | Planned [illegible] |
| 8 | Harbormaster's Office | $378,315 | $378,315 | $0 | | | | | | | | | | $ | - | planning [illegible], unfunded |
| 6 | Pier 14 | $0 | $0 | $0 | | | | | | | $2,250,000 | 2007 | 10% | $ | 225,000 | [illegible] improvements |
| 8 | Pier 24 | $0 | $0 | $0 | | | | | | | | | | $ | - | Tenant responsibility, no public program |
| 8 | Pier 26 | $[illegible] | $0 | $[illegible] | | | $[illegible] | | | | | | | $ | - | Tenant responsibility, no public program |
| 6 | Pier 28 | $[illegible] | $0 | $[illegible] | | | $[illegible] | | | | | | | $ | - | Tenant responsibility, no public program |
| 6 | Boondocks Restaurant | $107,[illegible] | $0 | $107,[illegible] | | | $107,[illegible] | | | | | 2003 | | $ | - | Tenant responsibility, no public program |
| 6 | Red's Java House | $21,[illegible] | $0 | $21,[illegible] | | | | | | | | | | $ | - | Tenant responsibility, no public program |
| 8 | Piers 30 & 32 | $39,[illegible] | $0 | $39,[illegible] | | | | | | | | 2003 | | $ | - | Tenant responsibility, no public program |
| 6 | Pier 36 | $39,[illegible] | $0 | $39,[illegible] | | | | | | | | 2003 | | $ | - | Tenant responsibility, no public program |
| 6 | Pier 40 South Beach Harbor & Pier | $[illegible] | $0 | $[illegible] | | | $82,800 | | | | $2,800,000 | 2006 | 50% | $ | 1,400,000 | [illegible] new construction |
| 6 | Pier 48 | $[illegible] | $0 | $[illegible] | | | $40,800 | | | | $40,800 | 2003 | 100% | $ | 40,800 | Public pier with barrier removal |
| 6 | Pier 50 Warehouses | $[illegible] | $0 | $[illegible] | | | | | $[illegible] | | | | | $ | - | Port construction & maintenance services, no public program on wharf |
| 6 | Pier 50 Gangway, Parking Lot and boat launch | $0 | $0 | $0 | | | | | | | $2,750,000 | 2007 | 25% | $ | [illegible] | Port and [illegible] accessibility improvements are new construction |
| 6 | Pier 60 Office Building | $[illegible] | $265,400 | $[illegible] | | | $60,000 | | | | $400,000 | 2009 | 100% | $ | 400,000 | Office building undergoing barrier removals |
| | | | | | | | | | | | | | | $ | - | |
| | **[illegible] Totals** | $[illegible] | $2,[illegible],226 | $[illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | $[illegible] | | | | [illegible] | |
| 6 | Public Health Central Admin. 101 Grove Street | $[illegible] | $0 | $[illegible] | | | | $[illegible],000 | $[illegible] | | | | | $ | - | |
| 6 | 1540 Market Street, office building | $[illegible] | $0 | $[illegible] | | | | | | | | | | $ | - | Tenant improvements |
| 6 | Community Health Services, 1380 Howard Behavior Health | $179,[illegible] | $0 | $179,[illegible] | | | | | | | $533,984 | 1988-2009 | 100% | $ | 533,984 | Multiple renovations and new ground level prescription clinic mitigate issues, upper floors are DPH office |
| | DPH Small Projects | $0 | $0 | $0 | | | | | | | $500,000 | 2012 | 100% | $ | 500,000 | Multiple projects of automatic doors and signage |
| 10 | S.F. Gen. Hospital-General Grounds | $722,1[illegible] | $0 | $722,1[illegible] | | | $3[illegible],800 | | | | $1,660,100 | 2010 | 100% | $ | 1,660,100 | |
| 10 | S.F. General - Main Hospital | $7,[illegible] | $416,319 | $[illegible] | | | | | | | $5,911,806 | 2013 | 100% | $ | 5,911,806 | Public, Clinic and 7th floor patient toilets and showers. Signage in Signage Program |
| 10 | SF General Signage Program | $0 | | $1,331,[illegible] | | | | | | | $1,331,700 | 2009 | 100% | $ | 1,331,700 | Signage for 5, 1, 9, 10, 20, 30, 40 80 and 90. Camus signs provided by SFGH Rebuild |
| 10 | SFGH BLDG 5 Delivery Room Remodel | $0 | $0 | $0 | | | | | | | $167,247 | 2004 | 25% | $ | 41,812 | Interior improvement |
| 10 | SFGH Rebuild | $0 | -$416,319 | $416,319 | | | | | | | $800,000,000 | 2010-15 | 3% | $ | 24,000,000 | Replacement hospital provides accessible patient bedrooms (approximately 20% |
| | Outbuilding projects 100, 1, 3, 10, 20, 30, 40, 80, 90 | $0 | -$100,000 | $[illegible] | | | $50,000 | | | | $2,500,000 | 2010-15 | 100% | $ | [illegible] | [illegible] ground plane of buildings and toilets |
| 10 | S.F. General - Building 100 | $[illegible] | $0 | $[illegible] | | | | | $[illegible] | | $36,000 | 1996 | 100% | $ | [illegible] | Ground floor issues are included in Out-Building project |
| 10 | S.F. General - Building 3 | $312,475 | $0 | $312,475 | | | | | | | | 2011 | 100% | $ | - | Auditorium, toilet and entry ramp issues are included in Out-Building project. Upper [illegible] |
| 10 | S.F. General - Building 1 | $[illegible] | $0 | $[illegible] | | | | | $[illegible] | | $42,200 | 1996 | 100% | $ | 42,200 | Entry ramp and toilet issues are included in Out-Building project |
| 10 | S.F. General - Building 10 | $[illegible] | $150,000 | $[illegible] | | | | | $[illegible] | | $50,500 | 1996 | 100% | $ | 50,500 | Ground floor issues are included in Out-Building project |
| 10 | S.F. General - Building 20 | $[illegible] | $150,000 | $224,[illegible] | | | | | $[illegible] | | | | | $ | - | Ground floor issues are included in Out-Building project |
| 10 | S.F. General - Building 30 | $[illegible] | $150,000 | $[illegible] | | | | | $[illegible] | | | | | $ | - | Ground floor issues are included in Out-Building project |
| 10 | S.F. General - Building 40 | $[illegible] | $15,000 | $[illegible] | | | | | $[illegible] | | | | | $ | - | Ground floor issues are included in Out-Building project |
| 10 | S.F. General - Building 8 | $[illegible] | $304,500 | $0 | | | | | | | $130,000 | 2000 | 100% | $ | 130,000 | Entry ramp and toilet issues are included in Out-Building project |
| 10 | S.F. General - Building 80 | $1,[illegible] | $799,950 | $[illegible] | | | | $200,000 | | | $12,000 | 1999 | 100% | $ | 12,000 | Substance Abuse, passenger loading zone 80/90 and 80/90 elevator projects contribute to mitigation of accessibility issues in this facility |
| 10 | SF General - Building 90 Substance Abuse | $0 | $0 | $0 | | | | | | | $1,330,058 | 2006 | 75% | $ | [illegible] | Clinic rebuild - [illegible] |
| 10 | S.F. General - Building 90 | $1,075,17[illegible] | $331,[illegible] | $[illegible] | | | | $200,000 | $[illegible] | | | | | $ | - | Substance Abuse, passenger loading zone 80/90 and 80/90 elevator projects contribute to mitigation of accessibility issues in this facility |
| | Building 80 and 90 Elevators | $0 | $0 | $0 | | | | | | | $2,300,000 | 2010-2013 | 100% | | | Elevator replacement and temporary clinic facilities |
| 10 | S.F. General Hospital Services BLDG | $83,520 | $0 | $[illegible] | | | | | | | $12,008,193 | 2006 | 3% | $ | [illegible] | Employee only facility |
| 10 | S.F. General Mental Health | $10,150 | $10,150 | $0 | | | | | | | TBD | | | | | Post ADA new construction |
| | [illegible] Cancer Center | | $0 | $0 | | | | | | | TBD | | | | | Post ADA new construction |
| 11 | Health at Home Agency | $16,240 | $0 | $[illegible] | | | | | | | | | | $ | - | closed |
| 4 | [illegible] - Mission Health Center | $[illegible] | $0 | $[illegible] | | | | | | | $1,816,033 | 2007 | 25% | $ | [illegible] | MOD/DPH barrier removal project |
| 3 | Chinatown Health Clinic | $[illegible] | $0 | $[illegible] | | | | | | | $933,356 | 2009 | 100% | $ | [illegible] | MOD/DPH barrier removal project |

6/16/2010 Page 4

EXHIBIT A35-000050

Color Key - [illegible] and other Disabilities

ADA Transition Plan

| Key | No. | Facility | | | | | | | | | | | | Description |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 8 | Maxine Hall Health Center | $811,250 | $0 | $[illegible] | [redacted] | $818,250 | | $1,733,248 | 2003 | 25% | $ | 433,312 | [illegible] barrier removal project |
| | 1 | Maxine Hall Elevator Study | $0 | $0 | $0 | | | | $15,000 | 2010 | 100% | $ | 15,000 | [illegible] barrier removal project |
| | | Maxine Hall Elevator Study | | | | | | | $700,000 | 2014 | 100% | $ | 700,000 | [illegible] planned project |
| | 5 | North of Market (Curry) Health Center | $[illegible] | $0 | $[illegible] | | $256,300 | | $1,656,316 | 2005 | 25% | $ | [illegible] | DPH MOCD barrier removal alteration |
| | 4 | Ocean Park Health Center | $[illegible] | $0 | $[illegible] | | | | $1,263,385 | 2009 | 25% | $ | [illegible] | [illegible] barrier removal project |
| | 10 | Potrero Hill Health Center | $[illegible] | $0 | $[illegible] | | | | $1,067,800 | 2009 | 25% | $ | [illegible] | [illegible] barrier removal project |
| | 9 | Silver Avenue Family Health Center | $[illegible] | $0 | $[illegible] | | | | $2,039,306 | 2005 | 25% | $ | [illegible] | [illegible] barrier removal project |
| | 10 | South East Health Center | $[illegible] | $0 | $[illegible] | | | | $1,009,014 | 2008 | 25% | $ | [illegible] | [illegible] barrier removal project |
| | 5 | Tom Waddell Health Center | $[illegible] | $30,000 | $[illegible] | | | | $1,096,647 | 2005 | 100% | $ | 1,096,647 | [illegible] barrier removal project |
| | 4 | San Francisco STD City Clinic | $[illegible] | $560,040 | $0 | | | | | 2011-13 | 100% | $ | - | [illegible] project |
| | 5 | Sunset Mental Health Center | | $0 | $0 | | | | $2,012,000 | 2012 | 25% | $ | [illegible] | DPH alterations and barrier removal project |
| | 9 | Mission Assertive Community Treatment Svcs | $175,450 | $0 | $175,450 | | $175,450 | | $302,500 | 2003 | 100% | $ | [illegible] | MOCD funded barrier removal project |
| | | Mission Family Mental Health | $44,950 | $0 | $[illegible] | | $44,950 | | | | | | | MOCD funded barrier removal project |
| | 8 | South of Market (1??? 7th St) Health Center | | $0 | $0 | | | | $3,800,000 | 2010 | 25% | $ | 950,000 | New tenant improvement funded by multiple DPH MOED programs |
| | 1 | South of Market Health Center 551 Minna St | | $0 | $0 | | | | $241,600 | 2003 | 50% | $ | 120,800 | MOCD funded barrier removal project |
| | 6 | Ajax Clinic 25 S Van Ness | | $0 | $0 | | | | $5,500,000 | 2011 | 25% | $ | [illegible] | DPH tenant improvement at 25 Van Ness Ave |
| | | Community Health Network | $78,300 | $0 | $[illegible] | | | | | | | | | |
| | 7 | Special Programs For Youth | $192,[illegible] | $63,000 | $[illegible] | | $129,860 | | | | | $ | - | Program access provided at YGC primary facility, new construction |
| | | Special Programs For Youth | $246,[illegible] | $0 | $[illegible] | | $246,800 | | | | | | | Program access provided at YGC primary facility, new construction |
| | | Redwood Center | | $0 | $0 | | | | $1,629,350 | 2011 | 25% | $ | 407,088 | DPH alterations and barrier removal project |
| | 7 | Laguna Honda | $0 | $0 | $0 | | | | $593,946,604 | 2011 | 3% | $ | 17,818,398 | New construction |
| | | | | | | | | | | | | $ | - | |
| | | [illegible] Library | $[illegible] | $0 | $[illegible] | | $[illegible] | | $[illegible] | | | | [illegible] | |
| | 6 | [illegible] Hall | $113,100 | $0 | $113,100 | [redacted] | | | | | | $ | - | closed facility |
| | 8 | Main Library | $92,800 | $0 | $[illegible] | | $92,800 | | $[illegible] | 2002 | 4% | $ | 3,[illegible] | New construction |
| | 1 | New Main Library (HVAC and Signage) | | $0 | $0 | | | | $[illegible] | 2008 | 25% | $ | 327,[illegible] | Alteration improvements to main library |
| | | [illegible] project management and furniture | | $0 | $0 | | | | $[illegible] | 2000-2013 | 1% | $ | [illegible] | Provides for accessible furniture in all libraries |
| | 9 | Anza Branch Library | $[illegible] | $0 | $[illegible] | | $852,600 | | $[illegible] | 2011 | 25% | $ | [illegible] | Branch Library Bond Project - Alteration |
| | 10 | Bay View Branch Library | $[illegible] | $0 | $[illegible] | | $794,600 | | $11,[illegible] | 2011 | 3% | $ | [illegible] | Branch Library Bond Project - New Construction |
| | 9 | Bernal Heights Branch Library | $[illegible] | $0 | $[illegible] | | $819,250 | | $[illegible] | 2010 | 25% | $ | [illegible] | Branch Library Bond Project - Alteration |
| | 3 | Chinatown Branch Library | $17,400 | $0 | $17,400 | | $17,400 | | $[illegible] | 1993 | 25% | $ | [illegible] | Pre-2000 seismic bond renovation |
| | 4 | Eureka Valley Branch Library | $[illegible] | $0 | $[illegible] | | | | $[illegible] | 2009 | 20% | $ | [illegible] | Branch Library Bond Project - Alteration |
| | 11 | Excelsior Branch Library | $[illegible] | $0 | $[illegible] | | $137,750 | | $[illegible] | 2005 | 25% | $ | [illegible] | Branch Library Bond Project - Alteration |
| | 8 | Glen Park Branch | $[illegible] | $0 | $[illegible] | | $87,000 | | $[illegible] | 2007 | 3% | $ | [illegible] | Branch Library Bond Project - New Construction |
| | 2 | Golden Gate Valley Branch Library | $[illegible] | $0 | $[illegible] | | | | $[illegible] | 2011 | 25% | $ | 2,118,[illegible] | Branch Library Bond Project - Alteration |
| | 1 | Ingleside Branch Library | $[illegible] | $0 | $[illegible] | | | | $7,034,000 | 2009 | 3% | $ | [illegible] | Branch Library Bond Project - New Construction |
| | 2 | Marina Branch Library | $[illegible] | $0 | $[illegible] | | $[illegible] | | $3,896,319 | 2007 | 25% | $ | [illegible] | Branch Library Bond Project - Alteration |
| | 7 | Merced Branch Library | $[illegible] | $0 | $[illegible] | | | | $5,410,462 | 2011 | 25% | $ | [illegible] | Branch Library Bond Project - Alteration |
| | 9 | Mission Branch Library | $[illegible] | $0 | $4,[illegible] | | $4,380 | | $2,500,000 | 1997 | 25% | $ | [illegible] | Pre-2000 seismic bond renovation |
| | 8 | Noe Valley Branch Library | $[illegible] | $0 | $[illegible] | | $[illegible] | | $5,480,954 | 2008 | 25% | $ | 1,370,[illegible] | Branch Library Bond Project - Alteration |
| | 3 | North Beach Branch Library | $[illegible] | $0 | $[illegible] | | $315,476 | | $3,500,000 | 2010 | 3% | $ | [illegible] | Branch Library Bond Project - New Construction |
| | 4 | Ocean View Branch Library | $0 | $0 | $0 | | | | $1,[illegible] | 1999 | 25% | $ | [illegible] | Pre-2000 seismic bond renovation |
| | 4 | Ortega Branch Library | $[illegible] | $0 | $[illegible] | | | | $[illegible] | 2011 | 3% | $ | [illegible] | Branch Library Bond Project - New Construction |
| | 6 | Park Branch Library | $[illegible] | $0 | $[illegible] | | | | $[illegible] | 2011 | 25% | $ | [illegible] | Branch Library Bond Project - Alteration |
| | 4 | Parkside Branch Library | $[illegible] | $0 | $[illegible] | | | | $[illegible] | 2010 | 25% | $ | [illegible] | Branch Library Bond Project - Alteration |
| | 1 | Portola Branch Library | $[illegible] | $0 | $[illegible] | | $8,700 | | $[illegible] | 2008 | 3% | $ | [illegible] | Branch Library Bond Project - New Construction |
| | 10 | Potrero Branch Library | $[illegible] | $0 | $[illegible] | | | | $[illegible] | 2010 | 25% | $ | [illegible] | Branch Library Bond Project - Alteration |
| | 2 | Presidio Branch Library | $[illegible] | $0 | $[illegible] | | | | $[illegible] | 2011 | 25% | $ | [illegible] | Branch Library Bond Project - Alteration |
| | 1 | Richmond Branch Library | $[illegible] | $0 | $[illegible] | | $780,100 | | $13,[illegible] | 2010 | 25% | $ | [illegible] | Branch Library Bond Project - Alteration |
| | 6 | Sunset Branch Library | $[illegible] | $0 | $[illegible] | | $[illegible] | | $1,[illegible] | 2007 | 25% | $ | [illegible] | Pre-2000 seismic bond renovation |
| | 10 | Visitacion Valley Branch Library | $[illegible] | $0 | $[illegible] | | $94,250 | | $[illegible] | 2011 | 3% | $ | [illegible] | Branch Library Bond Project - New Construction |
| | 7 | West Portal Branch Library | $1,[illegible] | $0 | $1,[illegible] | | $1,208,575 | | $[illegible] | 2007 | 25% | $ | [illegible] | Branch Library Bond Project - Alteration |
| | 4 | Western Addition Branch Library | $[illegible] | $0 | $[illegible] | | $136,300 | | $[illegible] | 2008 | 25% | $ | [illegible] | Branch Library Bond Project - Alteration |
| | 1 | Mission Bay Branch Library | $3 | $0 | $3 | | $3 | | $[illegible] | 2006 | 25% | $ | [illegible] | Branch Library Bond Project - New Construction |
| | 6 | Library Support Building | $0 | $0 | $0 | | | | $[illegible] | 2004 | 25% | $ | [illegible] | Branch Library Bond Project - Alteration |
| | | | | | | | | | | | | $ | - | |
| | | [illegible] | $[illegible] | $0 | $[illegible] | | $[illegible] | | $[illegible] | | | | [illegible] | |
| | 6 | 30 Van Ness [illegible] AMD Real Estate | $0 | $0 | $0 | [redacted] | | | | | | $ | - | |
| | 1 | Building Replacement, Golden Gate Building | $0 | $0 | $0 | | | | $190,600,000 | 2010 | 2% | $ | 3,612,000 | [illegible] relocated to new Golden Gate Building under construction |
| | 1 | 1155 Market Street, office building | $[illegible] | $0 | $[illegible] | | | | | | | $ | - | Barrier removal conducted through multiple projects on employment facilities |
| | 3 | Water Building | $[illegible] | $0 | $[illegible] | | | | | | | $ | - | building vacated |
| | 10 | Millbrae [illegible] Office | $[illegible] | $0 | $[illegible] | | $26,100 | | $38,916 | ~2000 | 25% | $ | 9,[illegible] | Barrier removal conducted through multiple projects on employment facilities |
| | 10 | Sunol Water Supply and Treatment Division | $[illegible] | $0 | $[illegible] | | | $[illegible] | | | | $ | - | Barrier removal conducted through multiple projects on employment facilities |
| | | Sunol Watershed Office | $[illegible] | $0 | $[illegible] | | $12,616 | | | | | $ | - | Barrier removal conducted through multiple projects on employment facilities |
| | | Sunol Water Temple | $[illegible] | $0 | $[illegible] | | $16,950 | | | | | $ | - | no program |
| | | Pulgas Water Temple | $[illegible] | $0 | $[illegible] | | | $[illegible] | | | | $ | - | no program |
| | | Moccasin Administration Clubhouse | $[illegible] | $0 | $[illegible] | | $46,363 | | $46,363 | ~2004 | 25% | $ | [illegible] | Barrier removal conducted through multiple projects on employment facilities |
| | | Moccasin Engineering Building | $[illegible] | $0 | $[illegible] | | $15,787 | $[illegible] | $15,787 | ~2004 | 25% | $ | [illegible] | Barrier removal conducted through multiple projects on employment facilities |
| | | Moccasin Training Center | $0 | $0 | | | | | $743 | | 25% | $ | [illegible] | Barrier removal conducted through multiple projects on employment facilities |
| | | Moccasin Living Quarters | $[illegible] | $0 | $[illegible] | | | $[illegible] | | | | $ | - | Barrier removal conducted through multiple projects on employment facilities |
| | | Moccasin Old Powerhouse | $[illegible] | $0 | $[illegible] | | | | | | | $ | - | access closed |
| | | Moccasin Recreation Area | $[illegible] | $0 | $[illegible] | | | | | | | $ | - | Barrier removal conducted through multiple projects on employment facilities |
| | | O'Shaughnessy Dam | $[illegible] | $0 | $[illegible] | | | $[illegible] | | | | $ | - | access closed |
| | | O'Shaughnessy Cottage #1 | $0 | $0 | | | | | | | | $ | - | Barrier removal conducted through multiple projects on employment facilities |
| | | O'Shaughnessy Cottage #2 | $[illegible] | $0 | $[illegible] | | $110,280 | | $188,329 | 2008 | 100% | $ | [illegible] | Barrier removal conducted through multiple projects on employment facilities |
| | | O'Shaughnessy Bunkhouse | $[illegible] | $0 | $[illegible] | | $1,776 | $[illegible] | $1,776 | 2008 | 100% | $ | 1,776 | Barrier removal conducted through multiple projects on employment facilities |
| | | [illegible] | $[illegible] | $0 | $[illegible] | | $[illegible] | | | | | | [illegible] | |
| | 6 | 30 Van Ness Ave, office building | $7,290 | $0 | $[illegible] | [redacted] | $7,290 | | $153,880 | 2008 | 100% | $ | 153,880 | Tenant improvements |
| | 10 | Earl P. Mills Community Center | $411,348 | $0 | $[illegible] | | $419,340 | | $3,000,000 | 2008 | 50% | $ | 1,500,000 | [illegible] barrier removal project through [illegible], added playground |
| | 10 | DPW Operations Center BLDG A | $388,150 | $0 | $[illegible] | | | $[illegible] | | | | $ | - | DPW employment site |
| | 10 | Palou/ Phelps Minipark | $130,500 | $0 | $[illegible] | | $130,600 | | $137,841 | 2007 | 100% | $ | 137,841 | New playground and site furnishings |
| | | [illegible] | $[illegible] | $0 | | | | | | | | $ | [illegible] | |

EXHIBIT A35-000051

Color Key - [illegible] and other Disabilities

ADA Transition Plan

| | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Recreation and Parks General | $48,847,129 | | | | | | | | | $481,978,886 | 2000-2012 | 25% | $ 120,494,717 | Multiple projects - n/c contingency (7,097,939), site acquisitions(12,561,402), but includes playfields 20,068,250 and Various City-wide projects (16,738,516) |
| | | NPO Golden Gate Park | [illegible] | | | | | | | | | $90,559,332 | 2000-2012 | 25% | $ 22,639,833 | |
| | | | | | | | | | | | | | | | | 25576129 |
| | | [illegible] | [illegible] | $0 | [illegible] | | | | | | | [illegible] | | | [illegible] | |
| | 6 | Redevelopment Agency, office building | $19,430 | $0 | $19,430 | | | | | | | $1,125,000 | 2007 | 25% | $ 281,250 | Relocated to 25 Van Ness Ave. |
| | 4 | South Beach Harbor (Moved to Port) | $15,850 | $0 | $15,850 | | | $16,850 | | | | | 2005 | | $ - | New facility listed under Port South Beach marina |
| | | | | | | | | | | | | | | | $ - | |
| | | [illegible] | [illegible] | $4 | [illegible] | | | | | | | [illegible] | | | [illegible] | |
| | 6 | County Jails 1 & 2 | $275,500 | $0 | $275,500 | | | | | | | [illegible] | 2012 | 100% | $ 287,763 | MOD ADA Barrier removal |
| | | San Bruno Women's Jail Seismic | $0 | $0 | $0 | | | | | | | [illegible] | 2007 | 3% | $ 52,734 | New jail |
| | | San Bruno Men's Jail Facility | $0 | $0 | $0 | | | | | | | [illegible] | 2007 | 3% | $ 1,623,180 | New jail |
| | 4 | Sheriff's Facility 425 7th st. | $42,600 | $0 | $42,600 | | | | | $42,600 | | | | | $ - | 425 7th St does not have programs open to the public. Police entry only. Hall of [illegible] |
| | 5 | Sheriff's Admin. Functions 555 5th st. | $23,200 | $0 | $23,200 | | | | | | | $125,000 | 2010 | 100% | $ 125,000 | MOD planned ADA Barrier Removal project |
| | 4 | Swap Program (Women's Option Center ) 930 Bryant | $223,800 | $0 | $223,800 | | | | | | | 305000 | 2010 | 100% | $ 305,000 | MOD planned ADA Barrier Removal project |
| | | County Jail 7 | $36,250 | $0 | $36,250 | | | | | | | | | | $ - | MOD planned ADA Barrier Removal project |
| | | County Jail Greenhouse | $78,300 | $0 | $78,300 | | | | | | | | | | $ - | |
| | 6 | Women's Option Center | $0 | $0 | $0 | | | | | | | [illegible] | 2014 | 100% | $ 165,000 | MOD planned ADA Barrier Removal project |
| | 5 | 70 Oak Grove Ramp | | $0 | $0 | | | | | | | [illegible] | 2010-2014 | 100% | $ 450,000 | MOD planned ADA Barrier Removal project |
| | | 70 Oak Grove Options ?Center | | | $0 | | | | | | | [illegible] | 2005 | 25% | $ 750,000 | Real Estate TI buildout |
| | 4 | 850 Bryant Fire Alarm Systems | | $0 | $0 | | | | | | | [illegible] | 2009 | 3% | $ 30,000 | MOD planned ADA Barrier Removal project |
| | | | | $0 | | | | | | | | | | | | |
| | | [illegible] | [illegible] | $797,140 | [illegible] | | | | | | | [illegible] | | | [illegible] | |
| | 4 | War Memorial Veterans Building | $802,140 | $797,140 | $5,000 | | | | | | | [illegible] | 2010 | 100% | $ 5,000 | Accessibility signs. Other mitigation measures are to be addressed under the |
| | 1 | War Memorial Vet Building Seismic program | | $0 | $0 | | | | | | | $180,000,000 | 2014 | 2% | $ 3,200,000 | Planned seismic and addition FY2011-2014 |
| | 1 | War Memorial Opera House | $310,000 | $0 | $310,000 | | | $60,000 | | | | | | 100% | $ - | Unsubstantiated issues. War Memorial addressing bar and food counters with vendc |
| | 4 | War Memorial Signs and Door Operators | $0 | $0 | $0 | | | | | | | $71,000 | 2009 | 100% | $ 71,000 | MOD automatic door and courtyard ramp. Bar issues being addressed by War Memorial |
| | 5 | Davies Symphony Hall | $1,518,700 | $0 | $1,518,700 | | | $383,000 | | | | $383,000 | 2009 | 100% | $ 383,000 | Unsubstantiated issues, tehnical infeasibility for most items cited. Adequate barrier removal being conducted under current legal settlement. |
| | 6 | Davies Hall Fire Alarms | | $0 | $0 | | | | | | | $2,365,079 | 1998 | 25% | $ 588,770 | visual audible alarms |
| | 4 | Davies ADA Settlement | | $0 | $0 | | | | | | | $185,474 | 2010 | 100% | $ 185,474 | Settlement on auto doors, misc issues and additional WC spaces |
| | | Zoo [illegible] | [illegible] | $0 | [illegible] | | | [illegible] | | | | [illegible] | | | [illegible] | |
| | 1 | SF Zoo Australia | $8,700 | $0 | $8,700 | | | $8,700 | | | | | | | $ - | Issues mitigated through Zoo Bond and settlement |
| | 7 | SF Zoo Carousel | $14,500 | $0 | $14,500 | | | $14,500 | | | | $693,000 | ~2004 | 3% | $ 20,790 | Issues mitigated through Zoo Bond and settlement |
| | 7 | SF Zoo Children's Nature Trail | $39,800 | $0 | $39,800 | | | $39,800 | | | | | | | $ - | Issues mitigated through Zoo Bond and settlement |
| | 7 | SF Zoo Children's Family Farm | $1,450 | $0 | $1,450 | | | $1,450 | | | | | | | $ - | Issues mitigated through Zoo Bond and settlement |
| | 7 | SF Zoo Children's Insect Zoo | $7,250 | $0 | $7,250 | | | $7,250 | | | | | | | $ - | Issues mitigated through Zoo Bond and settlement |
| | 1 | SF Zoo Hospital Stock | $14,500 | $0 | $14,500 | | | $14,500 | | | | | | | $ - | Issues mitigated through Zoo Bond and settlement |
| | 7 | SF Zoo Latin America | $47,850 | $0 | $47,850 | | | $47,850 | | | | | | | $ - | Issues mitigated through Zoo Bond and settlement |
| | 7 | SF Zoo Playground-Café | $145,000 | $0 | $145,000 | | | $145,000 | | | | | | | $ - | Issues mitigated through Zoo Bond and settlement |
| | 1 | SF Zoo Primate Center | $95,100 | $0 | $95,100 | | | $95,100 | | | | | | | $ - | Issues mitigated through Zoo Bond and settlement |
| | 1 | SF Zoo Theater | $4,350 | $0 | $4,350 | | | $4,350 | | | | | | | $ - | Issues mitigated through Zoo Bond and settlement |
| | 7 | SF Zoo Shop | $1,450 | $0 | $1,450 | | | $1,450 | | | | | | | $ - | Issues mitigated through Zoo Bond and settlement |
| | 1 | SF Zoo Educational Building | | $0 | $0 | | | | | | | $3,999,931 | 2008 | 3% | $ 119,998 | Issues mitigated through Zoo Bond and settlement |
| | 1 | SF Zoo Animal (Sea Lion) Resource Center | $43,500 | $0 | $43,500 | | | $43,500 | | | | $2,423,556 | ~2004 | 3% | $ [illegible] | Issues mitigated through Zoo Bond and settlement |
| | 7 | SF Zoo Infrastructure | | $0 | $0 | | | | | | | $1,[illegible] | ~2004 | 3% | $ [illegible] | Issues mitigated through Zoo Bond and settlement |
| | 7 | SF Zoo [illegible] Construction | | $0 | $0 | | | | | | | [illegible] | ~2004 | 3% | $ [illegible] | Issues mitigated through Zoo Bond and settlement |
| | 1 | SF Zoo Black Rhino Village | | $0 | $0 | | | | | | | [illegible] | ~2004 | 3% | $ [illegible] | Issues mitigated through Zoo Bond and settlement |
| | 7 | SF Zoo Asian Rhino | | $0 | $0 | | | | | | | [illegible] | ~2004 | 3% | $ [illegible] | Issues mitigated through Zoo Bond and settlement |
| | 7 | SF Zoo Lion House | | $0 | $0 | | | | | | | [illegible] | ~2004 | 3% | $ 3,176 | Issues mitigated through Zoo Bond and settlement |
| | 1 | SF Zoo Forest | | $0 | $0 | | | | | | | [illegible] | ~2004 | 3% | $ [illegible] | Issues mitigated through Zoo Bond and settlement |
| | 7 | Zoo environmental garden and 1906 Earthquake shacks | | $0 | $0 | | | | | | | TBD | 2010 | | | Issues mitigated through Zoo Bond and settlement |
| | 7 | SF Zoo Art Enrichment | | $0 | $0 | | | | | | | $777,874 | ~2004 | 3% | $ [illegible] | Issues mitigated through Zoo Bond and settlement |
| | 7 | SF Zoo bond Repair and Renovation | | $0 | $0 | | | | | | | [illegible] | ~2004 | 25% | $ [illegible] | Issues mitigated through Zoo Bond and settlement |
| | 1 | SF Zoo Disability Compliance Repairs | | $0 | $0 | | | | | | | $1,[illegible] | ~2004 | 100% | $ [illegible] | Issues mitigated through Zoo Bond and settlement |
| | 1 | SF Zoo African Savanna | | $0 | $0 | | | | | | | [illegible] | ~2004 | 25% | $ [illegible] | Issues mitigated through Zoo Bond and settlement |
| | 1 | SF Zoo Entry and Zoo Street | $2,900 | $0 | $2,900 | | | $2,900 | | | | [illegible] | ~2004 | 3% | $ [illegible] | Issues mitigated through Zoo Bond and settlement |
| | 1 | SF Zoo Administration Building | | $0 | $0 | | | | | | | $110,109 | ~2004 | 3% | $ [illegible] | Issues mitigated through Zoo Bond and settlement |
| | 1 | SF Zoo Lion and Tiger Grotto | $217,500 | $0 | $217,500 | | | $217,500 | | | | $1,777,078 | ~2004 | 3% | $ [illegible] | Issues mitigated through Zoo Bond and settlement |
| | 1 | SF Zoo Bond Management | | $0 | $0 | | | | | | | $426,745 | ~2004 | 25% | $ [illegible] | Issues mitigated through Zoo Bond and settlement |
| | 1 | City Attorney | | $0 | $0 | | | | | | | $30,000 | ~2004 | 100% | $ [illegible] | Issues mitigated through Zoo Bond and settlement |
| | 7 | SF Zoo Facilities Bond Projects | | $0 | $0 | | | | | | | $1,366,506 | ~2004 | 25% | $ [illegible] | Issues mitigated through Zoo Bond and settlement |
| | 7 | SF Zoo Warehouse Support Facility | | $0 | $0 | | | | | | | $2,261,523 | ~2004 | 3% | $ 67,846 | Issues mitigated through Zoo Bond and settlement |

Notes:

1. Project Costs. All cost figures are derived from actual financial reports, bond program reports or information provided by the Department of Public Works. Some project figures are construction cost only and do not factor in soft costs.
2. Value or Accessibility. All decisions of percentages are made by MOD. In the Department of Justice's rule Making for the ADA, in its economic assessment, DOJ stated the value of accessibility in new construcion is 2%. The value of accessibilty in alterations
3. Fire Department Stations. Except for headquarters and Fire Museum, Fire stations do not provide programs direct to the public, except of baby rescue. Accessible door, sign and bell are provided. Many of the 1999-2000 survey mistakenly cited $ requirement for elevator service to second floor firemen's dormitories, and rehabilitation of firemen's dormitories toilets and showers. This
4 Port. Many issues cited in the 1999-2000 were on commercial or industrial tenant spaces, and not Prol Title $ program areas. These have been determined to not be commitments on Port's ADA Transition Plan Element
5. Recreation and Park Department. The Recreations nd Park Department analysis is located in another document.

6/16/2010

Page 6

EXHIBIT A35-000052

Recreation and Park Department UPhAS ADA TP Access Scores 6/10/2010

**Facilities that accommodate programs which are accessible to persons using wheelchairs and other disabilities**

1 Facility providing ADA Title II Program Access through New Construction or Alteration completed during or after FY 2000 Facility Surveys
2 Facility providing ADA Title II Program Access through Post- f992 ADAAG New Construction, Alteration or Structural Barrier Removals
3 Facility providing ADA Title II Program Access when current New Construction or Alteration is completed
4 Facility which will provide ADA Program Access when planned, New Construction or Alteration is completed.
5 Facility with Limited Access. No construction is planned on this facility or site. ADA Program Access is provided at Department's other site.
6 Employee-only, undeveloped or discontinued use, and which are not part of the Department's system of ADA Program Access. ADA Program Access is provided at Department's other sites
7 Play area is a sand pit with no play equipment, and no considered a playground

MOD/RPD

| ADA_Score | Property_Name | Facility_Type | Facility_Name | Functional_Area_Type | Functional_Area_Name |
|---|---|---|---|---|---|
| 1 | 10TH AVE/CLEMENT MINI PARK | Childrens Play Area | 10TH & Clement Childrens Play Area | Childrens Play Area | 10TH & Clement CPA |
| 1 | 24TH/YORK MINI PARK | Childrens Play Area | 24th/York Play Structures | Childrens Play Area | 24th/York CPA |
| 2 | ADAM ROGERS PARK | Childrens Play Area | Adam Rogers Park Play Structures | Childrens Play Area | Adam Rogers CPA |
| 1 | ADAM ROGERS PARK | Restroom | Adam Rogers Park Bathrooms | Exterior - Restroom | Restroom - MALE |
| 1 | ADAM ROGERS PARK | Restroom | Adam Rogers Park Bathrooms | Exterior - Restroom | Restroom - FEMALE |
| 0 | ADAM ROGERS PARK | Restroom | Adam Rogers Park Bathrooms | Structural | Adam Rogers Park Bathroom Bldg |
| 0 | ADAM ROGERS PARK | Restroom | Adam Rogers Park Bathrooms | Structural | Adam Rogers Park Bathroom Roof |
| 1 | ALAMO SQUARE | Childrens Play Area | Alamo Square Play Structures | Childrens Play Area | Alamo Square CPA |
| 1 | ALAMO SQUARE | Childrens Play Area | Alamo Square Play Structures | Path - Concrete | Alamo Square CPA Concrete Ramp |
| 3 | ALAMO SQUARE | Restroom | Alamo Square Bathrooms | Interior - Restroom | Interior - Restroom/Womens - FEMALE |
| 3 | ALAMO SQUARE | Restroom | Alamo Square Bathrooms | Interior - Restroom | Interior - Restroom/Mens - MALE |
| 3 | ALAMO SQUARE | Restroom | Alamo Square Bathrooms | Structural | Alamo Square Bathroom Bldg |
| 0 | ALAMO SQUARE | Restroom | Alamo Square Bathrooms | Structural | Alamo Square Bathroom Roof |
| 5 | ALICE CHALMERS PLAYGROUND | Childrens Play Area | Alice Chalmers Play Structures | Childrens Play Area | Alice Chalmers CPA |
| 5 | ALICE CHALMERS PLAYGROUND | Clubhouse | Alice Chalmers Clubhouse | Interior - Administrative | Alice Chalmers Rec Dir Office |
| 5 | ALICE CHALMERS PLAYGROUND | Clubhouse | Alice Chalmers Clubhouse | Interior - Recreational | Multi Purpose Room |
| 5 | ALICE CHALMERS PLAYGROUND | Clubhouse | Alice Chalmers Clubhouse | Interior - Recreational | Kitchen |
| 5 | ALICE CHALMERS PLAYGROUND | Clubhouse | Alice Chalmers Clubhouse | Interior - Restroom | Interior - Restroom-FEMALE |
| 5 | ALICE CHALMERS PLAYGROUND | Clubhouse | Alice Chalmers Clubhouse | Interior - Restroom | Interior - Restroom-STAFF |
| 5 | ALICE CHALMERS PLAYGROUND | Clubhouse | Alice Chalmers Clubhouse | Interior - Restroom | Interior - Restroom-MALE |
| 5 | ALICE CHALMERS PLAYGROUND | Clubhouse | Alice Chalmers Clubhouse | Structural | Alice Chalmers CH Bldg |
| 0 | ALICE CHALMERS PLAYGROUND | Clubhouse | Alice Chalmers Clubhouse | Structural | Alice Chalmers CH Roof |
| 1 | ALIOTO MINI PARK | Children's Play Area | Alioto Play Structures | Children's Play Area | Alioto CPA |
| f | ALTA PLAZA | Children's Play Area | Alta Plaza Play Structures | Children's Play Area | Alta Plaza CPA |
| 3 | ALTA PLAZA | Restroom | Alta Plaza Bathrooms | Exterior - Restroom | Restroom - MALE |
| 3 | ALTA PLAZA | Restroom | Alta Plaza Bathrooms | Exterior - Restroom | Restroom - FEMALE |
| 3 | ALTA PLAZA | Restroom | Alta Plaza Bathrooms | Structural | Alta Plaza Bathroom Bldg |
| 0 | ALTA PLAZA | Restroom | Alta Plaza Bathrooms | Structural | Alta Plaza Bathroom Roof |
| 1 | ANGELO J. ROSSI PLAYGROUND | Children's Play Area | Angelo J. Rossi Play Structures | Children's Play Area | Rossi CPA |
| 2 | ANGELO J. ROSSI PLAYGROUND | Children's Play Area | Angelo J. Rossi Play Structures | Picnic Area | Playground Picnic Area |
| 3 | ANGELO J. ROSSI PLAYGROUND | Restroom | Rossi Annex Bathrooms | Exterior - Restroom | Interior - Restroom-MALE |
| 3 | ANGELO J. ROSSI PLAYGROUND | Restroom | Rossi Annex Bathrooms | Exterior - Restroom | Interior - Restroom-FEMALE |
| 0 | ANGELO J. ROSSI PLAYGROUND | Restroom | Rossi Annex Bathrooms | Structural | Rossi Annex Bathroom Roof |
| 3 | ANGELO J. ROSSI PLAYGROUND | Restroom | Rossi Annex Bathrooms | Structural | Rossi Annex Bathroom bldg |
| 5 | ANGELO J. ROSSI PLAYGROUND | Swimming Pool | Rossi Community Pool | Interior - Administrative | Rossi Pool Swim Instru Office |
| 5 | ANGELO J. ROSSI PLAYGROUND | Swimming Pool | Rossi Community Pool | Interior - Recreational | Swimming Pool |
| 5 | ANGELO J. ROSSI PLAYGROUND | Swimming Pool | Rossi Community Pool | Interior - Restroom | Interior - Restroom-MALE |
| 5 | ANGELO J. ROSSI PLAYGROUND | Swimming Pool | Rossi Community Pool | Interior - Restroom | Interior - Restroom/Womens - FEMALE |
| 5 | ANGELO J. ROSSI PLAYGROUND | Swimming Pool | Rossi Community Pool | Structural | Angelo J. Rossi Community Pool Bldg |

| | | | | | |
|---|---|---|---|---|---|
| 0 | ANGELO J. ROSSI PLAYGROUND | Swimming Pool | Rossi Community Pool | Structural | Angelo J. Rossi Community Pool Roof |
| 0 | ANGELO J. ROSSI PLAYGROUND | Swimming Pool | Rossi Community Pool | Swimming Pool | Swimming Pool - BOILER RM |
| 1 | APTOS PLAYGROUND | Childrens Play Area | Aptos Children's Play Area | Childrens Play Area | Aptos CPA |
| 6 | APTOS PLAYGROUND | Clubhouse | Aptos Clubhouse | Interior - Restroom | Interior - Restroom/Mens - MALE |
| 6 | APTOS PLAYGROUND | Clubhouse | Aptos Clubhouse | Interior - Restroom | Interior - Restroom/Womens - FEMALE |
| 6 | APTOS PLAYGROUND | Clubhouse | Aptos Clubhouse | Structural | Aptos CH Bldg |
| 6 | APTOS PLAYGROUND | Clubhouse | Aptos Clubhouse | Structural | Aptos CH Roof |
| 1 | ARGONNE PLAYGROUND | Childrens Play Area | Argonne Play Structures | Childrens Play Area | Argonne CPA 1 |
| 1 | ARGONNE PLAYGROUND | Clubhouse | Argonne Clubhouse | Interior - Administrative | Argonne CH Rec Dir Office |
| 1 | ARGONNE PLAYGROUND | Clubhouse | Argonne Clubhouse | Interior - Custod/Maint | Maintenance/Custodian Storage |
| 1 | ARGONNE PLAYGROUND | Clubhouse | Argonne Clubhouse | Interior - Recreational | Argonne CH Community Room |
| 1 | ARGONNE PLAYGROUND | Clubhouse | Argonne Clubhouse | Interior - Recreational | Kitchen |
| 1 | ARGONNE PLAYGROUND | Clubhouse | Argonne Clubhouse | Interior - Recreational | Multi Purpose Room |
| 1 | ARGONNE PLAYGROUND | Clubhouse | Argonne Clubhouse | Interior - Restroom | Interior - Restroom-FEMALE |
| 1 | ARGONNE PLAYGROUND | Clubhouse | Argonne Clubhouse | Interior - Restroom | Interior - Restroom-MALE |
| 1 | ARGONNE PLAYGROUND | Clubhouse | Argonne Clubhouse | Structural | Argonne CH Roof |
| 1 | ARGONNE PLAYGROUND | Clubhouse | Argonne Clubhouse | Structural | Clubhouse Building |
| 1 | BALBOA PARK | Childrens Play Area | Balboa Park Play Structures | Childrens Play Area | Balboa Park CPA 1 |
| 1 | BALBOA PARK | Childrens Play Area | Balboa Park Play Structures | Childrens Play Area | Balboa Park CPA 2 |
| 3 | BALBOA PARK | Restroom | Balboa Park East Bathrooms | Exterior - Restroom | Interior - Restroom-E-MALE |
| 3 | BALBOA PARK | Restroom | Balboa Park East Bathrooms | Exterior - Restroom | Interior - Restroom/Womens - FEMALE |
| 1 | BALBOA PARK | Restroom | Balboa Park West Bathrooms | Interior - Restroom | Interior - Restroom/Mens - MALE |
| 1 | BALBOA PARK | Restroom | Balboa Park West Bathrooms | Interior - Restroom | Interior - Restroom/Womens - FEMALE |
| 0 | BALBOA PARK | Restroom | Balboa Park West Bathrooms | Structural | Balboa Park West Bathroom roof |
| 1 | BALBOA PARK | Restroom | Balboa Park West Bathrooms | Structural | Balboa Park West Bathroom bldg |
| 5 | BALBOA PARK | Restroom | Balboa Park East Bathrooms | Structural | Balboa Park East Bathroom bldg |
| 0 | BALBOA PARK | Restroom | Balboa Park East Bathrooms | Structural | Balboa Park East Bathroom roof |
| 5 | BALBOA PARK | Swimming Pool | Balboa Park Community Pool | Interior - Administrative | Balboa Pool Swim Instru Office |
| 5 | BALBOA PARK | Swimming Pool | Balboa Park Community Pool | Interior - Recreational | Swimming Pool |
| 5 | BALBOA PARK | Swimming Pool | Balboa Park Community Pool | Interior - Restroom | Interior - Restroom-1-MALE |
| 5 | BALBOA PARK | Swimming Pool | Balboa Park Community Pool | Interior - Restroom | Interior - Restroom-2-MALE |
| 5 | BALBOA PARK | Swimming Pool | Balboa Park Community Pool | Interior - Restroom | Interior - Restroom/Womens - 1-FEMA |
| 5 | BALBOA PARK | Swimming Pool | Balboa Park Community Pool | Interior - Restroom | Interior - Restroom-2-FEMALE |
| 5 | BALBOA PARK | Swimming Pool | Balboa Park Community Pool | Interior - Restroom | Interior - Restroom/Staff - STAFF-1 |
| 5 | BALBOA PARK | Swimming Pool | Balboa Park Community Pool | Interior - Restroom | Interior - Restroom-STAFF-2 |
| 5 | BALBOA PARK | Swimming Pool | Balboa Park Community Pool | Structural | Balboa Park Community Pool Bldg |
| 0 | BALBOA PARK | Swimming Pool | Balboa Park Community Pool | Structural | Balboa Park Community Pool Roof |
| 1 | BAY VIEW PLAYGROUND | Childrens Play Area | Bay View Play Structures | Childrens Play Area | Bay View CPA |
| 1 | BAY VIEW PLAYGROUND | Restroom | Bay View Bathrooms | Interior - Restroom | Interior - Restroom/Mens - MALE |
| 1 | BAY VIEW PLAYGROUND | Restroom | Bay View Bathrooms | Interior - Restroom | Interior - Restroom/Womens - FEMALE |
| 0 | BAY VIEW PLAYGROUND | Restroom | Bay View Bathrooms | Structural | Bay View Bathroom Roof |
| 1 | BAY VIEW PLAYGROUND | Restroom | Bay View Bathrooms | Structural | Bay View Bathroom Bldg |
| 1 | BAY VIEW PLAYGROUND | Swimming Pool | Martin Luther King Jr Pool | Interior - Administrative | King Pool Swim Instructor Office |
| 1 | BAY VIEW PLAYGROUND | Swimming Pool | Martin Luther King Jr Pool | Interior - Recreational | Swimming Pool |
| 1 | BAY VIEW PLAYGROUND | Swimming Pool | Martin Luther King Jr Pool | Interior - Recreational | Multi Purpose Room |
| 1 | BAY VIEW PLAYGROUND | Swimming Pool | Martin Luther King Jr Pool | Interior - Restroom | Interior - Restroom/Mens - MALE |
| 1 | BAY VIEW PLAYGROUND | Swimming Pool | Martin Luther King Jr Pool | Interior - Restroom | Interior - Restroom/Womens - FEMALE |
| 0 | BAY VIEW PLAYGROUND | Swimming Pool | Martin Luther King Jr Pool | Structural | Martin Luther King Jr Pool Roof |
| 1 | BAY VIEW PLAYGROUND | Swimming Pool | Martin Luther King Jr Pool | Structural | Martin Luther King Jr Pool Bldg |
| 3 | BAY VIEW PLAYGROUND | Restroom | Martin Luther King Jr Pool | Exterior - Restroom | Restroom - MALE |
| 3 | BAY VIEW PLAYGROUND | Restroom | Martin Luther King Jr Pool | Exterior - Restroom | Restroom - FEMALE |
| 1 | BERNAL HEIGHTS RECREATION C | Childrens Play Area | Bernal Hts RC Play Structures | Childrens Play Area | Bernal Hts RC CPA |
| 2 | BERNAL HEIGHTS RECREATION C | Rec Center | Bernal Heights Rec Center | Interior - Administrative | Bernal Hts RC Rec Dir Office |
| 2 | BERNAL HEIGHTS RECREATION C | Rec Center | Bernal Heights Rec Center | Interior - Recreational | Multi Purpose Room |
| 2 | BERNAL HEIGHTS RECREATION C | Rec Center | Bernal Heights Rec Center | Interior - Recreational | Kitchen |

| | | | | | |
|---|---|---|---|---|---|
| 2 | BERNAL HEIGHTS RECREATION C | Rec Center | Bernal Heights Rec Center | Interior - Recreational | Gymnasium |
| 2 | BERNAL HEIGHTS RECREATION C | Rec Center | Bernal Heights Rec Center | Interior - Restroom | Interior - Restroom/Mens - MALE |
| 2 | BERNAL HEIGHTS RECREATION C | Rec Center | Bernal Heights Rec Center | Interior - Restroom | Interior - Restroom/Womens - FEMALE |
| 2 | BERNAL HEIGHTS RECREATION C | Rec Center | Bernal Heights Rec Center | Structural | Bernal Heights RC Roof |
| 2 | BERNAL HEIGHTS RECREATION C | Rec Center | Bernal Heights Rec Center | Structural | Bernal Heights RC Bldg |
| 3 | Bernal Hill | Restroom | Bernal Hill Restroom | Exterior - Restroom | Restroom - MALE |
| 3 | Bernal Hill | Restroom | Bernal Hill Restroom | Exterior - Restroom | Restroom - FEMALE |
| 5 | BROOKS PARK | Childrens Play Area | Brooks Park Childrens Play Areas | Childrens Play Area | Brooks Park CPA |
| 5 | BUCHANAN STREET MALL | Childrens Play Area | Buchanan St. Mall Play Structures | Childrens Play Area | Buchanan Mall CPA 3 |
| 5 | BUCHANAN STREET MALL | Childrens Play Area | Buchanan St. Mall Play Structures | Childrens Play Area | Buchanan Mall CPA t |
| 5 | BUCHANAN STREET MALL | Childrens Play Area | Buchanan St. Mall Play Structures | Childrens Play Area | Buchanan Mall CPA 2 |
| 5 | BUENA VISTA PARK | Childrens Play Area | Buena Vista Park Play Structures | Childrens Play Area | Buena Vista CPA |
| 3 | BUENA VISTA PARK | Restroom | Buena Vista Park Bathrooms | Exterior restroom | Interior - Restroom/Mens - MALE |
| 3 | BUENA VISTA PARK | Restroom | Buena Vista Park Bathrooms | Exterior restroom | Interior - Restroom-FEMALE |
| 3 | BUENA VISTA PARK | Restroom | Buena Vista Park Bathrooms | Structural | Structural/Building - BLOG |
| 0 | BUENA VISTA PARK | Restroom | Buena Vista Park Bathrooms | Structural | Buena Vista Park Bathroom Roof |
| 3 | CABRILLO PLAYGROUNO | Childrens Play Area | Cabrillo Play Structures | Childrens Play Area | Cabrillo CPA t |
| 3 | CABRILLO PLAYGROUNO | Childrens Play Area | Cabrillo Play Structures | Childrens Play Area | Cabrillo CPA 2 |
| 3 | CABRILLO PLAYGROUNO | Clubhouse | Cabrillo Clubhouse | Interior - Administrative | Cabrillo CH Rec Oir Office |
| 3 | CABRILLO PLAYGROUNO | Clubhouse | Cabrillo Clubhouse | Interior - Recreational | Kitchen |
| 3 | CABRILLO PLAYGROUNO | Clubhouse | Cabrillo Clubhouse | Interior - Recreational | Multi Purpose Room |
| 3 | CABRILLO PLAYGROUNO | Clubhouse | Cabrillo Clubhouse | Interior - Restroom | Interior - Restroom/Mens - MALE |
| 3 | CABRILLO PLAYGROUNO | Clubhouse | Cabrillo Clubhouse | Interior - Restroom | Interior - Restroom/Womens - FEMALE |
| 3 | CABRILLO PLAYGROUNO | Clubhouse | Cabrillo Clubhouse | Structural | Clubhouse Building |
| 0 | CABRILLO PLAYGROUNO | Clubhouse | Cabrillo Clubhouse | Structural | Cabrillo CH Roof |
| t | CAMP MATHER | Restroom | Mather Bath House A | Interior - Restroom | Interior - Restroom/Unisex/Handicap |
| t | CAMP MATHER | Restroom | Mather Bath House B | Interior - Restroom | Interior - Restroom/Unisex/Handicap |
| t | CAMP MATHER | Restroom | Mather Bath House C | Interior - Restroom | Interior - Restroom/Unisex/Handicap |
| f | CAMP MATHER | Restroom | Mather Bath House O | Interior - Restroom | Interior - Restroom/Unisex/Handicap |
| t | CAMP MATHER | Restroom | Mather Birch Lake Pool Bath House | Interior - Restroom | Interior - Restroom - PARTITIONS |
| t | CAMP MATHER | Swimming Pool | Birch Lake Swimming Pool | Swimming Pool | Swimming Pool |
| 5 | CARL LARSEN PARK | Childrens Play Area | Larsen Park Play Structures | Childrens Play Area | Larsen Park CPA |
| 3 | CARL LARSEN PARK | Restroom | Larsen Park Bathrooms | Exterior - Restroom | Interior - Restroom-FEMALE |
| 3 | CARL LARSEN PARK | Restroom | Larsen Park Bathrooms | Exterior - Restroom | Interior - Restroom-MALE |
| 3 | CARL LARSEN PARK | Restroom | Larsen Park Bathrooms | Structural | Carl Larsen Park Bathroom Bldg |
| 0 | CARL LARSEN PARK | Restroom | Larsen Park Bathrooms | Structural | Carl Larsen Park Bathroom Roof |
| t | CARL LARSEN PARK | Swimming Pool | Charlie Sava Community Pool | Interior - Administrative | Sava Pool Swim Instru Office |
| t | CARL LARSEN PARK | Swimming Pool | Charlie Sava Community Pool | Interior - Mechanical | Interior - Mechanical - HVAC |
| f | CARL LARSEN PARK | Swimming Pool | Charlie Sava Community Pool | Interior - Recreational | Swimming Pool |
| t | CARL LARSEN PARK | Swimming Pool | Charlie Sava Community Pool | Interior - Restroom | Interior - Restroom/Mens - MALE |
| t | CARL LARSEN PARK | Swimming Pool | Charlie Sava Community Pool | Interior - Restroom | Interior - Restroom/Womens - FEMALE |
| f | CARL LARSEN PARK | Swimming Pool | Charlie Sava Community Pool | Structural | Charlie Sava Community Pool Bldg |
| 0 | CARL LARSEN PARK | Swimming Pool | Charlie Sava Community Pool | Structural | Charlie Sava Community Pool Roof |
| 3 | CAYUGA PLAYGROUND | Childrens Play Area | Cayuga Play Structures | Childrens Play Area | Cayuga CPA |
| 3 | CAYUGA PLAYGROUNO | Clubhouse | Cayuga Clubhouse | Interior - Administrative | Cayuga CH Rec Oir Office |
| 3 | CAYUGA PLAYGROUNO | Clubhouse | Cayuga Clubhouse | Interior - Recreational | Multi Purpose Room |
| 3 | CAYUGA PLAYGROUNO | Clubhouse | Cayuga Clubhouse | Interior - Recreational | Kitchen |
| 3 | CAYUGA PLAYGROUNO | Clubhouse | Cayuga Clubhouse | Interior - Restroom | Interior - Restroom/Womens - FEMALE |
| 3 | CAYUGA PLAYGROUNO | Clubhouse | Cayuga Clubhouse | Interior - Restroom | Interior - Restroom/Mens - MALE |
| 3 | CAYUGA PLAYGROUNO | Clubhouse | Cayuga Clubhouse | Structural | Cayuga CH Bldg |
| 0 | CAYUGA PLAYGROUNO | Clubhouse | Cayuga Clubhouse | Structural | Cayuga CH Roof |
| 7 | CAYUGA/LAMARTINE MINI PARK | Childrens Play Area | Cayuga/Lamartine Childrens PlayAre | Childrens Play Area | Cayuga/Lamartine CPA |
| 3 | CHINESE RECREATION CENTER | Childrens Play Area | Chinese Rec Center Play Structures | Childrens Play Area | Chinese Rec Center CPA 2 |
| 3 | CHINESE RECREATION CENTER | Childrens Play Area | Chinese Rec Center Play Structures | Childrens Play Area | Chinese Rec Center CPA t |
| 3 | CHINESE RECREATION CENTER | Rec Center | Chinese Rec Center | Interior - Administrative | Chinese RC Rec Oir Office |

| | | | | | |
|---|---|---|---|---|---|
| 3 | CHINESE RECREATION CENTER | Rec Center | Chinese Rec Center | Interior - Recreational | Gymnasium |
| 3 | CHINESE RECREATION CENTER | Rec Center | Chinese Rec Center | Interior - Recreational | Kitchen - 2 |
| 3 | CHINESE RECREATION CENTER | Rec Center | Chinese Rec Center | Interior - Recreational | Kitchen 1 |
| 3 | CHINESE RECREATION CENTER | Rec Center | Chinese Rec Center | Interior - Recreational | Stage |
| 3 | CHINESE RECREATION CENTER | Rec Center | Chinese Rec Center | Interior - Recreational | Multi Purpose Room 1 |
| 3 | CHINESE RECREATION CENTER | Rec Center | Chinese Rec Center | Interior - Recreational | Multi Purpose Room 2 |
| 3 | CHINESE RECREATION CENTER | Rec Center | Chinese Rec Center | Interior - Recreational | Multi Purpose Room 3 |
| 3 | CHINESE RECREATION CENTER | Rec Center | Chinese Rec Center | Interior - Recreational | Auditorium |
| 3 | CHINESE RECREATION CENTER | Rec Center | Chinese Rec Center | Interior - Recreational | Weight Room |
| 3 | CHINESE RECREATION CENTER | Rec Center | Chinese Rec Center | Interior - Restroom | Interior - Restroom-MALE-1 |
| 3 | CHINESE RECREATION CENTER | Rec Center | Chinese Rec Center | Interior - Restroom | Interior - Restroom-MALE-2 |
| 3 | CHINESE RECREATION CENTER | Rec Center | Chinese Rec Center | Interior - Restroom | Interior - Restroom-FEMALE-1 |
| 3 | CHINESE RECREATION CENTER | Rec Center | Chinese Rec Center | Interior - Restroom | Interior - Restroom-FEMALE-2 |
| 3 | CHINESE RECREATION CENTER | Rec Center | Chinese Rec Center | Structural | Chinese RC Bldg |
| 0 | CHINESE RECREATION CENTER | Rec Center | Chinese Rec Center | Structural | Chinese RC Roof |
| 5 | COLERIDGE MINI PARK | Childrens Play Area | Coleridge Play Structures | Childrens Play Area | Coleridge CPA |
| 5 | COLLIS P. HUNTINGTON PARK | Childrens Play Area | Huntington Play Structures | Childrens Play Area | Huntington CPA |
| 2 | CORONA HEIGHTS | Activity Center | Randall Museum | Interior - Administrative | Randall Museum Rec Dir Office |
| 2 | CORONA HEIGHTS | Activity Center | Randall Museum | Interior - Recreational | Model Train Exhibit Room |
| 2 | CORONA HEIGHTS | Activity Center | Randall Museum | Interior - Recreational | Model Train Lobby |
| 2 | CORONA HEIGHTS | Activity Center | Randall Museum | Interior - Recreational | Buckley Room |
| 2 | CORONA HEIGHTS | Activity Center | Randall Museum | Interior - Recreational | Animal Exhibits Room |
| 2 | CORONA HEIGHTS | Activity Center | Randall Museum | Interior - Recreational | Terrace Room |
| 2 | CORONA HEIGHTS | Activity Center | Randall Museum | Interior - Recreational | Randall Main Lobby |
| 2 | CORONA HEIGHTS | Activity Center | Randall Museum | Interior - Recreational | Randall Room |
| 2 | CORONA HEIGHTS | Activity Center | Randall Museum | Interior - Recreational | Photo Darkroom |
| 2 | CORONA HEIGHTS | Activity Center | Randall Museum | Interior - Recreational | Randall Theater |
| 2 | CORONA HEIGHTS | Activity Center | Randall Museum | Interior - Recreational | Art Studio |
| 2 | CORONA HEIGHTS | Activity Center | Randall Museum | Interior - Recreational | Green Room |
| 2 | CORONA HEIGHTS | Activity Center | Randall Museum | Interior - Recreational | Woodworking Shop |
| 2 | CORONA HEIGHTS | Activity Center | Randall Museum | Interior - Recreational | Ceramics Studio |
| 2 | CORONA HEIGHTS | Activity Center | Randall Museum | Interior - Restroom | Interior - Restroom/Mens - MALE |
| 2 | CORONA HEIGHTS | Activity Center | Randall Museum | Interior - Restroom | Interior - Restroom/Womens - FEMALE |
| 2 | CORONA HEIGHTS | Activity Center | Randall Museum | Structural | Randall Museum bldg |
| 0 | CORONA HEIGHTS | Activity Center | Randall Museum | Structural | Randall Museum Roof |
| 5 | COW HOLLOW PLAYGROUND | Childrens Play Area | Cow Hollow Play Structures | Childrens Play Area | Cow Hollow CPA |
| 6 | COW HOLLOW PLAYGROUND | Clubhouse | Cow Hollow Clubhouse | Interior - Administrative | Cow Hollow Rec Dir Office |
| 6 | COW HOLLOW PLAYGROUND | Clubhouse | Cow Hollow Clubhouse | Interior - Recreational | Kitchen |
| 6 | COW HOLLOW PLAYGROUND | Clubhouse | Cow Hollow Clubhouse | Interior - Recreational | Multi Purpose Room |
| 6 | COW HOLLOW PLAYGROUND | Clubhouse | Cow Hollow Clubhouse | Interior - Restroom | Interior - Restroom-FEMALE |
| 6 | COW HOLLOW PLAYGROUND | Clubhouse | Cow Hollow Clubhouse | Interior - Restroom | Interior - Restroom-MALE |
| 6 | COW HOLLOW PLAYGROUND | Clubhouse | Cow Hollow Clubhouse | Structural | Cow Hollow CH Bldg |
| 0 | COW HOLLOW PLAYGROUND | Clubhouse | Cow Hollow Clubhouse | Structural | Cow Hollow CH Roof |
| 1 | CROCKER AMAZON PLAYGROUNE | Childrens Play Area | Crocker Amazon Play Structures | Childrens Play Area | CrockerAmazon CPA 1 |
| f | CROCKER AMAZON PLAYGROUNE | Childrens Play Area | Crocker Amazon Play Structures | Childrens Play Area | CrockerAmazon CPA 2 |
| 1 | CROCKER AMAZON PLAYGROUNE | Childrens Play Area | Crocker Amazon Play Structures | Childrens Play Area | CrockerAmazon CPA 3 |
| 2 | CROCKER AMAZON PLAYGROUNE | Clubhouse | Crocker Amazon Clubhouse | Interior - Administrative | Crocker Amazon Rec Dir Office |
| 2 | CROCKER AMAZON PLAYGROUNE | Clubhouse | Crocker Amazon Clubhouse | Interior - Recreational | Multi Purpose Room |
| 2 | CROCKER AMAZON PLAYGROUNE | Clubhouse | Crocker Amazon Clubhouse | Interior - Recreational | Kitchen |
| 2 | CROCKER AMAZON PLAYGROUNE | Clubhouse | Crocker Amazon Clubhouse | Interior - Restroom | Interior - Restroom/Mens - MALE |
| 2 | CROCKER AMAZON PLAYGROUNE | Clubhouse | Crocker Amazon Clubhouse | Interior - Restroom | Interior - Restroom-FEMALE |
| 2 | CROCKER AMAZON PLAYGROUNE | Clubhouse | Crocker Amazon Clubhouse | Interior - Restroom | Interior - Restroom-STAFF-1 |
| 2 | CROCKER AMAZON PLAYGROUNE | Clubhouse | Crocker Amazon Clubhouse | Structural | Crocker Amazon CH Bldg |
| 0 | CROCKER AMAZON PLAYGROUNE | Clubhouse | Crocker Amazon Clubhouse | Structural | Crocker Amazon CH Roof |
| 1 | CROCKER AMAZON PLAYGROUNE | Sports Field | Crocker Amazon Soccer Field | | Accessible Artifical Turf Field |

| | | | | | |
|---|---|---|---|---|---|
| 3 | CROCKER AMAZON PLAYGROUND | Restroom | Crocker Amazon Restroom | Exterior - Restroom | Restroom- FEMALE |
| 3 | CROCKER AMAZON PLAYGROUND | Restroom | Crocker Amazon Restroom | Exterior - Restroom | Restroom- MALE |
| 5 | DOUGLASS PLAYGROUND | Childrens Play Area | Douglass Play Structures | Childrens Play Area | Douglass CPA |
| 5 | DOUGLASS PLAYGROUND | Clubhouse | Douglass Clubhouse | Interior - Administrative | Douglass Rec Dir Office |
| 5 | DOUGLASS PLAYGROUND | Clubhouse | Douglass Clubhouse | Interior - Recreational | Multi Purpose Room |
| 5 | DOUGLASS PLAYGROUND | Clubhouse | Douglass Clubhouse | Interior - Recreational | Kitchen |
| 5 | DOUGLASS PLAYGROUND | Clubhouse | Douglass Clubhouse | Interior - Restroom | Interior - Restroom/Mens - MALE |
| 5 | DOUGLASS PLAYGROUND | Clubhouse | Douglass Clubhouse | Interior - Restroom | Interior - Restroom/Staff - STAFF |
| 5 | DOUGLASS PLAYGROUND | Clubhouse | Douglass Clubhouse | Interior - Restroom | Interior - Restroom-FEMALE |
| 5 | DOUGLASS PLAYGROUND | Clubhouse | Douglass Clubhouse | Structural | Douglass CH Bldg |
| 5 | DOUGLASS PLAYGROUND | Clubhouse | Douglass Clubhouse | Structural | Douglass CH Roof |
| 5 | DOUGLASS PLAYGROUND | Restroom | Douglass Restrooms | Interior - Restroom | Interior - Restroom-MALE |
| 5 | DOUGLASS PLAYGROUND | Restroom | Douglass Restrooms | Interior - Restroom | Interior - Restroom/Womens - FEMALE |
| 5 | DOUGLASS PLAYGROUND | Restroom | Douglass Restrooms | Structural | Douglass Restroom Bldg |
| 0 | DOUGLASS PLAYGROUND | Restroom | Douglass Restrooms | Structural | Douglass Restroom Roof |
| 1 | DUBOCE PARK | Activity Center | Harvey Milk Recreational Arts Bldg | Interior - Administrative | Harvey Milk RAC Rec Dir Office |
| 1 | DUBOCE PARK | Activity Center | Harvey Milk Recreational Arts Bldg | Interior - Recreational | Community Room |
| 1 | DUBOCE PARK | Activity Center | Harvey Milk Recreational Arts Bldg | Interior - Recreational | Film Processing Room |
| 1 | DUBOCE PARK | Activity Center | Harvey Milk Recreational Arts Bldg | Interior - Recreational | Photo Dark Room |
| 1 | DUBOCE PARK | Activity Center | Harvey Milk Recreational Arts Bldg | Interior - Recreational | Recording/Performance Room 1 |
| 1 | DUBOCE PARK | Activity Center | Harvey Milk Recreational Arts Bldg | Interior - Recreational | Rehearsal Hall |
| 1 | DUBOCE PARK | Activity Center | Harvey Milk Recreational Arts Bldg | Interior - Recreational | Multi Purpose Room East |
| 1 | DUBOCE PARK | Activity Center | Harvey Milk Recreational Arts Bldg | Interior - Recreational | Multi Purpose Room West |
| 1 | DUBOCE PARK | Activity Center | Harvey Milk Recreational Arts Bldg | Interior - Recreational | Photo General Purpose Room |
| 1 | DUBOCE PARK | Activity Center | Harvey Milk Recreational Arts Bldg | Interior - Recreational | Photo Lobby |
| 1 | DUBOCE PARK | Activity Center | Harvey Milk Recreational Arts Bldg | Interior - Recreational | Photo Seminar Room 1 |
| 1 | DUBOCE PARK | Activity Center | Harvey Milk Recreational Arts Bldg | Interior - Recreational | Photo Seminar Room 2 |
| 1 | DUBOCE PARK | Activity Center | Harvey Milk Recreational Arts Bldg | Interior - Recreational | Portrait Studio |
| 1 | DUBOCE PARK | Activity Center | Harvey Milk Recreational Arts Bldg | Interior - Recreational | Digital Imaging Area |
| 1 | DUBOCE PARK | Activity Center | Harvey Milk Recreational Arts Bldg | Interior - Restroom | Interior - Restroom-FEMALE-1 |
| 1 | DUBOCE PARK | Activity Center | Harvey Milk Recreational Arts Bldg | Interior - Restroom | Interior - Restroom-FEMALE-2 |
| 1 | DUBOCE PARK | Activity Center | Harvey Milk Recreational Arts Bldg | Interior - Restroom | Interior - Restroom-FEMALE-3 |
| 1 | DUBOCE PARK | Activity Center | Harvey Milk Recreational Arts Bldg | Interior - Restroom | Interior - Restroom-STAFF |
| 1 | DUBOCE PARK | Activity Center | Harvey Milk Recreational Arts Bldg | Interior - Restroom | Interior - Restroom-MALE-1 |
| 1 | DUBOCE PARK | Activity Center | Harvey Milk Recreational Arts Bldg | Interior - Restroom | Interior - Restroom-MALE-2 |
| 1 | DUBOCE PARK | Activity Center | Harvey Milk Recreational Arts Bldg | Structural | Harvey Milk RAC Bldg |
| 1 | DUBOCE PARK | Activity Center | Harvey Milk Recreational Arts Bldg | Structural | Harvey Milk RAC Roof |
| 1 | DUBOCE PARK | Childrens Play Area | Duboce Park Play Structures | Childrens Play Area | Duboce CPA 1 |
| 1 | DUBOCE PARK | Childrens Play Area | Duboce Park Play Structures | Childrens Play Area | Duboce CPA 2 |
| 3 | DUPONT COURTS | Restroom | Dupont Courts Bathrooms | Exterior - Restroom | Interior - Restroom-MALE |
| 3 | DUPONT COURTS | Restroom | Dupont Courts Bathrooms | Exterior - Restroom | Interior - Restroom-FEMALE |
| 3 | DUPONT COURTS | Restroom | Dupont Courts Bathrooms | Structural | Bathroom Building |
| 0 | DUPONT COURTS | Restroom | Dupont Courts Bathrooms | Structural | Dupont Courts Bathroom Roof |
| 1 | Ella Hill Hutch Community Center | Rec Center | Ella Hill Hutch Community Center | Interior - Administrative | Interior - Administrative/Rec Direc |
| 1 | Ella Hill Hutch Community Center | Rec Center | Ella Hill Hutch Community Center | Children's Play Area | |
| 1 | Ella Hill Hutch Community Center | Rec Center | Ella Hill Hutch Community Center | Childrens Play Area | |
| 1 | EUREKA VALLEY REC CENTER | Childrens Play Area | Eureka Valley Play Structures | Childrens Play Area | Eureka Valley CPA |
| 1 | EUREKA VALLEY REC CENTER | Rec Center | Eureka Valley Rec Center | Interior - Administrative | Eureka Vly RC Rec Dir Office |
| 1 | EUREKA VALLEY REC CENTER | Rec Center | Eureka Valley Rec Center | Interior - Recreational | Multi Purpose Room |
| 1 | EUREKA VALLEY REC CENTER | Rec Center | Eureka Valley Rec Center | Interior - Recreational | Auditorium |
| 1 | EUREKA VALLEY REC CENTER | Rec Center | Eureka Valley Rec Center | Interior - Recreational | Kitchen |
| 1 | EUREKA VALLEY REC CENTER | Rec Center | Eureka Valley Rec Center | Interior - Recreational | Stage |
| 1 | EUREKA VALLEY REC CENTER | Rec Center | Eureka Valley Rec Center | Interior - Recreational | Gymnasium |
| 1 | EUREKA VALLEY REC CENTER | Rec Center | Eureka Valley Rec Center | Interior - Recreational | Gallery |
| 1 | EUREKA VALLEY REC CENTER | Rec Center | Eureka Valley Rec Center | Interior - Recreational | Teen Room |

| | | | | | |
|---|---|---|---|---|---|
| 1 | EUREKA VALLEY REC CENTER | Rec Center | Eureka Valley Rec Center | Interior - Recreational | Tot Room |
| 1 | EUREKA VALLEY REC CENTER | Rec Center | Eureka Valley Rec Center | Interior - Recreational | Meeting Room |
| t | EUREKA VALLEY REC CENTER | Rec Center | Eureka Valley Rec Center | Interior - Restroom | Interior - Restroom/Mens - MALE |
| 1 | EUREKA VALLEY REC CENTER | Rec Center | Eureka Valley Rec Center | Interior - Restroom | Interior - Restroom/Womens - FEMALE |
| 1 | EUREKA VALLEY REC CENTER | Rec Center | Eureka Valley Rec Center | Structural | Eureka Valley RC Bldg |
| 0 | EUREKA VALLEY REC CENTER | Rec Center | Eureka Valley Rec Center | Structural | Eureka Valley RC Roof |
| t | EXCELSIOR PLAYGROUND | Childrens Play Area | Excelsior Play Structures | Childrens Play Area | Excelsior CPA 2 |
| 1 | EXCELSIOR PLAYGROUND | Childrens Play Area | Excelsior Play Structures | Childrens Play Area | Excelsior CPA t |
| 1 | EXCELSIOR PLAYGROUND | Clubhouse | Excelsior Clubhouse | Interior - Administrative | Excelsior Rec Dir Office |
| t | EXCELSIOR PLAYGROUND | Clubhouse | Excelsior Clubhouse | Interior - Recreational | Stage |
| t | EXCELSIOR PLAYGROUND | Clubhouse | Excelsior Clubhouse | Interior - Recreational | Excelsior Clubhouse Kitchen |
| 1 | EXCELSIOR PLAYGROUND | Clubhouse | Excelsior Clubhouse | Interior - Recreational | Multi Purpose Room |
| 1 | EXCELSIOR PLAYGROUND | Clubhouse | Excelsior Clubhouse | Interior - Restroom | Interior - Restroom-FEMALE |
| t | EXCELSIOR PLAYGROUND | Clubhouse | Excelsior Clubhouse | Interior - Restroom | Interior - Restroom-MALE |
| 1 | EXCELSIOR PLAYGROUND | Clubhouse | Excelsior Clubhouse | Structural | Excelsior CH Bldg |
| 0 | EXCELSIOR PLAYGROUND | Clubhouse | Excelsior Clubhouse | Structural | Excelsior CH Roof |
| 3 | FATHER ALFRED E. BOEDDEKER F | Childrens Play Area | Boeddeker Park Play Structures | Childrens Play Area | Boeddeker CPA 2 |
| 3 | FATHER ALFRED E. BOEDDEKER F | Childrens Play Area | Boeddeker Park Play Structures | Childrens Play Area | Boeddeker CPA t |
| 3 | FATHER ALFRED E. BOEDDEKER F | Clubhouse | Boeddeker Park Clubhouse | Interior - Administrative | Boeddeker CH Rec Dir Office |
| 3 | FATHER ALFRED E. BOEDDEKER F | Clubhouse | Boeddeker Park Clubhouse | Interior - Recreational | Multi Purpose Room |
| 3 | FATHER ALFRED E. BOEDDEKER F | Clubhouse | Boeddeker Park Clubhouse | Interior - Recreational | Kitchen |
| 3 | FATHER ALFRED E. BOEDDEKER F | Clubhouse | Boeddeker Park Clubhouse | Interior - Recreational | Computer Room |
| 3 | FATHER ALFRED E. BOEDDEKER F | Clubhouse | Boeddeker Park Clubhouse | Structural | Boeddeker CH Bldg |
| 0 | FATHER ALFRED E. BOEDDEKER F | Clubhouse | Boeddeker Park Clubhouse | Structural | Boeddeker CH Roof |
| 1 | FRANKLIN SQUARE | Childrens Play Area | Franklin Square Play Structures | Childrens Play Area | Franklin CPA |
| 3 | FRANKLIN SQUARE | Restroom | Franklin Square Bathrooms | Structural | Franklin Square Bathroom Bldg |
| 3 | FRANKLIN SQUARE | Restroom | Franklin Square Restroom | Exterior - Restroom | Restroom- FEMALE |
| 3 | FRANKLIN SQUARE | Restroom | Franklin Square Restroom | Exterior - Restroom | Restroom- MALE |
| 1 | FRANKLIN SQUARE | Sports Field | Franklin Soccer Field | | Accessible Artifical Turf Field |
| 0 | FTE Analysis Model | Childrens Play Area | FTE Childrens Play Area Model | Childrens Play Area | CPA - CPA-t |
| 0 | FTE Analysis Model | Childrens Play Area | FTE Childrens Play Area Model | Childrens Play Area | CPA-CPA-2 |
| 0 | FTE Analysis Model | Restroom | FTE Restroom Model | Interior - Custod/Maint | Interior - Custod/Maint - MAINT |
| 0 | FTE Analysis Model | Restroom | FTE Restroom Model | Interior - Restroom | Interior - Restroom/Mens - MALE |
| 0 | FTE Analysis Model | Restroom | FTE Restroom Model | Interior - Restroom | Interior - Restroom/Womens - FEMALE |
| 0 | FTE Analysis Model | Restroom | FTE Restroom Model | Structural | Structural-BLDG |
| 3 | FULTON PLAYGROUND | Childrens Play Area | Fulton Play Structures | Childrens Play Area | Fulton CPA 1 |
| 3 | FULTON PLAYGROUND | Childrens Play Area | Fulton Play Structures | Childrens Play Area | Fulton CPA 2 |
| 3 | FULTON PLAYGROUND | Clubhouse | Fulton Clubhouse | Interior - Administrative | Fulton Rec Dir Office |
| 3 | FULTON PLAYGROUND | Clubhouse | Fulton Clubhouse | Interior - Recreational | Multi Purpose Room |
| 3 | FULTON PLAYGROUND | Clubhouse | Fulton Clubhouse | Interior - Recreational | Kitchen |
| 3 | FULTON PLAYGROUND | Clubhouse | Fulton Clubhouse | Interior - Restroom | Interior - Restroom/Mens - MALE |
| 3 | FULTON PLAYGROUND | Clubhouse | Fulton Clubhouse | Interior - Restroom | Interior - Restroom/Womens - FEMALE |
| 3 | FULTON PLAYGROUND | Clubhouse | Fulton Clubhouse | Structural | Clubhouse Building |
| 0 | FULTON PLAYGROUND | Clubhouse | Fulton Clubhouse | Structural | Fulton CH Roof |
| 1 | GARFIELD SQUARE | Childrens Play Area | Garfield Square Play Structures | Childrens Play Area | Garfield CPA |
| 2 | GARFIELD SQUARE | Clubhouse | Garfield Square Clubhouse | Interior - Administrative | Garfield RC Rec Dir Office |
| 2 | GARFIELD SQUARE | Clubhouse | Garfield Square Clubhouse | Interior - Recreational | Kitchen |
| 2 | GARFIELD SQUARE | Clubhouse | Garfield Square Clubhouse | Interior - Recreational | Multi Purpose Room |
| 2 | GARFIELD SQUARE | Clubhouse | Garfield Square Clubhouse | Interior - Recreational | Computer Room |
| 2 | GARFIELD SQUARE | Clubhouse | Garfield Square Clubhouse | Interior - Restroom | Interior - Restroom/Womens - FEMALE |
| 2 | GARFIELD SQUARE | Clubhouse | Garfield Square Clubhouse | Interior - Restroom | Interior - Restroom-MALE |
| 0 | GARFIELD SQUARE | Clubhouse | Garfield Square Clubhouse | Structural | Garfield Square CH Roof |
| 2 | GARFIELD SQUARE | Clubhouse | Garfield Square Clubhouse | Structural | Garfield Square CH Bldg |
| 5 | GARFIELD SQUARE | Swimming Pool | Garfield Square Community Pool | Interior - Administrative | Garfield Pool Swim Intructor Office |
| 4 | GARFIELD SQUARE | Swimming Pool | Garfield Square Community Pool | Interior - Recreational | Swimming Pool |

| | | | | | |
|---|---|---|---|---|---|
| 4 | GARFIELO SQUARE | Swimming Pool | Garfield Square Community Pool | Interior - Restroom | Inlerior - Restroom/Mens - MALE |
| 4 | GARFIELO SQUARE | Swimming Pool | Garfield Square Community Pool | Interior - Reslroom | Inlerior - Restroom/Womens - FEMALE |
| 4 | GARFIELO SQUARE | Swimming Pool | Garfield Square Community Pool | Structural | Garfield Square Community Pool Bldg |
| 0 | GARFIELO SQUARE | Swimming Pool | Garfield Square Community Pool | Structural | Garfield Square Communily Pool Roof |
| 1 | GARFIELO SQUARE | Sports Field | Garfield Soccor Field | | Accessible Artifical Turf Field |
| 2 | GENE FRIENO REC CENTER | Childrens Play Area | SOMA Play Structures | Childrens Play Area | SOMA CPA |
| 2 | GENE FRIENO REC CENTER | Rec Center | SOMA Eugene Friend Rec Center | Interior - Administrative | SOMA RC Rec Oir Office |
| 2 | GENE FRIENO REC CENTER | Rec Center | SOMA Eugene Friend Rec Center | Interior - Recrealional | Gymnasium |
| 2 | GENE FRIENO REC CENTER | Rec Center | SOMA Eugene Friend Rec Center | Interior - Recrealional | Mulli Purpose Room |
| 2 | GENE FRIENO REC CENTER | Rec Center | SOMA Eugene Friend Rec Center | Interior - Recreational | Weight Room |
| 2 | GENE FRIENO REC CENTER | Rec Center | SOMA Eugene Friend Rec Center | Interior - Recrealional | Slage |
| 2 | GENE FRIENO REC CENTER | Rec Center | SOMA Eugene Friend Rec Center | Interior - Recrealional | Gallery |
| 2 | GENE FRIENO REC CENTER | Rec Center | SOMA Eugene Friend Rec Center | Interior - Restroom | Inlerior - Restroom/Mens - MALE |
| 2 | GENE FRIENO REC CENTER | Rec Center | SOMA Eugene Friend Rec Center | Interior - Reslroom | Inlerior - Restroom/Womens - FEMALE |
| 2 | GENE FRIENO REC CENTER | Rec Center | SOMA Eugene Friend Rec Center | Structural | SOMA Eugene Friend RC Bldg |
| 0 | GENE FRIENO REC CENTER | Rec Center | SOMA Eugene Friend Rec Center | Structural | SOMA Eugene Friend RC Roof |
| 5 | GEORGE CHRISTOPHER PLAYGR( | Childrens Play Area | Christopher Childrens Play Area | Childrens Play Area | Chrislopher CPA 2 |
| 5 | GEORGE CHRISTOPHER PLAYGR( | Childrens Play Area | Christopher Childrens Play Area | Childrens Play Area | Christopher CPA 1 |
| 5 | GEORGE CHRISTOPHER PLAYGR( | Clubhouse | Christopher Clubhouse | Interior - Administralive | Chrislopher CH Rec Oir Office |
| 5 | GEORGE CHRISTOPHER PLAYGR( | Clubhouse | Christopher Clubhouse | Interior - Recrealional | Kitchen |
| 5 | GEORGE CHRISTOPHER PLAYGR( | Clubhouse | Christopher Clubhouse | Interior - Recrealional | Mulli Purpose Room |
| 5 | GEORGE CHRISTOPHER PLAYGR( | Clubhouse | Christopher Clubhouse | Interior - Restroom | Inlerior - Restroom-FEMALE |
| 5 | GEORGE CHRISTOPHER PLAYGR( | Clubhouse | Christopher Clubhouse | Interior - Reslroom | Inlerior - Restroom-MALE |
| 5 | GEORGE CHRISTOPHER PLAYGR( | Clubhouse | Christopher Clubhouse | Structural | Christopher CH Bldg |
| 0 | GEORGE CHRISTOPHER PLAYGR( | Clubhouse | Christopher Clubhouse | Structural | Chrislopher CH Roof |
| 5 | GILMAN PLAYGROUNO | Childrens Play Area | Gilman Play Structures | Childrens Play Area | Gilman CPA |
| 5 | GILMAN PLAYGROUNO | Clubhouse | Gilman Clubhouse | Interior - Administralive | Gilman Rec Oir Office |
| 5 | GILMAN PLAYGROUNO | Clubhouse | Gilman Clubhouse | Interior - Recrealional | Multi Purpose Room |
| 5 | GILMAN PLAYGROUNO | Clubhouse | Gilman Clubhouse | Interior - Recrealional | Kitchen |
| 5 | GILMAN PLAYGROUNO | Clubhouse | Gilman Clubhouse | Interior - Recrealional | Compuler Room |
| 5 | GILMAN PLAYGROUNO | Clubhouse | Gilman Clubhouse | Interior - Restroom | Inlerior - Restroom/Mens - MALE |
| 5 | GILMAN PLAYGROUNO | Clubhouse | Gilman Clubhouse | Interior - Reslroom | Inlerior - Restroom/Womens - FEMALE |
| 5 | GILMAN PLAYGROUNO | Clubhouse | Gilman Clubhouse | Structural | Gilman CH Bldg |
| 5 | GILMAN PLAYGROUNO | Clubhouse | Gilman Clubhouse | Structural | Gilman CH Roof |
| 5 | GILMAN PLAYGROUNO | Restroom | Gilman Bathrooms | Interior - Reslroom | Inlerior - Restroom-MALE |
| 5 | GILMAN PLAYGROUNO | Restroom | Gilman Bathrooms | Interior - Reslroom | Inlerior - Restroom/Womens - FEMALE |
| 5 | GILMAN PLAYGROUNO | Restroom | Gilman Bathrooms | Structural | Gilman Balhroom Bldg |
| 0 | GILMAN PLAYGROUNO | Restroom | Gilman Bathrooms | Structural | Gilman Bathroom Roof |
| 3 | GLEN PARK | Childrens Play Area | Glen Park Play Structures | Childrens Play Area | Glen Park CPA |
| 3 | GLEN PARK | Rec Center | Glen Park Rec Center | Interior - Administrative | Glen Park RC Rec Oir Office |
| 3 | GLEN PARK | Rec Center | Glen Park Rec Center | Interior - Recrealional | Gymnasium - |
| 3 | GLEN PARK | Rec Center | Glen Park Rec Center | Interior - Recrealional | Kitchen |
| 3 | GLEN PARK | Rec Center | Glen Park Rec Center | Interior - Recreational | Stage |
| 3 | GLEN PARK | Rec Center | Glen Park Rec Center | Interior - Recrealional | Audilorium |
| 3 | GLEN PARK | Rec Center | Glen Park Rec Center | Interior - Reslroom | Interior - Restroom-FEMALE |
| 3 | GLEN PARK | Rec Center | Glen Park Rec Center | Interior - Restroom | Interior - Reslroom-MALE |
| 3 | GLEN PARK | Rec Center | Glen Park Rec Center | Interior - Reslroom | Glen Park RC Mens Restroom |
| 3 | GLEN PARK | Rec Center | Glen Park Rec Center | Interior - Reslroom | Glen Park RC Womens Reslroom |
| 3 | GLEN PARK | Rec Center | Glen Park Rec Center | Structural | Glen Park RC Bldg |
| 0 | GLEN PARK | Rec Center | Glen Park Rec Center | Structural | Glen Park RC Roof |
| 5 | GLEN PARK Silver Tree Oaycamp | Restroom | Glen Park Restrooms | Interior - Reslrooms | Reslroom-FEMALE |
| 5 | GLEN PARK Silver Tree Oaycamp | Restroom | Glen Park Restrooms | Interior - Restrooms | Reslroom-FEMALE |
| 5 | GLEN PARK Silver Tree Oaycamp | Clubhouse | Glen Canyon Clubhouse | Structural | Pine Lake Bldg |
| 5 | GOLOEN GATE HEIGHTS PARK | Childrens Play Area | Golden Gate Heights Play Structures | Childrens Play Area | Golden Gale Heighls CPA |
| 2 | GOLOEN GATE PARK | Activity Center | Golden Gate Park Senior Center | Hardscaped Area | GGP Senior Center Hardscaped Area |

| | | | | | |
|---|---|---|---|---|---|
| 1 | GOLDEN GATE PARK | Activity Center | Kezar Pavilion | Hardscaped Area | Hardscaped Area - SIDEWALK |
| 0 | GOLDEN GATE PARK | Activity Center | County Fair Bldg | Interior - Administrative | Gallery North Storeroom |
| 0 | GOLDEN GATE PARK | Activity Center | County Fair Bldg | Interior - Administrative | Gallery South Storeroom |
| 0 | GOLDEN GATE PARK | Activity Center | County Fair Bldg | Interior - Administrative | Auditorium Storeroom |
| 2 | GOLDEN GATE PARK | Activity Center | County Fair Bldg | Interior - Administrative | Director's Office |
| 2 | GOLDEN GATE PARK | Activity Center | County Fair Bldg | Interior - Administrative | Reservations Office |
| 2 | GOLDEN GATE PARK | Activity Center | County Fair Bldg | Interior - Administrative | Admin Cubes Area |
| 5 | GOLDEN GATE PARK | Activity Center | Bowling Green Clubhouse | Interior - Administrative | Bowling Green Rec Dir Office |
| 1 | GOLDEN GATE PARK | Activity Center | Golden Gate Park Senior Center | Interior - Administrative | GGP Sr. Ctr Rec Dir Office |
| 5 | GOLDEN GATE PARK | Activity Center | Kezar Pavilion | Interior - Administrative | Kezar Pavilion Rec Dir Office |
| 5 | GOLDEN GATE PARK | Activity Center | GGP Golf Course Clubhouse | Interior - Administrative | GGP Golf Course Rec Dir Office |
| 2 | GOLDEN GATE PARK | Activity Center | Sharon Arts Studio | Interior - Administrative | Sharon Arts Studio Rec Dir Office |
| 0 | GOLDEN GATE PARK | Activity Center | Sharon Arts Studio | Interior - Mechanical | Interior - Mechanical - BOILER RM |
| 0 | GOLDEN GATE PARK | Activity Center | County Fair Bldg | Interior - Mechanical | Interior - Mechanical - BOILER RM |
| 0 | GOLDEN GATE PARK | Activity Center | County Fair Bldg | Interior - Mechanical | Interior - Mechanical - KITCHEN |
| 1 | GOLDEN GATE PARK | Activity Center | Sharon Arts Studio | Interior - Recreational | Carousel Room |
| 5 | GOLDEN GATE PARK | Activity Center | Sharon Arts Studio | Interior - Recreational | Ceramics Studio |
| 5 | GOLDEN GATE PARK | Activity Center | Sharon Arts Studio | Interior - Recreational | Glass Studio Room |
| 5 | GOLDEN GATE PARK | Activity Center | Sharon Arts Studio | Interior - Recreational | Glaze Room |
| 5 | GOLDEN GATE PARK | Activity Center | Sharon Arts Studio | Interior - Recreational | Jewelry Studio Room |
| 5 | GOLDEN GATE PARK | Activity Center | Sharon Arts Studio | Interior - Recreational | Jewelry Studio Room 2 |
| 5 | GOLDEN GATE PARK | Activity Center | Sharon Arts Studio | Interior - Recreational | Kiln Room |
| 5 | GOLDEN GATE PARK | Activity Center | Sharon Arts Studio | Interior - Recreational | Raku Ceramics Area |
| 5 | GOLDEN GATE PARK | Activity Center | Kezar Pavilion | Interior - Recreational | Gymnasium |
| 5 | GOLDEN GATE PARK | Activity Center | Sharon Arts Studio | Interior - Recreational | Kitchen |
| 2 | GOLDEN GATE PARK | Activity Center | County Fair Bldg | Interior - Recreational | County Fair Bldg - Gallery |
| 2 | GOLDEN GATE PARK | Activity Center | County Fair Bldg | Interior - Recreational | County Fair Bldg Auditorium |
| 2 | GOLDEN GATE PARK | Activity Center | County Fair Bldg | Interior - Restroom | Mens Restroom - Hallway |
| 2 | GOLDEN GATE PARK | Activity Center | County Fair Bldg | Interior - Restroom | Womens Restroom - Hallway |
| 2 | GOLDEN GATE PARK | Activity Center | County Fair Bldg | Interior - Restroom | Gallery Mens Restroom |
| 2 | GOLDEN GATE PARK | Activity Center | County Fair Bldg | Interior - Restroom | Gallery Womens Restroom |
| 5 | GOLDEN GATE PARK | Activity Center | GGP Golf Course Clubhouse | Interior - Restroom | Interior - Restroom/Mens - MALE |
| 5 | GOLDEN GATE PARK | Activity Center | GGP Golf Course Clubhouse | Interior - Restroom | Interior - Restroom/Womens - FEMALE |
| 5 | GOLDEN GATE PARK | Activity Center | Tennis & Pro Shop | Interior - Restroom | Interior - Restroom-M-LOCKER |
| 5 | GOLDEN GATE PARK | Activity Center | Tennis & Pro Shop | Interior - Restroom | Interior - Restroom/Womens - W-LOCK |
| 5 | GOLDEN GATE PARK | Activity Center | Tennis & Pro Shop | Interior - Restroom | Interior - Restroom/Mens - MALE |
| 5 | GOLDEN GATE PARK | Activity Center | Tennis & Pro Shop | Interior - Restroom | Interior - Restroom/Womens - FEMALE |
| 2 | GOLDEN GATE PARK | Activity Center | Model Yacht Clubhouse | Interior - Restroom | Interior - Restroom/Mens - MALE |
| 2 | GOLDEN GATE PARK | Activity Center | Model Yacht Clubhouse | Interior - Restroom | Interior - Restroom/Womens - FEMALE |
| 2 | GOLDEN GATE PARK | Activity Center | Golden Gate Park Senior Center | Interior - Restroom | Interior - Restroom/Mens - MALE |
| 2 | GOLDEN GATE PARK | Activity Center | Golden Gate Park Senior Center | Interior - Restroom | Interior - Restroom/Womens - FEMALE |
| 0 | GOLDEN GATE PARK | Activity Center | Model Yacht Clubhouse | Maintenance Yard | Model Yacht Clbhse Maintenance Yard |
| 0 | GOLDEN GATE PARK | Activity Center | Golden Gate Park Senior Center | Perennial Bed | GGP Senior Center Perennial Bed |
| 0 | GOLDEN GATE PARK | Activity Center | Sharon Arts Studio | Perennial Bed | Sharon Arts Studio Perennial Beds |
| 5 | GOLDEN GATE PARK | Activity Center | Helen Crocker Russel Hort Library | Structural | Helen Crocker Russel Hort Library |
| 0 | GOLDEN GATE PARK | Activity Center | Helen Crocker Russel Hort Library | Structural | Helen Crocker Russel Library Roof |
| 5 | GOLDEN GATE PARK | Activity Center | GGP Golf Course Clubhouse | Structural | GGP Golf Course CH Bldg |
| 0 | GOLDEN GATE PARK | Activity Center | GGP Golf Course Clubhouse | Structural | GGP Golf Course CH Roof |
| 2 | GOLDEN GATE PARK | Activity Center | Golden Gate Park Senior Center | Structural | Golden Gate Park Sr Ctr Bldg |
| 0 | GOLDEN GATE PARK | Activity Center | Golden Gate Park Senior Center | Structural | Golden Gate Park Sr Ctr Roof |
| 0 | GOLDEN GATE PARK | Activity Center | Kezar Pavilion | Structural | Kezar Pavilion Roof |
| 5 | GOLDEN GATE PARK | Activity Center | Kezar Pavilion | Structural | Kezar Pavilion Bldg |
| 5 | GOLDEN GATE PARK | Activity Center | Tennis & Pro Shop | Structural | Tennis & Pro Shop Bldg |
| 0 | GOLDEN GATE PARK | Activity Center | Tennis & Pro Shop | Structural | Tennis & Pro Shop Roof |
| 0 | GOLDEN GATE PARK | Activity Center | Bowling Green Clubhouse | Structural | Bowling Green Acty Ctr Roof |

| | | | | | |
|---|---|---|---|---|---|
| 5 | GOLDEN GATE PARK | Activity Center | Bowling Green Clubhouse | Structural | Bowling Green Acly Ctr Bldg |
| 0 | GOLDEN GATE PARK | Activity Center | County Fair Bldg | Structural | County Fair Bldg Roof |
| 2 | GOLDEN GATE PARK | Activity Center | County Fair Bldg | Structural | County Fair Bldg bldg |
| 5 | GOLDEN GATE PARK | Activity Center | Model Yacht Clubhouse | Structural | Model Yacht CH Bldg |
| 0 | GOLDEN GATE PARK | Activity Center | Model Yacht Clubhouse | Structural | Model Yacht CH Roof |
| 5 | GOLDEN GATE PARK | Activity Center | Anglers Lodge | Structural | Anglers Lodge Bldg |
| 0 | GOLDEN GATE PARK | Activity Center | Anglers Lodge | Structural | Anglers Lodge Roof |
| 0 | GOLDEN GATE PARK | Activity Center | Sharon Arts Studio | Structural | Sharon Arts Studio roof |
| 5 | GOLDEN GATE PARK | Activity Center | Sharon Arts Studio | Structural | Sharon Arts Studio bldg |
| 5 | GOLDEN GATE PARK | Activity Center | Tennis & Pro Shop | Wooden Deck | Tennis Clubhouse & Pro Shop Deck |
| 1 | GOLDEN GATE PARK | Childrens Play Area | Mary B. Connolly (Koret) Playground | Childrens Play Area | Connolly CPA 2 |
| 1 | GOLDEN GATE PARK | Childrens Play Area | Mary B. Connolly (Koret) Playground | Childrens Play Area | Connolly CPA 3 |
| 1 | GOLDEN GATE PARK | Childrens Play Area | Mary B. Connolly (Koret) Playground | Childrens Play Area | Connolly CPA 4 |
| 1 | GOLDEN GATE PARK | Childrens Play Area | 9th Ave Fulton Playground | Childrens Play Area | 9th Ave Fulton Playground |
| 1 | GOLDEN GATE PARK | Childrens Play Area | Herschel-Spillman Carousel | Childrens Play Area | Herschel-Spillman Carousel |
| 5 | GOLDEN GATE PARK | Childrens Play Area | Lincoln Ave Playground | Childrens Play Area | Lincoln Ave. CPA |
| 1 | GOLDEN GATE PARK | Childrens Play Area | Mary B. Connolly (Koret) Playground | Childrens Play Area | Mary B. Connolly Playground |
| 5 | GOLDEN GATE PARK | Childrens Play Area | Mothers Meadow Playground | Childrens Play Area | Mothers Meadow CPA |
| 2 | GOLDEN GATE PARK | Childrens Play Area | Panhandle Childrens Play Area | Childrens Play Area | Panhandle CPA |
| 0 | GOLDEN GATE PARK | Childrens Play Area | Mary B. Connolly (Koret) Playground | Hardscaped Area | Connolly Playground Hardscaped Area |
| 0 | GOLDEN GATE PARK | Childrens Play Area | Mary B. Connolly (Koret) Playground | Hedge | Connolly (Korel) Playground Hedges |
| 0 | GOLDEN GATE PARK | Childrens Play Area | Mary B. Connolly (Koret) Playground | Lawn | Connolly (Koret) Playground Turf |
| 2 | GOLDEN GATE PARK | Childrens Play Area | Panhandle Childrens Play Area | Path - Asphalt | Panhandle CPA Asphalt Pathway |
| 0 | GOLDEN GATE PARK | Childrens Play Area | Mary B. Connolly (Koret) Playground | Perennial Bed | Connolly (Koret) Perennial Beds |
| 1 | GOLDEN GATE PARK | Restroom | Mothers Meadow Bathroom | Hardscaped Area | Mother's Bathroom Hardscape |
| 5 | GOLDEN GATE PARK | Restroom | Japanese Tea Garden Men's Bathroc | Hardscaped Area | Japanese TG Men's Bathrm Hardscape |
| 1 | GOLDEN GATE PARK | Restroom | Rose Garden Bathroom | Interior - Restroom | Interior - Restroom-MALE |
| 2 | GOLDEN GATE PARK | Restroom | Speedway Meadow Bathroom | Interior - Restroom | Interior - Restroom/Mens - MALE |
| 2 | GOLDEN GATE PARK | Restroom | Speedway Meadow Bathroom | Interior - Restroom | Interior - Restroom/Womens - FEMALE |
| 3 | GOLDEN GATE PARK | Restroom | Chalet Soccer Fields Restrooms | Interior - Restroom | Interior - Restroom/Mens - MALE |
| 3 | GOLDEN GATE PARK | Restroom | Chalet Soccer Fields Restrooms | Interior - Restroom | Interior - Restroom/Womens - FEMALE |
| 1 | GOLDEN GATE PARK | Restroom | Chain of Lakes Bathroom | Interior - Restroom | Interior - Restroom/Mens - MALE |
| 1 | GOLDEN GATE PARK | Restroom | Chain of Lakes Bathroom | Interior - Restroom | Interior - Restroom/Womens - FEMALE |
| 1 | GOLDEN GATE PARK | Restroom | Stow Lake Restrooms | Interior - Restroom | Interior - Restroom/Mens - MALE |
| 1 | GOLDEN GATE PARK | Restroom | Stow Lake Restrooms | Interior - Restroom | Interior - Restroom/Womens - FEMALE |
| 1 | GOLDEN GATE PARK | Restroom | Mothers Meadow Bathroom | Interior - Restroom | Interior - Restroom/Mens - MALE |
| 1 | GOLDEN GATE PARK | Restroom | Mothers Meadow Bathroom | Interior - Restroom | Interior - Restroom/Womens - FEMALE |
| 1 | GOLDEN GATE PARK | Restroom | Polo Field Bathroom | Interior - Restroom | Interior - Restroom/Mens - MALE |
| 1 | GOLDEN GATE PARK | Restroom | Polo Field Bathroom | Interior - Restroom | Interior - Restroom/Womens - FEMALE |
| 2 | GOLDEN GATE PARK | Restroom | Big Rec Bathroom | Interior - Restroom | Interior - Restroom/Mens - MALE |
| 2 | GOLDEN GATE PARK | Restroom | Big Rec Bathroom | Interior - Restroom | Interior - Restroom/Womens - FEMALE |
| 1 | GOLDEN GATE PARK | Restroom | Conservatory Bathroom | Interior - Restroom | Interior - Restroom/Mens - MALE |
| 1 | GOLDEN GATE PARK | Restroom | Conservatory Bathroom | Interior - Restroom | Interior - Restroom/Womens - FEMALE |
| 1 | GOLDEN GATE PARK | Restroom | Haight St Entrance Bathrooms | Interior - Restroom | Interior - Restroom/Mens - MALE |
| 1 | GOLDEN GATE PARK | Restroom | Haight St Entrance Bathrooms | Interior - Restroom | Interior - Restroom/Womens - FEMALE |
| 2 | GOLDEN GATE PARK | Restroom | Horseshoe Pits Bathroom | Interior - Restroom | Interior - Restroom/Mens - MALE |
| 2 | GOLDEN GATE PARK | Restroom | Horseshoe Pits Bathroom | Interior - Restroom | Interior - Restroom/Womens - FEMALE |
| 1 | GOLDEN GATE PARK | Restroom | Panhandle Bathroom & Staff Bldg | Interior - Restroom | Interior - Restroom/Mens - MALE |
| 1 | GOLDEN GATE PARK | Restroom | Panhandle Bathroom & Staff Bldg | Interior - Restroom | Interior - Restroom/Womens - FEMALE |
| 2 | GOLDEN GATE PARK | Restroom | Sharon Meadow Bathroom | Interior - Restroom | Interior - Restroom/Mens - MALE |
| 2 | GOLDEN GATE PARK | Restroom | Sharon Meadow Bathroom | Interior - Restroom | Interior - Restroom/Womens - FEMALE |
| 1 | GOLDEN GATE PARK | Restroom | Japanese Tea Garden Men's Bathroc | Interior - Restroom | Interior - Restroom/Mens - MALE |
| 1 | GOLDEN GATE PARK | Restroom | Japanese Tea Garden Women's Batl | Interior - Restroom | Interior - Restroom/Womens - FEMALE |
| 1 | GOLDEN GATE PARK | Restroom | Bandstand Public Restrooms | Interior - Restroom | Interior - Restroom/Mens - MALE |
| 1 | GOLDEN GATE PARK | Restroom | Bandstand Public Restrooms | Interior - Restroom | Interior - Restroom/Womens - FEMALE |

| | | | | | |
|---|---|---|---|---|---|
| 5 | GOLDEN GATE PARK | Restroom | Arboretum South Bathroom | Interior - Restroom | Interior - Restroom/Mens - MALE |
| 5 | GOLDEN GATE PARK | Restroom | Arboretum South Bathroom | Interior - Restroom | Interior - Restroom/Womens - FEMALE |
| 1 | GOLDEN GATE PARK | Restroom | Arboretum North Bathroom | Interior - Restroom | Interior - Restroom/Mens - MALE |
| 1 | GOLDEN GATE PARK | Restroom | Arboretum North Bathroom | Interior - Restroom | Interior - Restroom/Womens - FEMALE |
| 2 | GOLDEN GATE PARK | Restroom | Polo Field North Restrooms | Interior - Restroom | Interior - Restroom-MALE |
| 2 | GOLDEN GATE PARK | Restroom | Polo Field North Restrooms | Interior - Restroom | Interior - Restroom/Womens - FEMALE |
| 2 | GOLDEN GATE PARK | Restroom | Polo Field North Restrooms | Structural | Polo Field North Restroom Bldg |
| 0 | GOLDEN GATE PARK | Restroom | Polo Field North Restrooms | Structural | Polo Field North Restroom Roof |
| 0 | GOLDEN GATE PARK | Restroom | Stow Lake Restrooms | Structural | Structural/Roof - ROOF |
| 1 | GOLDEN GATE PARK | Restroom | Arboretum North Bathroom | Structural | Structural-BLDG |
| 0 | GOLDEN GATE PARK | Restroom | Arboretum North Bathroom | Structural | Structural/Roof - ROOF |
| 0 | GOLDEN GATE PARK | Restroom | Japanese Tea Garden Men's Bathroc | Structural | Men's Restroom Roof |
| 1 | GOLDEN GATE PARK | Restroom | Stow Lake Restrooms | Structural | Stow Lake Restroom bldg |
| 1 | GOLDEN GATE PARK | Restroom | Japanese Tea Garden Men's Bathroc | Structural | Japanese Tea Garden Mens Bathroom |
| 2 | GOLDEN GATE PARK | Restroom | Chalet Soccer Fields Restrooms | Structural | Chalet Soccer Fields CH Bldg |
| 0 | GOLDEN GATE PARK | Restroom | Chalet Soccer Fields Restrooms | Structural | Chalet Soccer Fields CH Roof |
| 0 | GOLDEN GATE PARK | Restroom | Haight St Entrance Bathrooms | Structural | Alvord Lake Bathroom roof |
| 2 | GOLDEN GATE PARK | Restroom | Haight St Entrance Bathrooms | Structural | Alvord Lake Bathroom bldg |
| 5 | GOLDEN GATE PARK | Restroom | Arboretum South Bathroom | Structural | Arboretum South Bathroom Bldg |
| 2 | GOLDEN GATE PARK | Restroom | Bandstand Public Restrooms | Structural | Structural/Building - BLDG |
| 2 | GOLDEN GATE PARK | Restroom | Mothers Meadow Bathroom | Structural | Mothers Meadow Bathroom bldg |
| 2 | GOLDEN GATE PARK | Restroom | Horseshoe Pits Bathroom | Structural | Horseshoe Pits Bathroom Bldg |
| 2 | GOLDEN GATE PARK | Restroom | Big Rec Bathroom | Structural | Big Rec Bathroom Bldg |
| 2 | GOLDEN GATE PARK | Restroom | Chain of Lakes Bathroom | Structural | Chain of Lakes Bathroom Bldg |
| 1 | GOLDEN GATE PARK | Restroom | Conservatory Bathroom | Structural | Conservatory Bathroom Bldg |
| 1 | GOLDEN GATE PARK | Restroom | Japanese Tea Garden Women's Batl | Structural | Japanese Tea Garden Womens Bathroon |
| 1 | GOLDEN GATE PARK | Restroom | Panhandle Bathroom & Staff Bldg | Structural | Panhandle Bathroom BLDG |
| 2 | GOLDEN GATE PARK | Restroom | Polo Field Bathroom | Structural | Polo Field South Restroom Bldg |
| 1 | GOLDEN GATE PARK | Restroom | Rose Garden Bathroom | Structural | Rose Garden Bathroom BLDG |
| 2 | GOLDEN GATE PARK | Restroom | Sharon Meadow Bathroom | Structural | Sharon Meadow Bathroom BLDG |
| 2 | GOLDEN GATE PARK | Restroom | Speedway Meadow Bathroom | Structural | Speedway Meadow Bathroom Bldg |
| 0 | GOLDEN GATE PARK | Restroom | Arboretum South Bathroom | Structural | Arboretum Bathroom Roof |
| 0 | GOLDEN GATE PARK | Restroom | Bandstand Public Restrooms | Structural | Structural/Roof - ROOF |
| 0 | GOLDEN GATE PARK | Restroom | Mothers Meadow Bathroom | Structural | Mothers Meadow Bathroom Roof |
| 0 | GOLDEN GATE PARK | Restroom | Horseshoe Pits Bathroom | Structural | Horseshoe Pits Bathroom Roof |
| 0 | GOLDEN GATE PARK | Restroom | Big Rec Bathroom | Structural | Big Rec Bathroom Roof |
| 0 | GOLDEN GATE PARK | Restroom | Chain of Lakes Bathroom | Structural | Chain of Lakes Bathroom Roof |
| 0 | GOLDEN GATE PARK | Restroom | Conservatory Bathroom | Structural | Conservatory Bathroom Roof |
| 0 | GOLDEN GATE PARK | Restroom | Japanese Tea Garden Women's Batl | Structural | Women's Restroom Roof |
| 0 | GOLDEN GATE PARK | Restroom | Panhandle Bathroom & Staff Bldg | Structural | Panhandle Bathroom Roof |
| 0 | GOLDEN GATE PARK | Restroom | Polo Field Bathroom | Structural | Polo Field South Restroom Roof |
| 0 | GOLDEN GATE PARK | Restroom | Rose Garden Bathroom | Structural | Rose Garden Bathroom Roof |
| 0 | GOLDEN GATE PARK | Restroom | Sharon Meadow Bathroom | Structural | Sharon Meadow Bathroom Roof |
| 0 | GOLDEN GATE PARK | Restroom | Speedway Meadow Bathroom | Structural | Speedway Meadow Bathroom Roof |
| 3 | GOLDEN GATE PARK | Sports Field | Beach Chalet Soccor Fields | | Accessible Artifical Turf Field |
| 5 | GRATTAN PLAYGROUND | Childrens Play Area | Grattan Play Structures | Childrens Play Area | Grattan CPA |
| 5 | GRATTAN PLAYGROUND | Clubhouse | Grattan Clubhouse | Interior - Administrative | Grattan Rec Dir Office |
| 5 | GRATTAN PLAYGROUND | Clubhouse | Grattan Clubhouse | Interior - Recreational | Multi Purpose Room |
| 5 | GRATTAN PLAYGROUND | Clubhouse | Grattan Clubhouse | Interior - Recreational | Kitchen |
| 5 | GRATTAN PLAYGROUND | Clubhouse | Grattan Clubhouse | Interior - Restroom | Grattan CH Restroom/Mens |
| 5 | GRATTAN PLAYGROUND | Clubhouse | Grattan Clubhouse | Interior - Restroom | Grattan CH Restroom/Womens |
| 5 | GRATTAN PLAYGROUND | Clubhouse | Grattan Clubhouse | Structural | Grattan CH Bldg |
| 0 | GRATTAN PLAYGROUND | Clubhouse | Grattan Clubhouse | Structural | Grattan CH Roof |
| 1 | HAMILTON REC CENTER | Childrens Play Area | Hamilton Play Structures | Childrens Play Area | Hamilton CPA 2 |
| 1 | HAMILTON REC CENTER | Childrens Play Area | Hamilton Play Structures | Childrens Play Area | Hamilton CPA 1 |

| | | | | | |
|---|---|---|---|---|---|
| 1 | HAMILTON REC CENTER | Rec Center | Hamilton Rec Center | Interior - Administrative | Hamilton RC Rec Dir Office |
| 1 | HAMILTON REC CENTER | Rec Center | Hamilton Rec Center | Interior - Recreational | Kitchen |
| 1 | HAMILTON REC CENTER | Rec Center | Hamilton Rec Center | Interior - Recreational | Stage |
| 1 | HAMILTON REC CENTER | Rec Center | Hamilton Rec Center | Interior - Recreational | Gymnasium |
| 1 | HAMILTON REC CENTER | Rec Center | Hamilton Rec Center | Interior - Recreational | Auditorium |
| 1 | HAMILTON REC CENTER | Rec Center | Hamilton Rec Center | Interior - Recreational | Weight Room |
| 1 | HAMILTON REC CENTER | Rec Center | Hamilton Rec Center | Interior - Recreational | Multi Purpose Room 2 |
| 1 | HAMILTON REC CENTER | Rec Center | Hamilton Rec Center | Interior - Recreational | Multi Purpose Room 1 |
| 1 | HAMILTON REC CENTER | Rec Center | Hamilton Rec Center | Interior - Recreational | Men's Locker Room |
| 1 | HAMILTON REC CENTER | Rec Center | Hamilton Rec Center | Interior - Restroom | Interior - Restroom/Mens - MALE |
| 1 | HAMILTON REC CENTER | Rec Center | Hamilton Rec Center | Interior - Restroom | Interior - Restroom/Womens - FEMALE |
| 1 | HAMILTON REC CENTER | Rec Center | Hamilton Rec Center | Structural | Hamilton RC Bldg |
| 1 | HAMILTON REC CENTER | Rec Center | Hamilton Rec Center | Structural | Hamilton RC Roof |
| 1 | HAMILTON REC CENTER | Swimming Pool | Hamilton Community Pool | Interior - Administrative | Hamilton Pool Swim Instru Office |
| 1 | HAMILTON REC CENTER | Swimming Pool | Hamilton Community Pool | Interior - Recreational | Swimming Pool |
| 1 | HAMILTON REC CENTER | Swimming Pool | Hamilton Community Pool | Interior - Restroom | Interior - Restroom/Mens - MALE |
| 1 | HAMILTON REC CENTER | Swimming Pool | Hamilton Community Pool | Interior - Restroom | Interior - Restroom/Womens - FEMALE |
| 1 | HAMILTON REC CENTER | Swimming Pool | Hamilton Community Pool | Structural | Hamilton Community Pool Bldg |
| 0 | HAMILTON REC CENTER | Swimming Pool | Hamilton Community Pool | Structural | Hamilton Community Pool Roof |
| 3 | HAYES VALLEY PLAYGROUND | Childrens Play Area | Hayes Valley Play Structures | Childrens Play Area | Hayes Valley CPA |
| 3 | HAYES VALLEY PLAYGROUND | Clubhouse | Hayes Valley Clubhouse | Interior - Administrative | Hayes Valley RC Rec Dir Office |
| 3 | HAYES VALLEY PLAYGROUND | Clubhouse | Hayes Valley Clubhouse | Interior - Recreational | Computer Room |
| 3 | HAYES VALLEY PLAYGROUND | Clubhouse | Hayes Valley Clubhouse | Interior - Recreational | Multi Purpose Room 1 |
| 3 | HAYES VALLEY PLAYGROUND | Clubhouse | Hayes Valley Clubhouse | Interior - Recreational | Multi Purpose Room 2 |
| 3 | HAYES VALLEY PLAYGROUND | Clubhouse | Hayes Valley Clubhouse | Interior - Recreational | Kitchen |
| 3 | HAYES VALLEY PLAYGROUND | Clubhouse | Hayes Valley Clubhouse | Interior - Restroom | Interior - Restroom/Mens - MALE |
| 3 | HAYES VALLEY PLAYGROUND | Clubhouse | Hayes Valley Clubhouse | Interior - Restroom | Interior - Restroom/Womens - FEMALE |
| 3 | HAYES VALLEY PLAYGROUND | Clubhouse | Hayes Valley Clubhouse | Structural | Hayes Valley RC Bldg |
| 0 | HAYES VALLEY PLAYGROUND | Clubhouse | Hayes Valley Clubhouse | Structural | Hayes Valley RC Roof |
| 1 | HEAD/BROTHERHOOD MINI PARK | Childrens Play Area | Head/Brotherhood Play Structures | Childrens Play Area | Head/Brotherhood CPA |
| | HELEN WILLS PLAYGROUND | Childrens Play Area | Helen Wills Play Structures | Childrens Play Area | Helen Wills CPA |
| 1 | HELEN WILLS PLAYGROUND | Childrens Play Area | Helen Wills Play Structures | Childrens Play Area | Helen Wills CPA |
| 1 | HELEN WILLS PLAYGROUND | Clubhouse | Helen Wills Clubhouse | Interior - Administrative | Helen Wills Rec Dir Office |
| 1 | HELEN WILLS PLAYGROUND | Clubhouse | Helen Wills Clubhouse | Interior - Recreational | Kitchen |
| 1 | HELEN WILLS PLAYGROUND | Clubhouse | Helen Wills Clubhouse | Interior - Recreational | Multi Purpose Room 2 |
| 1 | HELEN WILLS PLAYGROUND | Clubhouse | Helen Wills Clubhouse | Interior - Recreational | Multi Purpose Room 1 |
| 1 | HELEN WILLS PLAYGROUND | Clubhouse | Helen Wills Clubhouse | Interior - Restroom | Interior - Restroom/Mens - MALE |
| 1 | HELEN WILLS PLAYGROUND | Clubhouse | Helen Wills Clubhouse | Interior - Restroom | Interior - Restroom/Womens - FEMALE |
| 1 | HELEN WILLS PLAYGROUND | Clubhouse | Helen Wills Clubhouse | Structural | Helen Wills CH Bldg |
| 0 | HELEN WILLS PLAYGROUND | Clubhouse | Helen Wills Clubhouse | Structural | Helen Wills CH Roof |
| 1 | HERZ PLAYGROUND | Childrens Play Area | Herz PG Childrens Play Areas | Childrens Play Area | Herz PG CPA |
| 5 | HERZ PLAYGROUND | Clubhouse | Herz Clubhouse | Interior - Administrative | Herz CH Rec Dir Office |
| 5 | HERZ PLAYGROUND | Clubhouse | Herz Clubhouse | Interior - Recreational | Multi Purpose Room |
| 5 | HERZ PLAYGROUND | Clubhouse | Herz Clubhouse | Interior - Recreational | Kitchen |
| 5 | HERZ PLAYGROUND | Clubhouse | Herz Clubhouse | Interior - Restroom | Interior - Restroom-FEMALE |
| 5 | HERZ PLAYGROUND | Clubhouse | Herz Clubhouse | Interior - Restroom | Interior - Restroom/Mens - MALE |
| 5 | HERZ PLAYGROUND | Clubhouse | Herz Clubhouse | Structural | Herz Clubhouse bldg |
| 0 | HERZ PLAYGROUND | Clubhouse | Herz Clubhouse | Structural | Herz Clubhouse roof |
| 1 | HERZ PLAYGROUND | Swimming Pool | Coffman Community Pool | Interior - Administrative | Coffman Pool Swim Instru Office |
| 1 | HERZ PLAYGROUND | Swimming Pool | Coffman Community Pool | Interior - Recreational | Swimming Pool |
| 1 | HERZ PLAYGROUND | Swimming Pool | Coffman Community Pool | Interior - Restroom | Interior - Restroom/Mens - MALE |
| 1 | HERZ PLAYGROUND | Swimming Pool | Coffman Community Pool | Interior - Restroom | Interior - Restroom/Womens - FEMALE |
| 1 | HERZ PLAYGROUND | Swimming Pool | Coffman Community Pool | Structural | Coffman Pool bldg |
| 0 | HERZ PLAYGROUND | Swimming Pool | Coffman Community Pool | Structural | Coffman Pool roof |
| 5 | HILLTOP PARK | Childrens Play Area | Hilltop Park Play Structures | Childrens Play Area | Hilltop CPA |

| | | | | | |
|---|---|---|---|---|---|
| 3 | HILLTOP PARK | Restroom | Hilltop Park Bathrooms | Exterior - Restroom | Interior - Restroom-MALE |
| 3 | HILLTOP PARK | Restroom | Hilltop Park Bathrooms | Exterior - Restroom | Interior - Restroom-FEMALE |
| 3 | HILLTOP PARK | Restroom | Hilltop Park Bathrooms | Structural | Hilltop Park Bathroom Bldg |
| 0 | HILLTOP PARK | Restroom | Hilltop Park Bathrooms | Structural | Hilltop Park Bathroom Roof |
| 1 | HOLLY PARK | Childrens Play Area | Holly Park Play Structures | Childrens Play Area | Holly Park CPA 1 |
| 1 | HOLLY PARK | Childrens Play Area | Holly Park Play Structures | Childrens Play Area | Holly Park CPA 2 |
| 0 | HOLLY PARK | Restroom | Holly Park Bathrooms | Interior - Mechanical | Holly Park Restroom Chase |
| 1 | HOLLY PARK | Restroom | Holly Park Bathrooms | Exterior - Restroom | Interior - Restroom-MALE |
| 1 | HOLLY PARK | Restroom | Holly Park Bathrooms | Exterior - Restroom | Interior - Restroom-FEMALE |
| 1 | HOLLY PARK | Restroom | Holly Park Bathrooms | Interior - Restroom | Interior - Restroom-MALE |
| 1 | HOLLY PARK | Restroom | Holly Park Bathrooms | Structural | Holly Park Bathroom Bldg |
| | HOLLY PARK | Restroom | Holly Park Bathrooms | Structural | Holly Park Bathroom Roof |
| 1 | Hunter's Point Recreation Center | Childrens Play Area | Hunter's Point Play Structures | Childrens Play Area | Hunter's Point Childrens CPA |
| 1 | Hunter's Point Recreation Center | Rec Center | Milton Meyers Rec Center | Interior - Administrative | Milton Meyer RC Rec Oir Office |
| 1 | Hunter's Point Recreation Center | Rec Center | Milton Meyers Rec Center | Interior - Restroom | Interior - Restroom-MALE |
| 1 | Hunter's Point Recreation Center | Rec Center | Milton Meyers Rec Center | Interior - Restroom | Interior - Restroom-FEMALE |
| 1 | Hunter's Point Recreation Center | Rec Center | Hunters Point Gym | Structural | Hunters Point Gym Bldg |
| 0 | Hunter's Point Recreation Center | Rec Center | Hunters Point Gym | Structural | Hunters Point Gym Roof |
| 1 | Hunter's Point Recreation Center | Rec Center | Milton Meyers Rec Center | Structural | Milton Meyers RC Bldg |
| 0 | Hunter's Point Recreation Center | Rec Center | Milton Meyers Rec Center | Structural | Milton Meyers RC Roof |
| 6 | Huntington Park | Restroom | Huntington Park Restroom | Exterior Restroom | Restroom- MALE |
| 6 | Huntington Park | Restroom | Huntington Park Restroom | Exterior Restroom | Restroom- FEMALE |
| 7 | HYOE/VALLEJO MINI PARK | Childrens Play Area | Hyde/Vallejo Play Structures | Childrens Play Area | Hyde/Vallejo CPA |
| 1 | INDIA BASIN SHORELINE PARK | Childrens Play Area | India Basin Childrens Play Areas | Childrens Play Area | India Basin CPA 1 |
| 1 | INOIA BASIN SHORELINE PARK | Childrens Play Area | India Basin Childrens Play Areas | Childrens Play Area | India Basin CPA 2 |
| 3 | INDIA BASIN SHORELINE PARK | Restroom | India Basin Bathrooms | Exterior restroom | Restroom- MALE |
| 3 | INDIA BASIN SHORELINE PARK | Restroom | India Basin Bathrooms | Exterior restroom | Restroom- FEMALE |
| 1 | J. P. MURPHY PLAYGROUNO | Childrens Play Area | J. P. Murphy Play Structures | Childrens Play Area | J. P. Murphy CPA |
| 1 | J. P. MURPHY PLAYGROUND | Clubhouse | J. P. Murphy Clubhouse | Interior - Administrative | JP Murphy Rec Dir Office |
| 1 | J. P. MURPHY PLAYGROUND | Clubhouse | J. P. Murphy Clubhouse | Interior - Recreational | Multi Purpose Room |
| 1 | J. P. MURPHY PLAYGROUNO | Clubhouse | J. P. Murphy Clubhouse | Interior - Recreational | Kitchen |
| 1 | J. P. MURPHY PLAYGROUND | Clubhouse | J. P. Murphy Clubhouse | Interior - Restroom | Interior - Restroom-FEMALE |
| 1 | J. P. MURPHY PLAYGROUNO | Clubhouse | J. P. Murphy Clubhouse | Interior - Restroom | Interior - Restroom-MALE |
| 1 | J. P. MURPHY PLAYGROUNO | Clubhouse | J. P. Murphy Clubhouse | Structural | J. P. Murphy CH Bldg |
| 0 | J. P. MURPHY PLAYGROUND | Clubhouse | J. P. Murphy Clubhouse | Structural | J. P. Murphy CH Roof |
| 5 | JACKSON PLAYGROUNO | Childrens Play Area | Jackson Play Structures | Childrens Play Area | Jackson CPA 1 |
| 5 | JACKSON PLAYGROUNO | Childrens Play Area | Jackson Play Structures | Childrens Play Area | Jackson CPA 2 |
| 2 | JACKSON PLAYGROUND | Clubhouse | Jackson Clubhouse | Interior - Administrative | Jackson Rec Oir Office |
| 2 | JACKSON PLAYGROUND | Clubhouse | Jackson Clubhouse | Interior - Recreational | Multi Purpose Room |
| 2 | JACKSON PLAYGROUNO | Clubhouse | Jackson Clubhouse | Interior - Recreational | Kitchen |
| 2 | JACKSON PLAYGROUND | Clubhouse | Jackson Clubhouse | Interior - Recreational | Stage |
| 2 | JACKSON PLAYGROUNO | Clubhouse | Jackson Clubhouse | Interior - Recreational | Auditorium |
| 2 | JACKSON PLAYGROUNO | Clubhouse | Jackson Clubhouse | Interior - Restroom | Interior - Restroom-FEMALE |
| 2 | JACKSON PLAYGROUND | Clubhouse | Jackson Clubhouse | Interior - Restroom | Interior - Restroom-MALE |
| 2 | JACKSON PLAYGROUNO | Clubhouse | Jackson Clubhouse | Structural | Jackson CH Bldg |
| 0 | JACKSON PLAYGROUNO | Clubhouse | Jackson Clubhouse | Structural | Jackson CH Roof |
| 1 | JAMES ROLPH JR PLAYGROUNO | Childrens Play Area | James Rolph Jr Play Structures | Childrens Play Area | James Rolph Jr CPA |
| 1 | JAMES ROLPH JR PLAYGROUND | Clubhouse | James Rolph Jr Clubhouse | Interior - Administrative | Rolph Rec Oir Office |
| 1 | JAMES ROLPH JR PLAYGROUND | Clubhouse | James Rolph Jr Clubhouse | Interior - Restroom | Interior - Restroom-FEMALE |
| 1 | JAMES ROLPH JR PLAYGROUNO | Clubhouse | James Rolph Jr Clubhouse | Interior - Restroom | Interior - Restroom-MALE |
| 1 | JAMES ROLPH JR PLAYGROUNO | Clubhouse | James Rolph Jr Clubhouse | Structural | Rolph Fieldhouse bldg |
| 0 | JAMES ROLPH JR PLAYGROUND | Clubhouse | James Rolph Jr Clubhouse | Structural | Rolph Fieldhouse roof |
| 6 | JEFFERSON SQUARE | Restroom | Jefferson Square Bathrooms | Exterior restroom | Interior - Restroom/Mens - MALE |
| 6 | JEFFERSON SQUARE | Restroom | Jefferson Square Bathrooms | Exterior restroom | Interior - Restroom/Womens - FEMALE |
| 0 | JEFFERSON SQUARE | Restroom | Jefferson Square Bathrooms | Structural | Jefferson Square Bathroom Roof |

| | | | | | |
|---|---|---|---|---|---|
| 6 | JEFFERSON SQUARE | Restroom | Jefferson Square Bathrooms | Structural | Jefferson Square Bathroom bldg |
| 5 | JOE DIMAGGIO PLAYGROUND | Childrens Play Area | Joe Dimaggio Play Structures | Childrens Play Area | Joe Dimaggio CPA |
| 1 | JOE DIMAGGIO PLAYGROUND | Clubhouse | Joe Dimaggio Clubhouse | Interior - Administrative | Dimaggio CH Rec Director Office |
| 1 | JOE DIMAGGIO PLAYGROUND | Clubhouse | Joe Dimaggio Clubhouse | Interior - Recreational | Multi Purpose Room |
| 1 | JOE DIMAGGIO PLAYGROUND | Clubhouse | Joe Dimaggio Clubhouse | Interior - Recreational | Kitchen |
| 1 | JOE DIMAGGIO PLAYGROUND | Clubhouse | Joe Dimaggio Clubhouse | Interior - Restroom | Interior - Restroom/Mens - MALE |
| 1 | JOE DIMAGGIO PLAYGROUND | Clubhouse | Joe Dimaggio Clubhouse | Interior - Restroom | Interior - Restroom/Womens - FEMALE |
| 1 | JOE DIMAGGIO PLAYGROUND | Clubhouse | Joe Dimaggio Clubhouse | Structural | Dimaggio Clubhouse bldg |
| 0 | JOE DIMAGGIO PLAYGROUND | Clubhouse | Joe Dimaggio Clubhouse | Structural | Dimaggio Clubhouse roof |
| 1 | JOE DIMAGGIO PLAYGROUND | Restroom | Joe Dimaggio Bathrooms | Interior - Restroom | Interior - Restroom/Mens - MALE |
| 1 | JOE DIMAGGIO PLAYGROUND | Restroom | Joe Dimaggio Bathrooms | Interior - Restroom | Interior - Restroom/Womens - FEMALE |
| 0 | JOE DIMAGGIO PLAYGROUND | Restroom | Joe Dimaggio Bathrooms | Structural | Joe Dimaggio Bathroom Roof |
| 1 | JOE DIMAGGIO PLAYGROUND | Restroom | Joe Dimaggio Bathrooms | Structural | Joe Dimaggio Bathroom Bldg |
| 1 | JOE DIMAGGIO PLAYGROUND | Swimming Pool | North Beach Swimming Pool | Interior - Administrative | North Beach Pool Swim Instru Office |
| 1 | JOE DIMAGGIO PLAYGROUND | Swimming Pool | North Beach Swimming Pool | Interior - Recreational | Swimming Pool |
| 1 | JOE DIMAGGIO PLAYGROUND | Swimming Pool | North Beach Swimming Pool | Interior - Restroom | Interior - Restroom-MALE |
| 1 | JOE DIMAGGIO PLAYGROUND | Swimming Pool | North Beach Swimming Pool | Interior - Restroom | Interior - Restroom-FEMALE-1 |
| 1 | JOE DIMAGGIO PLAYGROUND | Swimming Pool | North Beach Swimming Pool | Interior - Restroom | Interior - Restroom-FEMALE-2 |
| 1 | JOE DIMAGGIO PLAYGROUND | Swimming Pool | North Beach Swimming Pool | Structural | Dimaggio Pool bldg |
| 0 | JOE DIMAGGIO PLAYGROUND | Swimming Pool | North Beach Swimming Pool | Structural | Dimaggio Pool roof |
| 7 | JOHN MCLAREN PARK | Childrens Play Area | Gambier/Burrows Childrens Play Are | Childrens Play Area | Gambier/Burrows CPA |
| 5 | JOHN MCLAREN PARK | Childrens Play Area | Mansfield & Burrows CPA | Childrens Play Area | Mansfield & Burrows CPA |
| 7 | JOHN MCLAREN PARK | Childrens Play Area | Group Picnic & Childrens Play Area | Childrens Play Area | Group Picnic & CPA |
| 5 | JOHN MCLAREN PARK | Clubhouse | Gleneagles Golf Course Clubhouse | Interior - Administrative | Gleneagles Clubhouse Office |
| 5 | JOHN MCLAREN PARK | Clubhouse | Gleneagles Golf Course Clubhouse | Interior - Restroom | Interior - Restroom/Mens - MALE |
| 5 | JOHN MCLAREN PARK | Clubhouse | Gleneagles Golf Course Clubhouse | Interior - Restroom | Interior - Restroom/Womens - FEMALE |
| 5 | JOHN MCLAREN PARK | Clubhouse | Mclaren Park Mansell Clubhouse | Interior - Restroom | Interior - Restroom/Mens - MALE |
| 5 | JOHN MCLAREN PARK | Clubhouse | Mclaren Park Mansell Clubhouse | Interior - Restroom | Interior - Restroom/Womens - FEMALE |
| 5 | JOHN MCLAREN PARK | Clubhouse | Gleneagles Golf Course Clubhouse | Structural | Gleneagles Clubhouse bldg |
| 0 | JOHN MCLAREN PARK | Clubhouse | Gleneagles Golf Course Clubhouse | Structural | Gleneagles Clubhouse roof |
| 5 | JOHN MCLAREN PARK | Clubhouse | Mclaren Park Mansell Clubhouse | Structural | Mansell Clubhouse bldg |
| 0 | JOHN MCLAREN PARK | Clubhouse | Mclaren Park Mansell Clubhouse | Structural | Mansell Clubhouse roof |
| 1 | JOHN MCLAREN PARK | Restroom | Jerry Garcia Amphitheatre Restroom | Interior - Restroom | Interior - Restroom-MALE |
| 3 | JOHN MCLAREN PARK | Restroom | Mclaren Park Bathrooms Yosemity m | Exterior restroom | Interior - Restroom/Mens - MALE |
| 3 | JOHN MCLAREN PARK | Restroom | Mclaren Park Bathrooms Yosemity m | Exterior restroom | Interior - Restroom/Womens - FEMALE |
| 5 | JOHN MCLAREN PARK | Restroom | Jerry Garcia Amphitheatre Restroom | Interior - Restroom | Interior - Restroom-FEMALE |
| 0 | JOHN MCLAREN PARK | Restroom | Jerry Garcia Amphitheatre Restroom | Structural | J Garcia Amphitheatre Restroom Roof |
| 1 | JOHN MCLAREN PARK | Restroom | Jerry Garcia Amphitheatre Restroom | Structural | J Garcia Amphitheatre Restroom Bldg |
| 3 | JOHN MCLAREN PARK | Restroom | Mclaren Park Bathrooms | Structural | Mclaren Park Bathroom Roof |
| 0 | JOHN MCLAREN PARK | Restroom | Mclaren Park Bathrooms | Structural | Mclaren Park Bathroom bldg |
| 1 | JOSE CORONADO PLAYGROUND | Childrens Play Area | Jose Coronado Play Structures | Childrens Play Area | Jose Coronado CPA |
| 1 | JOSE CORONADO PLAYGROUND | Clubhouse | Jose Coronado Clubhouse | Interior - Administrative | Jose Coronado CH Rec Dir Office |
| 1 | JOSE CORONADO PLAYGROUND | Clubhouse | Jose Coronado Clubhouse | Interior - Recreational | Multi Purpose Room |
| 1 | JOSE CORONADO PLAYGROUND | Clubhouse | Jose Coronado Clubhouse | Interior - Restroom | Interior - Restroom-FEMALE |
| 1 | JOSE CORONADO PLAYGROUND | Clubhouse | Jose Coronado Clubhouse | Interior - Restroom | Interior - Restroom-MALE |
| 1 | JOSE CORONADO PLAYGROUND | Clubhouse | Jose Coronado Clubhouse | Structural | Jose Coronado CH Bldg |
| 0 | JOSE CORONADO PLAYGROUND | Clubhouse | Jose Coronado Clubhouse | Structural | Jose Coronado CH Roof |
| 1 | JOSEPH L. ALIOTO PERFORMING / | Childrens Play Area | Joe Alioto Piazza Play Structures | Childrens Play Area | Joe Alioto Piazza CPA 1 |
| 1 | JOSEPH L. ALIOTO PERFORMING / | Childrens Play Area | Joe Alioto Piazza Play Structures | Childrens Play Area | Joe Alioto Piazza CPA 2 |
| f | JOSEPH LEE RECREATION CENTE | Childrens Play Area | Joseph Lee Play Structures | Childrens Play Area | Joseph Lee CPA |
| 1 | JOSEPH LEE RECREATION CENTE | Rec Center | Joseph Lee Rec Center | Interior - Administrative | Joe Lee RC Rec Dir Office |
| 1 | JOSEPH LEE RECREATION CENTE | Rec Center | Joseph Lee Rec Center | Interior - Recreational | Multi Purpose Room 1 |
| 1 | JOSEPH LEE RECREATION CENTE | Rec Center | Joseph Lee Rec Center | Interior - Recreational | Multi Purpose Room 2 |
| 1 | JOSEPH LEE RECREATION CENTE | Rec Center | Joseph Lee Rec Center | Interior - Recreational | Kitchen |
| 1 | JOSEPH LEE RECREATION CENTE | Rec Center | Joseph Lee Rec Center | Interior - Recreational | Gymnasium |

| | | | | | |
|---|---|---|---|---|---|
| 1 | JOSEPH LEE RECREATION CENTE | Rec Center | Joseph Lee Rec Center | Interior - Recreational | Dance Room |
| 1 | JOSEPH LEE RECREATION CENTE | Rec Center | Joseph Lee Rec Center | Interior - Restroom | Interior - Restroom-FEMALE |
| 1 | JOSEPH LEE RECREATION CENTE | Rec Center | Joseph Lee Rec Center | Interior - Restroom | Interior - Restroom - STAFF |
| 1 | JOSEPH LEE RECREATION CENTE | Rec Center | Joseph Lee Rec Center | Interior - Restroom | Interior - Restroom-MALE |
| 1 | JOSEPH LEE RECREATION CENTE | Rec Center | Joseph Lee Rec Center | Structural | Joseph Lee RC Bldg |
| 0 | JOSEPH LEE RECREATION CENTE | Rec Center | Joseph Lee Rec Center | Structural | Joseph Lee RC Roof |
| 1 | JULIUS KAHN PLAYGROUND | Childrens Play Area | Julius Kahn Play Structures | Childrens Play Area | Julius Kahn CPA 2 |
| 1 | JULIUS KAHN PLAYGROUND | Childrens Play Area | Julius Kahn Play Structures | Childrens Play Area | Julius Kahn CPA t |
| 1 | JULIUS KAHN PLAYGROUND | Clubhouse | Julius Kahn Clubhouse | Interior - Administrative | Julius Kahn Rec Dir Office |
| 1 | JULIUS KAHN PLAYGROUND | Clubhouse | Julius Kahn Clubhouse | Interior - Recreational | Multi Purpose Room |
| 1 | JULIUS KAHN PLAYGROUND | Clubhouse | Julius Kahn Clubhouse | Interior - Restroom | Interior - Restroom-FEMALE |
| 1 | JULIUS KAHN PLAYGROUND | Clubhouse | Julius Kahn Clubhouse | Interior - Restroom | Interior - Restroom-MALE |
| 1 | JULIUS KAHN PLAYGROUND | Clubhouse | Julius Kahn Clubhouse | Structural | Julius Kahn CH Bldg |
| 0 | JULIUS KAHN PLAYGROUND | Clubhouse | Julius Kahn Clubhouse | Structural | Julius Kahn CH Roof |
| 1 | JUNIPERO SERRA PLAYGROUND | Childrens Play Area | Junipero Serra Play Structures | Childrens Play Area | Junipero Serra CPA |
| 1 | JUNIPERO SERRA PLAYGROUND | Clubhouse | Junipero Serra Clubhouse | Interior - Administrative | Junipero Serra Rec Dir Office |
| 1 | JUNIPERO SERRA PLAYGROUND | Clubhouse | Junipero Serra Clubhouse | Interior - Recreational | Multi Purpose Room |
| t | JUNIPERO SERRA PLAYGROUND | Clubhouse | Junipero Serra Clubhouse | Interior - Restroom | Interior - Restroom/Mens - MALE |
| 1 | JUNIPERO SERRA PLAYGROUND | Clubhouse | Junipero Serra Clubhouse | Interior - Restroom | Interior - Restroom/Womens - FEMALE |
| 1 | JUNIPERO SERRA PLAYGROUND | Clubhouse | Junipero Serra Clubhouse | Structural | Junipero Serra CH Bldg |
| 0 | JUNIPERO SERRA PLAYGROUND | Clubhouse | Junipero Serra Clubhouse | Structural | Junipero Serra CH Roof |
| 5 | JURI COMMONS | Childrens Play Area | Juri Commons Play Structures | Childrens Play Area | Juri Commons CPA |
| 1 | KELLOCH VELASCO MINI PARK | Childrens Play Area | Kelloch Velasco Play Structures | Childrens Play Area | Kelloch Velasco CPA |
| 1 | KID POWER PARK | Childrens Play Area | Kid Power Park Play Structures | Childrens Play Area | Kid Power CPA 1 |
| 1 | KID POWER PARK | Childrens Play Area | Kid Power Park Play Structures | Childrens Play Area | Kid Power CPA 2 |
| 1 | KOSHLAND PARK | Childrens Play Area | Koshland Park Play Structures | Childrens Play Area | Koshland CPA |
| 3 | LAFAYETTE PARK | Childrens Play Area | Lafayette Park Play Structures | Childrens Play Area | Lafayette CPA |
| 3 | LAFAYETTE PARK | Restroom | Lafayette Park Bathrooms | Interior - Restroom | Interior - Restroom-MALE |
| 3 | LAFAYETTE PARK | Restroom | Lafayette Park Bathrooms | Interior - Restroom | Interior - Restroom-FEMALE |
| 3 | LAFAYETTE PARK | Restroom | Lafayette Park Bathrooms | Structural | Lafayette Park Bathroom bldg |
| 0 | LAFAYETTE PARK | Restroom | Lafayette Park Bathrooms | Structural | Lafayette Park Bathroom roof |
| 1 | LAKE MERCED PARK | Activity Center | Sandy Tatum Clubhouse | Interior - Administrative | Harding/Fleming Gold Course Office |
| t | LAKE MERCED PARK | Activity Center | Sandy Tatum Clubhouse | Interior - Restroom | Interior - Restroom/Mens - MALE |
| 1 | LAKE MERCED PARK | Activity Center | Sandy Tatum Clubhouse | Interior - Restroom | Interior - Restroom/Womens - FEMALE |
| 0 | LAKE MERCED PARK | Activity Center | Sandy Tatum Clubhouse | Structural | Sandy Tatum CH Roof |
| 1 | LAKE MERCED PARK | Activity Center | Sandy Tatum Clubhouse | Structural | Sandy Tatum CH Bldg |
| 5 | LAUREL HILL PLAYGROUND | Childrens Play Area | Laurel Hill Play Structures | Childrens Play Area | Laurel Hill CPA |
| 5 | LAUREL HILL PLAYGROUND | Clubhouse | Laurel Hill Clubhouse | Interior - Administrative | Laurel Hill Rec Dir Office |
| 5 | LAUREL HILL PLAYGROUND | Clubhouse | Laurel Hill Clubhouse | Interior - Recreational | Multi Purpose Room |
| 5 | LAUREL HILL PLAYGROUND | Clubhouse | Laurel Hill Clubhouse | Interior - Recreational | Kitchen |
| 5 | LAUREL HILL PLAYGROUND | Clubhouse | Laurel Hill Clubhouse | Interior - Restroom | Interior - Restroom-FEMALE |
| 5 | LAUREL HILL PLAYGROUND | Clubhouse | Laurel Hill Clubhouse | Interior - Restroom | Interior - Restroom-MALE |
| 5 | LAUREL HILL PLAYGROUND | Clubhouse | Laurel Hill Clubhouse | Structural | Clubhouse Building |
| 0 | LAUREL HILL PLAYGROUND | Clubhouse | Laurel Hill Clubhouse | Structural | Laurel Hill CH Roof |
| 1 | LESSING/SEARS MINI PARK | Childrens Play Area | Lessing/Sears Play Structures | Childrens Play Area | Lessing/Sears CPA |
| 1 | LINCOLN PARK | Childrens Play Area | Lincoln Park Childrens Play Area | Childrens Play Area | Lincoln Park CPA |
| 5 | LINCOLN PARK | Clubhouse | Lincoln Park Golf Course Clubhouse | Interior - Administrative | Lincoln Park Golf Course Office |
| 5 | LINCOLN PARK | Clubhouse | Lincoln Park Golf Course Clubhouse | Interior - Restroom | Interior - Restroom/Mens - MALE |
| 5 | LINCOLN PARK | Clubhouse | Lincoln Park Golf Course Clubhouse | Interior - Restroom | Interior - Restroom/Womens - FEMALE |
| 5 | LINCOLN PARK | Clubhouse | Lincoln Park Golf Course Clubhouse | Structural | Golf Course Clubhouse Building |
| 5 | LINCOLN PARK | Clubhouse | Lincoln Park Golf Course Clubhouse | Structural | Lincoln Park Golf Course CH Roof |
| 3 | LINCOLN PARK | Restroom | Lincoln Park Restrooms | Exterior - Restroom | Interior - Restroom/Mens - MALE |
| 3 | LINCOLN PARK | Restroom | Lincoln Park Restrooms | Exterior - Restroom | Interior - Restroom/Womens - FEMALE |
| 3 | LINCOLN PARK | Restroom | Lincoln Park Restrooms | Structural | Lincoln Park Restroom Bldg |
| 0 | LINCOLN PARK | Restroom | Lincoln Park Restrooms | Structural | Lincoln Park Restroom Roof |

| | | | | | |
|---|---|---|---|---|---|
| 1 | LITTLE HOLLYWOOD PARK | Childrens Play Area | Little Hollywood Play Structures | Childrens Play Area | Little Hollywood CPA |
| 1 | LOUIS SUTTER PLAYGROUND | Childrens Play Area | Louis Sutter PG Childrens Play Area | Childrens Play Area | Louis Sutter CPA 1 |
| 1 | LOUIS SUTTER PLAYGROUND | Childrens Play Area | Louis Sutter PG Childrens Play Area | Childrens Play Area | Louis Sutter CPA 2 |
| 1 | LOUIS SUTTER PLAYGROUND | Childrens Play Area | Louis Sutter PG Childrens Play Area | Gazebo | CPA Gazebo |
| 2 | LOUIS SUTTER PLAYGROUND | Clubhouse | Louis Sutter Clubhouse | Interior - Administrative | Louis Sutter Rec Dir Office |
| 2 | LOUIS SUTTER PLAYGROUND | Clubhouse | Louis Sutter Clubhouse | Interior - Recreational | Kitchen |
| 2 | LOUIS SUTTER PLAYGROUND | Clubhouse | Louis Sutter Clubhouse | Interior - Recreational | Multi Purpose Room |
| 2 | LOUIS SUTTER PLAYGROUND | Clubhouse | Louis Sutter Clubhouse | Interior - Restroom | Interior - Restroom-FEMALE |
| 2 | LOUIS SUTTER PLAYGROUND | Clubhouse | Louis Sutter Clubhouse | Interior - Restroom | Interior - Restroom-MALE |
| 2 | LOUIS SUTTER PLAYGROUND | Clubhouse | Louis Sutter Clubhouse | Structural | Louis Sutter CH Bldg |
| 0 | LOUIS SUTTER PLAYGROUND | Clubhouse | Louis Sutter Clubhouse | Structural | Louis Sutter CH Roof |
| 3 | LOWER GREAT HIGHWAY | Restroom | Lower Great Hwy Judah Bathrooms | Exterior restroom | Interior - Restroom-MALE |
| 3 | LOWER GREAT HIGHWAY | Restroom | Lower Great Hwy Taraval Bathrooms | Exterior restroom | Interior - Restroom-MALE |
| 5 | LOWER GREAT HIGHWAY | Restroom | Lower Great Hwy Wawona Bathroom | Exterior restroom | Interior - Restroom-MALE |
| 3 | LOWER GREAT HIGHWAY | Restroom | Lower Great Hwy Judah Bathrooms | Exterior restroom | Interior - Restroom-FEMALE |
| 3 | LOWER GREAT HIGHWAY | Restroom | Lower Great Hwy Taraval Bathrooms | Exterior restroom | Interior - Restroom-FEMALE |
| 5 | LOWER GREAT HIGHWAY | Restroom | Lower Great Hwy Wawona Bathroom | Exterior restroom | Interior - Restroom-FEMALE |
| 0 | LOWER GREAT HIGHWAY | Restroom | Lower Great Hwy Wawona Bathroom | Path - Concrete | Wawona Bathrooms Sidewalk |
| 0 | LOWER GREAT HIGHWAY | Restroom | Lower Great Hwy Taraval Bathrooms | Path - Concrete | Taraval Bathrooms Sidewalk |
| 0 | LOWER GREAT HIGHWAY | Restroom | Lower Great Hwy Judah Bathrooms | Structural | Judah Bathroom Roof |
| 0 | LOWER GREAT HIGHWAY | Restroom | Lower Great Hwy Taraval Bathrooms | Structural | Taraval Bathroom Roof |
| 0 | LOWER GREAT HIGHWAY | Restroom | Lower Great Hwy Wawona Bathroom | Structural | Wawona Bathroom Roof |
| 3 | LOWER GREAT HIGHWAY | Restroom | Lower Great Hwy Judah Bathrooms | Structural | Judah Bathroom Bldg |
| 3 | LOWER GREAT HIGHWAY | Restroom | Lower Great Hwy Taraval Bathrooms | Structural | Taraval Bathroom Bldg |
| 5 | LOWER GREAT HIGHWAY | Restroom | Lower Great Hwy Wawona Bathroom | Structural | Wawona Bathroom Bldg |
| 1 | MARGARET S HAYWARD PLAYGR( | Activity Center | Hayward PG Computer Learning Cen | Structural | Computer Learning Center bldg |
| 1 | MARGARET S HAYWARD PLAYGR( | Activity Center | Hayward PG Computer Learning Cen | Structural | Computer Learning Center Roof |
| 2 | MARGARET S HAYWARD PLAYGR( | Childrens Play Area | Margaret S Hayward Play Structures | Childrens Play Area | Margaret Hayward CPA 1 |
| 2 | MARGARET S HAYWARD PLAYGR( | Childrens Play Area | Margaret S Hayward Play Structures | Childrens Play Area | Margaret Hayward CPA 2 |
| 1 | MARGARET S HAYWARD PLAYGR( | Clubhouse | MS Hayward Clubhouse | Interior - Administrative | Margaret Hayward Rec Dir Office |
| 1 | MARGARET S HAYWARD PLAYGR( | Clubhouse | MS Hayward Clubhouse | Interior - Recreational | Multi Purpose Room 2 |
| 1 | MARGARET S HAYWARD PLAYGR( | Clubhouse | MS Hayward Clubhouse | Interior - Recreational | Multi Purpose Room 1 |
| 1 | MARGARET S HAYWARD PLAYGR( | Clubhouse | MS Hayward Clubhouse | Interior - Recreational | Kitchen |
| 1 | MARGARET S HAYWARD PLAYGR( | Clubhouse | MS Hayward Clubhouse | Interior - Restroom | Interior - Restroom/Mens - MALE |
| 1 | MARGARET S HAYWARD PLAYGR( | Clubhouse | MS Hayward Clubhouse | Interior - Restroom | Interior - Restroom/Womens - FEMALE |
| 2 | MARGARET S HAYWARD PLAYGR( | Clubhouse | MS Hayward Historic Clubhouse | Interior - Restroom | Interior - Restroom-UNISEX |
| 2 | MARGARET S HAYWARD PLAYGR( | Clubhouse | MS Hayward Historic Clubhouse | Structural | MS Hayward Historic Clubhouse Bldg |
| 1 | MARGARET S HAYWARD PLAYGR( | Clubhouse | MS Hayward Clubhouse | Structural | Margaret S Hayward CH BLDG |
| 0 | MARGARET S HAYWARD PLAYGR( | Clubhouse | MS Hayward Clubhouse | Structural | Margaret S Hayward CH Roof |
| 0 | MARGARET S HAYWARD PLAYGR( | Clubhouse | MS Hayward Historic Clubhouse | Structural | MS Hayward Historic Clubhouse Roof |
| 0 | MARGARET S HAYWARD PLAYGR( | Clubhouse | MS Hayward Clubhouse | Structural | Margaret S Hayward small CH roof |
| 1 | MARGARET S HAYWARD PLAYGR( | Clubhouse | MS Hayward Clubhouse | Structural | Margaret S Hayward small CH Bldg |
| 3 | MCCOPPIN SQUARE | Childrens Play Area | Mccoppin Square Play Structures | Childrens Play Area | Mccoppin Square CPA |
| 6 | MCCOPPIN SQUARE | Clubhouse | Mccoppin Square Clubhouse | Interior - Administrative | McCoppin Square Rec Dir Office |
| 6 | MCCOPPIN SQUARE | Clubhouse | Mccoppin Square Clubhouse | Interior - Restroom | Interior - Restroom/Mens - MALE |
| 6 | MCCOPPIN SQUARE | Clubhouse | Mccoppin Square Clubhouse | Interior - Restroom | Interior - Restroom/Womens - FEMALE |
| 6 | MCCOPPIN SQUARE | Clubhouse | Mccoppin Square Clubhouse | Structural | Mccoppin Square CH Bldg |
| 0 | MCCOPPIN SQUARE | Clubhouse | Mccoppin Square Clubhouse | Structural | Mccoppin Square CH Roof |
| 3 | MCCOPPIN SQUARE | Restroom | McCoppin Restroom | Exterior restroom | Restroom - MALE |
| 3 | MCCOPPIN SQUARE | Restroom | McCoppin Restroom | Exterior restroom | Restroom - FEMALE |
| 1 | MCKINLEY SQUARE | Childrens Play Area | Mckinley Square Play Structures | Childrens Play Area | Mckinley Square CPA |
| 0 | MCKINLEY SQUARE | Childrens Play Area | Mckinley Square Play Structures | Lawn | Lawn - LAWN AREA |
| 5 | MERCED HEIGHTS PLAYGROUND | Childrens Play Area | Merced Heights Play Structures | Childrens Play Area | Merced Heights CPA |
| 5 | MERCED HEIGHTS PLAYGROUND | Clubhouse | Merced Heights Clubhouse | Interior - Administrative | Merced Hts CH Rec Dir Office |
| 5 | MERCED HEIGHTS PLAYGROUND | Clubhouse | Merced Heights Clubhouse | Interior - Recreational | Kitchen |

| | | | | | |
|---|---|---|---|---|---|
| 5 | MERCED HEIGHTS PLAYGROUND | Clubhouse | Merced Heights Clubhouse | Interior - Recreational | Multi Purpose Room |
| 5 | MERCED HEIGHTS PLAYGROUND | Clubhouse | Merced Heights Clubhouse | Interior - Restroom | Interior - Restroom-FEMALE |
| 5 | MERCED HEIGHTS PLAYGROUND | Clubhouse | Merced Heights Clubhouse | Interior - Restroom | Interior - Restroom-MALE |
| 5 | MERCED HEIGHTS PLAYGROUND | Clubhouse | Merced Heights Clubhouse | Structural | Merced Heights Fieldhouse Bldg |
| 0 | MERCED HEIGHTS PLAYGROUND | Clubhouse | Merced Heights Clubhouse | Structural | Merced Heights Fieldhouse Roof |
| 5 | MICHELANGELO PLAYGROUND | Childrens Play Area | Michelangelo Play Structures | Childrens Play Area | Michelangelo CPA |
| 3 | MICHELANGELO PLAYGROUND | Restroom | Michelangelo Restroom | Exterior restroom | Exterior - Restroom men |
| 3 | MICHELANGELO PLAYGROUND | Restroom | Michelangelo Restroom | Exterior restroom | Exterior - Restroom women |
| 3 | MICHELANGELO PLAYGROUND | Restroom | Michelangelo Restroom | Exterior restroom | Exterior - Restroom bldg |
| 1 | MIDTOWN TERRACE PLAYGROUN | Childrens Play Area | Midtown Terrace Play Structures | Childrens Play Area | Midtown Terrace CPA 1 |
| 1 | MIDTOWN TERRACE PLAYGROUN | Childrens Play Area | Midtown Terrace Play Structures | Childrens Play Area | Midtown Terrace CPA 2 |
| 5 | MIDTOWN TERRACE PLAYGROUN | Clubhouse | Midtown Terrace Clubhouse | Interior - Administrative | Midtown Terrace Rec Dir Office |
| 5 | MIDTOWN TERRACE PLAYGROUN | Clubhouse | Midtown Terrace Clubhouse | Interior - Recreational | Multi Purpose Room |
| 5 | MIDTOWN TERRACE PLAYGROUN | Clubhouse | Midtown Terrace Clubhouse | Interior - Recreational | Kitchen |
| 5 | MIDTOWN TERRACE PLAYGROUN | Clubhouse | Midtown Terrace Clubhouse | Interior - Restroom | Interior - Restroom-MALE |
| 5 | MIDTOWN TERRACE PLAYGROUN | Clubhouse | Midtown Terrace Clubhouse | Interior - Restroom | Interior - Restroom-FEMALE |
| 5 | MIDTOWN TERRACE PLAYGROUN | Clubhouse | Midtown Terrace Clubhouse | Structural | Midtown Terrace CH Bldg |
| 0 | MIDTOWN TERRACE PLAYGROUN | Clubhouse | Midtown Terrace Clubhouse | Structural | Midtown Terrace CH Roof |
| 1 | MINNIE & LOVIE WARD REC CENTI | Childrens Play Area | Ocean View Play Structures | Childrens Play Area | Minnie & Lovie Ward CPA 1 |
| 1 | MINNIE & LOVIE WARD REC CENTI | Childrens Play Area | Ocean View Play Structures | Childrens Play Area | Minnie & Lovie Ward CPA 2 |
| 1 | MINNIE & LOVIE WARD REC CENTI | Childrens Play Area | Ocean View Play Structures | Childrens Play Area | Minnie & Lovie Ward CPA 3 |
| 0 | MINNIE & LOVIE WARD REC CENTI | Rec Center | Minnie & Lovie Ward Rec Center | Hardscaped Area | Hardscaped Area - Basket ball court |
| 0 | MINNIE & LOVIE WARD REC CENTI | Rec Center | Minnie & Lovie Ward Rec Center | Hardscaped Area | Hardscaped Area - POLE LTS |
| 1 | MINNIE & LOVIE WARD REC CENTI | Rec Center | Minnie & Lovie Ward Rec Center | Interior - Administrative | Minnie&Lovie Ward RC Rec Dir Office |
| 0 | MINNIE & LOVIE WARD REC CENTI | Rec Center | Minnie & Lovie Ward Rec Center | Interior - Mechanical | Interior - Mechanical - BOILER RM |
| 1 | MINNIE & LOVIE WARD REC CENTI | Rec Center | Minnie & Lovie Ward Rec Center | Interior - Recreational | Computer Room |
| 1 | MINNIE & LOVIE WARD REC CENTI | Rec Center | Minnie & Lovie Ward Rec Center | Interior - Recreational | Arts & Crafts Room |
| 1 | MINNIE & LOVIE WARD REC CENTI | Rec Center | Minnie & Lovie Ward Rec Center | Interior - Recreational | Kitchen |
| 1 | MINNIE & LOVIE WARD REC CENTI | Rec Center | Minnie & Lovie Ward Rec Center | Interior - Recreational | Gymnasium |
| 1 | MINNIE & LOVIE WARD REC CENTI | Rec Center | Minnie & Lovie Ward Rec Center | Interior - Recreational | Stage |
| 1 | MINNIE & LOVIE WARD REC CENTI | Rec Center | Minnie & Lovie Ward Rec Center | Interior - Recreational | Multi Purpose Room |
| 1 | MINNIE & LOVIE WARD REC CENTI | Rec Center | Minnie & Lovie Ward Rec Center | Interior - Recreational | Auditorium |
| 1 | MINNIE & LOVIE WARD REC CENTI | Rec Center | Minnie & Lovie Ward Rec Center | Interior - Restroom | Interior - Restroom/Mens - MALE |
| 1 | MINNIE & LOVIE WARD REC CENTI | Rec Center | Minnie & Lovie Ward Rec Center | Interior - Restroom | Interior - Restroom/Womens - FEMALE |
| 1 | MINNIE & LOVIE WARD REC CENTI | Rec Center | Minnie & Lovie Ward Rec Center | Playfield | Playfield - PLAYFIELD |
| 1 | MINNIE & LOVIE WARD REC CENTI | Rec Center | Minnie & Lovie Ward Rec Center | Structural | Minnie & Lovie Ward RC Bldg |
| 0 | MINNIE & LOVIE WARD REC CENTI | Rec Center | Minnie & Lovie Ward Rec Center | Structural | Minnie&Lovie Ward RC Roof |
| 5 | MIRALOMA PLAYGROUND | Childrens Play Area | Miraloma Play Structures | Childrens Play Area | Miraloma CPA |
| 5 | MIRALOMA PLAYGROUND | Clubhouse | Miraloma Clubhouse | Interior - Administrative | Miraloma Rec Dir Office |
| 5 | MIRALOMA PLAYGROUND | Clubhouse | Miraloma Clubhouse | Interior - Recreational | Kitchen |
| 5 | MIRALOMA PLAYGROUND | Clubhouse | Miraloma Clubhouse | Interior - Recreational | Multi Purpose Room |
| 5 | MIRALOMA PLAYGROUND | Clubhouse | Miraloma Clubhouse | Interior - Restroom | Interior - Restroom-FEMALE |
| 5 | MIRALOMA PLAYGROUND | Clubhouse | Miraloma Clubhouse | Interior - Restroom | Interior - Restroom-MALE |
| 5 | MIRALOMA PLAYGROUND | Clubhouse | Miraloma Clubhouse | Structural | Miraloma CH Roof |
| 5 | MIRALOMA PLAYGROUND | Clubhouse | Miraloma Clubhouse | Structural | Miraloma CH Bldg |
| 3 | MISSION DOLORES PARK | Childrens Play Area | Mission Dolores Park Play Structure | Childrens Play Area | Mission Dolores CPA |
| 3 | MISSION DOLORES PARK | Clubhouse | Mission Dolores Park Clubhouse | Interior - Administrative | Rec Director Office |
| 3 | MISSION DOLORES PARK | Clubhouse | Mission Dolores Park Clubhouse | Interior - Recreational | Multi Purpose Room |
| 3 | MISSION DOLORES PARK | Clubhouse | Mission Dolores Park Clubhouse | Interior - Restroom | Interior - Restroom-MALE |
| 3 | MISSION DOLORES PARK | Clubhouse | Mission Dolores Park Clubhouse | Interior - Restroom | Interior - Restroom-FEMALE |
| 3 | MISSION DOLORES PARK | Clubhouse | Mission Dolores Park Clubhouse | Structural | Mission Dolores CH Bldg |
| 0 | MISSION DOLORES PARK | Clubhouse | Mission Dolores Park Clubhouse | Structural | Mission Dolores CH Roof |
| 3 | MISSION PLAYGROUND | Childrens Play Area | Mission Playground Play Structures | Childrens Play Area | Mission Playground CPA |
| 3 | MISSION PLAYGROUND | Clubhouse | Mission PG Clubhouse | Interior - Administrative | Mission PG CH Rec Director Office |
| 3 | MISSION PLAYGROUND | Clubhouse | Mission PG Clubhouse | Interior - Recreational | Multi Purpose Room |

| | | | | | |
|---|---|---|---|---|---|
| 3 | MISSION PLAYGROUND | Clubhouse | Mission PG Clubhouse | Interior - Recreational | Kitchen |
| 3 | MISSION PLAYGROUND | Clubhouse | Mission PG Clubhouse | Interior - Restroom | Interior - Restroom-FEMALE |
| 3 | MISSION PLAYGROUND | Clubhouse | Mission PG Clubhouse | Interior - Restroom | Interior - Restroom-STAFF |
| 3 | MISSION PLAYGROUND | Clubhouse | Mission PG Clubhouse | Interior - Restroom | Interior - Restroom-MALE |
| 3 | MISSION PLAYGROUND | Clubhouse | Mission PG Clubhouse | Structural | Mission PG CH Bldg |
| 0 | MISSION PLAYGROUND | Clubhouse | Mission PG Clubhouse | Structural | Mission PG CH Roof |
| 2 | MISSION PLAYGROUND | Swimming Pool | Mission Community Pool | Interior - Administrative | Mission Pool Swim Instru Office |
| 2 | MISSION PLAYGROUND | Swimming Pool | Mission Community Pool | Interior - Recreational | Swimming Pool |
| 0 | MISSION PLAYGROUND | Swimming Pool | Mission Community Pool | Maintenance Yard | Mechanical Room |
| 2 | MISSION PLAYGROUND | Swimming Pool | Mission Community Pool | Structural | Mission Community Pool BLDG |
| 0 | MISSION REC CENTER | Childrens Play Area | Mission Rec Children's Play Area | Childrens Play Area | Mission Rec CPA |
| 2 | MISSION REC CENTER | Clubhouse | Treat Street Building | Interior - Administrative | Mission RC/Treat St Rec Dir Offic |
| 2 | MISSION REC CENTER | Clubhouse | Treat Street Building | Interior - Recreational | Computer Room |
| 2 | MISSION REC CENTER | Clubhouse | Treat Street Building | Interior - Recreational | Dance Room |
| 2 | MISSION REC CENTER | Clubhouse | Treat Street Building | Interior - Recreational | Courtyard |
| 2 | MISSION REC CENTER | Clubhouse | Treat Street Building | Interior - Recreational | Arts & Crafts Room |
| 2 | MISSION REC CENTER | Clubhouse | Treat Street Building | Interior - Recreational | Kitchen |
| 2 | MISSION REC CENTER | Clubhouse | Treat Street Building | Interior - Recreational | Auditorium |
| 5 | MISSION REC CENTER | Clubhouse | Treat Street Building | Interior - Recreational | Stage |
| 2 | MISSION REC CENTER | Clubhouse | Treat Street Building | Interior - Recreational | Multi Purpose Room 1 |
| 2 | MISSION REC CENTER | Clubhouse | Treat Street Building | Interior - Recreational | Multi Purpose Room 3 |
| 2 | MISSION REC CENTER | Clubhouse | Treat Street Building | Interior - Recreational | Multi Purpose Room 2 |
| 0 | MISSION REC CENTER | Clubhouse | Treat Street Building | Structural | Treat St. Rec Ctr Roof |
| 2 | MISSION REC CENTER | Clubhouse | Treat Street Building | Structural | Treat St. Rec Ctr Bldg |
| 2 | MISSION REC CENTER | Rec Center | Mission Rec Center | Hardscaped Area | Hardscaped Area - 1 |
| 2 | MISSION REC CENTER | Rec Center | Mission Rec Center | Hardscaped Area | Hardscaped Area - 1 PARKING L |
| 2 | MISSION REC CENTER | Rec Center | Mission Rec Center | Interior - Administrative | Mission RC Rec Dir Office |
| 2 | MISSION REC CENTER | Rec Center | Mission Rec Center | Interior - Recreational | Hand/Racquetball Court 1 |
| 2 | MISSION REC CENTER | Rec Center | Mission Rec Center | Interior - Recreational | Hand/Racquetball Court 2 |
| 2 | MISSION REC CENTER | Rec Center | Mission Rec Center | Interior - Recreational | Weight Room |
| 2 | MISSION REC CENTER | Rec Center | Mission Rec Center | Interior - Recreational | Multi Purpose Room 4 |
| 2 | MISSION REC CENTER | Rec Center | Mission Rec Center | Interior - Recreational | Gymnasium |
| 2 | MISSION REC CENTER | Rec Center | Mission Rec Center | Interior - Restroom | Interior - Restroom/Mens - MALE |
| 2 | MISSION REC CENTER | Rec Center | Mission Rec Center | Interior - Restroom | Interior - Restroom/Womens - FEMALE |
| 2 | MISSION REC CENTER | Rec Center | Mission Rec Center | Structural | Mission RC Bldg |
| 0 | MISSION REC CENTER | Rec Center | Mission Rec Center | Structural | Mission RC Roof |
| 1 | MOSCONE RECREATION CENTER | Activity Center | Funston Senior Center | Interior - Restroom | Interior - Restroom-FEMALE |
| 1 | MOSCONE RECREATION CENTER | Activity Center | Funston Senior Center | Interior - Restroom | Interior - Restroom-MALE |
| 1 | MOSCONE RECREATION CENTER | Activity Center | Funston Senior Center | Structural | Funston Senior Center Roof |
| 1 | MOSCONE RECREATION CENTER | Activity Center | Funston Senior Center | Structural | Funston Senior Center Bldg |
| 2 | MOSCONE RECREATION CENTER | Childrens Play Area | Moscone Childrens Play Area | Childrens Play Area | Moscone CPA 1 |
| 2 | MOSCONE RECREATION CENTER | Childrens Play Area | Moscone Childrens Play Area | Childrens Play Area | Moscone CPA 2 |
| 1 | MOSCONE RECREATION CENTER | Rec Center | Moscone Rec Center | Interior - Administrative | Moscone RC Rec Dir Office |
| 1 | MOSCONE RECREATION CENTER | Rec Center | Moscone Rec Center | Interior - Recreational | Gymnasium |
| 5 | MOSCONE RECREATION CENTER | Rec Center | Moscone Rec Center | Interior - Recreational | Stage |
| 1 | MOSCONE RECREATION CENTER | Rec Center | Moscone Rec Center | Interior - Recreational | Multi Purpose Room |
| 1 | MOSCONE RECREATION CENTER | Rec Center | Moscone Rec Center | Interior - Restroom | Interior - Restroom-MALE-1 |
| 1 | MOSCONE RECREATION CENTER | Rec Center | Moscone Rec Center | Interior - Restroom | Interior - Restroom-MALE-2 |
| 1 | MOSCONE RECREATION CENTER | Rec Center | Moscone Rec Center | Interior - Restroom | Interior - Restroom-FEMALE |
| 1 | MOSCONE RECREATION CENTER | Rec Center | Moscone Rec Center | Interior - Restroom | Interior - Restroom-STAFF |
| 1 | MOSCONE RECREATION CENTER | Rec Center | Moscone Rec Center | Structural | Moscone RC Bldg |
| 0 | MOSCONE RECREATION CENTER | Rec Center | Moscone Rec Center | Structural | Moscone RC Roof |
| 5 | MOSCONE RECREATION CENTER | Restroom | Moscone Stadium Bathrooms | Exterior restroom | Interior - Restroom-FEMALE |
| 5 | MOSCONE RECREATION CENTER | Restroom | Moscone Stadium Bathrooms | Exterior restroom | Interior - Restroom-MALE |
| 0 | MOSCONE RECREATION CENTER | Restroom | Moscone Bathrooms | Structural | Moscone Bathroom Roof |

| | | | | | |
|---|---|---|---|---|---|
| 1 | MOSCONE RECREATION CENTER | Restroom | Moscone Bathrooms | Structural | Moscone Bathroom Bldg |
| 5 | MOUNTAIN LAKE PARK | Childrens Play Area | Mountain Lake Children's Play Area | Childrens Play Area | Mountain Lake CPA |
| 3 | MOUNTAIN LAKE PARK | Restroom | Mountain Lake Park Bathrooms | Exterior restroom | Interior - Restroom-MALE |
| 3 | MOUNTAIN LAKE PARK | Restroom | Mountain Lake Park Bathrooms | Exterior restroom | Interior - Restroom-FEMALE |
| 3 | MOUNTAIN LAKE PARK | Restroom | Mountain Lake Park Bathrooms | Structural | Mountain Lake Park Bathroom Bldg |
| 0 | MOUNTAIN LAKE PARK | Restroom | Mountain Lake Park Bathrooms | Structural | Mountain Lake Park Bathroom Roof |
| 7 | MURIEL LEFF MINI PARK | Childrens Play Area | Muriel Leff Children's Play Area | Childrens Play Area | Muriel Leff MP CPA |
| 1 | NOE VALLEY COURTS | Childrens Play Area | Noe Valley Courts Play Structures | Childrens Play Area | Noe Valley Courts CPA |
| 3 | NOE VALLEY COURTS | Restroom | Noe Valley Courts Bathrooms | Exterior restroom | Interior - Restroom-MALE |
| 3 | NOE VALLEY COURTS | Restroom | Noe Valley Courts Bathrooms | Exterior restroom | Interior - Restroom-FEMALE |
| 3 | NOE VALLEY COURTS | Restroom | Noe Valley Courts Bathrooms | Structural | Noe Valley Courts Bathroom bldg |
| 0 | NOE VALLEY COURTS | Restroom | Noe Valley Courts Bathrooms | Structural | Noe Valley Courts Bathroom roof |
| 3 | PALEGA RECREATION CENTER | Childrens Play Area | Palega Play Structures | Childrens Play Area | Palega CPA |
| 3 | PALEGA RECREATION CENTER | Rec Center | Palega Rec Center | Interior - Administrative | Palega RC Rec Dir Office |
| 3 | PALEGA RECREATION CENTER | Rec Center | Palega Rec Center | Interior - Recreational | Multi Purpose Room 2 |
| 3 | PALEGA RECREATION CENTER | Rec Center | Palega Rec Center | Interior - Recreational | Multi Purpose Room f |
| 3 | PALEGA RECREATION CENTER | Rec Center | Palega Rec Center | Interior - Recreational | Weight Room |
| 3 | PALEGA RECREATION CENTER | Rec Center | Palega Rec Center | Interior - Recreational | Gymnasium |
| 3 | PALEGA RECREATION CENTER | Rec Center | Palega Rec Center | Interior - Recreational | Stage |
| 3 | PALEGA RECREATION CENTER | Rec Center | Palega Rec Center | Interior - Recreational | Arts & Crafts Room |
| 3 | PALEGA RECREATION CENTER | Rec Center | Palega Rec Center | Interior - Recreational | Men's Locker Room |
| 3 | PALEGA RECREATION CENTER | Rec Center | Palega Rec Center | Interior - Recreational | Women's Locker Room |
| 3 | PALEGA RECREATION CENTER | Rec Center | Palega Rec Center | Interior - Restroom | Interior - Restroom-FEMALE |
| 3 | PALEGA RECREATION CENTER | Rec Center | Palega Rec Center | Interior - Restroom | Interior - Restroom-FEMALE-2 |
| 3 | PALEGA RECREATION CENTER | Rec Center | Palega Rec Center | Interior - Restroom | Interior - Restroom-MALE-t |
| 3 | PALEGA RECREATION CENTER | Rec Center | Palega Rec Center | Interior - Restroom | Interior - Restroom-MALE-2 |
| 3 | PALEGA RECREATION CENTER | Rec Center | Palega Rec Center | Interior - Restroom | Interior - Restroom-STAFF |
| 0 | PALEGA RECREATION CENTER | Rec Center | Palega Rec Center | Structural | Palega RC Roof |
| 3 | PALEGA RECREATION CENTER | Rec Center | Palega Rec Center | Structural | Palega RC Bldg |
| 1 | PALOU/PHELPS PARK | Childrens Play Area | Palou/Phelps Play Structures | Childrens Play Area | Palou/Phelps CPA t |
| t | PALOU/PHELPS PARK | Childrens Play Area | Palou/Phelps Play Structures | Childrens Play Area | Palou/Phelps CPA 2 |
| 1 | PARKSIDE SQUARE | Childrens Play Area | Parkside Square Play Structures | Childrens Play Area | Parkside Square CPA |
| 3 | PARKSIDE SQUARE | Restroom | Parkside Square Bathrooms | Exterior restroom | Interior - Restroom-MALE |
| 3 | PARKSIDE SQUARE | Restroom | Parkside Square Bathrooms | Exterior restroom | Interior - Restroom-FEMALE |
| 3 | PARKSIDE SQUARE | Restroom | Parkside Square Bathrooms | Structural | Parkside Square Bathroom Bldg |
| 0 | PARKSIDE SQUARE | Restroom | Parkside Square Bathrooms | Structural | Parkside Square Bathroom Roof |
| 1 | PARQUE NINOS UNIDOS | Childrens Play Area | Parque Ninos Unidos Play Structures | Childrens Play Area | Parque Ninos Unidos CPA 1 |
| 1 | PARQUE NINOS UNIDOS | Childrens Play Area | Parque Ninos Unidos Play Structures | Childrens Play Area | Parque Ninos Unidos CPA 2 |
| 1 | PARQUE NINOS UNIDOS | Clubhouse | Parque Ninos Unidos Clubhouse | Interior - Administrative | Parque Ninos Unidos Rec Dir Office |
| 1 | PARQUE NINOS UNIDOS | Clubhouse | Parque Ninos Unidos Clubhouse | Interior - Recreational | Multi Purpose Room |
| 1 | PARQUE NINOS UNIDOS | Clubhouse | Parque Ninos Unidos Clubhouse | Interior - Restroom | Interior - Restroom/Mens - MALE |
| 1 | PARQUE NINOS UNIDOS | Clubhouse | Parque Ninos Unidos Clubhouse | Interior - Restroom | Interior - Restroom/Womens - FEMALE |
| 1 | PARQUE NINOS UNIDOS | Clubhouse | Parque Ninos Unidos Clubhouse | Structural | Parque Ninos Unidos CH Bldg |
| 0 | PARQUE NINOS UNIDOS | Clubhouse | Parque Ninos Unidos Clubhouse | Structural | Parque Ninos Unidos CH Roof |
| 1 | PATRICIAS GREEN IN HAYES VALL | Childrens Play Area | Patricias Green Childrens Play Area | Childrens Play Area | Patricias Green CPA |
| 5 | PEIXOTTO PLAYGROUND | Childrens Play Area | Peixotto Play Structures | Childrens Play Area | Peixotto CPA |
| 5 | PEIXOTTO PLAYGROUND | Clubhouse | Peixotto Clubhouse | Interior - Restroom | Interior - Restroom/Mens - MALE |
| 5 | PEIXOTTO PLAYGROUND | Clubhouse | Peixotto Clubhouse | Interior - Restroom | Interior - Restroom/Womens - FEMALE |
| 5 | PEIXOTTO PLAYGROUND | Clubhouse | Peixotto Clubhouse | Structural | Peixotto CH Bldg |
| 0 | PEIXOTTO PLAYGROUND | Clubhouse | Peixotto Clubhouse | Structural | Peixotto CH Roof |
| 5 | PINE LAKE PARK | Clubhouse | Pine Lake Park Clubhouse | Interior - Administrative | Pine Lake Park Rec Dir Office |
| 5 | PINE LAKE PARK | Clubhouse | Pine Lake Park Clubhouse | Interior - Restroom | Interior - Restroom-FEMALE |
| 5 | PINE LAKE PARK | Clubhouse | Pine Lake Park Clubhouse | Interior - Restroom | Interior - Restroom-MALE |
| 5 | PINE LAKE PARK | Clubhouse | Pine Lake Park Clubhouse | Structural | Pine Lake Park CH Bldg |
| 0 | PINE LAKE PARK | Clubhouse | Pine Lake Park Clubhouse | Structural | Pine Lake Park CH roof |

| | | | | | |
|---|---|---|---|---|---|
| 1 | PORTSMOUTH SQUARE | Childrens Play Area | Portsmouth Square Play Structures | Childrens Play Area | Portsmouth CPA 2 |
| 1 | PORTSMOUTH SQUARE | Childrens Play Area | Portsmouth Square Play Structures | Childrens Play Area | Portsmouth CPA 1 |
| 1 | PORTSMOUTH SQUARE | Clubhouse | Portsmouth Square Clubhouse | Interior - Administrative | Portsmouth Sq Rec Dir Office |
| 1 | PORTSMOUTH SQUARE | Clubhouse | Portsmouth Square Clubhouse | Interior - Recreational | Multi Purpose Room |
| 1 | PORTSMOUTH SQUARE | Clubhouse | Portsmouth Square Clubhouse | Interior - Recreational | Kitchen |
| 3 | PORTSMOUTH SQUARE | Clubhouse | Portsmouth Square Clubhouse | Interior - Restroom | Interior - Restroom-MALE |
| 3 | PORTSMOUTH SQUARE | Clubhouse | Portsmouth Square Clubhouse | Interior - Restroom | Interior - Restroom-FEMALE |
| 2 | PORTSMOUTH SQUARE | Clubhouse | Portsmouth Square Clubhouse | Structural | Portsmouth Square CH Bldg |
| 0 | PORTSMOUTH SQUARE | Clubhouse | Portsmouth Square Clubhouse | Structural | Portsmouth Square CH Roof |
| 3 | PORTSMOUTH SQUARE | Restroom | Portsmouth Square Bathrooms | Exterior restroom | Interior - Restroom-FEMALE |
| 3 | PORTSMOUTH SQUARE | Restroom | Portsmouth Square Bathrooms | Exterior restroom | Interior - Restroom-MALE |
| 0 | PORTSMOUTH SQUARE | Restroom | Portsmouth Square Bathrooms | Structural | Portsmouth Square Bathroom Roof |
| 3 | PORTSMOUTH SQUARE | Restroom | Portsmouth Square Bathrooms | Structural | Portsmouth Square Bathroom Bldg |
| 1 | POTRERO DEL SOL PARK | Childrens Play Area | Potrero Del Sol Childrens Play Area | Childrens Play Area | Potrero del Sol CPA |
| 3 | POTRERO DEL SOL PARK | Restroom | Potrero Del Sol Restroom | Exterior restroom | Exterior - Restroom men |
| 3 | POTRERO DEL SOL PARK | Restroom | Potrero Del Sol Restroom | Exterior restroom | Exterior - Restroom women |
| 1 | POTRERO HILL RECREATION CEN | Childrens Play Area | Potrero Hill Play Structures | Childrens Play Area | Potrero Hill RC CPA 1 |
| 3 | POTRERO HILL RECREATION CEN | Childrens Play Area | Potrero Hill Play Structures | Childrens Play Area | Potrero Hill RC CPA 2 |
| 2 | POTRERO HILL RECREATION CEN | Rec Center | Potrero Hill Rec Center | Interior - Administrative | Potrero Hill RC Rec Dir Office |
| 2 | POTRERO HILL RECREATION CEN | Rec Center | Potrero Hill Rec Center | Interior - Recreational | Kitchen |
| 2 | POTRERO HILL RECREATION CEN | Rec Center | Potrero Hill Rec Center | Interior - Recreational | Stage |
| 2 | POTRERO HILL RECREATION CEN | Rec Center | Potrero Hill Rec Center | Interior - Recreational | Gymnasium |
| 2 | POTRERO HILL RECREATION CEN | Rec Center | Potrero Hill Rec Center | Interior - Recreational | Multi Purpose Room |
| 2 | POTRERO HILL RECREATION CEN | Rec Center | Potrero Hill Rec Center | Interior - Recreational | Auditorium |
| 2 | POTRERO HILL RECREATION CEN | Rec Center | Potrero Hill Rec Center | Interior - Recreational | Arts & Crafts Room |
| 5 | POTRERO HILL RECREATION CEN | Rec Center | Potrero Hill Rec Center | Interior - Restroom | Interior - Restroom/Mens - MALE |
| 5 | POTRERO HILL RECREATION CEN | Rec Center | Potrero Hill Rec Center | Interior - Restroom | Interior - Restroom-FEMALE |
| 1 | POTRERO HILL RECREATION CEN | Rec Center | Potrero Hill Rec Center | Interior - Unisex Restroom | Interior - Restroom-Unisex |
| 3 | POTRERO HILL RECREATION CEN | Rec Center | Potrero Hill Rec Center | Structural | Potrero Hill RC Bldg |
| 0 | POTRERO HILL RECREATION CEN | Rec Center | Potrero Hill Rec Center | Structural | Potrero Hill RC Roof |
| 5 | POTRERO HILL RECREATION CEN | Restroom | Potrero Hill Restrooms | Interior - Restroom | Interior - Restroom-MALE |
| 5 | POTRERO HILL RECREATION CEN | Restroom | Potrero Hill Restrooms | Interior - Restroom | Interior - Restroom/Womens - FEMALE |
| 2 | POTRERO HILL RECREATION CEN | Restroom | Potrero Hill Restrooms | Interior - Restroom | Interior - Restroom - UNISEX |
| 3 | POTRERO HILL RECREATION CEN | Restroom | Potrero Hill Restrooms | Structural | Structural/Building - BLDG |
| 0 | POTRERO HILL RECREATION CEN | Restroom | Potrero Hill Restrooms | Structural | Structural/Roof - ROOF |
| 5 | PRECITA PARK | Childrens Play Area | Precita Park Play Structures | Childrens Play Area | Precita CPA 1 |
| 5 | PRECITA PARK | Childrens Play Area | Precita Park Play Structures | Childrens Play Area | Precita CPA 2 |
| 3 | PRECITA PARK | Restroom | Precita Park Restroom | Exterior restroom | Restroom - FEMALE |
| 3 | PRECITA PARK | Restroom | Precita Park Restroom | Exterior restroom | Restroom - MALE |
| 7 | PRENTISS MINI PARK | Childrens Play Area | Prentiss Mini Park CPA | Childrens Play Area | Prentiss Mini Park CPA |
| 3 | PRESIDIO HEIGHTS PLAYGROUND | Childrens Play Area | Presidio Heights CPA | Childrens Play Area | Presidio Heights CPA |
| 4 | PRESIDIO HEIGHTS PLAYGROUND | Clubhouse | Presidio Heights Clubhouse | Interior - Administrative | Presidio Hts Rec Dir Office |
| 5 | PRESIDIO HEIGHTS PLAYGROUND | Clubhouse | Presidio Heights Clubhouse | Interior - Recreational | Multi Purpose Room |
| 5 | PRESIDIO HEIGHTS PLAYGROUND | Clubhouse | Presidio Heights Clubhouse | Interior - Recreational | Kitchen |
| 3 | PRESIDIO HEIGHTS PLAYGROUND | Clubhouse | Presidio Heights Clubhouse | Interior - Restroom | Interior - Restroom-FEMALE |
| 3 | PRESIDIO HEIGHTS PLAYGROUND | Clubhouse | Presidio Heights Clubhouse | Interior - Restroom | Interior - Restroom-MALE |
| 5 | PRESIDIO HEIGHTS PLAYGROUND | Clubhouse | Presidio Heights Clubhouse | Structural | Presidio Heights CH Bldg |
| 0 | PRESIDIO HEIGHTS PLAYGROUND | Clubhouse | Presidio Heights Clubhouse | Structural | Presidio Heights CH Roof |
| 5 | RANDOLPH/BRIGHT MINI PARK | Childrens Play Area | Randolph/Bright Play Structures | Childrens Play Area | Randolph/Bright CPA |
| 3 | RAYMOND KIMBELL PLAYGROUND | Childrens Play Area | Raymond Kimbell Play Structures | Childrens Play Area | Raymond Kimbell CPA |
| 3 | RAYMOND KIMBELL PLAYGROUNE | Sports Field | Raymond Kimbell Soccer Field | | Accessible Artifical Turf Field |
| 5 | RICHMOND PLAYGROUND | Childrens Play Area | Richmond Play Structures | Childrens Play Area | Richmond CPA |
| 5 | RICHMOND PLAYGROUND | Clubhouse | Richmond PG Clubhouse | Interior - Administrative | Richmond PG Rec Dir Office |
| 5 | RICHMOND PLAYGROUND | Clubhouse | Richmond PG Clubhouse | Interior - Recreational | Multi Purpose Room |

| | | | | | |
|---|---|---|---|---|---|
| 5 | RICHMOND PLAYGROUND | Clubhouse | Richmond PG Clubhouse | Interior - Recreational | Kitchen |
| 5 | RICHMOND PLAYGROUND | Clubhouse | Richmond PG Clubhouse | Interior - Restroom | Interior - Restroom-MALE |
| 5 | RICHMOND PLAYGROUND | Clubhouse | Richmond PG Clubhouse | Interior - Restroom | Interior - Restroom-FEMALE |
| 5 | RICHMOND PLAYGROUND | Clubhouse | Richmond PG Clubhouse | Structural | Richmond PG CH Roof |
| 5 | RICHMOND PLAYGROUND | Clubhouse | Richmond PG Clubhouse | Structural | Richmond PG CH Bldg |
| 1 | RICHMOND RECREATION CENTER | Rec Center | Richmond Rec Center | Interior - Administrative | Richmond RC Rec Dir Office |
| 1 | RICHMOND RECREATION CENTER | Rec Center | Richmond Rec Center | Interior - Recreational | Kitchen |
| 1 | RICHMOND RECREATION CENTER | Rec Center | Richmond Rec Center | Interior - Recreational | Gymnasium |
| 1 | RICHMOND RECREATION CENTER | Rec Center | Richmond Rec Center | Interior - Recreational | Gallery |
| 1 | RICHMOND RECREATION CENTER | Rec Center | Richmond Rec Center | Interior - Recreational | Multi Purpose Room |
| 1 | RICHMOND RECREATION CENTER | Rec Center | Richmond Rec Center | Interior - Recreational | Dance Room |
| 0 | RICHMOND RECREATION CENTER | Rec Center | Richmond Rec Center | Structural | Richmond RC Bldg |
| 1 | RICHMOND RECREATION CENTER | Rec Center | Richmond Rec Center | Structural | Richmond RC Roof |
| 1 | ROCHAMBEAU PLAYGROUND | Childrens Play Area | Rochambeau Play Structures | Childrens Play Area | Rochambeau CPA 1 |
| 1 | ROCHAMBEAU PLAYGROUND | Childrens Play Area | Rochambeau Play Structures | Childrens Play Area | Rochambeau CPA 2 |
| 1 | ROCHAMBEAU PLAYGROUND | Clubhouse | Rochambeau Clubhouse | Interior - Administrative | Rochambeau Rec Dir Office |
| 1 | ROCHAMBEAU PLAYGROUND | Clubhouse | Rochambeau Clubhouse | Interior - Recreational | Kitchen |
| 1 | ROCHAMBEAU PLAYGROUND | Clubhouse | Rochambeau Clubhouse | Interior - Recreational | Multi Purpose Room |
| 1 | ROCHAMBEAU PLAYGROUND | Clubhouse | Rochambeau Clubhouse | Interior - Restroom | Interior - Restroom-FEMALE |
| 1 | ROCHAMBEAU PLAYGROUND | Clubhouse | Rochambeau Clubhouse | Interior - Restroom | Interior - Restroom-MALE |
| 1 | ROCHAMBEAU PLAYGROUND | Clubhouse | Rochambeau Clubhouse | Structural | Rochambeau CH Bldg |
| 0 | ROCHAMBEAU PLAYGROUND | Clubhouse | Rochambeau Clubhouse | Structural | Rochambeau CH Roof |
| 1 | ROLPH NICOL PLAYGROUND | Childrens Play Area | Rolph Nicol Play Structures | Childrens Play Area | Rolph Nicol CPA |
| 0 | SAN FRANCISCO ZOO | Swimming Pool | Fleishhacker Pool | Interior - Trade | Interior - Trade - BUILDING |
| 5 | SELBY/PALOU MINI PARK | Childrens Play Area | Selby/Palou Play Structures | Childrens Play Area | Selby/Palou CPA |
| 5 | SEWARD MINI PARK | Childrens Play Area | Seward Play Structures | Childrens Play Area | Seward CPA |
| 1 | SGT. JOHN MACAULAY PARK | Childrens Play Area | Sgt. John Macaulay Play Structures | Childrens Play Area | Sgt. John Macaulay CPA |
| 5 | SHARP PARK | Clubhouse | Sharp Park Golf Course Clubhouse | Interior - Administrative | Sharp Park Golf Course Office |
| 5 | SHARP PARK | Clubhouse | Sharp Park Golf Course Clubhouse | Interior - Restroom | Interior - Restroom/Mens - MALE |
| 5 | SHARP PARK | Clubhouse | Sharp Park Golf Course Clubhouse | Interior - Restroom | Interior - Restroom/Womens - FEMALE |
| 5 | SHARP PARK | Clubhouse | Sharp Park Golf Course Clubhouse | Structural | Sharp Park CH bldg |
| 0 | SHARP PARK | Clubhouse | Sharp Park Golf Course Clubhouse | Structural | Sharp Park CH Roof |
| 6 | SIGMUND STERN RECREATION GF | Childrens Play Area | Stern Grove Play Structures | Childrens Play Area | Stern Grove CPA |
| 5 | SIGMUND STERN RECREATION GF | Clubhouse | Wawona Clubhouse | Interior - Administrative | Stern Grove Wawona Rec Dir Office |
| 5 | SIGMUND STERN RECREATION GF | Clubhouse | Wawona Clubhouse | Interior - Restroom | Interior - Restroom/Mens - MALE |
| 5 | SIGMUND STERN RECREATION GF | Clubhouse | Wawona Clubhouse | Interior - Restroom | Interior - Restroom/Womens - FEMALE |
| 2 | SIGMUND STERN RECREATION GF | Clubhouse | Trocadero Clubhouse | Interior - Restroom | Interior - Restroom-MALE |
| 2 | SIGMUND STERN RECREATION GF | Clubhouse | Trocadero Clubhouse | Interior - Restroom | Interior - Restroom-FEMALE |
| 2 | SIGMUND STERN RECREATION GF | Clubhouse | Trocadero Clubhouse | Structural | Trocadero CH Bldg |
| 2 | SIGMUND STERN RECREATION GF | Clubhouse | Trocadero Clubhouse | Structural | Trocadero CH Roof |
| 5 | SIGMUND STERN RECREATION GF | Clubhouse | Wawona Clubhouse | Structural | Wawona CH Bldg |
| 0 | SIGMUND STERN RECREATION GF | Clubhouse | Wawona Clubhouse | Structural | Wawona CH Roof |
| 1 | SIGMUND STERN RECREATION GF | Restroom | Stern Grove Restrooms | Interior - Restroom | Interior - Restroom-REST-INT |
| 1 | SIGMUND STERN RECREATION GF | Restroom | Stern Grove Restrooms | Structural | Structural/Roof - ROOF |
| 1 | SIGMUND STERN RECREATION GF | Restroom | Stern Grove Restrooms | Structural | Structural-BLDG |
| 5 | SIGMUND STERN Pine Lake Daycan | Restroom | Pine Lake Restrooms | Exterior - Restrooms | Restroom-FEMALE |
| 5 | SIGMUND STERN Pine Lake Daycan | Restroom | Pine Lake Restrooms | Exterior - Restrooms | Restroom-FEMALE |
| 5 | SIGMUND STERN Pine Lake Daycan | Clubhouse | Pine Lake Clubhouse | Structural | Pine Lake Bldg |
| 6 | SILVER TERRACE PLAYGROUND | Clubhouse | Silver Terrace Clubhouse | Interior - Administrative | Silver Terrace Rec Dir Office |
| 6 | SILVER TERRACE PLAYGROUND | Clubhouse | Silver Terrace Clubhouse | Interior - Recreational | Multi Purpose Room |
| 6 | SILVER TERRACE PLAYGROUND | Clubhouse | Silver Terrace Clubhouse | Interior - Recreational | Kitchen |
| 6 | SILVER TERRACE PLAYGROUND | Clubhouse | Silver Terrace Clubhouse | Interior - Restroom | Interior - Restroom-FEMALE |
| 6 | SILVER TERRACE PLAYGROUND | Clubhouse | Silver Terrace Clubhouse | Interior - Restroom | Interior - Restroom-MALE-1 |
| 6 | SILVER TERRACE PLAYGROUND | Clubhouse | Silver Terrace Clubhouse | Interior - Restroom | Interior - Restroom-STAFF |
| 6 | SILVER TERRACE PLAYGROUND | Clubhouse | Silver Terrace Clubhouse | Structural | Silver Terrace CH Bldg |

| | | | | | |
|---|---|---|---|---|---|
| 0 | SILVER TERRACE PLAYGROUND | Clubhouse | Silver Terrace Clubhouse | Structural | Silver Terrace CH Roof |
| 1 | SILVER TERRACE PLAYGROUND | Sports Field | Silver Terrace Soccer Field | | Accessible Artifical Turf Field |
| 1 | SOUTH END ROWING/DOLPHIN CL | Activity Center | South End Rowing Club | Interior - Administrative | S. End Rowing Club Rec Dir Office |
| 1 | SOUTH END ROWING/DOLPHIN CL | Activity Center | South End Rowing Club | Structural | South End Rowing Club Bldg |
| 0 | SOUTH END ROWING/DOLPHIN CL | Activity Center | South End Rowing Club | Structural | South End Rowing Club Roof |
| 5 | SOUTH PARK | Childrens Play Area | South Park Play Structures | Childrens Play Area | South Park CPA 1 |
| 5 | SOUTH PARK | Childrens Play Area | South Park Play Structures | Childrens Play Area | South Park CPA 2 |
| 1 | SOUTH SUNSET PLAYGROUND | Childrens Play Area | South Sunset Play Structures | Childrens Play Area | South Sunset CPA |
| 2 | SOUTH SUNSET PLAYGROUND | Clubhouse | South Sunset Clubhouse | Interior - Administrative | South Sunset Rec Dir Office |
| 2 | SOUTH SUNSET PLAYGROUND | Clubhouse | South Sunset Clubhouse | Interior - Recreational | Multi Purpose Room |
| 2 | SOUTH SUNSET PLAYGROUND | Clubhouse | South Sunset Clubhouse | Interior - Recreational | Kitchen |
| 5 | SOUTH SUNSET PLAYGROUND | Clubhouse | South Sunset Clubhouse | Interior - Restroom | Interior - Restroom-MALE |
| 5 | SOUTH SUNSET PLAYGROUND | Clubhouse | South Sunset Clubhouse | Interior - Restroom | Interior - Restroom-FEMALE |
| 2 | SOUTH SUNSET PLAYGROUND | Clubhouse | South Sunset Clubhouse | Interior - Restroom | Interior - Restroom-UNISEX |
| 2 | SOUTH SUNSET PLAYGROUND | Clubhouse | South Sunset Clubhouse | Structural | South Sunset CH Bldg |
| 0 | SOUTH SUNSET PLAYGROUND | Clubhouse | South Sunset Clubhouse | Structural | South Sunset CH Roof |
| 1 | SOUTH SUNSET PLAYGROUND | Sports Field | South Sunset Soccer Field | | Accessible Artifical Turf Field |
| 5 | SOUTH SUNSET PLAYGROUND | Sports Field | South Sunset Stadium Restrooms | Exterior restroom | Restrooms-MALE |
| 6 | SOUTH SUNSET PLAYGROUND | Sports Field | South Sunset Stadium Restrooms | Exterior restroom | Restrooms-FEMALE |
| 1 | ST MARY'S REC CENTER | Childrens Play Area | St Mary's Play Structures | Childrens Play Area | St Mary's Rec Center CPA |
| 5 | ST MARY'S REC CENTER | Rec Center | St Mary's Rec Center | Interior - Administrative | St. Mary's RC Rec Dir Office |
| 5 | ST MARY'S REC CENTER | Rec Center | St Mary's Rec Center | Interior - Recreational | Kitchen |
| 5 | ST MARY'S REC CENTER | Rec Center | St Mary's Rec Center | Interior - Recreational | Stage |
| 5 | ST MARY'S REC CENTER | Rec Center | St Mary's Rec Center | Interior - Recreational | Multi Purpose Room |
| 5 | ST MARY'S REC CENTER | Rec Center | St Mary's Rec Center | Interior - Recreational | Auditorium |
| 5 | ST MARY'S REC CENTER | Rec Center | St Mary's Rec Center | Interior - Recreational | Gymnasium |
| 5 | ST MARY'S REC CENTER | Rec Center | St Mary's Rec Center | Interior - Restroom | Interior - Restroom-FEMALE |
| 5 | ST MARY'S REC CENTER | Rec Center | St Mary's Rec Center | Interior - Restroom | Interior - Restroom-MALE |
| 5 | ST MARY'S REC CENTER | Rec Center | St Mary's Rec Center | Interior - Restroom | Interior - Restroom-STAFF |
| 5 | ST MARY'S REC CENTER | Rec Center | St Mary's Rec Center | Structural | St. Mary's RC Bldg |
| 0 | ST MARY'S REC CENTER | Rec Center | St Mary's Rec Center | Structural | St. Mary's RC Roof |
| 6 | ST MARY'S REC CENTER | Restroom | St Mary's PG Restrooms | Interior - Restroom | Interior - Restroom-FEMALE |
| 6 | ST MARY'S REC CENTER | Restroom | St Mary's PG Restrooms | Interior - Restroom | Interior - Restroom-MALE |
| 6 | ST MARY'S REC CENTER | Restroom | St Mary's PG Restrooms | Structural | St. Mary's PG Restroom bldg |
| 0 | ST MARY'S REC CENTER | Restroom | St Mary's PG Restrooms | Structural | St. Mary's PG Restroom roof |
| 1 | ST MARY'S SQUARE | Childrens Play Area | St Mary's Sq Childrens Play Areas | Childrens Play Area | St Mary's Sq CPA |
| 1 | ST MARY'S SQUARE | Restroom | St Mary's Square Bathrooms | Interior - Restroom | Interior - Restroom/Mens - MALE |
| 1 | ST MARY'S SQUARE | Restroom | St Mary's Square Bathrooms | Interior - Restroom | Interior - Restroom/Womens - FEMALE |
| 0 | ST MARY'S SQUARE | Restroom | St Mary's Square Bathrooms | Structural | St Mary's Square Bathroom Roof |
| 1 | ST MARY'S SQUARE | Restroom | St Mary's Square Bathrooms | Structural | St Mary's Square Bathroom Bldg |
| 5 | STATES STREET PLAYGROUND | Childrens Play Area | States Street Play Structures | Childrens Play Area | States Street CPA |
| 3 | STATES STREET PLAYGROUND | Restroom | States Street Bathrooms | Exterior restroom | Interior - Restroom-FEMALE |
| 3 | STATES STREET PLAYGROUND | Restroom | States Street Bathrooms | Exterior restroom | Interior - Restroom-MALE |
| 3 | STATES STREET PLAYGROUND | Restroom | States Street Bathrooms | Structural | States Street Bathroom BLDG |
| 0 | STATES STREET PLAYGROUND | Restroom | States Street Bathrooms | Structural | States Street Bathroom roof |
| 1 | SUNNYSIDE PLAYGROUND | Childrens Play Area | Sunnyside Play Structures | Childrens Play Area | Sunnyside CPA |
| 1 | SUNNYSIDE PLAYGROUND | Clubhouse | Sunnyside Clubhouse | Interior - Administrative | Sunnyside PG Rec Dir Office |
| 1 | SUNNYSIDE PLAYGROUND | Clubhouse | Sunnyside Clubhouse | Interior - Recreational | Multi Purpose Room |
| 1 | SUNNYSIDE PLAYGROUND | Clubhouse | Sunnyside Clubhouse | Interior - Restroom | Interior - Restroom/Mens - MALE |
| 1 | SUNNYSIDE PLAYGROUND | Clubhouse | Sunnyside Clubhouse | Interior - Restroom | Interior - Restroom/Womens - FEMALE |
| 1 | SUNNYSIDE PLAYGROUND | Clubhouse | Sunnyside Clubhouse | Structural | Sunnyside CH Bldg |
| 0 | SUNNYSIDE PLAYGROUND | Clubhouse | Sunnyside Clubhouse | Structural | Sunnyside CH Roof |
| 3 | SUNSET PLAYGROUND | Childrens Play Area | Sunset Play Structures | Childrens Play Area | Sunset CPA 1 |
| 3 | SUNSET PLAYGROUND | Childrens Play Area | Sunset Play Structures | Childrens Play Area | Sunset CPA 2 |
| 3 | SUNSET PLAYGROUND | Rec Center | Sunset Rec Center | Interior - Administrative | Sunset RC Rec Dir Office |

| | | | | | |
|---|---|---|---|---|---|
| 3 | SUNSET PLAYGROUND | Rec Center | Sunset Rec Center | Interior - Recreational | Gymnasium |
| 3 | SUNSET PLAYGROUND | Rec Center | Sunset Rec Center | Interior - Recreational | Computer Room |
| 3 | SUNSET PLAYGROUND | Rec Center | Sunset Rec Center | Interior - Recreational | Women's Locker Room |
| 3 | SUNSET PLAYGROUND | Rec Center | Sunset Rec Center | Interior - Recreational | Men's Locker Room |
| 3 | SUNSET PLAYGROUND | Rec Center | Sunset Rec Center | Interior - Recreational | Auditorium |
| 3 | SUNSET PLAYGROUND | Rec Center | Sunset Rec Center | Interior - Recreational | Multi Purpose Room |
| 3 | SUNSET PLAYGROUND | Rec Center | Sunset Rec Center | Interior - Recreational | Stage |
| 3 | SUNSET PLAYGROUND | Rec Center | Sunset Rec Center | Interior - Restroom | Interior - Restroom-FEMALE |
| 3 | SUNSET PLAYGROUND | Rec Center | Sunset Rec Center | Interior - Restroom | Interior - Restroom-MALE |
| 3 | SUNSET PLAYGROUND | Rec Center | Sunset Rec Center | Structural | Sunset RC Building |
| 0 | SUNSET PLAYGROUND | Rec Center | Sunset Rec Center | Structural | Sunset RC Roof |
| 1 | TENDERLOIN CHILDREN'S REC CE | Childrens Play Area | Tenderloin Play Structures | Childrens Play Area | Tenderloin CPA |
| 1 | TENDERLOIN CHILDREN'S REC CE | Rec Center | Tenderloin Rec Center | Interior - Administrative | Tenderloin RC Rec Dir Office |
| 1 | TENDERLOIN CHILDREN'S REC CE | Rec Center | Tenderloin Rec Center | Interior - Recreational | Art Room |
| 1 | TENDERLOIN CHILDREN'S REC CE | Rec Center | Tenderloin Rec Center | Interior - Recreational | Community Room |
| 1 | TENDERLOIN CHILDREN'S REC CE | Rec Center | Tenderloin Rec Center | Interior - Recreational | Computer Room |
| 1 | TENDERLOIN CHILDREN'S REC CE | Rec Center | Tenderloin Rec Center | Interior - Recreational | Kitchen 1 |
| 1 | TENDERLOIN CHILDREN'S REC CE | Rec Center | Tenderloin Rec Center | Interior - Recreational | Kitchen 2 |
| 1 | TENDERLOIN CHILDREN'S REC CE | Rec Center | Tenderloin Rec Center | Interior - Recreational | Gallery |
| 1 | TENDERLOIN CHILDREN'S REC CE | Rec Center | Tenderloin Rec Center | Interior - Recreational | Multi Purpose Room |
| 1 | TENDERLOIN CHILDREN'S REC CE | Rec Center | Tenderloin Rec Center | Interior - Recreational | Weight Room |
| 1 | TENDERLOIN CHILDREN'S REC CE | Rec Center | Tenderloin Rec Center | Interior - Recreational | Courtyard |
| 1 | TENDERLOIN CHILDREN'S REC CE | Rec Center | Tenderloin Rec Center | Interior - Recreational | Gymnasium |
| 1 | TENDERLOIN CHILDREN'S REC CE | Rec Center | Tenderloin Rec Center | Interior - Restroom | Interior - Restroom/Mens - MALE |
| 1 | TENDERLOIN CHILDREN'S REC CE | Rec Center | Tenderloin Rec Center | Interior - Restroom | Interior - Restroom/Womens - FEMALE |
| 1 | TENDERLOIN CHILDREN'S REC CE | Rec Center | Tenderloin Rec Center | Structural | Tenderloin RC Bldg |
| 0 | TENDERLOIN CHILDREN'S REC CE | Rec Center | Tenderloin Rec Center | Structural | Tenderloin RC Roof |
| 1 | TURK/HYDE MINI PARK | Childrens Play Area | Turk/Hyde Play Structures | Childrens Play Area | Turk/Hyde CPA |
| 1 | UPPER NOE RECREATION CENTEI | Childrens Play Area | Upper Noe Play Structures | Childrens Play Area | Upper Noe CPA |
| 1 | UPPER NOE RECREATION CENTEI | Rec Center | Upper Noe Rec Center | Interior - Administrative | Upper Noe RC Rec Dir Office |
| 1 | UPPER NOE RECREATION CENTEI | Rec Center | Upper Noe Rec Center | Interior - Recreational | Gymnasium - |
| 1 | UPPER NOE RECREATION CENTEI | Rec Center | Upper Noe Rec Center | Interior - Recreational | Auditorium |
| 1 | UPPER NOE RECREATION CENTEI | Rec Center | Upper Noe Rec Center | Interior - Recreational | Stage |
| 1 | UPPER NOE RECREATION CENTEI | Rec Center | Upper Noe Rec Center | Interior - Restroom | Interior - Restroom-MALE |
| 1 | UPPER NOE RECREATION CENTEI | Rec Center | Upper Noe Rec Center | Interior - Restroom | Interior - Restroom-FEMALE |
| 1 | UPPER NOE RECREATION CENTEI | Rec Center | Upper Noe Rec Center | Structural | Upper Noe RC Bldg |
| 0 | UPPER NOE RECREATION CENTEI | Rec Center | Upper Noe Rec Center | Structural | Upper Noe RC Roof |
| 1 | VICTORIA MANALO DRAVES PARK | Childrens Play Area | Victoria Manalo Draves Play Strctr | Childrens Play Area | Victoria Manalo Draves CPA 1 |
| 1 | VICTORIA MANALO DRAVES PARK | Childrens Play Area | Victoria Manalo Draves Play Strctr | Childrens Play Area | Victoria Manalo Draves CPA 2 |
| 1 | VICTORIA MANALO DRAVES PARK | Restroom | Victoria Manalo Draves Bathrooms | Structural | Structural/Building - BLDG |
| 0 | VICTORIA MANALO DRAVES PARK | Restroom | Victoria Manalo Draves Bathrooms | Structural | Bessie Carmichael Bathroom Roof |
| 1 | VISITACION VALLEY GREENWAY | Childrens Play Area | Vis Vly Grnwy Play Structures | Childrens Play Area | Vis Valley Greenway CPA |
| 1 | VISITACION VALLEY PLAYGROUNI | Childrens Play Area | Visitacion Valley Play Structures | Childrens Play Area | Visitacion Valley CPA |
| 1 | VISITACION VALLEY PLAYGROUNI | Clubhouse | Visitacion Valley Clubhouse | Interior - Administrative | Vis Valley PG Rec Dir Office |
| 1 | VISITACION VALLEY PLAYGROUNI | Clubhouse | Visitacion Valley Clubhouse | Interior - Recreational | Kitchen |
| 1 | VISITACION VALLEY PLAYGROUNI | Clubhouse | Visitacion Valley Clubhouse | Interior - Recreational | Multi Purpose Room 1 |
| 1 | VISITACION VALLEY PLAYGROUNI | Clubhouse | Visitacion Valley Clubhouse | Interior - Recreational | Multi Purpose Room 2 |
| 1 | VISITACION VALLEY PLAYGROUNI | Clubhouse | Visitacion Valley Clubhouse | Interior - Restroom | Interior - Restroom/Mens - MALE |
| 1 | VISITACION VALLEY PLAYGROUNI | Clubhouse | Visitacion Valley Clubhouse | Interior - Restroom | Interior - Restroom/Womens - FEMALE |
| 1 | VISITACION VALLEY PLAYGROUNI | Clubhouse | Visitacion Valley Clubhouse | Structural | Visitacion Valley CH Bldg |
| 1 | VISITACION VALLEY PLAYGROUNI | Clubhouse | Visitacion Valley Clubhouse | Structural | Visitacion Valley CH Roof |
| 2 | VISITACION VALLEY PLAYGROUNI | Rec Center | Vis Valley Community Ctr Rec Ctr | Structural | Vis Valley Community Ctr Bldg |
| 1 | WALTER HAAS PLAYGROUND | Childrens Play Area | Walter Haas Play Structures | Childrens Play Area | Walter Haas CPA |
| 3 | WALTER HAAS PLAYGROUND | Restroom | Walter Haas Restrooms | Exterior restroom | Restrooms-MALE |
| 3 | WALTER HAAS PLAYGROUND | Restroom | Walter Haas Restrooms | Exterior restroom | Restrooms-FEMALE |

| | | | | | |
|---|---|---|---|---|---|
| 5 | WASHINGTON SQUARE | Childrens Play Area | Washington Square Play Structures | Childrens Play Area | Washington Sq. CPA |
| 3 | WASHINGTON SQUARE | Restroom | Washington Square Bathrooms | Exterior restroom | Restrooms-MALE |
| 3 | WASHINGTON SQUARE | Restroom | Washington Square Bathrooms | Exterior restroom | Restrooms-FEMALE |
| 3 | WASHINGTON SQUARE | Restroom | Washington Square Bathrooms | Structural | Washington Square Bathroom Bldg |
| 0 | WASHINGTON SQUARE | Restroom | Washington Square Bathrooms | Structural | Washington Square Bathroom Roof |
| 1 | WASHINGTON/HYOE MINI PARK | Childrens Play Area | Washington/Hyde Play Structures | Childrens Play Area | Washington/Hyde CPA |
| 1 | WEST PORTAL PLAYGROUNO | Childrens Play Area | West Portal Play Structures | Childrens Play Area | West Portal CPA |
| 1 | WEST PORTAL PLAYGROUNO | Clubhouse | West Portal Clubhouse | Interior - Administrative | West Portal Rec Oirector's Office |
| 1 | WEST PORTAL PLAYGROUNO | Clubhouse | West Portal Clubhouse | Interior - Recreational | Multi Purpose Room |
| 1 | WEST PORTAL PLAYGROUNO | Clubhouse | West Portal Clubhouse | Interior - Recreational | Kitchen |
| 1 | WEST PORTAL PLAYGROUNO | Clubhouse | West Portal Clubhouse | Interior - Restroom | Interior - Restroom-FEMALE |
| f | WEST PORTAL PLAYGROUNO | Clubhouse | West Portal Clubhouse | Interior - Restroom | Interior - Restroom-MALE |
| 1 | WEST PORTAL PLAYGROUNO | Clubhouse | West Portal Clubhouse | Interior - Restroom | Interior - Restroom-STAFF |
| 0 | WEST PORTAL PLAYGROUNO | Clubhouse | West Portal Clubhouse | Structural | West Portal CH Roof |
| 1 | WEST PORTAL PLAYGROUNO | Clubhouse | West Portal Clubhouse | Structural | West Portal CH Bldg |
| 5 | WEST SUNSET PLAYGROUNO | Childrens Play Area | West Sunset Play Structures | Childrens Play Area | West Sunset CPA |
| 5 | WEST SUNSET PLAYGROUNO | Rec Center | West Sunset Rec Center | Interior - Administrative | West Sunset RC Rec Oir Office |
| 5 | WEST SUNSET PLAYGROUNO | Rec Center | West Sunset Rec Center | Interior - Recreational | Kitchen |
| 5 | WEST SUNSET PLAYGROUNO | Rec Center | West Sunset Rec Center | Interior - Recreational | Multi Purpose Room |
| 2 | WEST SUNSET PLAYGROUNO | Rec Center | West Sunset Rec Center | Interior - Restroom | Interior - Restroom-FEMALE |
| 2 | WEST SUNSET PLAYGROUNO | Rec Center | West Sunset Rec Center | Interior - Restroom | Interior - Restroom-MALE |
| 5 | WEST SUNSET PLAYGROUNO | Rec Center | West Sunset Rec Center | Structural | West Sunset RC Bldg |
| 0 | WEST SUNSET PLAYGROUNO | Rec Center | West Sunset Rec Center | Structural | West Sunset RC Roof |
| 1 | WILLIE WOO WOO WONG PLAYGF | Childrens Play Area | Willie Woo Woo Wong Play Structure | Childrens Play Area | Willie Woo Woo Wong CPA 2 |
| 5 | WILLIE WOO WOO WONG PLAYGF | Childrens Play Area | Willie Woo Woo Wong Play Structure | Childrens Play Area | Willie Woo Woo Wong CPA f |
| 5 | WILLIE WOO WOO WONG PLAYGF | Clubhouse | Willie Woo Woo Wong Clubhouse | Interior - Administrative | Wong PG CH Rec Oir Office |
| 5 | WILLIE WOO WOO WONG PLAYGF | Clubhouse | Willie Woo Woo Wong Clubhouse | Interior - Recreational | Multi Purpose Room |
| 5 | WILLIE WOO WOO WONG PLAYGF | Clubhouse | Willie Woo Woo Wong Clubhouse | Interior - Recreational | Kitchen |
| 5 | WILLIE WOO WOO WONG PLAYGF | Clubhouse | Willie Woo Woo Wong Clubhouse | Interior - Restroom | Interior - Restroom-FEMALE |
| 5 | WILLIE WOO WOO WONG PLAYGF | Clubhouse | Willie Woo Woo Wong Clubhouse | Interior - Restroom | Interior - Restroom-MALE |
| 5 | WILLIE WOO WOO WONG PLAYGF | Clubhouse | Willie Woo Woo Wong Clubhouse | Structural | Wong PG CH Bldg |
| 5 | WILLIE WOO WOO WONG PLAYGF | Clubhouse | Willie Woo Woo Wong Clubhouse | Structural | Wong PG CH Roof |
| f | WOH HEI YUEN PARK | Childrens Play Area | Woh Hei Yuen Park Play Structures | Childrens Play Area | Woh Hei Yuen CPA |
| 1 | WOH HEI YUEN PARK | Rec Center | Woh Hei Yuen Rec Center | Interior - Administrative | Woh Hei Yuen RC Rec Oir Office |
| 1 | WOH HEI YUEN PARK | Rec Center | Woh Hei Yuen Rec Center | Interior - Recreational | Kitchen |
| 1 | WOH HEI YUEN PARK | Rec Center | Woh Hei Yuen Rec Center | Interior - Recreational | Multi Purpose Room 2 |
| 1 | WOH HEI YUEN PARK | Rec Center | Woh Hei Yuen Rec Center | Interior - Recreational | Multi Purpose Room 1 |
| 1 | WOH HEI YUEN PARK | Rec Center | Woh Hei Yuen Rec Center | Interior - Restroom | Interior - Restroom-FEMALE |
| 1 | WOH HEI YUEN PARK | Rec Center | Woh Hei Yuen Rec Center | Interior - Restroom | Interior - Restroom-MALE |
| 0 | WOH HEI YUEN PARK | Rec Center | Woh Hei Yuen Rec Center | Structural | Woh Hei Yuen RC Roof |
| 1 | WOH HEI YUEN PARK | Rec Center | Woh Hei Yuen Rec Center | Structural | Woh Hei Yuen RC Bldg |
| 3 | YACHT HARBOR ANO MARINA GRE | Restroom | Marina Green Bathrooms West | Exterior restroom | Interior - Restroom-MALE |
| 3 | YACHT HARBOR ANO MARINA GRE | Restroom | Marina Green Bathrooms East | Exterior restroom | Interior - Restroom-MALE |
| 3 | YACHT HARBOR ANO MARINA GRE | Restroom | Marina Green Bathrooms East | Exterior restroom | Interior - Restroom-FEMALE |
| 3 | YACHT HARBOR ANO MARINA GRE | Restroom | Marina Green Bathrooms West | Exterior restroom | Interior - Restroom-FEMALE |
| 0 | YACHT HARBOR ANO MARINA GRE | Restroom | Marina Green Bathrooms East | Structural | Yacht Harbor Bathroom 1 Roof |
| 0 | YACHT HARBOR ANO MARINA GRE | Restroom | Marina Green Bathrooms West | Structural | Yacht Harbor Bathroom 2 Roof |
| 3 | YACHT HARBOR ANO MARINA GRE | Restroom | Marina Green Bathrooms East | Structural | Yacht Harbor Bathroom 1 Bldg |
| 3 | YACHT HARBOR ANO MARINA GRE | Restroom | Marina Green Bathrooms West | Structural | Yacht Harbor Bathroom 2 Bldg |
| 3 | YACHT HARBOR ANO MARINA GRE | Clubhouse | Marina Green Harbor Master's Buildir | Interior- Administrative | Yacht Harbor Bldg |
| 3 | YACHT HARBOR ANO MARINA GRE | Clubhouse | Marina Green Harbor Master's Buildir | Interior- Restroom | Yacht Harbor - MALE |
| 3 | YACHT HARBOR ANO MARINA GRE | Clubhouse | Marina Green Harbor Master's Buildir | Interior- Restroom | Yacht Harbor - feMALE |
| 5 | YOUNGBLOOO COLEMAN PLAYGR | Childrens Play Area | Youngblood Coleman Play Structures | Childrens Play Area | Youngblood Coleman CPA 1 |
| 5 | YOUNGBLOOO COLEMAN PLAYGR | Childrens Play Area | Youngblood Coleman Play Structures | Childrens Play Area | Youngblood Coleman CPA 2 |
| 5 | YOUNGBLOOO COLEMAN PLAYGR | Clubhouse | Youngblood Coleman Clubhouse | Interior - Administrative | Youngblood-Coleman Rec Oir Office |

| | | | | |
|---|---|---|---|---|
| 5 | YOUNGBLOOD COLEMAN PLAYGR Clubhouse | Youngblood Coleman Clubhouse | Interior - Recreational | Multi Purpose Room |
| 5 | YOUNGBLOOD COLEMAN PLAYGR Clubhouse | Youngblood Coleman Clubhouse | Interior - Recreational | Kitchen |
| 5 | YOUNGBLOOD COLEMAN PLAYGR Clubhouse | Youngblood Coleman Clubhouse | Interior - Restroom | Interior - Restroom-STAFF |
| 5 | YOUNGBLOOD COLEMAN PLAYGR Clubhouse | Youngblood Coleman Clubhouse | Interior - Restroom | Interior - Restroom-MALE |
| 5 | YOUNGBLOOD COLEMAN PLAYGR Clubhouse | Youngblood Coleman Clubhouse | Interior - Restroom | Interior - Restroom/Womens - FEMALE |
| 5 | YOUNGBLOOD COLEMAN PLAYGR Clubhouse | Youngblood Coleman Clubhouse | Structural | YoungbloodColeman CH Bldg |
| 0 | YOUNGBLOOD COLEMAN PLAYGR Clubhouse | Youngblood Coleman Clubhouse | Structural | YoungbloodColeman Clubhouse Roof |
| 1 | YOUNGBLOOD COLEMAN PLAYGR Sports Field | Younbgblood Coleman Soccer Field | | Accessible Artifical Turf Field |
| 3 | YOUNGBLOOD COLEMAN PLAYGR Clubhouse | Youngblood Coleman Clubhouse | Exterior - Restroom | Interior - Restroom-MALE |
| 3 | YOUNGBLOOD COLEMAN PLAYGR Clubhouse | Youngblood Coleman Clubhouse | Exterior - Restroom | Interior - Restroom-FEMALE |

# Priorities for the ADA Transition Plan

The Mayor's Office on Disability (MOD) and the Mayor's Disability Council (MDC) have worked together to develop priorities for the proposed UPhAS ADA Transition Plan's priorities for Capital Improvement projects. These efforts were developed during MDC committee meetings, workshops, and public hearings. The public hearings are broadcasted on SFGTV with live captioning and American Sign Language interpretation.

MDC and the public clearly urged that the Plan's top three priorities for funding be allocated in the following sequence:

**1. Public Health Services**

**2. Social Services**

**3. Places of Public Assembly or Gathering**

Within those priorities, there was agreement that funding should be allocated in the following sequence of priorities:

**A. Public use areas**

**B. Employee controlled public use areas (medical exam rooms, correctional facilities)**

**C. Employee work areas where feasible or practical**

Priorities may change from year to year as City programs, services, and the economic environment change and as public opinion changes in regards to the importance of various programs and services. MOD reviews the progress and status of the Plan each year with the MDC. The MDC's Physical Access Committee also meets each year at the time MOD is developing its portion of revisions to the Ten Year Capital Plan and the General Fund's annual Capital Budget.

Finally, the MDC and public input agreed that MOD should stretch available resources whenever possible and to leverage access work with other construction, alteration, or replacement projects. For example, despite Public Health being a top priority, MDC requested that the Plan be conservative with projects inside San Francisco General Hospital's main hospital facility. The voters approved an $887.4 million project to replace the main hospital and integrate SFGH clinics into the current facility. Rather than funding major renovations in the existing hospital, the Plan should focus on renovations at community clinics and other health facilities that are not being replaced. Where capital funds are being devoted to the existing hospital, funds should be targeted to public toilet rooms that will service the future public clinics relocated into the existing building.

# Leveraging Opportunities

**ADA Title II** provides San Francisco with a broad range of opportunities to provide program access. A public entity is not required to make structural changes in existing facilities where other methods are effective in achieving compliance with this section. San Francisco may leverage the process to remove structural barriers through such means as: alteration of existing facilities and construction of new facilities; relocation or reassignment of services to accessible buildings; upgrading existing tenant spaces through lease renewals, or relocating the program to a newly procured or leased space that will undergo new tenant improvement construction.

Where the city conducts new construction, alterations, or tenant improvements, the work shall comply with the ADA's accessibility guidelines and the California Building Code accessibility requirements.

The highest level of accessibility is accomplished through new construction or a significant replacement of a facility.

- **New construction** projects provide the highest level of accessibility in that all elements are required to be in compliance to the newest standards.
- **Alterations** are required to be performed to the new construction standard but with exceptions to existing conditions or if there is a historic significance to the facility. Alterations may create additional obligations to include improvements to the path of travel to the area of the alteration.
- **Barrier removal work** is a lower standard were the extent of the work is limited to the actual accessibility work being conducted.

The Plan targets barrier removal and path of travel work in facilities that can not otherwise be leveraged or funded through enterprise department's capital programs, voter-approved capital improvement bonds, or other forms of capital funding. The Plan's projects are developed as part of the City's Ten Year Capital Plan and the General Fund's annual Capital Budget.

A project may be funded through a combination of sources, which enables MOD and those partners to develop a project of greater scope and, potentially increases the overall accessibility of the building or facility.

When feasible, the Plan will attempt to coordinate its project funding with other capital improvement projects, so as to attach itself with the administrative and ancillary construction costs funded by that project (project management costs, electrical and HVAC upgrades, hazardous materials abatement, etc.). An example of this would be to delay the Plan's capital project for a year so as to coordinate with a facility upgrade scheduled as part of a department's Ten Year Capital Plan or facility renewals.

In general, the Plan does not provide project funding for Enterprise Departments . Enterprise Departments are fee-generating departments with little or no reliance on the general fund and may have independent responsibility for access improvements out of their own budget. Enterprise Departments include but are not limited to the Airport, the Port, Public Utilities Commission and Redevelopment Agency created districts, such as Suth Beach.

The Plan does not provide funding to exclusive jurisdictions. These departments are legally separate from the City and the General Fund. Exclusive Jurisdictions have direct obligations and responsibilities for complying with the Americans with Disabilities Act (ADA). These include the San Francisco Zoo, the Housing Authority, the San Francisco Unified School District, the Treasure Island Development Authority, and certain SF Redevelopment agency sites.

# Overview of Title II ADA Requirements for Buildings and Facilities

Under Title II of the ADA, state and local governmental entities are to make all new construction, additions, and alterations comply to the 1994 Americans with Disabilities Act Accessibility Guidelines (ADAAG).

**REGARDING PROGRAM ACCESS**, ADA Title II states:

**□ 35.150 Existing facilities.**

**(a) General.** A public entity shall operate each service, program, or activity so that the service, program, or activity, when viewed in its entirety, is readily accessible to and usable by individuals with disabilities. This paragraph does not –

(1) Necessarily require a public entity to make each of its existing facilities accessible to and usable by individuals with disabilities;

(2) Require a public entity to take any action that would threaten or destroy the historic significance of a historic property; or

(3) Require a public entity to take any action that can demonstrate what would result in a fundamental alteration in the nature of a service, program, or activity or in undue financial and administrative burdens.

In those circumstances in which personnel of a public entity believe that the proposed action would fundamentally alter a service, program, or activity or would result in undue financial and administrative burdens, a public entity has the burden of proving that compliance with {35.150(a) would result in said alteration or burden. The decision that compliance would result in an alteration or burden must be made by the head of a public entity or by his or her designee after considering all resources available for use in the funding and operation of the service, program, or activity, and must be accompanied by a written statement of the rationale for his or her conclusion. If an action would result in such an alteration or burden, a public entity shall take any other action that would not result in an alteration or burden but would ensure that individuals with disabilities receive the benefits or services provided by the public entity.

**(b) Methods.**

**(1) General.** A public entity may comply with the requirements of this section through means such as the redesign of equipment, reassignment of services to accessible buildings, assignment of aides to beneficiaries, home visits, delivery of services at alternate accessible sites, alteration of existing facilities and construction of new facilities, use of accessible rolling stock or other conveyances, or any other methods that result in making its services, programs, or activities readily accessible to and usable by individuals with disabilities. A public entity is not required to make structural changes in existing facilities where other methods are effective in achieving compliance with this section. In the making of alterations to existing buildings, a public entity shall meet the accessibility requirements of {35.151. In choosing among available methods for meeting the requirements of this section, a public entity shall give priority to those methods that offer services, programs, and activities to qualified individuals with disabilities in the most integrated setting appropriate.

**(2) Historic preservation programs.** In meeting the requirements of {35.150(a) in historic preservation programs, a public entity shall give priority to methods that provide physical access to individuals with disabilities. In cases when a physical alteration to a historic property is not required because of paragraph (a)(2) or (a)(3) of this section, alternative methods of achieving program accessibility include –

(i) Using audio-visual materials and devices to depict those portions of a historic property that cannot otherwise be made accessible;

(ii) Assigning persons to guide individuals with handicaps into or through portions of historic properties that cannot otherwise be made accessible; or

(iii) Adopting other innovative methods.

**REGUARDING NEW CONSTRUCTION OR ALTERATIONS**, ADA Title II states:

**□ 35.151 New construction and alterations.**

(a) *Design and construction.* Each facility or part of a facility constructed by, on behalf of, or for the use of a public entity shall be designed and constructed in such manner that the facility or part of the facility is readily accessible to and usable by individuals with disabilities, if the construction was commenced after January 26, 1992.

(b) *Alteration.* Each facility or part of a facility altered by, on behalf of, or for the use of a public entity in a manner that affects or could affect the usability of the facility or part of the facility shall, to the maximum extent feasible, be altered in such manner that the altered portion of the facility is readily accessible to and usable by individuals with disabilities, if the alteration was commenced after January 26, 1992.

**(c) *Accessibility standards.*** Design, construction, or alteration of facilities in conformance with the Uniform Federal Accessibility Standards (UFAS) (Appendix A to 41 CFR Part 101-19.6) or with the Americans with Disabilities Act Accessibility Guidelines for Buildings and Facilities (ADAAG) (Appendix A to the Department of Justice's final rule implementing title III of the ADA, ______ F.R. ______) shall be deemed to comply with the requirements of this section with respect to those facilities, except that the elevator exemption contained at {4.1.3(5) and {4.1.6(1)(j) of ADAAG shall not apply. Departures from particular requirements of either standard by the use of other methods shall be permitted when it is clearly evident that equivalent access to the facility or part of the facility is thereby provided.

**(d) *Alterations: Historic properties.*** (1) Alterations to historic properties shall comply, to the maximum extent feasible, with 4.1.7 of UFAS or 4.1.7 of ADAAG.

(2) If it is not feasible to provide physical access to an historic property in a manner that will not threaten or destroy the historic significance of the building or facility, alternative methods of access shall be provided pursuant to the requirements of {35.150.

**(e) *Curb ramps.*** (1) Newly constructed or altered streets, roads, and highways must contain curb ramps or other sloped areas at any intersection having curbs or other barriers to entry from a street level pedestrian walkway.

(2) Newly constructed or altered street level pedestrian walkways must contain curb ramps or other sloped areas at intersections to streets, roads, or highways.

**REGARDING EMPLOYMENT ISSUES** under the ADA, Title II states the following:

**□ 35.140 Employment discrimination prohibited.**

(a) No qualified individual with a disability shall, on the basis of disability, be subjected to discrimination in employment under any service, program, or activity conducted by a public entity.

(b)(1) For purposes of this part, the requirements of title I of the Act, as established by the regulations of the Equal Employment Opportunity Commission in 29 CFR part 1630, apply to employment in any service, program, or activity conducted by a public entity if that public entity is also subject to the jurisdiction of title I.

(2) For the purposes of this part, the requirements of section 504 of the Rehabilitation Act of 1973, as established by the regulations of the Department of Justice in 28 CFR Part 41, as those requirements pertain to employment, apply to employment in any service, program, or activity conducted by a public entity if that public entity is not also subject to the jurisdiction of title I.

City and County of San Francisco : Overview of Title II ADA Requirements for Building... Page 3 of 3

**REGARDING LEASED FACILITIES**, The Department of Justice's Title II Technical Assistance Manual states:

**II-6.4000 Leased buildings.** Public entities are encouraged, but not required, to lease accessible space. The availability of accessible private commercial space will steadily increase over time as the title III requirements for new construction and alterations take effect. Although a public entity is not required to lease accessible space, once it occupies a facility, it must provide access to all of the programs conducted in that space (see II-5.0000). Thus, the more accessible the space is to begin with, the easier and less costly it will be later on to make programs available to individuals with disabilities and to provide reasonable accommodations for employees who may need them.

http://www.sfgov2.org/index.aspx?page=464 6/25/2010

EXHIBIT A35-000081

# The New ADA/ABA

The US Access Board has finalized its Americans with Disabilities Act and Architectural Barriers Act accessibility guidelines (ADA/ABA). These new ADA/ABA accessibility guidelines have not been adopted for enforcement under the ADA by the Department of Justice or by the State of California.

This project was started in 1994 to develop new ADA/ABA accessibility guidelines and was completed in 2004. The International Code Council has been working to revise the model building codes to harmonize with this new accessibility guideline along with many other national consensus standards organizations.

The new ADA/ABA accessibility standards have changed the basic structure and content of 1994 ADAAG. It adds accessibility requirements for a variety of recreational uses such as swimming pools, amusement rides, fields of play, golf courses, boating, fishing docks, and other recreational elements. It provides □ safe harbor design standards for federally funded and Fair Housing Act covered housing . Be aware that California Building Code Chapter 11A Accessible Housing and chapter 11B Accessibility for Public Buildings, Public Accommodations, Commercial Facilities and Publicly Funded Housing may contain other scoping and technical requirements that are in addition to or are potentially not in compliance with the ADA/ABA standards. Therefore, both documents must be used in the design and construction of publicly-funded buildings and facilities.

# Project Schedules - Uniform Physical Access Strategy (UPhAS) for the ADA Transition Plan-

The UPhAS ADA Transition Plan is a dynamic process that requires a yearly assessment of accomplishments and priorities for future projects.
There are a number of dynamic factors that affect the planning, design and delivery of projects. The overall UPhAS project schedule must respond to these issues in order to be timely, effective and realistically achievable.

- **Leveraging To The Highest Quality Of Access.** Wherever possible, the plan seeks to leverage Transition Plan commitments to facility replacement, new facility leases or new construction and alterations. A higher level of accessibility is usability is always achieved in this method it the project is timely.

- **Priorities.** Certain facilities are prioritized over others due to the desires of the community and the critical nature of the social programs provided. The Mayor's Office on Disability relies on the Mayor's Disability Council (MDC) and the public to recommend priorities. MOD then balances these requests with the other dynamic pressures.

- **Balanced Funding.** The ADA's requirements for access are an unfounded federal mandated. The city must balance the quantity of work against it Capital Improvement and general funds budgeting. Wherever possible, leveraging a portion or all of an ADA Transition Plan project to Bond funding, state or federal grants that can serve as a vehicle for providing accessibility or through grants and donations is preferred over financing the construction through the General Fund. It is part of the City's process to achieve a balanced city budget.

- **Maintaining Programs** ADA Transition Plan projects must be planned and sometimes phased to keep the facility's current programs functioning. The City does not always have the option to temporarily discontinue or relocate a program to another facility to accommodate construction activity.

- **People-Power Resources.** The quantity and scale of work requires a corresponding project team from concept level development through project construction closeout. The majority of ADA Transition Plan work is conducted by Department of Public Works and Bureau of Architecture staff. The quantity of work must be balanced to the capabilities of the staff, so that the City does not have to undergo large expansions and layoffs of staff.

Although based on a long range plan, The City's Capital Plan budget is developed on a yearly basis. The UPhAS project plan is assembled on a yearly basis and predicated on a longer range Transition Plan that is based on the

City and County of San Francisco : Project Schedules - Uniform Physical Access Strategy... Page 2 of 2

factors detailed above. As public priorities change, funding and staffing capabilities change, leveraging opportunities emerge, and operational programs dictate, the long range and the yearly UPhAS project schedule is adjusted to balance these factors.

The project lists are updated yearly to reflect newly planned projects, current project status and project delivery/ closeout.
Project Lists by Departments or Agencies

http://www.sfgov2.org/index.aspx?page=466 6/25/2010

**EXHIBIT A35-000084**

# City and County of San Francisco 10-year Capital Plan

The ten-year Capital Plan is meant to provide a forum that looks at capital needs from a citywide perspective and to foster a dialogue on those needs among stakeholders, commissions, the Mayor, and the Board of Supervisors. These reviews do not replace the authority of department commissions or other oversight bodies under the City Charter and other codes.

**FY 2011-2020 Capital Plan**

2011-2020 Executive Summary
2011-2020 Capital Plan (13 MB PDF)

**FY 2010-2019 Capital Plan**

Acknowledgements & Table of Contents (PDF)
Section 1 – Executive Summary (PDF)
Section 2 – Public Safety (PDF)
Section 3 – Health & Human Services (PDF)
Section 4 – Infrastructure & Streets (PDF)
Section 5 – Transportation (PDF)
Section 6 – Recreation, Culture & Education (PDF)
Section 7 – Economic & Neighborhood Development (PDF)
Section 8 – General Government (PDF)
Section 9 – Appendix (PDF)
Full Plan (PDF 5 MB)

**FY 2009-2018 Capital Plan**

Table of Contents (PDF)
Section 1 – Executive Summary (PDF)
Section 2 – General Fund Department Program (PDF)
Section 3 – Enterprise Department Program (PDF)
Section 4 – External Agencies (PDF)
Section 5 – Appendix (PDF)
Full Plan (PDF 10MB)

**FY 2008-2017 Capital Plan**

Table of Contents (PDF)
Section 1 – Executive Summary (PDF)
Section 2 – General Fund Department Program (PDF)
Section 3 – Enterprise Department Program (PDF)
Section 4 – External Agencies (PDF)
Section 5 – Appendix (PDF)
Full Plan (PDF 11MB)

**FY 2007-2016 Capital Plan**

Section 1 - Executive Summary (PDF)
Section 2 - General Fund Program (PDF)
Section 3 - Enterprise Program (PDF)
Section 4 - Appendix (PDF)
Full Plan (PDF 9MB)

Brief Summary of 2007-2016 Plan

Press Release, May 1, 2006 - CCSF Proposed Capital Plan FY 2007-2016

# Capital Planning Program

LISTEN
TEXT ONLY
PRINT
A
A
A

The Capital Planning Program is responsible for the development and implementation of the City and County of San Francisco's 10-year capital plan and its annual capital budget. The program reviews and analyzes infrastructure needs and facility conditions, evaluates capital project requests, reports on existing capital projects, and establishes financing strategies to meet the City's long- and short-term capital needs.

The mission of the Capital Planning Program is to develop and implement a sustainable plan for the long-term safety, accessibility and modernization of San Francisco's public infrastructure and facilities.

### Highlights

**Voters Approve Earthquake Safety & Emergency Response Bond**
Learn more about the bond at **sfearthquakesafety.org**
**The City's Response to Loma Prieta: Seismic Projects Since 1989**
Fact Sheet (PDF) | Project Map (Google Maps) | Project List > $2 Million (PDF)

### Capital Planning Committee

Members
General Information & Meeting Schedule
Agendas & Supporting Documents
CPC Action Item Memoranda
Street Resurfacing Finance Working Group

### Capital Plan

Capital Plan Executive Summary (PDF)
FY 2011-2020 Capital Plan (12 MB PDF)
Prior Capital Plans

### Annual Capital Budget

FY 2010-2011 Proposed Capital Budget Documents

### Resources for CCSF Staff

Instructions: FY 2011-2020 Capital Plan Request Submissions
CPR-d
FRRM Database

EXHIBIT A35-000087

# Other State or Local Government Entitles

There are a considerable number of exclusive jurisdictions and other state or local governmental entities within and adjacent to the City and County of San Francisco. They are responsible for their own ADA Title II compliance measures. Their activities and responsibilities are not included in the City and County of San Francisco UPhAS ADA Transition Plan.

A partial list of these Exclusive Jurisdictions are:

- Asian Art Museum
- California Academy of Sciences
- California Department of Transportation
- City College of San Francisco
- Fine Arts Museums of San Francisco
- Fort Mason
- Golden Gate Bridge Highway and Transportation
- Hunters Point Shipyard
- Port of San Francisco
- The Presidio of San Francisco (National Park Service)
- Housing Authority
- San Francisco Maritime Historic Park
- San Francisco Municipal Transportation Agency
- San Francisco Public Utilities Commission
- San Francisco Redevelopment Agency (specific projects and sites)
- San Francisco State University
- San Francisco County Transportation Authority
- San Francisco Unified School District
- San Francisco Zoo
- State of California (facilities and its courts)
- Transbay Joint Powers Authority
- Treasure Island Development Authority
- University of California, San Francisco
- University of San Francisco

| "Front" | "Back" |
| --- | --- |
| Mayor's Office on **Disability**<br><br>Joanna Fraguli<br>**Deputy Director**<br>**Programmatic Access**<br><br>**401 Van Ness Ave., Rm.300** **415. 554-6789**<br>**San Francisco, CA 94102** **415. 554-6159 Fax**<br>**Joanna.fraguli@sfgov.org** **415. 554-6799 TTY** | **Access Services**<br><br>Human Services 415. 557-5950<br>Muni 415. 701-4485<br>Parking & Traffic 415. 554-9780<br>Police 415. 533-1343<br>Public Health 415. 554-2596<br>Public Works 415. 557-4685 |

# ADA Self-Evaluation

- Introduction
- Self Evaluation Survey
- Self-Evaluation Report
- Self-Evaluation Report (PDF)

# Curb Ramp and Sidewalk Transition Plan

On January 9, 2008 the City and County of San Francisco Department of Public Works issued a comprehensive update to its ADA Transition Plan for Curb Ramps. The Curb Ramp and Sidewalk Transition Plan was developed in collaboration with the Mayor's Office on Disability. This plan replaces all previous plans.

The plan integrates curb ramps and sidewalk programs into one comprehensive document, although the two elements are addressed with separate administrative procedures.

Companion pieces to this plan include the following:

**Citizen Request and Complaint Procedures**

The City has several different methods and funding mechanisms for constructing curb ramps. A person with a disability can request a curb ramp at their residence, at a City facility, at a transportation service, or at their place of work by calling 311. The caller must indicate the streets that intersect, the direction they are in if possible (north, south, east, or west), or a nearby address. The 311 service will ask for the caller's name and contact information. If the caller wishes to make a confidential request, they can do so by calling the Mayor's Office on Disability at 415 554-6789 (TTY 415 554-6799) or email to mod@sfgov.org.

**Department of Public Works Street Repaving, Streetscapes and Standards.**

The Department of Public Works (DPW) is an entity that designs and builds curb ramps for the City and County of San Francisco. Among the functions of DPW are the building of curb ramps as part of ADA Transition Plan funding, repaving streets or resurfacing projects, and excavating utilities and improving streetscapes. Additionally DPW provides technical requirements and permits for private developers and public utilities that perform construction work in the public right of way, which also requires curbs.

Yearly, the City and DPW may obtain funds for pavement management programs and curb ramps construction from a variety or combination of sources:

- ADA Transition Plan funding is provided through the General Fund as part of the City's 10 Year Capital Plan.
- San Francisco Proposition K Transportation Sales Tax and Certificates of Participation.
- California Transportation Development Act Article 3 and State Propositions 42 and 1B.
- Federal FHWA Surface Transportation Program and 2009 American Recovery & Investment Act.

DPW Standards and Director's Orders: DPW develops and maintains a series of design and construction standards for curb ramps and the right of way of other accessibility features in the public. These standards amalgamate federal, state and California Building Code requirements. The standards address both permanent new construction or alterations and temporary use of the public right of way. The following are links to DPW's standard curb ramp details.

CR-1 CR-2 CR-3 CR-4 CR-5 CR-6

Proposed Better Streets Plan: The Better Streets Plan will create a unified set of standards, guidelines, and

implementation strategies to govern how the City designs, builds, and maintains its pedestrian environment. The plan incorporates best practices in design of accessibility features for the public right of way.

The Better Streets Plan process brings together the staffs of multiple City agencies to comprehensively plan for streets. The plan will seek to balance the needs of all street users with a particular focus on the pedestrian environment and how streets can be used as public space. This plan will reflect upon the understanding that the pedestrian environment is about more than just transportation, but that streets serve a multitude of social, recreational, and ecological needs that must be considered when deciding on the most appropriate design.

The Better Streets Plan will carry out the intent of San Francisco's Better Streets Policy, adopted by the Board of Supervisors on February 6, 2006.



GENERAL NOTES
STANDARD CURB RAMP PLAN (A)
TYPICAL NORMAL LAYOUT
PARTIAL ISOMETRIC (B)
TYPICAL NORMAL LAYOUT
FRONT ELEVATION (1)
STANDARD CURB RAMP PLAN (C)
TYPICAL DIAGONAL LAYOUT
SECTION (2)
GROOVED BORDER DETAIL (3)
BUREAU OF ENGINEERING
DEPARTMENT OF PUBLIC WORKS
CITY AND COUNTY OF SAN FRANCISCO
NOT TO SCALE
STANDARD CURB RAMPS
STANDARD CURB RAMP PLANS AND GENERAL NOTES
CR-1

EXHIBIT A35-000093



SHEET NOTES
DETECTABLE SURFACE LAYOUT A
RAMP ON STRAIGHT EDGE
DETECTABLE SURFACE LAYOUT B
RAMP ON CURVED EDGE
SECTION 1
DETAIL 2
DETECTABLE SURFACE LAYOUT C
RAMP SLOPE =< 6.67%
SECTION AT CUT EDGE 3
DETAIL AT CUT DOME 4
ST. NAME
BUREAU OF ENGINEERING
DEPARTMENT OF PUBLIC WORKS
CITY AND COUNTY OF SAN FRANCISCO
STANDARD CURB RAMPS
DETECTABLE SURFACE LAYOUT DETAILS AND NOTES
NOT TO SCALE
CR-2

EXHIBIT A35-000094

SHEET NOTES
1. THE ALTERNATE CURB RAMPS SHOWN ON THIS DRAWING SHALL BE USED ONLY WITH PRIOR APPROVAL FROM THE CITY ENGINEER, DPW DISABILITY ACCESS COORDINATOR, OR THEIR DESIGNEE AND UPON PROPER DOCUMENTATION OF HARDSHIP INDICATING LEGAL AND OR PHYSICAL CONSTRAINTS.
ALTERNATE CURB RAMP A
BLENDED TRANSITION
CATCH BASIN OUTSIDE OF CURB RETURN
SECTION 1
ISOMETRIC
ALTERNATE CURB RAMP B
PARALLEL RAMP
SECTION 2
ISOMETRIC
ALTERNATE CURB RAMP C
RECTANGULAR RAMP
SECTION 3
ISOMETRIC
ALTERNATE CURB RAMP A1
BLENDED TRANSITION
CATCH BASIN AT CURB RETURN
BUREAU OF ENGINEERING
DEPARTMENT OF PUBLIC WORKS
CITY AND COUNTY OF SAN FRANCISCO
NOT TO SCALE
CURB RAMP PLANS
ALTERNATE CURB RAMPS
CR-3
55,018

**EXHIBIT A35-000096**



SHEET NOTES
1. THE EXCEPTION CURB RAMPS SHOWN ON THIS DRAWING SHALL BE USED ONLY WITH PRIOR APPROVAL FROM THE CITY ENGINEER, DPW DISABILITY ACCESS COORDINATOR, OR THEIR DESIGNEES AND UPON PROPER DOCUMENTATION OF HARDSHIP INDICATING LEGAL AND OR PHYSICAL CONSTRAINTS.
2. ALL GENERAL NOTES ON DRAWING CR-1, FILE NUMBER 55,012, STANDARD CURB RAMPS, REV. 3, SHALL APPLY TO THIS SHEET. FOR DETECTABLE SURFACE DETAILS AND NOTES SEE DRAWING CR-2.
3. THE CURB RAMP EXCEPTIONS SHALL BE USED IN DESCENDING ORDER OF PRIORITIES FROM EXCEPTION "F1" TO "F2" TO "F3" TO "F4". IF EXCEPTION "F4" IS NOT FEASIBLE, REFER TO DRAWING CR-6.
4. THE LENGTH AND WIDTH OF THE LOWER LEVEL LANDING SHALL MATCH THE WIDTHS OF THE RAMPS IN EACH DIRECTION. LOWER LEVEL LANDINGS MAY SLOPE 2% MAXIMUM IN EACH DIRECTION.
BLENDED CURB RAMP EXCEPTION F1
48" RAMPS, 48" CLEARANCE
BLENDED CURB RAMP EXCEPTION F2
48" RAMP AND 36" RAMP, 48" CLEARANCE
BLENDED CURB RAMP EXCEPTION F3
36" RAMPS, 48" CLEARANCE
BLENDED CURB RAMP EXCEPTION F4
36" RAMPS, 36" CLEARANCE
PROPERTY LINE OR EDGE OF VERTICAL OBSTRUCTION
2" MIN.
36" MIN.
8.33% MAX.
10% MAX.
GUTTER
PEDESTRIAN CROSSWALK
4' MIN. CLEARANCE
LOWER LEVEL LANDING, SEE NOTE 4
BUREAU OF ENGINEERING
DEPARTMENT OF PUBLIC WORKS
CITY AND COUNTY OF SAN FRANCISCO
NOT TO SCALE
EXCEPTION CURB RAMPS
BLENDED CURB RAMP PLANS
CR-5

EXHIBIT A35-000097



SHEET NOTES
1. THE EXCEPTION CURB RAMPS SHOWN ON THIS DRAWING SHALL BE USED ONLY WITH PRIOR APPROVAL FROM THE CITY ENGINEER, DPW DISABILITY ACCESS COORDINATOR, OR THEIR DESIGNEE AND UPON PROPER DOCUMENTATION OF HARDSHIP INDICATING LEGAL AND/OR PHYSICAL CONSTRAINTS.
SINGLE CURB RAMP EXCEPTION G1
PARKING ON BOTH SIDES - NO CATCH BASIN
SINGLE CURB RAMP EXCEPTION G2
PARKING ON ONE SIDE - NO CATCH BASIN
SINGLE CURB RAMP EXCEPTION G3
NO PARKING - NO CATCH BASIN
SINGLE CURB RAMP EXCEPTION H1
PARKING ON BOTH SIDES - WITH CATCH BASIN
SINGLE CURB RAMP EXCEPTION H2
PARKING ON ONE SIDE - WITH CATCH BASIN
SINGLE CURB RAMP EXCEPTION H3
NO PARKING - WITH CATCH BASIN
BUREAU OF ENGINEERING
DEPARTMENT OF PUBLIC WORKS
CITY AND COUNTY OF SAN FRANCISCO
EXCEPTION CURB RAMPS
SINGLE CURB RAMP PLANS
NOT TO SCALE
CR-6

EXHIBIT A35-000098

# COMMUNITIES OF OPPORTUNITY AND CITY SURVEY DISABILITY TOTALS COMPARED

| | COO Respondents | *Respondents in City Survey* | COO of Households Surveyed with 1 | *City Survey Households with at least 1* |
|---|---|---|---|---|
| **Households Surveyed:** | 504 | *2769* | | |
| **Difficulty Standing, Walking or Climbing:** | 59.7% | *11.8%* | 53.0% | *14.1%* |
| **Long Term Illnesses:** | 84.9% | *10.1%* | 66.7% | *13.8%* |
| **Difficulty Standing, Walking or Climbing AND at least one person with a Long Term Illness:** | 33.1% | *10.1%* | 38.3% | [illegible] |
| **Low Vision or Blind:** | 51.6% | *3.6%* | 45.0% | [illegible] |
| **Deaf or Hard of Hearing** | 22.0% | *4.4%* | 19.0% | *6.4%* |
| **Mental Health Disabilities:** | 55.8% | *6%* | 43.7% | *7.8%* |
| **Cognitive Disabilities:** | 54.6% | *.87%* | 45.6% | *2.2%* |
| **Households with No Disability** | | | 6.0% | [illegible] |

# COMMUNITIES OF OPPORTUNITY AND CITY SURVEY DISABILITY TOTALS COMPARED

| | COO Respondents | *Respondents in City Survey* | COO of Households Surveyed with 1 | *City Survey Households with at least 1* |
|---|---|---|---|---|
| **Households Surveyed:** | 504 | 2760 | | |
| **Difficulty Standing, Walking or Climbing:** | 59.7% | [illegible] | 53.0% | [illegible] |
| **Long Term Illnesses:** | 84.9% | [illegible] | 66.7% | [illegible] |
| **Difficulty Standing, Walking or Climbing AND at least one person with a Long Term Illness:** | 33.1% | 10.1% | 38.3% | 28.0% |
| **Low Vision or Blind:** | 51.6% | 3.6% | 45.0% | [illegible] |
| **Deaf or Hard of Hearing** | 22.0% | 4.4% | 19.0% | 6.4% |
| **Mental Health Disabilities:** | 55.8% | [illegible] | 43.7% | [illegible] |
| **Cognitive Disabilities:** | 54.6% | [illegible] | 45.6% | [illegible] |
| **Households with No Disability** | | | 6.0% | [illegible] |

# COMMUNITIES OF OPPORTUNITY AND CITY SURVEY DISABILITY TOTALS COMPARED

| | COO Respondents | Respondents in City Survey | COO of Households Surveyed with 1 | City Survey Households with at least 1 |
|---|---|---|---|---|
| Households Surveyed: | 504 | [illegible] | | |
| Difficulty Standing, Walking or Climbing: | 59.7% | [illegible] | 53.0% | [illegible] |
| Long Term Illnesses: | 84.9% | [illegible] | 66.7% | [illegible] |
| Difficulty Standing, Walking or Climbing AND at least one person with a Long Term Illness: | 33.1% | [illegible] | 38.3% | [illegible] |
| Low Vision or Blind: | 51.6% | 3.6% | 45.0% | [illegible] |
| Deaf or Hard of Hearing | 22.0% | 4.4% | 19.0% | [illegible] |
| Mental Health Disabilities: | 55.8% | [illegible] | 43.7% | [illegible] |
| Cognitive Disabilities: | 54.6% | [illegible] | 45.6% | [illegible] |
| Households with No Disability | | | 6.0% | [illegible] |



# COMMUNITIES OF OPPORTUNITY AND CITY SURVEY DISABILITY TOTALS COMPARED

| | COO Respondents | *Respondents in City Survey* | COO of Households Surveyed with 1 | *City Survey Households with at least 1* |
|---|---|---|---|---|
| Households Surveyed: | 504 | [illegible] | | |
| Difficulty Standing, Walking or Climbing: | 59.7% | 11.[illegible]% | 53.0% | 14.1% |
| Long Term Illnesses: | 84.9% | 10.1% | 66.7% | 12.[illegible]% |
| Difficulty Standing, Walking or Climbing AND at least one person with a Long Term Illness: | 33.1% | 18.1% | 38.3% | [illegible] |
| Low Vision or Blind: | 51.6% | 3.[illegible]% | 45.0% | 5.[illegible]% |
| Deaf or Hard of Hearing | 22.0% | 4.4% | 19.0% | [illegible].4% |
| Mental Health Disabilities: | 55.8% | 6% | 43.7% | 7.[illegible]% |
| Cognitive Disabilities: | 54.6% | .87% | 45.6% | 2.[illegible]% |
| Households with No Disability | | | 6.0% | [illegible].3% |

# Know your Rights under the Americans with Disabilities Act!

- Grievance Procedure
- City Programs - Complaint/ Assistance Form
- ADA Coordinators

**What is the Americans with Disabilities Act (ADA)?**
The ADA is a civil rights law that protects people with different types of disabilities from discrimination in all aspects of social life. More specifically, Title II of the ADA requires that all programs offered through the state and local government such as the City and County of San Francisco must be accessible and usable to people with disabilities.

**Who is protected under the ADA?**
The ADA protects individuals with various kinds of disabilities. (Definition of Disability ).

**What are my rights under the ADA?**
The ADA and City policy require that people with disabilities have equal access to all City services, activities, and benefits. In other words, people with disabilities must have an equal opportunity to participate in the programs and services offered through the City and County of San Francisco. Examples of programs that the City offers are CalWORKs, food stamps, recreation and parks, museums, mental health services, substance abuse treatment, subsidized housing, maintenance of curbs and streets and many others to be listed.

The most important rights the ADA provides include:

1. **No Exclusion** - The ADA does not allow denial of entry to City programs, benefits, activities or services, simply because of a disability.
2. **Communication Access** - The ADA requires that City agencies communicate to people with disabilities in a manner that is as effective as communication with others. This may require providing services such as:

- Large print or Braille (for people with visual impairments)
- ASL interpreters or captioning (for people with hearing impairments)
- Readers (for people with learning disabilities, or other cognitive or visual impairments)
- Communicating via TTY or the California Relay Service (by dialing 7-1-1) for people with speech or hearing disabilities.

3. **Programmatic Access** - The ADA also requires that City agencies modify their policies, practices and procedures in order to provide an equal opportunity for a person with a disability. Examples of this may include:

- Assistance in filling out forms
- Explaining materials or procedures in simpler language so that individuals with cognitive, learning or some

psychiatric disabilities can easily understand them.

- An appointment so a person does not have to wait in a long line or in a crowded and noisy room
- Allowing a person with a psychiatric disability to apply for services over the phone instead of coming into the office.

4. **Architectural Access** - The ADA also requires that service areas, including bathrooms, public telephones, drinking fountains, etc., be architecturally accessible to people with disabilities.

**Note**: It is also against the law to retaliate, threaten or interfere with anyone who is exercising his or her rights or anyone helping that person to do so.

**What can I do if my rights under the ADA are violated?**

- Contact the ADA Coordinator for the Department involved
- Contact the Mayor's Office on Disability if you need further assistance

The Mayor's Office on Disability helps to make San Francisco a city where all people enjoy equal rights, equal opportunity and freedom from illegal discrimination under disability rights laws.

Contact Us

# Grievance Procedure

### Grievance Procedure of the City And County of San Francisco For Complaints Arising Under Title II of the Americans With Disabilities Act of 1990

The City and County of San Francisco has adopted a grievance procedure providing for prompt and equitable resolution of complaints alleging noncompliance with the Americans with Disabilities Act of 1990.

I. City Facilities, Programs, Services Or Activities

Complaints concerning access to City facilities, programs, services or activities should be addressed to the Mayor's office on Disability:

ADA Compliance Officer
Mayor's Office On Disability
401 Van Ness Avenue, Room 300
San Francisco, CA 94102-6020
Voice : (415) 554-6789
Fax : (415) 554-6159
TTY : (415) 554-6799
Email: MOD@sfgov.org

A. A complaint may be filed in writing or, when requested as an accommodation, in another format (including by telephone) that accommodates the complainant's disability. The complaint should provide the complainant's name, address and phone number, a detailed description of the incident or condition, the location, date and time of the incident.

B. Upon receipt of a complaint, the Mayor's office on Disability will provide the appropriate department ADA Coordinator with a copy of the complaint. The departmental ADA Coordinator will then conduct an investigation. The departmental ADA Coordinator may seek assistance of the Mayor's office on Disability and the City Attorney in investigating and responding to the complaint.

> These rules contemplate informal but thorough investigations that afford the complainant a thorough review and appropriate response.

C. Within thirty (30) days of the receipt of the complaint, a written draft response will be sent to the Mayor's office on Disability prior to the final copy, signed by the departmental ADA Coordinator and department head, being sent to the complainant.

D. The Mayor's office on Disability will maintain a file relating to each complaint and the response thereto and will maintain that file for five years.

E. The complainant can request reconsideration of the complaint if he or she is dissatisfied with the resolution. The request for reconsideration should be addressed to the Mayor's office on Disability in writing, or in an alternative format accessible to the complainant, within ten (10) days of the issuance of the City's response to the complaint.

F. The Mayor's office on Disability will inform the departmental ADA Coordinator of this reconsideration request and the departmental ADA Coordinator will respond to the request for reconsideration within fifteen (15) days of receiving the request. The departmental ADA Coordinator's response must be approved by the Mayor's office on

Disability prior to being sent to the complainant. The departmental ADA Coordinator will forward a copy of the approved response to the request for reconsideration to the Mayor's office on Disability.

G. These rules will be construed to protect the substantive rights of the complainant and assure that the City and County of San Francisco complies with Section 504 and the ADA and their implementing regulations.

I. Employment

Complaints alleging discrimination against applicants or employees on the basis of disability should be addressed to:

Department of Human Resources
Equal Employment Opportunity Unit
Attn: Manager for Equal Employment
Opportunity Program
One South Van Ness Avenue, 4th Floor
San Francisco, CA 94103

(415) 557-4832 (main information)415-557-4810
( 415) 557-4900 (Helpline)
(415) 575-5624 (TTY)

# City Programs: ADA Complaint / Assistance Form

Please fill out as much of this form as you can. If you need help, tell us, and we would be happy to provide it. If you don't know the answer to something, please leave it blank.

**Name:**

**Address:**

**City:** **State:** **Zip:**

**Phone (day):**

**Phone (evening):**

**Email:**

**Fax:**

☐ Please check if you need a sign language interpreter:

The Mayor's Office on Disability helps to investigate and resolve disability access problems and disability discrimination issues of the City and County of San Francisco. Access issues usually fall into one of two categories. Please let us know which category best describes your issue:

**Access Issue Category**

- ○ **Architectural Access** - Please check here if the access problem is architectural -- for example, a wheelchair ramp is needed, accessible bathrooms are not available, or counters and phones are not at the correct height for wheelchair users.
- ○ **Programmatic Access** - Please check here if the access problem is programmatic - for example, you cannot get or maintain a city benefit or service because of a disability, or you asked for a reasonable modification of a policy, practice or procedure in order to obtain City benefits or services, but were denied one.
- ○ **Communication Access** - Please check here if the access problem involves communication - for example, you need an interpreter, materials in alternative formats, or other auxiliary aids and services in order to have equal access to information and communications for a City benefit, service or activity.

Which City Department does this complaint involve?

Name of Department involved

☐ If not a City Department, check if this is an entity that receives City funds?

If yes, please provide more information below.

**Name:** Name of City Funded Agency

**Address:** Address of City Funded Agency

Please describe the problem you encountered:

EXHIBIT A35-000107

Please give us the date of the most recent problem:

Please give us the location of the problem:

Is there a change in policy or procedure you wish to see that would be helpful in solving this problem?

Do you know the name or position of any of the staff you encountered

**Names and Positions of Staff Encountered**

**Name:**

**Position:**

**Name:**

**Position:**

Was there anyone else who had the same difficulty, or with whom you would want us to talk in order to get more information?

**Names of Other Persons to Contact**

**Name:**

**Phone:**

**Name:**

**Phone:**

Submit Form | Clear form

We will provide a copy of this complaint to the appropriate ADA Coordinator, who will conduct an investigation. We may assist in this investigation and will review the results. We will also assist in attempting to resolve the complaint in a manner that is both satisfactory to you and consistent with applicable law. You should receive a written response from the Department within a maximum of 30 days. If you do not, please contact us at (415) 554-6789, TTY: (415) 554-6799.

For additional information, please contact the Mayor's Office on Disability,
401 Van Ness Avenue, Room 300,. San Francisco, CA 94102
Phone: 415.554.6789 voice;
415.554.6799 TTY;

City and County of San Francisco : City Programs: ADA Complaint / Assistance Form Page 3 of 3

415.554.6159 fax or
email MOD@sfgov.org

http://www.sfgov2.org/index.aspx?page=534 6/28/2010

EXHIBIT A35-000109

## ADA Coordinator Contacts

As of June 2010

ADA Coordinator Contacts

| Department Name and Department Head | ADA Coordinator | Phone Number | Mailing Address | Email |
|---|---|---|---|---|
| Mayor's Office on Disability<br>Susan Mizner | Susan Mizner<br>Citywide ADA Coordinator | 554-6789<br>554-6159 Fax<br>554-6799 TTY | 401 Van Ness<br>Room 300<br>San Francisco CA 94102 | mod@sfgov.org |
| Academy of Sciences<br>Greg Farrington | Don Skeoch Kevin Manalili | 379-8000<br>379-5470 Fax | 55 Music Concourse Dr.<br>San Francisco CA 94118 | dskeoch@calacademy.org<br>kmanalili@calacademy.org |
| Convention Facilities/Property Management<br>John Noguchi | John Noguchi | 554-9809<br>554-9802 Fax | 747 Howard St., 5th Fl.<br>San Francisco CA 94103 | john.noguchi@sfgov.org |
| ADM - Medical Examiner<br>Dr. Amy Hart | Stephen Gelman | 553-1798<br>553-1650 Fax<br>553-4927 TTY | 850 Bryant St<br>San Francisco CA 94103 | stephen.gelman@sfgov.org |
| Office of Contract Administration<br>Naomi Kelly | Lynn Khaw | 554-6296<br>554-6717 Fax | City Hall, Room 430<br>1 Dr Goodlett Place<br>San Francisco CA 94102 | lynn.khaw@sfgov.org |
| Adult Probation<br>Ernest Mendieta | Kristin Kogure | 553-1689<br>575-8895 Fax | 880 Bryant St. Rm. 200<br>San Francisco 94103 | kristin.kogure@sfgov.org |
| Aging and Adult Services<br>Anne Hinton | Michele Borges | 355-3571 | 1650 Mission Street<br>5th Floor<br>San Francisco CA 94103 | Michele.Borges@sfgov.org |
| Airport<br>John L. Martin | Jorge Garcia | 650.821-5515<br>650.821-5005<br>Fax | PO Box 8097 San<br>Francisco CA 94128 | jorge.garcia@flysfo.com |
| Animal Care and Control<br>Rebecca Katz | Kat Brown | 554-9410<br>554-9424 Fax<br>554-9709 TTY | 1200-15th St.<br>San Francisco CA 94103 | kat.brown@sfgov.org |
| Appeals, Board of<br>Cynthia Goldstein | Cynthia Goldstein | 575-6881<br>575-6885 Fax | 1650 Mission St<br>S304<br>San Francisco CA 94103 | cynthia.goldstein@sfgov.org |
| Arts Commission<br>Luis Cancel | Vicky Knoop | 252-3214<br>252-2595 Fax | 25 Van Ness Ave<br>Room 70<br>San Francisco CA 94102 | vicky.knoop@sfgov.org |
| Asian Art Museum<br>Jay Xu | Erik Cline | 581-3592<br>581-4708 Fax<br>861-2035 TTY | 200 Larkin St<br>San Francisco CA 94102 | ecline@asianart.org |
| Assessor /Recorder<br>Phil Ting | Maurilio Leon | 554-5598 | City Hall, Room 190<br>1 Dr Goodlett Place<br>San Francisco CA 94102 | Maurilio.Leon@sfgov.org |
| Clerk, Board of Supervisors<br>Angela Calvillo | Madeleine Licavoli | 554-7722<br>554-5163 Fax | City Hall, Room 244<br>1 Dr Goodlett Place<br>San Francisco CA 94102 | madeleine.licavoli@sfgov.org |
| Building Inspection<br>Vivian Day | Neil Friedman<br>Richard<br>Halloran | 558-6117<br>558-6474 Fax | 1660 Mission St<br>3rd Floor<br>San Francisco CA 94103 | neil.friedman@sfgov.org<br>richard.halloran@sfgov.org |
| Children, Youth and Their Families | Taras Madison | 554-8959, | 1390 Market St | taras@dcyf.org |

| | | | | |
|---|---|---|---|---|
| Maria Sun | | 554-8965 Fax<br>934-4847 TTY | Suite 900<br>San Francisco CA 94102 | |
| Children and Families Commission<br>First 5 San Francisco<br>Moira Kenney | Tamara Foster | 437-4662 | 1390 Market St<br>Room 318<br>San Francisco CA 94102 | tfoster@first5sf.org |
| Child Support Services<br>Karen Roye | Tom Willis | 356-2970<br>356-2789 Fax | 617 Mission St<br>San Francisco CA 94105 | thomas.willis@sfgov.org |
| City Administrator<br>Ed Lee | Jill Lerner | 554-6075<br>554-7934 Fax | City Hall, Room 453<br>1 Dr Goodlett Place<br>San Francisco CA 94102 | jill.lerner@sfgov.org |
| City Attorney<br>Dennis J. Herrera | Miriam Morley | 554-4633<br>554-4757 Fax<br>554-6770 TTY | City Hall, Room 375<br>1 Dr Goodlett Place<br>San Francisco CA 94102 | miriam.morley@sfgov.org |
| Civil Service Commission<br>Anita Sanchez | Sandra Eng | 252-3254<br>252-3260 Fax<br>554-9845 TTY | 25 Van Ness Ave<br>Suite 720<br>San Francisco CA 94102 | sandra.eng@sfgov.org |
| Controller<br>Ben Rosenfield | Louis Voccia | 554-7552<br>554-7126 Fax<br>554-6138 TTY | City Hall, Room 488<br>1 Dr Goodlett Place<br>San Francisco CA 94102 | louis.voccia@sfgov.org |
| District Attorney<br>Kamala Harris | Martha Knutzen | 551-9536<br>553-9054 Fax | 850 Bryant St<br>3rd Floor<br>San Francisco CA 94103 | martha.knutzen@sfgov.org |
| Elections<br>John Arntz | Jennifer Novak | 554-4384<br>554-7344 Fax<br>554-4386 TTY | City Hall, Room 48<br>1 Dr Goodlett Place<br>San Francisco CA 94102 | jennifer.novak@sfgov.org |
| Emergency Communications - 911<br>Vicki Hennessy | Terrence Daniel | 558-3829<br>558-3842 Fax<br>558-3301 TTY | 1011 Turk St<br>San Francisco CA 94102 | terence.daniel@sfgov.org |
| Environment<br>David Assmann | Claudia Molina | 355-3748<br>554-6393 Fax | 11 Grove St.<br>San Francisco CA 94102 | claudia.molina@sfgov.org<br>david.assmann@sfgov.org |
| Ethics<br>John St. Croix | Jarrod Flores | 252-3100<br>252-3112 Fax | 25 Van Ness Ave<br>Suite 220<br>San Francisco CA 94102 | jarrod.flores@sfgov.org |
| Fine Arts Museums<br>Nicholas Elsishans | Tish Brown | 750-7645<br>750-3656 Fax | Legion of Honor<br>34th & Clement<br>San Francisco CA 94121 | tbrown@famsf.org |
| Fire<br>Joanne Hayes-White | Jesusa Bushong | 558-3615<br>558-3612 Fax | 698-2nd St<br>San Francisco CA 94107 | jesusa.bushong@sfgov.org |
| Housing Authority<br>Henry A Alvarez II | Barbara Smith | 306-4659<br>715-3201 Fax | 1815 Egbert Ave<br>San Francisco CA 94124 | smithba@sfha.org |
| Human Resources<br>Micki Callaham | Patti Martin | 557-4811<br>557-4868 Fax<br>775-9484 TTY | 1 South Van Ness Ave<br>4th Floor<br>San Francisco CA 94103 | patti.martin@sfgov.org |
| Human Rights<br>Theresa Sparks | Jill Jay Couch | 252-2502<br>431-5764 Fax | 25 Van Ness Ave<br>Suite 800<br>San Francisco CA 94102 | jill.jay.couch@sfgov.org |
| Human Services Agency<br>Trent Rhorer | Luenna Kim<br>Program Svcs<br><br>Briana Moore<br>Housing & Homesless Svcs<br>Yolanda Calloway | Luenna<br>557-5751<br>557-5873 Fax<br>Briana<br>557-6482 | 1650 Mission St.<br>2nd Floor<br>San Francisco CA 94103 | luenna.kim@sfgov.org<br><br>Briana.Wirrom@sfgov.org<br>yolanda.calloway@sfgov.org |

| | | | | |
|---|---|---|---|---|
| | | Yolanda 557-6459 | | |
| Juvenile Probation<br>Bill Sifferman | Louise Houston | 753-7772<br>753-7672 Fax | 375 Woodside Ave<br>Room 334<br>San Francisco CA 94127 | louise.houston@sfgov.org |
| Law Library<br>Marcia Bell | Mary Hays | 554-6833<br>554-6194 Fax | 401 Van Ness Ave<br>Suite 400<br>San Francisco CA 94102 | mary.hays@sfgov.org |
| Library<br>Luis Herrera | Marti Goddard<br>Prog.Svcs.<br><br>Roberto Lombardi<br>Archit.Svcs. | Marti<br>557-4290<br>437-4848 Fax<br><br>Roberto<br>557-4245<br>437-4848 Fax | 100 Larkin St<br>San Francisco CA 94102 | mgoddard@sfgov.org<br>rlombardi@sfpl.org |
| Mayor's Office on Housing<br>Doug Shoemaker | Eugene Flannery | 701-5598<br>701-5501 Fax<br>701-5503 TTY | 1 South Van Ness Ave<br>5th Floor<br>San Francisco CA 94103 | eugene.flannery@sfgov.org |
| Municipal Transportation Authority<br>Nathaniel Ford | Annette Williams-Taxicab Accessible Services<br>Kate Toran-Paratransit Coordinator<br>Jeffery Banks<br>Jamie Osborne - Muni Accessible Svcs -Fixed Route Coordinator | Annette<br>701-4485<br>Kate<br>701-4440<br>Jeff<br>701-5331<br>Jamie<br>701-4439<br>701-4728Fax<br>701-4730TTY | 1 South Van Ness Ave<br>3rd Floor<br>San Francisco CA 94103 | annette.williams@sfmta.com<br>kate.toran@sfmta.com<br>jeffery.banks@sfmta.com |
| Office of Citizen Complaints<br>Joyce Hicks | Pamela Thompson | 241-7721 241-7733 Fax<br>241-7770 TTY | 25 Van Ness Ave., S700<br>San Francisco CA 94102 | pamela.thompson@sfgov.org |
| Parking and Traffic<br>Bond Yee | Claire Zvanski | 701-4748<br>701-4736 Fax | 1 South Van Ness Ave.,<br>3rd Floor<br>San Francisco CA 94103 | claire.zvanski@sfgov.org |
| Planning<br>John Rahaim | Loulou Hwang | 558-6318<br>558-6409 Fax | 1650 Mission St.,<br>Suite 400<br>San Francisco CA 94103 | loulou.hwang@sfgov.org |
| Police<br>George Gascón | Justine Hinderliter | 553-1343<br>553-9833 Fax<br>558-2406 TTY | 850 Bryant St., Rm 570<br>San Francisco CA 94103 | justine.hinderliter@sfgov.org |
| Port<br>Monique Moyer | Wendy Proctor | 274-0592<br>274-0551 Fax | Pier 1<br>San Francisco CA 94111 | wendy.proctor@sfport.com |
| Public Defender<br>Jeff Adachi | Sandy Chan | 734-3321<br>553-1607 Fax | 555- 7th Street<br>San Francisco CA 94103 | sandy.chan@sfgov.org |
| Public Health<br>Dr. Mitch Katz | Veronica Lopez<br>SF General Hospital<br><br>Darlene Daevu<br>Community Behavioral Health Services | Veronica<br>554-2598<br>554-2594 Fax<br>Darlene<br>255-3426<br>252-3079 Fax | Public Health<br>101 Grove St., Rm 214<br>San Francisco CA 94102<br>Community Behavioral Health Services<br>1380 Howard St., 5th Fl<br>San Francisco CA 94103 | veronica.lopez@sfgov.org<br><br>darlene.daevu@sfgov.org |
| Public Utilities<br>Ed Harrington | Lori Regler | 554-1624<br>554-1529 Fax<br>554-1672 TTY | 1155 Market St<br>8th Floor<br>San Francisco CA 94103 | lregler@sfwater.org |
| | | | | |

| | | | | |
|---|---|---|---|---|
| Public Works<br>Ed Reiskin | Kevin Jensen | 557-4685<br>558-4519 Fax<br>558-4088<br>TTY | 30 Van Ness Ave<br>5th Floor<br>San Francisco CA 94102 | kevin.w.jensen@sfgov.org |
| Real Estate<br>Amy Brown | John Updike | 554-9860<br>552-9216 Fax | 25 Van Ness Avenue<br>Suite 400<br>San Francisco CA 94102 | john.updike@sfgov.org |
| Recreation and Parks<br>Phil Ginsburg | Paulina Araica - Physical Access<br>Lucas Tobin<br>Program Access<br>Coordinator | Paulina<br>581-2558<br>581-2540 Fax<br>Lucas<br>581-7708 | 30 Van Ness Ave<br>5th Floor<br>San Francisco CA 94102 | paulina.araica@sfgov.org<br>david.dinslage@sfgov.org |
| Rent Board<br>Robert Collins | Robert Collins | 252-4628<br>252-4699 Fax<br>554-9845 TTY | 25 Van Ness Ave<br>Suite 320<br>San Francisco CA 94102 | robert.collins@sfgov.org |
| Retirement<br>Gery Amelio | Dianne Owens-Lewis | 487-7026<br>487-7023 Fax<br>487-7032 TTY | 30 Van Ness Ave<br>Suite 3000<br>San Francisco CA 94102 | dianne.owens-lewis@sfgov.org |
| Sheriff<br>Michael Hennessey | Kevin Lyons<br>Physical Access<br>Sgt, Terence Durkan<br>Programmatic Access | Kevin<br>734-3307<br>522-8034 Fax<br>Terence<br>554-4461<br>554-7050 Fax | Kevin<br>425 -7th St.<br>San Francisco CA 94103<br>Terence<br>City Hall, Room 456<br>1 Dr Goodlett Place<br>San Francisco 94102 | kevin.lyons@sfgov.org<br>terence.durkan@sfgov.org |
| Status of Women, Dept.<br>Emily Murase | Carol Sacco | 252-2574<br>252-2575 Fax | 25 Van Ness Ave<br>Suite 130<br>San Francisco CA 94102 | carol.sacco@sfgov.org |
| | | | | |
| Technoloy, Dept of<br>Chris Vein | Sue Yee | 581-3911<br>581-3941 Fax | 1 South Van Ness Ave<br>2nd Floor<br>San Francisco CA 94103 | sue.yee@sfdpw.org |
| Treasurer/Tax Collector<br>Jose Cisneros | Richard Simon | 554-4458<br>554-7449 Fax | City Hall, Rm 140<br>1 Dr Goodlett Place<br>San Francisco CA 94102 | richard.simon@sfgov.org |
| Veterans War Memorial Building<br>Elizabeth Murray | Jennifer Norris | 554-6308<br>621-5091 Fax | 401 Van Ness Ave<br>Room 110<br>San Francisco CA 94102 | jennifer.norris@sfgov.org |



Service and Support Animals
in San Francisco
Know Your Rights and
Responsibilities!
TM

EXHIBIT A35-000114

# Who Qualifies to Own a Service or Support Animal?

- A person with a disability may qualify to own a service or support animal if he or she benefits from its service.
- A person is considered to have a disability if he or she has a mental or physical condition that limits one or more major life activities (such as walking, seeing, working, etc.)

# What is a Service Animal?

- A service animal is any animal that is individually trained to do work or perform tasks for the benefit of a person with a disability.
- A person might also require the service of more than one animal for his or her disability.
- Some examples of service animals include:
  - Dogs
  - Monkeys
  - Birds
  - Miniature horses

# Examples of services that animals can provide:

- retrieving items for the person with a physical disability
- notifying people with hearing impairments of sounds
- alerting people with seizure disorders of an oncoming attack
- assisting people with mobility impairments with balance and movement
- guiding people with vision disabilities

# What is a Support Animal?

Support animals are animals that primarily provide assistance for people with psychological disabilities.

Examples:

- A person with depression may take a cat to the doctor's office in order to make the appointment on time.
- A person with agoraphobia may use a snake to access public places with greater ease.

# Are my rights with a support animal the same as a service animal?

- Allowing support animals at a location is considered a **reasonable accommodation** under disability rights laws.
- Although support animals are not always trained to perform tasks, they can enable people to live independently and fully use and enjoy their environment.
- People with support animals have the **same rights** as people with service animals.

# What's the difference between a service or support animal and a pet?

- Service or support animals are not pets.
- A person with a disability uses a service or support animal as an auxiliary aid, similar to the use of a cane, crutches, or wheelchair.

# Is Proof Required for Service or Support Animals?

- Under the ADA people cannot ask for proof that your animal is a service or support animal, but Under the Fair Employment and Housing Act, a landlord can require documentation.

# The "Do Not"s to remember…

1. Do not pet or touch without asking the handler first.
2. Do not feed.
3. Do not deliberately startle.
4. Do not separate or attempt to separate a handler from the service or support animal.

# The "Do Not"s cont'd:

4. **Remember, not all disabilities are visible. The nature of the person's disability is a private matter and you are not entitled to inquire for details.**
5. **Because service and support animals are not pets, pet fees cannot be charged for service or support animals.**
6. **Do not allow any pets in the area to distract the service or support animal.**

# The "Do's" to remember

- Do expect the owner to take responsibility for the care and behavior of his or her service or support animal. In common areas, the owner must have direct control of the animal.
- Do expect the animal to behave appropriately. A disruptive service or support animal may be removed from the location. However, the person must be allowed to return without the animal.

# We are here to help!

- **Mayor's Office on Disability**
  401 Van Ness St. Room 300
  Tel: 415 554-6789
  TTY: 415 554-6799
  Fax: 415 554-6159

E-mail: mod@sfgov.org
Website: www.sfgov.org/mod

# Plan Review and Approval

Project Review Forms and Information Resources
ADA Coordinator/Contact Information
Access Appeals Process for MOD/DPW

Download readers for PDF or Word file.

**Project Review Forms**
MOD Project Approval Procedure Information
Project Intake Form (Word)
Project Intake Form (PDF)
Project Sign Off Form (Word)
Project Sign Off Form (PDF)
Play Area Plan Review Verification Form (Word)
Play Area Plan Review Verification Form ( PDF)

All building permit applications for new construction, alteration and additions to buildings and facilities that are publicly funded, in whole or in part, by or on behalf of the City and County of San Francisco must first be approved by the Mayor's Office on Disability (MOD) or by a Department of Public Works (DPW) ADA Coordinator before submittal for permit application intake to the San Francisco Department for Building Inspection. This process was established by the Mayor of San Francisco, through executive order dated June 22, 1998, to ensure that all construction projects undertaken by the City's Departments are accessible to and usable by persons with disabilities.

The sign off form shall be embedded into a construction document sheet contained in the permit set of drawings, and the sponsor or architect shall obtain wet ink signature from the ADA Coordinator. In addition, the ADA Coordinator's inspection and sign off on the DBI job card is required to achieve final close-out of the building permit application.

Public funding triggers compliance with Federal access and other access requirements that does not occur within the conventional building code. You can find many resources for these unique requirements and other useful information at our MOD Polices and Resources page.

We recommend the project sponsor and their architect meet with the ADA Coordinator prior to the completion of Schematic Design, to review accessibility requirements of the San Francisco Building Code, federal regulations and DPW or MOD policies.

**ADA Coordinator/Contact Information**

ADA Coordinators and their approval forms can be found at the following:

» **MOD Funded and Other Projects**. New Construction or alteration projects conducted by or on behalf of

EXHIBIT A35-000126

other City and County of San Francisco departments or agencies, and architectural barrier removal projects funded in whole or in part by MOD are to be reviewed by the MOD ADA Coordinator. MOD charges plan check fees for this service and the fee schedule is included on the project intake form (Word). Jim.Whipple@sfgov.org , (telephone 415- 554-6792, Fax 415-554-6159, TTY 415-6799).

- **DPW Project**. New construction and alterations projects conducted by the DPW are to be reviewed by the DPW ADA Coordinator. Kevin.W.Jensen@sfdpw.org telephone 415-557-4685, fax 558-4519, TTY 558-4088
- **Port of SF Projects**. New construction and alteration projects conducted by or on behalf of the Port of San Francisco are to be reviewed by the Port's ADA Coordinator. Uday Prasad telephone 415-274-0541

**Access Appeals Process for MOD/DPW**

ADA Coordinator Appeals On those occasions when architects (or project developers) disagree with the ADA Coordinator or Compliance Officer's requirements for a project, the architect may file an appeal. The appeal process afforded for neutral dispute resolution is as follows: Access Appeals Process for MOD/DPW

Access Appeals Commission. On those occasions when architects (or project developers) disagree with interpretations of the San Francisco Department of Building Inspection's plan checkers or inspectors, the City has an appeal process in Section 105.3 of the San Francisco Building Code and the DBI web site at: Access Appeals Commission

# Plan Review and Approval

Project Review Forms and Information Resources
ADA Coordinator/Contact Information
Access Appeals Process for MOD/DPW

Download readers for PDF or Word file.

**Project Review Forms**
MOD Project Approval Procedure Information
Project Intake Form (Word)
Project Intake Form (PDF)
Project Sign Off Form (Word)
Project Sign Off Form (PDF)
Play Area Plan Review Verification Form (Word)
Play Area Plan Review Verification Form ( PDF)

All building permit applications for new construction, alteration and additions to buildings and facilities that are publicly funded, in whole or in part, by or on behalf of the City and County of San Francisco must first be approved by the Mayor's Office on Disability (MOD) or by a Department of Public Works (DPW) ADA Coordinator before submittal for permit application intake to the San Francisco Department for Building Inspection. This process was established by the Mayor of San Francisco, through executive order dated June 22, 1998, to ensure that all construction projects undertaken by the City's Departments are accessible to and usable by persons with disabilities.

The sign off form shall be embedded into a construction document sheet contained in the permit set of drawings, and the sponsor or architect shall obtain wet ink signature from the ADA Coordinator. In addition, the ADA Coordinator's inspection and sign off on the DBI job card is required to achieve final close-out of the building permit application.

Public funding triggers compliance with Federal access and other access requirements that does not occur within the conventional building code. You can find many resources for these unique requirements and other useful information at our MOD Polices and Resources page.

We recommend the project sponsor and their architect meet with the ADA Coordinator prior to the completion of Schematic Design, to review accessibility requirements of the San Francisco Building Code, federal regulations and DPW or MOD policies.

**ADA Coordinator/Contact Information**

ADA Coordinators and their approval forms can be found at the following:

   » **MOD Funded and Other Projects**. New Construction or alteration projects conducted by or on behalf of

EXHIBIT A35-000128

other City and County of San Francisco departments or agencies, and architectural barrier removal projects funded in whole or in part by MOD are to be reviewed by the MOD ADA Coordinator. MOD charges plan check fees for this service and the fee schedule is included on the project intake form (Word). Jim.Whipple@sfgov.org , (telephone 415- 554-6792, Fax 415-554-6159, TTY 415-6799).

- **DPW Project.** New construction and alterations projects conducted by the DPW are to be reviewed by the DPW ADA Coordinator. Kevin.W.Jensen@sfdpw.org telephone 415-557-4685, fax 558-4519, TTY 558-4088
- **Port of SF Projects.** New construction and alteration projects conducted by or on behalf of the Port of San Francisco are to be reviewed by the Port's ADA Coordinator. Uday Prasad telephone 415-274-0541

**Access Appeals Process for MOD/DPW**

ADA Coordinator Appeals On those occasions when architects (or project developers) disagree with the ADA Coordinator or Compliance Officer's requirements for a project, the architect may file an appeal. The appeal process afforded for neutral dispute resolution is as follows: Access Appeals Process for MOD/DPW

Access Appeals Commission. On those occasions when architects (or project developers) disagree with interpretations of the San Francisco Department of Building Inspection's plan checkers or inspectors, the City has an appeal process in Section 105.3 of the San Francisco Building Code and the DBI web site at: Access Appeals Commission

# MOD Project Approval Procedure

The Mayor's Office on Disability reviews and approves for accessibility City-funded construction and renovation projects. MOCD and MOD staff pre-screen each year's successful grantee projects to determine which projects require accessibility review.

The standards employed include the requirements of ADAAG (the Americans with Disabilities Act Accessibility Guidelines), UFAS (Uniform Federal Accessibility Standards), the Fair Housing Amendments Act of 1988 Accessibility Guidelines for multi-family residential projects, California Title 24 Chapter 11, the San Francisco Building Code, and other state and local laws, guidelines, and policies for accessibility.

Three phases of review include preliminary review, plan review, and construction inspection.

**Preliminary Review Phase:**

1. **Codes and Standards:** Obtain the necessary codes and standards governing construction and renovation projects covered by Title II of the Americans with Disabilities Act, by the Fair Housing Amendments Act, and other applicable federal, state and local requirements.

2. **Project Intake form:** Complete the MOD Project Intake form and email an electronic copy to: Jim.Whipple@sfgov.org

3. **Program and Siting Review:** MOD is willing to meet with you to discuss your project, program, and site, but it is not required. With larger projects, we **recommend** a meeting to identify potential accessibility issues before much time is invested in more detailed plans.

   Other site approvals may be obtained from the Planning Department during the same time period, during parallel processing tracked by the Department of Building Inspection (DBI).

**Plan Review Phase:**

4. **Plan review:** Along with the MOD Intake Form, submit two full-sized copies of construction plans and a check to cover MOD plan and site review. See **MOD Project Intake Form** to determine the fee amount. MOD must approve these plans for accessibility before DBI will accept them.

   For certain projects that do not require DBI construction permits, like landscape projects, play structures, or park improvements, you may submit landscape drawings, photographs, or other documents, such as play equipment catalogs, describing accessibility.

5. **Plan Comments:** MOD will provide written plan review comments detailing needed corrections and send them to the Project Architect or Project Manager via e-mail or fax. As part of the plan comments, MOD will review any hardship requests and make recommendations to DBI.

6. **Plan Corrections:** Project Designer must re-submit plans to incorporate MOD corrections (if any). [Note: Incomplete plans or uncorrected plans, lead to delay, additional reviews, and potentially increased costs.]

7. **MOD Plan Approval:** When MOD receives completed plans, it will stamp both plan sets "APPROVED" and notify the Project Manager that the plans are ready for pick up to go to DBI.

8. **DBI Plan Approval:** DBI will review and approve plans, and issue Building Permit. Further review may include approvals by the Planning Department, the Fire Department, the Public Health Department or others, as appropriate.

9. **Restamp of Plans:** Any plan sheets replaced as a result of review by DBI or any other City Agency, must be re-stamped by MOD prior to re-submittal.

**Construction Inspection Phase:**

10. **Optional MOD Site Inspection:** You may contact MOD to schedule one or more site inspections as your project nears 50% and 90% completion, depending on the size of the project.

11. **Mandatory Framing Inspection for All Projects:** MOD will inspect all projects during framing for grab bar backing and other accessibility features. Any non-complying items found in the field will be noted on an MOD Correction Notice, to be e-mailed or faxed to the contractor.

12. **MOD Final Site Inspection:** Please contact MOD to schedule a 100% completion site inspection for every project. (Again, MOD will send Correction Notices for non-compliant items.) Once Correction Notice items related to accessibility are completed, MOD will sign off on the DBI Job Card and transmit the MOD Access Compliance Approval form to the project manager of his / her designate.

City and County of San Francisco : MOD Project Approval Procedure Page 3 of 3

13. **MOD Construction Approval:** For new construction projects or for projects in existing facilities that involve a change in occupancy or new additions, MOD will sign the DBI Job Card and the Temporary Certificate of Occupancy (TCO) and / or the Certificate of Final Completion (CFC), as appropriate.

For further information, contact MOD at 415-554.6789. The direct line for the ADA Project Compliance Officer is: 415-554.6792.

Documents available on the internet:

Project Intake Form (Word)
Project Intake Form (PDF)
Project Sign Off Form (Word)
Project Sign Off Form (PDF)

http://www.sfgov2.org/index.aspx?page=454 6/28/2010

EXHIBIT A35-000132

# Mayor's Office on **Disability**
# Project Intake

**Gavin Newsom**
Mayor

**Susan Mizner**
Director

| **Project Name:** | | | |
|---|---|---|---|
| **MOD Intake Date:** | | **MOD Project Number:** | **2006-** |

## Contact Information:

| **Project Address:** | | | |
|---|---|---|---|
| **CCSF Sponsor/ funder:** | **Phone:** | **Fax:** | **Email :** |
| **Project Manager Name:** | **Phone:** | **Fax:** | **Email :** |
| **Organization:** | **Phone:** | **Fax:** | **Email :** |
| **Contact address:** | | | |
| **Project Owner:** | **Phone:** | **Fax:** | **Email :** |
| **Project Architect:** | **Phone:** | **Fax:** | **Email :** |
| **Firm:** | **Phone:** | **Fax:** | **Email :** |

## Project Description:

| **Brief Narrative Description:** | | |
|---|---|---|
| **Project Funding Sources:** | **Amount:** | **Source:** |
| | | |
| **Federal:** | | |
| **State:** | | |
| **City:** | | |
| **Other:** | | |
| **TOTAL:** | | **All Sources** |

401 Van Ness, Room 300, San Francisco, CA 94102 415.554.6789 415.554.6799 TTY 415.554.6159 fax MOD@sfgov.org

**EXHIBIT A35-000133**

## Housing/ Dormitory Project Information:

| Residential Units Y/N: | ***If yes, complete this section*** | **Dwelling units** | **Beds** | **Total** |
|---|---|---|---|---|
| | **Fully Accessible (504, UFAS)** | | | |
| | **Adaptable (FHAA, T24)** | | | |
| | **Visual/ Hearing Accessible** | | | |
| | **Inaccessible** | | | |
| | **Total** | | | |

## Project Scope:

| | |
|---|---|
| Barrier removal only | Y / N: |
| New Construction | Y / N: |
| Renovation under Title 24 threshold | Y / N: |
| Renovation over Title 24 threshold | Y / N: |
| Commercial usage included | Y / N: |
| Public accommodation included | Y / N: |
| Number of floors | |
| Floor plate over 3,000 sq. ft. | Y / N: |
| Approximate total square footage of project | |
| One or more elevators in project | Number: |

**Other Comments:**

**Submitted by:** ________________________

**Date:** ________________________

**E-mail form to: MOD@sfgov.org (Note: Review of Projects submitted to MOD prior to payment cannot be processed until payment has been received).**

## Fee Schedule (Effective August 29, 2005)

| **Project** | **Fee** |
|---|---|
| ____ **Small Projects** (Valuation up to $100,000) | Flat Fee: $150.00 |
| ____ **Medium Projects** (Valuation of $100,001 to $1,000,000) | 0.15% of Development Cost |
| ____ **Large Projects** (Valuation of $1,000,001 to $10,000,000) | $1,600.00 + .05% of Development Cost |
| ____ **Extra Large Projects** (Valuation of $10,000,001 and up) | $10,000.00 + .015% of Development Cost |

**Fee Calculation**: ____________________ x ____________________ = ______________________________

Please make check payable to: **City and County of San Francisco**
Submit Project and Payment (check only) to: Mayor's Office on Disability, Monday – Friday, 8:30 am – 4:30 pm
401 Van Ness Avenue, Room 300, San Francisco, CA 94103; Phone: (415) 554-6789

Projects submitted to MOD must include payment. Projects submitted without payment will not be processed.

Fee Submitted ____________ Check # ____________ Date Submitted ___________

**EXHIBIT A35-000134**

# Mayor's Office on Disability

## DISABILITY ACCESS COMPLIANCE APPROVAL

**Gavin Newsom**
Mayor

**Susan Mizner,**
Director

PROJECT: **Project Name** Number: FY2006:____

Project Address: address

THE MAYOR'S OFFICE ON DISABILITY HAS REVIEWED AND APPROVED:

___ Site Permit Plans

___ Final Construction Plans

ACCESSIBILITY COMPLIANCE AT THE SITE HAS BEEN APPROVED IN THE FOLLOWING FORM:

___ Temporary Certificate of Occupancy (TCO)

___ Final Signoff

___ Certificate of Final Completion (CFC)

______________________ ______________________

By: Jim Whipple Date:

Rev: March 05

401 Van Ness, Suite 300 San Francisco, CA 94102 415.554.6789 415.554.6159 Fax 415.554.6799 TTY MOD@sfgov.org

Common/AdminMod/Forms/Project signoff-Disability Access Compl.Approval-2006

EXHIBIT A35-000135

# Mayor's Office on **Disability**

**Gavin Newsom**
Mayor

**Susan Mizner**
Director

## Play Area Plan Review Verification Form

**Project Name:** ________________________ **Review No:** ________________________

**Project Location:** ________________________ **Project Architect/ Engineer:** ________________________

**Project Manager:** ________________________

**Project Description:** ________________________

________________________

________________________

**Age (Use one form for each play structure):** ☐ Infant ☐ Pre-School (2-4 yrs) ☐ School (5-12 yrs)

**Occupancy Classification(s) or Facility Use:** ________________________

**Project Cost:** ________________________

**Estimated Date of Completion:** ________________________

**New Construction:** ☐yes ☐No **Alteration:** ☐yes ☐No

### *Definitions*

**Play Component** : Manufactured or natural **element used for play, socialization, or learning.** There are two types of play components: elevated and ground level.

**Elevated Component** : A play component that is approached **above or below grade** and is part of a composite structure that provides a variety of play activities.

**Ground Component** : A play component that is **approach and exited at ground level**, such as spring rocker, swing, or stand-alone climber.

**Type** : Amount of **each different type of ground level play component** required to be accessible.

**Composite Play Structure** : Two or more play structures attached or functionally linked, to create one integral unit that provides more than one play activity (ASTM F 1487-98).

**Transfer System** : A transfer system provides **a platform onto which children using wheelchairs can transfer.** Transfer steps from the platform provide a means of access from the platform to play components.

**Use Zone** : The ground level area beneath and immediately adjacent to a play structure or equipment that is designated by **ASTM F 1487 Standard Consumer Safety Performance Specification for Play-ground Equipment for Public Use** for unrestricted circulation around the equipment and on whose surface it is predicted that a user would land when falling from or exiting the equipment. If Use Zone is part of an accessible route, transfer space or wheelchair maneuvering space at an accessible play component, it must also meet **ASTM F 1951-99 Standard for Determination of Accessibility to Surface Systems Under and Around Playground Equipment** (see attached Certification).

***1.0 Elevated Play Components***

| PICK ONE | TOTAL | RAMP ACCESS | RAMP OR TRANSFER SYSTEM ACCESS | YES | NO |
|---|---|---|---|---|---|
| ☐ | Less than 20 | Not Required | 50% Min. | ☐ | ☐ |
| ☐ | 20 or More | 25% Min | 25% by ramp or transfer system, in addition to min. ramp access – may connect to other elevated play components. | ☐ | ☐ |

***Comments***:

***1.0 Ground Level Play Components***

2.1 ☐yes ☐No ☐NA ☐Comment Ground level requirements based on number of elevated play components

| ELEVATED PLAY COMPONENTS | | GROUND LEVEL PLAY COMPONENTS: minimum required for the amount at left | | | | | |
|---|---|---|---|---|---|---|---|
| PICK ONE | AMOUNT PROVIDED | ON ACCESSIBLE ROUTE | YES | NO | DIFFERENT TYPE(S) | YES | NO |
| ☐ | 2-4 | 1 | ☐ | ☐ | 1 | ☐ | ☐ |
| ☐ | 5-7 | 2 | ☐ | ☐ | 2 | ☐ | ☐ |
| ☐ | 8-10 | 3 | ☐ | ☐ | 3 | ☐ | ☐ |
| ☐ | 11-13 | 4 | ☐ | ☐ | 3 | ☐ | ☐ |
| ☐ | 14-16 | 5 | ☐ | ☐ | 3 | ☐ | ☐ |
| ☐ | 17-19 | 6 | ☐ | ☐ | 3 | ☐ | ☐ |
| ☐ | 20-22 | 7 | ☐ | ☐ | 4 | ☐ | ☐ |
| ☐ | 23-25 | 8 | ☐ | ☐ | 4 | ☐ | ☐ |
| ☐ | >25 | 8 + 1 for each additional 3 over 25, or fraction thereof | ☐ | ☐ | | ☐ | ☐ |

List Elevated Components:

List Ground Level Components:

**Accessible:**

**Not Accessible:**

List Types Ground Level Components:
(ONE EACH TYPE MUST BE ACCESSIBLE)

**Accessible**:

**Not Accessible:**

2.2 ☐yes ☐No ☐NA ☐Comment If ramp access is provided to more than 50% of the elevated play components, which must include at least three (3) different play types, then additional ground level components are not required.

2.3 ☐yes ☐No ☐NA ☐Comment If no elevated components are provided, then one of each type of ground level component must be accessible.

***Comments***:

| |
|---|
| |
| |

***3.0 Accessible Route***

3.1 ☐yes ☐No ☐NA ☐Comment Completely within play area.
3.2 ☐yes ☐No ☐NA ☐Comment Connects all required ground level components.
3.3 ☐yes ☐No ☐NA ☐Comment Connects all required elevated play components by ramp.
3.4 ☐yes ☐No ☐NA ☐Comment Connects all required play components by transfer system.
3.5 ☐yes ☐No ☐NA ☐Comment Connects entry and exit points of required accessible play components.
3.6 ☐yes ☐No ☐NA ☐Comment Overhanging objects & protrusion into ground level accessible route comply.

***Comments***:

***4.0 Ground Level Component Accessible Route***

4.1 ☐yes ☐No ☐NA ☐Comment Width 60 inches minimum. (If 1,000 sq. ft. area or less, 44-inch minimum)
4.2 ☐yes ☐No ☐NA ☐Comment Slopes/cross slopes of ramp(s) conform (1:16 max slope).
4.3 ☐yes ☐No ☐NA ☐Comment Surface slip resistant.
4.4 ☐yes ☐No ☐NA ☐Comment Handrails, wheel guides, etc. conform. (No handrails required in Use Zone.)
4.5 ☐yes ☐No ☐NA ☐Comment Top, intermediate and bottom landings conform.

***Comments***:

***5.0 Elevated Component Accessible Route – With Ramp***

5.1 ☐yes ☐No ☐NA ☐Comment Width 36 inches minimum.
5.2 ☐yes ☐No ☐NA ☐Comment Slopes/cross slopes of ramp(s) conform (1:12 max slope).
5.3 ☐yes ☐No ☐NA ☐Comment 12-inch max rise per run.
5.4 ☐yes ☐No ☐NA ☐Comment Surface slip resistant.
5.5 ☐yes ☐No ☐NA ☐Comment Handrails, wheel guides, etc. conform. (Handrails .95-1.55 inch diameter, 20-28 inch above ramp, extension not required).
5.6 ☐yes ☐No ☐NA ☐Comment Top, intermediate and bottom landings conform (60 inches).
5.7 ☐yes ☐No ☐NA ☐Comment Wheelchair maneuvering space provided on structure.

***Comments***:

***6.0 Elevated Component Accessible Route – With Transfer System***

6.1 ☐yes ☐No ☐NA ☐Comment Transfer space provided.
6.2 ☐yes ☐No ☐NA ☐Comment Transfer platform provided 14 in deep x 24 in wide x 14 in high. (Pre-School Age)
6.3 ☐yes ☐No ☐NA ☐Comment Transfer platform provided 14 in deep x 24 in wide x 16 in high. (School Age)
6.4 ☐yes ☐No ☐NA ☐Comment Transfer steps provided 14 in deep x 24 in wide x 6 in high. (Pre-School Age)
6.5 ☐yes ☐No ☐NA ☐Comment Transfer steps provided 14 in deep x 24 in wide x 8 in high. (School Age)

***Comments***:

***7.0 Accessible Surface***

7.1 ☐yes ☐No ☐NA ☐Comment Verify to meet ASTM F 1951-99 Standard for Determination of Accessibility to Surface Systems Under and Around Playground Equipment (see attached Certification).
7.2 ☐yes ☐No ☐NA ☐Comment Transitions between differing surface materials comply and ***are maintainable***.

***Comments***:

***8.0 Other Play Components***

8.1 ☐yes ☐No ☐NA ☐Comment — Sand Play (Transfer system if at grade. Knee clearance and reach range provided if elevated table, etc.)

8.2 ☐yes ☐No ☐NA ☐Comment — Water Play (Knee clearance and reach range provided if elevated table. All spigots, buttons must meet force to open, and no pinching, twisting or grasping requirements. Meet all reach range requirements.)

8.3 ☐yes ☐No ☐NA ☐Comment — Soft Contained Play Structures (Accessible route to 2 entry points if 4 or more entries, 1 accessible entry point if 3 or less entries.)

***Use:***_________________________________

☐yes ☐No ☐NA ☐Comment

***Describe how:***

***Use:***_________________________________

☐yes ☐No ☐NA ☐Comment

***Describe how:***

***Use:***_________________________________

☐yes ☐No ☐NA ☐Comment

***Describe how:***

***Additional Comments: (not covered above)***

***I hereby certify that all the issues identified above have been thoroughly reviewed:***

_________________________________________ ___________________________

Reviewer Date

# Policies and Resources

MOD provides the following disabled access resources for the use of project sponsors, architects and the general public.

- ADA Coordinator Plan Review and Approvals
- MOD ADA Coordinator Project Intake form (Word)
- MOD ADA Coordinator Project Intake form (PDF)
- MOD ADA Coordinator Review and Approval form (Word)
- MOD Accessibility Polices for Publicly Funded Construction
- Common Plan Check Errors
- Tips
- Reasonable Accommodations Notice for Federally Funded Housing Projects
- DPW and MOD Access Appeals Process
- Where to purchase building codes and standards
- City and County of San Francisco Resources
- State of California Resources
- Federal Resources

Project sponsors and architects should be aware that alteration of existing City properties may require removal of existing architectural barriers if:

- The requirement to remove existing architectural barriers to the path of travel is a result of the alteration of a primary function within the facility, and or
- If the subject property has not yet undergone a process of removing architectural barriers under the City and County of San Francisco's Uniform Physical Access Strategy (UPhAS) for its ADA Transition Plan.

Project sponsors can request information on the status of City owned properties within the UPhAS ADA Transition Plan through the following UPhAS [S:\Admin MOD\Office Manager\MOD Web Site\2A.1.doc

Download readers for PDF or Word file.

# Access Appeal Process - DPW & MOD

Frequently Asked Questions

The Department of Public Works and the Mayor's Office on Disability are the primary departments responsible for the access review of city-funded projects. On those occasions when architects (or developers) have disagreed with the findings of the ADA Coordinator or Compliance Officer making a decision, previously there was no formal process to review the decision or have a neutral body respond. The following is the appeal process that has been created.

**A. What types of issues may be appealed?**
" Federal, State, or Local access code interpretations

**B. Who may file an appeal?**
" Project Managers, Project Architects and Project Engineers with the approval of the Bureau Managers.
" Private architects or developers in contract with the City for projects that MOD reviews.

**C. When do I need to appeal?**
" For site reviews, the appeal should be made as soon as possible, but within 20 business days of receiving the punch list.
" For plan reviews, an appeal should be filed within 30 business days from the receipt of plan comments. No appeal will be accepted after the project has been advertised for bid.

**D. How do I file an appeal?**
" Submit an appeal in writing.
" Attach a cover letter describing the issue being appealed.
" Include the Project Name, Job Order #, Project Manager's Name & Phone #, and Appellant's Name & Phone #.
" Provide a map of the area as appropriate.
" Provide drawings as appropriate.
" Provide pictures as appropriate.
" Submit the above information/material to the Director of MOD for projects reviewed by MOD and to the Director of DPW for projects reviewed by DPW.

| **Mayor's Office on Disability**<br>**401 Van Ness Avenue,**<br>**Room 300**<br>**San Francisco, CA 94102** |
|---|

**E. How will the appeal be handled?**
" The Director of Public Works or the Director of MOD will designate a panel of 3 people who will review the information/material. The panel will consist of two code experts and one neutral, but knowledgeable party. (The neutral, knowledgeable party is intended to provide a common sense perspective, should the experts disagree.)
" If needed, the panel will meet with the appellant and with the ADA Coordinator.
" The panel will issue their recommendation to the Director.
" The Director will make the final decision.

Top

# Accessible Public Meeting Locations

It is the policy of the City & County of San Francisco that all City sponsored public meetings and events are physically and programmatically accessible to people with disabilities. This checklist has been developed in order to assist City departments in assessing potential sites and to ensure that all City meetings and events comply with Federal and state law in being accessible to persons with disabilities.

- Search for Accessible Meeting Locations
- Accessible Meeting Checklists
- Resources for Programmatic and Communication Access
- Contact to Make Reservations

# Search Accessible Meeting Locations

The list of locations found at the links below is not an exhaustive list. There are other opportunities to find meeting locations that are accessibility. These locations may include school district and college sites and meeting rooms at non-city owned or operated sites. If you utilize a non-city owned meeting location, please follow our accessible meeting location guidelines.

**Search by District:**

**1 2 3 4 5 6 7 8 9 10 11**

**Search by Approximate Capacity:**

**<25 26-50 51-100 >100**

Call locations for limitations on capacity, availability of public transit, accessible on & off site parking, and other

City and County of San Francisco : Search Accessible Meeting Locations Page 2 of 2

information necessary for choosing and planning an accessible meeting.

updated: August 2009

http://www.sfgov2.org/index.aspx?page=399 6/28/2010

EXHIBIT A35-000144

# Accessible Public Event Checklist

**It is the policy of the City & County of San Francisco that all City sponsored public meetings and events are physically and programmatically accessible to people with disabilities. This checklist has been developed in order to assist City departments in assessing potential sites and to ensure that all City meetings and events comply with Federal and state law in being accessible to persons with disabilities.**

**Event Location/Address:** ______________________________
**Event On-Site Contact:** ______________________________
**ph:** ______________ **e-mail:** ______________
**Date & Time of Event:** ______________________________
**Responsible Department:** ______________________________
**Dept. ADA Coordinator:** ______________________________
**ph:** ______________ **e-mail:** ______________
**Contact Person (If not ADA Coordinator) :** ______________________________
**ph:** ______________ **e-mail:** ______________

**Department ADA Coordinators or designated department staff** is responsible for ensuring that this form is completed and that accessibility is verified at least 10 working days prior to any city-sponsored public meeting or event. It is not necessary to fill out this form more than once for regularly scheduled City meetings, so long as the ADA Coordinator of the Department continues to ensure that the provisions herein are being complied with at each meeting. If upon filling out or reviewing this form, it is apparent that additional information is required, or it appears that the meeting or event cannot be made physically or programmatically accessible, please contact the Mayor's Office on Disability to discuss possible alternative solutions or sites.

**Section One** of this checklist is designed to assess compliance with programmatic accessibility standards, to ensure that events will be accessible not only to persons with physical disabilities, but to people with sensory, cognitive, and other disabilities, as well.

**Section Two** of this checklist is designed to ensure that potential meeting sites and event locations comply with physical accessibility standards.
Individual Terms that are underlined are defined in the Definitions section of this document.
Please provide comments as needed.

- » Programmatic Accessibility Checklist
- » Physical Accessbility Checklist
- » Accessible Public Event Policy Definitions
- » Sample Accessible Meeting Event Notices
- » Additional Resources
- » Search for an Accessible Meeting Location

EXHIBIT A35-000145

# Resources for Programmatic and Communication Access

- ASL Interpreters
- Real Time Captioners
- Assistive Listening Devices
- ADA Telephone Information Services
- Guidelines for Reporting and Writing About People with Disabilities - 11 pages (PDF)
- NAVH Standards & Criteria for LARGE PRINT Publication - 2 pages (PDF)
- Recreation Access - Project Insight

# Contact to Make Reservations

- City Hall
- Department of Park and Recreation
- Public Library
- Police Stations
  Contact Stations for use of community rooms
- San Francisco Unified School District
  Click on individual school and check out the ADA Access Guide Hotlink!
- Boys and Girls Clubs – Contact directly at www.kidsclub.org

# Resources for Architectural Access

MOD provides the following portal to accessibility guidelines and regulations for architects, project sponsors and the public. If you would like us to provide other links, please let MOD know by email MOD@sfgov.org

Accessibility Policies for Public Rights-Of-Way
Accessible Public Event Checklist
City and County of San Francisco Resources
Federal Resources
MOD Polices and Resources
Presentation on SB 1608 Certified Access Specialist Program - 24 pages (PDF)
State of California Resources
Where to Purchase Building Codes

# Accessibility Policies for Public Rights-Of-Way

Accessisible Public Event Checklist (Word)

State Curb Ramp Standard Plans
Federal Curb Ramp Standard Plans

Scaffolding Policy

Subsidewalk basement abatement procedure for curb ramp installation

DPW Construction Barricades Guidelines

Mid-Block Blue Zone & Mid-Block Passenger Loading Zone (Image)

Sidewalk Obstruction Policies

Department of Building Inspection
Disability Access Complaint Investigation Procedures
Investigation Procedures Flow Chart (Image)
Temporary Certificates of Occupancy (TCO) Related to Completion of Disabled Access Features

# Mayor's Office on **Disability**

**Gavin Newsom**
Mayor

**Susan Mizner**
Director

# ACCESSIBLE PUBLIC EVENT CHECKLIST

**It is the policy of the City & County of San Francisco that all City sponsored public meetings and events are physically and programmatically accessible to people with disabilities. This checklist has been developed in order to assist City departments in assessing potential sites and to ensure that all City meetings and events comply with Federal and state law in being accessible to persons with disabilities.**

**Event Name/Description:** ______________________________

**Event Location/Address:** ______________________________

**Event On-Site Contact:** ______________________________

**ph:** ________________ **e-mail:** ________________

**Date & Time of Event:** ______________________________

**Responsible Department:** ______________________________

**Dept. ADA Coordinator:** ______________________________

**ph:** ________________ **e-mail:** ________________

**Contact Person:** ______________________________

**(If not ADA Coordinator)** **ph:** ________________ **e-mail:** ________________

Department ADA Coordinators or designated department staff is responsible for ensuring that this form is completed and that accessibility is verified at least 10 working days prior to any city-sponsored public meeting or event. It is not necessary to fill out this form more than once for regularly scheduled City meetings, so long as the ADA Coordinator of the Department continues to ensure that the provisions herein are being complied with at each meeting. If upon filling out or reviewing this form, it is apparent that additional information is required, or it appears that the meeting or event cannot be made physically or programmatically accessible, please contact the Mayor's Office on Disability to discuss possible alternative solutions or sites.

**Section One** of this checklist is designed to assess compliance with "programmatic" accessibility standards, to ensure that events will be accessible not only to persons with physical disabilities, but to people with sensory, cognitive, and other disabilities, as well.

**Section Two** of this checklist is designed to ensure that potential meeting sites and event locations comply with physical accessibility standards.

Individual Terms that are underlined are defined in the Definitions section of this document.

Please provide comments as needed.

NOTE: ITEMS LISTED FIRST AND IN **BOLD** ARE MINIMUM REQUIREMENTS. PLEASE DO NOT CONSIDER HOLDING A PUBLIC EVENT WITHOUT THESE IN PLACE. ITEMS LISTED LAST, IN ITALICS ARE STRONGLY RECOMMENDED.

## PROGRAMMATIC ACCESSIBILITY CHECKLIST

| Notice | YES | NO | N/A |
|---|---|---|---|
| **1. All notices and announcements for the event or meeting include accessibility information (See sample in Appendix)** | ☐ | ☐ | ☐ |
| **2. All notices and announcements for the event or meeting include information on whom to contact to request accessibility accommodations.** | ☐ | ☐ | ☐ |

| Communication Access | YES | NO | N/A |
|---|---|---|---|
| **1. If a microphone is provided for public participation, the microphone cable is long enough to serve accessible seating areas or a wireless unit is provided.** | ☐ | ☐ | ☐ |
| **2. Film or video materials produced by the City are captioned.** | ☐ | ☐ | ☐ |
| **3. Printed materials are available upon request, in alternative formats.** This generally requires an electronic version of any materials. Large print Copies (18 point) are recommended. | ☐ | ☐ | ☐ |
| 4. For meetings of 50 or more people, Assistive Listening Devices (ALDs) are available. | ☐ | ☐ | ☐ |
| 5. Signage of where to obtain ALDs is posted with ALD symbol at the site. | ☐ | ☐ | ☐ |
| 6. For meetings of 100 or more people, Real-Time Captioning has been scheduled. | ☐ | ☐ | ☐ |
| 7. For meetings of 500 or more people, an American Sign Language Interpreter has been scheduled. | ☐ | ☐ | ☐ |
| 8. An aural description is available, either through the presenter or through pre-recorded audiotape. | ☐ | ☐ | ☐ |
| 9. The meeting is accessible by speakerphone or Bridge Line. | ☐ | ☐ | ☐ |

## PHYSICAL ACCESSIBILITY CHECKLIST

| Getting to the Event: | YES | NO | N/A |
|---|---|---|---|
| 1. **An accessible route exists from the street to the event and all event activities.** | ☐ | ☐ | ☐ |
| 2. All public events should have signage to direct the public to the location. **In the unusual situation in which the main route to the meeting is not accessible, the accessible route with directional signage is provided.** | ☐ | ☐ | ☐ |

| **Transportation:** | **YES** | **NO** | **N/A** |
|---|---|---|---|
| **1. If the event itself includes transportation, wheelchair accessible vehicles are also available and advertised as available to the public.** | ☐ | ☐ | ☐ |
| 2. The meeting or event is located close to accessible public transportation | ☐ | ☐ | ☐ |
| 3. An accessible route is provided from the public transportation stop to the building or facility entrance | ☐ | ☐ | ☐ |
| 4. Accessible parking is available (review # of car and van accessible spaces) | ☐ | ☐ | ☐ |
| 5. There is accessible passenger loading and unloading space | ☐ | ☐ | ☐ |

**Amenities:**

| | | | |
|---|---|---|---|
| **1. Accessible toilets are available within 200 feet of the event's location** | ☐ | ☐ | ☐ |
| 2. **Accessible drinking fountains are available** (if drinking fountains provided). | ☐ | ☐ | ☐ |
| 3. **Accessible telephones are available** (if telephones are provided). | ☐ | ☐ | ☐ |
| 4. **Art displays or exhibits are positioned to provide an accessible route and to not be a hazard to people who are blind or have visual disabilities.** | ☐ | ☐ | ☐ |
| **5. If food or beverages are provided, the service is located on an accessible route. Self-service items are reachable from a seated position with accessible operating mechanisms.** [Countertops are 28 – 34 inches high.] | ☐ | ☐ | ☐ |

**Seating:**

| | | | |
|---|---|---|---|
| **1. If seating is provided, wheelchair and companion seating is dispersed in multiple location(s) and seating ratio.** (see definitions for ratio chart) | ☐ | ☐ | ☐ |
| **2. Seating is available for deaf and hard of hearing people near the front of the space so that attendees may see the interpreter/captioner, or lip read.** | ☐ | ☐ | ☐ |
| 3. Signs are provided indicating the accessible seating areas for both wheelchair users and deaf and hard of hearing participants. | ☐ | ☐ | ☐ |

**Event Set-up**

| | | | |
|---|---|---|---|
| **1. If a stage or platform is provided, it is accessible by means of a ramp, wheelchair lift, or portable wheelchair lift.** | ☐ | ☐ | ☐ |
| **2. If a dais or podium is provided for the public, an accessible dais or podium is also provided.** | ☐ | ☐ | ☐ |
| **3. Fencing or other crowd control barriers are placed so as to provide an accessible route, and barricading complies with SF DPW Barricade Order.** | ☐ | ☐ | ☐ |

## ACCESSIBLE PUBLIC EVENT POLICY DEFINITIONS

**Accessibility information –** Meeting or Event Notice shall include information on how to request accommodations, including alternative formats or auxiliary aids and services, notice of wheelchair accessibility, and information on whom to contact to make accommodation requests. Please see "Sample Accessible Meeting Notice," and "Sample Accessible Event Notice" below.

**Accessible Podium (Dais) –** A fixed or mobile speaker or presenter's table or podium that is no higher than 34" on which a microphone and presentation materials can be placed.

**Accessible drinking fountains –** Drinking fountain with the bubbler no higher than 36" with knee clearance underneath that is 27" high x 18" minimum deep and a level clear floor area in front of it.

**Accessible Entrance –** An entry door or gate is a minimum 32 inches clear when opened 90 degrees; threshold is no higher than ½ inch (3/4 inch may e permitted in existing conditions if beveled), and door is easily opened, or has automatic door opener.

**Accessible exhibit materials –** Alternative formats or services that provide equivalent exhibit information for people with sensory disabilities in a manner appropriate to the program material. Examples include but are not limited to:

1. Titles of work and narrative using large 14 point san serif fonts on a high contrast background
2. Taped audio descriptions of photographs/artwork
3. Tactile replicas of art objects
4. Captioning of video or film presentations
5. Trained staff available to provide descriptions or tours

**Accessible surface –** Firm, stable and slip resistant surfaces, such as concrete, asphalt, wood, carpet, portable flooring etc. Grass, dirt, wood chips and sand are not accessible surfaces.

**Accessible parking –** A ratio of **parking** provided for the exclusive use of people with disabilities, located near the accessible entrance to the facility. Note: temporary accessible spaces can be created using signs and cones or chalk powder lines, provided that the minimum parking space and side access aisle dimensional requirements are met (contact the San Francisco Department of Parking and Traffic for temporary signage). (See MOD web site for accessible parking details). The minimum parking ratios required are:

1 to 25 1 van accessible space
28 to 50 one auto and one van accessible spaces
51 to 75 2 auto and one van accessible spaces
76 to 100 2 auto and one van accessible spaces
101 to 1509 4 auto and one van accessible spaces
151 to 200 5 auto and one van accessible spaces
201 to 300 6 auto and one van accessible spaces
301 to 400 7 auto and one van accessible spaces
401 to 500 7 auto and two van accessible spaces
501 to 1000 2% autos with a minimum of 1 out of 8 or fraction thereof van accessible

Accessible Parking Space – an auto parking space with identification signage that is 9 feet min width and 19 feet min length with an adjacent 5 feet clear access aisle. The parking space and access aisle shall be level.

**Accessible Van Parking Space**. A van accessible parking space with identification signage that is 9 feet min. wide, 19 feet min long with an adjacent 8 feet clear access aisle. The parking and side access aisle space shall be level and have an 84 in. minimum clear height.

**Accessible Passenger Drop Off** – a 25-foot long vehicular passenger drop off area with a 5 feet min with adjacent aisle space that is level and 25 feet.

**Accessible portable toilets and sinks** – Toilets and sinks that meet state and federal requirements for wheelchair accessibility. Acceptable toilet manufacturers include but are not limited to Satellite and L&L Manufacturing. If one unit is to be provided, it must be accessible. When multiple units are provided, a minimum of 10% but not less than one unit and not less than one-unit per cluster of units… Accessible toilets and sinks shall be located on a level area, along an accessible route with an accessible surface Ramps to accessible units shall not exceed 1:12 slope, have handrails on both sides and a 60 inch square level landing at the unit door **Please note: this information is provided for situations in which the general public will be using portable toilets. A portable, accessible toilet is NEVER equivalent access if the general public is using in-door toilets.**

**Accessible toilets** – Toilet rooms that are located on an accessible route and contain accessible features including 32" minimum entry, an interior 60" turning space, lavatory with 27" min. knee space, wide toilet compartments with grab bars, and all accessories mounted no higher than 44 inches to the upper most control etc.

**Accessible route** – A continuous unobstructed path connecting all accessible elements and spaces of a building or facility. Interior accessible routes may include corridors, floors, ramps, elevators, lifts, and clear floor space at fixtures. Exterior accessible routes may include parking access aisles, curb ramps, crosswalks at vehicular ways, walks, ramps, and lifts.

**Accessible tables** – A table providing knee space that is a minimum of 27" high, 30" wide and 19" deep unobstructed knee space with the tabletop no higher than 34".

**Accessible Telephones** – Telephones that are located on an accessible route, mounted at 48" from the floor to the coin slot and have volume controls.

**Assistive Listening Device** – A device that takes a signal from a microphone or public address system and sends it to a personal amplification system. Assistive Listening Devices (ALDs) can be procured through companies who provide public address systems (see Resource lists) or through the Mayor's Office on Disability at 554-6789. All City Hall Hearing Rooms are equipped with Assistive Listening Devices.

**Captioned** – Video or film program with subtitles reflecting the content of the spoken or descriptive material.

**Directional Signage** – Signage that indicate the direction of the accessible route when the accessible route is not the same as that of the general public **The signage may be directional arrows that** Include the International Symbol of Accessibility (ISA). Directional signage should be places at any directional change that is not the same as that of the path of the general public.

**Hazards to blind or visually impaired participants** – Pedestrian and participant areas shall be clear of objects (including plant branches and public art) which overhang less than 80" from the floor surface, or wall, and post mounted or freestanding objects that protrude 4" or more between 27" and 80" above the floor or ground into circulation areas.

**Portable wheelchair lift** – A lift that is not built into the structure but can be available for a specific event. Portable wheelchair lifts can be rented by calling 863-1414 ext.105.

**Accessible Seating location -** Accessible seating must be situated so those individuals who cannot stand can view the meeting or event over seated or standing participants. Seating for persons who are deaf must be provided in a location near the stage/presentation area with direct view to the stage/presentation location of sign language interpreters.

**Seating ratio** – The number of accessible seats in relation to the number of seats provided as follows:

1 to 25=1 seat

26 to 50=2 seats

51 to 300=4 seats

301 to 500=6 seats

over 500=6 plus one additional space for each increase of 100

**Wheelchair and companion seating** – Seating for wheelchair users and adjacent, shoulder aligned seating for individuals accompanying wheelchair users that is located on the same level as that of the wheelchair user..

**To receive a copy of this document in an alternate format or for additional information, please contact:**

**For additional information, please contact:**
Mayor's Office on Disability
401 Van Ness, Room 300
San Francisco, CA 94102
415.554.6789 voice
415.554.6799 TTY
415.554.6159 fax
MOD@sfgov.org

# SAMPLE ACCESSIBLE MEETING / EVENT NOTICES

**Accessible Meeting Information**

[Site] is accessible to persons using wheelchairs and others with disabilities. Assistive listening devices are available and meetings are open-captioned. Agendas are available in large print. Materials in alternative formats, American Sign Language interpreters, and other accommodations will be made available upon request. Please make your request for alternative format or other accommodations, to [Name, Phone, Email]. Providing at least 72 hours notice prior to the meeting will help to ensure availability.

The nearest BART station is Civic Center Plaza at the intersection of Market, Grove, and Hyde Streets. The MUNI Metro lines are the J, K, L, M, and N (Civic Center Station or Van Ness Avenue Station). MUNI bus lines serving the area are the 47 Van Ness, 9 San Bruno, and the 6, 7, 71 Haight/ Noriega. Accessible curbside parking is available on 1 Dr. Carlton B. Goodlett Place (San Francisco City Hall) and Grove Street.

In order to assist the City's efforts to accommodate persons with severe allergies, environmental illness, multiple chemical sensitivity or related disabilities, attendees at public meetings are reminded that other attendees may be sensitive to various chemical based scented products. Please help the City to accommodate these individuals.

For inquiries or requests for accommodations, please call 554-6789 (V), 554-6799 (T

## (Shorter Version)

Disability Access

[Site] is accessible to persons using wheelchairs and others with disabilities. Informational materials will be available in large print. Assistive listening devices, materials in other alternative formats, American Sign Language interpreters and other accommodations will be made available upon request. Please contact [Name, Phone, Email]. Providing at least 72 hours notice will help to help ensure availability.

In order to assist the City's efforts to accommodate persons with severe allergies, environmental illness, multiple chemical sensitivity or related disabilities, attendees at public meetings are reminded that other attendees may be sensitive to various chemical based scented products. Please help the City to accommodate these individuals.

## (Flyer/Limited Space Version)

Disability Access

[Site] is wheelchair accessible. Assistive listening devices and [any other provided accommodations, such as materials in large print] will be available at the meeting. To request real time captioning, a sign language interpreter or other accommodations, please contact [Name, Phone, Email]. Providing at least 72 hours advance notice will help to ensure availability.

## RESOURCES

**Accessible portable toilets**
Ajax Portable Toilets – 800-282-8988
JW Enterprises Portable Toilets – 800-350-3331
Portosan Portable Toilets – 800-545-5516
Waste Management – 800-422-5606

**Accessible portable sinks and toilets** – Acme & Sons – 800-322-2263

**Portable wheelchair lifts** - somArts - 863-1414 Extension 105

**Accessible Van Transportation** - MV Transportation – 468-4300

**Muni Accessible Services** – 923-6142

**Temporary Accessible Parking Signage** – 554-2315
Department of Parking and Traffic

**Physical And Programmatic Accessibility Assistance:**
Mayor's Office on Disability – Voice: 554-6789, TTY: 554-6799

[For Communication Access resources, please see resource lists from DCARA

---

**For additional information, please contact:**

**Mayor's Office on Disability**
401 Van Ness, Room 300
San Francisco, CA 94102
415.554.6789 voice
415.554.6799 TTY
415.554.6159 fax
*MOD@sfgov.org*

*06/05*

# State Curb Ramp Standard Plans

## NOTICE:

**DPW Curb Ramp Standards along with the adopting DPW Order No. 175,387 should be posted for use in applying for street or sidewalk improvement permits from DPW in San Francisco public right-of-ways.**

DPW 175,387 Curb Ordinance (PDF)

Interested parties (particularly anyone who is planning to install or modify sidewalks at or near a crosswalk) can request copies from the DPW Bureau of Street Use and Mapping at:

875 Stevenson Street, Room 460
San Francisco, CA 94103
Phone: (415) 554-5810
Fax: (415) 554-6161
General DPW email: dpw@sfdpw.org

Download reader for PDF file.

EXHIBIT A35-000158

# DPW - Scaffolding Policy - Order NO. 162,882

Approved Scaffolding Designs
Front View of Scaffolding (Image)
Side View of Scaffolding (Image)
Scaffold A Frame (Image)

Establishing Requirements for The Placement of Scaffolding on City Sidewalks
Pursuant to Public Works Code Article 15, the Director of Public Works hereby amends DPW Order No. 157,501 to the following requirements for the placement of scaffolding on City sidewalks.

These requirements are in addition to all provisions of the Public Works Code, and are enforceable as part of Article 15.

The additional requirements for placing scaffolding on City sidewalks are as follows:

1. The scaffold frame shall be of the sidewalk canopy type. The inside poles shall be equidistant and parallel for their entire length for the required clearance in the pedestrian access area. Scaffold frames with angled truss members are prohibited on the public right-of-way.
2. The interior poles on both sides of the scaffold frame shall be extended vertically to the ground surface by attaching additional bars. This modification shall be added to scaffold frames situated at every pedestrian access opening.
3. Two additional sets of bars shall be attached horizontally to the scaffold frame. One set shall be attached at a point between six to twelve inches above the ground surface. The second set shall be attached at a point between three to four feet above the ground surface. Both sets of bars shall be positioned parallel to the ground surface, and shall run the entire length of the scaffold frame of both the inside and outside legs, except at pedestrian and vehicle access openings.
4. A highly reflective contrastng material--paint or reflective tape applied or fastened to wood boards--shall be attached to both sides of scaffold frames located at every pedestrian access opening. The reflective area of each board shall measure at least 36" x 4".
5. Scaffold screw jack handles shall be maintained in a position parallel with the horizontal support braces, or otherwise not interfere with the pedestrian path of travel.
6. Failure to comply with any of the above requirements may result in the issurance of citations and fines of up to $1000 per day.

# DPW Sub Sidewalk Basement Abatement Procedure For Curb Ramp Installation - ORDER NO. 169,271

The Department of Public Works (DPW) installs curb ramps to provide accessibility for pedestrians with disabilities. The Codes and Regulations requiring the installation of curb ramps are California Government Code 4450, California Code of Regulations Title 24, and the Federal Americans with Disabilities Act Accessibility Guidelines (ADAAG) Title II and Title III.

The Department of Public Works has granted private property owners the right, through encroachment permits, to occupy public rights-of-way with sub sidewalk basements. A sub sidewalk basement is part of a building structure defined under the San Francisco Building Code 4503.

DPW Order No. 169,270 establishes a departmental policy on curb ramp installation priorities. Based on that policy, if it has been determined that a curb ramp needs to be constructed at a location and the location is over a sub sidewalk basement, it is the responsibility of the private property owner to structurally alter his/her sub sidewalk basement to construct a curb ramp.

This procedure establishes guidelines by which DPW and other City agencies will notify property owners to construct curb ramps over sub sidewalk basements.

The procedure is outlined on the attached flowchart titled, Sub Sidewalk Basement Abatement Procedure for Curb Ramp Installation, Exhibit "A" (Image) dated November 15, 1995.

John E. Cribbs
Director of Public Works



EXHIBIT A35-000161

# Department of Public Work Guidelines For the Placement of Barricades at Construction Sites - Order No. 167, 840

Guidelines
§ Section 1.06 Bid Preference
§ Section 1.07 Placement of Barricades
§ Section 1.08 Protests
Barricading Methods and Material
Corrections
Federal Register - Temporary Work - Construction Barricade
Examples of Correct and Incorrect Barricading Methods

Guidelines
It is the policy of the Department of Public Works that a safe and accessible path of travel be provided for all pedestrians, including those with disabilities, around and/or through construction sites.

When erecting barricades, the Contractor shall be conscious of the special needs of pedestrians with physical disabilities. Discretion is given to the contractor to provide protection for pedestrians consistent with all local, state, and federal codes, including the Americans with Disabilities Act and the California Building Code, Title 24.

It is recognized that there are various types of construction activities, including both short-term and long-term projects. Some barricading systems are more appropriate for certain types of construction than others.

The following barricading systems described in the attached document are examples of systems which can be used to provide a safe and accessible path of-travel around and through a construction site. They are not intended to be all-inclusive. Any barricading system meeting accessibility standards may be considered.

Section 1.06 Bid Preference
Bid preferences as set forth in Section 12D.8(8)2. of the Administrative Code do not apply to this federally funded Contract.

HRC Form 1, MBEIWBEILBE Bid Preference Application, and HRC Form 2A, Construction must be filled out and submitted with the Bid Proposal by the Bidder. Although bid preference does not apply to federally funded Contracts, this information is collected for statistical reasons.

Section 1.07 Placement of Barricades
The Contractor"s attention is directed to the provisions for safeguarding public safety and conducting its operations for the convenience of the public per Section 108.13 of the Standard Specifications. In addition to the traffic routing and access requirements of Section, 110 of the Standard Specifications, the Contractor shall maintain at least one accessible path of travel around the construction site for persons with disabilities that conforms to the requirements of the State of California Title 24, Part 2, Accessibility Standards and The Americans With Disabilities Act Guidelines. The Contractor shall furnish, erect and maintain all necessary signs, barricades, lighting, fencing, bridging and flaggers that conform to the requirements of San Francisco Department of Public Works Guidelines

(Order No. 167,840), which requirements are located in the back of these Special Provisions.

The Contractor shall erect and maintain for the duration of the Contract proper barricades and temporary curb ramps complying with all State and Federal access codes and regulations and the Department of Public Works Curb Ramp Standards Plans at all closed crosswalks and existing closed curb ramps. All changes of level in a path-of-travel that is over 1/4 inch in height, but not exceeding 1/2 inch, shall be beveled at a 45-degree angle to provide a smooth, non-tripping transition.

For all temporary fencing, barricades or other barriers, the Contractor shall provide a solid and continuous bottom rail such as 2x4"s or other material of high contrast attached to the base of the barricade or fencing system to direct blind pedestrians to and through a temporary path-of-travel through the construction area.

The Contractor shall require that no construction materials be stored or placed on the path-of-travel. The Contractor shall maintain the construction barriers in a sound, neat and clean condition, and shall remove all graffiti to the satisfaction of the Engineer, during the life of the contract. The Contractor shall clean public walkways adjoining the construction site of accumulated trash and debris.

The Contractor"s construction operations shall not occupy public sidewalks except where pedestrian protection is provided, following the requirements herein, and with the regulations of public authorities having jurisdiction. The Contractor shall not obstruct free and convenient approach to any fire hydrant, alarm box or utility box.

The Contractor shall remove barriers and enclosures upon completion of the work in accordance with applicable regulatory requirements and to the satisfaction of the Engineer.

*Liquidated Damages*
The Contractor will be assessed Liquidated Damages in the amount of $1000.00 per day for failing to fulfill the requirements of this Section, "Placement of Barricades".

Section 1.08 Protests
This Section defines the procedure by which a bidder may file a protest against the bid of another bidder.

*Time Limitation*
A protest should be made as early as possible during the procurement process in order to avoid disruption or unnecessary delay to the procurement process. A protest must be in writing and must be received by the City within ten (10) working days after Bid Opening. Any protest received after the times set forth herein will be rejected. The City may resolve a protest through a written or other formal determination after opportunity to comment is afforded to the bidder whose bid has been protested.

*Delivery of Protest*
If a protest is mailed, the protesting bidder bears the risk of non-delivery within the required time period. The protest should be transmitted by Certified Mail-Return Receipt Requested or by other means which will objectively establish the date of receipt. Telephone protests will not be considered. Protests shall be transmitted to:

Contract Administrator
Contract Administration Division
Department of Public Works
Room 420, 875 Stevenson Street
San Francisco, CA 94103

Protests not received by the above division within the time and in the manner specified will not be considered.

**Barricading Methods and Materials**

A-Frames
When using A-frames for defining a path-of-travel, not barricading trenches from vehicular travel, A-frames shall be placed end to end (no spacing between barricade allowed). This will help a person who is blind negotiate a safe path-of-travel. Openings between A-frames will give confusing signals to a person who is blind and using a "walking cane" or "white cane"". If using A-frames, all must be connected in a way to ensure that individual A-frames do not move out of place or separate. As an example of an acceptable connection, A-frames may be connected by 2 x 4"s that are attached to the base of the barricade system.

Barrier Caution Tape
Caution tape does not provide an adequate barricade and cannot be used to delineate path-of-travel (but can be used in other areas to highlight danger. It can be used in conjunction with barricades such as A-frames).

Fencing Material
When using fencing material (i.e., chain link, plastic, etc.) the bottom 3 inches minimum should be solid. This base will act as a guide to blind pedestrians using canes. Walking canes used by blind pedestrians could get caught in fencing. A safe design can be achieved by attaching a solid material (i.e., wood, header bender board, sheet metal, solid rod or rail, etc.) to the bottom portion of the fence. Chosen material should have a high visual contrast to the street/sidewalk surface.

Closed Crosswalks
If a crosswalk is closed due to construction, then curb ramps leading into that crosswalk should also be appropriately barricaded. Temporary curb ramps must be installed in the direction of the crosswalk to replace barricaded ramps. It should be noted that curb ramps are not used solely by persons in wheelchairs. They are also indicators to persons who are blind that a crosswalk exists and that there is a safe path-of-travel to cross the street. Temporary curb ramps should direct blind pedestrians to and through the temporary path-of-travel.

Open Crosswalks
If crosswalks are to remain open during the project then curb ramp areas should be kept free of debris, staging material, equipment, etc.

Path-Of-Travel
Any change of level in a path-of-travel which is over 1/4" in. (1/2" maximum) height must be beveled at 45 degree to provide a smooth, non-tripping transition.

*NOTE: With the unique nature of each project, certain issues may arise which have not been covered in the above guidelines Each project will have to be reviewed on a case by case basis, to ensure that complete, safe, usable and accessible paths-of-travel are maintained during construction.*

**Corrections**

This section of the FEDERAL REGISTER contains editional corrections of previously published Presidential, Rule. Proposed Rule, and Notice documents. These corrections are prepared by the Office of the Federal Register. Agency prepared corrections are issued as signed documents and appear in the appropriate document categories elsewhere in the issue.

ARCHITECTURAL AND TRANSPORTATION BARRIERS COMPLIANCE BOARD

36 CFR Part 1191

[Docket No 92-2]

RIN 3014 AA12

Americans with Disabilities Act (ADA). Accessibility Guidelines for Buildings and Facilities; State and Loocal Government Facilities

Correction
In rule document 9414304 beginning on page 31676. in the issue of Monday. June 20.1994. make the following correction. On page 31676. in the first column. under Comment done: in the last line. December 20.1994. "should read August 19, 1994."

Provided by:
Pacific Disability and Business Technical Assistance Center
440 Grand Avenue, Suite 500 Oakland 94610
(800) 949-4231 (Voice & TDD)
(510) 465-7884

**Federal Register - Temporary Work - Construction Barricade**

While such spaces do not provide a high degree of accessible features. they are usable by many persons with disabilities. The interim final rule includes the proposed appendix note as a special technical provision.

14 4 Temporary Work (14.6 in the NPRM!)
This section requires that construction and repair work in the public right-of-way that affects pedestrian facilities comply with ADAAG 1.1(4) (Temporary Structures) It further requires that construction sites be protected with barriers against hazards along the pedestrian circulation network and that temporary alternate circulation paths, where provided. be accessible and clearly marked. Appendix notes clarify accessibility requirements along temporary circulation paths.

**Comment.** The NPRM proposed that temporary work comply with ADAAG 4.1.1(4) (Temporary Structures), which applies the scope and technical requirements of ADAAG, including those for an accessible route, to temporary facilities. The NPRM further proposed that the temporary circulation path from building entrances to accessible street crossings be clearly marked. Several commenters from department of public works noted that it may not always be possible to provide accessible temporary route. Others recommended that an alternate route be required. particularly to building entrance One commenter stated that the cost of providing an accessible alternate route might be excessive in some situations.

**Response.** Consistent with ADAAG 14.2.1. which requires that public sidewalks, where provided, be accessible. This section states that when a temporary alternate circulation path is provided around construction in the public pedestrian circulation network, the alternate path must be accessible. It also requires that the temporary alternate circulation path comply with alternation standards at ADAAG 14.3 (Alternations). The reference to ADAAG 4.1.1(4) (Temporary Structures) has been removed as unnecessary. The provision in ADAAG 14.1 (General) applies ADAAG 4.1 through 4.35 which includes 4.1.1(4) to ADAAG 14.

**Comment.** Several commenters noted that where construction involves the entire width of a public sidewalk, some pedestrians may choose to bypass the work by using the adjacent roadway for a short distance. These commenters requested clarification as to whether permitting the use of a street or public sidewalk by pedestrians without

disabilities constituted the provision of an alternate circulation path that would require the temporary installation of public sidewalk curb ramps to allow persons using wheelchairs to travel in the street to detour around an obstruction.

**Response.** Along developed rights-of-way, access to other existing routes may already be available at nearby intersections where pedestrians can choose to cross to another public sidewalk that will provide temporary passage by the construction. This would not require the provision of a temporary alternate circulation path. However, where other existing route are not available and where the sidewalk under construction remains open to pedestrian passage, an accessible temporary path must comply with provisions for alternation in ADAAG 14.3 and must therefore contain a continuous passage connection to public sidewalk curb ramps and street crossings, where necessary for access. Furthermore, the temporary alternate path must be clearly noted and, if where are hazardous conditions along the route, such as excavations construction materials, or equipment, they must be protected by barriers.

**Comment.** The NPRM proposed that construction sites in the public right-of- way be protected with barriers. Commenters from FHWA noted that MUTCO contained requirements for street and highway construction. including traffic and pedestrian barriers. (DOT/FHWA. "Manual on Uniform Traffic Control Devices," 1986 edition) these commenters recommended that the requirements of this section be coordinated with chapter 6C-9 Barricade Application. which recommends that, where it is not possible to divert pedestrians to other public sidewalks when segment of a pedestrian route is impossible due to construction, barricades be used to define an alternate path.

**Response.** Conformance with MUTCD standard, which include technical guidelines for barricade design and designation is required as a condition for receiving funding under the Federal Aid Highway Act (23 U.S.C. 101. Et seq.). Therefore, most jurisdictions will comply with MUTCD guidelines. The interim final rule is consistent with MUTCD recommendations and no changes have been made in this requirement.

**Comment.** The NPRM proposed that construction sites be protected with barriers to warn pedestrians of hazards on the pedestrians circulation network. Many persons with vision impairments and organizations representing them submitted comments supporting the requirement and recommending that barriers be required to be discernable to persons with vision impairments. One commenter provided information on guidelines developed for the installation of scaffolding along public sidewalks in San Francisco.

**Response.** The appendix notes has been expanded to emphasize the need for barriers that provide both protection and travel cues for bypassing construction hazards along a public sidewalk. A note has been added commending particular attention to scaffolding design.

Technical Assistance

Under both the Architectural Barriers Act and the Americans with Disabilities Act, technical assistance and training for entitles is covered under the acts. The Access Board"s toll-free number allows callers to receive technical assistance and to order publications. The Access Board conducts in-depth training programs to advise and educate the general public, as well as architects and other professionals on the accessibility guidelines and requirements. In addition, the Board is developing two manuals for use by both technical and general audiences. The first is a general manual on ADAAG requirements that will be a useful tool in understanding ADAAG whether for purposes of compliance or as a reference for accessible design. The second is a technical assistance manual on the application of accessibility requirements of public sidewalks, curb ramps, street crossings and related pedestrian facilities in the public right-of-way. This manual will assist public works streets and engineering staff, and similar State and local government agencies responsible for street and sidewalk improvements. The manual will also be of use to architects, civil engineers, landscape architects and other professionals who provide designe services for pedestrian improvements under contract to public agencies and to construction firms who make the physical improvements. The manual on the application of accessibility requirements for public rights-of-ways will be coordinated with the

publication of final rules by the Access Board and the Departments of Justice and Transportation. The more general manual on ADAAG will be available as soon as possible after the publication of the final rules.

**Examples of Correct and Incorrect Barricading Methods**

Photographs A through F depict several examples of correct and incorrect barricading methods.

*Click on the photo to view the larger image.

A. Incorrect Barricading Method

- "A-Frame" spacing is too wide
- Caution tape does not provide an adequate barricade or detectable path-of-travel
- Curb cut access has been blocked

B. Correct Barricading Method

- Orange plastic fencing with baseboard provides an easily detectable path-of-travel for persons who are blind/low visioned and using a "white mobility cane" Baseboard will also help eliminate the potential for a person using a "white cane" from getting the cane caught in the fencing mesh.
- Temporary bridging system (wooden decks/steel plates) provides an accessible path-of-travel for persons using a wheelchair. (Note: the cold patch (asphalt) at the ends of the bridge provides a beveled 1:2 lip of no more than 1/2 inch for a smooth transition).

C. Correct Barricading Method

- Baseboard at perimeter of fence supports provides for a well defined path-of-travel edge for persons who are low visioned/blind and using a "white mobility cane". Baseboard also prevents cane from getting caught in fencing mesh. The baseboard is to have a high contrast to the sidewalk/street surface
- K-Rail further defines the path-of-travel and protects pedestrians from vehicular traffic.
- Concrete float (temporary ramp) provides for a smooth transition from street to sidewalk for all pedestrians as well as those persons using a wheelchair. (Note: asphalt or other material that will remain in place and support the weight of a person in a wheelchair is acceptable as temporary ramping material)

D. Correct Barricading Method (Curb ramp leading into a closed crosswalk)

- Entire perimeter of curb ramp is barricaded.
- Galvanized steel pipe railing provides an effective barricade (other materials providing the same level of barrier are acceptable).
- Bottom rail is within 12" - 20" above ground surface (this allows for detection by a person who is blind and using a "white mobility cane").
- Baseboard around perimeter of railing is a minimum 4" above ground surface (this allows for detection by a person who is blind and using a "white mobility cane").

E. Incorrect Barricading Method

- This is an open trench/pit, for a new light pole. An opening in the path- of-travel poses a severe hazard to able bodied pedestrians as well as disabled pedestrians.
- The perimeter should be completely blocked off with upright barricades and no spacing should exist between the barricades.

F. Incorrect Barricading Method

- Caution tape being used to block off entire sidewalk
- No defined alternative path-of-travel (sending pedestrians into traffic)
- No solid base for detection by a person who is Low visioned/blind and using a "white mobility cane"
- No temporary crosswalk was provided for pedestrians using wheelchairs
- Overall this is an unsafe condition for all pedestrians; able bodied as well as persons with disabilities, and especially persons who are low visioned or blind.



Note:

- Curb ramp dimensions are assuming 6 inch curb.
- The sidewalk adjacent to the 18 foot long blue zone must remain clear of ANY obstruction.
- Refer to DPW curb ramp standard plan number 62,171 and 62,172

# Sidewalk Obstruction Policies Sections 22500(f) CVC AND 675(b) MPC

Vehicles parked on sidewalks constitute an inconvenience for pedestrians and a hazard for people who are blind or otherwise visually impaired. Officers are to renew their efforts to cite violation Section 22500(f) CVC, parking on sidewalks, to discourage this ongoing and increasing problem.

In addition, officers should pay special attention to violations of Section 675(b) MPC, particularly illegal a-frame signs on sidewalks, which also pose a hazard to pedestrians.

**Sidewalk Obstruction - VC 22500 - Sections 22500(f)**
**CVC Prohibited Stopping, Standing, or Parking**

No person shall stop, park or leave standing any vehicle whether attended or unattended, except when necessary to avoid conflict with other traffic or in compliance with the directions of a peace officer or official traffic control device, in any of the following places:

a) Within an intersection except adjacent to curbs as may be permitted by local ordinance.

b) On a crosswalk, except that a bus engaged as a common carrier or a taxicab may stop in an unmarked crosswalk to load or unload passengers when authorized by the legislative body of any city pursuant to ordinance.

c) Between a safety zone and the adjacent right-hand curb or within the area between the zone and the curb as may be indicated by a sign or red paint on the curb which sign or paint as erected or placed by local authorities pursuant to ordinance.

d) Within 15 feet of the driveway entrance to any fire station. This paragraph does not apply to any vehicle owned or operated by a fire department and clearly marked as a fire department vehicle.

e) In front of a public or private driveway, except that a bus engaged as a common carrier, schoolbus, or a taxicab may stop to load or unload passengers when authorized by a local authorities pursuant to ordinance.

In unincorporated territory, where the entrance of a private road or driveway is not delineated by an opening in a curb or by other curb construction, so much of the surface of the ground as is paved, surfaced, or otherwise plainly marked by vehicle use as a private road or driveway entrance, shall constitute a driveway.

f) On a sidewalk, except electric carts when authorized by local ordinance, as specified in Section 21114.5

g) Alongside or opposite any street or highway excavation or obstruction when stopping, standing, or parking would obstruct traffic.

h) On the roadway side of any vehicle stopped, parked, or standing at the curb or edge of a highway, except for a schoolbus when stopped to load or unload pupils in a business or residence district where the speed limit is 25 miles per hour or less.

i) Except as provided under Section 22500.5 alongside curb space authorized for the loading and unloading of passengers of a bus engaged as a common carrier in local transportation when indicated by a sign or red paint on the curb erected or painted by local authorities pursuant to ordinance.

j) In a tube or tunnel, except vehicles of the authorities in charge, being used in the repair, maintenance, or inspection of the facility.

k) Upon a bridge, except vehicles or the authorities in charge, being used in the repair, maintenance, or inspection of the facility, and except that buses engaged as a common carrier in local transportation may stop to load or unload passengers upon a bridge where sidewalks are provided, when authorized by local authorities pursuant to ordinance, and except that local authorities pursuant to ordinance or the Department of Transportation pursuant to order, within their respective jurisdictions, may permit parking on bridges having sidewalks and shoulders of sufficient width to permit parking without interfering with the normal movement of traffic on the roadway. Local authorities may, by ordinance or resolution, permit parking on such bridges on state highways in their respective jurisdictions if the ordinance or resolution is first approved in writing by the Department of Transportation. Parking shall not be permitted unless there are signs in place, as may be necessary, to indicate the provisions of local ordinances or the order of the Department of Transportation.

Sections 21114.5 Electric Carts On Sidewalks
Notwithstanding Section 21663 or any other provision of this code, local authorities may, by ordinance authorize the operation of electric carts by physically disabled persons, by persons 50 years of age or older, or, while in the course of their employment, by employees of the United States Postal Service, state and local governmental agencies, or utility companies, on public sidewalks. Any ordinance shall, however contain provisions requiring any disabled person or person 50 years of age or older who owns or leases an electric cart to apply to local authority for a permit and an identification sticker to so operate it on the sidewalk. The permit and sticker shall become invalid if the person ceases to operate, own, or lease the cart.

**Sidewalk Obstruction - VC 22500 Section 675(b) MPC**
**Section 63. Obstructions On Streets and Sidewalks.**

(a) It shall be unlawful for any person, firm or corporation, occupying or having charge or control of any premises, to place or cause to be placed, or suffer to remain upon the sidewalk, or upon the half of the street in front of such premises, any Article or substance which shall obstruct the passage of such street or sidewalk.

(b) It shall be unlawful for any person, firm or corporation to enter into a lease, rental agreement or contract of any kind, written or oral, with or without compensation, for the use of any street or sidewalk. ( Amended by Ord. 169-87. App. 5/4/87)

Section 64. Exceptions.
The provisions of Section 63(a) of this Article shall not apply to:

(a) Goods or merchandise in actual course of receipt, delivery or removal;
(b) Lamp posts or hydrants, erected by permission of the Director of Public Works;
(c) Any tree, plant, or shrub planted in the sidewalk area, or any boxed or potted tree, plant or shrub set on the sidewalk area when the containers are not attached to the building;
(d) Watering troughs placed by permission of the Director of Public Works upon sidewalks for the accommodation of the public;
(e) Bicycle racks or motorcycle racks placed upon the sidewalks by permission of the Director of Public Works and the adjoining property owners for the accommodation of persons using such bicycle or motorcycle, the same not to exceed three feet in width and three feet in height and to be entirely devoid of advertising matter; provided, that motorcycle racks hall be supplied with a metallic pan for the purpose of catching oil drippings;
(f) Hitching posts placed by permission of the Director of Public Works upon sidewalks, in accordance with pattern indicated in the design approved by end of file in the office of said Director.
(g) Sockets to be placed upon the outer line of the sidewalk within the curb line for the support of flagpoles to be used for the display of flags. The said sockets shall be approved by, and installed under the supervision and to the satisfaction of the Director of Public Works;
(h) "A" board or advertising signs, placed and displayed by authorized representatives of the Armed Forces of the United States, in aid of their respective recruitment programs:
(i) A display stand placed on the sidewalk, within a certain area as set forth in Sections 153 and 183-1 of Article 5.3 of the Public Works Code, for display of fruits and vegetables or nonfood merchandise. The display stand shall be approved by, placed under the supervision of, and maintained under conditions established by, the Director of Public Works. (Amended by Ord. 525-83, App. 11/4/83)

Section 69. Piling of Lumber and Timber Regulated.
It shall be unlawful for any person, firm or corporation to place or pile, or cause to be placed or piled, any lumber or timber to a greater height than 35 feet measured vertically from the general level of the ground on which it is placed or piled. (Added by Ord. 1,075, App. 10/11/38)

# Accessible Meeting Location Resources

**Accessible portable toilets**

- Ajax Portable Toilets – 800-282-8988
- JW Enterprises Portable Toilets – 800-350-3331
- Portosan Portable Toilets – 800-545-5516
- Waste Management – 800-422-5606

**Accessible portable sinks and toilets** – Acme & Sons – 800-322-2263
**Portable wheelchair lifts** - somArts - 863-1414 Extension 105
**Accessible Van Transportation** - MV Transportation – 468-4300
**Muni Accessible Services** – 923-6142
**Temporary Accessible Parking Signage** – 554-2315
Department of Parking and Traffic
**Physical And Programmatic Accessibility Assistance:**
Mayor's Office on Disability – Voice: 554-6789, TTY: 554-6799
**Resources for Programmatic and Communication Access**

**For additional information, please contact the Mayor's Office on Disability**

# Sample Accessible Meeting Event Notices

### Accessible Meeting Information

[Site] is accessible to persons using wheelchairs and others with disabilities. Assistive listening devices are available and meetings are open-captioned. Agendas are available in large print. Materials in alternative formats, American Sign Language interpreters, and other accommodations will be made available upon request. Please make your request for alternative format or other accommodations, to [Name, Phone, Email]. Providing at least 72 hours notice prior to the meeting will help to ensure availability.

The nearest BART station is Civic Center Plaza at the intersection of Market, Grove, and Hyde Streets. The MUNI Metro lines are the J, K, L, M, and N (Civic Center Station or Van Ness Avenue Station). MUNI bus lines serving the area are the 47 Van Ness, 9 San Bruno, and the 6, 7, 71 Haight/ Noriega. Accessible curbside parking is available on 1 Dr. Carlton B. Goodlett Place (San Francisco City Hall) and Grove Street.

In order to assist the City's efforts to accommodate persons with severe allergies, environmental illness, multiple chemical sensitivity or related disabilities, attendees at public meetings are reminded that other attendees may be sensitive to various chemical based scented products. Please help the City to accommodate these individuals.

For inquiries or requests for accommodations, please call 554-6789 (V), 554-6799 (T

### (Shorter Version)

Disability Access

[Site] is accessible to persons using wheelchairs and others with disabilities. Informational materials will be available in large print. Assistive listening devices, materials in other alternative formats, American Sign Language interpreters and other accommodations will be made available upon request. Please contact [Name, Phone, Email]. Providing at least 72 hours notice will help to help ensure availability.

In order to assist the City's efforts to accommodate persons with severe allergies, environmental illness, multiple chemical sensitivity or related disabilities, attendees at public meetings are reminded that other attendees may be sensitive to various chemical based scented products. Please help the City to accommodate these individuals.

### (Flyer/Limited Space Version)

Disability Access

[Site] is wheelchair accessible. Assistive listening devices and [any other provided accommodations, such as materials in large print] will be available at the meeting. To request real time captioning, a sign language interpreter or other accommodations, please contact [Name, Phone, Email]. Providing at least 72 hours advance notice will help to ensure availability.

# Accessible Public Event Policy Definitions

**Accessibility information** – Meeting or Event Notice shall include information on how to request accommodations, including alternative formats or auxiliary aids and services, notice of wheelchair accessibility, and information on whom to contact to make accommodation requests. Please see "Sample Accessible Meeting Notice," and "Sample Accessible Event Notice" below.

Accessible Podium (Dais) – A fixed or mobile speaker or presenter's table or podium that is no higher than 34 on which a microphone and presentation materials can be placed.

**Accessible drinking fountains** – Drinking fountain with the bubbler no higher than 36 with knee clearance underneath that is 27 high x 18 minimum deep and a level clear floor area in front of it.

**Accessible Entrance** – An entry door or gate is a minimum 32 inches clear when opened 90 degrees; threshold is no higher than ½ inch (3/4 inch may e permitted in existing conditions if beveled), and door is easily opened, or has automatic door opener.

**Accessible exhibit materials** – Alternative formats or services that provide equivalent exhibit information for people with sensory disabilities in a manner appropriate to the program material. Examples include but are not limited to:

1. Titles of work and narrative using large 14 point san serif fonts on a high contrast background
2. Taped audio descriptions of photographs/artwork
3. Tactile replicas of art objects
4. Captioning of video or film presentations
5. Trained staff available to provide descriptions or tours

Accessible surface – Firm, stable and slip resistant surfaces, such as concrete, asphalt, wood, carpet, portable flooring etc. Grass, dirt, wood chips and sand are not accessible surfaces.

Accessible parking – A ratio of parking provided for the exclusive use of people with disabilities, located near the accessible entrance to the facility. Note: temporary accessible spaces can be created using signs and cones or chalk powder lines, provided that the minimum parking space and side access aisle dimensional requirements are met (contact the San Francisco Department of Parking and Traffic for temporary signage). (See MOD web site for accessible parking details). The minimum parking ratios required are:

1 to 25 1 van accessible space
28 to 50 one auto and one van accessible spaces
51 to 75 2 auto and one van accessible spaces
76 to 100 2 auto and one van accessible spaces
101 to 1509 4 auto and one van accessible spaces
151 to 200 5 auto and one van accessible spaces
201 to 300 6 auto and one van accessible spaces
301 to 400 7 auto and one van accessible spaces
401 to 500 7 auto and two van accessible spaces
501 to 1000 2% autos with a minimum of 1 out of 8 or fraction thereof van accessible

**Accessible Parking Space** – an auto parking space with identification signage that is 9 feet min width and 19 feet min length with an adjacent 5 feet clear access aisle. The parking space and access aisle shall be level.

**Accessible Van Parking Space** - A van accessible parking space with identification signage that is 9 feet min. wide, 19 feet min long with an adjacent 8 feet clear access aisle. The parking and side access aisle space shall be level and have an 84 in. minimum clear height.

**Accessible Passenger Drop Off** – a 25-foot long vehicular passenger drop off area with a 5 feet min with adjacent aisle space that is level and 25 feet.

**Accessible portable toilets and sinks** – Toilets and sinks that meet state and federal requirements for wheelchair accessibility. Acceptable toilet manufacturers include but are not limited to Satellite and L&L Manufacturing. If one unit is to be provided, it must be accessible. When multiple units are provided, a minimum of 10% but not less than one unit and not less than one-unit per cluster of units& Accessible toilets and sinks shall be located on a level area, along an accessible route with an accessible surface Ramps to accessible units shall not exceed 1:12 slope, have handrails on both sides and a 60 inch square level landing at the unit door Please note: this information is provided for situations in which the general public will be using portable toilets. A portable, accessible toilet is NEVER equivalent access if the general public is using in-door toilets.

**Accessible toilets** – Toilet rooms that are located on an accessible route and contain accessible features including 32 minimum entry, an interior 60 turning space, lavatory with 27 min. knee space, wide toilet compartments with grab bars, and all accessories mounted no higher than 44 inches to the upper most control etc.

**Accessible route** – A continuous unobstructed path connecting all accessible elements and spaces of a building or facility. Interior accessible routes may include corridors, floors, ramps, elevators, lifts, and clear floor space at fixtures. Exterior accessible routes may include parking access aisles, curb ramps, crosswalks at vehicular ways, walks, ramps, and lifts.

**Accessible tables** – A table providing knee space that is a minimum of 27 high, 30 wide and 19 deep unobstructed knee space with the tabletop no higher than 34 .

**Accessible Telephones** – Telephones that are located on an accessible route, mounted at 48 from the floor to the coin slot and have volume controls.

**Assistive Listening Device** – A device that takes a signal from a microphone or public address system and sends it to a personal amplification system. Assistive Listening Devices (ALDs) can be procured through companies who provide public address systems (see Resource lists) or through the Mayor's Office on Disability at 554-6789. All City Hall Hearing Rooms are equipped with Assistive Listening Devices.

**Captioned** – Video or film program with subtitles reflecting the content of the spoken or descriptive material.

**Directional Signage** – Signage that indicate the direction of the accessible route when the accessible route is not the same as that of the general public The signage may be directional arrows that Include the International Symbol of Accessibility (ISA). Directional signage should be places at any directional change that is not the same as that of the path of the general public.

**Hazards to blind or visually impaired participants** – Pedestrian and participant areas shall be clear of objects (including plant branches and public art) which overhang less than 80 from the floor surface, or wall, and post mounted or freestanding objects that protrude 4 or more between 27 and 80 above the floor or ground into circulation areas.

**Portable wheelchair lift** – A lift that is not built into the structure but can be available for a specific event. Portable wheelchair lifts can be rented by calling 863-1414 ext.105.

**Accessible Seating location** - Accessible seating must be situated so those individuals who cannot stand can view the meeting or event over seated or standing participants. Seating for persons who are deaf must be provided in a location near the stage/presentation area with direct view to the stage/presentation location of sign language interpreters.

**Seating ratio** – The number of accessible seats in relation to the number of seats provided as follows:

1 to 25=1 seat
26 to 50=2 seats
51 to 300=4 seats
301 to 500=6 seats

City and County of San Francisco : Accessible Public Event Policy Definitions Page 3 of 3

over 500=6 plus one additional space for each increase of 100

**Wheelchair and companion seating** – Seating for wheelchair users and adjacent, shoulder aligned seating for individuals accompanying wheelchair users that is located on the same level as that of the wheelchair user..

http://www.sfgov2.org/index.aspx?page=417 6/28/2010

EXHIBIT A35-000178

# Physical Accessibility Checklist

NOTE: ITEMS LISTED FIRST AND IN BOLD ARE MINIMUM REQUIREMENTS. PLEASE DO NOT CONSIDER HOLDING A PUBLIC EVENT WITHOUT THESE IN PLACE. ITEMS LISTED LAST, IN ITALICS ARE STRONGLY RECOMMENDED.

## Getting to the Event: YES NO N/A

1. **An accessible route exists from the street to the event and all event activities.** o o o
2. All public events should have signage to direct the public to the location. **In the unusual situation in which the main route to the meeting is not accessible, the accessible route with directional signage is provided.** o o o

## Transportation: YES NO N/A

1. **If the event itself includes transportation, wheelchair accessible vehicles are also available and advertised as available to the public.** o o o
2. The meeting or event is located close to accessible public transportation o o o
3. An accessible route is provided from the public transportation stop to the building or facility entrance. o o o
4. Accessible parking is available (review # of car and van accessible spaces) o o o
5. There is accessible passenger loading and unloading space o o o

## Amenities:

1. **Accessible toilets are available within 200 feet of the event's location.** o o o
2. **Accessible drinking fountains are available** (if drinking fountains are provided). o o o
3. **Accessible telephones are available** (if telephones are provided). o o o
4. **Art displays or exhibits are positioned to provide an accessible route and to not be a hazard to people who are blind or have visual disabilities.** o o o
5. **If food or beverages are provided, the service is located on an accessible route. Self-service items are reachable from a seated position with accessible operating mechanisms.** o o o [Countertops are 28-34 inches high.]

## Seating:

1. **If seating is provided, wheelchair and companion seating is dispersed in multiple locations(s) and seating ratio** o o o (see definitions for ration chart)
2. **Seating is available for deaf and hard of hearing people near the front of the space so that attendees may see the interpreter/captioner, or lip read.** o o o

3. Signs are provided indicating the accessible seating areas for both wheelchair users and deaf and hard of hearing participants. O O O

## Event Set-up

**1. If a stage or platform is provided, it is accessible by means of a ramp, wheelchair lift, or portable wheelchair lift.** O O O
**2. If a dais or podium is provided for the public, an accessible dais or podium is also provided.** O O O
**3. Fencing or other crowd control barriers are placed so as to provided an accessible route, and barricading complies with SF DPW Barricade Order.** O O O

» Accessible Public Events Policy Definitions
» Programmatic Accessibility Checklist
» Return to Accessible Public Event Checklist Page

# Programmatic Accessibility Checklist

NOTE: ITEMS LISTED FIRST AND IN **BOLD** ARE MINIMUM REQUIREMENTS. PLEASE DO NOT CONSIDER HOLDING A PUBLIC EVENT WITHOUT THESE IN PLACE. ITEMS LISTED LAST, IN ITALICS ARE STRONGLY RECOMMENDED.

| | Notices | Yes | No | N/A |
|---|---|---|---|---|
| **1.** | **All notices and announcements for the event or meeting include accessibility information (See samples)** | o | o | o |
| **2.** | **All notices and announcements for the event or meeting include information on whom to contact to request accessibility accommodations** | o | o | o |
| | | o | o | o |
| | Communication Access | o | o | o |
| **1.** | **If a microphone is provided for public participation, the microphone cable is long enough to serve accessible seating areas or a wireless unit is provided.** | o | o | o |
| **2.** | **Film or video materials produced by the City are captioned** | o | o | o |
| **3.** | **Printed materials are available upon request, in alternative formats. This generally requires an electronic version of any materials. Large print Copies (18 point) are recommended.** | o | o | o |
| **4.** | **For meetings of 50 or more people, Assistive Listening Devices (ALDs) are available.** | o | o | o |
| **5.** | **Signage of where to obtain ALDs is posted with ALD symbol at the site.** | o | o | o |
| **6.** | **For meetings of 100 or more people, Real-Time Captioning has been scheduled.** | o | o | o |
| **7.** | **For meetings of 500 or more people, an American Sign Language Interpreter has been scheduled.** | o | o | o |
| **8.** | **An aural description is available, either through the presenter or through pre-recorded audiotape.** | o | o | o |
| **9.** | **The meeting is accessible by speakerphone or Bridge Line.** | o | o | o |

## Accessible Public Events Policy Definitions

- Sample Accessible Meeting Event Notices
- Physical Accessibility Checklist
- Return to Accessible Public Event Checklist Page

EXHIBIT A35-000181

# Accessible Public Event Checklist

**It is the policy of the City & County of San Francisco that all City sponsored public meetings and events are physically and programmatically accessible to people with disabilities. This checklist has been developed in order to assist City departments in assessing potential sites and to ensure that all City meetings and events comply with Federal and state law in being accessible to persons with disabilities.**

**Event Location/Address:** ______________________________
**Event On-Site Contact:** ______________________________
**ph:** ______________ **e-mail:** ______________
**Date & Time of Event:** ______________________________
**Responsible Department:** ______________________________
**Dept. ADA Coordinator:** ______________________________
**ph:** ______________ **e-mail:** ______________
**Contact Person (If not ADA Coordinator) :** ______________________________
**ph:** ______________ **e-mail:** ______________

**Department ADA Coordinators or designated department staff** is responsible for ensuring that this form is completed and that accessibility is verified at least 10 working days prior to any city-sponsored public meeting or event. It is not necessary to fill out this form more than once for regularly scheduled City meetings, so long as the ADA Coordinator of the Department continues to ensure that the provisions herein are being complied with at each meeting. If upon filling out or reviewing this form, it is apparent that additional information is required, or it appears that the meeting or event cannot be made physically or programmatically accessible, please contact the Mayor's Office on Disability to discuss possible alternative solutions or sites.

**Section One** of this checklist is designed to assess compliance with programmatic accessibility standards, to ensure that events will be accessible not only to persons with physical disabilities, but to people with sensory, cognitive, and other disabilities, as well.

**Section Two** of this checklist is designed to ensure that potential meeting sites and event locations comply with physical accessibility standards.
Individual Terms that are underlined are defined in the Definitions section of this document.
Please provide comments as needed.

- Programmatic Accessibility Checklist
- Physical Accessbility Checklist
- Accessible Public Event Policy Definitions
- Sample Accessible Meeting Event Notices
- Additional Resources
- Search for an Accessible Meeting Location

# City and County of San Francisco Resources

MOD provides the following resources for disabled access regulations for the use of project sponsors, architects and the general public

- List of ADA Coordinators by Department
- Main City and County of San Francisco website with Address Book
- Department of Building Inspection (DBI)
  - San Francisco Building Code
  - DBI Administrative Bulletins (PDF)
  - California Building Code Chapters 11A and 11B Accessibility (PDF)
  - DBI Forms and Check Lists for Disabled Access
- Department of Planning
  - Planning and Zoning Code
- Department of Public Works (DPW) Standards
- Recreation and Parks Department Facility Indexes

Download reader for PDF file.

# Federal Resources

MOD provides the following resources for disabled access regulations for the use of project sponsors, architects and the general public. The three primary federal agencies, that directly affect accessibility in new construction and alteration for the private and public sectors in California, are:

US Access Board , which drafts federal accessibility guidelines under the Americans with Disabilities Act. The Access Board has drafted

- Uniform Federal Accessibility Standard (UFAS)
- ADA Accessibility Guidelines (ADAAG)
- Americans with Disabilities Act and Architectural Barriers Act (ADA/ABA) Accessibility Guidelines

Department of Justice, Civil Rights Division (DOJ) , which adopts the US Access Board's accessibility guidelines for enforcement for Title III Public Accommodations and state or local governmental entities.

Department of Housing and Urban Development (HUD) , which adopts the enforcing regulations for the Fair Housing Act and is one of several federal agencies that adopts accessibility requirements for federally funded facilities under section 504 of the Rehabilitation Act. In addition to the many civil rights provided by both the Fair Housing Act and the Rehab Act:

- Fair Housing Act provides requirements for privately or publicly funded "adaptable" dwelling units,
- Section 504 provides the requirement of federally funded "Accessible" dwelling units.

There are other federal agencies that are responsible for federal facilities, transportation and equal opportunity. US Access Board, DOJ and HUD provide web portals to these sites.



CASp
Certified Access Specialist Program
Presentation to San Francisco's
And
Arnie Lerner, AIA, CASp
November 30, 2009

# CERTIFIED ACCESS SPECIALIST PROGRAM

SB 1608, of which the Certified Access Specialist Program (CASp) is a part of, was signed into law September 28, 2008.

- the certification of Access Specialists
- the California Commission on Disability Access
- a process where civil (not Federal) actions are afforded mediation opportunities in court

- local agencies (building departments) to employ CASps and
- continuing education requirements for Architects license renewal



Agenda
•Certified Access Specialist application and examination process
•CASp Surveys

EXHIBIT A35-000187



Certified Access Specialist Application and Examination Process
STEP 1. Candidate Eligibility Application
STEP 2. Examination Registration
STEP 3. Certification

# **Step 1.** Candidate Eligibility Application

Eligibility to take the exam can be obtained by one of the following:

1. Education in a design professional field
2. Experience: Two years of employment by a code enforcement agency or design professional
3. Employment for Three Years in a specialized area of disability access rights

# **Step 2.** Examination Registration

After eligibility is confirmed, candidates may register for the examination.

# **Step 3.** Certification

Successful examinees are issued an official CASp Certificate upon payment of the certification fee. This certification is valid for three years from the date the certification fee is paid. CASp certification may be renewed for an additional three years by completing 15 Continuing Education Units during the certification.

**TOTAL COST $1,600**

# Examination Content Categories

1. General Knowledge, Skills, and Abilities
2. Accessibility Codes and Standards
3. Review of Accessible Features in Design & Construction Docs
4. Field Investigations
5. Project Scoping and Accessibility Design Awareness

# Expected Competency

The certification examination assesses a candidate's knowledge of access requirements in the following categories :

1. Code Requirements and Accessibility Guidelines
2. Review of Design & Construction Documents
3. Unreasonable Hardship or Technical Infeasibility Issues
4. Field Investigations
5. Project Scoping & Accessibility Design Awareness

# Requirements and Guidelines

1. Public Services (Title II), Public Accommodations and Services Operated by Private Entities (Title III), and Miscellaneous Provisions (Title V) of the ADA
2. Regulations for accessibility throughout all parts of Title 24, California Building Standards Code.
3. California Laws for accessibility in the Government Code, Health and Safety Code, and the Civil Code.
4. Fair Housing Amendments Act of 1988.
5. Architectural Barriers Act of 1968 .
6. American National Standard for Accessible and Usable Buildings and Facilities (ANSI A117.1)
7. California Department of Housing and Community Development (HCD) A Voluntary Universal Design Local Ordinance
8. HCD New Home Universal Design Checklist
9. Current interpretative manuals, bulletins, and directives published by the State of California's Division of the State Architect (DSA).

# Review of Design & Construction Documents

**Knowledge of:**

1. Organization of design and construction documents in order to locate all relevant contents such as drawings, graphics, schedules, plans, specifications, and details.
2. Methods to delineate accessible features in design and construction documents, such as graphics, dimensions, and annotation.
3. Drafting symbols, terms, and formatting conventions used in design and construction documents.

# Unreasonable Hardship or Technical Infeasibility

**Skill to:**

Identify potential unreasonable hardship situations or technical infeasibility related to accessibility requirements through field investigation or other sources depicting actual site conditions.

# Field Investigations

**Skill to:**

1. Conduct field investigations to evaluate conformance with accessibility requirements in comparison to construction documents.
2. Assess the operational characteristics of facilities, buildings, and the site to identify viable patterns of use.

# Project Scoping & Accessibility Design Awareness

**Knowledge of:**

1. Potential liability and exposure to the client when designing and/or recommending alternative solutions to mitigate accessibility deficiencies.
2. Factors affecting the scope and applicability including permit application date(s), construction date(s), project type and scope, occupancy, funding source(s), and programmed use of space.
3. Principles and application of Universal Design to promote design meeting the needs of the greatest number of users.
4. Design and product resources for specific disability-related functional limitations to meet client needs.
5. Methods for substantiating equivalent facilitation.

# Certification Examination Process

1. Examination is a closed book test
2. It consists of 100 multiple choice questions such as this:
3. Time allotted is 2.5 hours
4. Passing score is a criterion-referenced approach (e.g., modified Angoff method).
5. During the last test cycle, approximately 55% of the applicants passed.
6. Once certified, it is good for 3 years and can be renewed by paying a fee and completing continuing education classes.
7. CASp CERTIFIED SO FAR: 161

# CASp SURVEYS

Now I want to talk about the surveys themselves.

Services rendered by a CASp may include the following:

1. Review of facility plans and specifications for compliance with state and federal accessibility laws, codes and regulations.
2. Investigation of a facility for compliance with state and federal accessibility codes and regulations.
3. Conducting of accessibility research and preparation of accessibility reports



CASp SURVEYS
A CASp survey can come to one of conclusions:
"CASp-inspected" or "CASp determination pending"

# CASp – Inspected Site

For a , the CASp provides a written inspection report that includes :

- A statement that, in the opinion of the CASp, the inspected structures and areas of the site meet construction-related accessibility standards.
- If corrections were made as a result of the CASp inspection, an itemized list of all corrections and dates of completion.
- A statement that indicates whether the determination of the CASp includes an assessment of

# CASp – Determination Pending

For a , if the CASp determines that corrections are needed, the CASp provides a signed and dated written inspection report to the requesting party that includes all of the following:

- A statement that, in the opinion of the CASp, the inspected structures and areas of the site need correction to meet construction-related accessibility standards.
- An description of the corrections needed.
- A schedule of completion for each of the corrections within a reasonable timeframe.
- The statement must clearly indicate whether the determination of the CASp includes an assessment of

.

# CASp – All Inspected Sites

For all inspected sites, the CASp shall provide the building owner or tenant requesting the inspection with a numbered disability access inspection certificate indicating that the site has been inspected by a certified access specialist.

# WHY HAVE A CASp SURVEY?

For tenants and property owners, if a complaint has been filed in State Court and served and the property has ALREADY been inspected by a Certified Access Specialist (CASp), they may have the right to a court stay (temporary stoppage) of 90 days and an early evaluation conference to evaluate the merits of the construction-related accessibility claim against them. That early evaluation conference would be conducted by a superior court judge or commissioner, or a court early evaluation conference officer. If the lawsuit is based on an alleged violation that would be easy for the business to fix, and the business is willing to resolve the issue quickly, the parties will be able to discuss whether further litigation is necessary.

# WHY HAVE A CASp SURVEY?

**From the :**

**Parties will be encouraged to consider reasonable settlement offers.** SB 1608 clarifies that a court can consider, among other relevant factors, reasonable written settlement offers made and rejected by either party in determining the amount of an attorneys' fees award at the conclusion of a case.

**Attorneys who issue demands for money must also provide the business owner with an advisory statement.** SB 1608 requires that written demands for money by attorneys be accompanied by an explanation of the legal rights of the building owner/tenant, including the ability to contact their insurance company as well as an attorney experienced with accessibility lawsuits. In addition, the advisory will explain that receipt of a demand for money does not necessarily mean the business is liable.

Attorneys who fail to comply may be reported to the State Bar. The advisory statement will be available in multiple languages on the state court website.

# WHY HAVE A CASp SURVEY?

**Multiple damages may not be recovered at a single facility.** SB 1608 will help to ensure that damages may be claimed only when a plaintiff personally encountered a violation or was deterred from gaining access on a particular occasion. SB 1608 clarifies that a denial of full and equal access constitutes one violation per distinct facility for purposes of damages. Damages may not be recovered for each and every single offense that may exist at the particular facility.

In addition, the plaintiff may not recover for violations that may have existed at a facility but which never caused harm or injury to the plaintiff, either in the form of an encounter or deterrence on a particular occasion.

Understanding of this new program is evolving: there are few if any cases I know of that have made it to court and few surveys that have been carried out so just how the program will work is still an open question. What is apparent is it encourages mediation before a lawsuit goes forward and provides owners and tenants a vehicle to make a good faith effort to provide accessibility.

For more information, check the websites of

The Division of the State Architect

) &

California Chamber of Commerce

***DICLAIMER - I'm an Architect, not an Attorney. While I have provided you with my own and other's opinions of how the new law might work for you, you should consult an attorney for legal advise on your rights under SB 1608.***

ACCESS IS GOOD FOR BUSINESS

# Presented by

- Architect in private practice, Lerner + Associates Architects
- Vice President Board of Directors SF Independent Living Resource Center
- Vice President SF Access Appeals Commission
- SF Code Advisory Committee representing Historic Preservation

1108C Bryant Street, San Francisco, CA 94103 Phone: (415) 863-5475
Fax: (415) 252-7649 e.:
Web:

# State of California Resources

MOD provides the following disabled access resources for project sponsors, architects and the general public.

The California Title 24 building code (CBC) contains two main chapters for accessibility:

Chapter 11A Housing Accessibility provides the adaptability requirements for covered dwelling units and the requirements for their common use areas. See Chapter 11A Covered Dwelling Units for more information.

Chapter 11B Accessibility in Public Buildings, Public Accommodations, Commercial Buildings and Publicly Funded Housing. For publicly funded housing, Chapter 11B provides the requirements for accessible common and public use areas and then sends the reader to Chapter 11A for the adaptable unit requirements.
In addition Chapter 11B contains the design requirements for accessible units in hotels or motels.

Download readers for PDF or Word file.

- California Building Code Chapters 11A and 11B (PDF)
- California Disabled Access Regulations (PDF)
- Division of the State Architect (DSA) (Writes Chapter 11B)
  - DSA Policies (PDF)
  - DSA Interpretations (PDF)
  - DSA Certified Access specialist Program
- Housing and Community Development (HCD) (Writes Chapter 11A)
  - Model ordinance for Universal Design
  - Universal Design Dwelling Unit Checklist (Word)
  - Proposed changes to Chapter 11A, 2004 Code cycle (PDF)
- Building Standards Commission (Adopts the recommendations of DSA and HCD for enforcement)

The CBC does not provide for enough design guidelines to deliver truly accessible units that would meet the minimum requirements of Section 504 of the Rehab Act where the project uses any portion of federal funding. The following site contains the dwelling unit requirements of the 504 Rehab Act and UFAS.

- 504 of the Rehab Act (PDF)
- Uniform Federal Accessibility Standard (UFAS)

# Where to purchase building codes and standards

Technical standards and building codes are available through a variety of sources. MOD does not indorse any of those listed herein but provides them for the reader's convenience. Many of the national standards groups and model code agencies have bookstores for purchasing codes and standards. The revision number and the date of the version of the standard is key information.

**When purchasing the California Building Code, it is essential to purchase a subscription for addendum and errata in order to keep the code up to date.**

What is the California Building Code Title 24?

Where can you purchase the building code?

- Builders Books Inc. (code books and technical references)
- Builders Booksource (code books and technical references)
- Contractor's Books (code books and technical references)
- Stacy's Bookstore (code books and technical references)
- HIS Global Documents (ASTM, ANSI and ASME standards)
- International Code Council (Model building codes and ICC/ANSI A117.1 accessibility standard)
- American Society of Testing and Materials (ASTM) (play equipment and consumer product standards)
- American National Standards Institute (ANSI) (swimming pool standards)
- American Society of Mechanical Engineers (ASME) (elevator and wheelchair lift standards)

Several interpretive manuals are available on the California Building Code and the Current ADAAG, but version and publication dates should be checked. They are available through on-line book stores or the code book sources listed herein:

- CalDAG 2003, An Interpretive Manual and Checklist 5th Edition, MGP Publishing Company
- CARM, California Accessibility Reference Manual, Builders Books, Inc.
- Fair Housing Act Manual (PDF) (on line for free and is available for purchase on-line through certain E-bookstores)
- UFAS Retrofit Manual, by Barrier Free Environments Incorporated

Download reader for PDF file.

# What is Programmatic Access?

Programmatic accessibility is one of the key elements of the ADA and allows all individuals with visible and invisible disabilities to benefit from all City services, programs and benefits offered to the public. In order for all City programs and services to be "accessible to and usable by people with disabilities", as mandated by the ADA, modifications to policies or practices may be necessary.

Consider, for example, a City-funded soup kitchen. The usual rule is that people must stand in line to be served. Consequently, individuals who find it very difficult to wait in line due to anxiety attacks or a physical condition that makes it hard to stand, may be effectively excluded from that program. Title II of the ADA, however, mandates that city funded programs or services must modify their policies, practices or procedures to allow people with disabilities to fully participate. Therefore, the soup kitchen staff may give a number to the person waiting in line and allow her to wait elsewhere or be seated until her turn comes.

- A modification to a policy, practice or procedure (commonly referred to as an accommodation) implies that people with disabilities are, in fact, encouraged and welcomed to participate in all city programs and activities. Some examples of policy modifications may include, but are not limited to, the following:
- A public building with a "no pets" policy allows individuals with service or support animals to enter the premises.
  A person who is unable to fill out complicated forms due to confusion, high levels of anxiety, etc. can ask for assistance in organizing and writing down information.
- An individual with a psychiatric disability who receives eviction notice from a publicly funded building because he talks loudly to himself and disturbs other tenants, may ask for an extension and reconsideration while he gets treatment to help him manage the symptoms of his disability, and while the public housing provider sound-proofs his room.
- A person who, because of significant health problems, cannot leave the house long enough to apply for benefits could request (and receive) a home visit, or phone services in order to complete the application and receive the benefits.

Sometimes the City and County of San Francisco may sponsor programs that are designed specifically for people with disabilities, but that does not eliminate the obligation to make modifications to all programs when requested to do so. For example, the department of Parks and Recreation may sponsor an adaptive swim class for people with physical disabilities but, the existence of such a class would still not permit the exclusion of a person with a disability from participating in any recreational swimming program available to the general public.

# Programmatic Access Bulletins

Access Symbols
Access Symbols (Word)

ADA Title II: State & Local Government
ADA Title II: State & Local Government (Word)

Alternative Formats & Resources
Alternative Formats & Resources (Word)

Assistive Listening Devices & Systems (PDF)
Assistive Listening Devices & Systems (Word)

Disability Language And Etiquette
Disability Language And Etiquette (Word)

Real-Time Captioning (PDF)
Real-Time Captioning (Word)

Telecommunications Relay Services
Telecommunications Relay Services (Word)

Tips For Communicating With People Who Are Deaf & Hard Of Hearing (PDF)
Tips For Communicating With People Who Are Deaf & Hard Of Hearing (Word)

Tips For Communicating With Deaf & Hard of Hearing People In Group Settings (PDF)
Tips For Communicating With Deaf & Hard of Hearing People In Group Settings (Word)

Tips For Using A Sign Language Interpreter (PDF)
Tips For Using A Sign Language Interpreter (Word)

TTY Use And Helpful Hints
TTY Use And Helpful Hints (Word)

# Access Symbols

| Access Symbol | Symbol Description |
| --- | --- |
| | **International Symbol of Accessibility** This symbol should only be used to indicate access for individuals with limited mobility, including wheelchair users. For example, the symbol is used to indicate an accessible entrance, bathroom or a lowered phone or counter, or for wheelchair users. |
| | **Information** This symbol may be used on signage or on a floor plan to indicate the location of the information or security desk, where one can find information or materials concerning access accommodations and services. |
| | **Sign Language Interpreted** The symbol indicates that sign language interpretation is provided for a public meeting, lecture, tour, performance, conference or other program. |
| CC | **Closed Captioned** This symbol indicates that a television program or videotape is closed captioned for deaf or hard of hearing people (and others). TV sets or other equipment that have a built-in or a separate decoder are equipped to display dialogue for programs that are captioned. Videos that are part of exhibitions may also be closed-captioned. The alternative is open captioning, which automatically displays dialogue and other sounds in text. |
| OC | **Open Captioned** This symbol indicates that captions, which translate dialogue and other sounds, are always automatically displayed in print on the screen. Open Captioning is preferred by many, including deaf and hard-of-hearing individuals, persons with some cognitive impairments, as well as people whose second language is English. It is helpful in teaching children how to read and in keeping sound levels to a minimum in museums, restaurants, and bars. |
| Large Print | **Large Print** This symbol for large print is printed in 18 point or larger text. It is used to indicate that large print versions of books, pamphlets, forms, museum guides and theater programs are available. Sans serif or modified serif print with good contrast is highly recommended, and special attention should be paid to letter and word spacing. Whenever possible, ask the individual what size font is preferred. (The smallest type written text that is considered to be "large print" is 14-point type.) |

| | |
|---|---|
|   | **Audio Description for TV, Video and Film** This service makes television, video, and film more accessible for people who are blind or have low vision. Description of visual elements is provided by a trained Audio Describer through the Secondary Audio Program (SAP) of televisions and monitors equipped with stereo sound. |
|  | **TeleTYpewriter (TTY)** This symbol indicates that direct TTY access is available. A TTY is a telephonic device with a text display used for communication between deaf, hard of hearing, speech-disabled and/or hearing persons. [In the past TTY has also been called text telephone (TT), or telecommunications device for the deaf (TDD). TTY is preferred.] |
|   | **Live Audio Description** A service for people who are blind or have low vision that makes the performing and visual arts more accessible. A trained Audio Describer offers live commentary or narration (via headphones and a small transmitter) consisting of concise, objective descriptions of visual elements (for example, a theater performance or a visual arts exhibition at a museum). |
|  | **Access for Individuals Who are Blind or Have Low Vision** This symbol may be used to indicate access for people who are blind or have low vision, other than print or Braille. For example, this symbol could indicate a guided tour; a path to a nature trail or a scent garden in a park; or a tactile tour or a museum exhibit that may be touched. |
|  | **Volume Control Telephone** This symbol indicates the location of telephones that have handsets with amplified sound and/or adjustable volume controls. |
|  | **Assistive Listening Systems or Devices** These systems transmit sound via hearing aids or headsets. They include infrared, loop and FM systems. Also available are portable systems that service conferences and meetings. |
|   | **Braille Symbol** This symbol indicates that printed matter is available in Braille, including exhibition labeling, publications and signage. |
| | |

| | |
|---|---|
|  | **Disability Sensitivity and Awareness:** This symbol has been used by the community of people with Autism or Asperger's Syndrome to indicate sensitivity to the communication and sensory challenges often presented. MOD has, with permission, broadened the scope of the symbol to include sensitivity and awareness to all disabilities, especially those that are hidden, such as mental or cognitive disabilities. The puzzle piece is symbolic of the right for everyone to be able to find a good "fit" and to "fit in" to our community. |

Positive and negative tiff files of these symbols are available for copying or downloading directly via: http://www.graphicartistsguild.org/resources/disability-access-symbols/

**For additional information, please contact:**

Mayor's Office on Disability
401 Van Ness, Room 300
San Francisco, CA 94102
415.554.6789 voice
415.554.6799 TTY
415.554.6159 fax
MOD@sfgov.org

*Based on original document courtesy King County (Washington) Office of Civil Rights*

# ADA Title II: State & Local Government

**What is the ADA?**
The Americans with Disabilities Act of 1990 (ADA) is a Federal law that provides civil rights protections to individuals with disabilities similar to those provided to individuals on the basis of race, color, sex, national origin, age, and religion. The ADA guarantees equal opportunity for individuals with disabilities in public accommodations (such as stores, restaurants, and hotels), employment, state and local government services, and transportation.

**What is Title II?**
The ADA has five sections or "titles" which each address different areas of the law.

Title II of the ADA addresses state and local governments, such as the City and County of San Francisco. Title II protects qualified individuals with disabilities from discrimination on the basis of disability in accessing services, programs, or activities.

**Who are individuals with disabilities?**
The ADA protects three categories of individuals from discrimination based on their disability:

- Individuals who *have* a physical or mental impairment that substantially limits one or more major life activities - including such conditions as blindness, deafness, cerebral palsy, cancer, heart disease; mental retardation, brain injury, emotional or mental illness, and specific learning disabilities. [Note: The State of California has adopted a definition of disability that omits "substantial" as a requirement. That is, for disability civil rights protections under California law, a person need only have a physical or mental impairment that *limits* one or more major life activities.]
- Individuals who have a *record of* a physical or mental impairment that substantially limited one or more of the individual's major life activities, including people who have recovered from mental or emotional illness, drug addiction, heart disease, or cancer.
- Individuals who are *regarded as having* such a disability, regardless of whether they have the disability. Common examples are someone who is obese or someone who is scarred due to injury, where there is no functional impairment, but people may regard the person as having a disability.
- It should be noted that the ADA also protects people from discrimination based on their *association* with someone with a disability.

**Who are "qualified" individuals with disabilities?**
To be qualified, the individual must meet the essential eligibility requirements for receipt of services or participation in City programs, activities, or services with or without:

- Reasonable modifications to a public entity's rules, policies, or practices;
- Removal of architectural, communication, or transportation barriers; or
- Provision of auxiliary aids and services.

Health and safety factors can be taken into account in determining who is qualified. An individual who poses a "direct threat" to the health or safety of others is not qualified. A direct threat is a significant risk of substantial harm to the health or safety of others that cannot be eliminated or reduced to an acceptable level by accommodations or modifications to the program. This threat must be real and may not be based on generalizations or stereotypes about the effects of a particular disability.

**What are the requirements of Title II?**

**Equality in participation and benefits:** Persons with disabilities must have an equally effective opportunity to participate in or benefit from County programs, services, and activities. (See the "Equally Effective Communication" section below) Examples:

- A deaf or hard of hearing individual does not experience equal opportunity to benefit from attending a public meeting unless s/he has access to what is said through an interpreter or by being provided with an assistive listening device or real-time captioning.
- A wheelchair user will not have an equal opportunity to participate in a program if applications must be filed on the second floor office of a building without an elevator.
- Use of printed information alone is not equally effective for those with low vision who cannot read regular written material.

**Reasonable modifications:** The City must reasonably modify its policies, practices, or procedures to ensure access and equal opportunity to individuals with disabilities.

Examples:

- A municipal zoning ordinance requires a set-back of 12 feet from the curb in the central business district. In order to install a ramp to the front entrance of a pharmacy, the owner must encroach on the set-back by three feet. Granting a variance in the zoning requirement may be a reasonable modification of town policy.

- A county general relief program provides emergency food, shelter, and cash grants to individuals who can demonstrate their eligibility. The application process, however, is extremely lengthy and complex. When many individuals with mental disabilities apply for benefits, they are unable to complete the application process successfully. As a result, they are effectively denied benefits to which they are otherwise entitled. In this case, the county has an obligation to make reasonable modifications to its application process to ensure that otherwise eligible individuals are not denied needed benefits. Modifications to the relief program might include simplifying the application process or providing applicants who have mental disabilities with individualized assistance to complete the process.

- A person is required to appear in traffic court for a morning appointment. However, because of the person's disability, or the medication that she is on to manage her disability, she is unable to make a morning appointment. The court would have an obligation to provide her with a court appointment that she would be able to attend.

- Other examples include allowing a person with a mobility impairment to sit down while "waiting in line," or simply being more patient with a person who takes longer to express himself or be understood, because of a disability.

**What is equally effective communication?**
The City and County must ensure that its communications with people with disabilities are as effective as its communications with others. The County is required to provide appropriate *auxiliary aids and services* where necessary to ensure effective communication. Primary consideration must be given to the choice of auxiliary aid requested by the disabled person. Whatever accommodation is requested, the City must seek to provide it unless it is determined it has been proven to result in either a fundamental alteration in the program, or result in an undue financial or administrative burden. Examples of auxiliary aids and services include:

- Deaf or hard of hearing: qualified interpreters, notetakers, real-time captioning, written materials, assistive listening systems, open or closed captioning, TTYs, and exchange of written notes (if the communication is not complex).
- Blind or low vision: qualified readers; audiotape, Braille, or large print materials, audio-descriptions of

Powerpoint or video presentations; and assistance in locating items.

- Speech disability: TTYs, computer terminals (take turns typing back and forth (if the communication is not complex).

**Integrated setting ("mainstreaming"):** Individuals with disabilities cannot be excluded from regular programs or required to accept accommodations. The City may offer separate or special programs when necessary to provide people with disabilities an equal opportunity to benefit from the programs. Examples:

- A recreation department sponsors a separate basketball team for wheelchair users.
- A museum offers a tour for blind people who permit them to touch and handle specific objects on a limited basis (but cannot exclude a blind person from the standard tour).

**Eligibility criteria and medical inquiries:** The City's eligibility criteria for participation in its programs, services, or activities must not screen out or tend to screen out people with disabilities, except in rare instances when such requirements are necessary. A program cannot request medical information unless it can demonstrate that each piece of information requested is needed to ensure safe participation in the program.

**Safety:** The City may impose legitimate safety requirements necessary for the safe operation of its services, programs, and activities. Safety requirements must be based on real risks, not on speculation, stereotypes, or generalizations about people with disabilities.

**Surcharges:** Although providing accommodations may result in some additional cost, the City may not place a surcharge only on particular individuals with disabilities to cover expenses. For example, there can be no extra program charge to a deaf person for interpreter services, or to groups of people with disabilities, but fees may be increased for all participants to cover the cost of those accommodations.

**Personal services and devices:** The City is not required to provide people with disabilities with personal or individually prescribed devices (wheelchairs, hearing aids or communication devices) or to provide services of a personal nature (such as assistance in eating, toileting or dressing) unless providing such services are part of the services offered by the program.

**Maintenance of accessible features:** The County must ensure that equipment and accessibility features of facilities are in good working order and accessible to individuals with disabilities. Isolated or temporary interruptions in access due to maintenance and repair of accessible features are acceptable.

**What are the requirements for facility access?**
San Francisco must ensure that all of its programs, activities, and services are accessible to individuals with disabilities. One key aspect of that is facilities access.

**New Construction:** Any facility or part of a facility that is constructed by a state or local government entity must be constructed in strict compliance with applicable federal and state building accessibility codes and regulations, so that it is readily accessible to and usable by people with disabilities.

**Alteration and Renovation of Existing Construction:** In accordance with all applicable accessibility codes, when alterations affect the usability of a facility, the altered portion (as well as the path of travel, toilets, drinking fountains, and public phones) must be made accessible to people with disabilities.

**Overall Program Access:** The City is not necessarily required to make every pre-ADA facility fully compliant with current accessibility codes. However, all City and County services, programs, or activities must be accessible to and usable by people with disabilities when viewed in their entirety. This is called "overall program access." For example, not all pre-ADA swimming facilities must be accessible, but there must be an alternate and proximate swimming facility that is accessible.

Overall program accessibility can be achieved a number of ways. Structural options include altering existing facilities or constructing new ones. Nonstructural options include:

- Acquisition or redesign of equipment
- Assignment of aides to assist individuals with disabilities
- Provision of services at alternate accessible sites

The City must give priority to the option that results in the most integrated setting appropriate to encourage interaction among all users, including those with disabilities.

**What are the administrative requirements?**

**San Francisco City and County ADA Coordinators**

Under Title II of the ADA, all public entities must designate a person or persons whose job it is to mediate complaints and to ensure compliance with the ADA and other disability rights laws. San Francisco City and County has designated the Mayor's Office on Disability (MOD) as the ADA Coordinator for City and County programs that serve the public. MOD oversees the ADA Coordinators in the various City and County departments; advises the public about the ADA and City and County's compliance obligations; and coordinates the investigation of grievances filed by the public alleging discrimination in City and County programs, services, or activities. The Department of Human Resources is responsible for overseeing ADA Compliance for all City employment and employee issues.

**For additional information, please contact:**

Mayor's Office on Disability
401 Van Ness, Room 300
San Francisco, CA 94102
415.554.6789 voice
415.554.6799 TTY
415.554.6159 fax
MOD@sfgov.org

*Based on original document courtesy King County (Washington) Office of Civil Rights*

# Alternative Formats & Resources

**Requirement to provide alternative formats**
Under Title II of the Americans with Disabilities Act of 1990, **all public entities are required to ensure "equally effective communication"** and to provide "auxiliary aids and services" to individuals with cognitive or sensory disabilities. Auxiliary aids and services include such things as assistive listening devices, sign language interpreters, real time captioners, and alternative (or "accessible") formats - large print, Braille, computer disk, or audio cassette tape. It also includes making "PDF" files and other electronic documents, including emails and websites, accessible to blind persons and others who rely on audible computer screenreaders.

*Alternative formats* of print materials are to be provided just as the San Francisco City and County would provide any other modification of policies, practices or procedures, upon request by a qualified person with a disability. It is therefore advisable to have a variety of such materials on hand and readily available in situations where persons with a disability might have a particular interest or would be likely to attend.

**Requirement to provide the format requested**

**The City of San Francisco, like all public entities, must give "primary consid-eration" to the specific aid or service requested.**

For example, if information in Braille is requested, the City and County should try to provide the information in Braille. The only circumstances under which City and County may choose not to provide the aid or service requested is if the agency can demonstrate that another "equally effective means of providing access" is available, or that use of the means requested would result in undue financial or administrative burden.

Providing alternative formats is not just an issue of disability law compliance, but also of good customer service.

**If someone requests a particular alternative format, you may offer other alternatives.**

For example, if someone requests information in Braille, you may mention that you can also provide it on computer disk. The individual may opt for the computer disk, not knowing that was an option, or may confirm the request for Braille. The person may not have a computer, or may simply prefer to have a "hard copy" of the information.

**Notification of availability of alternative formats**
Print materials (such as meeting notices, agendas, reports, departmental brochures, etc. should contain a statement that lets people know that alternative formats are available upon request for people with disabilities. There is no specific language prescribed for the notification, but the notification should contain information about who to contact to receive accommodations. For Example:

- This material is available in alternative formats for individuals with disabilities upon request. Please contact [name, email addres and telephone number, including a TTY number, if there is one].

The notification sentence should be in a sans serif font, such as ariel 14-18 point font so individuals who may need an alternative format (large print) will be able to read that it is available.

**Public Hearings with Print Information**
If you will be providing print materials at a public hearing, be sure to note on the public hearing notices that print materials "are available in alternative formats by contacting [name] at [telephone numbers, including TTY, email address] by [date--deadline]. Providing 72 hours notice will help to ensure availability." If it is an event that is likely to be of particular interest to the disability community, planners should plan to have large print and computer disk versions available at the meeting.

**Symbols you can use to indicate availability of alternative formats**

There are symbols that can help you advertise your available alternative formats. You are encouraged to place these symbols next to the relevant information in your publications such as program brochures, application forms, event flyers, public meeting or hearing notices, etc. Symbols should be 18 point+.

Here are symbols that denote alternative format access:

Brailled version available

Large print version available

**[Positive and negative tiff files of this and other disability acces symbols are available for copying or downloading via a link on MOD's website: http://www.sfgov.org/site/sfmod_index.asp, or directly at http://www.gag.org/resources/das.php]**

**How to provide alternative formats**

The requested alternative format should be provided in a timely fashion. Depending on the format requested, it may take a few minutes, a day, a week, or more to provide the alternative format. Making a large print version or putting the document on a computer diskette may be easily and quickly accomplished. Providing a Braille version of information may take up to a week or longer, depending upon the length and complexity of the document.

When providing alternative formats, descriptive information about graphics should be included in a "text only" version of the document.

**Large Print**

This is one of the easier alternative formats to provide if the document was produced by one of the common word processing programs (e.g., Word or WordPerfect). When someone requests a document in large print, remember to ask if there is a preferred font style and/or font size because individual needs vary. One person may request the document in Univers 14-point font, while another may request **Arial 18-point bold font.** As a default, use Arial font. After changing the font, you may need to do some reformatting; sometimes making a large print version "throws off" a document, just as changing margins can.

If the document is produced in PDF format or by publishing software such as PageMaker, it may take more time, as conversion to a more easily manipulated document may be required.

**Computer Disk or Email**

This is a relatively easily accomplished alternative format, particularly if the document was produced by one of the common word processing programs (e.g., Word or WordPerfect). If the individual does not request the document to be a certain type of file, remember to ask. You want to be sure the type of document you have is compatible with the individual's software. Keep in mind that headers and footers as well as materials in PDF format are not readable by audible screen readers. Sometimes, simply saving a copy of the original document onto a disk will fulfill the individual's request. For additional information about converting word processing or PDF documents to screen-readable text documents, please contact the Mayor's Office on Disability.

**Braille**

Since San Francisco City and County does not have Brailling services internally, you must use an outside vendor. Because of this, it will take more time to provide Braille versions of documents.

If the document is fairly short and straightforward, you can get a document Brailled within a few days. If the document is longer and/or complex, you will need to confirm delivery date with the vendor. If the information is already a Word, WordPerfect, or text file document, you can simply e-mail the document to the Braille vendor. If it is in PageMaker or other "publisher" software, you will need to convert it to an acceptable type of file prior to sending it to the vendor. If it is some other type of document, contact the vendor to see what you will need to provide for them to do the Brailling.

**Sources for Brailling & audio cassettes**
Note: Inclusion in this resource list does not constitute endorsement by San Francisco City and County Government, nor does omission imply non-endorsement. Our goal is to provide you with information on some key resources available. Please let us know if you're aware of a useful resource missing from this list.

**Lighthouse for the Blind/Rose Resnick Center**
214 Van Ness Avenue
San Francisco, CA 94013
(415) 431-1481
(415) 431-4572 (TTY)
(415) 763-7568 (Fax)
sduncan@lighthouse-sf.org Braille, Transcription and Audiotape Services

**Lions Center for the Blind**
3834 Opal Street
Oakland, CA 94609-2625
(510) 450-1580
(510) 654-3603 (Fax)
gnat15@hotmail.com Training in Use of Assistive Equipment

**MSMT**
651 Yolanda Avenue
Santa Rosa, CA 95404
(707) 579-1115
(7077) 523-0552 (Fax)
msmt@gire.org Braille, Large Print, Braille Graphics, Modem Transfer, Scan & Store

**With Braille vendors:**

- You may send the document to be Brailled by e-mail or on disk
- The file should be in Word, WordPerfect, or a text file
- If the file is in PageMaker or other "publisher" software, you will need to convert it to different type of file
- If you only have a print copy, it can be scanned or re-typed for an additional fee
- Costs vary, so confirm estimated cost with the vendor you select
- Brailled materials will be sent to you with an invoice
- You may request that the Brailled materials be sent directly to the individual free of charge via the U.S. Postal Service "Free Matter for the Blind"

**Spreadsheets and Graphs**
Spreadsheets and graphs can be Brailled, but in a different format according to the Braille Code. Usually they will list the column headings separated by semicolons, and then Braille the columnar material in paragraphs, without repeating the heading every time. For the reader, they insert an explanation as to how to read it. If brailing complicated tables, charts and graphs, it is helpful to summarize in narrative form, the information being presented.

It is helpful to provide a print copy of the chart as well as the document on disk. (Codes for tables and boxes have to be removed, as the Braille program does not recognize them.) It also helps if the chart on disk is set up for 8 ½" x 11"

paper, portrait orientation. But they will work with whatever is sent.

**Free Postage When Mailing Braille, Large Print, and Audio Tapes**
Most alternative format materials can be mailed free through the U.S. Postal Service to people who are blind, low vision, or who cannot use or read conventionally printed materials due to a physical, cognitive or other sensory disability. This includes brochures, information sheets, booklets, and other reading matter, in Braille, large print (14-point or larger), or on tape. To use this service, omit stamps and print the words Free Matter for the Blind & Handicapped in the upper right hand corner of the envelope or package. These materials are subject to inspection by the Postal Service and may not contain any advertising. Handwritten or typewritten letters are subject to regular postage.

**For additional information, please contact:**

Mayor's Office on Disability
401 Van Ness, Room 300
San Francisco, CA 94102
415.554.6789 voice
415.554.6799 TTY
415.554.6159 fax
MOD@sfgov.org

*Based on original document courtesy King County (Washington) Office of Civil Rights*

# Mayor's Office on **Disability**

**Gavin Newsom**
Mayor

**Susan Mizner**
Director

***PROGRAMMATIC ACCESS BULLETIN***

## ***ASSISTIVE LISTENING DEVICES & SYSTEMS***

### Legal requirement to provide effective communication

Title II of the Americans with Disabilities Act requires public entities, such as the San Francisco City and County, to provide appropriate auxiliary aids and services to ensure effective communication. Hard of hearing people may have difficulty receiving auditory information in settings such as meeting rooms, theaters, classrooms, courtrooms, auditoriums, or walking tours. One way to ensure access to spoken information is to have assistive listening devices or systems available.

**Assistive listening devices (ALDs)** are small, easy to use, portable units that can be used to facilitate communication in an individual or group environment. For example, such devices might be used to enhance understanding in a one-to-one health care setting, to assist with discussions in a training workshop, at public meetings, or to provide clear information in an outdoor tour.

**Assistive listening systems (ALS)** augment standard public address and audio systems by sending signals from a speaker that are received directly by hard of hearing individuals in the audience. The users get the signal directly through special receivers (usually a light-weight headset with earphones) or their own hearing aids (if they have a telecoil or "T-coil" switch). The systems are designed to eliminate or filter out background noise and to allow each user to adjust the volume in the receiver.

### Which type of ALD or ALS is appropriate depends on:

- The characteristics of the setting (large or small assembly area)
- The nature of the program (theater presentation, small group, sports arena)
- The need for portability (museum tour)
- The intended audience (classroom, conference, courtroom)

These systems may be used separately or integrated with existing PA-systems. They are available both in portable and built-in units.

### Types of assistive listening devices or systems

If your facility has an existing assembly area, an assistive listening system will enhance the sound for people who are hard of hearing. Several systems are available:

**Magnetic induction loop systems**—An amplifier drives an induction loop that surrounds the listening area.

401 Van Ness, Room 300, San Francisco, CA 94102 415.554.6789 415.554.6799 TTY 415.554.6159 fax MOD@sfgov.org

**Wireless FM radio frequency systems**—An FM base station or personal transmitter broadcasts a signal to the listening area. Multiple frequencies are available to allow for use by different groups within the same area.

**Wireless infrared systems**—An amplifier drives emitter panels that cover the listening area. Infrared receivers must be in a direct line of sight with the transmitter.

An ALS must be provided in assembly areas where audible communication is integral to the use of the space. By law, if the assembly area has fixed seats for at least 50 people or has an audio-amplification system, an assistive listening system must be permanently installed.

## How to show that ALD/ALS is available

A message or sign about available assistive listening devices or systems must be posted in the facility or printed in handout materials. The availability of ALS should be identified with signage that includes either:

**International Symbol of Access or Assistive Listening Systems Symbol**

Because the symbol on the left conveys general accessibility for people with disabilities, an appropriate message should also be displayed to show that it refers to ALS. Some suggestions for a posted or printed message are:

- Audio Loop in Use. Turn T-switch for better hearing – or ask for help
- FM Assistive Listening System Available–Please Ask
- Infrared Assistive Listening System Available–Please Ask

## Resources for assistive listening devices

Hearing and Speech Center of Northern California: www.hearingspeech.org, 415-921-7658 Phone; 415-921-8990 TTY; 415-921-2243 Fax

Golden Gate Hearing Services: 415-931-8180

**For additional information, please contact:**
Mayor's Office on Disability
401 Van Ness, Room 300
San Francisco, CA 94102
415.554.6789 voice
415.554.6799 TTY
415.554.6159 fax
MOD@sfgov.org

03/07

Based on original document courtesy King County (Washington) Office of Civil Rights

# Disability Language And Etiquette

**Language**

Language is continually evolving, and that includes language related to people with disabilities. Staying current is important, not to show that you are "politically correct" but to communicate effectively and with respect. What you say and write may enhance the dignity of people with disabilities or reflect stereotypes and negative attitudes.

Some words and phrases don't recognize the broad range of capabilities of people with disabilities. People with disabilities don't need or want to be pitied, nor should they be deemed "courageous" or "special" as they accomplish daily activities or work.

**"Person First"** Generally, refer to the person first, not the disability. For example, "the person who uses a wheelchair" or "the person who has arthritis" is preferred over "the wheelchair user" or "the arthritic." This last term especially defines the disability as the person rather than as one aspect of his/her life. This general rule may be different within some communities, such as those who are blind or Deaf. Individuals in these groups often self-identify as "blind person" or "Deaf person." Also, mention a disability only when it is relevant to the discussion. The phrase disability is preferable to "handicap" or "impairment".

**Etiquette**

If you've never directly interacted with someone with a disability, it is not unusual to feel uncertain about what to do. Here are a few tips.

**Shaking hands** is usually welcome. People with limited hand use or who wear an artificial limb can usually shake hands. Shaking hands with the left hand is an accep-table greeting. You may want to take the cue from the individual with a disability. (If someone is blind, she won't see your extended hand; wait to see if she extends hers.)

**When talking with a disabled person**, look at and speak directly to that person rather than to a companion, aide, or sign language interpreter.

**Common words and phrases** are OK to use. For example, it's fine to say "see you later" to a blind person, or "Do you want to go for a walk?" to someone who uses a wheelchair.

**When Referring to People With Disabilities, Choose Words That Reflect Dignity and Respect, Such as**

| INAPPROPRIATE LANGUAGE | PREFERRED LANGUAGE |
|---|---|
| the disabled, the blind, the deaf | people with disabilities, the disability community ("disabled" is an adjective and therefore must be accompanied by a noun), the blind community, the Deaf community |
| crippled, suffers from, afflicted with, stricken with, victim of, invalid | has a disability, is a person with a disability, physically disabled, walks with a cane, uses leg braces |
| normal person, healthy, whole | non-disabled, person without disabilities |
| impaired, impairment | disabled, has a disability |
| hearing impaired, hearing impairment | deaf, hard of hearing, late-deafened |
| visually challenged | low vision, blind, partially sighted, visually impairment |

| | |
|---|---|
| wheelchair bound, confined to a wheelchair, wheelchair person | person who uses a wheelchair, wheelchair user |
| handicap parking, disabled parking | accessible parking, disability parking |
| dumb, mute | person who cannot speak, has difficulty speaking, uses synthetic speech, is non-vocal, non-verbal |
| stutterer, tongue-tied | person who has a speech or communication disability |
| CP victim, spastic | person with cerebral palsy |
| epileptic | person with epilepsy, person with seizure disorder |
| fit, attack | seizure, epileptic episode or event |
| crazy, lunatic, insane, nuts, deranged, psycho | psychiatric disability, people with emotional disorders, mental illness, mental disability |
| retard, mentally defective, moron, idiot, imbecile, Down's person, mongoloid | Developmentally disabled developmentally delayed, person with mental retardation, person with Downs's syndrome, person with cognitive disabilities. |
| slow learner, retarded | has a learning disability, person with specific learning disability |
| dwarf, midget | person of small stature, short stature; little person |
| paraplegic, quadriplegic | man with paraplegia, woman who is paralyzed, person with spinal cord injury |
| birth defect | congenital disability, disabled from birth |
| suffered from polio, polio victim | person who had polio, polio survivor |

**For additional information, please contact:**

Mayor's Office on Disability
401 Van Ness, Room 300
San Francisco, CA 94102
415.554.6789 voice
415.554.6799 TTY
415.554.6159 fax
MOD@sfgov.org

*Based on original document courtesy King County (Washington) office of Civil Rights*

# Mayor's Office on **Disability**

**Gavin Newsom**
Mayor

**Susan Mizner**
Director

***PROGRAMMATIC ACCESS BULLETIN***

## *REAL-TIME CAPTIONING*

### What is "real-time captioning"?

Real-time captioning is a relatively recent application of a technology that has been used by court reporters for many years – using a machine to transcribe what is said. A real-time captioner (either on or off-site) types in real-time to a laptop computer, rather than to a paper tape. People can then read everything that is said *as* it is being said (i.e., in "real time") from the captioner's laptop computer monitor or projected onto a screen.

### Why use real-time captioning?

San Francisco City and County is required by law to ensure "equally effective communication" to persons with disabilities. Some people who are deaf or hard of hearing do not know sign language. Therefore, some other communication options, including sign language interpreters or assistive listening devices (personal headset amplifiers), are not effective for some deaf or hard of hearing people. For these individuals, captioning may provide an effective adjunct to seeing exactly what is said in those situations. It should be noted that real-time captioning also benefits others, including persons with cognitive impairments and others.

### When might we use real-time captioning?

Captioners can provide a variety of services: real-time captioning in the courtroom, public hearings and meetings, and training or education classes. Captioning may be used for a single individual, or a group, and can be used in conjunction with television or webcast programming.

### Who is qualified to do real-time captioning?

Not all captioners are qualified to do real-time captioning. If you decide to employ a captioner you've never used before, call and check on the captioner's qualifications, and ask for and talk to their references. Real-time captioning is very difficult to do with the accuracy needed to minimize garbled words, so you want to be sure the person you hire is well qualified and has the appropriate technology to do the job.

401 Van Ness, Room 300, San Francisco, CA 94102 415.554.6789 415.554.6159 fax
415.554.6799 TTY MOD@sfgov.org

## Working with Real Time Captioning—some tips

**Before the meeting starts**, it is helpful to meet with the captioner to explain what will be covered. Provide the captioner with copies of the agenda and/or other print materials for review and to follow as the meeting progresses. It is also helpful for the captioner to be provided with the names of group members in advance of the meeting. Be attentive to the captioner's needs, such as a glass of water, a straight back chair, etc. Provide a location for the captioner so that the deaf or hard of hearing person has a line of sight to view both the speaker and the captioner's screen simultaneously.

**When setting up at the beginning of the meeting,** the captioner and the individual using captioning will work with you to figure out the best positioning for each, to ensure effective and comfortable communication.

**Speak directly to the Deaf or hard of hearing person**, not the captioner, when using the captioner to communicate. For example, say "Do you have anything you would like to add?" rather than "Does he/she have anything to add?"

**Speak clearly, in a normal tone, and at a normal pace.** If there is a problem with keeping up, the captioner or the Deaf or hard of hearing person may ask the speaker to slow down or repeat a word or sentence for clarification. At public meetings where a captioner is present, the Chair may remind presenters that the event is being real time captioned, and not to speak too quickly.

**Direct eye contact**. While direct eye contact is valued particularly in one-to-one meetings, direct eye contact on the part of the person using real time captioning is not always possible, as the individual will need to watch the captioning screen.

**Remember that the captioner is a few words behind the speaker.** Therefore allow time for the person using captioning to obtain all the information and ask questions.

**In public meetings, remind speakers to speak slowly and clearly.** In public meetings where there is a captioner, remind speakers at the start of the meeting (and at various times in the meeting) to speak slowly and clearly.

**At meetings or public presentations where there are audio-visual presentations,** allow the person using captioning the time to both follow along with the speech, as well as to look at what is being displayed visually. If possible, provide "advance copies" of the Powerpoint or other visual presentation to the individual prior to the presentation.

**Permit only one person to speak at a time during group discussions.** It is difficult for a captioner to follow several people speaking at once. Ask for a brief pause between speakers to permit the captioner to finish before the next speaker starts. It can be helpful to ask people to raise their hands and wait to speak after they've been recognized.

**Schedule breaks during the meeting**

Captioning for a long time is tiring. Talk with the captioner about when to take periodic, brief breaks.

## How much does real-time captioning cost?

Costs vary depending on the source of the service and circumstances of the assignment. Charges may range from $85 per hour to $200/hour. Some vendors may have a three-hour minimum charge and/or an additional mileage charge. As for contracting any service, it is a good idea to find out all details of potential charges, including cancellation charges and deadlines, before confirming a real-time captioning assignment.

## Resources for real-time captioning

The following vendors have been approved for providing real-time captioning by the City and County of San Francisco:

**Rapidtext (Peoplesupport)**
1801 Dove Street
Newport Beach, CA 92660
949.399-9200
949.922-9273 TTY
[Provides off-site real time captioning to meetings in City and County Hearing Rooms]

**Katherine Baca**
San Francisco, Ca
415. 279-7195 (Voice)
bacakitty@aol.com

**Richard A. Walker**
Albany, Ca
510. 525-3327
rawalker@pacbell.net

**Laura Brewer & Associates**
49 Lyell Street
Los Altos, Ca 94022
650 949-1900 (Voice)
laura@quicktext.com

The **Mayor's Office on Disability** has referrals to additional service providers.

**For additional information, please contact:**
Mayor's Office on Disability
401 Van Ness, Room 300
San Francisco, CA 94102
415.554.6789 voice
415.554.6799 TTY
415.554.6159 fax
MOD@sfgov.org

03/07

*Based on original document courtesy King County (Washington) Office of Civil Rights*

# Telecommunications Relay Services

**What are telecommunications relay services?**

Telecommunications relay services are the answer to the following questions:

- How can deaf or speech-impaired individuals communicate with one another or with others who have no TTY?
- How can someone communicate on a telephone with someone who can only communicate with a TTY?
- How can someone speak on the phone with someone who has a speech disability?

[Note: TTYs are communication devices that do not rely on voice or hearing, but have keyboards (just like a computer keyboard) and visual displays for text-based conversations. While TTYs are used primarily by Deaf, hard of hearing, late deafened, or Deaf-Blind individuals, some individuals with disabilities that affect their ability to speak clearly, also use TTYs.]

**Below we describe the California Relay Service, which is used to facilitate communication between standard telephone and TTY users, and the Speech-to-Speech service, used to facilitate telephone conversations with those who have speech disabilities.**

**California Relay Service**

The California Relay Service (CRS) is a service designated for people who live or work in California and either use a TTY or want to communicate with someone who does. CRS provides easy and convenient access to telephone service through professionally trained Communication Assistants (CAs). CAs assist callers by first completing their calls, then staying on the line to relay messages electronically by typing on a TTY or by voicing information to hearing parties. CAs provide exact translations of what they hear and voice exactly what is typed, unless the caller directs them otherwise.

The Relay Service is available 24 hours a day, 365 days a year, with no restrictions on the length or number of calls placed. There is no additional cost for the service; calls are billed at regular rates.

The state of California began using a relay service before the signing of the Americans with Disabilities Act (ADA) into law on July 26, 1990. Title IV of the ADA requires all telecommunications common carriers (telephone companies) to provide, or contract to provide, full interstate Telecommunications Relay Services (TRS). Currently, MCI has the contract to provide these services.

**How does the California Relay Service work?**
CRS enables hearing people using a standard telephone to communicate with people who are deaf, deaf-blind, hard-of-hearing, or speech disabled, and use a TTY or a specially equipped personal computer, and vice versa. A person who is deaf-blind may use either a TTY (often with a larger visual display) or a TeleBraille device (with refreshable Braille display). A person who is speech-disabled types his/her conversation for the communication Assistant to read to the standard telephone user, but can listen to the person being called with Hearing Carry Over service (also known HCO). A person who is deaf, but has speech abilities can speak to the telephone headset and the Communication Assistant will type what the hearing party says to the deaf caller on a TTY screen. This is called Voice Carry Over (VCO).

These conversations take place in real time. By law, all calls are handled in strict confidence. No records of any calls are kept and CAs may not divulge the contents of any conversation.

**How to make a California Relay Service call to someone with a TTY**

- Call the Relay Service by dialing 711. Tell the CA the number you wish to call and the person to whom you wish

to speak.

- Wait briefly while the CA dials the TTY user. After making the connection, the CA will tell the TTY user that this is a relay call.

- As with any telephone call, you and the TTY user take turns. The CA will voice the TTY user's words to you, and will type your words on the TTY for the TTY user.

- It is impolite to interrupt the other person while talking via TTY. It is respectful to be brief and to the point, taking breaks to give the other person a chance to respond.

- During the conversation, each time you finish with your turn and wish to hear from the other person, say "go ahead" or "GA" (like saying "over" in radio talk).

- For many deaf people, English is their second language. Some may use what seem to be awkward phrases, misspelled words, or may communicate thoughts and ideas without using Standard English grammar, syntax, or sentence structure. Take care to be respectful and try to avoid jargon, and use language that the caller will be able to understand, depending on his or herfacility with English.

- The CA will relay what you say to the TTY user verbatim. Be sure to talk directly to your caller, not to the CA. For example, say, "How are you today?" rather than, "Ask him how he is today."

- At the end of the conversation, you or the TTY user say "GA to SK" (TTY shorthand for "Stop Keying"). If also finished, the other person will say "SK" and you both can hang up.

- A Relay Service call will likely take a bit longer than a standard telephone call. Be sure to set aside sufficient time for your call.

- Calls with TeleBraille users may take longer than the average Relay Service call. The TeleBraille unit works like a TTY, but uses a Braille display that takes longer to read than a visual output TTY screen. Be patient if the person you are calling takes a little while to respond.

**Use one of the California Relay Service telephone numbers:**

711 (TTY/voice)
or
1-800-735-2929 (TTY only) / 1-800-735-2922 (voice)

For Spanish, 1-800-855-3000 (TTY/voice)

**Speech-to-Speech Service (711 or 800-854-7784)**

Some individuals with speech-related disabilities may have difficulty being understood in standard telephone conversations, particularly if the callers are not well known to each other. Speech-to-Speech users may have Parkinson's disease, cerebral palsy, multiple sclerosis, ALS, muscular dystrophy, or are people who stutter or have had a laryngectomy. Speech-to-Speech may also be useful for those who use speech synthesizers. This Speech-to-Speech service provides an intermediary "communication assistant" to facilitate effective telephone conversations.

**How does the Speech-to-Speech Service work?**
The STS access number for California is 711 or 800-854-7784.

Anyone may access this service, either the individual with a speech disability or someone who would like to telephone

a person with a speech disability. Either party can dial toll-free 24 hours a day to reach a trained operator who is familiar with many speech patterns and has acute listening skills. This STS Communication Assistant (CA) then completes the connection by calling the other individual. The CA is there to listen to messages from the person with a speech disability, and re-voice that message to the other party to the conversation. In this way, telephone communication
will be clear and accessible to both individuals.

**What is Voice Carry Over (VCO)**

**People who can speak clearly but may not be able to hear telephone conversations**
can also place or receive calls through the relay service. Many people in this category are senior citizens or others who become deaf later in life. This type of relay call is Voice Carry Over (VCO) because the hard of hearing person's voice is "carried over" to the other party. In this category, no typing is required, except by a Communication Assistant (CA). The CA types everything that the other person says and the words appear as text on the VCO user's TTY or on a VCO phone.

**What is Hearing Carry Over (HCO)**

**People who can hear but may not be able to speak clearly on the phone**
can also place or receive calls using the relay service. This type of relay call is Hearing Carry Over (HCO) because the person with a speech disability is able to hear the other party's voice. HCO users can type what they want to say using a TTY. As is the case with other relay service calls, the Communications Assistant then reads their words to the person they called.

For additional information, please contact:

Mayor's Office on Disability
401 Van Ness, Room 300
San Francisco, CA 94102
415.554.6789 voice
415.554.6799 TTY
415.554.6159 fax
MOD@sfgov.org

Based on original document courtesy King County (Washington) Office of Civil Rights - rev 06/04

# Mayor's Office on **Disability**

**Gavin Newsom**
Mayor

**Susan Mizner**
Director

***PROGRAMMATIC ACCESS BULLETIN***

## *TIPS FOR BRIEF COMMUNICATIONS WITH DEAF AND HARD OF HEARING PEOPLE*

**There is a wide range of hearing abilities**. Hearing disabilities may come at any time in a person's life. Some people are born with no hearing, while others lose it gradually over time.

**Deaf and hard of hearing people communicate in different ways**, depending on several factors: age at which deafness began; type of deafness; language skills; speech abilities; personality; family environment, and whether a person has a memory of sound.

**Some people use speech only** or a combination of sign language, speech reading (commonly known as "lip-reading"), finger-spelling, and speech or writing or body language and facial expression. For some Deaf people ASL (American Sign Language) and not English, is their native language. You can communicate with Deaf people in several ways. The key is to find out which combination of techniques works best with each Deaf person.

**These guidelines should be used when the communication will be short**, simple and straightforward. If the information being conveyed is more complex, is of longer duration, or is related to medical or legal matters, you will need to engage the services of a sign language interpreter, or other method of providing effective communication, such as real time captioning, depending on the needs of the individual and the nature and complexity of the communication.

**For more information** about how to locate and work effectively with interpreters, see the MOD Fact Sheet, "Tips for Using a Sign Language Interpreter".

### One-to-one

**Get the Deaf or hard-of-hearing person's attention** before speaking. You should be sure to be in the person's line of vision. Call out the person's name; if that is not successful, a gentle touch on the shoulder, a wave, or other visual signal usually does the trick.

**The noise level in a room can make a big difference.** Be aware that a person with partial hearing may have trouble hearing in certain situations. For example, a person may not respond as names are called. You may need to locate a quiet place in which to converse, with little or no background noise. Even hearing aids provide little help in noisy environments.

**Identify who you are.** Introduce yourself or show your name badge or business card.

**Key the Deaf person into the topic of discussion.** Deaf people need to know what the subject matter is to be discussed in order to pick up words that help them follow conversation. This is especially important for Deaf people who depend on speech reading.

**Avoid standing in front of a light source,** such as a window or bright light. The glare and shadows created on the face make it almost impossible for the Deaf person to speechread.

**Look directly at the Deaf person** when speaking. Face the light. Avoid turning away to write on the board or pull something from a file.

**Speak slowly and clearly,** but do not yell, exaggerate, or over-pronounce. Exaggeration and overemphasis of words distorts lip movements, making speechreading more difficult. Try to enunciate each word, without force or tension. Short sentences are easier to understand than longer ones. It also helps to emphasize verbs and nouns.

**First repeat, and then try to rephrase a thought** if you have problems being understood, rather than repeating the same words again. Don't hesitate to try communicating by pencil and paper if necessary. Getting the message across is more important than the medium used.

**Maintain eye contact with the person.** Eye contact conveys the feeling of direct communication. Even if an interpreter is present, continue to speak directly to the person. He or she will turn to the interpreter as needed.

**Do not place anything in your mouth** when speaking. Mustaches that obscure the lips, smoking, pencil chewing, and putting your hand in front of your face all make it difficult for a Deaf person to follow what is being said.

**Be courteous to the Deaf person during conversation.** If the telephone rings or someone knocks at the door, excuse yourself and tell the Deaf person that you are responding to the knock or answering the phone. Do not ignore the Deaf person and carry on a conversation with someone else while the Deaf person waits.

**Use visual supplements whenever possible.** Ask if it would be helpful to communicate by writing or by using a computer terminal to type back and forth. Using photos, drawings, charts, can also help facilitate communication.

**Use pantomime, body language, and facial expression** to help supplement your communication.

**Some people who are Deaf or hard of hearing may not speak** or may have speech that is difficult to understand.

**Focus on listening and communicating.** Here are some tips:

- If you do not understand something, do not pretend that you do. Ask the person to repeat what was said, and then repeat it back.
- Be patient and respectful and take as much time as is necessary.
- Try to ask questions that require only short answers or a nod of the head.
- Discuss private or personal matters in a private room to avoid staring or eavesdropping by others, as you would do for any other person.

## In writing

Always ask a Deaf person if they prefer written communication. Do not assume that this is the preferred method. When using writing as a form of communication with Deaf people, take into consideration their English and writing skills.

**Keep your message short and simple.** Establish the subject area, avoid assumptions, and make your sentence concise.

**It is not necessary to write out every word**. Short phrases or a few words often are sufficient to transfer the information.

**Face the Deaf person after you have written your message.** If you can see each other's facial expressions, communication will be easier and more accurate.

**Use visual representations** if you are explaining specific or technical vocabulary to a Deaf person. Drawings, diagrams, etc., help the person comprehend the information.

## How to alert Deaf and hard of hearing people to your accessibility

It's important to make sure your department's customers and clients who are Deaf know that you have accessible services. One way is to include your TTY number next to your voice phone number on all brochures, flyers or other printed material you share with the public (or if you have no TTY, include the Relay Service number).

For symbols that denote access to the deaf community (to indicate that you have available interpreters, captioning, etc., see the MOD Programmatic Access Bulletin, "Access Symbols." Positive and negative tiff files of these symbols are available for copying or downloading via a link on MOD's website: http://www.sfgov.org/site/sfmod_index.asp or directly via: http://www.gag.org/resources/das.php

## Local resources

**Hearing and Speech Center of Northern California**: www.hearingspeech.org

415 921-7658 (Voice) 415 921-8990 (TTY)

**Deaf Counseling and Referral Agency (DCARA)**: www.dcara.org

510 483-0753 (Voice) 510 483-6914 (TTY)

## Additional resources on Deafness

Association of Late-Deafened Adults: http://www.alda.org/

Bay Area Communication Access (BACA): bacareq@aol.com; 415-356-0405 (Voice); 415-356-0376 (TTY)

Deaf Resource Library: http://www.deaflibrary.org/

Deaf Services Division/San Francisco Library: 415-557-4434 (Voice), 415-557-4433 (TTY)

Deaf Services of Palo Alto: interpreters@dspa.org, 650-856-9262 (Voice)

Hands On Services: http://www.handsonsvc.com; 800-900-9478 (Voice); 800-900-9479 (TTY); 800-900-9477 (Fax)

Hearing Loss Association of America; http://www.hearingloss.org; 301- 657-2248 (Voice & TTY); 301-91309413 (Fax)

Interpreting and Consulting Services: sign4life@aol.com; 707-747-8200 (Voice); 707-747-9677 (TTY); 707-747-8205 (Fax)

National Association of the Deaf (NAD): http://www.nad.org/

National Deaf Education Center: http://clerccenter.gallaudet.edu/InfoToGo/index.html

**For additional information, please contact:**
Mayor's Office on Disability
401 Van Ness, Room 300
San Francisco, CA 94102
415.554.6789 voice
415.554.6799 TTY
415.554.6159 fax
MOD@sfgov.org

03/07

*Based on original document courtesy King County (Washington) Office of Civil Rights*

# Mayor's Office on **Disability**

**Gavin Newsom**
Mayor

**Susan Mizner**
Director

***PROGRAMMATIC ACCESS BULLETIN***

# *TIPS FOR COMMUNICATIONS WITH DEAF AND HARD OF HEARING PEOPLE IN GROUP SETTINGS*

**There is a wide range of hearing abilities**. Hearing disabilities may come at any time in a person's life. Some people are born with no hearing, while others lose it gradually over time.

**Deaf and hard of hearing people communicate in different ways**, depending on several factors: age at which deafness began; type of deafness; language skills; speech abilities; personality; family environment, and whether a person has a memory of sound.

**Some people use speech only** or a combination of sign language, speech reading (commonly known as "lip-reading," finger-spelling, and speech or writing or body language and facial expression. For some Deaf people ASL (American Sign Language) and not English, is their native language. You can communicate with Deaf people in several ways. The key is to find out which combination of techniques works best with each Deaf person.

If the information being conveyed is complex, is of long duration, or is related to medical or legal matters, you will need to engage the services of a sign language interpreter, or other method of providing effective communication, such as real time captioning, depending on the needs of the individual and the nature and complexity of the communication.

**For more information** about how to locate and work effectively with interpreters, see the MOD Fact Sheet, "Tips for Using a Sign Language Interpreter".

## In a Group

**Seat the Deaf person to his/her best advantage.** This usually means a seat in front of the speaker, so that the Deaf person can see the speaker's lips. If possible, use a round table or semi-circular seating so that he/she can see everyone's face. Usually, the Deaf person will know where to sit. Also take into consideration lighting in the area, so that the speaker is illuminated clearly.

**Provide new vocabulary in advance.** It is difficult, if not impossible, to speechread unfamiliar vocabulary. If new vocabulary cannot be presented in advance, write the terms on paper, a chalkboard, or overhead projector, if possible. If a lecture is to be

given or a film shown, a brief outline or script given to the Deaf person in advance helps that person follow the presentation.

**Avoid unnecessary pacing and speaking** when writing on a chalkboard. It is difficult to speechread a person in motion, and impossible to speechread ones whose back is turned. Write or draw on the board, then face the group and explain the work. If you use an overhead projector, do not look down at it while speaking.

**Use visual aids if possible.** Vision is a Deaf person's primary channel for receiving information. Make full use of visual aids, including films, overhead projectors, diagrams, and chalkboards. Give participants time to read before speaking.

**Make sure the Deaf person doesn't miss vital information.** Write out any changes in meeting times, special assignments, additional instructions, etc. Allow extra time when referring to manuals and texts, since Deaf persons must look at what has been written and then return their attention to the speaker.

**Slow down the pace of communication slightly** to facilitate understanding. Many speakers talk too fast. Allow extra time for the Deaf person to ask or answer questions.

**When using an interpreter or real-time captioning,** keep in mind that the interpreter and captioner will be a few words behind the speaker. Therefore, allow time for the Deaf person to obtain all the information and ask questions and remind speakers at public meetings that there is an interpreter/captioner, and to slow down their presentations slightly.

**At meetings or public presentations where there are audio-visual presentations**, allow the Deaf person time to both follow along with the speech, as well as to look at what is being displayed visually. If possible, provide "advance copies" of the PowerPoint or other visual presentation to the Deaf group members prior to the presentation.

**Repeat questions or statements** made from the back of the room and point to the person speaking. Remember that Deaf persons are cut off from whatever happens outside their visual area.

**Allow full participation by the Deaf person** in the discussion. It is difficult for Deaf persons to participate in-group discussions because they are not sure when the speakers have finished. Be aware of turn taking and try to give the Deaf person a chance to look at the various participants before each speaks.

**Use hands-on experience** whenever possible in training situations. Like other people, Deaf persons learn quickly by 'doing.'

**Assistive listening devices** (ALDs) may be used. These work in conjunction with hearing aids.

**Use a notetaker** when possible to record information. It is difficult for many Deaf persons to pay attention to a speaker and take notes simultaneously.

## How to alert Deaf and hard of hearing people to your accessibility

It's important to make sure your department's customers and clients who are Deaf know that you have accessible services. One way is to include your TTY number next to your voice phone number on all brochures, flyers or other printed material you share with the public (or if you have no TTY, include the Relay Service number).

For symbols that denote access to the deaf community (to indicate that you have available interpreters, captioning, etc., see the MOD Programmatic Access Bulletin, "Access Symbols." Positive and negative tiff files of these symbols are available for copying or downloading via a link on MOD's website:

http://www.sfgov.org/site/sfmod_index.asp or directly via:
http://www.gag.org/resources/das.php

## Local resources

**Hearing and Speech Center of Northern California**: www.hearingspeech.org

415 921-7658 (Voice) 415 921-8990 (TTY)

**Deaf Counseling and Referral Agency (DCARA)**: www.dcara.org

510 483-0753 (Voice) 510 483-6914 (TTY)

## Additional resources on Deafness

Association of Late-Deafened Adults: http://www.alda.org/

Bay Area Communication Access (BACA): bacareq@aol.com; 415-356-0405 (Voice); 415-356-0376 (TTY)

Deaf Resource Library: http://www.deaflibrary.org/

Deaf Services Division/San Francisco Library: 415-557-4434 (Voice), 415-557-4433 (TTY)

Deaf Services of Palo Alto: interpreters@dspa.org, 650-856-9262 (Voice)

Hands On Services: http://www.handsonsvc.com; 800-900-9478 (Voice); 800-900-9479 (TTY); 800-900-9477 (Fax)

Hearing Loss Association of America: www.hearingloss.org; 301-657-2248 (Voice & TTY); 301-913-9413 (Fax)

Interpreting and Consulting Services: sign4life@aol.com; 707-747-8200 (Voice); 707-747-9677 (TTY); 707-747-8205 (Fax)

National Association of the Deaf (NAD): http://www.nad.org/

National Deaf Education Center: http://clerccenter.gallaudet.edu/InfoToGo/index.html

**For additional information, please contact:**
Mayor's Office on Disability
401 Van Ness, Room 300
San Francisco, CA 94102
415.554.6789 voice
415.554.6799 TTY
415.554.6159 fax
MOD@sfgov.org

03/07

*Based on original document courtesy King County (Washington) Office of Civil Rights*

# Mayor's Office on **Disability**

**Gavin Newsom**
Mayor

**Susan Mizner**
Director

***PROGRAMMATIC ACCESS BULLETIN***

## *TIPS FOR USING A SIGN LANGUAGE INTERPRETER*

### When should I get an interpreter?

Sign Language Interpreters facilitate communication between Deaf and hearing individuals. State and Federal law requires the City and County of San Francisco to provide effective communication with persons with disabilities. An interpreter would be required whenever a deaf individual requests for one and you will be communicating with him or her about detailed, lengthy, or complex information. This will include any interactions that are not simple, such as meetings, appointments, and visits where passing a few notes back and forth would not be sufficient, or in cases where English is not the deaf individual's primary language.

### What is the role of the interpreter?

An interpreter's role is strictly that of a communication "tool." Interpreters sign everything that is said and say everything that is signed. Per the Code of Ethics for interpreters, the interpreter is not permitted to voice personal opinions or enter the conversation, and is obligated to respect confidentiality.

### Where do I go to get an interpreter?

There are several resources available for getting interpreters. (See list at the end of this document).

### What information do I need to give to the interpreter service?

- Date, time, location and expected length of the assignment.
- Type of situation (public tour, health services, legal proceedings, highly technical language, etc.).
- Names of interpreters with whom the Deaf individual prefers to work (Many Deaf individuals prefer to work with specific interpreters, based on their different skills and individual communication needs).
- Particular communication needs the Deaf individual has noted, [American Sign Language (ASL), Pidgin Signed English (PSE), or Signed Exact English. Others may prefer an oral interpreter. Simply ask the Deaf individual.] The interpreter service provider will seek to match the skills of the interpreter with the requirements of the situation.

## When do I need to get two interpreters?

If a meeting will last more than an hour and a half, it is preferable to have two interpreters. It is difficult to interpret for more than an hour and a half. If the meeting, class, or lecture will take longer, two interpreters should act on a rotating basis.

## How much will it cost to have an interpreter?

Fees can vary depending upon the type of interpreting required (office meeting, legal proceedings, or medical appointment). Fees should be agreed upon by the interpreter or referral service before the service is performed, and should not be discussed with the Deaf person.

## How do I alert customers and clients that interpreter services are available?

If you have arranged to have sign language interpreters at a public meeting, or a hearing, or other public event, you can display the following symbol on your meeting notice or event flyer:

**[Positive and negative tiff files of this and other disability acces symbols are available for copying or downloading via a link on MOD's website: http://www.sfgov.org/site/sfmod_index.asp, or directly at http://www.gag.org/resources/das.php]**

Because it can take some time to make arrangements for interpreter services, you will need to know ahead of time if interpreters are needed. Public notices should include a statement such as "Sign language interpreters and other accommodations are available upon request. Providing 3 days notice will help to ensure availability." Information about who to contact should also be included in the statement, including a voice and TTY phone number and email address.

## Working with an interpreter: some tips

**Before the meeting starts,** it is helpful to meet with the interpreter to explain what will be covered. Provide the interpreter with copies of the agenda and/or other print materials for review and to follow as the meeting progresses. It is also helpful for the interpreter to be provided the names of group members in advance of the meeting. Be attentive to the interpreter's needs, such as a glass of water, a straight back chair, etc.

Provide a location for the interpreter so that the deaf person has a line of sight to view both the speaker and the interpreter simultaneously.

**When setting up at the beginning of the meeting**, the interpreter and Deaf individual will work with you to figure out the best positioning for each of you to ensure effective and comfortable communication. Do not position the interpreter in front of a light source.

**Speak directly to the Deaf person**, not the interpreter, when using the interpreter to communicate with a Deaf person. For example, say "Do you have anything you would like to add?" rather than "Does he/she have anything to add?"

**Speak clearly, in a normal tone, and at a normal pace.** If there is a problem with keeping up, the interpreter or the Deaf person may ask the speaker to slow down or repeat a word or sentence for clarification.

**Direct eye contact.** While direct eye contact is valued particularly in one-to-one meetings, direct eye contact on the part of the Deaf individual is not always possible, as the Deaf individual will need to watch as the interpreter signs.

**In public meetings where there is an interpreter**, remind speakers at the start of the meeting (and at various time in the meeting) to speak slowly and clearly.

**Remember that the interpreter is a few words behind the speaker.** Therefore allow time for the Deaf person to obtain all the information and ask questions.

**At meetings or public presentations where there are audio-visual presentations**, allow the deaf person time to both follow along with the speech, as well as to look at what is being displayed visually. If possible, provide "advance copies" of the Powerpoint or other visual presentation to the deaf group members prior to the presentation.

**Permit only one person to speak at a time during group discussions.** It is difficult for an interpreter to follow several people speaking at once. Ask for a brief pause between speakers to permit the interpreter to finish before the next speaker starts. It can be helpful to ask people to raise their hands and wait to speak after they've been recognized.

**Schedule breaks during the meeting.** Following a sign language or oral interpreter for a long time is tiring for a Deaf person and for the interpreter. Talk with the interpreter about when to take periodic, brief breaks.

**Provide good lighting for the interpreter.** If the interpreting situation requires darkening the room to view slides, videotapes, or films, auxiliary lighting is necessary so that the Deaf person can see the interpreter. If a small lamp or spotlight cannot be obtained, check to see if room lights can be dimmed but still provide enough light to see the interpreter.

**If it is a lecture or large group setting,** solid color backgrounds are helpful for platform interpreting and sufficient lighting is always important.

**As a final courtesy, thank the interpreter after the service has been performed.** If there have been any problems or misunderstandings, let the interpreter or referral service know. Also, ask the Deaf person if the service was satisfactory. It is a polite gesture to inform the referral service of your satisfaction with the interpreter.

## One last note...

**American Sign Language (ASL) is a language in its own rights**, with its own grammar, syntax and structure, which includes using body and facial expression. It is important to realize that you are dealing with two different languages and that it may be necessary to rephrase or repeat your point. Examples are helpful to use for clarification.

## ASL (American Sign Language) interpreter services

**Bay Area Communication Access (BACA)**
443 Tehama Street
San Francisco, CA 94103
415-356-0405 (Voice)
415-356-0376 (TTY)
415-356-0495 (Fax)
bacareq@aol.com

**Northern California Registry of Interpreters for the Deaf (norCRID)**
www.norcrid.org
robinmills@aol.com

**Hired Hands Interpreter Referral Service**
P.O. Box 15024
Fremont, CA 94539
510-739-6228 (Voice and TTY)
510-739-1993 (Fax)
handshired@aol.com

**Hands On Services**
595 Menlo Drive
Rocklin, CA 95765
800-900-9478 (Voice)
800-900-9479 (TTY)
800-900-9477 (Fax)
www.handsonsvc.com
800-900-9477 (Fax)

**Communique Interpreting**
330 College Avenue
Santa Rosa, CA 95401
707-546-6869 (Voice/TTY)
707-623-1638 VP
707-546-1770 (Fax)
www.CommuniqueInterpreting.com

**Interpreting and Consulting Services**
525 First Street
Benecia, CA 94510
707-747-8200 (Voice)
707-747-8205 (TTY)
707-747-8205 (Fax)
sign4life@AOL.COM

**Deaf Services of Palo Alto**
P.O. Box 60651
Palo Alto, CA 94306
650-856-9262 (Voice)
650-856-1114 (Fax)
interpreters@dspa.org

Give them your name, organization, date/time/location of the assignment, deaf individual's preferred signing system (i.e., ASL, PSE, or SEE) or communication method (i.e., oral), and it is helpful to describe the meeting and/or event. For example, if the assignment is for a medical appointment, a group meeting, or a training session. They will call you back and let you know if they have interpreters available for the assignment.

**For additional information, see the MOD Programmatic Access Bulletin: "TIPS FOR COMMUNICATING WITH PEOPLE WHO ARE DEAF OR HARD OF HEARING," or contact:**

**Mayor's Office on Disability**
401 Van Ness, Room 300
San Francisco, CA 94102
415.554.6789 voice
415.554.6799 TTY
415.554.6159 fax
MOD@sfgov.org

06/04

Based on original document courtesy King County (Washington) Office of Civil Rights

# TTY Use And 'Helpful Hints'

General background

TTYs are communications devices that do not rely on voice or hearing, but have keyboards (just like a computer keyboard) and visual displays for text-based conversations. While TTYs are used primarily by Deaf, hard of hearing, late deafened, or Deaf-Blind individuals, some individuals with disabilities that affect their ability to speak clearly also use TTYs.

English skills of TTY users

Deaf TTY users have a broad range of English skills. For many Deaf individuals, English is their second language. As for anyone for whom English is a second language, he or she may use what seem to be awkward phrases, misspell words (though anyone is capable of a "typo"), or communicate thoughts and ideas without using standard English grammar, syntax, or sentence structure. Take care to be respectful and try to use language that the caller will be able to understand, depending on his or her familiarity with English. Just as translating from French to Spanish presents unique challenges, American Sign Language ("ASL," visual) and English (print, spoken) are not the same languages.

TTY etiquette

Here are some basic rules of "etiquette" for TTY communication stated briefly. Following is a more complete explanation of each.

- Greet a TTY caller the same as you would a voice caller, being sure to include your name
- Take turns and do not interrupt the other person (unless there is an emergency).
- If you are interrupted by a customer or co-worker during your TTY conversation, type "pls hd" which means "please hold."

When providing a lot of information, take breaks, allowing the caller to ask questions or comment.

- Use abbreviations that can be clearly understood in the context of the conversation and use common TTY abbreviations (see last page).
- Don't worry about spelling errors if your meaning is clear within the context.
- Don't worry about grammatical punctuation (such as upper/lower case, periods comma- simply put a few spaces in between sentences
- Spell out numbers.
- Inflections. Insert words such as "smile" or "grin" or "sigh" to indicate attitude.
- When you've reached an ending point for the entire conversation, you may type "GA to SK" ["Go Ahead, (I am ready) to Stop Keying"] to indicate to the other person you are finished and ready to end the conversation.
- Use abbreviations that can be clearly understood in the context of the conversation and commonly used TTY

abbreviations. ( See TTY Abbreviations section on the last page of this information bulletin.

- It is considered polite to end a TTY conversation with "goodbye" or "so long" or "thanks again" before signing off with "SK".
- Add information about indicating emotion ... smile ... grin ... sigh ... etc.
- When ending your conversation, type "SKSK."

Additional information about etiquette rules

Greet a TTY caller the same as you would a voice caller; be sure and include your name. Answer the call with the same information you would a voice call-Mayor's Office on Disability (MOD). This is (your name). How may I help you?"...or whatever your office typically uses. Sometimes when people are uncomfortable with using TTYs and/or their typing may take longer, they will modify and/or abbreviate their usual greeting.

Take turns and do not interrupt the other person (unless there is an emergency). Always let the other person complete what he or she would like to say, after which "GA" (which means "Go Ahead") will appear on the TTY display. To start typing or to interrupt before the person has typed "GA" is considered rude or disrespectful. When you see "GA," it is your turn to type. Remember to type "GA" when you're finished, so the other person knows to respond. This is similar to "over" when communicating by radio; it's a cue that it's the other person's turn.

If you are interrupted by a customer or co-worker during your TTY conversation, type "pls hd" which means, "please hold."

While on a standard voice telephone call, the caller may hear the interruption taking place and your response to that interruption, or you might quickly say "just a minute."

In hearing culture, this is acceptable etiquette. Via TTY, there is no way for the TTY user to know what's going on without you giving a cue. Don't just stop typing when interrupted, leaving the TTY caller wondering where you are. Type "Pls Hd" or "Please Hold" to let the other person know you need to take a break from the conversation. If you like, you may even type, "Pls Hd ... Someone in our office needs help." When you've completed the other business, simply resume typing since it is still your turn in the conversation. You may prefer to tell the person who wants to interrupt that you are on a TTY call, and ask him/her to please wait until the call is finished. If you are interrupted while the caller is typing, hopefully you have a printer on the TTY and you may "catch up" on what was typed during the interruption.

When providing a lot of information, take breaks; allow the caller to ask questions or comment. Turn-taking is an important part of TTY calls. It can be frustrating in any conversation if one person goes on and on. In hearing culture, it is acceptable to jump in and express your question or ask for clarification. Since one of the rules of TTY etiquette is to avoid interrupting, it is good practice to be brief and clear, breaking up

information you are providing and allow for questions or comments by the caller along the way.

Don't worry about spelling errors if your meaning is clear within the context of the conversation. If your meaning is clear, e.g., typing "new yirk" rather than "new york," don't worry about making any correction. If you are relaying important detailed information (name, address, telephone number, etc.), then simply type "xx" then restart the word or phrase. Particularly for individuals who have visual disabilities in addition to being Deaf or speech-impaired, it can be difficult to "track" with the visual display. It is much simpler for you and easier for the other person to track if you continue typing, indicating an error with "xx" then restarting the word or phrase, etc.

Don't worry about punctuation. It is acceptable in TTY conversations to omit upper/lower case letters and to skip many types of punctuation. In part this is due to simple economy, ESL issues, and developed/accepted practices. If your TTY has a printout, you will notice that there is no upper/lower case within each person's part of the conversation. One person's text is in all lower case, and the other person's text is in all upper case. This makes it

easier to follow the conversation on the resultant "tape."

Spell out numbers. Depending upon the TTY you are using, it may have a keyboard that has separate keys for numbers, or you may need to use the "Shift" key to type numbers. Regardless, numbers can be difficult to read so many individuals prefer that you spell out numbers to ensure no misunderstandings. If you do choose to use numbers, follow up by spelling them out, for confirmation.

Inflections. With text-based communication, it can be difficult to indicate inflection or emotion, just as in e-mail messages. (How many of us have felt uncertain about an e-mailer's intent -- terse, rude, serious or teasing us?) Via voice telephone conversations, you can "hear" a smile or laugh. Common in TTY conversations are typing expressions such as "smile" "ha" "grin" or "sigh." Using these expressions, separated in the text by several spaces, allows you to personalize your conversation, provide cues about intent behind words, and help the other person feel more comfortable.

When you've reached an ending point for the conversation, you may type "GA to SK" which indicates "you may Go Ahead, I'm ready to Stop Keying (have nothing more to ask/say). At this point, the individual may say "Thanks for your help. Have a good day. SKSK" You may type, "Thank you. You too have a good day. SKSK" If the person has another question, the conversation will continue. You'll need to "play it by ear," just as you would a voice caller.

Depending on the caller, you may go back and forth a few times before you both finally type SKSK. This is an aspect of Deaf culture that needs to be recognized. Deaf callers are usually quite aware and respectful of hearing culture and they know offices can be busy places; in other words, often, they will modify their own TTY conversational practices to try to fit in with hearing culture/business world communication.

Lastly, relax and don't worry about making mistakes or not doing everything exactly perfect. Every individual who uses a TTY has different skills and has a lot of experience communicating with hearing folks who are unaccustomed to using TTYs. As you would with anyone who contacts your office, do your best, to be respectful and patient, and your TTY conversations will be effective.

About TeleBraille users

As noted above, deaf and fully blind users of TTYs use a Braille display version of a TTY called "TeleBraille." A TeleBraille unit works just like a TTY, has a keyboard for input, but uses a Braille display for output (incoming information.) These conversations necessarily take more time because the person cannot simply read a visual display, but must "read" a Braille display on the device. For many TeleBraille users, reading Braille takes notably more time than for others to read a visual display.

- Type slower so the person can more easily keep up. If you're already a slow typist, this may not be an issue. (Smile)

- You will need to wait for a TeleBraille user's response ... be patient. Because the caller is using a Braille display, it will take him/her longer to read your part of the conversation -- some individuals longer than others, dependent upon their Braille skills. You will notice "delays" in the caller responding to you. Simply wait; do not interrupt (which will be confusing) or type "are you there qq" or anything.

- Keep in mind the same TTY rules of etiquette for TeleBraille calls.

- Because the call will take more time and using Braille takes more energy (and there's no print out which can later be referred to), using abbreviations, taking turns, and providing information with breaks to allow for questions and comments are even more important.

How to alert customers and clients about your TTY availability

If your department has a TTY, you should display a TTY number next to any voice telephone numbers in printed materials such as program brochures, event flyers, department reports, etc. The availability of TTY numbers can be

identified by using "TTY" after the telephone number, and/or with this symbol:

[Note: Positive and negative tiff files of this and other disability access symbols are available for copying or downloading via a link on MOD's website: http://www.sfgov.org/site/sfmod_index.asp Or directly via: http://www.gag.org/resources/das.php

You should also familiarize members of your staff with the operation of the TTY. Read the instruction booklet and try a few "test" calls to another City office to ensure that you know how it works.

If you telephone a person who uses a TTY, let the phone ring longer than usual. You can call the person directly by TTY or use the Telecommunications Relay Service.

*Tty Is The Acronym For Text Telephone ... But Why?*

When telecommunications for deaf people started in the mid-1960s, obsolete teletype-writers were used to communicate through couplers and telephones. These first TeleTYpewriters were 200 to 300 pounds each, noisy and large. They were some- times called clunkers, monsters, or mailboxes, but they were *all* called Teletype-writers--much the same way we use Xerox for copying machines or Kleenex for tissue. There-fore, the acronym was TTY, and this terminology became popular among TTY users.

In the 1970s, smaller models weighing less than five pounds came out. To distinguish between the clunkers and the lightweight models, a new terminology was created: Telecommunications Device for the Deaf (TDD).

As time went by, this second acronym became more of a problem than a solution. One does not have to be deaf to use a "TDD." These devices make it possible for deaf, hard of hearing or speech disabled and hearing people to communicate with each other by telephone. To add to the confusion, teletypewriters were considered telecommunications devices for the deaf, too. In Europe, text telephone is the common name for *all* of these devices. It does not indicate the user, simply that printed words are transmitted through telecommunications --telephone lines, or airwaves. In an attempt to achieve international consistency and remove the "labeling," the Federal Communications Commission decided to use the term "text telephone" and the acronym "TT."

Telecommunications for the Deaf, Inc., a not-for-profit organization of consumers active since 1968, conducted a poll on consumer preference for an acronym for text telephones. TTY was selected overwhelmingly!

The reasons most often cited were:

- Signed, TTY is rhythmic to the eye, and it's easy for hearing people to say.
- "TTY" reminds users of the history of adaptive telecommunications, and recognizes historic contributions by the teletypewriter coupler's deaf inventors to deaf history and culture.
- Finally, in sign language, "TT" is embarrassingly similar to the common sign for "toilet;" spoken, "TT" has similar connotations.

Commonly used abbreviations in TTY conversations

Use abbreviations that can be clearly understood in the context of the conversation and commonly used TTY abbreviations.

| TTY Abbreviations | TTY Definitions |
|---|---|
| ABT | About |
| ASL | American Sign Language |
| BTW | by the way |
| CD | could |
| CUZ | Because |
| GA | go ahead (signals turn-taking) |
| HMM... | (signals pause ... while thinking) |
| HOH | Hard-of-Hearing |
| LTR | later |
| LV | leave |
| MSG | message |
| MTG | meeting |
| NBR | number |
| PLS HD | please hold |
| PLS | please |
| QQ | ? |
| R | are |
| SKSK | stop keying, goodbye |
| THRU | through |
| TMW | tomorrow |
| U | you |

City and County of San Francisco : TTY Use And 'Helpful Hints' Page 6 of 6

| | |
|---|---|
| UR | you are, your, you're |
| WD or WLD | would |
| XXX | erasing a typing error |

For additional information, please contact:

Mayor's Office on Disability
401 Van Ness, Room 300
San Francisco, CA 94102
415.554.6789 voice
415.554.6799 TTY
415.554.6159 faxMOD@sfgov.org

06/04

http://www.sfgov2.org/index.aspx?page=452 6/28/2010

EXHIBIT A35-000252

# Blind and Low Vision Priorities Project

Report from the LightHouse for the Blind and San Francisco Mayor's Office on Disability

Prepared by Rachel Lanzerotti, Consultant
May 2007

City and County of San Francisco : Resources for Programmatic and Communication Acc... Page 1 of 1

# Resources for Programmatic and Communication Access

- ASL Interpreters
- Real Time Captioners
- Assistive Listening Devices
- ADA Telephone Information Services
- Guidelines for Reporting and Writing About People with Disabilities - 11 pages (PDF)
- NAVH Standards & Criteria for LARGE PRINT Publication - 2 pages (PDF)
- Recreation Access - Project Insight

http://www.sfgov2.org/index.aspx?page=501 6/28/2010

EXHIBIT A35-000254

# ASL Interpreters

***Bay Area Communication Access (BACA)*** (Authorized Vendor)
433 Tehama Street San Francisco CA 94103
Voice: 415-356-0405
TTY: 415- 560376
Fax: 415 356-0495
E-mail: bacareq@aol.com
URL: N/A

Rates: Please call to inquire

***Signing Systems*** *

ASL, SEE, PSE, Oral, and Spanish Sign Language, CDI provided; performance-related interpreting provided

---

***International Effectiveness Center*** (Authorized Vendor)
369 Pine Street, S218, San Francisco, CA 94104
Voice: 415. 788-4149
Fax: 415. 788-4829
Emai: iec@ie-center.com
URL: www.ie-center.com

Rates: please call
***Signing Systems****
ASL

***Partners In Communication LLC*** (Authorized Vendor)
2370 Market St.,#277, San Francisco, CA 94114
Voice: 800. 975-8150
Fax: 800. 975-8150
VP: 415. 252-0409
Emai: rob@partnersincommunicationllc.com
URL: www.partnersincommunicationllc.com

***Rates: please call***
***Signing Systems****
***ASL***

---

***Communique Interpreting***
330 College Avenue, Santa Rosa, CA 94501
Voice / TTY: (707) 546-6869
VP: (707) 623-1638
Fax: (707) 546-1770
E-mail: N/A;
URL: www.CommuniqueInterpreting.com

***Rates: Please call***

EXHIBIT A35-000255

***Signing Systems*** *
ASL, PSE & SEE; CDI provided; only one interpreter for performances

---

***Deaf Services of Palo Alto***
P.O. Box 60651, Palo Alto, CA 94306
Voice: (650) 856-9262
TTY: N/A
Fax: (650) 856-1114
E-mail: interpreters@dspa.org
URL: N/A

***Rates: Please call***
***Signing Systems*** *
ASL, PSE, Spanish Sign Language & Oral; CDI provided; No performance-related interpreting provided

---

***Hands On Services***
595 Menlo Drive, Rocklin, CA 95765
Voice: 800-900-9478
TTY: 800-900-9479
Fax: 800-900-9477
E-mail: various (refer to website)
URL: www.handsonsvs.com

***Rates: Please call***
***Signing Systems*** *
ASL, PSE, SEE, Spanish Sign Language & Oral, CDI Provided; performance-related interpreting provided (a lot of advance notice required)

***Hired Hands Interpreter Referral Service***
P.O. Box 15024, Fremont, CA 94539
Voice: (510) 659-1882
TTY: (510) 659-1882
Fax: (510) 739-1993
E-mail: hiredhands@aol.com
URL: www.hiredhandsasl.com

***Rates: Please call***
***Signing Systems*** *
ASL & PSE; CDI provided (depending on location); Performance-related interpreting provided

***Interpreter & Consulting Services***
525 First Street, Benicia, CA 94510
Voice: (707) 747-8200
TTY: (707) 747-9677
Fax: (707) 747-8205
E-mail: sign4life@aol.com
URL: N/A

***Rates: Please call***

***Signing Systems*** *

ASL, SEE, PSE & Mexican Sign Language; CDI provided; performance-related interpreting provided

*** Abbreviations**
ASL = American Sign Language

PSE = Pidgin (mixture of ASL and SEE)

SEE = Signed Exact English

CDI = Certified Deaf Interpreter
(works with hearing interpreters)

# Real Time Captioners

***Richard A. Walker (Authorized Vendor)***
Voice: (510) 525-3327;
TTY: N/A;
E-mail: rawalker@pacbell.net ;
URL: N/A

**Rates upon request**

---

***Laura Brewer & Associates (Authorized Vendor)***
49 Lyell St., Los Altos, CA 94022
Voice: (650) 949-1900 (Laura: (925) 938-3821 (Terri);
TTY: N/A; Fax: (650) 949-1961;
E-mail: laura@quicktext.com;
URL: www.quicktext.com

***Rates***
Call for a quote; weekend & evening rates are higher

***Travel Expenses***
One hour prior to assignment is charged

***Procedures***
**Amount of Notice:** Call ASAP; dependent upon availability;
**24/7 Service:** Yes, including weekends;
**Emergency Service:** Yes;
**Cancellation Policy:** 48 Hours

***Types Of Captioning***
Onsite & Remote (on online service as of yet)

---

***Katherine Baca***
110 Gardenside #502
San Francisco, CA 94131
Voice: (415) 279-7195;
TTY: N/A;
Fax: N/A;
E-mail: bacakitty@aol.com;
URL: N/A

**Rates upon request**

***Travel Expenses***
Parking fee; Out-of-Bay Area: $.33/mile

***Procedures***
**Amount of Notice:** As far advance as possible;

**24/7 Service:** Yes;
**Emergency Service:** Yes, if available;
**Cancellation Policy:** 48 Hours

***Types Of Captioning***
Onsite only

---

***Audrey Maloney (Authorized Vendor)***
Voice: (415) 531-4502
E-mail: audreymaloney100@gmail.com
URL: N/A

**Rates upon request**

---

***Walnut Creek Steno-Captioning (Authorized Vendor)***
Lee McCarthy
Voice: (925) 295-0331
E-mail: wcstenocap@aol.com
leemcc3@aol.com
URL: N/A

**Rates upon request**

---

***Captioning Agency Professionals (CAP)***
6031 Girvin Dr., Oakland, CA 94611
Voice: (510) 530-3989;
TTY: N/A;
Fax: (510) 530-4130;
E-mail: captioning@earthlink.net;
URL: N/A

**Rates upon request**
Onsite only

---

***Caption Colorado***
5690 DTC Blvd., Suite 500W, Greenwood Village, CO 80111
Voice: 800-775-7838 (*8AM MT - 5PM MT);
800-590-4197 (24/7 Emergencies only);
800-590-4103 (Extended Hours - Technical Support only);
TTY: N/A;
Fax: 720-489-5664;
URL: www.captioncolorado.com

***Rates***
Rates vary; call for a quote

***Travel Expenses***
No mileage or travel time

***Procedures***
**Amount of Notice:** Anytime - can provide coverage for almost all last minute requests;

24/7 Services: Yes;
Emergency Services: Yes;
**Cancellation Policy:** 24-hour cancellation notice

***Types Of Captioning***
Remote & Online Captioning; English; English-Spanish; Spanish-Spanish captioning available; can also do video/TV captioning

---

***CaptionsOnline***
14895 14th Street, San Leandro, CA 94577
Voice: (707) 476-8737;
TTY: (707) 476-8735;
Fax: (707) 476-8575;
E-mail: jennifer.aggeler@dcara.org;
URL: www.captions-online.org

**Rates upon request**

***Types Of Captioning***
Online only (the customer provides a laptop, speakerphone or microphone, and Internet connection); will soon provide video captioning

---

***CART***
P.O. Box 20278, Castro Valley, CA 94546
Voice: (510) 888-9825;
TTY: N/A;
Fax: (510) 885-1070;
E-mail: jenniferrod@compuserv.com;
URL: N/A

**Rates upon request**

***Travel Expenses***
Yes, contact to inquire for info.

***Procedures***
**Amount of Notice:** ASAP;
**24/7 Service:** no;
**Emergency Service:** Maybe;
**Cancellation Policy:** the Day of the Job

***Types Of Captioning***
Onsite only

---

***PeopleSupport Rapidtext, Inc. (Authorized Vendor)***
1100 Glendon Avenue, Suite 1250
Los Angeles, CA 90024
Voice: (310) 824-6200;
(949) 399-9200

E-mail: rtodd@rapidtext.com;

URL: www.rapidtext.com

***Rates***
Call for a quote; single event costs more than high volume meetings (e.g., city council meetings) and educational assignments

***Travel Expenses***
N/A (services provided through the Internet/audioline)

***Procedures***
**Amount of Notice:** 72 Hours;
**24/7 Service:** Yes;
**Emergency Service:** Yes, if possible;
**Cancellation Policy:** Depends on service

***Types Of Captioning***
Onsite (for Southern California only); remote and online

---

***Vitac (a division of Worldwave Corp.)***
4605 Lankershim Blvd., Ste 250, North Hollywood, CA 91602
Voice: 800-528-4822; (818) 755-0410;
TTY: (818) 295-2490;
Fax: (818) 755-0411;
E-mail: lorelee-w@vitac.com;
URL: www.vitac.com

**Rates upon request**

***Travel Expenses***
N/A (services provided through the Internet/audioline)

***Procedures***
**Amount of Notice:** no minimum notice; one-day notice accepted;
**24/7 Service:** Yes;
**Emergency Service:** Yes, based on availability;
**Cancellation Policy:** within 48 hours--charged 50% of event rate; within 24 hours, charged 100%

***Types Of Captioning***
Remote & Internet; English & Spanish captioning

# Assistive Listening Devices

**What are Personal Amplified Systems?**

Personal Amplified Systems are very portable and can be used anywhere--indoors and outdoors alike. The units are pocket-sized and can be used with earphones, headphones, neck loops, or telecoil couplers.

| Item | Description | Cost |
|---|---|---|
| ***Pocket Talker Pro*** | A small personal amplifier for TV listening & one-on-one communications and reduces background noise. | $120.00 (WT); $179.00 (ADCO & HC); $164.50-$181.00 (HT) |
| ***SounDirector*** | A small personal amplifier ideal for TV listening, one-on-one conversations, and trips; it also reduces background noise. | $155.00 (HC) |
| ***SoundWizard*** | A powerful amplifier with headset jacks allows two people to use it for one-on-one conversations, TV listening. Different amplifiers work with the telephone and infrared receivers. | $169.00-$249.00 (HC & HT) |
| ***AudioPort A200*** | This system is designed for one-on-one or small group conversations and amplifies surrounding conversations up to 8 feet away. | $199.00 (ADCO & HT) |

**Key: Vendor Codes**

**ADCO** = ADCO Hearing Products (www.adcohearing.com); tel.: 800-726-0851 (voice/TTY)

**HC** = Harris Communications (www.harriscomm.com); 800-906-1180 (voice) / 800-825-6759 (voice) / 800-906-1189 (TTY) / 800-825-9187 (TTY)

**HT** = Hitec (www.hitec.com): 800-288-9303 (voice) / 800-536-8890 (TTY)

**HLHC** = Hearing Loss Help Co. (www.hearing-loss-help-co.com); 508-755-1120 (voice)

**WT** = Wietbrecht (www.wietbrecht.com); 800-233-9130 (voice/TTY)

# ADA Telephone Information Services

This following list (compiled in Spring 1995) contains the telephone numbers of federal agencies and other organizations that provide information about the Americans with Disabilities Act (ADA) and informal guidance in complying with the ADA. These agencies and organizations are not, and should not be viewed as sources for obtaining legal opinions about your rights or responsibilities under the ADA. Free publications on this law are available by calling the Eastern Paralyzed Veterans Association a 1-800-444-0120.

| Organization | Telephone |
|---|---|
| **Department of Justice**<br>Offers technical assistance on the public concerning Title II and Title III of the ADA | ADA documents & questions:<br>(800)514-0301 (voice)<br>(800)514-0383 (TDD)<br><br>Electronic bulletin board:<br>(202)514-6193 |
| **U.S. Department of Transportation** Offers technical assistance concerning the public transportation provisionsof Title II and Title III of the ADA | ADA documents & general questions:<br>(202)366-1656 (voice)<br>(202)366-4567 (TDD)<br><br>ADA legal questions:<br>(202)366-1936 (voice)<br>(202)366-0957 (TDD)<br><br>Complaints & enforcement:<br>(202)366-2285 (voice)<br>(202)366-0153 (TDD)<br><br>Electronic bulletin board:<br>(202)366-3764 |
| Provides technical assistance concerning the accessibility standards that apply to air transportation under the air Carrier Access Act (ACAA) | ACAA technical assistance:<br>(202) 366-4859 (voice)<br>TDD: use relay service<br><br>ACAA complaints & enforcement:<br>(202) 267-5794 (voice)<br>(202) 267-9730 (TDD) |
| **Rural Transportation Assistance Program** | (800) 527-8279 (Voice & TDD) |
| **National Easter Seal Society** | Project Action: |

| | |
|---|---|
| | (800) 659-6428 (voice & TDD) |
| **U.S. Architectural and Transportation Barriers Compliance Board**<br>Offers technical assistance on the ADA Accessibility Guidelines. | ADA document & questions:<br>(800) 872-2253 (voice)<br>(800) 993-2822 (TDD)<br><br>Electronic bulletin board:<br>(202) 272-5448 |
| **The Arc**<br>Provides technical assistance on all titles of the ADA. | ADA technical assistance:<br>(800) 466-4232 (voice & TDD) |
| **Federal Communications Commission**<br>Offers technical assistance concerning Title IV of the ADA | ADA documents & general questions:<br>(202) 418-0190 (voice)<br>(202) 418-2555 (TDD)<br><br>ADA legal questions:<br>(202) 634-1808 (voice)<br>(202) 632-6999 (TDD)<br><br>Complaints & enforcement:<br>(202) 632-7553 (voice & TDD)<br><br>Hearing Aid Compatibility Act:<br>(202) 634-1808 (voice) |
| **Office of Civil Rights**<br>Provides publications on the ADA and Section 504 of the Rehabilitation Act. | (202) 619-0671 (voice)<br>(202) 527-7697 (TDD) |
| **Equal Employment Opportunity Commission**<br>Offers technical assistance concerning Title I of ADA | ADA documents:<br>(800) 669-3362 (voice)<br>(800) 800-3302 (TDD)<br><br>ADA questions:<br>(800) 669-4000 (voice)<br>TDD: use relay service |
| **President Committee on Employment of People with Disabilities**<br>Provides information on all titles of the ADA and funds the Job Accommodation Network (JAN), which provides information on the ADA and reasonable accommodation in the workplace. | ADA information:<br>(202) 376-6200 (voice)<br>(202) 376-6205 (TDD)<br><br>Job Accommodation Network:<br>(800) 526-7234 (voice & TDD)<br>(800) 232-9675 (voice & TDD) |
| **The Foundation on Employment and Disability provides assistance in Spanish, Korean, Cambodian Vietnamese, Mandarin/Cantonese Chinese, Tagalog, Hindi, Arabic American, Russian, and Dine.** | ADA technical assistance:<br>(800) 232-4955 (voice)<br>(800) 232-4957 (TDD) |
| **U.S. Department of Labor, Office of Federal Contract Compliance** | Section 503 of the |

| | |
|---|---|
| **Programs**<br>Providing information concerning the accessibility standards that apply to federal contractors. | Rehabilitation Act:<br>(202) 219-9428 (voice)<br>(800) 326-2577 (TDD) |
| **National Institute on Disability and Rehabilitation**<br>Research has funded centers throughout the country to provide technical assistance concerning Title I, Title II, and Title III of the ADA. | ADA technical assistance nationwide:<br>(800) 949-4232 (voice & TDD)<br>You will be routed to the center nearest you |
| **Disability Rights Education and Defense Fund**<br>Provides technical assistance on all titles of the ADA | ADA technical assistance:<br>(800) 466-4232 (voice & TDD) |
| **Other Federal Laws**<br>The U.S. Congress has established tax credits and deductions that may assist businesses in complying with the ADA. The IRS can provide information about these tax code provisions. | Tax code information:<br>(800) 829-1040 (voice)<br>(800) 829-4059 (TDD)<br><br>To order IRS publication 907:<br>(800) 829-3676 (voice)<br>(800) 829-4059 (TDD) |
| **U.S. Department of Housing and Urban Development**<br>Provides technical assistance concerning the accessibility standards that apply to residential facilities under the Fair Housing Act as amended effective March 12, 1989 | Fair Housing Act Amendments:<br>(800) 795-7915 (voice)<br>(800) 927-9275 (TDD) |
| **Office of Fair Housing and Equal Opportunity**<br>(Office of Program Compliance and Disability Rights)<br>Offers assistance concerning Title VI of the ADA and Section 504 of the Rehabilitation Act. | Questions, complaints, and information:<br>(202) 708-2618 (voice & TDD) |

# Guidelines for Reporting and Writing about People with Disabilities



APPROPRIATE TERMINOLOGY: An alphabetical list arranged by appropriate terminology and usage

PORTRAYAL ISSUES: Overall do's and don'ts for writing about people with disabilities

## Introduction

As professional communicators, educators, and human service providers, you are in a unique position to shape the public image of people with disabilities. The words and images you use can create either a straightforward, positive view of people with disabilities or an insensitive portrayal that reinforces common myths and is a form of discrimination.

Here is a set of clear guidelines to help you make better choices in terms of language and portrayal. The *Guidelines* explain preferred terminology and offer suggestions for appropriate ways to describe people with disabilities. The *Guidelines* reflect input from over 100 national disability organizations and has been reviewed and endorsed by media and disability experts throughout the country.

Although opinions may differ on some terms, the *Guidelines* represent the current consensus among disability organizations. Portions of the *Guidelines* have been adopted into the *Associated Press Stylebook*, a basic reference for professional journalists.

Please use the *Guidelines* when you write or report about people with disabilities. If you would like more information, print copies of the *Guidelines*, or an attractive 18" x 24" poster of disability writing style do's and don'ts, contact: Publications, Research and Training Center on Independent Living, 1000 Sunnyside Avenue, Room 4089 Dole, University of Kansas, Lawrence, KS 66045-7555. You can also contact

our Center by email at rtcil@ku.edu, phone: 785.864.4095, TTY: 785.864.0706, or by fax: 785-864-5063.

Information about the *Guidelines* is also listed in our free catalog (available by contacting the RTC/IL at the address above) and on the World Wide Web under http://www.rtcil.org

The RTC/IL acknowledges the National Institute on Disability Rehabilitation Research for providing funds to develop the first edition of the *Guidelines*. **©2001, SIXTH EDITION**

**No part of this booklet can be printed without prior written permission of the RTC/IL.**

## Appropriate Terminology

Reflecting input from more than 100 disability organizations, the preferred terms for referring to disabilities are listed and defined below.

**ADHD** (Attention Deficit Hyperactivity Disorder) is a syndrome of learning and behavioral problems that is not caused by any serious underlying physical or mental disorder and is characterized especially by difficulty in sustaining attention, impulsive behavior, and usually by excessive activity. Do not say hyperactive. Say person with ADHD.

**Autism** is a mental disorder originating in infancy that is characterized by absorption in self-centered subjective mental activity, especially when accompanied by marked withdrawal from reality, inability to interact socially, repetitive behavior, and language dysfunction. **Do not say autistic. Say person with autism.**

**Blind** describes a condition in which a person has loss of vision for ordinary life purposes. Visually impaired is the generic term used by some individuals to refer to all degrees of vision loss. **Say boy who is blind, girl who is visually impaired, or man who has low vision.**

**Brain injury** describes a condition where there is long-term or temporary disruption in brain function resulting from injury

to the brain. Difficulties with cognitive, physical, emotional, and/or social functioning may occur. **Do not say brain damaged. Say person with a brain injury, woman who has sustained brain injury, or boy with an acquired brain injury.**

**Chronic Fatigue syndrome**, also called chronic fatigue and immune dysfunction syndrome, describes a serious chronic condition in which individuals experience six or more months of fatigue accompanied by physical and cognitive symptoms. Do not use terms such as Yuppie Flu, malingering, and hypochondriasis as they are pejorative, imply personality disorders, and are not scientifically supportable. **Say person with chronic fatigue syndrome.**

**Cleft lip** describes a specific congenital disability involving the lip and gum. The term hare lip is anatomically incorrect and stigmatizing. Say person who has a cleft lip or a cleft palate. Congenital disability describes a disability that has existed since birth but is not necessarily hereditary. The terms birth defect and deformity are inappropriate. **Say person with a congenital disability.**

**Deaf** refers to a profound degree of hearing loss that prevents understanding speech through the ear. Hearing impaired or hearing loss are generic terms used by some individuals to indicate any degree of hearing loss-from mild to profound. These terms include people who are hard of hearing and deaf. However, some individuals completely disfavor the term hearing impaired. Others prefer to use deaf or hard of hearing. Hard of hearing refers to a mild to moderate hearing loss that may or may not be corrected with amplification. **Say woman who is deaf, boy who is hard of hearing, individuals with hearing losses, people who are deaf or hard of hearing.**

**Developmental disability** is any mental and/or physical disability starting before the age of 22 and continuing indefinitely. It limits one or more major life activities such as self-care, language, learning, mobility, self-direction, independent living, and economic self-sufficiency. This includes individuals with mental retardation, cerebral palsy, autism, epilepsy and other seizure disorders, sensory impairments, congenital disabilities, traumatic injuries, or

conditions caused by disease (polio, muscular dystrophy, etc.). It may also be the result of multiple disabilities. **Say person with a developmental disability.**

**Disability** is a general term used for a functional limitation that interferes with a person's ability, for example, to walk, lift, heal, or learn. It may refer to a physical, sensory, or mental condition. Do not refer to people with disabilities as the handicapped, handicapped persons, or special. Handicap can be used when citing laws and situations, but should never be used to describe a person or disability. **Say as a descriptive noun or adjective, such as person living with AIDS, woman who is blind, or man with a disability.**

**Disfigurement** refers to physical changes caused by burns, trauma, disease, or congenital conditions. Do not say burn victim. **Say burn survivor, or adult with burns, or child with burns.**

**Down syndrome** describes a chromosome disorder that usually causes a delay in physical, intellectual, and language development. Usually results in mental retardation. Mongol, Mongoloid, and Downs child/person are unacceptable. **Say person with Down syndrome.**

**HIV/AIDS** acquired immunodeficiency syndrome is an infectious disease resulting in the loss of the body's immune system to ward off infections. The disease is caused by the human immunodeficiency virus (HIV). A positive test for HIV can occur without symptoms of the illnesses that usually develop up to 10 years later including tuberculosis, recurring pneumonia, cancer, recurrent vaginal yeast infections, intestinal ailments, chronic weakness and fever, and profound weight loss. Don't say AIDS victim. **Say people living with HIV, people with AIDS or living with AIDS.**

**Learning disability** describes a permanent condition that affects the way individuals take in, retain, and express information. Some groups prefer specific learning disability, because it emphasizes that only certain learning processes are affected. Do not say slow learner, retarded, etc., which are different from learning disabilities. **Say person with a learning disability.**

**Mental disability** The Federal Rehabilitation Act (Section 504) lists four categories under mental disability: psychiatric disability, retardation, learning disability, or cognitive impairment as acceptable terms. **Always precede these terms with, "person with..."**

**Mental retardation** refers to substantial intellectual delay that requires environmental or personal supports to live independently. Mental retardation is manifested by below-average intellectual functioning in two or more life areas (work, education, daily living, etc.) and is present before the age of 18. **Don't use subnormal or the retarded. Say people with mental retardation.**

**Multiple chemical sensitivities** describes a chronic condition characterized by neurological impairment, muscle pain and weakness, respiratory problems and gastrointestinal complaints triggered by contact with low level exposure to common substances including pesticides, new carpet, particleboard, cleaning agents, and perfumes. Some people react to foods and electromagnetic fields. Do not use psychosomatic or 20th Century disease. **Say person with chemical intolerance or environmental illness.**

**Nondisabled** is the appropriate term for people without disabilities. **Normal, able-bodied, temporarily able-bodied, healthy, or whole are inappropriate.**

**Post-polio syndrome** is a condition that affects persons who have had poliomyelitis (polio) long after recovery from the disease and that is characterized by muscle weakness, joint and muscle pain, and fatigue. Do not use polio victim. **Say person with post-polio syndrome.**

**Psychiatric disability** psychotic, schizophrenic, neurotic, and other specific terms should be used only in proper clinical context and should be checked carefully for medical and legal accuracy. Words such as crazy, maniac, lunatic, demented, schizo, and psycho are offensive and should never be applied to people with mental health problems or anyone else. Acceptable terms are **people with psychiatric disabilities, psychiatric illnesses, emotional disorders, or mental disorders.**

**Seizure** describes an involuntary muscular contraction, a brief impairment or loss of consciousness, etc., resulting from a neurological condition such as epilepsy or from an acquired brain injury. The term convulsion should be used only for seizures involving contraction of the entire body. Do not use fit, spastic, or attacks. Rather than epileptic, **say girl with epilepsy or boy with a seizure disorder.**

**Small/short stature** describes people under 4'10" tall. Do not refer to these individuals as dwarfs or midgets, which implies a less than full adult status in society. Dwarfism is an accepted medical term, but it should not be used as general terminology. **Say persons of small (or short) stature. Some groups prefer the term "little people."**

**Speech disorder** is a condition in which a person has limited or difficult speech patterns. Do not use mute or dumb. Use child who has a speech disorder. For a person with no verbal speech capability, **say woman without speech.**

**Spinal cord injury** describes a condition in which there has been permanent damage to the spinal cord. Quadriplegia denotes substantial or significant loss of function in all four extremities. Paraplegia refers to substantial or significant loss of function in the lower part of the body only. **Say man with paraplegia, woman who is paralyzed, or person with a spinal cord injury.**

**Stroke** is caused by interruption of blood to the brain. Hemiplegia (paralysis on one side) may result. Stroke survivor or person who has had a stroke is preferred over stroke victim.

**Substance dependence** refers to patterns of substance use that result in significant impairment in at least three life areas (family, employment, health, etc.) over any 12-month period. Substance dependence is generally characterized by impaired control over consumption, preoccupation with the substance, and denial of impairment in life areas. Substance dependence may include physiological dependence/tolerance withdrawal. Although such terms as alcoholic and addict are medically acceptable, they may be derogatory to some individuals. Acceptable terms are **people who are substance dependent** or **people who are alcohol dependent**. An individual who has

a history of dependence on alcohol and/or other drugs and is no longer using alcohol or drugs may identify themselves as **recovering or as a person in recovery.**

## Portrayal Issues

Please consider the following when writing about people with disabilities:

**DO NOT FOCUS ON DISABILITY** unless it is crucial to a story. Avoid tear-jerking human interest stories about incurable diseases, congenital impairments, or severe injury. Focus instead on issues that affect the quality of life for those same individuals, such as accessible transportation, housing, affordable health care, employment opportunities, and discrimination.

**DO NOT PORTRAY SUCCESSFUL PEOPLE WITH DISABILITIES AS SUPERHUMAN OR HEROES.** Even though the public may admire superachievers, portraying people with disabilities as superstars raises false expectations that all people with disabilities should achieve this level.

**DO NOT SENSATIONALIZE A DISABILITY** by saying afflicted with, crippled with, suffers from, victim of, and so on. Instead, say person who has multiple sclerosis.

**DO NOT USE GENERIC LABELS** for disability groups, such as "the retarded," "the deaf." Emphasize people, not labels. Say people with mental retardation or people who are deaf.

**PUT PEOPLE FIRST**, not their disability. Say woman with arthritis, children who are deaf, people with disabilities. This puts the focus on the individual, not the particular functional limitation. Because of editorial pressures to be succinct, we know it is not always possible to put people first. If the portrayal is positive and accurate, consider the following variations: disabled citizens, nondisabled people, wheelchair-user, deaf girl, paralyzed child, and so on. Crippled, deformed, suffers from, victim of, the retarded, infirmed, the deaf and dumb, etc. are never acceptable under any circumstances.

Also, do not use nouns to describe people, such as epileptic, diabetic, etc.

**EMPHASIZE ABILITIES**, not limitations. For example: uses a wheelchair/braces, walks with crutches, rather than confined to a wheelchair, wheelchair-bound, differently-abled, birth difference, or crippled. Similarly, do not use emotional descriptors such as unfortunate, pitiful, and so forth.

**DO NOT USE CONDESCENDING EUPHEMISMS.** Disability groups also strongly object to using euphemisms to describe disabilities. Terms such as handicapable, mentally different, physically inconvenienced, and physically challenged are considered condescending. They reinforce the idea that disabilities cannot be dealt with up front.

**DO NOT IMPLY DISEASE** when discussing disabilities that result from a prior disease episode. People who had polio and experienced after effects have post-polio syndrome. They are not currently experiencing the disease. Do not imply disease with people whose disability has resulted from anatomical or physiological damage (e.g., person with spina bifida or cerebral palsy). Reference to disease associated with a disability is acceptable only with chronic diseases, such as arthritis, Parkinson's disease, or multiple sclerosis. People with disabilities should never be referred to as patients or cases unless their relationship with their doctor is under discussion.

**SHOW PEOPLE WITH DISABILITIES AS ACTIVE** participants of society. Portraying persons with disabilities interacting with nondisabled people in social and work environments helps break down barriers and open lines of communications.

**Partial List of Endorsees**

ACCENT ON LIVING MAGAZINE BLOOMINGTON, IL

ADVOCATES FOR CHILDREN NEW YORK, NY

ADVOCATES FOR PERSONS WITH DISABLING CONDITIONS IN ALLIED HEALTH CHICAGO, IL

AIDS ACTION COUNCIL WASHINGTON, DC

AMERICAN ASSOCIATION FOR THE ADVANCEMENT OF SCIENCE WASHINGTON, DC

AMERICAN CLEFT PALATE-CRANIOFACIALASSOCIATION PITTSBURGH, PA

AMERICAN COUNCIL OF THE BLIND WASHINGTON, DC

AMERICAN SPINAL INJURY ASSOCIATION CHICAGO, IL

ARTHRITIS FOUNDATION ATLANTA, GA

COUNCIL FOR ADVANCEMENT & SUPPORT OF EDUCATION WASHINGTON, DC

DISABILITIES RESOURCES, INC. CENTEREACH, NY

DISABILITY RIGHTS EDUCATION AND DEFENSE FUND BERKELEY, CA

EPILEPSY FOUNDATION OF AMERICA LANDOVER, MD

GALLAUDET UNIVERSITY WASHINGTON, DC

GAZETTE INTERNATIONAL NETWORKING INSTITUTE (G.I.N.I.) ST. LOUIS, MO

GOODWILL INDUSTRIES INTERNATIONAL, INC. BETHESDA MD

HUNTINGTON'S DISEASE SOCIETY OF AMERICA, INC. NEW YORK, NY

JOSEPH P. KENNEDY, JR. FOUNDATION WASHINGTON, DC

LEARNING DISABILITIES ASSOCIATION OF AMERICA PITTSBURGH, PA

NATIONAL AMPUTATION FOUNDATION, INC. MALVERNE, NY

NATIONAL ATAXIA FOUNDATION MINNEAPOLIS, MN

NATIONAL BRAIN INJURY ASSOCIATION WASHINGTON, DC

NATIONAL CENTER FOR ENVIRONMENTAL HEALTH STRATEGIES, INC. VOORHEES, NJ

NATIONAL DOWN SYNDROME CONGRESS ATLANTA, GA

NATIONAL DOWN SYNDROME SOCIETY NEW YORK, NY

NATIONAL EMPOWERMENT CENTER, INC. LAWRENCE, MA

NATIONAL INFORMATION CENTER ON DEAFNESS WASHINGTON, DC

NATIONAL MENTAL HEALTH ASSOCIATION ALEXANDRIA, VA

NATIONAL ORGANIZATION ON DISABILITY WASHINGTON, DC

NATIONAL SPINAL CORD INJURY ASSOCIATION BETHESDA, MD

RRTC ON DRUGS AND DISABILITY WRIGHT STATE UNIVERSITY DAYTON,OH

THE Arc OF THE U.S. SILVER SPRING, MD

THE ASSOCIATION FOR PERSONS WITH SEVERE HANDICAPS (TASH) BALTIMORE, MD

THE CFIDS ASSOCIATION OF AMERICA CHARLOTTE, NC

RAGGED EDGE MAGAZINE (FORMERLY THE DISABILITY RAG & RESOURCE) LOUISVILLE, KY

THE KIDS ON THE BLOCK COLUMBIA, MD

VOLAR CENTER FOR INDEPENDENT LIVING EL PASO, TX

VSA arts WASHINGTON, DC

WORLD INSTITUTE ON DISABILITY OAKLAND, CA

For further information on disability research, training, dissemination, and utilization go to: http://www.getriil.org, http://www.ncddr.org/, http://www.ed.gov/offices/osers/nidrr/ University of Kansas 1000 Sunnyside Avenue, Room 4089 Dole Lawrence, Kansas 66045-7555 Ph: 785.864.4095 Fax: 785.864.5063 TDD: 785.864.0706 rtcil@ku.edu www.rtcil.org To order 18" x 24" posters of disability writing style do's and don'ts contact Publications, Research and Training Center on Independent Living at the address above.

# NAVH STANDARDS & CRITERIA FOR LARGE PRINT PUBLICATIONS

The following criteria and standards must be approved by the National Association for Visually Handicapped prior to granting its "Seal of Approval" for high quality large print.

1. No edition may exceed an overall size of 8-3/4" x 11-1/4", with a maximum sheet size of 8-1/2" x 11".

2. The finished book shall not exceed 1-1/4" in thickness, with a maximum weight of 3 pounds. (This does not apply to technical books--i.e., a dictionary, atlas, etc.)

3. An off-white or natural vellum or matt offset stock must be used to prevent glare.

4. Gutter margins should not be less than 7/8", with the outside margin smaller, but not less than 1/2".

5. Type size should not be smaller than 16 point--preferably an 18 point type should be maintained.

6. When resetting, it is recommended that a sans serif or modified serif be used. Helvetica and Arial are excellent sans serif type, and Book Antigua, Bernhard Modern Roman or Garamond are examples of acceptable modified serif type. It is further recommended that medium type style be used with **bold** for titles, captions, etc. (NOTE: If type appears too light or thin, use **bold** throughout, as contrast is essential for the average reader who requires large type. See #8)

7. Letter spacing, word spacing and leading must be adequate in order to avoid crowded copy, as white space is of utmost importance to many of the visually impaired.

8. Density is extremely important, and copy that appears grey will not be acceptable.

9. The binding shall allow for as much flexibility as possible, with the hope that a loose spine will be employed in order to allow the book to lie as flat as possible. It is recommended that all books be side sewn for durability.

10. A vertical line must be used to separate columns.

11. If photographically enlarged from the original edition, broken letters must be avoided. Careful scrutiny of selections should be made either by the editorial department of the respective publisher, or NAVH will offer this service if small print editions are sent to us prior to the enlarging process.

    With easy accessibility of computer type, excellent large print can be prepared. It is recommended that, for most type faces, a medium font be used with a laser print-out of at least 400 DPI.

12. Signatures or tear sheets of all books which are to carry the NAVH SEAL OF APPROVAL must be sent to NAVH prior to final printing for examination.

13. The NAVH SEAL shall appear on jackets (when used), as well as on either the front cover or on the copyright or credit page of each book. At least four copies of each completed book shall be donated to NAVH.

-over-

**WHEN PREPARING NEWSLETTERS**
**THE FOLLOWING STANDARDS ARE ESSENTIAL**

Headlines must be bold and, if color is used, it is recommended that either bright yellow or orange background with bold black type be employed.

Because the majority of those who require large print have central vision impairment (primarily macular degeneration) unless good contrast is offered, many will be unable to benefit from the publication.

<u>NOTE</u>

The availability of approved titles will be publicized in our website, kits of information, and occasionally our newsletter which is distributed worldwide.

Rev. 2006

LISTEN
TEXT ONLY
PRINT
A
A
A

# Project Insight - Welcome to Our Website!

META METALINK LINK

| project insight return to the home page! | Project Insight Information | ASL Programming |
|---|---|---|
| | Contact Information | ASL Programs |
| | Events | ASL Cafe \| ASL Classes |
| | Enrollment Information | ASL Program Calendars |
| | Volunteer Information | Blind/VI Programming |
| | Sales & Fundraisers | Visually Impaired Programs |
| | Photographs | VIP Program Calendars |

Project Insight has American Sign Language Programs,

and programs for people who are Blind/visually impaired.

Request More Information
Join An Email List
Click here for upcoming events!

SFGov: San Francisco Recreation & Park Department: Project Insight - Welcome to Our ... Page 2 of 2

*Robin Wadsworth 1964-2006*

*If you have any comments, questions, concerns, or recommendations regarding the content of this website, please email them to: contactpi@sfgov.org Thank you!

http://www.sfgov.org/site/recpark_page.asp?id=3072 6/28/2010

EXHIBIT A35-000280

# Mayor's Office on **Disability**

**Gavin Newsom**
Mayor

**Susan Mizner**
Director

## Reasonable Accommodation Fund
## For Non-Profit Agencies
## Contracting with The City & County of San Francisco

The Mayor's Office on Disability (MOD) has established a fund to assist non-profit agencies with the costs of providing auxiliary aids and services or other reasonable accommodations to the public.

All non-profit agencies that receive City funding are eligible for this fund. The fund is available to agencies that need assistance in providing accommodations to the public. (The fund is not for internal employee issues.)

For those non-profit agencies with annual budgets under $1 million, MOD will pay up to 90% of the accommodation cost. The agency must pay at least 10%. For non-profit agencies with annual budgets over $1 million, MOD will pay up to 75% of the accommodation cost. The agency is expected to pay at least 25%.

To apply, agencies should submit a letter to the Mayor's Office on Disability providing the following information:

1. The source and approximate amount of City funding they receive. The type of accommodation (e.g. ASL, accessible space for a meeting, note-taker, etc.) and why it is needed, including the date, time and place.
2. A simple statement explaining why the agency cannot provide the full cost of the accommodation itself. (E.g. the agency did not budget for this type of expense, or the budget was not sufficient for the year.)
3. The total amount of the request, i.e. an estimate that the non-profit agency has gotten from an approved City vendor detailing the total cost of the accommodation.
4. A written commitment that the agency will include a line item in their budget for the next fiscal year that is equal to or greater than the total cost of the accommodations provided.

**For additional information, please contact:**
Mayor's Office on Disability
401 Van Ness, Room 300
San Francisco, CA 94102
415.554.6789 voice
415.554.6799 TTY
415.554.6159 fax
MOD@sfgov.org

# Programmatic & Communication Access

- What is Programmatic Access?
- Programmatic Access Bulletins
- Reasonable Accommodation Fund for Non-Profit Agencies (Word)
  Reasonable Accommodation Fund for Non-Profit Agencies (PDF)
- Resources
- Training Materials

# Training Materials

- ADA Coordinator Training (PowerPoint)

- Title II Training for City and County Staff (PowerPoint)
  Title II Training for City and County Staff (Word)

- Disability Access to City-Funded Homeless Shelters (PowerPoint)
  Disability Access to City-Funded Homeless Shelters (Word)
- Muni For All: Videos on Accessibility for Low Vision and Blind Riders
- Service and Support Animals - Rights & Responsibilities - 12 pages (PDF)

## Test Your Knowledge with a Quiz

- Test Your ADA Knowledge

Download readers for PDF or Word file.

EXHIBIT A35-000283

# Test Your ADA Knowledge!

<!--[if !supportLists]-->
1. Jackie is a woman with a developmental disability who loves coming to the Ethics Commission's
meetings. She comments at length on each agenda item and comments again during general public comment. Her remarks are incoherent, often irrelevant, and contain embarrassing details about her personal life. May Commission staff do the following?

a) Ask her to talk **ONLY** after everyone else is done and time permits?
Yes____ No_____

b) Hold Jackie to the same time limits as everyone else? Yes____ No_____

c) Remind Jackie that public comment on an agenda item must be relevant to the items being discussed and that general public comment must pertain to a matter under the Commission's jurisdiction? Yes____ No_____

2. Kim, a person who is blind, requests a copy of the City's Administrative Code on audiotape. When staff informs her that there are no audio versions available, but the Code is available electronically, and the library has screen reading software available for public use, Kim states that the City is violating Title II of the ADA if it does not agree to make an audio copy of the Administrative Code. Is Kim correct? Yes__ No __

3. Which of the following is **NOT** an auxiliary aid or service?
Braille Real time captioning Screen reading software program
Ramp

4. Emergency personnel are called on the scene of an accident where Janice who is Deaf is severely injured and bleeding. Her 15 year-old daughter is on the scene and EMTs are asking her to interpret for her mother. Must the EMTs call for a sign language interpreter to come to the scene of the accident?
Yes____ No____

5. Janice is then rushed to SF General Hospital where she is in critical but stable condition. She must undergo surgery and the doctors need to obtain an informed consent and advance directives. The daughter **is** an appropriate interpreter because she has been around her the whole time.
True ______ False ______

6. A Second Chance is a small nonprofit agency contracted with DPH to provide residential substance abuse treatment services. They have undergone a major renovation so their facility is accessible to people using wheelchairs. Bernice is a severely hard-of-hearing client who is referred to this facility in lieu of jail time. Upon entering the program, she requests real time captioning services which can put a stress on the facility's budget. In fact, the overall cost is so high that it meets the threshold for "undue burden", therefore, the agency refuses to provide them but instead offers her volunteer ASL (sign) interpreting services via another client residing in the facility.

Because the agency never refused treatment services to the client and is attempting to accommodate Bernice, both Second Chance and the City have met their obligations under the ADA.
True ______ False ______

7. The Recreation & Park Department has created an after school program for children with developmental disabilities. The staff to child ratio in this program is 1 to 3, rather than the 1 to 10 ratios in the Department's other after school programs. Trudy, a parent of a child with developmental disabilities enrolls her child in another after school program run by the Department, and asks them to provide an aide to assist her child so that she can benefit from the program. The Department recommends that Trudy enroll her child in the special program, but she refuses to do so. Is the Recreation and Park Department required to provide the accommodation? Yes____ No____

8. Paul who has limited hand use comes for an intake appointment at a public health clinic. When he is given a stack of paperwork to fill out, he says that he needs assistance with writing. You have a room full of patients waiting to be checked-in. The staff should:

a) Help him fill out the forms
b) Give him the forms to fill out at home and mail them in
c) Ask a patient in the waiting room to help him
d) Reschedule the appointment and allow him to fill out the forms in advance

9. Charlotte is very interested in an item on agenda of the upcoming meeting of the Children and Families First Commission. But Charlotte has agoraphobia and her disability precludes her from attending the meeting. The Commission Secretary suggests that Charlotte submit written comments, which she will distribute to the members of the Commission, and make available to the public. She also suggests that Charlotte might ask another member of the public to read her statement to the Commission during public comment. But Charlotte would like to tailor her comments to the Commission's discussion at the meeting. Charlotte tells the Secretary that she wants to address the meeting by telephone.
Is the Commission required to grant this request?
Yes ____ No ____

10. McLaren Lodge which is where the administration for the Recreation & Park Department is located is a historic building that has been renovated extensively to provide physical access. Do any of the following conditions at the building constitute violations of Title II of the ADA?

a) The landscapers working around the area have left tools and trucks parked in close proximity to the entry ramp, preventing its' safe use by patrons using wheelchairs. Yes ___ No ____
b) Due to technical infeasibility, there is no elevator servicing the second floor, which houses staff offices. Yes ___ No ____
c) A beautiful wooden bench is placed in front of the automatic door buttons. Yes ___ No ____.
d) The unisex accessible restroom on the ground floor, although for public use, is kept locked. Yes____ No____

11. Swimming Pool A has not been renovated in 25 years and lacks wheelchair

EXHIBIT A35-000285

accessibility features such as a pool lift, an accessible shower stall and restrooms. Bob who uses a wheelchair wants to go swimming there because the facility is located within 2 blocks of his house. Swimming Pool B, the closest accessible pool, is about 15 blocks away. Although the City has already upgraded half of its swimming pools to meet ADA physical access standards, it must also renovate Swimming Pool A upon the individual's request rather than simply referring Bob to Swimming Pool B
True____ False_____

12. The Rent Board is holding a community meeting tonight in the large auditorium on the second floor of 101 Grove Street. An hour before the meeting, the elevator in the building breaks down and it cannot be fixed until tomorrow. The Board expects a large crowd to discuss an important, time-sensitive issue. Are the following courses of action consistent with the City's duties under Title II of the ADA?

a) Cancel the meeting until the elevator is back in service. Yes____ No____
b) Proceed with the meeting regardless of who may attend. Yes____ No____
c) Proceed with the meeting if staff believes that no people with mobility impairments will attend the meeting. Yes____ No____
d) Move the meeting to one of the two, small rooms on the first floor and equip the other first-floor room as an overflow room. Yes____ No____

13. Kristen who does not appear to have a disability stands in line at the metal detectors at 170 Otis with a garden snake wrapped around her shoulders. The Sheriff's Deputy tells her that she cannot come into the building, because there is a rule around dangerous or exotic animals being prohibited. The woman states that the snake is an assistance snake and she has to have it wrapped around her at all times.
The most lawful course of action for the deputy is:

a) Ask the woman if she is disabled and what her disability is
b) Ask her how the snake assists her
c) Ask to see the certificate stating that her snake is a service animal
d) Call Animal Care & Control, to capture the snake