# EXHIBIT I

▲

| United States District Court Northern District of California |
|---|
| Case No.  __C07-03685 SBA_____ |
| Case Title  _Kirola, et al. v. CCSF, et al._ |
| Exhibit No.  __K10_____ |
| Date Entered _____ |
| Richard W. Wieking, Clerk |
| By: _____, Deputy Clerk |

**DEFENDANT**

▲

EXHIBIT K10-000001



City and County of San Francisco
Department of Building Inspection

## CERTIFICATE OF FINAL COMPLETION AND OCCUPANCY

*DISABLED ACCESS - 6/2/08*
*PID - 3/27/08*
*EID - 5/8/08*
*BSM - 6/6/08*

LOCATION: __151__ __MONTANA ST.__    __7068/001__
          (number)  (street)            (block and lot)

Permit Application No: __200312303207__  Type of Construction: __V-1HR__  Stories: __ONE (1)__  Dwelling Units: __0__

Basements: __0__  Occupancy Classification: __A-3, A2-1__  No. of Guestrooms: __0__  with cooking facilities: __0__

Description of Construction: __ERECT ONE (1) STORY RECREATION CENTER and Other MISC. STRUCTURES/BUILDINGS PER APPROVED PLANS__

To the best of our knowledge, the construction described above has been completed and, effective as of the date the building permit application was filed, conforms both to the Ordinances of the City and County of San Francisco and to the Laws of the State of California. The above referenced occupancy classification is approved pursuant to Section 109 of the *San Francisco Building Code.*

Any change in the use or occupancy of these premises--or any change to the building or premises--could cause the property to be in violation of the *Municipal Codes* of the City and County of San Francisco and, thereby, would invalidate this *Certificate of Final Completion and Occupancy.* A copy of this *Certificate* shall be maintained on the premises and shall be available at all times. Another copy of this *Certificate* should be kept with your important property documents.

Before making any changes to the structure in the future, please contact the Department of Building Inspection, which will provide advice regarding any change that you wish to make and will assist you in making the change in accordance with the *Municipal Codes* of the City and County of San Francisco.

Approved: __5-08-08__ 200__  Bureau of Fire Prevention    This certificate issued on: __6-06-08__ 200__

by: __[signature]__    __RUSSELL SFFD__
    (Signature)          (Printed Name)

ISAM HASENIN, P.E., C.B.O., Director of Building Inspection

Approved: __N/A__ 200__ Department of Public Health   by: __[signature]__ , Building Inspector

by: _____
    (Signature)        (Printed Name)             by: _____ , Housing Inspector
                                                     (Signatures)  (Printed Names)

Copies: White (original to microfilm); Blue (to property owner); Yellow (to Building Inspector); Pink (to Housing Inspector)

9003-M-36 (Rev. 9/00)

EXHIBIT K10-000002

MAIN BUILDING

# City and County of San Francisco
## DEPARTMENT OF BUILDING INSPECTION
# JOB CARD



OFFICE HOURS: THE BUILDING INSPECTION IS OPEN DAILY, MONDAY THRU FRIDAY, FROM 7:30 a.m. TO 5:00 p.m. DISTRICT BUILDING INSPECTORS KEEP OFFICE HOURS DAILY, MONDAY THRU FRIDAY, FROM 7:30 a.m. TO 8:30 a.m. AND FROM 3:00 p.m. TO 4:00 p.m.

**REQUESTS FOR INSPECTIONS ARE TAKEN ONLY DURING THE HOURS OF 8:30 A.M. TO 3:00 P.M. BY CALLING (415) 558-6096**

APPLICATION NO. 2003/12/30/3207   PERMIT NO. _____   ISSUED 12/14/05

JOB ADDRESS: 151 Montana St   BLOCK: _____ LOT: _____

NATURE OF WORK: _____

_____

_____

WORK PERMITTED UNDER AUTHORITY OF THIS BUILDING PERMIT NUMBER MUST START BY 90 DAYS AND BE COMPLETED BY 12/14/08.

WORK UNDERWAY MUST BE INSPECTED AT LEAST EVERY NINETY (90) DAYS IN ORDER TO PREVENT EXPIRATION DUE TO ABANDONMENT OF WORK.

