# EXHIBIT O

```
                    UNITED STATES DISTRICT COURT

                  NORTHERN DISTRICT OF CALIFORNIA              ORIGINAL

        BEFORE THE HONORABLE SAUNDRA BROWN ARMSTRONG, JUDGE

        IVANA KIROLA, ET AL.,         )    COURT TRIAL
                                      )
                  PLAINTIFFS,         )    VOLUME 10
                                      )
          VS.                         )    NO. C 07-03685 SBA
                                      )
        CITY AND COUNTY OF            )
        SAN FRANCISCO, ET AL.,        )    PAGES 1888 - 2084
                                      )
                  DEFENDANTS.         )    OAKLAND, CALIFORNIA
        _____ )    THURSDAY, APRIL 28, 2011


                        TRANSCRIPT OF PROCEEDINGS

        APPEARANCES:

        FOR PLAINTIFFS:         SCHNEIDER WALLACE COTTRELL BRAYTON &
                                   KONECKY
                                180 MONTGOMERY STREET, SUITE 2000
                                SAN FRANCISCO, CALIFORNIA  94109
                          BY:   MARK T. JOHNSON,
                                ANDREW P. LEE,
                                GUY B. WALLACE, ATTORNEYS AT LAW

                                BROWN POORE LLP
                                THE WATERGATE TOWERS
                                2200 POWELL STREET, SUITE 745
                                EMERYVILLE, CALIFORNIA  94608
                          BY:   SCOTT A. BROWN, ATTORNEY AT LAW

        FOR DEFENDANT:          OFFICE OF THE CITY ATTORNEY
                                SIXTH FLOOR - FOX PLAZA
                                1390 MARKET STREET
                                SAN FRANCISCO, CALIFORNIA  94102
                          BY:   ERIN BERNSTEIN,
                                JAMES M. EMERY,
                                ELAINE M. O'NEIL, ATTORNEYS AT LAW


        REPORTED BY:            RAYNEE H. MERCADO, CSR NO. 8258
                                DIANE E. SKILLMAN, CSR NO. 4909
```

# I N D E X

| DEFENDANT'S WITNESSES | PAGE | VOL. |
|---|---|---|
| **WHIPPLE, JAMES** | | |
| DIRECT EXAMINATION BY MR. EMERY | 1898 | 10 |
| CROSS-EXAMINATION BY MR. BROWN | 1906 | 10 |
| | | |
| **JENSEN, KEVIN WESLEY** | | |
| DIRECT EXAMINATION BY MS. O'NEIL | 1910 | 10 |
| CROSS-EXAMINATION BY MR. JOHNSON | 2009 | 10 |
| REDIRECT EXAMINATION BY MS. O'NEIL | 2027 | 10 |
| RECROSS-EXAMINATION BY MR. JOHNSON | 2029 | 10 |
| FURTHER REDIRECT EXAMINATION BY MS. O'NEIL | 2031 | 10 |
| | | |
| **WOOD, LARRY** | | |
| DIRECT EXAMINATION BY MR. EMERY | 2034 | 10 |

# E X H I B I T S

| PLAINTIFFS' EXHIBITS | W/DRAWN | IDEN | EVID | VOL |
|---|---|---|---|---|
| 417-07 | | | 2032 | 10 |

--oOo--

RAYNEE H. MERCADO, CSR, RMR, CRR, FCRR (510) 451-7530

### E X H I B I T S

| DEFENDANTS' EXHIBITS | W/DRAWN | IDEN | EVID | VOL |
|---|---|---|---|---|
| A14 | | | 1965 | 10 |
| A21 | | | 1962 | 10 |
| A9 | | | 1961 | 10 |
| F43 | | | 1966 | 10 |
| F44 | | | 1967 | 10 |
| F45 | | | 1968 | 10 |
| F48 | | | 1970 | 10 |
| G07, H04 | | | 1992 | 10 |
| G10 | | | 1971 | 10 |
| G17 | | | 1972 | 10 |
| G18 | | | 1958 | 10 |
| G19 | | | 1963 | 10 |
| H05 | | | 1996 | 10 |
| H06 | | | 1997 | 10 |
| H07 | | | 1993 | 10 |
| H20 | | | 1951 | 10 |
| I41 | | | 1928 | 10 |
| I42 | | | 1938 | 10 |
| J21 | | | 1931 | 10 |
| K10 | | | 1936 | 10 |
| P11 | | | 1919 | 10 |
| V26, V27, V28 | | | 1943 | 10 |
| AA13 | | | 2035 | 10 |

```
 1   A.   YES.
 2   Q.   AND WHAT ARCHITECTURAL ACCESS STANDARDS DID YOU USE IN
 3   CONNECTION WITH YOUR APPROVALS FOR THESE REC PARK CONSTRUCTION
 4   PROJECTS?
 5   A.   PREDOMINANTLY THE ADAAG AND THE CURRENT CALIFORNIA
 6   BUILDING CODE.
 7   Q.   AND DID YOU APPLY ANY PARTICULAR ACCESS STANDARDS FOR
 8   PLAYGROUNDS AND RECREATIONAL USES IN CONNECTION WITH YOUR
 9   REVIEW OF RECREATION AND PARK DEPARTMENT PROJECTS?
10   A.   YES, WE LOOKED AT THE -- AND USED THE PLAYGROUND
11   ACCESSIBILITY STANDARDS THAT HAD BEEN DEVELOPED BY THE U.S.
12   ACCESS BOARD.
13   Q.   WERE THESE ACCESS STANDARDS ADOPTED AT THE TIME BY THE
14   DEPARTMENT OF JUSTICE?
15   A.   THEY WERE NOT.  THEY WERE PUBLISHED IN -- AN UPDATED
16   VERSION OF THE ADAAG BUT HAD NOT YET BEEN ADOPTED FORMALLY BY
17   THE DEPARTMENT OF JUSTICE.
18   Q.   AND WHY DID YOU USE STANDARDS THAT HAD NOT YET BEEN
19   FORMALLY ADOPTED BY THE DEPARTMENT OF JUSTICE?
20   A.   BEST PRACTICE.
21   Q.   AND DID YOU REFER TO ANY PARTICULAR GUIDANCE DOCUMENTS IN
22   CONNECTION WITH YOUR REVIEW OF THE DEPARTMENT'S PLANS FOR NEWLY
23   CONSTRUCTED OR ALTERED SWIMMING POOLS?
24   A.   WE USED THE SAME RECREATION STANDARDS THAT HAD ALSO BEEN
25   DEVELOPED BY THE U.S. ACCESS BOARD AND WERE ADOPTED INTO ADAAG.
```

