# EXHIBIT P

## Parks and Facilities

Note on Privacy: To help you get directions, this page will prompt your browser to ask for your location. Your location data is not stored by us. Sharing is completely optional, and the site will function normally if you choose to block this request. We are exploring ways to update this feature, so it is only requested when you click the "Get Directions" button.

## Tenderloin Recreation Center



Select Language

Translate



### Features

- Community Room(s)
- Outdoor Basketball Hoops
- Playground
- Recreation Room
- Restrooms
- Soccer Pitch

**Tenderloin Recreation Center**

570 Ellis Street
San Francisco, CA 94117

### Contact

Sondra Long, Facility Coordinator
(415) 292-2162

### Hours

| | | |
|---|---|---|
| **Mon** | 10:00 AM | — 7:00 PM |
| **Tue** | 10:00 AM | — 7:00 PM |
| **Wed** | 10:00 AM | — 7:00 PM |
| **Thu** | 10:00 AM | — 7:00 PM |
| **Fri** | 11:00 AM | — 8:00 PM |
| **Sat** | Closed | |
| **Sun** | Closed | |

### About this Facility

Tenderloin Children's Playground, an equity zone, is in the heart of the Tenderloin community. This has to be the most kid-friendly facility in town, catering to the community's large and diverse population of children. Open five days a week, the rec center and adjacent playground provide a full range of fun!

==Only youth and children's programs happen at this site. No one over 18 is allowed. All adults must be accompanied by a child.== All children 7 and under must be supervised closely by the adult accompanying them. Teens are allowed on site during Community Friday and Teen programs only.

### Programs at this Stie

This facility offers tot classes, after school programs, skateboarding and more!

Select Language

Google **Translate**

**SOCCER FRIDAYS** (Year-round. Drop-ins welcome!)

Ages: Middle & High School

Time: 5 pm – 8 pm

**Girls NIGHT FRIDAYS**

Activity rotations: Indoor soccer, Volleyball, Circus activities - acrobatics, aerial, clowning, juggling, and balance activities, Roller Skating, and Kick Ball

All Ages! Mother welcome to join the fun!

Time: 5 pm – 8 pm

**UP ON TOP,** An independent neighborhood non-profit, provides fully-inclusive after-school and summer programs at the Tenderloin Recreation Center for K-5th grade students from low-income families in the Tenderloin community.

**Search and Rescue Team Members**

Sondra Long or CALL 911 for SF Fire Department

**Site Specific Emergency Contacts**

CONTACT 1: Elena Norberg-Brown

CONTACT 2: Toby Wiley

CONTACT 3: Allison McCarthy

**Report a Maintenance Issue**

Report a maintenance or vandalism issue at this site

Select Language

 Translate

▲ Back to top

## About Us

The San Francisco Recreation and Park Department currently manages more than 230 parks, playgrounds and open spaces throughout San Francisco, including two outside city limits—Sharp Park in Pacifica and Camp Mather in the High Sierras. The system includes full-complex recreation centers, swimming pools, golf courses, sports fields and numerous small-to-medium-sized clubhouses that offer a variety of sports- and arts-related recreation programs for people of all ages.  Included in the Department's responsibilities are Golden Gate Park, Coit Tower, the Marina Yacht Harbor, the

## Social Media Icons

Twitter

Facebook

Instagram

YouTube

Podcast

eNews Signup

## Contact Us

San Francisco Recreation & Parks

McLaren Lodge-Golden Gate Park

501 Stanyan Street

San Francisco, CA 94117

Phone: 415-831-2700

Recreation Program Registration (Translation Available): (415) 831-6800

San Francisco Zoo and Lake Merced.

Case 3:07-cv-03685-AMO   Document 919-16   Filed 03/13/26   Page 5 of 5

**Email Us**

In 2017, San Francisco became the first city in the nation where all residents have access to a park within a 10-minute walk, a direct result of the Department's commitment to increasing and improving parkland in the city.  Learn More

Select Language

Google Translate