Guy B. Wallace (SBN 176151)
gwallace@schneiderwallace.com
Mark T. Johnson (SBN 76904)
mjohnson@schneiderwallace.com
Jennifer U. Bybee (SBN 302212)
juhrowczik@schneiderwallace.com
SCHNEIDER WALLACE
COTTRELL KIM LLP
2000 Powell Street, Suite 1400
Emeryville, CA  94608
Telephone: (415) 421-7100
Facsimile:  (415) 421-7105


James C. Sturdevant (SBN 94551)
jsturdevant@sturdevantlaw.com
THE STURDEVANT LAW FIRM
A Professional Corporation
4040 Civic Center Drive, Suite 200
San Rafael, CA 94903
Telephone:  (415) 477-2410
Facsimile:   (415) 492-2810

Linda M. Dardarian (SBN 131001)
ldardarian@dhkl.law
DARDARIAN HO KAN & LEE
155 Grand Avenue, Sute 900
Oakland, CA 94612
Telephone:   (510) 763-9800
Facsimile:    (510) 835-1417

Jose R. Allen (SBN 122742)
jose.allen@probonolaw.com
525 University Avenue, Suite 1100
Palo Alto, CA 94301
Telephone: (650) 470-4520
Facsimile:  (650) 798-6507

Monique Olivier (SBN 190385)
monique@os-legal.com
OLIVIER & SCHREIBER PC
475 14th Street, Suite 250
Oakland, CA 94612
Telephone: (415) 484-0980

Attorneys for Plaintiff and the Certified Class

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| IVANA KIROLA, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>THE CITY AND COUNTY OF SAN FRANCISCO, et al.,<br><br>Defendants. | Case No. 3:07-cv-03685-AMO<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER EXTENDING BRIEFING SCHEDULE RE DEFENDANTS' MOTIONS FOR INDICATIVE RULINGS [ECF NOS. 916 AND 918]** |

**STIPULATION**

WHEREAS, Defendants filed their Motion for An Indicative Decertification Ruling and Motion to Decertify [ECF No. 916] and Motion for an Indicative Motion to Dismiss Ruling and Motion to Dismiss [ECF No. 918] (collectively "Motions") on March 13, 2026.

WHEREAS, Plaintiffs' Oppositions to Defendants' Motions are currently due on March 27, 2026. Defendants' Replies in support of their Motions are currently due on April 3, 2026.

WHEREAS, Defendants' Motions raise numerous issues regarding standing, subject matter jurisdiction, mootness, class certification, and indicative rulings, among other issues.

WHEREAS, Defendants filed their Appellants' Opening Brief in the Ninth Circuit on February 18, 2026 (No. 25-6844) which totals 86 pages and raises numerous issues. Plaintiffs' Appellees' Answering Brief is due on April 20, 2026. Defendants' reply brief on appeal is due 21 days after service of Appellees' Answering Brief.

WHEREAS, Plaintiffs must respond to Defendants' Motions while also preparing their Appellees' Answering Brief, as well as preparing briefs in other pending class action matters.

WHEREAS, Plaintiffs require additional time to prepare their Oppositions in order to properly and thoroughly respond to each of the issues in Defendants' Motions.

WHEREAS, Defendants must respond to Plaintiffs' Oppositions while also preparing a reply brief on appeal with preexisting conflicts impacting the availability of Defendants' counsel. Defendants require additional time to prepare their Replies based on an extension for Plaintiffs.

WHEREAS, the parties agree that the circumstances described herein constitute good cause to extend the deadline for Plaintiffs to file their Oppositions to Defendants' Motions by three weeks, and to extend the deadline for Defendants to file their Replies in support of their Motions by three weeks.

WHEREAS, NOW, THEREFORE, IT IS HEREBY STIPULATED:

1.    The deadline for Plaintiffs to file their Oppositions to Defendants' Motion for An Indicative Decertification Ruling and Motion to Decertify [ECF No. 916] and Defendants' Motion for an Indicative Motion to Dismiss Ruling and Motion to Dismiss [ECF No. 918] is extended to April 17, 2026.

2.      The deadline for Defendants to file their Replies regarding Defendants' Motion for An Indicative Decertification Ruling and Motion to Decertify [ECF No. 916] and Defendants' Motion for an Indicative Motion to Dismiss Ruling and Motion to Dismiss [ECF No. 918] is extended to May 8, 2026.

The e-filing attorney hereby attests that he has obtained concurrence in the filing of the document from the other signatory.

Dated: March 20, 2026                    SCHNEIDER WALLACE
                                         COTTRELL KIM LLP


                                         */s/ Guy B. Wallace*
                                         Guy B. Wallace
                                         Attorneys for Plaintiffs




Dated: March 20, 2026                    DAVID CHIU
                                         City Attorney
                                         ELAINE M. O'NEIL
                                         ARI A. BARUTH
                                         JOHN H. GEORGE
                                         STEVEN A. MILLS
                                         Deputy City Attorneys


                                         */s/ Steven Mills*
                                         Steven Mills
                                         Attorneys for Defendants
                                         CITY AND COUNTY OF SAN FRANCISCO,
                                         et al.

STIP. & [PROPOSED] ORDER RE: BRIEFING SCHEDULE

## **CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing document with the Clerk of the Court for the United States District Court, Northern District of California, by using the Court's CM/ECF system on March 20, 2026.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the Court's CM/ECF system.

Dated: March 20, 2026                                    /s/ *Guy B. Wallace*
                                                         Guy B. Wallace

STIP. & [PROPOSED] ORDER RE: BRIEFING SCHEDULE

# [PROPOSED] ORDER

The Court, having considered the above Stipulation of Plaintiffs and Defendants and good cause appearing, IT IS HEREBY ORDERED as follows:

1.  The deadline for Plaintiffs to file their Oppositions to Defendants' Motion for An Indicative Decertification Ruling and Motion to Decertify [ECF No. 916] and Defendants' Motion for an Indicative Motion to Dismiss Ruling and Motion to Dismiss [ECF No. 918] is extended to April 17, 2026.

2.  The deadline for Defendants to file their Replies to Defendants' Motion for An Indicative Decertification Ruling and Motion to Decertify [ECF No. 916] and Defendants' Motion for an Indicative Motion to Dismiss Ruling and Motion to Dismiss [ECF No. 918] is extended to May 8, 2026.

IT IS SO ORDERED.

DATED: ____3/23/2026____                         _____
                                                  HON. ARACELI MARTÍNEZ-OLGUÍN
                                                  UNITED STATES DISTRICT JUDGE

STIP. & [PROPOSED] ORDER RE: BRIEFING SCHEDULE