Guy B. Wallace (SBN 176151)
gwallace@schneiderwallace.com
Jennifer U. Bybee (SBN 302212)
juhrowczik@schneiderwallace.com
Travis C. Close (SBN 308673)
tclose@schneiderwallace.com
Scott L. Gordon (SBN 319872)
sgordon@schneiderwallace.com
SCHNEIDER WALLACE
COTTRELL KIM LLP
2000 Powell Street, Suite 1400
Emeryville, CA  94608
Telephone: (415) 421-7100
Facsimile:  (415) 421-7105

James C. Sturdevant (SBN 94551)
jsturdevant@sturdevantlaw.com
THE STURDEVANT LAW FIRM
A Professional Corporation
4040 Civic Center Drive, Suite 200
San Rafael, CA 94903
Telephone:  (415) 477-2410
Facsimile:   (415) 492-2810

Linda M. Dardarian (SBN 131001)
ldardarian@dhkl.law
DARDARIAN HO KAN & LEE
155 Grand Avenue, Sute 900
Oakland, CA 94612
Telephone:   (510) 763-9800

Jose R. Allen (SBN 122742)
jose.allen@probonolaw.com
525 University Avenue, Suite 1100
Palo Alto, CA 94301
Telephone: (650) 470-4520
Facsimile:  (650) 798-6507

Monique Olivier (SBN 190385)
monique@os-legal.com
OLIVIER & SCHREIBER PC
475 14th Street, Suite 250
Oakland, CA 94612
Telephone: (415) 484-0980

Attorneys for Plaintiff and the Certified Class

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IVANA KIROLA, et al.,<br><br>    Plaintiffs,<br><br>  v.<br><br>THE CITY AND COUNTY OF SAN FRANCISCO, et al.,<br><br>    Defendants. | Case No. 3:07-cv-03685-AMO<br><br>**DECLARATION OF TRAVIS CLOSE IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION FOR AN INDICATIVE MOTION TO DISMISS RULING; MOTION TO DISMISS** |

I, Travis C. Close, declare:

1.      I am an Associate at the law firm Schneider Wallace Cottrell Kim LLP.  I am a member in good standing of the Bar of the State of California.  I am counsel of record for Plaintiff Ivana Kirola and the certified class in the above-captioned matter (collectively "Plaintiffs").  I have personal knowledge of the facts set forth in this Declaration and could and would testify competently to them.

2.      This Declaration is submitted in support of Plaintiffs' Opposition to Defendants' Motion for an Indicative Motion to Dismiss Ruling and Motion to Dismiss in the above-captioned matter.

3.      Attached hereto as **Exhibit A** is a true and correct copy of Defendants' Appellants' Opening Brief that was filed with the Ninth Circuit on February 18, 2026.

4.      Attached hereto as **Exhibit B** is a true and correct copy of a document from the Mayor's Office on Disability website titled "Plan Review and Approval; Project Review Forms and Information Resources; ADA Coordinator / Contact Information Access Appeals Process for MOD/DPW," originally filed as Exhibit 49 to the Declaration of Andrew Lee in Support of Plaintiffs' Motion for Class Certification (ECF 189 ¶ 52).

5.      Attached hereto as **Exhibit C** is a true and correct copy of a document titled "Disabled Access Upgrade Compliance Checklist Package," originally filed as Exhibit 55 to the Declaration of Andrew Lee in Support of Plaintiffs' Motion for Class Certification (ECF 189 ¶ 58).

6.      Attached hereto as **Exhibit D** is a true and correct copy of Defendants' Trial Exhibit A13, the City's Department of Public Work's Procedure No. 9.9.2 – Design Quality Assurance Checklists, dated revised on January 2010 (ECF 709).

7.      Attached hereto as **Exhibit E** is a true and correct copy of Defendants' Trial Exhibit A14, the City's Department of Public Works Procedure 9.8.24 – ADA & Accessibility Compliance, adopted on January 2010 (ECF 707).

Case No. C 07-3685-AMO

DECLARATION ISO PLFFS' OPP. TO MTN FOR INDICATIVE MTN TO DISMISS RULING

8.      Attached hereto as **Exhibit F** is a true and correct copy of Defendants' Appellee's Answering Brief that was filed with the Ninth Circuit on April 1, 2016.

9.      Attached hereto as **Exhibit G** is a true and correct copy of Defendants' Petition for Writ of Certiorari filed on July 10, 2023.

10.      On April 28, 2011 and April 29, 2011, Defendants' Expert Larry Wood testified at trial (ECF 707).  A true and correct copy of the relevant excerpts of his testimony is attached hereto as **Exhibit H**.

11.      On May 5, 2011, Defendants' Expert William Hecker testified at trial (ECF 711). A true and correct copy of the relevant excerpts of his testimony is attached hereto as **Exhibit I**.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 17th day of April, 2026 in Seattle, Washington.

/s/ *Travis C. Close*
Travis C. Close

2                                                   Case No. C 07-3685-AMO
PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOT. FOR INDICATIVE RULING AND MOT. TO DISMISS

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing document with the Clerk of the Court for the United States District Court, Northern District of California, by using the Court's CM/ECF system on April 17, 2026.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the Court's CM/ECF system.


Dated: April 17, 2026                    /s/ *Travis C. Close*
                                         Travis C. Close

PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOT. FOR INDICATIVE RULING AND MOT. TO DISMISS