Guy B. Wallace (SBN 176151)
gwallace@schneiderwallace.com
Mark T. Johnson (SBN 76904)
mjohnson@schneiderwallace.com
Jennifer U. Bybee (SBN 302212)
juhrowczik@schneiderwallace.com
Travis C. Close (SBN 308673)
tclose@schneiderwallace.com
Scott L. Gordon (SBN 319872)
sgordon@schneiderwallace.com
SCHNEIDER WALLACE
COTTRELL KIM LLP
2000 Powell Street, Suite 1400
Emeryville, CA 94608
Telephone: (415) 421-7100
Facsimile: (415) 421-7105

James C. Sturdevant (SBN 94551)
jsturdevant@sturdevantlaw.com
THE STURDEVANT LAW FIRM
A Professional Corporation
4040 Civic Center Drive, Suite 200
San Rafael, CA 94903
Telephone: (415) 477-2410
Facsimile: (415) 492-2810

Linda M. Dardarian (SBN 131001)
ldardarian@gbdhlegal.com
DARDARIAN HO KAN & LEE
155 Grand Avenue, Sute 900
Oakland, CA 94612
Telephone: (510) 763-9800
Facsimile: (510) 835-1417

Jose R. Allen (SBN 122742)
jose.allen@probonolaw.com
525 University Avenue, Suite 1100
Palo Alto, CA 94301
Telephone: (650) 470-4520
Facsimile: (650) 798-6507

Monique Olivier (SBN 190385)
monique@os-legal.com
OLIVIER & SCHREIBER LLP
475 14th Street, Suite 250
Oakland, CA 94612
Telephone: (415) 484-0980

Attorneys for Plaintiff and the Certified Class

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| IVANA KIROLA, et al.,<br><br>Plaintiffs,<br>v.<br>THE CITY AND COUNTY OF SAN FRANCISCO, et al.,<br><br>Defendants. | Case No. 3:07-cv-03685-AMO<br><br>**DECLARATION OF GUY B. WALLACE IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION FOR AN INDICATIVE DECERTIFICATION RULING; MOTION TO DECERTIFY**<br><br>Date: June 4, 2026<br>Time: 2:00 p.m.<br>Place: Courtroom 10<br>Judge: Hon. Araceli Martinez-Olguin |

I, Guy B. Wallace, declare:

1.      I am a senior partner at the law firm Schneider Wallace Cottrell Kim LLP.  I am a member in good standing of the Bar of the State of California.  I am counsel of record for Plaintiff Ivana Kirola and the certified class in the above-captioned matter (collectively "Plaintiffs").  I have personal knowledge of the facts set forth in this Declaration and could and would testify competently to them.

2.      This Declaration is submitted in support of Plaintiffs' Opposition to Defendants' Motion for an Indicative Decertification Ruling; Motion to Decertify in the above-captioned matter.

3.      Attached hereto as Exhibit 1 is a true and correct copy of Appellants' Opening Brief in the current appeal, dated February 18, 2026, Case No. 2025-06844, ECF 13.

<u>Trial Transcripts</u>

4.      On April 4, 2011, April 6, 2011, and on April 7, 2011, Plaintiffs' Expert Peter Margen testified at trial (ECF 698-700).  A true and correct copy of the relevant excerpts of his testimony is attached hereto as Exhibit 2.

5.      On April 7, 2011, class member Elizabeth O'Neil testified at trial (ECF 700).  A true and correct copy of the relevant excerpts of her testimony is attached hereto as Exhibit 3.

6.      On April 7, 2011, and April 8, 2011, Plaintiffs' Expert Edward Steinfeld testified at trial (ECF 700, 701).  A true and correct copy of the relevant excerpts of his testimony is attached hereto as Exhibit 4.

7.      On April 8, 2011, class member Jill Kimbrough testified at trial (ECF 701).  A true and correct copy of the relevant excerpts of her testimony is attached hereto as Exhibit 5.

8.      On April 11, 2011, class member Tim Grant testified at trial (ECF 702).  A true and correct copy of the relevant excerpts of his testimony is attached hereto as Exhibit 6.

9.      On April 11, 2011 and April 18, 2011, Plaintiffs' Expert Jeffrey Mastin testified at trial (ECF 702, 703).  A true and correct copy of the relevant excerpts of his testimony is attached hereto as Exhibit 7.

1                                                                                    Case No. C 07-3685-AMO

WALLACE DECL. ISO PLAINTIFFS' OPP. TO DEFS.' MOT. FOR INDICATIVE RULING RE
DECERTIFICATION

10.    On April 11, 2011, class member Audrey DeChadenedes testified at trial (ECF 702).  A true and correct copy of the relevant excerpts of her testimony is attached hereto as Exhibit 8.

11.    On April 11, 2011, class member Margie Cherry testified at trial (ECF 702).  A true and correct copy of the relevant excerpts of her testimony is attached hereto as Exhibit 9.

12.    On April 20, 2011, Named Plaintiff Ivana Kirola testified at trial (ECF 704).  A true and correct copy of the relevant excerpts of her testimony is attached hereto as Exhibit 10.

