# EXHIBIT 3

415

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BEFORE THE HONORABLE SAUNDRA BROWN ARMSTRONG, JUDGE

IVANA KIROLA, ET AL.,          )
                               )          COURT TRIAL
            PLAINTIFFS,        )
                               )
  VS.                          )          NO. C 07-03685 SBA
                               )
CITY AND COUNTY OF             )
SAN FRANCISCO, ET AL.,         )          PAGES 415 - 630
                               )
            DEFENDANTS.        )          OAKLAND, CALIFORNIA
_____)          THURSDAY, APRIL 7, 2011

TRANSCRIPT OF PROCEEDINGS

APPEARANCES:

FOR PLAINTIFFS:          SCHNEIDER WALLACE COTTRELL BRAYTON &
                              KONECKY
                         180 MONTGOMERY STREET, SUITE 2000
                         SAN FRANCISCO, CALIFORNIA  94109
                    BY:  MARK T. JOHNSON,
                         ANDREW P. LEE,
                         KIRAN PRASAD,
                         GUY B. WALLACE, ATTORNEYS AT LAW

                         KAHN BROWN & POORE
                         THE WATERGATE TOWERS
                         2200 POWELL STREET, SUITE 745
                         EMERYVILLE, CALIFORNIA  94608
                    BY:  SCOTT A. BROWN, ATTORNEY AT LAW

FOR DEFENDANT:           OFFICE OF THE CITY ATTORNEY
                         SIXTH FLOOR - FOX PLAZA
                         1390 MARKET STREET
                         SAN FRANCISCO, CALIFORNIA  94102
                    BY:  ERIN BERNSTEIN,
                         JAMES M. EMERY,
                         ELAINE M. O'NEIL, ATTORNEYS AT LAW

REPORTED BY:          RAYNEE H. MERCADO, CSR NO. 8258
                      DIANE E. SKILLMAN, CSR NO. 4909

        RAYNEE H. MERCADO, CSR, RMR, CRR, FCRR (510) 451-7530

539

O'NEIL - DIRECT / MR. JOHNSON

Q.   DO YOU VISIT YOUR MOTHER REGULARLY?

A.   I AM PROBABLY NOT THE BEST DAUGHTER, BUT I DO VISIT HER ON A FAIRLY REGULAR BASIS, YES.

Q.   WHAT DO YOU DO FOR A LIVING, MS. O'NEIL?

A.   I WORK AT GOODWILL INDUSTRIES AT MISSION AND 11TH.  I WORK IN ONE OF THE EMPLOYMENT PROGRAMS.  IT IS A WELFARE-TO-WORK PROGRAM.  I AM A JOB SEARCH 101 INSTRUCTOR.

Q.   HOW DO YOU GET TO WORK?

A.   I TRAVEL BY THIS CHAIR.  I LIVE ABOUT TEN OR SO BLOCKS AWAY.

Q.   AND YOU ARE REFERRING TO A POWER WHEELCHAIR THAT YOU USE THAT YOU CAME HERE TODAY IN?

A.   YES.

Q.   DO YOU USE THAT CHAIR BECAUSE YOU HAVE A DISABILITY?

A.   YES.

Q.   CAN YOU DESCRIBE FOR THE COURT THE NATURE OF YOUR DISABILITY?

A.   I HAVE CEREBRAL PALSY.  ALL --

Q.   I AM SORRY.

A.   ALL FOUR OF MY LIMBS ARE INVOLVED.  I -- AND SOME OF MY FINE MOTOR SKILLS, SUCH AS WRITING ARE INVOLVED, AND I ALSO HAVE SOME LEARNING DISABILITIES.

Q.   OKAY.  AND HOW DOES THAT AFFECT WHAT YOU CAN DO?  WHAT LIMITATIONS DOES YOUR DISABILITY CAUSE FOR YOU?

A.   WELL, I USE FOREARM CRUTCHES TO WALK AROUND.  I CANNOT

DIANE E. SKILLMAN, OFFICIAL COURT REPORTER, USDC (510) 451-2930

540

O'NEIL - DIRECT / MR. JOHNSON

WALK WITHOUT ASSISTANCE.  I USE A MANUAL CHAIR ALSO IN SOME CASES.  AND IT EFFECTS, LIKE I SAY, I DO MOSTLY TYPING BECAUSE MY WRITING IS AFFECTED, AND THINGS LIKE THAT.

Q.  SO, YOU NEED ONE OF THOSE THREE DEVICES THAT YOU DESCRIBED IN ORDER TO GET AROUND?

A.  YES, I DO.

Q.  WHAT DETERMINES WHEN YOU USE THE FOREARM CRUTCHES VERSUS THE MANUAL WHEELCHAIR VERSUS THE POWER CHAIR YOU ARE HERE IN TODAY?

A.  I GUESS IT'S DISTANCE AND TERRAIN.  MY CRUTCHES I USE AT WORK AS SOON AS I GET TO WORK.  I AM MOSTLY ON MY CRUTCHES ALL DAY.  THAT IS BECAUSE I AM INDOORS.  I USE MY CRUTCHES FOR SOME DISTANCE WALKING, BUT NOT VERY MUCH.

I LIKE TO, WHEN PEOPLE ASK ME, I SAY THAT I USE THE POWER CHAIR WHEN THE DISTANCE IS TOO FAR FOR ME TO WALK, BUT NOT REALLY FAR ENOUGH TO BOTHER TO TAKE THE BUS.

