# EXHIBIT 5

631

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BEFORE THE HONORABLE SAUNDRA BROWN ARMSTRONG, JUDGE

IVANA KIROLA, ET AL.,          )          COURT TRIAL
                               )
          PLAINTIFFS,          )          VOLUME 4
                               )
   VS.                         )          NO. C 07-03685 SBA
                               )
CITY AND COUNTY OF             )
SAN FRANCISCO, ET AL.,         )          PAGES 631 - 856
                               )
          DEFENDANTS.          )          OAKLAND, CALIFORNIA
_____)          FRIDAY, APRIL 8, 2011

TRANSCRIPT OF PROCEEDINGS

APPEARANCES:

FOR PLAINTIFFS:          SCHNEIDER WALLACE COTTRELL BRAYTON &
                              KONECKY
                         180 MONTGOMERY STREET, SUITE 2000
                         SAN FRANCISCO, CALIFORNIA  94109
                    BY:  MARK T. JOHNSON,
                         ANDREW P. LEE,
                         KIRAN PRASAD,
                         GUY B. WALLACE, ATTORNEYS AT LAW

                         BROWN POORE LLP
                         THE WATERGATE TOWERS
                         2200 POWELL STREET, SUITE 745
                         EMERYVILLE, CALIFORNIA  94608
                    BY:  SCOTT A. BROWN, ATTORNEY AT LAW

FOR DEFENDANT:           OFFICE OF THE CITY ATTORNEY
                         SIXTH FLOOR - FOX PLAZA
                         1390 MARKET STREET
                         SAN FRANCISCO, CALIFORNIA  94102
                    BY:  ERIN BERNSTEIN,
                         JAMES M. EMERY,
                         ELAINE M. O'NEIL,
                         KRISTINE A. POPLAWSKI, ATTORNEYS AT LAW

REPORTED BY:          RAYNEE H. MERCADO, CSR NO. 8258
                      DIANE E. SKILLMAN, CSR NO. 4909

          RAYNEE H. MERCADO, CSR, RMR, CRR, FCRR (510) 451-7530

821

KIMBROUGH - DIRECT / MR. LEE

THE COURT:  YOU MAY.

MR. LEE:  THANK YOU.

DIRECT EXAMINATION

BY MR. LEE:

Q.    MS. KIMBROUGH, WHERE DO YOU LIVE?

A.    I LIVE AT 163 PARIS STREET IN SAN FRANCISCO.

Q.    AND HOW LONG HAVE YOU LIVED THERE?

A.    I HAVE LIVED THERE TEN YEARS.

Q.    WHO DO YOU LIVE WITH?

A.    I LIVE WITH MY HUSBAND AND FOUR DAUGHTERS.

Q.    AND WHAT'S YOUR HUSBAND'S NAME?

A.    JASON KIMBROUGH.

Q.    HOW ABOUT YOUR DAUGHTERS?

A.    MY OLDEST DAUGHTER'S NAME IS CAMMY.  MY SECOND DAUGHTER'S NAME IS MILLIE.  MY THIRD DAUGHTER'S NAME IS NORA.  AND MY FOURTH DAUGHTER'S NAME IS EDEN.

Q.    AND WHAT NEIGHBORHOOD DO YOU LIVE IN?

A.    WE LIVE IN THE EXCELSIOR DISTRICT OF SAN FRANCISCO.

Q.    ANY PARTICULAR REASON YOU CHOSE TO LIVE IN THE EXCELSIOR DISTRICT?

A.    IT WAS AFFORDABLE.  IT WAS AFFORDABLE, AND -- YEAH.

Q.    DO ANY MEMBERS OF YOUR FAMILY HAVE A MOBILITY DISABILITY?

A.    YES.

Q.    WHO IS THAT?

A.    MY SECOND DAUGHTER, MILLIE.

DIANE E. SKILLMAN, OFFICIAL COURT REPORTER, USDC (510) 451-2930

Kirola Trial Day 04, 110408

822

KIMBROUGH - DIRECT / MR. LEE

Q.   CAN YOU PLEASE DESCRIBE FOR THE COURT MILLIE'S DISABILITY?

A.   MY DAUGHTER, MILLIE, SHE IS NINE YEARS OLD.  SHE HAS SOMETHING CALLED RETT SYNDROME.

         DESCRIBE THE DISABILITY?

