# EXHIBIT 6

857

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BEFORE THE HONORABLE SAUNDRA BROWN ARMSTRONG, JUDGE

IVANA KIROLA, ET AL.,          )          COURT TRIAL
                               )
          PLAINTIFFS,          )          VOLUME 5
                               )
     VS.                       )          NO. C 07-03685 SBA
                               )
CITY AND COUNTY OF             )
SAN FRANCISCO, ET AL.,         )          PAGES 857 - 1076
                               )
          DEFENDANTS.          )          OAKLAND, CALIFORNIA
_____)          MONDAY, APRIL 11, 2011

                    TRANSCRIPT OF PROCEEDINGS

APPEARANCES:

FOR PLAINTIFFS:          SCHNEIDER WALLACE COTTRELL BRAYTON &
                             KONECKY
                         180 MONTGOMERY STREET, SUITE 2000
                         SAN FRANCISCO, CALIFORNIA  94109
                    BY:  MARK T. JOHNSON,
                         ANDREW P. LEE,
                         KIRAN PRASAD,
                         GUY B. WALLACE, ATTORNEYS AT LAW

                         BROWN POORE LLP
                         THE WATERGATE TOWERS
                         2200 POWELL STREET, SUITE 745
                         EMERYVILLE, CALIFORNIA  94608
                    BY:  SCOTT A. BROWN, ATTORNEY AT LAW

FOR DEFENDANT:           OFFICE OF THE CITY ATTORNEY
                         SIXTH FLOOR - FOX PLAZA
                         1390 MARKET STREET
                         SAN FRANCISCO, CALIFORNIA  94102
                    BY:  ERIN BERNSTEIN,
                         JAMES M. EMERY,
                         ELAINE M. O'NEIL,
                         KRISTINE A. POPLAWSKI, ATTORNEYS AT LAW

REPORTED BY:          RAYNEE H. MERCADO, CSR NO. 8258
                      DIANE E. SKILLMAN, CSR NO. 4909

          RAYNEE H. MERCADO, CSR, RMR, CRR, FCRR (510) 451-7530

862

TIMOTHY GRANT,

CALLED AS A WITNESS FOR THE PLAINTIFFS, HAVING BEEN DULY SWORN,

TESTIFIED AS FOLLOWS:

THE CLERK:  PLEASE STATE YOUR FULL NAME FOR THE

COURT AND TELL YOUR LAST NAME.

THE WITNESS:  TIMOTHY GRANT, G-R-A-N-T.

THE CLERK:  THANK YOU.

DIRECT EXAMINATION

BY MR. JOHNSON:

Q.    GOOD MORNING, MR. GRANT.

A.    GOOD MORNING.

Q.    COULD YOU START BY TELLING THE COURT WHERE YOU LIVE.

A.    I LIVE IN ALBANY.

Q.    HOW LONG HAVE YOU LIVED THERE?

A.    I'VE LIVED THERE FOR ABOUT TWO YEARS.

Q.    WHO DO YOU LIVE WITH?

A.    I LIVE WITH MY WIFE.

Q.    MR. GRANT, ARE YOU EMPLOYED?

A.    I'M NOT.  I'M ON DISABILITY.

THE COURT:  WAIT.  I'M SORRY.  WHO DID YOU SAY YOU
LIVE WITH?

THE WITNESS:  MY WIFE.

THE COURT:  WIFE, OKAY.

BY MR. JOHNSON:

Q.    WHAT'S THE NATURE OF YOUR DISABILITY?

RAYNEE H. MERCADO, CSR, RMR, CRR, FCRR (510) 451-7530

Kirola Trial Day 05, 110411

863

GRANT - DIRECT / JOHNSON

A.    I HAVE MULTIPLE SCLEROSIS.

Q.    AND CAN YOU DESCRIBE HOW THAT AFFECTS YOUR ABILITIES?

A.    THE RIGHT SIDE OF MY BODY IS STIFF.  I CAN'T MOVE IT AS WELL.  I HAVE SPASMS.  I'M TIRED.  I -- I HAVE FATIGUE SO I TIRE EASILY.  I HAVE NYSTAGMUS, WHICH MY LEFT EYE WIGGLES.  THAT'S THE BEST DESCRIPTION I CAN GIVE.  AND SO THE WORLD ON THE LEFT SIDE KIND OF SHAKES SOME.  AND IT'S HARD FOR ME TO -- WELL, I CAN'T WALK, AND -- THAT'S ABOUT IT.

