# EXHIBIT 8

857

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BEFORE THE HONORABLE SAUNDRA BROWN ARMSTRONG, JUDGE

IVANA KIROLA, ET AL.,          )          COURT TRIAL
                               )
            PLAINTIFFS,        )          VOLUME 5
                               )
    VS.                        )          NO. C 07-03685 SBA
                               )
CITY AND COUNTY OF             )
SAN FRANCISCO, ET AL.,         )          PAGES 857 - 1076
                               )
            DEFENDANTS.        )          OAKLAND, CALIFORNIA
_____)          MONDAY, APRIL 11, 2011

TRANSCRIPT OF PROCEEDINGS

APPEARANCES:

FOR PLAINTIFFS:          SCHNEIDER WALLACE COTTRELL BRAYTON &
                            KONECKY
                         180 MONTGOMERY STREET, SUITE 2000
                         SAN FRANCISCO, CALIFORNIA  94109
                    BY:  MARK T. JOHNSON,
                         ANDREW P. LEE,
                         KIRAN PRASAD,
                         GUY B. WALLACE, ATTORNEYS AT LAW

                         BROWN POORE LLP
                         THE WATERGATE TOWERS
                         2200 POWELL STREET, SUITE 745
                         EMERYVILLE, CALIFORNIA  94608
                    BY:  SCOTT A. BROWN, ATTORNEY AT LAW

FOR DEFENDANT:           OFFICE OF THE CITY ATTORNEY
                         SIXTH FLOOR - FOX PLAZA
                         1390 MARKET STREET
                         SAN FRANCISCO, CALIFORNIA  94102
                    BY:  ERIN BERNSTEIN,
                         JAMES M. EMERY,
                         ELAINE M. O'NEIL,
                         KRISTINE A. POPLAWSKI, ATTORNEYS AT LAW

REPORTED BY:          RAYNEE H. MERCADO, CSR NO. 8258
                      DIANE E. SKILLMAN, CSR NO. 4909

          RAYNEE H. MERCADO, CSR, RMR, CRR, FCRR (510) 451-7530

997

DECHADENEDES - DIRECT / MR. BROWN

OKAY.  YOU MAY CALL YOUR NEXT WITNESS.

MR. BROWN:  PLAINTIFFS CALL AUDREY DECHADENEDES.

THE COURT:  AUDREY?

MR. BROWN:  DECHADENEDES.

THE CLERK:  PLEASE COME FORWARD AND TAKE THE WITNESS STAND.

(PAUSE IN THE PROCEEDINGS.)

THE CLERK:  WILL YOU STAND AND RAISE YOUR RIGHT HAND?

THE COURT:  IT'S FINE.  GOOD.

AUDREY DECHADENEDES,

CALLED AS A WITNESS FOR THE PLAINTIFFS, HAVING BEEN DULY SWORN, TESTIFIED AS FOLLOWS:

THE WITNESS:  YES, I DO.

THE CLERK:  PLEASE BE SEATED STATE YOUR FULL NAME FOR THE COURT AND SPELL YOUR LAST NAME.

MR. BARRY:  MY NAME IS AUDREY DECHADENEDES.  MY LAST NAME IS SPELLED D-E-C-H-A-D-E-N-E-D-E-S.

THE CLERK:  THANK YOU.

DIRECT EXAMINATION

BY MR. BROWN:

Q.   GOOD AFTERNOON, MS. DECHADENEDES.

A.   GOOD AFTERNOON.

Q.   WHERE DO YOU LIVE?

A.   I LIVE IN THE SOUTHWESTERN END OF SAN FRANCISCO NEAR LAKE

DIANE E. SKILLMAN, OFFICIAL COURT REPORTER, USDC (510) 451-2930

Kirola Trial Day 05, 110411

998

DECHADENEDES - DIRECT / MR. BROWN

MERCED.

Q.   HOW LONG HAVE YOU LIVED THERE?

A.   FOUR OR FIVE YEARS.

Q.   BEFORE THAT WHERE DID YOU LIVE?

A.   BEFORE THAT WE LIVED IN THE OUTER SUNSET, 20 -- 45TH
AVENUE AND RIVERA.

Q.   IS THAT ALSO IN SAN FRANCISCO?

A.   YES.

Q.   HOW LONG HAVE YOU LIVED IN SAN FRANCISCO CONTINUOUSLY?

A.   ABOUT 18 YEARS.

Q.   HAVE YOU PAID TAXES WHILE YOU LIVED THERE?

A.   ABSOLUTELY.

Q.   WITH WHOM DO YOU LIVE?

A.   I LIVE WITH MY DAUGHTER VALERIE.

Q.   IS VALERIE WITH US IN COURT TODAY?

A.   SHE IS.

Q.   WOULD YOU POINT HER OUT, PLEASE?

A.   SHE IS THE SMALL YOUNG LADY IN THE WHEELCHAIR.

Q.   THANK YOU.

        VALERIE HAS A DISABILITY?

