# EXHIBIT 9

857

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BEFORE THE HONORABLE SAUNDRA BROWN ARMSTRONG, JUDGE

IVANA KIROLA, ET AL.,          )          COURT TRIAL
                               )
          PLAINTIFFS,          )          VOLUME 5
                               )
   VS.                         )          NO. C 07-03685 SBA
                               )
CITY AND COUNTY OF             )
SAN FRANCISCO, ET AL.,         )          PAGES 857 - 1076
                               )
          DEFENDANTS.          )          OAKLAND, CALIFORNIA
_____)          MONDAY, APRIL 11, 2011

                    TRANSCRIPT OF PROCEEDINGS

APPEARANCES:

FOR PLAINTIFFS:          SCHNEIDER WALLACE COTTRELL BRAYTON &
                             KONECKY
                        180 MONTGOMERY STREET, SUITE 2000
                        SAN FRANCISCO, CALIFORNIA  94109
                   BY:  MARK T. JOHNSON,
                        ANDREW P. LEE,
                        KIRAN PRASAD,
                        GUY B. WALLACE, ATTORNEYS AT LAW

                        BROWN POORE LLP
                        THE WATERGATE TOWERS
                        2200 POWELL STREET, SUITE 745
                        EMERYVILLE, CALIFORNIA  94608
                   BY:  SCOTT A. BROWN, ATTORNEY AT LAW

FOR DEFENDANT:          OFFICE OF THE CITY ATTORNEY
                        SIXTH FLOOR - FOX PLAZA
                        1390 MARKET STREET
                        SAN FRANCISCO, CALIFORNIA  94102
                   BY:  ERIN BERNSTEIN,
                        JAMES M. EMERY,
                        ELAINE M. O'NEIL,
                        KRISTINE A. POPLAWSKI, ATTORNEYS AT LAW

REPORTED BY:          RAYNEE H. MERCADO, CSR NO. 8258
                      DIANE E. SKILLMAN, CSR NO. 4909

          RAYNEE H. MERCADO, CSR, RMR, CRR, FCRR (510) 451-7530

Kirola Trial Day 05, 110411

1028

CHERRY - DIRECT / MR. WALLACE

IS SHE IN THE COURTROOM?

MR. WALLACE:  SHE MIGHT BE OUTSIDE.

THE COURT:  MR. LEE IS GOING TO GET HER?

THE CLERK:  MS. CHERRY, WILL YOU COME FORWARD AND TAKE THE WITNESS STAND?

RIGHT HERE.

STAND AND RAISE YOUR RIGHT HAND.

MARGIE CHERRY,

CALLED AS A WITNESS FOR THE PLAINTIFFS, HAVING BEEN DULY SWORN, TESTIFIED AS FOLLOWS:

THE WITNESS:  I DO.

THE CLERK:  PLEASE BE SEATED.

PLEASE STATE YOUR FULL NAME FOR THE COURT AND SPELL YOUR LAST NAME.

THE WITNESS:  MARGIE CHERRY, LIKE THE FRUIT. C-H-E-R-R-Y.

THE CLERK:  THANK YOU.

DIRECT EXAMINATION

BY MR. WALLACE:

Q.   GOOD AFTERNOON, MRS. CHERRY.

A.   GOOD AFTERNOON.

Q.   WHERE DO YOU LIVE?

A.   I LIVE IN SAN FRANCISCO.  IN THE BAYVIEW HUNTER'S POINT DISTRICT.

Q.   HOW LONG HAVE YOU LIVED THERE?

DIANE E. SKILLMAN, OFFICIAL COURT REPORTER, USDC (510) 451-2930

Kirola Trial Day 05, 110411

1029

CHERRY - DIRECT / MR. WALLACE

A.   EIGHTEEN YEARS.

Q.   WHO DO YOU LIVE WITH?

A.   MY HUSBAND AND MY DAUGHTER.

Q.   OKAY.  WHAT IS YOUR HUSBAND'S NAME?

A.   JOHNNY CHERRY.

Q.   OKAY.  AND WHAT IS YOUR DAUGHTER'S NAME?

A.   ESTORIA CHERRY.

Q.   HAVE YOU LIVED IN OTHER PARTS OF SAN FRANCISCO?

A.   BAYVIEW HUNTER'S POINT.

Q.   IS THERE A STREET THAT YOU LIVE ON?

A.   I LIVE ON PROGRESS STREET.

Q.   OKAY.  WHAT DO YOU DO FOR A LIVING?

A.   I AM RETIRED, BUT MY PROFESSION IS COMMUNITY HEALTH WORKER.

Q.   ARE YOU STILL DOING THAT?

A.   I'M RETIRED, BUT I AM A COMMUNITY ACTIVIST.

Q.   DO YOU HAVE A DISABILITY?

A.   I DO.  I HAVE CHRONIC ARTHRITIS.

Q.   HOW LONG HAVE YOU HAD THAT?

A.   CHRONIC STATE ABOUT 11 YEARS.

Q.   AND COULD YOU DESCRIBE THAT CONDITION FOR THE COURT, PLEASE?

A.   IT'S VERY PAINFUL.  ALL I CAN TELL YOU.  SWELLING AND PAIN.

Q.   DOES IT LIMIT YOUR MOBILITY?

DIANE E. SKILLMAN, OFFICIAL COURT REPORTER, USDC (510) 451-2930

Kirola Trial Day 05, 110411

1030

CHERRY - DIRECT / MR. WALLACE

A.    IT DOES.

Q.    OKAY.  COULD YOU TELL US HOW IT LIMITS YOUR MOBILITY?

A.    MY ABILITY TO LIKE CLIMB STAIRS, SLOPES, ANYTHING THAT WILL CAUSE MY KNEES TO HAVE TO FLEX.

Q.    HOW FAR CAN YOU WALK?

A.    IF IT IS A STRAIGHT PATH, MAYBE A HALF BLOCK WITHOUT A LOT OF TROUBLE.

Q.    WHAT HAPPENS AFTER HALF A BLOCK?

A.    ARTHRITIS IS VERY PAINFUL AND IT LIMITS YOUR ABILITY TO WALK FAR.  IT'S NOT ONLY MY KNEES, I HAVE CHRONIC ARTHRITIS ALL OVER.

