# EXHIBIT 10

1296

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BEFORE THE HONORABLE SAUNDRA BROWN ARMSTRONG, JUDGE

IVANA KIROLA, ET AL.,           )        COURT TRIAL
                                )
            PLAINTIFFS,         )        VOLUME 6
                                )
    VS.                         )        NO. C 07-03685 SBA
                                )
CITY AND COUNTY OF              )
SAN FRANCISCO, ET AL.,          )        PAGES 1296 - 1467
                                )
            DEFENDANTS.         )        OAKLAND, CALIFORNIA
_____)    WEDNESDAY, APRIL 20, 2011

                    TRANSCRIPT OF PROCEEDINGS

APPEARANCES:

FOR PLAINTIFFS:          SCHNEIDER WALLACE COTTRELL BRAYTON &
                            KONECKY
                         180 MONTGOMERY STREET, SUITE 2000
                         SAN FRANCISCO, CALIFORNIA  94109
                    BY:  MARK T. JOHNSON,
                         GUY B. WALLACE, ATTORNEYS AT LAW


FOR DEFENDANT:           OFFICE OF THE CITY ATTORNEY
                         SIXTH FLOOR - FOX PLAZA
                         1390 MARKET STREET
                         SAN FRANCISCO, CALIFORNIA  94102
                    BY:  JAMES M. EMERY,
                         ELAINE M. O'NEIL, ATTORNEYS AT LAW


REPORTED BY:          RAYNEE H. MERCADO, CSR NO. 8258

                      DIANE E. SKILLMAN, CSR NO. 4909




        RAYNEE H. MERCADO, CSR, RMR, CRR, FCRR (510) 451-7530

1380

WATERS - REDIRECT / JOHNSON

IVANA KIROLA,

CALLED AS A WITNESS FOR THE PLAINTIFFS, HAVING BEEN DULY SWORN,

TESTIFIED AS FOLLOWS:

THE CLERK:  OKAY.  YOU CAN LOWER YOUR HAND.

PLEASE STATE YOUR FULL NAME FOR THE COURT AND SPELL

YOUR LAST NAME.

THE WITNESS:  MY NAME IS IVANA KIROLA.  MY LAST NAME

IS SPELLED K-I-R-O-L-A.

THE CLERK:  THANK YOU.

DIRECT EXAMINATION

BY MR. WALLACE:

Q.   OKAY.  GOOD MORNING, MS. KIROLA.  WHERE DO YOU LIVE?

A.   I LIVE IN THE WESTERN ADDITION ON 926 FILLMORE STREET,

APARTMENT 309.

Q.   HOW LONG HAVE YOU LIVED THERE?

A.   I LIVED THERE SINCE FEBRUARY 1998.

Q.   OKAY.  AND HOW LONG HAVE YOU LIVED IN SAN FRANCISCO?

A.   I LIVED THERE FOR A LITTLE OVER 17 AND A HALF YEARS.

Q.   OKAY.  ARE YOU ENROLLED AS A STUDENT ANYWHERE, RIGHT NOW,

MS. KIROLA?

A.   YES, I GO TO SAN FRANCISCO STATE UNIVERSITY TAKING ONE

GRADUATE CLASS IN COUNSELING.

Q.   OKAY.  DO YOU LIVE ALONE, MS. KIROLA?

A.   YES, I DO.

Q.   DO YOU HAVE ANY DISABILITIES?

RAYNEE H. MERCADO, CSR, RMR, CRR, FCRR (510) 451-7530

Kirola Trial Day 07, 110420

1381

KIROLA - DIRECT / WALLACE

A.   YES I DO.  I HAVE CEREBRAL PALSY, WHICH LIMITS MY MOBILITY, AND SO I USE A POWER CHAIR MOST OF THE TIME BECAUSE OF THAT.  AND I'M LEGALLY BLIND AND HAVE SPEECH IMPEDIMENT.

Q.   OKAY.

ARE THERE PLACES THAT YOU GO IN YOUR NEIGHBORHOOD IN YOUR POWER CHAIR?

