# EXHIBIT 13

1661

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BEFORE THE HONORABLE SAUNDRA BROWN ARMSTRONG, JUDGE

IVANA KIROLA, ET AL.,          )          COURT TRIAL
                               )
              PLAINTIFFS,      )          VOLUME 9
                               )
    VS.                        )          NO. C 07-03685 SBA
                               )
CITY AND COUNTY OF             )
SAN FRANCISCO, ET AL.,         )          PAGES 1661 - 1887
                               )
              DEFENDANTS.      )          OAKLAND, CALIFORNIA
_____)          FRIDAY, APRIL 22, 2011

                    TRANSCRIPT OF PROCEEDINGS

APPEARANCES:

FOR PLAINTIFFS:          SCHNEIDER WALLACE COTTRELL BRAYTON &
                             KONECKY
                         180 MONTGOMERY STREET, SUITE 2000
                         SAN FRANCISCO, CALIFORNIA  94109
                     BY: MARK T. JOHNSON,
                         ANDREW P. LEE,
                         KIRAN PRASAD,
                         GUY B. WALLACE, ATTORNEYS AT LAW

                         BROWN POORE LLP
                         THE WATERGATE TOWERS
                         2200 POWELL STREET, SUITE 745
                         EMERYVILLE, CALIFORNIA  94608
                     BY: SCOTT A. BROWN, ATTORNEY AT LAW

FOR DEFENDANT:           OFFICE OF THE CITY ATTORNEY
                         SIXTH FLOOR - FOX PLAZA
                         1390 MARKET STREET
                         SAN FRANCISCO, CALIFORNIA  94102
                     BY: ERIN BERNSTEIN,
                         JAMES M. EMERY,
                         ELAINE M. O'NEIL,
                         KRISTINE A. POPLAWSKI, ATTORNEYS AT LAW

REPORTED BY:          RAYNEE H. MERCADO, CSR NO. 8258
                      DIANE E. SKILLMAN, CSR NO. 4909

        RAYNEE H. MERCADO, CSR, RMR, CRR, FCRR (510) 451-7530

1740

MIZNER - CROSS (RESUMED) / JOHNSON

FORWARD.

THE WITNESS:  YES, THANK YOU.

THE CLERK:  PLEASE STAND AND RAISE YOUR RIGHT HAND.

CARLA J. JOHNSON,

CALLED AS A WITNESS FOR THE DEFENDANTS, HAVING BEEN DULY SWORN,

TESTIFIED AS FOLLOWS:

THE CLERK:  PLEASE BE SEATED.

THE WITNESS:  THANK YOU.

THE CLERK:  PLEASE STATE YOUR FULL NAME FOR THE

COURT AND SPELL YOUR LAST NAME.

THE WITNESS:  YES.  MY FULL NAME IS CARLA JEAN

JOHNSON, AND THE LAST NAME IS SPELLED J-O-H-N-S-O-N.

THE CLERK:  THANK YOU.

DIRECT EXAMINATION

BY MR. EMERY:

Q.   GOOD MORNING, MS. JOHNSON.

A.   GOOD MORNING.

Q.   DO YOU WORK FOR THE CITY AND COUNTY OF SAN FRANCISCO?

A.   I DO.  I WORK FOR THE CITY AND COUNTY OF SAN FRANCISCO

MAYOR'S OFFICE ON DISABILITY.

Q.   AND WHAT DO YOU DO THERE?

A.   MY JOB TITLE IS ACCESS COMPLIANCE AND EMERGENCY PLANNER.

THAT'S A TWO-PART JOB.  THE FIRST PART, THE ACCESS COMPLIANCE,

I AM WORKING IN THE ARCHITECTURAL PROGRAM, AND I WORK ON PLAN

REVIEWS AND FIELD INSPECTIONS OF PROJECTS THAT ARE SUBMITTED

RAYNEE H. MERCADO, CSR, RMR, CRR, FCRR (510) 451-7530

Kirola Trial Day 09, 110422

1741

JOHNSON - DIRECT / EMERY

FOR BUILDING PERMITS, PUBLICLY FUNDED PROJECTS.

Q.    AND WHAT WAS THE OTHER HALF OF YOUR JOB THAT YOU JUST TESTIFIED TO?

A.    THE OTHER HALF OF MY JOB, EMERGENCY PLANNER, IS WORK THAT I DO WITH THE DEPARTMENT OF EMERGENCY MANAGEMENT TO MAKE SURE THAT OUR EMERGENCY RESPONSE POLICIES AND PROCEDURES ARE GOING TO BE INTEGRATING THE NEEDS OF PEOPLE WITH DISABILITIES.

