EXHIBIT 14

1888

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BEFORE THE HONORABLE SAUNDRA BROWN ARMSTRONG, JUDGE

IVANA KIROLA, ET AL.,        )          COURT TRIAL
                             )
            PLAINTIFFS,      )          VOLUME 10
                             )
    VS.                      )          NO. C 07-03685 SBA
                             )
CITY AND COUNTY OF           )
SAN FRANCISCO, ET AL.,       )          PAGES 1888 - 2084
                             )
            DEFENDANTS.      )          OAKLAND, CALIFORNIA
_____)            THURSDAY, APRIL 28, 2011

                   TRANSCRIPT OF PROCEEDINGS

    APPEARANCES:

    FOR PLAINTIFFS:         SCHNEIDER WALLACE COTTRELL BRAYTON &
                               KONECKY
                            180 MONTGOMERY STREET, SUITE 2000
                            SAN FRANCISCO, CALIFORNIA  94109
                        BY: MARK T. JOHNSON,
                            ANDREW P. LEE,
                            GUY B. WALLACE, ATTORNEYS AT LAW

                            BROWN POORE LLP
                            THE WATERGATE TOWERS
                            2200 POWELL STREET, SUITE 745
                            EMERYVILLE, CALIFORNIA  94608
                        BY: SCOTT A. BROWN, ATTORNEY AT LAW

    FOR DEFENDANT:          OFFICE OF THE CITY ATTORNEY
                            SIXTH FLOOR - FOX PLAZA
                            1390 MARKET STREET
                            SAN FRANCISCO, CALIFORNIA  94102
                        BY: ERIN BERNSTEIN,
                            JAMES M. EMERY,
                            ELAINE M. O'NEIL, ATTORNEYS AT LAW

    REPORTED BY:          RAYNEE H. MERCADO, CSR NO. 8258
                          DIANE E. SKILLMAN, CSR NO. 4909


        RAYNEE H. MERCADO, CSR, RMR, CRR, FCRR (510) 451-7530

1898

MR. EMERY:  YES.  SAN FRANCISCO CALLS JAMES WHIPPLE.

THE CLERK:  MR. WHIPPLE, IF YOU'LL PLEASE COME FORWARD AND TAKE THE WITNESS STAND.

(OFF-THE-RECORD DISCUSSION.)

THE CLERK:  WILL YOU STAND AND RAISE YOUR RIGHT HAND?  I'M SORRY.

JAMES WHIPPLE,

CALLED AS A WITNESS FOR THE DEFENDANTS, HAVING BEEN DULY SWORN, TESTIFIED AS FOLLOWS:

THE CLERK:  PLEASE BE SEATED.  PLEASE STATE YOUR FULL NAME FOR THE COURT AND SPELL YOUR LAST NAME.

THE WITNESS:  JAMES WHIPPLE.  W-H-I-P-P-L-E.

THE CLERK:  THANK YOU.

DIRECT EXAMINATION

BY MR. EMERY:

Q.    GOOD MORNING, MR. WHIPPLE.

A.    GOOD MORNING.

Q.    DO YOU WORK FOR THE CITY AND COUNTY OF SAN FRANCISCO?

A.    YES.

Q.    AND WHAT DO YOU DO AT THE CITY AND COUNTY OF SAN FRANCISCO?

A.    I WORK FOR THE MAYOR'S OFFICE ON DISABILITY.

Q.    WHAT IS YOUR POSITION AT THE MAYOR'S OFFICE ON DISABILITY?

A.    MY TITLE IS ACCESS COMPLIANCE OFFICER.

1899

Q.   HOW LONG --

THE COURT:  YOUR VOICE IS REAL SOFT.  ACCESS WHAT?

THE WITNESS:  ACCESS -- EXCUSE ME.  ACCESS
COMPLIANCE OFFICER.

THE COURT:  OKAY.  THANK YOU.

