# EXHIBIT 18

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

IVANA KIROLA, MICHAEL KWOK, and
ELIZABETH ELFTMAN, on behalf of
themselves and all others
similarly situated,

    Plaintiffs,

  vs.

THE CITY AND COUNTY OF SAN
FRANCISCO ("the CITY"); GAVIN
NEWSOM, in his official
capacity as Mayor; AARON
PESKIN, in his official
capacity as President of the
Board of Supervisors; JAKE
MCGOLDRICK, MICHELA
ALIOTO-PIER, ED JEW, CHRIS
DALY, SEAN ELSBERND, BEVAN
DUFTY, TOM AMMIANO, SOPHIE
MAXWELL, ROSS MIRKARIMI, AND
GERARDO SANDOVAL, in their
official capacities as members
of the Board of Supervisors,

    Defendants.
_____/

COPY

CASE NO. C07-3685 SBA

DEPOSITION OF

**KEVIN JENSEN**

_____

Friday, February 12, 2010

Reported by:
  LORI STOKES,
  CSR No. 12732

**TOKUTOMI & ASSOCIATES
CERTIFIED SHORTHAND REPORTERS
114 QUAIL POINT CIRCLE
SAN BRUNO, CALIFORNIA 94066
650-291-7823**

1

to do it.

So, in that regard, the ultimate responsibility falls to the City to make sure that, in the end, the issues are corrected and the sidewalks are maintained to the standards that we have adopted.

BY MR. JOHNSON:

Q.    Let me ask you to look at Page 25 of Exhibit 93.

This is a part of the TAM, I'm sure you're aware, that deals with new construction and alterations.

Now, those are concepts that are tied to whether certain work was done after a particular date, right?

A.    Right.  The effective date of Title II of the ADA.

Q.    Which was January 26, 1992?

A.    Right.

Q.    Do you know exactly what that means?  If the construction or alteration commenced after that date, it's considered new construction or alteration, right?

MS. O'NEIL:  Excuse me.  Objection.  Calls for legal conclusion.

THE WITNESS:  I would just read the plain meaning of the words here.  If the construction or

119

Kevin Jensen                    February 12, 2010

alteration has begun after January 26, 1992.

BY MR. JOHNSON:

Q.    And, in that case, it says here that it needs to be made readily achievable and usable.

A.    Uh-huh.

Q.    This means that the facility -- and I'm reading from the text here.  This means that the facility must be designed, constructed or altered in strict compliance with the design standard.

Do you agree with that statement?

MS. O'NEIL:  Objection.  Calls for a legal conclusion.

THE WITNESS:  This is an interpretive document, but my understanding is that the intent of Title II is to establish design standards.

To the extent that they did or didn't is another matter for a particular area.

BY MR. JOHNSON:

Q.    Well, my question is whether facilities that are designed, constructed or altered after January 26, 1992 must be designed, constructed or altered in strict compliance with the design standard.

Do you agree with that statement?

A.    If there's a design standard.  The issue in the public right of way is, to this day, there isn't

120

Kevin Jensen                    February 12, 2010

really a design standard that's been adopted at the federal level. And not much at the state level, either.

Q. There's no ADAAG design standard for curb ramps?

A. There are for curb ramps in particular, but little else.

Q. I understand why you think I was asking specifically about curb ramps because I followed on some questions about that.

But, just as a general matter, do you agree with this statement that a facility that is designed, constructed or altered after January 26, 1992, must be designed, constructed and altered in strict compliance with a design standard?

A. Well, strict compliance is even a particular issue. Because even the Act itself and ADAAG allows for areas where strict compliance is not structurally practical or technically feasible.

So this is not the be all/end all of what the intent of the law is, which is a much more complex issue.

Q. Well, in that case, when those exceptions are incorporated within the design standard, then it's still in compliance with the design standard, right?

121

Kevin Jensen                                February 12, 2010

A.   Well, the design standards don't necessarily seek to or try to establish all kinds of alternates. That's up to the design professionals or whoever is involved in the design to document on a case-by-case basis what is or isn't structurally practical or technically feasible or otherwise an undue burden or administrative expense in the case of a Title II entity.

So if the term strict compliance is construed to meaning all of that, then that would be strict compliance.  But it has to include all the reasonable measures that are built into the ADA that allow for variation.

It didn't purport to set forth a design standard.  It's a design guideline.  And, as such, the intent was -- and is -- as I understand it -- that here are some hard and fast examples of what would be considered acceptable, but it's by no means the only way to do it.

There are allowances both in the Building Code and the wording of ADAAG and ADA that if you can show you have another way to do it that's as good or better, do it.

Q.   Are you talking about equivalent access or equivalent facilitation?

122

Kevin Jensen                    February 12, 2010