# EXHIBIT 19

# KIROLA: C07-3685: SITE INSPECTIONS  -  ACCESSIBILITY ASSESSMENT

| FACILITY/SITE:  Tenderloin Recreation Center | SEQ. # | 6 |
|---|---|---|
| FEATURE:        #41 RESTROOM / (CA multi-acom RR) | | |

LOCATION: 1st floor Girl's restroom

MEMO:

Notes:

## NON-COMPLIANT CONDITIONS:

| COD | CONDITION DESCRIPTION | ACTUAL |
|---|---|---|
| A09 | Cross slopes along accessible route do not exceed 2%. ADAAG 4.17.1;  4.23.3 | 2.7% to 4.8% for the entire length of restroom |

