# EXHIBIT 20

# KIROLA: C07-3685: SITE INSPECTIONS  -  ACCESSIBILITY ASSESSMENT

| FACILITY/SITE:  Woh Hei Yuen Recreation Center | SEQ. # | |
|---|---|---|
| FEATURE:          #20.2 DOOR/GATE WITH CLOSER | | **11** |

LOCATION: Women's restroom

MEMO:      Door at end of stall, swinging in

Notes: | This door is completely unusable to the majority of wheelchair users; further, it is  likely to trap a user who attempts to maneuver into a transfer position to the WC

## NON-COMPLIANT CONDITIONS:

| COD | CONDITION DESCRIPTION | ACTUAL |
|---|---|---|
| A10 | PULL side: FRONT approach clearance perpendicular to closed door is 60″ x 18″ past latch jamb.  ADAAG  Fig. 25(a) | 47.5" to wall, 22.25" to WC (not 60" x door width).  22.5" to WC at latch side (not 60" x 18" past latch jamb) |

