# EXHIBIT 21

# KIROLA: C07-3685: SITE INSPECTIONS  -  ACCESSIBILITY ASSESSMENT

| FACILITY/SITE:  Minnie Lovie Recreation Center | SEQ. # | 8 |
|---|---|---|
| FEATURE:          #12 RAMP | | |

LOCATION: East entrance ramp

MEMO:

Notes:

## NON-COMPLIANT CONDITIONS:

| COD | CONDITION DESCRIPTION | ACTUAL |
|---|---|---|
| A03 | Running slope is 8.33% max.. ADAAG 4.8.2 | Many flags have noncompliant slopes of up to 9.8%; suspected cause is poor concrete mix and slumping (so that the top of each flag is steeper than the bottom) |
| A04 | Cross slope of ramp is 2% max.  ADAAG 4.3.7 | Portions up to 3.0%% |
| A11 | Interm. landing is min. level 60″ x 60″ at ramp change of direction.  ADAAG 4.8.4 (3) | One intermediate landing slopes 3.4% |
| B12 | Handrails are provided at both sides except at ext. door landing w/max. 6″ rise /72″ run or curb ramps or adjacent to assembly seating. CBC 1133B.5.5.1 | last section at bottom has 6.3% running slope but has no handrails |

  

