# EXHIBIT 24



**City and County of San Francisco**

# Department of Building Inspection

*DISABLED ACCESS - 6/2/08*
*PID - 3/22/08*
*ELD - 5/8/08*
*5/8/08*
*BSM - 6/6/08 - OK*

## CERTIFICATE OF FINAL COMPLETION AND OCCUPANCY

LOCATION: _151_ _MONTANA ST._ _7068/001_
(number)    (street)                                    (block and lot)

Permit Application No: _200312303207_ Type of Construction: _V-1HR_ Stories: _ONE (1)_ Dwelling Units: _0_

Basements: _0_ Occupancy Classification: _A-3, A2-1_ No. of Guestrooms: _0_ with cooking facilities: _0_

Description of Construction: _ERECT ONE (1) STORY RECREATION CENTER and OTHER MISC. STRUCTURES/BUILDINGS PER APPROVED PLANS._

To the best of our knowledge, the construction described above has been completed and, effective as of the date the building permit application was filed, conforms both to the Ordinances of the City and County of San Francisco and to the Laws of the State of California. The above referenced occupancy classification is approved pursuant to Section 109 of the *San Francisco Building Code.*

Any change in the use or occupancy of these premises--or any change to the building or premises--could cause the property to be in violation of the *Municipal Codes* of the City and County of San Francisco and, thereby, would invalidate this *Certificate of Final Completion and Occupancy.* A copy of this *Certificate* shall be maintained on the premises and shall be available at all times. Another copy of this *Certificate* should be kept with your important property documents.

Before making any changes to the structure in the future, please contact the Department of Building Inspection, which will provide advice regarding any change that you wish to make and will assist you in making the change in accordance with the *Municipal Codes* of the City and County of San Francisco.

Approved: _5-08-08_ 200_ Bureau of Fire Prevention        This certificate issued on: _6-06-08_ 200_

by: ___RUSSELL SFFD____
(Signature)          (Printed Name)                *Sam Haren*
                                                     ISAM HASENIN, P.E., C.B.O., Director of Building Inspection

Approved: _____ 200_ Department of Public Health     by: _RAFAEL LEO_ , Building Inspector

by: _____              by: _____ , Housing Inspector
(Signature)          (Printed Name)           (Signatures)          (Printed Names)

Copies: White (original to microfilm); Blue (to property owner); Yellow (to Building Inspector); Pink (to Housing Inspector)

9003-M-36 (Rev. 9/00)

*MAIN Building*

# City and County of San Francisco

## DEPARTMENT OF BUILDING INSPECTION

# JOB CARD



**OFFICE HOURS: THE BUILDING INSPECTION IS OPEN DAILY, MONDAY THRU FRIDAY,**
*FROM 7:30 a.m. TO 5:00 p.m.* DISTRICT BUILDING INSPECTORS KEEP OFFICE HOURS DAILY,
MONDAY THRU FRIDAY, *FROM 7:30 a.m. TO 8:30 a.m. AND FROM 3:00 p.m. TO 4:00 p.m.*

### REQUESTS FOR INSPECTIONS ARE TAKEN ONLY DURING THE HOURS OF
### 8:30 A.M. TO 3:00 P.M. BY CALLING (415) 558-6096

APPLICATION NO. *2003/12/30/3207* _____ PERMIT NO. _____ ISSUED *12/14/05*

JOB ADDRESS: *151 Montana St* _____ BLOCK: _____ LOT: _____

NATURE OF WORK: _____

_____

_____

WORK PERMITTED UNDER AUTHORITY OF THIS BUILDING PERMIT NUMBER MUST START BY 90 DAYS
AND BE COMPLETED BY ___ *12/14/08* _____.

WORK UNDERWAY MUST BE INSPECTED AT LEAST EVERY NINETY (90) DAYS IN ORDER TO PREVENT EXPIRATION
DUE TO ABANDONMENT OF WORK.

