# EXHIBIT 26

CITY AND COUNTY OF SAN FRANCISCO

OFFICE OF THE CITY ATTORNEY



DENNIS J. HERRERA
City Attorney

Elaine M. O'Neil
Deputy City Attorney

Direct Dial:    (415) 554-4261
Email:          elaine.o'neil@sfgov.org

March 5, 2010

<u>VIA EMAIL</u>

Mark T. Johnson
Schneider Wallace Cottrell Brayton Konecky LLP
180 Montgomery Street, Suite 2000
San Francisco, CA 94104

Re:    *Kirola, et al. v. The City and County of San Francisco, et al.*
       <u>*San Francisco's Written Responses to Questions Re Curb Ramp Construction*</u>

Dear Mark:

In connection with our meet and confer discussions regarding plaintiffs' Rule 30(b)(6) curb ramp deposition notice, the City agreed to provide plaintiffs with written responses to questions posed by plaintiffs' counsel. These questions are set forth in your January 25, 2010 letter at page 2. The information represents the City's best response to plaintiffs' questions based on reasonably available information.

1.    <u>The number and location of curb ramps installed by the City each year since 1970 (or as far back as information is reasonably available).</u>

In 2000, the City, through its Department of Public Works ("DPW"), created the Curb Ramp Information Systems ("CRIS") database to record information about curb ramps constructed in the City. In connection with the development of the CRIS database, the City contracted with an outside consultant to survey the existence of curb ramps constructed in City streets and their condition as related to the curb ramp's usefulness to persons with disabilities. The consultant surveyed a majority of the City's intersections. Since then and continuing to the present, DPW continues investigate unsurveyed locations within the City and record curb ramp information in CRIS. According to the CRIS database, as of February 5, 2010, the City has identified 22,363 curb ramps existing in the City. Because the City has not surveyed every intersection in the City and curb ramps are installed through a variety of projects other than those managed by DPW, it is possible that additional curb ramps exist in City streets that have not been captured in the CRIS database.

The CRIS database has records of most of the DPW-managed paving and curb ramp projects that installed curb ramps since the year 2000 when the City began using the database to

---

FOX PLAZA · 1390 MARKET STREET, SEVENTH FLOOR · SAN FRANCISCO, CALIFORNIA 94102-5408
RECEPTION: (415) 554-3800 · FACSIMILE: (415) 554-3985

n:\cxlit\li2010\080122\00614613.doc



PLAINTIFF'S
EXHIBIT
151
K. Spielman, V. IV

CCSF-KIROLA 043811

CITY AND COUNTY OF SAN FRANCISCO                    OFFICE OF THE CITY ATTORNEY

Letter to Mark T. Johnson
Page 2
March 5, 2010

collect curb ramp information.  The database may not have complete information about curb ramp constructed by projects managed by other City departments such as the Department of Recreation and Parks or the Municipal Transportation Agency).  Curb ramp construction information (i.e., the date curb ramps were constructed) from projects completed prior to 2000 have been added to the CRIS database when as-built drawings were available.  DPW's surveys of existing curb ramps in the City have not attempted to identify the date a particular curb ramp was constructed.  Therefore, the CRIS database has a far less complete record of the dates curb ramps were constructed prior to 2000.

The data provided on the following chart and attached Exhibit 1 is generated from the CRIS database.  Exhibit 1 contains spreadsheets of the locations where curb ramps were constructed for each year from the CRIS database.

| Source : SF Curb Ramp Database (dbo.tblcrProjLoc) | |
|---|---|
| Data as of : February 5, 2010 | |
| Q1: The number of curb ramps installed by the city each year | |
| Calendar Year | Constructed Curb Ramps |
| 1989 | 16 |
| 1990 | 61 |
| 1991 | 181 |
| 1992 | 180 |
| 1993 | 184 |
| 1994 | 234 |
| 1995 | 356 |
| 1996 | 324 |
| 1997 | 88 |
| 1998 | 127 |
| 1999 | 292 |
| 2000 | 266 |
| 2001 | 469 |
| 2002 | 1050 |
| 2003 | 849 |
| 2004 | 283 |
| 2005 | 179 |
| 2006 | 582 |
| 2007 | 414 |
| 2008 | 1123 |
| 2009 | 674 |

n:\cxlit\li2010\080122\00614613.doc

**CCSF-KIROLA 043812**

CITY AND COUNTY OF SAN FRANCISCO                    OFFICE OF THE CITY ATTORNEY

Letter to Mark T. Johnson
Page 3
March 5, 2010

2.     The funds allocated by the City each year for curb ramp construction, including the
       sources of those funds (such as paving projects, Mayor's Office on Disability, Proposition
       K, or TDA)