EXTENSIONS OF THE "START" & "COMPLETE WORK" DATES OF THIS BUILDING PERMIT NUMBER MAY BE GRANTED UPON WRITTEN REQUEST PRIOR TO THE DATES NOTED ABOVE.

For information on the Permit Process, Building Plans Review, Access Issues, etc., please see page 4 of this JOB CARD for useful and appropriate telephone numbers.

**ELECTRICAL & PLUMBING WORK MUST HAVE PERMITS SEPARATE FROM A BUILDING PERMIT.**

*KEEP THIS CARD POSTED IN A CONSPICUOUS PLACE ON THE JOB SITE AT ALL TIMES. PLANS AND PERMIT DOCUMENTS SHALL BE ON THE JOB SITE AT ALL TIMES WHEN WORK IS IN PROGRESS. AFTER COMPLETION OF WORK, RETAIN THIS CARD FOR YOUR RECORDS.*

EXHIBIT K10-000003

# INSPECTION RECORD

**FORM 1**

**City and County of San Francisco**
**DEPARTMENT OF BUILDING INSPECTION**

Handwritten notes at top:
- 7-20-07 AM OK ... School, Community Rm, Tan Bldg, Gym, 3 Lito hoses n...
- 7.25.07 1 sink in Arts, 2 sinks in Kitchen, Mens Room OK less Urinal drain vent, Womans Room O.K. To cover R...

APPLICATION NO. 2003/12/30/3207   PERMIT NO. 1074719   ISSUED 12/14/05

JOB ADDRESS: N/ Montana St   BLOCK: __   LOT: __

NATURE OF WORK: ...Community... R-13... Teen Bldg... Lath/Stucco...

| Do Not Pour CONCRETE until the following are signed | | | | ADDITIONAL WORK REQUIRING APPROVALS | | |
|---|---|---|---|---|---|---|
| INSPECTIONS | Dates | Inspectors | | INSPECTIONS | Dates | Inspectors |
| Foundation Forms | 5/11/06 | M | | Special | | |
| Foundation Steel | 5/11/06 | M | | Special | | |
| Grounding Electrode | | | | Special | | |
| O.K. TO POUR | | | | Shower Pan | | |

| Do Not Pour CONCRETE SLAB until the following are signed | | | | | | |
|---|---|---|---|---|---|---|
| INSPECTIONS | Dates | Inspectors | | Standpipes (wet/dry) | | |
| Plumbing Underground | 8-?-06 | | | Fire Alarm | | |
| Electrical Underground | see app ck | | | Security Ordinance | | |
| Fire Service Underground | | | | Energy Ordinance | | |
| | | | | Smoke & Heat Detectors | | |

| Do Not COVER until the following are signed | | | | FINAL INSPECTIONS REQUIRED | | |
|---|---|---|---|---|---|---|
| INSPECTIONS | Dates | Inspectors | | INSPECTIONS | Dates | Inspectors |
| Rough Framing | | | | Special | | |
| Rough Electrical | see app ck | | | Code Enforcement | | |
| Rough Plumbing | see above | | | Disabled Access | 6/2/2008 | FWJ |
| Insulation | | | | Housing | | |
| Sound Transmission | | | | Mechanical | | |
| Rough Sprinklers (PLBG) | | | | Plumbing | 2/00/08 | |
| Rough Sprinklers (FIRE) | | | | Electrical | 5/1/08 | |
| Flue & Vents (PLBG) | 2/19/08 Bo.LeR Flue | | | Street Use & Mapping | | |
| Flue, Vents, Ducts (BLDG) | | | | Urban Forestry | | |
| Hydrostatic Test | | | | Fire Department | 5/5/08 | |
| Lath | | | | Health Department | | |
| | | | | Building | 6/4/08 | |
| O.K. TO COVER | | | | CERTIFICATE OF FINAL COMPLETION | | |

*WARNING:* THE PROVISIONS OF YOUR BUILDING INSPECTION PERMIT WILL BE NULLIFIED UNLESS ALL FINAL INSPECTIONS ARE SIGNED OFF ABOVE BY THE APPROPRIATE INSPECTORS.

EXHIBIT K10-000004