1  Q.    AND AT THE TIME YOU USED THESE STANDARDS, WERE THE -- HAD
2  THESE BEEN FORMALLY ADOPTED BY THE DEPARTMENT OF JUSTICE?
3  A.    NO, THEY HAD NOT.
4  Q.    AND, AGAIN, WHY DID YOU USE THESE DOCUMENTS -- THESE
5  STANDARDS EVEN IF THEY HADN'T BEEN FORMALLY ADOPTED?
6  A.    THEY ESTABLISHED BEST PRACTICE.
7  Q.    DID YOU IMPLEMENT THE CITY'S POLICY REQUIRING AN
8  EVALUATION OF POTENTIAL PATH OF TRAVEL FROM THE FACILITY TO THE
9  NEAREST PUBLIC TRANSPORTATION STOP WHEN REVIEWING RECREATION
10 AND PARKS DEPARTMENT CAPITAL IMPROVEMENT PROJECTS?
11 A.    YES.
12 Q.    AND WAS YOUR PROCESS FOR REVIEW SIMILAR TO THAT TO WHICH
13 YOU JUST TESTIFIED TO IN CONNECTION WITH THE BRANCH LIBRARY
14 IMPROVEMENT PROGRAM?
15 A.    YES.
16 Q.    WOULD YOU PROVIDE AN EXAMPLE OF A REC/PARK CAPITAL
17 IMPROVEMENT PROJECT WHERE THE CITY CONDUCTED THIS TYPE OF
18 EVALUATION?
19 A.    OH, IF I GO BACK TO THE LIST OF PROJECTS I JUST READ OUT,
20 FOR EXAMPLE, THE SUNSET REC CENTER.  IT'S A FULL CITY BLOCK
21 FACILITY.  I, ALONG WITH THE PROJECT TEAM REPRESENTATIVES,
22 WALKED THE SITE.  WE WALKED THE ENTIRE PERIMETER, AND WE NOTED
23 AREAS OF SIDEWALK THAT NEEDED REPAIR.  AND THOSE ARE CALLED OUT
24 VERY SPECIFICALLY ON THE CONTRACT DOCUMENTS.
25            THERE'S ALSO A SECTION THAT WE KNOW IS GOING TO GET

```
 1
 2
 3                    CERTIFICATE OF REPORTER
 4          WE, RAYNEE H. MERCADO, AND DIANE E. SKILLMAN, OFFICIAL
 5   REPORTERS FOR THE UNITED STATES COURT, NORTHERN DISTRICT OF
 6   CALIFORNIA, HEREBY CERTIFY THAT THE FOREGOING PROCEEDINGS IN
 7   C07-03685SBA, KIROLA, ET AL. V. CITY AND COUNTY OF SAN
 8   FRANCISCO, ET AL., WERE REPORTED BY US, CERTIFIED SHORTHAND
 9   REPORTERS, AND WERE THEREAFTER TRANSCRIBED UNDER OUR DIRECTION
10   INTO TYPEWRITING; THAT THE FOREGOING IS A FULL, COMPLETE AND
11   TRUE RECORD OF SAID PROCEEDINGS AS BOUND BY US AT THE TIME OF
12   FILING.
13          THE VALIDITY OF THE REPORTERS' CERTIFICATION OF
14   SAID TRANSCRIPT MAY BE VOID UPON DISASSEMBLY AND/OR REMOVAL
15   FROM THE COURT FILE.
16
17          _____
18          RAYNEE H. MERCADO, CSR, RMR, CRR, FCRR, CCRR
19
20
21          _____/s/_____
22          DIANE E. SKILLMAN, CSR, RPR, FCRR
23
24                    FRIDAY, APRIL 29, 2011
25
```