13.    On April 20, 2011, April 21, 2011 and April 22, 2011, John Paul Scott, the City's Deputy Director of Physical Access in the Mayor's Office on Disability testified at trial (ECF 704-706).  A true and correct copy of the relevant excerpts of his testimony is attached hereto as Exhibit 11.

14.    On April 21, 2011 and April 22, 2011, Susan Mizner, the City's Director of the Mayor's Office on Disability, testified at trial (ECF 705, 706).  A true and correct copy of the relevant excerpts of her testimony is attached hereto as Exhibit 12.

15.    On April 22, 2011, Carla Johnson, the City's Access Compliance Officer at the Mayor's Office on Disability, testified at trial (ECF 706).  A true and correct copy of the relevant excerpts of her testimony is attached hereto as Exhibit 13.

16.    On April 28, 2011, James Whipple, the City's Access Compliance Officer at the Mayor's Office on Disability, testified at trial (ECF 707).  A true and correct copy of the relevant excerpts of his testimony is attached hereto as Exhibit 14.

17.    On April 28, 2011, Kevin Jensen, the City's Disability Access Coordinator for the Department of Public Works, testified at trial (ECF 707).  A true and correct copy of the relevant excerpts of his testimony is attached hereto as Exhibit 15.

18.    On April 28, 2011 and April 29, 2011, Defendants' Expert Larry Wood testified at trial (ECF 707, 708).  A true and correct copy of the relevant excerpts of his testimony is attached hereto as Exhibit 16.

19.    On May 5, 2011, Defendants' Expert William Hecker testified at trial (ECF 711).  A true and correct copy of the relevant excerpts of his testimony is attached hereto as Exhibit 17.

<u>Deposition Transcripts</u>

20. On February 12, 2010, Plaintiffs deposed Kevin Jensen, the City's Disability Access Coordinator for the Department of Public Works.  A true and correct copy of the relevant excerpts of his deposition testimony is attached hereto as Exhibit 18.

<u>Documents</u>

21. Attached hereto as Exhibit 19 is a true and correct copy of Plaintiffs' Trial Exhibit 2144-A, Seq. 6, the page from Plaintiffs' Expert Jeffrey Mastin's Site Inspection Report pertaining to the Tenderloin Recreation Center First Floor Girls' Restroom (ECF 703).

22. Attached hereto as Exhibit 20 is a true and correct copy of Plaintiffs' Trial Exhibit 2145-A, Seq. 11, the page from Plaintiffs' Expert Jeffrey Mastin's Site Inspection Report pertaining to the Woh Hei Yuen Recreation Center Women's Restroom (ECF 703).

23. Attached hereto as Exhibit 21 is a true and correct copy of Plaintiffs' Trial Exhibit 2148-A, Seq. 8, the page from Plaintiffs' Expert Jeffrey Mastin's Site Inspection Report pertaining to the Minnie and Lovie Ward Recreation Center east entrance ramp (ECF 703).

24. Attached hereto as Exhibit 22 is a true and correct copy of Defendants' Trial Exhibit A13, the City's Department of Public Work's Procedure No. 9.9.2 – Design Quality Assurance Checklists, dated revised on January 2010 (ECF 709).

25. Attached hereto as Exhibit 23 is a true and correct copy of Defendants' Trial Exhibit A14, the City's Department of Public Works Procedure 9.8.24 – ADA & Accessibility Compliance, adopted on January 2010 (ECF 707).

26. Attached hereto as Exhibit 24 is a true and correct copy of Defendants' Trial Exhibit K10, a Memorandum from Mayor Willie L. Brown, Jr. to "Department Heads" re "Accessibility Reviews," dated June 22, 1998 (ECF 707).

27. Attached hereto as Exhibit 25 is a true and correct copy of Defendants' Trial Exhibit P11, the Minnie and Lovie Ward Recreation Center Job Card signed by Kevin Jensen on June 2, 2008, which was admitted into evidence on April 28, 2011 (ECF 707).

28. Attached hereto as Exhibit 26 is a true and correct copy of Exhibit 157 to the Deposition of Ken Spielman, a letter from Elaine M. O'Neil, Deputy City Attorney, to Plaintiffs'

Counsel Mark T. Johnson re "San Francisco's Written Responses to Questions Re Curb Ramp Construction," dated March 5, 2010.

29. Attached hereto as Exhibit 27 is a true and correct copy of Exhibit 49 to the Declaration of Andrew P. Lee in Support of Plaintiffs' Motion for Class Certification, a document titled "Mayor's Office on Disability: Plan Review and Approval" dated January 6, 2010 (ECF 194-4).

30. Attached hereto as Exhibit 28 is a true and correct copy of Exhibit 55 to the Declaration of Andrew P. Lee in Support of Plaintiffs' Motion for Class Certification, a document titled "Disabled Access Upgrade Compliance Checklist Package (For Existing Buildings only)" dated 2010 (ECF 194-5).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 17th day of April, 2026 in Emeryville, California.

/s/ *Guy B. Wallace*
Guy B. Wallace

WALLACE DECL. ISO PLAINTIFFS' OPP. TO DEFS.' MOT. FOR INDICATIVE RULING RE DECERTIFICATION