AND I USE THE POWER CHAIR FOR, IF I AM NOT SURE WHAT THE TERRAIN IS GOING TO BE LIKE, IF I AM -- THE MANUAL CHAIR IF I AM NOT SURE WHAT THE TERRAIN IS GOING TO BE LIKE OR IF I AM TRAVELING WITH SOMEONE IN A CAR, THAT SORT OF THING.

Q.  OKAY.

NOW BESIDES TRAVELING FROM YOUR HOME TO WORK AND BACK, AND GOING TO SEE YOUR MOTHER IN THE MARINA DISTRICT, DO YOU VISIT OTHER PARTS OF THE CITY OF SAN FRANCISCO?

A.  OH, SURE.  I, OF COURSE, I GO ALL OVER THE CIVIC CENTER

DIANE E. SKILLMAN, OFFICIAL COURT REPORTER, USDC (510) 451-2930

541

O'NEIL - DIRECT / MR. JOHNSON

AND BEYOND RUNNING ERRANDS, GOING OUT WITH FRIENDS, ALL KINDS

OF DIFFERENT THINGS.  VISITING DIFFERENT PLACES.  LIBRARY,

FARMERS MARKET, THAT SORT OF THING.

Q.   ANY PARTICULAR PARTS OF THE CITY THAT YOU GO TO ON A

FAIRLY REGULAR BASIS OR THAT YOU LIKE TO GO TO?

A.   BY MYSELF, I GO -- I MEAN, DOESN'T REALLY MATTER, I DO

WITH MY HUSBAND ALSO, BUT I GO ALL KINDS OF DIFFERENT PLACES.

IT JUST DEPENDS WHAT I AM DOING FOR THE DAY.

Q.   OKAY.

NOW, IN TRAVELING AROUND THE CITY, HAVE YOU HAD ANY

DIFFICULTIES MOVING ABOUT BECAUSE OF THE CONDITIONS OF THE

SIDEWALKS, CURB RAMPS OR CROSSWALKS?

A.   YES, I HAVE.

Q.   COULD YOU PLEASE DESCRIBE FOR THE COURT THE TYPES OF

CONDITIONS THAT YOU'VE ENCOUNTERED THAT HAVE CAUSED THOSE

PROBLEMS?

A.   WELL, I HAVE ENCOUNTERED MANY BAD CURB RAMPS, CRACKED

BLACKTOP, PIECES OF SIDEWALK BEING UP LIFTED BY TREE ROOTS,

POTHOLES, ALL KINDS OF THINGS.  THE LIST GETS PRETTY LONG.

Q.   WHAT ABOUT THE CURB RAMPS THEMSELVES; HAVE YOU ENCOUNTERED

ANY DIFFICULTIES WITH THE CURB RAMPS BECAUSE OF THE WAY THAT

THEY ARE CONSTRUCTED OR --

A.   OH, SURE, YES.

Q.   WHAT KINDS OF CONDITIONS HAVE CAUSED YOU PROBLEMS WITH

RESPECT TO THE CURB RAMPS?

DIANE E. SKILLMAN, OFFICIAL COURT REPORTER, USDC (510) 451-2930

542

O'NEIL - DIRECT / MR. JOHNSON

A.    SOME ARE TERRIBLY STEEP.  SOME COME DOWN TO SUCH A POINT THAT -- AND THEN I CAN GET STUCK.  AND THEN THERE'S USUALLY EITHER A LIP ON THE CURB RAMP ITSELF OR FROM THE BLACKTOP BEING ERODED AWAY THAT I NOT ONLY GET STUCK AND I HAVE TO BE PUSHED UP AND OUT, SO TO SPEAK.

Q.    OKAY.

A.    ALL KINDS OF THINGS.

Q.    AND HAVE YOU ALSO ENCOUNTERED CORNERS WHERE THERE IS NO CURB RAMP AT ALL?

A.    YES.

Q.    DOES THAT HAPPEN VERY OFTEN?

A.    YES.  UNFORTUNATELY, YES.

Q.    AND HOW DOES THAT AFFECT YOU?

A.    THAT MAKES ME VERY NERVOUS BECAUSE USUALLY THAT MEANS THAT I AM COMING OFF THE ONE CURB RAMP AND I AM GETTING DUMPED EITHER END OF MYSELF DEPENDING ON WHICH WAY I AM GOING.  I'M GETTING DUMPED INTO TRAFFIC.  AND I DON'T LIKE TO BE DUMPED INTO ONCOMING TRAFFIC, IF YOU UNDERSTAND.

Q.    I THINK YOU MIGHT HAVE MISUNDERSTOOD MY QUESTION, MS. ELIZABETH (SIC).

      I WAS ASKING YOU ABOUT A CORNER.  MAYBE I DIDN'T ASK IT CLEARLY.

      DO YOU ENCOUNTER CORNERS WHERE THERE'S NOT A CURB RAMP ON EITHER SIDE OF THE CORNER?

A.    YOU MEAN IF THE CURB RAMP IS NOT BI-CUT?  IS THAT WHAT YOU

DIANE E. SKILLMAN, OFFICIAL COURT REPORTER, USDC (510) 451-2930

Kirola Trial Day 03, 110407