Q.   SURE.

A.   SHE IS -- IT'S -- SHE NEEDS A HUNDRED PERCENT ASSISTANCE WITH EVERYTHING THAT SHE NEEDS, ALL OF HER PERSONAL NEEDS.

Q.   OKAY.  COULD YOU SPELL RETT, PLEASE?

A.   SURE.  IT'S R-E-T-T.

Q.   THANK YOU.

         HOW LONG HAS MILLIE HAD RETT SYNDROME?

A.   SHE HAS HAD IT SINCE SHE WAS BORN.

Q.   WHAT SORT OF THE PHYSICAL LIMITATIONS DOES MILLIE HAVE DUE TO HER DISABILITY?

A.   MILLIE HAS A LOT OF LIMITATIONS.  IN PARTICULAR, SHE NEEDS ASSISTANCE WITH WALKING.  SHE ALWAYS NEEDS TO HAVE US HELPING HER WALK -- AN ADULT HELPING HER WALK.  SHE HAS POOR CIRCULATION.  SHE HAS A LOT OF ISSUES FROM THE RETT SYNDROME.

Q.   DOES SHE USE A WHEELCHAIR OR ANY OTHER MOBILITY AID?

A.   I AM HER MOBILITY AID.

Q.   SO THAT WAS NO?

A.   NO.  SHE DOES NOT USE A WHEELCHAIR.

Q.   WHY DOES SHE NOT USE A WHEELCHAIR?

A.   WE MADE A CHOICE TO NOT PUT HER INTO A WHEELCHAIR DUE TO THE FACT THAT PART OF HER DISEASE INVOLVES POOR CIRCULATION,

DIANE E. SKILLMAN, OFFICIAL COURT REPORTER, USDC (510) 451-2930

Kirola Trial Day 04, 110408

KIMBROUGH - DIRECT / MR. LEE

CURVATURE OF THE SPINE, SEVERE CURVATURE OF THE SPINE WHICH COULD RESULT IN DEATH.

SO WE KEEP HER WALKING TO AVOID SOME OF THE OTHER COMPLICATIONS OF THE DISEASE --

Q.   OKAY.

A.   -- TO KEEP HER ALIVE.

Q.   OKAY.  DOES WALKING PROVIDE EXERCISE TO MILLIE?

A.   YES.

Q.   OKAY.  DOES WALKING IMPROVE MILLIE'S CIRCULATION?

A.   YES.

Q.   WHAT TYPES OF ACTIVITIES DO YOU DO WITH YOUR FAMILY IN SAN FRANCISCO?

A.   WE DO ALL THE SAME ACTIVITIES AS EVERYONE ELSE DOES.  WE GO TO THE GROCERY STORE OR THE MARKET.  WE GO TO THE LIBRARY. WE GO TO THE PLAYGROUNDS AND PARKS AND BIRTHDAY PARTIES.

Q.   OKAY.  HAVE YOU ENCOUNTERED ANY DIFFICULTIES IN GETTING TO THE LOCATIONS WHERE THESE ACTIVITIES ARE HELD?

A.   YES.

Q.   AND AT WHAT LOCATIONS HAVE YOU ENCOUNTERED PROBLEMS?

A.   ALL OF THEM REALLY.

Q.   OKAY.  ARE CURB RAMPS IMPORTANT TO MILLIE'S MOBILITY?

A.   CURB RAMPS, YES.

THE COURT:  THE LAST ANSWER AM I TO TAKE THAT TO MEAN ALL LOCATIONS IN THE CITY AND COUNTY OF SAN FRANCISCO?