Q.    WHEN WERE YOU DIAGNOSED WITH MS?

A.    I WAS DIAGNOSED ABOUT FIVE YEARS AGO.

Q.    OKAY.  AND YOU'RE USING A POWER WHEELCHAIR TODAY.  IS THAT YOUR NORMAL MODE OF TRANSPORTATION?

A.    IT DEPENDS.  IF I'M BY MYSELF, THEN YEAH, I NEED TO USE THE POWER WHEELCHAIR.  BUT IF I'VE -- WITH MY WIFE, MY FAMILY AND MY FRIENDS WITH ME, THEN I PREFER TO USE THE MANUAL WHEELCHAIR.

Q.    OKAY.  AND SO YOU HAVE A POWER WHEELCHAIR AND A MANUAL WHEELCHAIR?

A.    YES, I DO.

Q.    DO YOU USE ANY OTHER DEVICES FOR MOBILITY?

A.    NO.

Q.    OKAY.  HAVE YOU USED A WHEELCHAIR SINCE YOU WERE DIAGNOSED WITH MS FIVE YEARS AGO?

A.    NO.  WHEN I WAS FIRST DIAGNOSED, I WAS WALKING WITH A CANE, AND SO I HAD A CANE FOR ABOUT TWO TO THREE YEARS.  I BEEN

867

GRANT - DIRECT / JOHNSON

Q.   WHY -- WHY DO YOU USE THE POWER CHAIR TO MAKE THAT TRIP INSTEAD OF THE MANUAL CHAIR WHEN YOU PREFER THE MANUAL CHAIR?

A.   'CAUSE THERE'S OBSTACLES.  I WOULDN'T BE ABLE TO MAKE IT IN THE MANUAL CHAIR.  SO I HAVE TO USE THE POWER CHAIR.

Q.   WHAT DO YOU MEAN BY "OBSTACLES"?

A.   CURB RAMPS ARE TOO STEEP, THERE'S LIPS, THERE'S A CROSS-SLOPE, AND ALL THOSE DIFFERENT THINGS HAPPEN, I CAN'T DO IT MYSELF SO THEN I NEED HELP, WHICH IS WHY IF I GO OUT IN THE MANUAL CHAIR, I NEED MY FRIENDS AND FAMILY.

SO IF I WERE TO GO OUT BY MYSELF, I WOULD HAVE TO ASK FOR HELP, AND I WOULD HAVE TO HOPE THAT SOMEONE WOULD -- WOULD HELP ME.  MOST -- MOST PEOPLE DO, BUT THERE IS THE CHANCE THAT I DON'T HAVE HELP AND I'M STUCK AND I CAN'T MOVE.

Q.   HAVE YOU MADE THAT TRIP BEFORE FROM THE EMBARCADERO BART STATION TO THE EMBARCADERO YMCA IN YOUR MANUAL CHAIR?

A.   I HAVE.  I'VE GONE WITH HELP.  I'VE GONE WITH MY -- MY SISTER'S GONE WITH ME, AND MY WIFE HAS COME WITH ME TO THE -- TO THE Y AND HELPED ME GET THERE.

Q.   AND SO WHAT'S BEEN YOUR EXPERIENCE WHEN YOU'VE TAKEN THE TRIP IN YOUR MANUAL CHAIR?

A.   I ENCOUNTER THE PROBLEMS.  I ENCOUNTER LIPS, AND I HAVE TO ASK MY WIFE FOR -- OR WHEN I WENT WITH MY SISTER, MY SISTER HELPED TO GET UP THE RAMPS, TO GET OVER THE LITTLE LIPS AND STUFF LIKE THAT.