A.   SHE DOES.

Q.   CAN YOU DESCRIBE THAT FOR THE COURT, PLEASE?

A.   SHE HAS A DISABILITY CALLED RETT SYNDROME WHICH PRESENTS
DIFFERENTLY WITH DIFFERENT PEOPLE WHO HAVE IT.

        FOR HER, SHE'S UNABLE TO CONTROL HER MUSCLES VERY

999

DECHADENEDES - DIRECT / MR. BROWN

WELL.  SO SHE CAN'T WALK OR TALK OR USE HER HANDS.  SHE HAS A SEIZURE DISORDER.  SHE HAS SCOLIOSIS, A PRETTY BIG CURVE IN HER SPINE.  AND SHE IS NOT ABLE TO EAT, SO SHE USES A G TUBE FOR FEEDING.

Q.   WHAT PHYSICAL LIMITATIONS DOES SHE HAVE?

A.   NOT BEING ABLE TO WALK, TALK, USE HER HANDS.  SHE NEEDS HELP WITH JUST ABOUT EVERYTHING.

Q.   HOW DO YOU COMMUNICATE WITH HER?

A.   SHE -- HER RECEPTIVE SKILLS ARE FAR BETTER THAN HER EXPRESSIVE SKILLS.  SO HER UNDERSTANDING IS QUITE GOOD.  SO I SPEAK TO HER AS I SPEAK TO ANYBODY ELSE AND SHE'S ABLE TO ANSWER ME WITH YES AND NO, WITH HER EYE GAZE.

AND WITHIN THE LAST -- UNDER A YEAR WE HAVE HAD A COMMUNICATION DEVICE THAT WE ARE WORKING WITH THAT USES EYE GAZE AS WELL.  AS SHE LEARNS TO USE IT BETTER AND I LEARN TO PROGRAM IT BETTER AND MORE TO HER NEEDS, IT'S BECOMING MORE AND MORE OF A USEFUL TOOL FOR HER TO COMMUNICATE, BUT IT'S STILL A WORK IN PROCESS.

Q.   IS THAT A COMPUTER DEVICE THAT'S ATTACHED TO HER CHAIR?

A.   YES.

Q.   WHEN DID YOU FIRST NOTICE THE SYMPTOMS YOU DESCRIBED WITH VALERIE?

A.   WE NOTICED THAT SHE WASN'T REACHING MILESTONES SOMEWHERE BETWEEN ONE AND TWO YEARS.

Q.   AT WHAT AGE WAS SHE FORMALLY DIAGNOSED?

1002

DECHADENEDES - DIRECT / MR. BROWN

ANYTHING BY ANYTHING.

Q.    WHAT OTHER AREAS IN THE CITY HAVE YOU VISITED WITH VALERIE?

A.    WE GO ALL OVER THE PLACE.  WE SPEND A LOT OF TIME IN THE OUTER SUNSET BECAUSE WE LIVED THERE A LOT AND WE HAVE FRIENDS THERE, SO WE LIKE TO GO THERE.

SHE GOES TO UC FOR SOME OF HER DOCTORS.  SHE GOES TO PARNASSUS.  SHE GOES TO MT. ZION FOR OTHER DOCTORS.  WE DO A LOT OF THINGS IN THE WEST PORTAL AREA.  SO SHE'S PRETTY MUCH ALL OVER THE PLACE.

Q.    WHILE YOU HAVE BEEN OUT WITH VALERIE IN THE CITY, HAVE YOU ENCOUNTERED ANY PHYSICAL BARRIERS OR OBSTACLES?

A.    YES, I HAVE.

Q.    WHAT TYPES?

A.    WELL, RANGING FROM PROBLEMS WITH RAMPS, CURB RAMPS THAT AREN'T THERE ON CORNERS, CORNERS WHERE THERE ARE OFTEN RAMPS IN ONE DIRECTION BUT NOT THE OTHER.  RAMPS THAT ARE IN BAD REPAIR, THAT ARE BROKEN OR THAT HAVE LIPS ON THE BOTTOM SO WE MIGHT FALL.  RAMPS THAT ARE TOO STEEP.  TREES THAT ARE CRACKED IN BAD REPAIR.  THE SIDEWALKS, SIDEWALKS THAT SLANT A LITTLE BIT SO THAT MAKES IT HARD TO CONTROL, AND CROSSWALKS THAT ARE NOT IN GOOD REPAIR EITHER SO THEY ARE BUMPY AND CRACKED.