Q.    IS THAT THROUGHOUT YOUR BODY?

A.    YES.

Q.    AFTER YOU GO HALF A BLOCK, DO YOU HAVE TO REST?

A.    I USUALLY STOP SO THAT I CAN CONTINUE WITHOUT AS MUCH PAIN.

Q.    HOW LONG DO YOU STOP FOR?

A.    IT DEPENDS ON THE DEGREE OF PAIN.

Q.    OKAY.

A.    MAYBE 15 MINUTES OR MORE.  IT DEPENDS.

Q.    IS THERE SOMETHING THAT YOU USE TO HELP WITH YOUR MOBILITY?

A.    I USE A CANE.

Q.    DO YOU HAVE A BLUE PLACARD FOR YOUR CAR FROM THE STATE OF CALIFORNIA?

DIANE E. SKILLMAN, OFFICIAL COURT REPORTER, USDC (510) 451-2930

Kirola Trial Day 05, 110411

1031

CHERRY - DIRECT / MR. WALLACE

A.   YES, I DO.

Q.   HOW OLD ARE YOU, MRS. CHERRY?

A.   I AM 68.

Q.   DO YOU HAVE ANYONE ELSE IN YOUR FAMILY WHO HAS A
DISABILITY?

A.   MY HUSBAND AND MY DAUGHTER.

Q.   HOW ABOUT YOUR HUSBAND, WHAT IS HIS DISABILITY?

A.   HE HAS A SPINE DETERIORATION.

Q.   OKAY.   AND HOW ABOUT ESTORIA?

A.   CEREBRAL PALSY.

Q.   DOES SHE USE A MOBILITY AID?

A.   SHE CAN ONLY WALK WITH THE WALKER.

Q.   WITH RESPECT TO THE SIDEWALKS ON PROGRESS STREET, ARE
THERE ANY PROBLEMS WITH THOSE THAT YOU EXPERIENCE?

A.   ON PROGRESS STREET ITSELF, WE ARE ALL RIGHT, BUT IT'S IN A
CUL-DE-SAC.

Q.   OKAY.

A.   SO TO GET OUT, I -- OUR PATH OF TRAVEL WOULD BE TO WHITNEY
YOUNG AND PROGRESS, WHICH IS FROM MY DOOR ABOUT A HALF A BLOCK.

Q.   ARE THERE ANY PROBLEMS AT THE CORNER OF PROGRESS AND
WHITNEY YOUNG?

A.   THAT'S WHERE THEY START FOR US LEAVING HOME.

THE CURB, THERE'S A CURB RAMP THERE BUT ALSO THERE'S
A MULTITUDE OF PROBLEMS.  WE HAVE THE UNEVEN SIDEWALKS.  WE
HAVE CRACKS IN THE SIDEWALK.  WE HAVE TREE ROOTS GROWING UP OUT

CHERRY - DIRECT / MR. WALLACE

OF THE GROUND.

Q.   WHEN YOU ARE GOING DOWN THE -- OR UP THE CURB RAMP AT PROGRESS AND WHITNEY YOUNG, IS THERE ANY LIP THAT CAUSES YOU A PROBLEM THERE?

A.   WELL, YOU HAVE TO WATCH BECAUSE THE CURB RAMP IS NOT FLUSH, IT'S TILTED.  AND IT HAS LIKE A LIP ON IT THAT YOU HAVE TO MAKE SURE YOUR SHOES DON'T CATCH ON AND MAKE YOU FALL.

Q.   ABOUT HOW TALL IS THAT LIP?

A.   WELL, I DON'T KNOW HOW TO DESCRIBE IT AS HOW TALL IT IS.  I SEE IT AS HOW DANGEROUS IT IS FOR ME.

Q.   UH-HUH.

A.   IT'S ENOUGH TO CAUSE ME A PROBLEM.

Q.   UH-HUH.  AND WHAT PROBLEM DOES IT CAUSE YOU WHEN YOU TRY TO GO OVER THAT?

A.   WELL, I MOST CERTAINLY HAVE TO BEND MY LEGS, YOU KNOW, TO GET ACROSS SAFELY.  THAT'S A PROBLEM FOR ME.  AND JUST THAT UNCERTAINTY BECAUSE IT IS OFF BALANCE.

Q.   WHEN YOU TALK ABOUT THE SIDEWALK BEING UNEVEN, WHAT DO YOU MEAN BY THAT?

A.   IT'S CRACKED AND IT'S UNEVEN.

Q.   DOES IT HAVE A GRADIENT TO IT?  IS IT TILTED TO ONE SIDE?

A.   IT IS TILTED IN SOME AREAS.  IT IS VERY TILTED.

Q.   IS IT TILTED TOWARD THE STREET?

A.   IT'S ON THE STREET SIDE.  SO WHERE IT IS, IF YOU'RE A PERSON WITH A DISABILITY AND YOUR BALANCE IS NOT SURE, IT'S