A.   YES.

Q.   OKAY.  COULD YOU JUST --

A.   I --

Q.   COULD YOU DESCRIBE SOME OF THOSE FOR US, PLEASE?

A.   SURE.  I GO TO -- TO SAFEWAY AND THE POST OFFICE AND HAMILTON POOL.  AND I GO TO JAPANTOWN SOMETIMES.  AND I GO -- NOT IN MY IMMEDIATE NEIGHBORHOOD BUT IN THE SURROUNDING NEIGHBORHOOD TO THE DENTIST, AND I ENCOUNTER BARRIERS EVERYWHERE I GO.

Q.   OKAY.  WHEN YOU REFER TO "BARRIERS," WHAT DO YOU MEAN BY THAT?

A.   I MEAN BUMPS IN THE SIDEWALK WHERE -- WHERE IT'S UPLIFTED BY TREE ROOTS, AND AREAS IN THE SIDEWALK THAT I CAN'T GO DOWN, STEEP CURB CUTS.  AND IT'S VERY FRUSTRATING TO -- TO ENCOUNTER THOSE BARRIERS.

I FEEL LIKE A COWGIRL (SIC) SOMETIMES, BUT I -- I GOT TO CARRY ON WITH MY LIFE.

Q.   ARE THERE PARTICULAR LOCATIONS IN YOUR NEIGHBORHOOD WHERE YOU HAVE PROBLEMS WITH THE TYPES OF BUMPS IN THE SIDEWALK THAT

RAYNEE H. MERCADO, CSR, RMR, CRR, FCRR (510) 451-7530

Kirola Trial Day 07, 110420

1382

KIROLA - DIRECT / WALLACE

YOU JUST REFERRED TO?

A.    YES.   YES.   I -- I DIDN'T MENTION BEFORE THAT I ALSO GO TO ALAMO SQUARE PARK, WHICH IS NEAR MY APARTMENT, AND I -- I ALSO GO TO THE WESTERN ADDITION LIBRARY ON OCCASION.  AND THE PROBLEMS I HAVE WITH GOING TO ALAMO SQUARE PARK IS IT'S MORE EXPEDITIOUS TO TRAVEL -- TRAVEL ON THE -- ON THE WEST SIDE OF FULTON THAN THE EAST SIDE, BECAUSE THE EAST SIDE IS -- IS FULL OF BUMPS THAT MY CHAIR -- MY CHAIR HESITATES ON, AND THEN I GOT TO SPEND EXTRA TIME DECIDING WHERE I'M GOING TO GO, SIMILAR TO THE ISSUE I HAD WITH THE WITNESS -- THE WITNESS RAMP FOR PEOPLE WHO USE WHEELCHAIRS HERE.

SO -- I DON'T KNOW IF THAT'S AN EXPLICIT ENOUGH DESCRIPTION.

AND THE WEST SIDE OF FULTON I'M REFERRING TO IS BETWEEN MCALLISTER -- NO, EXCUSE ME -- BETWEEN FILLMORE AND -- AND STEINER, AND THERE'S ALSO AN AREA ON STEINER BETWEEN GROVE AND FULTON THAT I CANNOT GO DOWN THE SIDEWALK BECAUSE IT'S FULL OF UNEVEN SURFACES AND MY CHAIR REFUSES TO GO DOWN THAT WAY.

(CONTINUED NEXT PAGE; NOTHING OMITTED.)

RAYNEE H. MERCADO, CSR, RMR, CRR, FCRR (510) 451-7530

1383

KIROLA - DIRECT / MR. WALLACE

BY MR. WALLACE:

Q.    OKAY.

HAVE YOU EVER GOTTEN STUCK BECAUSE OF PROBLEMS THAT YOU'VE ENCOUNTERED IN THE SIDEWALK?

A.    YES, I HAVE.  I HAVE GOTTEN STUCK MOST RECENTLY LAST OCTOBER.  I WAS GETTING OFF THE BUS AND THERE IS A TREE PLANTER AREA ON MC ALLISTER.  IT'S ON THE....  IT'S ON THE SOUTH SIDE OF MC ALLISTER BETWEEN FULTON -- BETWEEN WESTERN FILLMORE, BUT CLOSER TO THE CORNER OF FILLMORE.  AND I GOT -- I ACCIDENTALLY RAN INTO THIS HOLE AROUND THE TREE.  AND THAT'S ABOUT MAYBE MORE THAN AN INCH OF A DROPOFF, AND I NEEDED TO HAVE ASSISTANCE FROM A PASSERBY TO GET ME OUT.