Q.    WITH RESPECT TO YOUR DUTIES AS A ACCESS COMPLIANCE OFFICER, WHAT IS YOUR RELEVANT PROFESSIONAL TRAINING?

A.    MY RELEVANT PROFESSIONAL TRAINING IS GOING TO BE A COMBINATION OF EXPERIENCE AND ACTUAL, YOU KNOW, CLASSROOM TYPE OF INSTRUCTION, CONTINUING EDUCATION.

AND SO MY EXPERIENCE IS THAT I HAVE BEEN A BUILDING INSPECTOR FOR 18 YEARS.  15 OF THOSE YEARS WERE WITH THE DEPARTMENT OF BUILDING INSPECTION IN SAN FRANCISCO WHERE I SPECIALIZED VERY EARLY ON IN DISABLED ACCESS ENFORCEMENT.  AND IN FACT, MY FIRST PROMOTION WAS TO BE THE SENIOR BUILDING INSPECTOR OVER AT THE DISABLED ACCESS SECTION WHERE I SERVED ALSO AS THE SECRETARY TO THE ACCESS APPEALS COMMISSION AND THE DEPARTMENT OMBUDSPERSON AND SPOKESPERSON FOR DISABLED ACCESS.

AND SO DURING THOSE YEARS AT THE DEPARTMENT OF BUILDING INSPECTION, I NOT ONLY ATTENDED TRAINING ON ACCESS CODES, BUT ALSO GAVE SOME TRAINING OF MY OWN, AND THAT TRAINING WAS GIVEN TO ARCHITECTS AND CONTRACTORS AND BUILDING INSPECTORS.

RAYNEE H. MERCADO, CSR, RMR, CRR, FCRR (510) 451-7530

1743

JOHNSON - DIRECT / EMERY

A.   AT THE MAYOR'S OFFICE ON DISABILITY, WE LOOK AT PUBLICLY FUNDED PROJECTS.  AND I DO A PLAN REVIEW AND FIELD INSPECTION TO MAKE SURE THAT THOSE PROJECTS ARE GOING TO COMPLY WITH THE FEDERAL ACCESS STANDARDS.  WE ALSO USE THE CALIFORNIA BUILDING CODE, TOO, BECAUSE IN MANY CASES, IT MAY BE MORE RESTRICTIVE THAN THE FEDERAL STANDARDS, BUT WE LOOK AT BOTH.

AND THOSE PUBLICLY FUNDED PROJECTS ARE OFTENTIMES AFFORDABLE HOUSING FUNDED THROUGH THE MAYOR'S OFFICE OF HOUSING AND MAYOR'S OFFICE OF COMMUNITY INVESTMENT, OR THEY CAN BE PUBLICLY FUNDED PROJECTS FUNDED THROUGH THE REDEVELOPMENT AGENCY.

WE ALSO DO SOME TENANT IMPROVEMENT PROJECTS WHEN THE CITY PLANS TO REMODEL OR IMPROVE ITS OWN OFFICE BUILDINGS.  I HAVE A JOB ON MY TABLE RIGHT NOW FOR THE HUMAN SERVICES AGENCY WHERE THEY ISSUE FOOD STAMPS.

Q.   WHAT'S INVOLVED IN YOUR INSPECTION AND PLAN REVIEW OF PUBLICLY FUNDED PROJECTS?  WHAT'S THE PROCESS?  CAN YOU EXPLAIN THAT?

A.    IT'S A VERY DETAILED AND METHODICAL PROCESS THAT REALLY INVOLVES ALWAYS HAVING MY BOOKS OPEN ON THE TABLE WHILE I'M DOING A PLAN REVIEW.  AND WHAT HAPPENS IS BECAUSE THESE ARE CONSTRUCTION DOCUMENTS THAT WILL ULTIMATELY BE ISSUED AS BUILDING PERMITS BY THE DEPARTMENT OF BUILDING INSPECTION, WE'RE LOOKING AT ARCHITECTURAL PLANS.