BY MR. EMERY:

Q.   HOW LONG HAVE YOU BEEN AN ACCESS COMPLIANCE OFFICER AT
THE MAYOR'S OFFICE ON DISABILITY?

A.   APPROXIMATELY NINE YEARS.

Q.   AND WHAT ARE YOUR JOB DUTIES GENERALLY AS ACCESS
COMPLIANCE OFFICER AT THE MAYOR'S OFFICE ON DISABILITY?

A.   MY DUTIES ARE TO REVIEW PUBLICLY FUNDED CONSTRUCTION
PROJECTS THAT THE CITY HAS FUNDED, EVOLVE THEIR PROPERTIES THAT
THEY ARE LEASING, OWNED.  AND THE REVIEW INCLUDES PLAN REVIEW
WHEN THE BUILDING'S BEING DESIGNED, INSPECTIONS WHEN THE
BUILDING'S BEING BUILT.  I CONDUCT TRAININGS FOR THE PUBLIC AND
OTHER CITY EMPLOYEES.  I OBTAIN TRAINING TO KEEP APPRISED OF
ALL THE CODES, CODE CHANGES.  AND I AM A CODE RESOURCE TO OTHER
CITY DEPARTMENTS AND THE PUBLIC.

Q.   UM-HMM.

WHAT SKILLS AND TRAINING AND EXPERIENCE DO YOU BRING
TO YOUR JOB AS ACCESS COMPLIANCE OFFICER?

A.   I STUDIED ARCHITECTURE IN THE BACK IN THE '70S AND
OBTAINED A 2-YEAR DEGREE.  I WORKED IN ARCHITECT'S OFFICES FOR
APPROXIMATELY 6 YEARS.  I BECAME A BUILDING INSPECTOR

1900

APPROXIMATELY 26 YEARS AGO.  AND FOR THE LAST 21 YEARS, I'VE SPECIALIZED IN ACCESSIBILITY REGULATIONS.

Q.    AS ACCESS COMPLIANCE OFFICER AT THE MAYOR'S OFFICE ON DISABILITY, WHAT ACCESS STANDARDS DO YOU APPLY TO THE PROJECTS THAT YOU REVIEW?

A.    DEPENDING ON THE FUNDING SOURCE, I WOULD APPLY THE A.D.A. ACCESSIBILITY GUIDELINES, UNIFORM FEDERAL ACCESSIBILITY GUIDELINES, FAIR HOUSING ACT GUIDELINES, OR THE CALIFORNIA BUILDING CODE.  THERE'S LOCAL ORDINANCES THAT WOULD ADD ON TO THAT, TOO.

THE COURT:  YOUR VOICE TRAILS OFF.  AND WHEN IT TRAILS OFF, I DON'T KNOW WHAT THE -- THAT --

YOU DIDN'T GET THE LAST PART EITHER, RAYNEE?

(RECORD READ AS FOLLOWS:

"... THERE'S LOCAL ORDNANCES THAT WOULD ADD ON TO THAT, TOO.")

THE COURT:  IS THAT THE END OF THE ANSWER?

THE WITNESS:  THAT WAS.  I'LL TRY TO KEEP THE MIKE CLOSE.

THE COURT:  OKAY.  THANK YOU.  MAYBE WE SHOULD TURN THE MIKE UP A LITTLE BIT.  OKAY.

(PAUSE IN THE PROCEEDINGS.)

BY MR. EMERY:

Q.    SO -- AS ACCESS COMPLIANCE OFFICER AT THE MAYOR'S OFFICE ON DISABILITY, DID YOU PERFORM THE ACCESS COMPLIANCE REVIEW FOR

THE MISSION BAY BRANCH LIBRARY?