EXTENSIONS OF THE "START" & "COMPLETE WORK" DATES OF THIS BUILDING PERMIT NUMBER MAY BE GRANTED
UPON WRITTEN REQUEST PRIOR TO THE DATES NOTED ABOVE.

**For information on the Permit Process, Building Plans Review, Access Issues, etc., please see page 4 of this
JOB CARD for useful and appropriate telephone numbers.**

*ELECTRICAL & PLUMBING WORK MUST HAVE PERMITS SEPARATE FROM A BUILDING PERMIT.*

*KEEP THIS CARD POSTED IN A CONSPICUOUS PLACE ON THE JOB SITE AT ALL TIMES.*
*PLANS AND PERMIT DOCUMENTS SHALL BE ON THE JOB SITE*
*AT ALL TIMES WHEN WORK IS IN PROGRESS.*
*AFTER COMPLETION OF WORK, RETAIN THIS CARD FOR YOUR RECORDS.*

# FORM

**City and County of San Francisco**

## DEPARTMENT OF BUILDING INSPECTION

### INSPECTION RECORD

*7.25.07 1 sink in Arts, 2 sinks in kitchen, Mens Room o.k. less urinal drain & vent. Womans Room o.k. To cover R...*

APPLICATION NO. _2003/12/30/3207_    PERMIT NO. _1074719_    ISSUED _12/14/05_

JOB ADDRESS: _151 Montana St_    BLOCK: _    LOT: _

NATURE OF WORK: _...07 2 Community ... R-13; TBAX ... Lath/Stucco ... Solar_

| Do Not Pour CONCRETE until the following are signed | | | |
|---|---|---|---|
| **INSPECTIONS** | **Dates** | **Inspectors** | |
| Foundation Forms | 5/11/06 | | |
| Foundation Steel | 5/11/06 | | |
| Grounding Electrode | | | |
| **O.K. TO POUR** | | | |

| Do Not Pour CONCRETE SLAB until the following are signed | | | |
|---|---|---|---|
| **INSPECTIONS** | **Dates** | **Inspectors** | |
| Plumbing Underground | 8-706 | | |
| Electrical Underground | see | | |
| Fire Service Underground | | | |

| Do Not COVER until the following are signed | | |
|---|---|---|
| **INSPECTIONS** | **Dates** | **Inspectors** |
| Rough Framing | | |
| Rough Electrical | see | |
| Rough Plumbing | | |
| Insulation | | |
| Sound Transmission | | |
| Rough Sprinklers (PLBG) | | |
| Rough Sprinklers (FIRE) | | |
| Flue & Vents (PLBG) | 2/19/06 | |
| Flue, Vents, Ducts (BLDG) | | |
| Hydrostatic Test | | |
| Lath | | |
| **O.K. TO COVER** | | |

| ADDITIONAL WORK REQUIRING APPROVALS | | |
|---|---|---|
| **INSPECTIONS** | **Dates** | **Inspectors** |
| Special | | |
| Special | | |
| Special | | |
| Shower Pan | | |
| Standpipes (wet/dry) | | |
| Fire Alarm | | |
| Security Ordinance | | |
| Energy Ordinance | | |
| Smoke & Heat Detectors | | |

| FINAL INSPECTIONS REQUIRED | | |
|---|---|---|
| **INSPECTIONS** | **Dates** | **Inspectors** |
| Special | | |
| Code Enforcement | | |
| Disabled Access | 6/2/2008 | FW |
| Housing | | |
| Mechanical | | |
| Plumbing | | |
| Electrical | 5/08 | |
| Street Use & Mapping | | |
| Urban Forestry | | |
| Fire Department | 5/5/08 | |
| Health Department | | |
| Building | | |
| **CERTIFICATE OF FINAL COMPLETION** | | |

**WARNING:** THE PROVISIONS OF YOUR BUILDING INSPECTION PERMIT WILL BE NULLIFIED UNLESS ALL FINAL INSPECTIONS ARE SIGNED OFF ABOVE BY THE APPROPRIATE INSPECTORS.