       Attached as Exhibits 2(a) and 2(b) are spreadsheets showing, respectively, the lists of
curb ramp construction projects under the City's the Curb Ramp Program and Paving Program
with funding allocation and fund source information. Both exhibits have been prepared by DPW
personnel based on reasonably available (i.e., non-archived) files. Exhibit 2(a) lists the Curb
Ramp Program projects that have been identified by DPW personnel dating back to FY
1998/1999 and the funding source for those projects. Exhibit 2(b) lists Paving Program projects
that have been identified by DPW personnel dating back to FY 1999/2000.

       With respect to Exhibit 2(b), in many instances the paving projects did not separate curb
ramp costs from overall paving costs, so DPW personnel have made certain assumptions to
develop the approximate cost estimates for curb ramp construction. Prior to FY 2002-2003, little
data is available in the identified paving contracts regarding the anticipated cost of the curb
ramps constructed beyond the reference to curb ramps as a component of the contract.
Generally, however, curb ramps constructed prior to this date were built with generic plans with
no extra work for sidewalk, curb, gutter, pavement patching, or utility relocation. The average
cost of such curb ramps was approximately $1,000 and this value was used by DPW personnel in
preparing Exhibit 2(b). Starting in around FY 2003-2004, the identified paving contracts
contained specified items for additional sidewalk, curb, gutter and utility work. In consideration
of this additional work, DPW personnel used an average construction cost of $9,000 per curb
return to prepare Exhibit 2(b), divided by the 1.84 average curb ramps per curb return (DPW
uses 1.84 because it represents the ratio of curb ramps to curb returns for the identified locations
in the CRIS database). Beginning in FY 2005-2006, DPW's Paving Program began to separately
track the additional costs associated with curb ramp design, so the total cost to the City of curb
ramp construction after this date includes construction and design costs.

3.     The number and location of potential curb ramp sites where the City determined that
       construction of a curb ramp was unnecessary or technically infeasible

       The number of potential curb ramp sites where a curb ramp was determined to be
unnecessary or technically infeasible is recorded on the CRIS "Curb Ramp Statistics" tab and
titled "Nonexistent curb ramps – no pedestrian crossing or curb ramp constructible". As of
February 5, 2010, CRIS reports that this number was 5,954. However, this number constantly
changes as more data is entered and updated. Attached as Exhibit 3(a) is a spreadsheet showing
the number and location of potential curb ramp sites where the City has determined construction
of a curb ramp is unnecessary (2514 locations). Attached is Exhibit 3(b) is a spreadsheet
showing the number and location of potential curb ramp sites where the City has determined that
it is technically infeasible to construct a curb ramp consistent with the City's curb ramp design

CCSF-KIROLA 043813

CITY AND COUNTY OF SAN FRANCISCO                    OFFICE OF THE CITY ATTORNEY

Letter to Mark T. Johnson
Page 4
March 5, 2010

standards (3440 locations). In February 2009, the DPW Streets & Highways Curb Ramp Group started to document the reasons for not being able to design curb ramps at potential curb ramp locations. Attached as Exhibit 3(c) are copies of Exception Documentation sheets that the curb ramp designers have completed and filed with their project folders since February 2009.

4.      The number and location of curb ramps having excessive slopes and each other feature for which the City's curb ramp rating system requires a deduction.

        The data provided on the following chart is from the CRIS database as of February 5, 2010. Attached as Exhibit 4 are spreadsheets depicting the locations where deductions were taken for the various attributes.

| Source : SF Curb Ramp Database (dbo.tblcrCond) Data as of : February 5, 2010 Total Curb Ramps Constructed in City = 22363 Q4: The number of curb ramps having excessive slopes and each other feature for which the City's curb ramp rating system requires a deduction | | | | |
|---|---|---|---|---|
| Curb Ramp Condition Criteria | Source Field from tblcrcond | Deduction Point | Curb Ramps where deduction taken | Curb Ramps where deduction not taken |
| Does the ramp have a detectable surface? | detectableSurf | 5 | 16271 | 6092 |
| Is the lip too high? | lipTooHigh (>1/2") | 5 | 2635 | 19728 |
| Are there poles or hydrants in the curb ramp wing within 6" of the ramp? | signalPoleInWing | 2 | 1655 | 20708 |
| Is the catch basin in the landing area in front of the curb ramp? | catchBasinFrontOfCR | 20 | 963 | 21400 |
| Is the curb ramp inside the path of travel/crosswalk? | insideCrosswalk | 0 | 4068 | 18295 |
| Is the surface condition acceptable? | surfCond | 5 | 1300 | 21063 |
| Is the slope of the sides of the ramp (i.e., the wings) less than 10%? | slopeWing | 2 | 3038 | 19325 |