MR. LEE:  SHE JUST -- I THINK THAT WE ARE GOING TO

832

KIMBROUGH - DIRECT / MR. LEE

A.    YES.  IT WAS UPSETTING THAT WE COULDN'T ALL GO TOGETHER TO THE TEA HOUSE.

Q.    HAVE YOU BEEN TO THE CHILDREN'S PLAYGROUND AT GOLDEN GATE PARK?

A.    YES.

Q.    CAN YOU PLEASE DESCRIBE BRIEFLY WHAT THE CHILDREN'S PLAYGROUND AT GOLDEN GATE PARK IS LIKE?

A.    IT'S BEAUTIFUL.  IT'S NEW.  THERE ARE TWO BIG PLAY STRUCTURES WITH A BIG CLIMBING STRUCTURE AS WELL.

Q.    HAVE YOU ENCOUNTERED ANY PROBLEMS AT THE CHILDREN'S PLAYGROUND AT GOLDEN GATE PARK?

A.    YES.

Q.    CAN YOU PLEASE DESCRIBE THOSE PROBLEMS?

A.    THE CHILDREN'S PLAYGROUND, THERE'S ONE HANDICAP SPOT CLOSE TO THE -- THAT'S THE ENTRANCE FOR THE CHILDREN'S PLAYGROUND.

        THERE'S A PRETTY STEEP HILL JUST GETTING UP AND OVER JUST TO GET DOWN INTO THE PLAYGROUND.  THERE ISN'T -- AREN'T MANY SIGNS AS TO WHERE THE BATHROOMS ARE.

        BUT ALSO THERE'S A SIDEWALK THAT GOES ALL THE WAY AROUND TO THE SIDE OF ONE OF THE STRUCTURES AND THEN JUST STOPS.  SO SHE CAN'T GET AROUND TO -- SHE REALLY CAN'T GET AROUND TO ANY OF THE PLAY STRUCTURES AT ALL.

Q.    YOU ARE REFERRING TO MILLIE; IS THAT CORRECT?

A.    I AM SORRY.  YES, MILLIE.

Q.    OKAY.

DIANE E. SKILLMAN, OFFICIAL COURT REPORTER, USDC (510) 451-2930

833

KIMBROUGH - DIRECT / MR. LEE

WHAT FEATURES OF THE PLAY STRUCTURE AT THE CHILDREN'S PLAYGROUND ARE NOT ACCESSIBLE TO MILLIE?

A.    NONE OF THE FEATURES OF THE PLAY STRUCTURE ARE ACCESSIBLE TO MILLIE.

Q.    WOULD MILLIE ENJOY THE PLAY STRUCTURE AT THIS PARK?

A.    YES, SHE WOULD.

Q.    HAS THE CHILDREN'S PLAYGROUND AT GOLDEN GATE PARK BEEN RECENTLY MODERNIZED?

A.    YES.

Q.    HOW DO YOU KNOW THAT?

A.    I SAW THE OLD ONE.

Q.    CAN YOU ESTIMATE ABOUT HOW LONG AGO IT WAS MODERNIZED?

A.    I AM GUESSING FIVE YEARS MAYBE.

Q.    HAS THE LEVEL OF ACCESS IN GOLDEN GATE PARK AFFECTED YOUR FAMILY'S ABILITY TO ATTEND EVENTS, SUCH AS BIRTHDAY PARTIES OR PICNICS?

A.    YES.

Q.    WHAT HAPPENS WHEN A BIRTHDAY PARTY, FOR EXAMPLE, IS LOCATED IN AN INACCESSIBLE LOCATION AT GOLDEN GATE PARK?

A.    IT'S ALWAYS STRESSFUL FOR US TO GET INVITED TO GOLDEN GATE PARK.

DID YOU WANT ME TO GO INTO DETAIL?

Q.    IF YOU HAVE SOMETHING TO ADD, YEAH.

A.    JUST GETTING TO THE SITE IS USUALLY DIFFICULT.

Q.    AND HOW DOES THAT AFFECT YOUR FAMILY?

DIANE E. SKILLMAN, OFFICIAL COURT REPORTER, USDC (510) 451-2930

Kirola Trial Day 04, 110408

835

KIMBROUGH - DIRECT / MR. LEE

TO WHERE THE PAVED PATH WAS.  WE PARKED AND THEY SAID THE POND WAS RIGHT OVER THERE.