Q.   SO IS IT YOUR BELIEF THAT YOU WOULD NOT BE ABLE TO MAKE

868

GRANT - DIRECT / JOHNSON

THAT TRIP IN YOUR MANUAL CHAIR BY YOURSELF?

A.   I -- YEAH, I KNOW I WOULDN'T BE ABLE TO.

Q.   HOW FAR IS IT FROM THE EMBARCADERO Y -- FROM THE
EMBARCADERO BART STATION TO THE EMBARCADERO Y?

A.   IT'S ABOUT A HALF MILE, PROBABLY OVER -- A LITTLE OVER A
HALF MILE.

Q.   HAVE YOU ATTEMPTED TO -- TO TRAVEL IN YOUR MANUAL CHAIR
IN DIFFERENT ROUTES BETWEEN THE BART STATION AND THE YMCA?

A.   YEAH, I WAS REFERENCING MY SISTER -- I WENT WITH MY
SISTER, AND WE DID GO TO THE -- WE DID TAKE THE OTHER ROUTES,
THE OTHER BLOCKS.  THE OBSTACLES WERE HARDER.  I HAVE -- I
FOUND MORE STEEP CURB RAMPS, AND -- AND IT WAS LONGER, A
LONGER -- LONGER DISTANCE, SO THEN I HAD MORE OPPORTUNITIES TO
FIND MORE OBSTACLES.

SO THE ONE -- THE ROUTE I TAKE NOW IS THE CLOSEST
WITH THE LEAST AMOUNT OF THE OBSTACLES AS THERE IS.

Q.   BUT ARE YOU -- ARE YOU STILL CONFIDENT THAT YOU COULDN'T
MAKE THAT TRIP -- THE CURRENT ROUTE THAT YOU'RE USING NOW IN
YOUR POWER CHAIR, YOU COULDN'T MAKE THAT TRIP IN YOUR MANUAL
CHAIR?

A.   RIGHT.  RIGHT.  OH, NO.  I WAS SAYING THAT THE ALTERNATE
ROUTES ARE WORSE, SO I CAN'T -- I CAN'T DO IT AT ALL.

Q.   NOW, YOU DESCRIBED THE -- THE RISK OF BEING STUCK.  CAN
YOU DESCRIBE FOR THE COURT WHAT YOU MEAN BY THAT, EXACTLY HOW
WOULD YOU GET STUCK IN YOUR MANUAL CHAIR IF YOU WERE MAKING

RAYNEE H. MERCADO, CSR, RMR, CRR, FCRR (510) 451-7530

Kirola Trial Day 05, 110411

869

GRANT - DIRECT / JOHNSON

THAT TRIP?

A.    BEING STUCK -- WELL, DEPENDS ON THE -- ON THE OBSTACLE IF THE RAMP WAS TOO HIGH -- OR TOO STEEP, OR IF THERE WAS A CURB LIP -- STUCK AS IN I WOULDN'T BE ABLE TO DO IT, AND I WOULD -- DEPENDS ON WHAT SIDE I'M ON.  I MIGHT BE IN THE STREET AND THERE WOULD BE CARS COMING AROUND.  AND HOPEFULLY I WON'T GET HIT.  AND I WOULD BE WAITING THERE FOR -- HOPEFULLY FOR SOMEONE TO HELP ME GET UP.

Q.    BESIDES STEEP CURB RAMPS, WHAT OTHER OBSTACLES HAVE YOU ENCOUNTERED WHEN IN SAN FRANCISCO ON THIS ROUTE?

A.    I'VE ENCOUNTERED THE LIPS ALSO.  SO NOT ONLY IS THE RAMP STEEP, BUT THERE'S A -- THERE'S ELEVATION FROM THE BOTTOM OF THE RAMP TO -- TO THE STREET.  SO I WOULD HAVE TO -- I NEED TO HOPEFULLY POP A WHEELIE AND GET OVER IF I CAN.