Q.    LET ME TURN YOUR ATTENTION TO EXHIBIT 4025 IN PLAINTIFFS' DOCUMENTS.

YOU SHOULD HAVE A HARD COPY IN FRONT OF YOU AS WELL

DIANE E. SKILLMAN, OFFICIAL COURT REPORTER, USDC (510) 451-2930

Kirola Trial Day 05, 110411

1017

DECHADENEDES - DIRECT / MR. BROWN

Q.   I THINK THAT IS GOOD FOR NOW WE CAN FINISH UP IN THE CHAIR.

(WITNESS RESUMES WITNESS STAND.)

WE MENTIONED A FEW SPECIFIC SITES.  ARE THERE ANY OTHER PLACES IN SAN FRANCISCO WHERE YOU'VE ENCOUNTERED OBSTACLES WITH VALERIE?

A.   WE HAVE SOME PROBLEMS IN THE WEST PORTAL AREA, A NEIGHBORHOOD WE GO TO A LOT.  THERE ARE ACTUALLY BEAUTIFULLY BUILT RAMPS BUT SOME OF THEM DO HAVE THAT LIP AT THE BOTTOM OF THEM AND THE CROSSWALKS ARE IN VERY BAD REPAIR.  THE STREET SLANTS SIDEWAYS IN A LOT OF PLACES AS WELL.

Q.   HOW DO THESE BARRIERS IMPACT YOU AND VALERIE ON A DAILY BASIS?

A.   WELL, THEY MAKE ME HAVE TO PAY A HUNDRED AND FIVE PERCENT ATTENTION ALL THE TIME AND THEY MAKE ME HAVE TO STAY STRONG.  I HAVE TO WORK OUT SO THAT I CAN TAKE CARE OF HER.  AND THEY MAKE ME HAVE TO THINK REALLY HARD BEFORE I TAKE HER ANY PLACE BECAUSE I HAVE TO PLAN OUT WHETHER I CAN ACTUALLY PARK, WHETHER I CAN GET HER FROM WHERE I CAN PARK TO WHERE WE NEED TO BE IT AND IT MEANS SOMETIMES WE DON'T GO PLACES.

Q.   WHY IS THAT IMPORTANT OR NOT IMPORTANT?

A.   I THINK IT'S VERY IMPORTANT THAT MY DAUGHTER BE PART OF THE COMMUNITY, THAT SHE HAVE ACCESS TO THE SAME ACTIVITIES AND SITES THAT EVERYBODY ELSE DOES, AND I FEEL BAD WHEN I LEAVE HER AT HOME.

DIANE E. SKILLMAN, OFFICIAL COURT REPORTER, USDC (510) 451-2930

Kirola Trial Day 05, 110411

1018

DECHADENEDES - CROSS / MS. POPLAWSKI

Q.    HAVE YOU OBSERVED VALERIE'S REACTIONS DURING ONE OF THE SCARIER MOMENTS WHEN YOU'RE CROSSING OR NAVIGATING A CURVE?

A.    WHEN WE CATCH ON SOMETHING AND IT SEEMS LIKE IT'S ALMOST GOING TO TIP, SHE GETS VERY FRIGHTENED AND SHE THROWS HER ARMS UP A LITTLE BIT LIKE A STARTLED REFLEX AND SOMETIMES SHE'LL SHOUT OR CRY.

Q.    DO YOU BELIEVE YOU HAVE -- YOU AND VALERIE HAVE FULL AND EQUAL ACCESS TO THE CITY'S PROGRAMS?

A.    IN THEORY WE DO, BUT IN ACTUALITY WE CAN'T GET EVERYWHERE. WE CAN'T GET EVERYWHERE SAFELY.

Q.    WHY DID YOU AGREE TO TESTIFY TODAY?

A.    BECAUSE I WOULD LIKE TO SEE THAT CHANGED.  I WOULD LIKE TO SEE THE CITY'S ATTRACTIONS MADE AVAILABLE TO EVERYBODY.  I WOULD LIKE TO SEE THE STREETS MORE SAFE AND I WOULD LIKE TO SEE IT DONE IN A TIMELY FASHION.

MR. BROWN:  THANK YOU, MA'AM.

THAT'S ALL, YOUR HONOR.

THE COURT:  OKAY.  THANK YOU.

CROSS-EXAMINATION?

MS. POPLAWSKI:  YES, YOUR HONOR.

CROSS-EXAMINATION

(EXHIBIT DISPLAYED ON SCREEN.)

BY MS. POPLAWSKI:

Q.    GOOD AFTERNOON, MS. DECHADENEDES.

AM I SAYING THAT CORRECTLY?

DIANE E. SKILLMAN, OFFICIAL COURT REPORTER, USDC (510) 451-2930