AND AFTER THAT I DISCOVERED, MUCH TO MY DISMAY, THAT MY BACK HANDLE TO MY WHEELCHAIR WAS BENT SO THAT CAUSED MY BACK CUSHION TO BE SEPARATED FROM THE BACK HANDLE AND, IN FACT, DENT MY BACK SUPPORT.  AND I HAD TO GO TO THE WHEELCHAIR REPAIR SHOP AND GET THE TECHNICIAN TO BEND THE HANDLE BACK.  AND IT WAS A HARDSHIP FOR ME.

Q.    OKAY.  HAVE YOU HAD ANY PROBLEMS WITH CURB RAMPS IN YOUR NEIGHBORHOOD?

A.    YES, I HAVE.  I WROTE A LETTER TO MOD AND CC'D IT TO MY DISTRICT SUPERVISOR.  AND THE LETTER ADDRESSED TO MOD CAME BACK TO ME, BUT THE LETTER ADDRESSED TO THE SUPERVISOR WAS RESPONDED TO.  THAT WAS ROSS MIRKARIMI'S OFFICE.  AND HIS OFFICE SAID THAT THE MISSING CURB CUTS WOULD BE TAKEN CARE OF AS PART OF A

1384

KIROLA - DIRECT / MR. WALLACE

PROPOSITION FOR SOME RENOVATION.  AND I WAS UPSET BY THAT BECAUSE ACCORDING TO WHAT I KNOW IS BASED ON THE LAW AND ADAAG 504 AND IT SHOULDN'T BE DEPENDENT ON SOME FINDING THAT GOES TO VOTERS.  ACCESS ISN'T A VOTING ISSUE, ACCORDING TO MY KNOWLEDGE.

Q.  OKAY.  WHEN DID YOU WRITE ABOUT THE CURB RAMPS?

A.  I WROTE IN 2006, IN JULY, AND WASN'T FIXED UNTIL APRIL OF 2008.  THOSE MISSING CURB RAMPS WERE AFFECTING MY MOBILITY AROUND TO GET TO A FRIEND'S HOUSE.  SO I HAD TO MAKE A CONSCIOUS EFFORT TO TAKE A DIFFERENT ROUTE.

Q.  OKAY.  ARE THERE STILL CURB RAMPS THAT YOU HAVE TROUBLE WITH IN YOUR NEIGHBORHOOD?

A.  YES.  SOME OF THEM ARE STEEP AND SOME OF THEM ARE NOT. THE RAMPS, THE RAMP, THE CURB RAMP ON MC ALLISTER AND FILLMORE ON THE -- I AM TRYING TO THINK, SOUTHWEST SIDE, I GENERALLY GET OFF THE BUS ON THE NORTHWEST SIDE AND HAVE TO CROSS BOTH DIRECTIONS FROM THE SOUTHWEST SIDE, AND THERE'S ONLY ONE CURB RAMP.  AND THAT LEAVES ME IN THE STREET MOST OF THE TIME BECAUSE I WANT TO BE READY TO CROSS AT THE LIGHT INSTEAD OF USING THE CURB RAMP THAT'S DIRECTED TOWARDS THE, TOWARDS CROSSING TO THE NORTHEAST SIDE OF FILLMORE.

AND I GET ASKED BY PASSERSBY SOMETIMES, "AM I OKAY?" I SAY, "YEAH, I'M OKAY."  BUT I DON'T KNOW WHAT THEIR IMPRESSION IS BECAUSE MY SPEECH IMPAIRMENT, AND I USUALLY USE A CANE, BUT WHEN I'M CROSSING STREETS AND TO LET PEOPLE KNOW THAT

DIANE E. SKILLMAN, OFFICIAL COURT REPORTER, USDC (510) 451-2930

Kirola Trial Day 07, 110420

1385

KIROLA - DIRECT / MR. WALLACE

I AM PHYSICALLY IMPAIRED, AND SO I JUST GO ON WITH MY LIFE THAT WAY.

Q.   OKAY.  WHEN YOU GO TO ALAMO SQUARE PARK, DO YOU HAVE ANY TROUBLE USING THE PARK?

A.   THE ACCESSIBLE ENTRANCE IS STEEP TO USE.  I NEED TO BE CAUTIOUS ABOUT WHERE I DECIDE TO USE THE RAMP BECAUSE THE RAMP, THE ENTRANCE RAMP IS ON A CORNER AND IT HAS A STEEPER SLOPE AT ANY GIVEN POINT ON THE RAMP.