AND WITH ALL OF MY YEARS OF EXPERIENCE AS A BUILDING

RAYNEE H. MERCADO, CSR, RMR, CRR, FCRR (510) 451-7530

1744

JOHNSON - DIRECT / EMERY

INSPECTOR, I APPROACH THE PROJECT THE WAY THAT I WOULD IF I WAS INSPECTING THE PROJECT, WHICH MEANS THAT I START AT THE PUBLIC WAY, AND I WORK IN THROUGH THE SITE TO THE PARKING AND THE ENTRANCE, ALL THE WAY THROUGH ALL OF THE SYSTEMS, LIKE RAMPS AND STAIRS AND ELEVATORS, DOWN TO THE LEVEL OF DETAIL OF GETTING INTO SOMEBODY'S INDIVIDUAL ROOM LIKE THEIR DWELLING UNIT AND MAKING SURE THAT THE APPLIANCES AND THE DIFFERENT DEVICES LIKE GRAB BARS AND SHOWERS, ET CETERA, ARE GOING TO BE FULLY COMPLIANT.  SO IT'S METHODICAL AND DETAILED.

Q.   I WANT TO GO THROUGH CHRONOLOGICALLY WHAT YOUR ROLE IS WITH RESPECT TO BOTH THE CONSTRUCTION DRAWINGS AND THEN THE ACTUAL SITE ONCE CONSTRUCTION STARTS.  CAN YOU GIVE A BRIEF CHRONOLOGY OF YOUR ROLE AS ACCESS COMPLIANCE OFFICER ON THESE PUBLICLY FUNDED PROJECTS?

A.   SURE.  WELL, THE PLAN REVIEW PROCESS FOR THESE PROJECTS REALLY STARTS WITH THE MAYOR'S OFFICE ON DISABILITY.  WE GET OUR FIRST CRACK AT THE PLANS WHEN THE PROJECT HAS BEEN SUBMITTED.

AND ACTUALLY, I'LL GO BACK JUST A LITTLE BIT, BECAUSE WHAT WE'LL OFTENTIMES DO WITH THESE PROJECTS IS MEET WITH THE DEVELOPER OR THE SPONSOR AT THE VERY EARLY STAGES BEFORE IT'S BEEN COMPLETELY FLESHED OUT.  AND WE'LL HAVE A -- KIND OF LIKE A PREAPPLICATION MEETING OR PROJECT REVIEW MEETING WHERE WE TALK ABOUT IT IN CONCEPT SO THAT WE CAN REALLY GET OUR HANDS AROUND IT.

RAYNEE H. MERCADO, CSR, RMR, CRR, FCRR (510) 451-7530

Kirola Trial Day 09, 110422

1745

JOHNSON - DIRECT / EMERY

AND THE REASON WHY THOSE EARLY MEETINGS ARE SO IMPORTANT IS BECAUSE YOU WANT TO MAKE SURE THAT YOU ARE GETTING THE MAXIMUM OUT OF ACCESS THAT YOU CAN OUT OF THE PROJECT AND THE BEST TIME TO DO THAT IS IN PLANNING STAGE.

BUT AFTER WE'VE REVIEWED THE PROJECT IN, YOU KNOW, MORE CONCEPTUAL TERMS, THEN WE RECEIVE A SET OF CONSTRUCTION DRAWINGS WHICH ARE THE PLANS THAT WILL BE SUBMITTED FOR PERMITS.  WE USE CHECKLISTS IN OUR OFFICE, BOTH CHECKLISTS THAT HAVE BEEN CREATED BY MY COWORKER JIM WHIPPLE, AS WELL AS CHECKLISTS THAT HAVE BEEN DEVELOPED BY THE DIVISION OF THE STATE ARCHITECT AT THE STATE LEVEL.

THE DSA CHECKLIST, BY THE WAY, IS -- ALSO IS IN A BLENDING OF BOTH FEDERAL CODE AND STATE CODE AND --

Q.    WHAT IS THE DSA?

A.    THE DIVISION OF THE STATE ARCHITECT.

Q.    SORRY TO INTERRUPT.

A.    THAT'S OKAY.

SO WITH THESE CONSTRUCTION DRAWINGS, WE GO THROUGH THEM PAGE BY PAGE, DETAIL BY DETAIL.  WE PREPARE A VERY DETAILED SET OF PLAN REVIEW COMMENTS.  AND I CAN TELL YOU THAT I HAVEN'T REALLY SEEN A SINGLE PROJECT CROSS MY DESK YET THAT DOESN'T GET DETAILED PLAN REVIEW COMMENTS.