A.    YES, I DID.

Q.    DID YOU ALSO PERFORM ACCESS COMPLIANCE REVIEW FOR CROCKER AMAZON PLAYGROUND?

A.    YES.  THE PLAY FIELDS PORTION, YES.

Q.    THE PLAY FIELDS?

A.    YES.

Q.    DID YOU ALSO PERFORM THE ACCESS COMPLIANCE REVIEW FOR THE HAYES VALLEY PLAYGROUND?

A.    YES, I DID.

Q.    AND FINALLY DID YOU PERFORM THE ACCESS COMPLIANCE REVIEW FOR THE JULIUS KAHN PLAYGROUND?

A.    YES.

Q.    THAT'S K-A-H-N.

CAN YOU DESCRIBE GENERALLY THE PROCESS THAT YOU USE WHEN YOU DO ACCESS COMPLIANCE REVIEW OF A PUBLICLY FUNDED PROJECT.  AND I THINK IT WOULD BE HELPFUL IF YOU GO CHRONOLOGICALLY AND DESCRIBE YOUR PROCESS.

A.    SURE.

THE PROCESS BEGINS USUALLY WHEN THE FACILITY'S BEING DESIGNED.  WE USUALLY MEET WITH THE ARCHITECTURAL TEAM.  IN SOME CASES, THEY FILE A CONCEPTUAL BUILDING PERMIT WITH THE -- WITH THE BUILDING DEPARTMENT SO THAT THEY CAN GET APPROVAL FROM CITY PLANNING BEFORE THEY DESIGN THE DETAILED DRAWINGS.

THE NEXT PHASE IS THEY WOULD -- THEY WOULD BRING IN

1902

COMPLETED CONSTRUCTION DRAWINGS WHICH I WOULD THEN REVIEW FORMALLY, ISSUE PLAN COMMENTS.

TYPICALLY, THERE'S A -- COMMENTS.  ALWAYS -- SOMETIMES EVEN IF THERE'S A LOT OF INFORMATION MISSING, IT TAKES THE ARCHITECT ANOTHER ONE OR TWO TRIES TO GET THE DRAWINGS TO THE POINT WHERE I CAN APPROVE THEM.

AND AT THE APPROVAL STAGE, I SIGN AND STAMP THE SHEETS.  THEY TAKE THE PLANS TO THE BUILDING DEPARTMENT, AND THE PERMIT'S ISSUED.  THE FINAL PHASE IS THE INSPECTIONS.  I LOOK AT THE -- IF IT'S A BUILDING, I LOOK AT --

Q.    WELL, EXCUSE ME.

YOU WERE DESCRIBING THE -- YOUR SIGN-OFF ON THE FINAL CONSTRUCTION DRAWINGS, CORRECT?

A.    YES.

Q.    AND THEN AFTER YOU SIGN THE FINAL CONSTRUCTION DRAWINGS AS BEING COMPLIANT WITH ACCESS CODES, THEN THE -- THE -- THE PEOPLE RUNNING THE PROJECT TAKE THE PLANS TO THE BUILDING INSPECTION DEPARTMENT; IS THAT RIGHT?

A.    CORRECT.

Q.    AND THEN WHAT HAPPENS WITH THOSE PLANS THAT YOU HAVE APPROVED AS COMPLIANT WITH ACCESS REQUIREMENTS?

A.    THE NEXT THING THAT'S HAPPENED IS THE OTHER CITY AGENCIES WOULD REVIEW THOSE DRAWINGS, CITY PLANNING, BUILDING DEPARTMENT, PUBLIC WORKS, HEALTH DEPARTMENT POSSIBLY.  AND IN SOME CASES, WHEN THEY DO THEIR REVIEW, THEY REQUIRE CHANGES TO

RAYNEE H. MERCADO, CSR, RMR, CRR, FCRR (510) 451-7530

Kirola Trial Day 10, 110428

1903

THE PLANS.  AND SO WHAT WE REQUIRE IS THAT THE ARCHITECT COME BACK TO MOD SO THAT WE CAN TAKE A LOOK AT WHAT THOSE CHANGES WERE, AND WE RESTAMP THEM IF NECESSARY.