n:\cxlit\li2010\080122\00614613.doc

CCSF-KIROLA 043814

CITY AND COUNTY OF SAN FRANCISCO                OFFICE OF THE CITY ATTORNEY

Letter to Mark T. Johnson
Page 5
March 5, 2010

| Curb Ramp Condition Criteria | Source Field from tblcrcond | Deduction Point | Curb Ramps where deduction taken | Curb Ramps where deduction not taken |
|---|---|---|---|---|
| Is there color contrast concentrate to indicate the curb ramp? | colorContrast | 2 | 6420 | 15942 |
| Is the curb ramp width acceptable? | CRTooNarrow (<4') | 20 | 1723 | 20640 |
| Is there a clear, level landing at the top of the ramp? | levelLandTop (>2%) | 8 | 2631 | 19732 |
| Is there a clear, level landing at the bottom of the ramp? | levelLandBottom (>2%) | 13 | 15791 | 6572 |
| Slope of this curb ramp | slopeRangeID = 1 (<6.67%) | 0 | 2581 | |
| | slopeRangeID = 2 (6.67-8.33%) | 0 | 8226 | |
| | slopeRangeID = 3 (8.33-10%) | 12 | 3298 | |
| | slopeRangeID = 4 (> 10%) | 25 | 6292 | |
| | slopeRangeID = 5 (unknown) | 0 | 1966 | |

5.    Information About Prop K and TDA, such as a description of these funding sources, when they were first available to the City, whether they have an end date, how amounts received by City are calculated, and constraints placed on the City's use of funds.

*Note*: The following information is provided by DPW personnel based upon the Department's understanding of these two funding sources. This statement is not intended by DPW to be, and should not be relied upon by plaintiffs' counsel as, a legal opinion or statement.

**TDA**

The Transportation Development Act (TDA) of 1971 earmarked ¼ percent of the general state sales tax (7.25%) for transit purposes and created a Local Transportation Fund (LTF) in each county to receive the funds. The State Board of Equalization returns the general sales tax revenues to each county's Local Transportation Fund according to the sales tax collected in each county.

n:\cxlit\li2010\080122\00614613.doc

CCSF-KIROLA 043815

CITY AND COUNTY OF SAN FRANCISCO                    OFFICE OF THE CITY ATTORNEY

Letter to Mark T. Johnson
Page 6
March 5, 2010

Article 3 of the TDA apportions 2% of the ¼ cent sales tax for the purpose of funding bicycle facility, education and safety projects as well as pedestrian, street & road development projects. The funds are allocated by the Metropolitan Transportation Commission annually and disbursed under TDA Article 3 to the nine Bay Area counties.

In San Francisco, TDA-3 funds are split between DPW and MTA. MTA applies for bicycle projects and DPW applies for pedestrian projects. Allocations are based on MTC's estimate of funds available for allocation.

DPW uses currently uses TDA-3 to repair sidewalks citywide and for preliminary engineering and design of curb ramps. According to Board of Supervisors Resolution 892-90 (11/6/1990), San Francisco diverted 100% of TDA-3 funds to Muni from 1971 – 1983; beginning in 1984 2/3$^{rds}$ went to Muni for transit projects and 1/3rd was reserved for bicycle and pedestrian projects. The TDA does not have a sunset date.

**Proposition K**

In November 2003, San Francisco voters approved Proposition K, extending the ½ cent sales tax to fund transportation improvements and approving a new 30-year Expenditure Plan, which superseded the prior Prop B Expenditure Plan. The Prop K Expenditure Plan determines eligibility for sales tax funds through a list of specific projects and programs. It also sets caps for the maximum amount of Prop K funds that will be available for specific projects and programs over the 30-year Expenditure Plan period.

According to the Prop K Expenditure Plan, curb ramp funds are to be used for "Construction of new wheelchair curb ramps and related roadway work to permit ease of movement for the mobility impaired. Reconstruction of existing ramps. Includes project development and capital costs."

The Prop K Strategic Plan is the programming document that guides the timing of fund allocations. According to this document Prop K fund allocations began in FY 2004-05 and will end in FY 2031/2032.