WE -- IT WAS QUITE DIFFICULT TO GET HER DOWN TO THE DUCK POND AND...

Q.   ARE THERE ANY PAVED SIDEWALKS IN MCLAREN PARK?

A.   PROBABLY.  I HAVEN'T SEEN THEM.

Q.   WHAT COULD THE CITY AND COUNTY OF SAN FRANCISCO DO TO MAKE MCLAREN PARK MORE ACCESSIBLE TO MILLIE AND YOUR FAMILY?

A.   SIDEWALKS WOULD BE -- PAVED, JUST PAVING THEM WOULD MAKE IT A LOT EASIER SO OUR WHOLE FAMILY COULD GO FOR A WALK.  IT'S THE NEAREST PARK.  IN OUR NEIGHBORHOOD, IT'S THE CLOSEST PARK.

Q.   HAVE YOU EVER BEEN TO ST. MARY'S PLAYGROUND?

A.   YES.

Q.   HOW FAR IS IT FROM YOUR HOME?

A.   MAYBE FIVE-MINUTE DRIVE.

Q.   HAVE YOU ENCOUNTERED ANY ACCESS PROBLEMS AT ST. MARY'S PLAYGROUND?

A.   YES.

Q.   CAN YOU PLEASE DESCRIBE FOR THE COURT THE PROBLEMS YOU HAVE EXPERIENCED AT ST. MARY'S PLAYGROUND?

A.   ST. MARY'S PLAYGROUND -- IT WAS NICE.  THEY DID HAVE A HANDICAP SPOT THERE.  WE PARKED THERE.  WE GOT OUT OF THE CAR. TRYING TO GET DOWN TO THE PLAYGROUND POSED ANOTHER PROBLEM.

TYPICALLY DEVELOPING CHILDREN CAN TAKE A SLIDE THAT GOES STRAIGHT DOWN TO THE PLAYGROUND, HOWEVER, THE ONLY OTHER

DIANE E. SKILLMAN, OFFICIAL COURT REPORTER, USDC (510) 451-2930

Kirola Trial Day 04, 110408

836

KIMBROUGH - DIRECT / MR. LEE

WAY FOR MILLIE TO GET DOWN WAS TO TAKE A RIGHT AND TAKE A REALLY STEEP HILL DOWN.  AND IT JUST KIND OF TOOK YOU TO A GRASSY AREA WHERE THAT WAS PRETTY MUCH ALL THAT WAS -- THAT STOPPED RIGHT THERE.  THAT WAS ALL SHE COULD DO UNLESS WE LIFTED HER AND CARRIED HER.

Q.   OKAY.

     IS ST. MARY'S PLAYGROUND NEWLY RENOVATED?

A.   YES.

Q.   HOW DO YOU KNOW THAT?

A.   WE WERE TOLD BY A PHYSICAL THERAPIST THAT IT HAD BEEN -- THAT IT WAS A HANDICAP ACCESSIBLE PLAYGROUND.  THEY SAID TO TRY IT OUT.  IT WAS NEW.

Q.   HAVE YOU EVER BEEN TO BALBOA PARK WITH YOUR FAMILY?

A.   YES.

Q.   HOW FAR AWAY IS BALBOA PARK FROM YOUR HOME?

A.   ABOUT A TWO-MINUTE DRIVE.  TWO MINUTE DRIVE.

Q.   DOES YOUR FAMILY LIKE BALBOA PARK?

A.   YES.

Q.   WHY?

A.   WELL, IT'S VERY CLOSE.  THERE'S A LOT TO DO THERE. THERE'S A PLAYGROUND.  THERE'S A LARGE GRASSY AREA.  THE POOL IS THERE.  THERE'S A LOT TO DO THERE.