ALSO THERE'S A CROSS -- CROSS-SLOPE.  SO THE SIDEWALK IS SLOPED, AND MY WHEELCHAIR IS PULLED TO THE STREET 'CAUSE MOST OF THE TIME THE CROSS-SLOPES ARE -- ARE DOWN TOWARDS THE STREET.  AND SO I HAVE TO DO EXTRA WORK ON ONE ARM TO MAINTAIN ON THE SIDEWALK INSTEAD OF JUST ROLLING OUT INTO THE STREET.

Q.    DO THOSE CONDITIONS THAT YOU DESCRIBE, THE -- THE STEEP CURB RAMP, THE LIP, AND THE CROSS-SLOPE ON THE SIDEWALK, DO THEY AFFECT YOU IN YOUR POWER WHEELCHAIR AS WELL?

A.    THEY DO.  FOR -- FOR THE POWER WHEELCHAIR, IT WILL THROW ME OFF BALANCE.  IF I'M NOT PAYING ATTENTION AND I'M GOING DOWN

870

GRANT - DIRECT / JOHNSON

THE SIDEWALK, AND THERE IS A CROSS-SLOPE OR THERE IS SOME ELEVATION CHANGE, IF I DON'T WATCH IT, THEN I WILL GET THROWN OUT OF MY CHAIR.  I HAVEN'T FULLY BEEN THROWN OUT OF MY CHAIR.  I HAVE -- FORTUNATELY, I CATCH MYSELF.

I'VE BEEN IN -- I KNOW TO WATCH ABOUT THIS, BUT I HAVE GRABBED ONTO THE -- ON THE POWER CHAIR ON THE ARMS AND HOPEFULLY NOT FALLEN OUT, FLIPPED OUT.

WHEN I GO DOWN STEEP RAMPS, THERE'S -- I HAVE -- THERE'S CASTERS.  THERE'S ALSO WHEELS ON THE FRONT OF MY POWER CHAIR THAT PREVENT ME FROM TIPPING OVER.  AND IF IT'S STEEP ENOUGH, I'M GOING DOWN ALL ON THE CASTERS, WHICH ARE REALLY LITTLE WHEELS.  THEY'RE JUST THERE FOR SAFETY, NOT TO USE ALL THE TIME.  SO THAT -- THAT'S -- THAT'S A FEAR.

I MEAN, THAT'S A POSSIBILITY OF FLIPPING OVER OR FALLING OUT OF THE CHAIR.

Q.    AND WHY IS THAT EXACTLY, 'CAUSE THE CASTERS CAN CATCH ON -- ON A LIP, OR --

A.    I HAVEN'T HAD THE CASTERS REALLY CATCH ON A LIP, BUT THERE -- IT'S MORE OF A SAFETY FEATURE.  AND IF I'M GOING DOWN A STEEP RAMP, I'M USING THE CASTERS NOT AS A SAFETY FEATURE BUT AS A PRIMARY USE OF THE CHAIR.

Q.    AND DO YOU HAVE CONTROL OVER THE CASTERS IN YOUR WHEELCHAIR?

A.    NO, NO, THEY'RE JUST -- THEY'RE -- THEY'RE JUST THERE JUST TO STOP THE CHAIR FROM FLIPPING OVER.

RAYNEE H. MERCADO, CSR, RMR, CRR, FCRR (510) 451-7530

Kirola Trial Day 05, 110411

877

GRANT - DIRECT / JOHNSON

SOMETIMES THE SLOPE GOES DOWN INTO THE -- THE RAMP, SO NOT ONLY DO YOU HAVE A RAMP COMING OFF THE SIDEWALK, BUT THEN YOU HAVE A RAMP COMING INTO THE INTERSECTION, WHICH COMPLICATES AND MAKES IT -- IT MORE DIFFICULT.