Q.   WHAT PROBLEMS DOES THAT CAUSE YOU?

A.   IF I GO UP THE RAMP AT THE WRONG ANGLE, I COULD SLIDE BACK OR DO A WHEELIE IN MY CHAIR.

Q.   OKAY.  ARE THERE PARTS OF ALAMO SQUARE PARK THAT YOU CAN'T USE?

A.   YES.  I AM NOT ABLE TO GET IN THE CHILDREN'S PLAY AREA WITH MY CHAIR.  AND THERE IS SOME PLACES WHERE THE SLOPE OF THE PATHS ARE STEEP SO IT IS HARD TO USE THOSE AREAS AT THE PARK.

Q.   DO YOU EVER HAVE OCCASION TO GO TO YOUR NEIGHBORHOOD BRANCH LIBRARY?

A.   YES.

Q.   OKAY.  ABOUT HOW OFTEN DO YOU DO THAT?

A.   I'D SAY MAYBE EVERY ONCE EVERY TWO MONTHS.

Q.   DO YOU HAVE ANY PROBLEMS USING THE WESTERN EDITION BRANCH LIBRARY?

A.   THE PATH OF TRAVEL ALONG GEARY FROM FILLMORE IS BUMPY AND -- BUT IN THE LIBRARY, I MOST OFTEN HAVE TROUBLE WITH THE

DIANE E. SKILLMAN, OFFICIAL COURT REPORTER, USDC (510) 451-2930

1386

KIROLA - DIRECT / MR. WALLACE

STOOLS AND THE STACKS IF PEOPLE LEAVE THEM THERE.  I CANNOT GO DOWN THE AISLE AND I HAVE TO BACK OUT, WHICH CAUSES PROBLEMS BECAUSE I DON'T DO THAT WELL IN MANEUVERING IN REVERSE.  AND I HAVE WORRIES THAT I CAN KNOCK DOWN BOOKS AND SITUATIONS SUCH AS THAT.

Q.   HOW OFTEN HAVE YOU ENCOUNTERED STOOLS OR OBSTACLES LEFT IN THE STACKS AT THE LIBRARY?

A.   ABOUT 40 PERCENT OF THE TIME.  AND IT DOESN'T ONLY HAPPEN IN THE WESTERN EDITION LIBRARY, IT HAPPENS IN THE MAIN LIBRARY WHERE I GO OR ANY OTHER LIBRARY MOST OFTEN THE PARKSIDE LIBRARY OR THE MAIN LIBRARY.

Q.   OKAY.  HAVE YOU HAD ANY PROBLEMS USING THE CITY SWIMMING POOLS?

A.   YES, I DO.

BEFORE THE RENOVATIONS, IT WAS MORE DIFFICULT, EVEN NOW IT'S DIFFICULT BECAUSE ROSSI POOL IS NOT ACCESSIBLE.  I WAS TOLD NOT TO GO THERE BY AN EMPLOYEE AND I WAS TOLD BY A FELLOW PERSON, A FRIEND THAT USES A POWER CHAIR, THAT IT WAS DIFFICULT TO GET IN THE POOL.

Q.   WHICH POOL HAVE YOU USED MOST RECENTLY?

A.   HAMILTON OR SAVA.  I HAVE BEEN TO BOTH LAST WEEK.

Q.   DID YOU HAVE ANY PROBLEMS TRYING TO USE SAVA POOL?

A.   NOT INSIDE.  THE RENOVATION WAS GOOD, BUT ON THE OUTSIDE, I HAVE TO CATCH THE BUS ON THE EAST SIDE OF 19TH AVENUE BETWEEN BALBOA AND -- I AM SORRY TO SAY I DON'T KNOW THE NAME OF THIS

DIANE E. SKILLMAN, OFFICIAL COURT REPORTER, USDC (510) 451-2930

1387

KIROLA - DIRECT / MR. WALLACE

STREET WHERE THE BUS STOP IS, BUT IT'S ONE BLOCK -- WAIT, WAIT.