AND THE ARCHITECT IS NOTIFIED OF THE CLARIFICATIONS OR CORRECTIONS THAT THEY NEED TO MAKE TO THE DRAWINGS IN ORDER FOR US TO BE ABLE TO CONFIRM THAT THAT PROPOSED PROJECT IS

RAYNEE H. MERCADO, CSR, RMR, CRR, FCRR (510) 451-7530

Kirola Trial Day 09, 110422

1746

JOHNSON - DIRECT / EMERY

GOING TO BE FULLY COMPLIANT WITH THE FEDERAL ACCESS STANDARDS.

NOW, ONCE WE HAVE RECEIVED BACK FROM THE ARCHITECT A DETAILED ENOUGH SET OF ARCHITECTURAL DRAWINGS THAT WE CAN APPROVE THE PROJECT, THEN WE'LL PHYSICALLY STAMP EVERY SHEET AND WE'LL RETURN THOSE PLANS TO THE APPLICANT WHO WILL THEN TAKE THEM TO DBI.

Q.    WHAT IS DBI?

A.    OH, SORRY, ABBREVIATIONS.  THE DEPARTMENT OF BUILDING INSPECTION IN SAN FRANCISCO.

WHEN THAT PERMIT HAS GONE TO DBI, THEY WILL ALSO BE DOING A DETAILED PLAN CHECK ON THEIR OWN.  THEY'LL BE LOOKING AT THE STATE BUILDING CODE STANDARDS AND MAKING SURE THAT IT'S MEETING THAT AS WELL AS OUR FEDERAL ACCESS REVIEW.  AND ONCE IT'S PASSED THEIR PLAN REVIEW, THEN THE PERMIT IS ISSUED AND CONSTRUCTION BEGINS.

Q.    I WANT TO STOP YOU THERE.  YOU MENTIONED THAT YOU STAMPED THE ARCHITECTURAL DRAWINGS.  WHAT IS THE SIGNIFICANCE OF YOUR STAMPING OF THOSE ARCHITECTURAL DRAWINGS?

A.    WELL, IT IS IMPORTANT INFORMATION TO COMMUNICATE TO ALL OF THE DIFFERENT CITY OFFICIALS WHO WILL BE LOOKING AT THAT PROJECT.  IT SHOWS THAT IT'S A ORIGINAL AND APPROVED OFFICIAL SHEET.  THE SIGNIFICANCE IS THAT IT'S PASSED THE FEDERAL ACCESS REVIEW, BUT IT'S SOMETHING THAT WE THEN USE WHEN WE GO OUT IN THE FIELD TO VERIFY THAT THE PERMIT SET IS, INDEED, THE SAME SET THAT OUR OFFICE REVIEWED.

RAYNEE H. MERCADO, CSR, RMR, CRR, FCRR (510) 451-7530

Kirola Trial Day 09, 110422

1747

JOHNSON - DIRECT / EMERY

Q.   SO DO I UNDERSTAND YOU PROPERLY THAT WHEN YOU STAMP THOSE ARCHITECTURAL DRAWINGS, YOU HAVE MADE A DETERMINATION THAT THOSE PLANS MEET THE FEDERAL ACCESS STANDARDS?

A.   ABSOLUTELY.

Q.   AND WILL DBI ISSUE A BUILDING PERMIT WITHOUT THAT STAMP?

A.   THEY WILL NOT.   IF IT IS ONE OF THE PROJECTS THAT IS REQUIRED TO BE REVIEWED BY THE MAYOR'S OFFICE ON DISABILITY, THEN THE DEPARTMENT OF BUILDING INSPECTION WILL NOT ISSUE THOSE PLANS WITHOUT OUR APPROVAL.

Q.   OKAY.   SORRY TO INTERRUPT YOU.

PLEASE EXPLAIN WHAT YOU DO ONCE CONSTRUCTION STARTS AFTER THE BUILDING PERMIT HAS BEEN ISSUED WITH YOUR APPROVAL.

A.   CERTAINLY.

WELL, AS CONSTRUCTION STARTS, INSPECTIONS NEED TO START AS WELL.   AND OUR OFFICE CONDUCTS MANY FIELD INSPECTIONS OUT ON THE SITE TO MAKE SURE THAT EVERYTHING THAT WAS DESIGNED HAS INDEED BEEN EXECUTED IN THE FIELD.   I GO OUT THERE IN THE FIELD WITH MY TAPE MEASURE, MY SMART LEVEL, MY DOOR PRESSURE GAUGE, AND THOSE APPROVED PLANS WITH MY STAMP ON THEM.   AND WE MEASURE OUT THE SPACES, WE LOOK AT THE HEIGHTS AND THE ELEVATIONS.   WE LOOK FOR GRAB BAR BLACK -- GRAB BAR BLOCKING, ADEQUATE MANEUVERING ROOM IN SPACES, SLOPES ON RAMPS, WIDTHS ON STAIRS, DIAMETERS ON HANDRAILS.   IT'S EXTREMELY DETAILED. THERE'S THOUSANDS OF MEASUREMENTS THAT WE LOOK FOR.