Q.    DOES THE PROJECT GET A BUILDING PERMIT IF YOU HAVEN'T STAMPED THEM AS COMPLIANT?

A.    NO.

Q.    OKAY.  SO -- SO NOW WE'VE MOVED BEYOND THE PLAN REVIEW. THERE'S A BUILDING PERMIT ISSUED.  WHAT HAPPENS NEXT IN YOUR PROCESS?

A.    WE REQUIRE A -- AN INSPECTION AT THE ROUGH FRAMING STAGE, SO THE CONTRACTOR WOULD CALL AND ARRANGE FOR THAT.  WE ENCOURAGE THE CONTRACTOR TO CALL MORE FREQUENTLY SO THAT WE CAN CHECK THE LAYOUT OF THE BUILDING AS -- AS THEY GO SO THAT WE CAN HEAD OFF MISTAKES.

        AND THEN THERE'S THE FINAL INSPECTION WHERE WE APPROVE, ESSENTIALLY, THE ENTIRE PROJECT, HUNDRED PERCENT DONE, SIGN THE JOB CARD ALONG WITH THE BUILDING DEPARTMENT INSPECTOR.

Q.    UM-HMM.

        SO WHAT DOES YOUR SIGNATURE ON THE JOB CARD MEAN AFTER THE PROJECT CONSTRUCTION IS DONE?

A.    IT MEANS THAT I CONSIDER THE PROJECT TO BE A HUNDRED PERCENT COMPLIANT WITH ACCESSIBILITY REGULATIONS.

Q.    AND WHAT HAPPENS AFTER THE JOB CARD HAS ALL THE NECESSARY SIGNATURES?

A.    THE -- THE BUILDING DEPARTMENT IN -- IN THE CASE OF A NEW

1904

BUILDING OR AN ADDITION, WOULD ISSUE A CERTIFICATE OF FINAL COMPLETION, JUST SORT OF THE DOCUMENT THAT THE OWNER GETS THAT SAYS MY BUILDING IS LEGAL, FINISHED, ET CETERA.

Q.    UM-HMM.

DOES THE CITY ISSUE A CERTIFICATE OF FINAL COMPLETION IF YOU HAVEN'T SIGNED THE JOB CARD INDICATING THAT THE PUBLIC PROJECT IS FULLY COMPLIANT WITH ACCESS REQUIREMENTS?

A.    TYPICALLY, NO.

Q.    I WANT TO MOVE ON TO THE WORK THAT YOU DID PARTICULARLY IN THIS LITIGATION.  IN JANUARY AND FEBRUARY OF 2010, WERE YOU INVOLVED IN THE TASK OF REVIEWING PLAINTIFFS' SITE INSPECTION REPORTS IN THIS CASE?

A.    YES.

Q.    COULD YOU DESCRIBE THAT PROJECT AND YOUR ROLE IN IT, PLEASE.

A.    THERE WERE TWO PROJECTS I REVIEWED.  THERE WAS THE MAIN LIBRARY AND THE OPERA HOUSE.

Q.    YEAH, WE WON'T TO HAVE TALK ABOUT THE OPERA HOUSE 'CAUSE IT'S NOT IN THE CASE.  SO FOCUS ON THE MAIN LIBRARY.  OKAY?

A.    OKAY.  MAIN LIBRARY.  I WAS GIVEN THE PLAINTIFFS' REPORT OF ACCESS VIOLATIONS AND WENT TO THE BUILDING AND CHECKED EACH AND EVERY ONE TO VERIFY THAT IT WAS OR WAS NOT, IN FACT, A VIOLATION.

Q.    WHAT DID YOU DO AT THE MAIN LIBRARY TO -- TO DO THAT VERIFICATION?

RAYNEE H. MERCADO, CSR, RMR, CRR, FCRR (510) 451-7530