6.    With respect to curb ramps built by way of MTA traffic signal projects, what is the basis for DPW's assumption that in any given year a certain number of curb ramps will be constructed through traffic signal projects. Is there any coordination between MTA and DPW on these projects? What is the source of funding of traffic signal projects?

The following information is not derived from the CRIS database. During the Fiscal Years 2006-2007 and 2007-2008, MTA Traffic Signal projects constructed approximately 90 curb ramps per year. During the FY 2008-2009, the number of curb ramps constructed by Traffic Signal projects dropped to approximately 30 curb ramps. The projected numbers of 60 curb ramps constructed by Traffic Signal projects in future years is a placeholder used by DPW for

CCSF-KIROLA 043816

CITY AND COUNTY OF SAN FRANCISCO                    OFFICE OF THE CITY ATTORNEY

Letter to Mark T. Johnson
Page 7
March 5, 2010

planning purposes so that DPW can have available staff to design these curb ramps for MTA. DPW does not have an actual count of planned MTA curb ramps. MTA has other projects besides traffic signals that construct curb ramps, including Safe Routes To Schools, Pedestrian Safety, and Traffic Calming that are included in the Traffic Signal estimated count and projections on the DPW curb ramp chart. Recently, several joint projects between MTA and Caltrans (19th Avenue, Lombard Street) have installed a large number of curb ramps that are not included in DPW's count. The MTA and DPW meet monthly to review upcoming MTA projects, including those projects that construct curb ramps. The MTA traffic signal projects are generally funded by Prop B and Prop K Sales Tax.

7.    For what years has the City received stimulus funds from the Federal Government for paving or curb ramp projects, what have the amounts been, and what stimulus money is forecast for the coming fiscal year?

The City, via DPW, received American Recovery and Reinvestment Act ("ARRA") funds for paving and curb ramp projects in FY 2009-10. A total of $13,540,000 was programmed for these projects by the Metropolitan Transportation Commission and approved by the City's Board of Supervisors through two accept-expend resolutions (Resolution 143-09, 4/23/09 and Resolution 321-09, 8/6/09). DPW's current programming for ARRA projects is shown in the below table.

| Project | Total ARRA | Other funds | Total Funding |
|---|---|---|---|
| Geary Blvd Intersections Paving (40 curb ramps built) | 499,662 | | 499,662 |
| Jones St Pavement Renovation (38 curb ramps built) | 1,410,277 | | 1,410,277 |
| *Turk St Pavement* Renovation (20 curb ramps built) | 1,195,042 | | 1,195,042 |
| 7th Ave & Laguna Honda Blvd Pavement Renovation (36 curb ramps built) | 2,787,467 | | 2,787,467 |
| Divisadero St Pavement Renovation (92 + curb ramps built) | 2,395,831 | 3,389,000 | 5,784,831 |
| Bush Street Pavement Renovation (119 curb ramps proposed) | 2,000,000 | 217,241 | 2,217,241 |
| Various Locations Curb Ramps (118 curb ramps proposed) | 782,592 | | 782,592 |
| Williams Avenue Pavement Renovation (29 curb ramps proposed) | 1,500,000 | | 1,500,000 |
| Various Locations Curb Ramps #2 (88 curb ramps proposed) | 651,921 | | 651,921 |
| Holloway Avenue Curb Ramps (55 curb ramps proposed) | 317,208 | 44,182 | 361,390 |
| | 13,540,000 | 3,650,423 | 17,190,423 |

n:\cxlit\li2010\080122\00614613.doc

CCSF-KIROLA 043817

CITY AND COUNTY OF SAN FRANCISCO          OFFICE OF THE CITY ATTORNEY

Letter to Mark T. Johnson
Page 8
March 5, 2010

In December 2009, the U.S House of Representatives approved the "Jobs for Main Street" (i.e. "Stimulus II") bill, which contained $40 billion in new funds for surface transportation. Although a Senate version has not yet been developed, the MTC is preparing the region for a potential Stimulus II bill. The SFCTA has solicited lists of potential projects from sponsors and produced a recommended project list that includes $500,000 for a curb ramps and $9,650,000 for street resurfacing projects that could be received in FY 09-10.

We trust this information answers plaintiffs' questions.

Very truly yours,

DENNIS J. HERRERA
City Attorney

ELAINE M. O'NEIL
Deputy City Attorney

cc: Guy Wallace, Esq.
    Whitney Huston, Esq.

n:\cxlit\li2010\080122\00614613.doc

CCSF-KIROLA 043818