Q.   HAVE YOU ENCOUNTERED ANY ACCESS PROBLEMS AT BALBOA PARK?

A.   YES.

Q.   CAN YOU PLEASE DESCRIBE THOSE FOR THE COURT?

DIANE E. SKILLMAN, OFFICIAL COURT REPORTER, USDC (510) 451-2930

840

KIMBROUGH - DIRECT / MR. LEE

A.   YEAH.  IT'S EXPENSIVE THOUGH.

Q.   HOW MUCH DOES IT COST?

A.   $15 EVERY TIME YOU GO.

Q.   AND WHERE IS IT LOCATED?

A.   IT'S OUT NEAR THE ZOO.

Q.   HOW LONG DOES IT TAKE YOU TO GET THERE?

A.   FIFTEEN, 20 MINUTES.

Q.   WOULD YOUR FAMILY USE BALBOA POOL IF IT WAS ACCESSIBLE TO MILLIE?

A.   YES.

Q.   HOW WOULD THE USE OF BALBOA POOL BENEFIT YOUR FAMILY?

A.   WELL, IT WOULD BENEFIT ALL OF US.  I THINK SWIMMING IS GOOD FOR EVERYBODY.  IF MILLIE COULD GET IN, YOU KNOW, AND EXERCISE, IT WOULD DEFINITELY HELP WITH HER STRENGTH AND HER WALKING.  IT WOULD BE WONDERFUL.

Q.   DO YOU FEEL THAT MILLIE HAS EQUAL ACCESS TO SAN FRANCISCO'S PEDESTRIAN RIGHT-OF-WAY?

A.   NO.

Q.   DO YOU BELIEVE THAT MILLIE HAS EQUAL ACCESS TO SAN FRANCISCO'S PARKS?

A.   NO.

Q.   DO YOU BELIEVE MILLIE HAS EQUAL ACCESS TO SAN FRANCISCO'S POOLS?

A.   NO.

Q.   MS. KIMBROUGH, WHY DID YOU DECIDE TO TESTIFY HERE TODAY?

DIANE E. SKILLMAN, OFFICIAL COURT REPORTER, USDC (510) 451-2930

Kirola Trial Day 04, 110408

841

KIMBROUGH - CROSS / MS. POPLAWSKI

A.   I DECIDED TO TESTIFY BECAUSE I AM SICK OF THE FACT THAT WE CAN'T ALL GO TOGETHER AS A FAMILY PLACES.  WE HAVE TO SPLIT UP. IT JUST DOESN'T SEEM RIGHT.

MR. LEE:  THAT IS MY DIRECT, YOUR HONOR.

THE COURT:  OKAY, THANK YOU.

OKAY.  SO WE WILL BE IN ADJOURNMENT UNTIL MONDAY.

MR. LEE:  YOUR HONOR, WOULD IT BE POSSIBLE TO HAVE HER CONTINUE WITH HER CROSS-EXAMINATION TODAY?  IT IS -- IT WOULD BE BURDENSOME FOR MS. KIMBROUGH TO COME BACK.  IF THAT'S POSSIBLE FOR THE COURT.

THE COURT:  DEPENDS ON HOW LONG THE CROSS-EXAMINATION IS GOING TO BE.

MS. POPLAWSKI:  YOUR HONOR, I AM HOPING IT IS GOING TO BE LESS THAN 15 MINUTES.  PERHAPS MORE LIKE TEN MINUTES.

THE COURT:  THAT'S FINE.

MR. LEE:  THANK YOU, YOUR HONOR.  WE APPRECIATE THAT.

THE COURT:  ARE YOU PREPARED TO PROCEED?

MS. POPLAWSKI:  YES, YOUR HONOR.

CROSS-EXAMINATION

BY MS. POPLAWSKI:

Q.   GOOD AFTERNOON, MS. KIMBROUGH.

A.   HI.

Q.   MY NAME IS KRISTINE POPLAWSKI.  I REPRESENT THE CITY.

I BELIEVE YOU SAID YOU LIVE ON 163 PARIS STREET IN

DIANE E. SKILLMAN, OFFICIAL COURT REPORTER, USDC (510) 451-2930

Kirola Trial Day 04, 110408