SO NOT ONLY AM I -- SO I'M GOING DOWN -- LIKE SAY I'M IN THE CROSSWALK.  I'M GOING ONTO THE RAMP.  THERE'S A SLOPE THAT GOES DOWN, SO MY CHAIR IS A LITTLE BIT FASTER.  IF THERE'S A LIP, IT CATCHES, AND I HAVE TO DO A LITTLE WHEELIE, BUT IT MAKES THE WHEELIE MORE DIFFICULT.  IT MAKES IT A LOT HARDER BECAUSE I'M ACTUALLY AT A DOWN ANGLE ALSO.

Q.   MR. GRANT, HAVE YOU EVER BEEN CONCERNED FOR YOUR SAFETY BECAUSE OF ANY OF THESE CONDITIONS?

A.   YEAH, I HAVE.  WHEN I'VE HAD TO GO OUT INTO THE STREET AND GO AROUND THE OBSTACLES, THAT'S BEEN -- THAT'S BEEN A BIG CONCERN.  IF THE RAMP IS TOO STEEP, I HAVE A CONCERN OF -- IF I PUSH TOO HARD, THE WHEELCHAIR WILL FLIP BACKWARDS, AND -- I HAVEN'T HAD THAT HAPPEN, BUT -- I MEAN, ACTUALLY, I HAVE -- I HAVEN'T HAD THAT HAPPEN IN SAN FRANCISCO, BUT I MEAN, I'VE HAD MY CHAIR FLIP ON ME BEFORE ON RAMPS AND STUFF LIKE, THAT -- CURBS.  STEEP RAMPS, I MEAN.

Q.   MR. GRANT, HOW HAVE THESE OBSTACLES OR DIFFICULTIES WITH THE PEDESTRIAN RIGHT-OF-WAY THAT YOU'VE EXPERIENCED AFFECTED YOU OVERALL?

A.   WELL, I MEAN, FOR -- MAINLY IT'S FRUSTRATING -- I'M FRUSTRATED 'CAUSE I CAN'T DO THE THINGS THAT I WANT TO DO.  I

RAYNEE H. MERCADO, CSR, RMR, CRR, FCRR (510) 451-7530

Kirola Trial Day 05, 110411

878

GRANT - DIRECT / JOHNSON

CAN'T GO TO THE PLACES THAT I WOULD LIKE TO GO TO IN THE MANUAL CHAIR, WHICH I -- I WOULD LIKE TO DO BECAUSE -- TO KEEP MY ARM STRENGTH.  I DON'T WANT -- I REALLY DON'T WANT TO LOSE MY ARMS.

SO -- SAD.  FRUSTRATED IS THE BIGGEST ONE.

IF I HAVE TO ASK FOR HELP SO MANY TIMES, IT -- I MEAN, IT PUTS ME -- MAKES ME FEEL LIKE I HAVE A LOWER -- LIKE A LOWER-CLASSED CITIZEN ALMOST.  PEOPLE TALK DOWN TO YOU. THEY'RE PATRONIZING 'CAUSE THEY'RE HELPING YOU.

A LOT OF TIMES PEOPLE TREAT ME LIKE I'M A LITTLE KID, WHICH I KIND OF REALIZE -- I UNDERSTAND NOW WHY SOMETIMES -- THERE'S ALWAYS THAT WHOLE -- THE WHOLE THOUGHT OF, LIKE, OH, PEOPLE IN WHEELCHAIRS HAVE ATTITUDES.  AND IT'S MORE LIKE YOU KIND OF NEED TO DO THAT OR YOU'RE -- YOU'RE TREATED LIKE YOU'RE IMMATURE, YOU'RE LIKE A LITTLE KID, AND THAT'S HARD.

Q.    DO YOU FEEL LIKE BECAUSE OF THESE OBSTACLES THAT YOU HAVE FULL AND EQUAL ACCESS TO THE CITY'S PEDESTRIAN RIGHTS-OF-WAY, THE SIDEWALKS AND CROSSWALKS?