THE POOL IS ON WAWONA AND 19TH AND THE BUS STOP IS ONE BLOCK NORTH, NORTHEAST ON 19TH.  AND THE SIDEWALK WAS REALLY CRACKED UP ON THE EAST SIDE OF 19TH.  AND IT WAS INTERESTING BECAUSE RECENTLY THEY DID SO MUCH WORK ON SAVA POOL.  I WAS THERE WHEN THERE WAS MORE RENOVATION.  AND IT WAS -- IT HAS NARROW WOMEN'S LOCKER ROOM AND NO ACCESSIBLE REST ROOM AND NO ACCESSIBLE SHOWER.

SO, I THINK THAT WAS BACK IN 2007, BUT POST-ADAAG.

Q.   HOW DID THE CRACKS ON THE SIDEWALK MAKE IT MORE DIFFICULT FOR YOU TO GET TO THE POOL?

A.   IT WAS AFTERWARDS I JUST DIDN'T KNOW WHERE TO GO TO AVOID THE BUMPS.  I HAD TO TAKE THE BUS.

Q.   ARE THERE ANY THINGS THAT YOU CAN'T USE AT THE HAMILTON POOL?

A.   I CAN'T USE THE SLIDE.  AND I KNOW THAT IS INTENDED FOR CHILDREN, BUT I WOULD LIKE TO TRY IT AT LEAST ONCE.  I DON'T KNOW IF THEY LET ADULTS TRY IT.

Q.   IS THERE ANY WAY TO USE THE SLIDE?

A.   THERE IS NO LIFT TO IT, SO I CAN'T GET ON THERE WITHOUT WALKING, WALKING UP THE STAIRS.

Q.   OKAY.  HOW DO THE PROBLEMS THAT YOU'VE DESCRIBED MAKE YOU FEEL?

A.   THEY MAKE ME FEEL DISCRIMINATED AGAINST.  AND I AM SO FRUSTRATED THAT THE CITY AND COUNTY HASN'T DONE WHAT IT NEEDS

DIANE E. SKILLMAN, OFFICIAL COURT REPORTER, USDC (510) 451-2930

1388

KIROLA - CROSS / MR. EMERY

TO DO.  THEY COULD HAVE AVOIDED THIS WHOLE TRIAL IF -- I THINK IF THEY WERE MORE -- IF THEY DID MORE PLANNING ABOUT SATISFYING THE ADAAG REGULATIONS.

I HAVE TWO MORE QUICK THINGS I WOULD LIKE TO ADD ABOUT THE POOLS.  THERE IS BALBOA POOL WHICH HAS A STEEP RAMP AND NO ACCESSIBLE LOCKER ROOMS.  THEY'RE REALLY NARROW TO USE.

AND ALSO GARFIELD HAS NARROW LOCKER ROOMS AND NO ACCESSIBLE REST ROOMS.  THEY ARE VERY NARROW.  AND THE ATTEMPTED ACCESS FOR THE REST ROOMS IS PUTTING A BAR IN THE STALL.  AND YOUR WHEELCHAIR CAN GET IN FRONT OF THE STALL, BUT THERE IS NOT SUFFICIENT ROOM TO CLOSE THE DOOR.

AND IT'S THAT WAY WITH GARFIELD, BALBOA.  AND GARFIELD AND BALBOA, TO MY KNOWLEDGE, AND ALSO A STEEP FRONT ENTRANCE AT BALBOA.  THEY HAVE LIFTS TO THE POOL, BUT THEY DON'T HAVE SUFFICIENT ACCESS AROUND THE LOCKER ROOMS OR IN ORDER TO GET IN THE POOL.  I MEAN, YOU CAN GET IN THE PHYSICAL POOL, BUT YOU CAN'T GET IN THE ENTRANCE COMFORTABLY AT BALBOA.

MR. WALLACE:  PLAINTIFFS HAVE NOTHING FURTHER AT THIS TIME.

THE COURT:  OKAY, THANK YOU.  MR. --

CROSS-EXAMINATION?

MR. EMERY:  YES.  THANK YOU, YOUR HONOR.

CROSS-EXAMINATION

BY MR. EMERY:

Q.  GOOD MORNING, MS. KIROLA.

DIANE E. SKILLMAN, OFFICIAL COURT REPORTER, USDC (510) 451-2930