Q.   WHO IS THAT -- WHAT'S YOUR INVOLVEMENT IN THE PROCESS OF

RAYNEE H. MERCADO, CSR, RMR, CRR, FCRR (510) 451-7530

1748

JOHNSON - DIRECT / EMERY

THE ISSUANCE OF A FINAL CERTIFICATE OF OCCUPANCY FOR ONE OF THESE PUBLICLY FUNDED PROJECTS AFTER CONSTRUCTION IS COMPLETED?

A.    WELL, JUST LIKE THE DEPARTMENT OF THE BUILDING INSPECTION WILL NOT ISSUE AN APPROVED SET OF PLANS WITHOUT OUR STAMP, THEY ALSO WILL NOT ALLOW THAT PROJECT, THAT PERMIT TO BE SIGNED OFF WITHOUT OUR FINAL SIGNATURE ON THE JOB CARD.

AND SO THE BUILDING INSPECTOR WHO IS CHARGED WITH SUPERVISING THE ENTIRE PROJECT REQUIRES OUR SIGNATURE TO DOCUMENT THAT WE HAVE APPROVED THE WORK IN THE FIELD.

Q.    AND ON WHAT STANDARD DO YOU APPROVE THE WORK IN THE FIELD?

A.    ONLY WHEN IT'S DONE.

Q.    WHEN WHAT IS DONE?

A.    ONLY WHEN ALL OF THE ACCESS, AS REQUIRED UNDER THE FEDERAL STANDARDS, ARE DONE.

Q.    OKAY.  I FORGOT TO ASK YOU, MS. JOHNSON, HOW LONG HAVE YOU BEEN WORKING AT MOD AS AN ACCESS COMPLIANCE OFFICER?

A.    SINCE DECEMBER OF 2008.

Q.    AND BEFORE THAT, YOU HAD SPENT TIME AT DBI; IS THAT RIGHT?

A.    I DID.

Q.    WHAT IS THE CHRONOLOGY OF YOUR TIME AT DBI?

A.    THE CHRONOLOGY IS THAT I STARTED THERE IN 1993, AND FOR THE FIRST TWO YEARS OF MY EXPERIENCE, I WAS IN THE DISABLED ACCESS SECTION OF DBI AS A BUILDING INSPECTOR.  FROM 1995 UNTIL

RAYNEE H. MERCADO, CSR, RMR, CRR, FCRR (510) 451-7530

1749

JOHNSON - DIRECT / EMERY

1997, I WAS THE SENIOR BUILDING INSPECTOR SUPERVISING THE DISABLED ACCESS SECTION.  AND DURING THAT TIME, SECRETARY TO THE ACCESS APPEALS COMMISSION AND OMBUDSPERSON.

1997 TO 1998, I WAS THE ASSISTANT TO THE DIRECTOR OF THE DEPARTMENT.  IN 1998, I TRANSFERRED OVER TO THE BUILDING INSPECTION DIVISION WHICH LOOKS AT PROJECTS CITY WIDE.  AND I WAS THERE AS AN INSPECTOR UNTIL 2002.  2002, I BECAME A SENIOR BUILDING INSPECTOR SUPERVISING BUILDING INSPECTORS WHO HAD COMPLEX DOWNTOWN DISTRICTS.

I WAS IN THAT CAPACITY UNTIL 2005.  IN 2005, I WAS PROMOTED TO BE THE CHIEF BUILDING INSPECTOR OVERSEEING ALL OF THE FIELD INSPECTORS.  IN 2006, I WAS PROMOTED TO THE DEPUTY DIRECTOR OVER THE INSPECTION SERVICES PROGRAM WHICH WAS RESPONSIBLE FOR NOT ONLY THE BUILDING INSPECTORS BUT ALSO HOUSING, ELECTRICAL, PLUMBING, MECHANICAL, ET CETERA.

Q.    THANK YOU VERY MUCH.

IN JANUARY AND FEBRUARY OF 2010, WERE YOU INVOLVED IN THE TASK OF REVIEWING THE PLAINTIFFS' SITE INSPECTION REPORTS IN THIS CASE?