A.    NO.

THE COURT:  DO YOU HAVE ANY -- I MEAN, ALL THESE EXHIBITS, DO YOU HAVE ANY PHOTOGRAPHS OF ANY OF THE OBSTACLES HE'S TESTIFYING ABOUT OR DO I KNOW WHERE ANY OF THESE ARE?  I MEAN, IT WOULD BE HELPFUL, 'CAUSE I -- I THINK I CAN VISUALIZE BASED ON WHAT HE'S SAID, BUT IT WOULD CERTAINLY -- ALL THE PHOTOGRAPHS WE'VE BEEN LOOKING AT, IT WOULD HAVE BEEN USEFUL IF

RAYNEE H. MERCADO, CSR, RMR, CRR, FCRR (510) 451-7530

889

GRANT - DIRECT / JOHNSON

TRAVELING IN THE PARTS OF SAN FRANCISCO THAT YOU GO TO?

A.   DAILY.  I -- I MEAN -- I TRY NOT TO GET DEPRESSED AND THINK ABOUT HOW BAD THINGS ARE, BUT EVERY DAY I'LL FIND A RAMP THAT WILL BE TOO HARD OR NOT EVEN JUST A RAMP, THE CUT, OR THE GAP, THE -- THE LIP -- THAT'S A BIG ONE -- IS THE LIP, TOO.

Q.   OKAY.

AND SO YOU'VE IDENTIFIED THIS AREA HERE SOUTH OF DOWNTOWN OR SOUTH OF THE FINANCIAL DIRECT, RATHER, BETWEEN EMBARCADERO BART STATION AND THE YMCA AND WHERE YOU GO TO BANK. YOU'VE ALSO MENTIONED GOLDEN GATE PARK WHICH I'LL ASK YOU ABOUT IN JUST A MOMENT.

THE COURT:  THE BANK WAS WHAT -- WHAT WAS THAT, CALIFORNIA AND DAVIS STREET, YOU SAID?

THE WITNESS:  YES.

THE COURT:  OKAY.

BY MR. JOHNSON:

Q.   AND I'M SORRY, I'VE FORGOTTEN SOME OF THE OTHER AREAS. THE MOSCONE CENTER, AND THAT AREA, YOU GO TO AROUND THERE AS WELL?

A.   BY THE POWELL STREET BART.  EVERYTHING'S BY BART FOR ME. SO I TAKE BART -- I'M ALMOST LIMITED TO GOING TO PLACES WHERE BART GOES.  I'VE TAKEN THE BUS TO -- TO THE GOLDEN GATE PARK AND EVERYTHING.  BUT YEAH, THE POWELL STREET AREA ALSO.

Q.   AND HAVE YOU EXPERIENCED SIMILAR KINDS OF DIFFICULTIES WITH STEEP CURB RAMPS AND CURB RAMPS WITH LIP IN THE AREA OF

RAYNEE H. MERCADO, CSR, RMR, CRR, FCRR (510) 451-7530

Kirola Trial Day 05, 110411

890

GRANT - DIRECT / JOHNSON

MOSCONE CENTER?

A.    YEAH, I HAVE.

SORRY ABOUT NOT KNOWING THE STREET NAMES, BUT --

THE COURT:  THAT'S OKAY.

THE WITNESS:  -- THE CORNER WHERE --

THE COURT:  WE HAVE A MAP.  WE HAVE A MAP -- HOPEFULLY A MAP THAT WILL HELP YOU IF YOU NEED IT.

THE WITNESS:  THE SAN FRANCISCO CHRONICLE, THAT CORNER, WHERE THE -- THE CHRONICLE BUILDING IS, THE MINT'S BUILDING --

THE COURT:  SO HE'S POINTING TO THE MOSCONE CENTER. IS THAT THE AREA YOU'RE TALKING ABOUT?

THE WITNESS:  YEAH, YEAH.  I DIDN'T REALIZE -- YEAH, I SEE.  NO, NO, NO.  YEAH.

THOSE AREAS I'VE -- I'VE ENCOUNTERED THE RAMPS, AND -- THERE'S A PRETTY BAD CROSS-SLOPE BY THE YERBA BUENA GARDENS ALSO, WHICH IS RIGHT BY MOSCONE CENTER.