A.    I WAS.

Q.    WHAT DID YOU DO IN CONNECTION WITH THAT PROJECT?

A.    WELL, MY DIRECTOR, SUSAN MIZNER, EXPLAINED TO ME THAT THE PLAINTIFFS HAD EXPERTS WHO HAD SURVEYED VARIOUS SITES THROUGHOUT THE CITY AND THAT OUR JOB WOULD BE TO REVIEW THE REPORTS PREPARED BY THE EXPERTS AND TO ACTUALLY VISIT THE SITES

RAYNEE H. MERCADO, CSR, RMR, CRR, FCRR (510) 451-7530

Kirola Trial Day 09, 110422

1750

JOHNSON - DIRECT / EMERY

THAT WERE ASSIGNED TO US AND TO LOOK AT THOSE REPORTS AND THOSE PHOTOGRAPHS AND GO ITEM BY ITEM THROUGH THE SITE AND TAKE MEASUREMENTS WITH OUR TAPE MEASURES AND OUR LEVELS AND OUR DOOR PRESSURE GAUGES, AND TO COMPARE THE ACCESS CODES, THE FEDERAL CODE AND THE BUILDING CODE AND TO MAKE DETERMINATION AS TO WHETHER OR NOT THOSE EXPERTS' OPINIONS WERE, INDEED, ACCURATE, OR IF NOT, TO EXPLAIN THE REASONS WHY WE THOUGHT THEY WERE NOT.

Q.    AND DID YOU ACTUALLY GO THROUGH THAT PROCESS YOU JUST DESCRIBED?

MR. BROWN:  YOUR HONOR --

THE WITNESS:  I DID.

MR. LEE:  OBJECTION, WE'RE GETTING INTO EXPERT TESTIMONY HERE.  THIS WITNESS WAS NEVER DISCLOSED AS SUCH AN EXPERT IN THIS CASE.

THE COURT:  THE QUESTION THAT'S PENDING IS, "AND DID YOU ACTUALLY GO THROUGH THAT PROCESS YOU JUST DESCRIBED?"  AND THAT'S THE QUESTION YOU'RE OBJECTING TO?

MR. BROWN:  I AM, YOUR HONOR.

THE COURT:  "AND DID YOU ACTUALLY GO THROUGH THAT PROCESS?"  SO YOU'RE ASKING HER TO -- YOU'RE OBJECTING TO HER SAYING "YES" OR "NO, I WENT THROUGH THAT PROCESS"?

MR. BROWN:  NOT TO A "YES" OR "NO," BUT TO THE EXTENT SHE GOES BEYOND THAT, I AM, YES.

THE COURT:  THE QUESTION IS AS I READ IT TO YOU, "AND DID YOU ACTUALLY GO THROUGH THE PROCESS THAT'S DESCRIBED?"

RAYNEE H. MERCADO, CSR, RMR, CRR, FCRR (510) 451-7530

1751

JOHNSON - DIRECT / EMERY

THAT'S THE QUESTION, SO THAT'S THE QUESTION I HAVE TO ASSUME THAT SHE WILL ANSWER.

MR. BROWN:  UNDERSTOOD.

THE COURT:  BUT THAT'S NOT THE QUESTION YOU'RE OBJECTING TO.

MR. BROWN:  I HAVE AN OBJECTION TO THAT QUESTION, YOUR HONOR.

THE COURT:  ON WHAT BASIS?

MR. BROWN:  WHAT I JUST SAID.  HE'S ELICITING AN EXPERT OPINION OUT OF --

THE COURT:  ELICITING AN EXPERT OPINION TO SAY WHETHER OR NOT SHE WENT THROUGH A PROCESS?

OVERRULED.

MR. BROWN:  THANK YOU.

THE WITNESS:  YES, I DID GO THROUGH THAT PROCESS.

BY MR. EMERY:

Q.    DO YOU REMEMBER WHICH SITES OR PROJECTS THAT YOU REVIEWED UNDER THIS PROCESS?

A.    I DO.

Q.    AND WHAT WERE THOSE?

A.    THEY WERE ALL IN GOLDEN GATE PARK, AND THERE WAS THE STOW LAKE FACILITY, BOTANICAL GARDENS, CONSERVATORY OF FLOWERS, ARCHERY, AND TENNIS COURTS, FIVE LOCATIONS.

Q.    AFTER YOU DID THOSE INSPECTIONS, WHAT -- WHAT DID YOU DO NEXT?

RAYNEE H. MERCADO, CSR, RMR, CRR, FCRR (510) 451-7530

Kirola Trial Day 09, 110422