BY MR. JOHNSON:

Q.    CROSS-SLOPE ON THE SIDEWALK?

A.    UH-HUH.

Q.    AND HOW DOES THAT AFFECT YOU EXACTLY, THE CROSS-SLOPE? YOU MAY HAVE ALREADY DESCRIBED THAT, BUT --

A.    DEPENDS WHAT I'M IN.  IF I'M IN THE MANUAL CHAIR, THE CROSS-SLOPE -- I'M PULLED OUT INTO THE STREET, SO THEN I'M FORCED TO USE THE -- THE DOWN SIDE ARM TO PUSH HARDER.  THAT

RAYNEE H. MERCADO, CSR, RMR, CRR, FCRR (510) 451-7530

893

GRANT - DIRECT / JOHNSON

SO THAT'S A BIG PROBLEM FOR ME.  HOPEFULLY, THE DIRT'S PACKED DOWN, PEOPLE HAVE BEEN WALKING ON IT.  IF IT'S RAINING -- IF IT'S RAINING, DEFINITELY I WILL GET MY HANDS DIRTY, GET -- REALLY BAD.  I HAVE TO WASH MY HANDS A LOT.

BUT OTHER THAN THAT, I MEAN -- BUT JUST PUTTING THAT ASIDE, POTENTIALLY -- I DON'T KNOW IF -- IF THE DIRT IS PACKED -- IF IT'S RAINY, IT COULD BE MUD, AND I COULD GET STUCK.  AND GETTING STUCK IN A WHEELCHAIR IN THE MIDDLE OF MUD WOULDN'T BE ALL THAT FUN EITHER.

SO WHEN I DO FIND STUFF LIKE THAT, I HAVE TO GO AROUND.  I DON'T WANT TO RISK IT.  I DON'T WANT TO -- I -- I MEAN, I DON'T WANT MY WHEELS TO FALL INTO THE MUD AND JUST GET STUCK, SO I FIND THAT, AND THEN I FIND -- I'VE FOUND BATHROOMS ARE, I GUESS, NOT UP TO CODE, YOU KNOW, FULLY ACCESSIBLE. AND -- AND CURB RAMPS ALSO.

Q.    YOU HAVE A PROBLEM FINDING A BATHROOM IN GOLDEN GATE PARK?

A.    I DO.  I USUALLY -- ACTUALLY, I TRY TO ABSTAIN FROM DRINKING SO I DON'T HAVE TO GO TO THE BATHROOM.  JUST -- ACTUALLY, JUST YESTERDAY WE WENT TO -- TO THE GOLDEN GATE PARK TO THE BALLPARK AREAS, AND THE BATHROOM WAS ACCESSIBLE, BUT IT WASN'T -- I MEAN, IT HAD ONE BAR AND THAT'S ABOUT IT.  SUPPOSED TO HAVE MORE BARS AND BIGGER AND EVERYTHING.

SO WHEN I WAS HANGING OUT WITH FRIENDS, I KIND OF -- I DID -- DIDN'T DRINK AS MUCH AS THEY DID JUST 'CAUSE I DIDN'T

RAYNEE H. MERCADO, CSR, RMR, CRR, FCRR (510) 451-7530

894

GRANT - DIRECT / JOHNSON

WANT TO HAVE TO GO TO THE BATHROOM, AND WE WERE JUST -- IT WAS

JUST A PICNIC WE HAD YESTERDAY.  WE WERE JUST SITTING ON THE

LAWN.

Q.    AND I THINK YOU SAID THE BATHROOM HAD ONE -- ONE BAR

INSTEAD OF TWO.  CAN YOU EXPLAIN THAT A LITTLE MORE, PLEASE.

A.    RIGHT.  SO WHEN YOU'RE -- IF YOU GO INTO THE HANDICAP

STALL, THERE'S TWO BARS.  THERE'S USUALLY ONE IN THE BACK OR

ACTUALLY IT IS IN THE BACK, AND THEN DEPENDING ON WHAT SIDE THE

WALL IS ON THE RIGHT SIDE OR THE LEFT SIDE SO YOU CAN GRAB ON

BOTH BARS WHILE YOU'RE TRANSFERRING, MOVING AROUND.  BUT THIS

ONE DIDN'T HAVE THAT.

Q.    SO WHY -- HOW DOES IT MAKE IT MORE DIFFICULT IF THERE'S

ONLY -- WAS THERE ONLY A BACK BAR OR ONLY A SIDEBAR?

A.    IT WAS A SIDEBAR.

Q.    OKAY.  SO HOW DOES THAT MAKE IT MORE DIFFICULT FOR YOU TO

TRANSFER FROM YOUR CHAIR TO THE TOILET?

A.    SO THEN I DON'T HAVE AS MUCH STUFF TO GRAB ON TO TO

BALANCE, WHICH MAKES IT HARDER FOR ME.  SO WITH THAT, IT'S MORE

LIKE -- IT'S ALMOST LIKE A LEAP OF FAITH.  THERE'S A MOMENT

WHERE I HAVE TO PULL, AND -- 'CAUSE I CAN TRANSFER OUT OF THE

CHAIR.  SOME PEOPLE HAVE A REALLY HARD TIME.  BUT I'LL ACTUALLY

PULL -- IT'S LIKE A LEAP OF FAITH -- AND MOVE FROM THE CHAIR TO

THE TOILET SEAT, SO THAT MAKES IT MORE DIFFICULT.

          BUT THEN IF THERE WAS TWO BARS TO GRAB ONTO, IT

WOULDN'T BE AS HARD.  I WOULD HAVE MORE STABILITY INSTEAD OF

RAYNEE H. MERCADO, CSR, RMR, CRR, FCRR (510) 451-7530

Kirola Trial Day 05, 110411

GRANT - DIRECT / JOHNSON

JUST GRABBING ON TO ONE AND LIFTING UP AND KIND OF SWING AROUND, 'CAUSE I CAN STILL STAND ON MY LEGS, AND THAT'S ANOTHER IF YOU DON'T USE IT, YOU LOSE IT, SO FOR ME, I ALWAYS TRY TO STAND AS MUCH AS POSSIBLE.

Q.   SO IS THERE A GREATER RISK FOR YOU IN FALLING WHEN YOU'RE MAKING THE TRANSFER IF THERE'S ONLY ONE BAR?

A.   YEAH.  WELL, YEAH, THERE IS.  I MEAN, I'LL HAVE TO GRAB ON TO THE WALLS.  I MEAN, IDEALLY, HOPEFULLY, NO.  HOPEFULLY, NOTHING HAPPENS.  BUT IF I CAN'T STAND AS WELL, IF I'M OFF BALANCE AND I NEED TO GRAB ON TO SOMETHING ELSE, THEN, YEAH, THERE IS A BIGGER RISK.

IF THERE ISN'T ANOTHER BAR FOR ME TO GRAB ON TO, HOPEFULLY THERE'S THE TOILET SEAT COVERS, I CAN GRAB ON TO THAT.  IT'S NOT REALLY GRABBING ON TO THAT, BUT THAT'S JUST PUTTING A HAND ON TO HELP ME STEADY A LITTLE BIT MORE.

Q.   MR. GRANT, HAVE YOU EVER COMPLAINED TO THE CITY OF SAN FRANCISCO ABOUT ANY OF THESE PROBLEMS WHEN VISITING THERE?

A.   NO, I HAVEN'T.

Q.   WHY NOT?

A.   IT'S FINE.  I MEAN, I GUESS -- FROM THIS TRIAL, I MEAN, WE'RE JUST TALKING ABOUT IT, I HONESTLY HAVE NOT FELT LIKE -- I DIDN'T FEEL LIKE I COULD.  I -- I'M NOT A RESIDENT OF SAN FRANCISCO.  SO I -- I FELT LIKE THAT IF MY -- I HONESTLY THOUGHT THAT IF I COMPLAINED, IT PROBABLY WOULD BE LOOKED OVER, 'CAUSE I'M NOT -- I DON'T LIVE IN SAN FRANCISCO.  I DIDN'T KNOW