# EXHIBIT 27

Case 3:07-cv-03685-AMO Document 926-27 Filed 04/17/26 Page 2 of 12

# Mayor's Office on Disability

TEN
..-XT ONLY
PRINT
A
A
A

## Plan Review and Approval

### Project Review Forms and Information Resources
### ADA Coordinator/Contact Information
### Access Appeals Process for MOD/DPW

Download readers for PDF or Word file.

## Project Review Forms

MOD Project Approval Procedure Information
Project Intake Form (Word)
Project Intake Form (PDF)
Project Sign Off Form (Word)
Project Sign Off Form (PDF)
Play Area Plan Review Verification Form (Word)
Play Area Plan Review Verification Form ( PDF)

All building permit applications for new construction, alteration and additions to buildings and facilities that are publicly funded, in whole or in part, by or on behalf of the City and County of San Francisco must first be approved by the Mayor's Office on Disability (MOD) or by a Department of Public Works (DPW) ADA Coordinator before submittal for permit application intake to the San Francisco Department for Building Inspection. This process was established by the Mayor of San Francisco, through executive order dated June 22, 1998, to ensure that all construction projects undertaken by the Department of the City and County of San Francisco are accessible to and usable by persons with disabilities.

The sign off form shall be embedded into a construction document sheet contained in the permit set of drawings, and the sponsor or architect shall obtain wet ink signature from the ADA Coordinator. In addition, the ADA Coordinator's inspection and sign off on the DBI job card is required to achieve final close-out of the building permit application.

Public funding triggers compliance with Federal access and other access requirements that does not occur within the conventional building code. You can find many resources for these unique requirements and other useful information at our MOD Polices and Resources page.

We recommend the project sponsor and their architect meet with the ADA Coordinator prior to the completion of Schematic Design, to review accessibility requirements of the San Francisco Building Code, federal regulations and DPW or MOD policies.

**ADA Coordinator/Contact Information**

ADA Coordinators and their approval forms can be found at the following:

**MOD Funded and Other Projects.** New Construction or alteration projects conducted by or on 1ehalf of other City and County of San Francisco departments or agencies, and architectural barrier removal projects funded in whole or in part by MOD are to be reviewed by the MOD ADA Coordinator. MOD charges plan check fees for this service and the fee schedule is included on the

project intake form (Word). Jim.Whipple@sfgov.org, (telephone 415- 554-6792, Fax 415-554-6159, TTY 415-6799).

**DPW Project.** New construction and alterations projects conducted by the DPW are to be reviewed by the DPW ADA Coordinator. Kevin.W.Jensen@sfdpw.org telephone 415-557-4685, fax 558-4519, TTY 558-4088

**Port of SF Projects.** New construction and alteration projects conducted by or on behalf of the Port of San Francisco are to be reviewed by the Port's ADA Coordinator. Uday Prasad telephone 415-274-0541

**Access Appeals Process for MOD/DPW**

ADA Coordinator Appeals On those occasions when architects (or project developers) disagree with the ADA Coordinator or Compliance Officer's requirements for a project, the architect may file an appeal. The appeal process afforded for neutral dispute resolution is as follows: Access Appeals Process for MOD/DPW

Access Appeals Commission. On those occasions when architects (or project developers) disagree with interpretations of the San Francisco Department of Building Inspection's plan checkers or inspectors, the City has an appeal process in Section 105.3 of the San Francisco Building Code and the DBI web site at: Access Appeals Commission

# Mayor's Office on Disability

ΓEN
TEXT ONLY
PRINT
A
A
A

## MOD Project Approval Procedure

The Mayor's Office on Disability reviews and approves for accessibility City-funded construction and renovation projects. MOCD and MOD staff pre-screen each year's successful grantee projects to determine which projects require accessibility review.

The standards employed include the requirements of ADAAG (the Americans with Disabilities Act Accessibility Guidelines), UFAS (Uniform Federal Accessibility Standards), the Fair Housing Amendments Act of 1988 Accessibility Guidelines for multi-family residential projects, California Title 24 Chapter 11, the San Francisco Building Code, and other state and local laws, guidelines, and policies for accessibility.

Three phases of review include preliminary review, plan review, and construction inspection.

**Preliminary Review Phase:**

1. **Codes and Standards:** Obtain the necessary codes and standards governing construction and renovation projects covered by Title II of the Americans with Disabilities Act, by the Fair Housing Amendments Act, and other applicable federal, state and local requirements.

   **Project Intake form:** Complete the MOD Project Intake form and email an electronic copy to: Jim.Whipple@sfgov.org

3. **Program and Siting Review:** MOD is willing to meet with you to discuss your project, program, and site, but it is not required. With larger projects, we **recommend** a meeting to identify potential accessibility issues before much time is invested in more detailed plans.

   Other site approvals may be obtained from the Planning Department during the same time period, during parallel processing tracked by the Department of Building Inspection (DBI).

   **Plan Review Phase:**

4. **Plan review:** Along with the MOD Intake Form, submit two full-sized copies of construction plans and a check to cover MOD plan and site review.  See **MOD Project Intake Form** to determine the fee amount.  MOD must approve these plans for accessibility before DBI will accept them.

   For certain projects that do not require DBI construction permits, like landscape projects, play structures, or park improvements, you may submit landscape drawings, photographs, or other documents, such as play equipment catalogs, describing accessibility.

5. **Plan Comments:** MOD will provide written plan review comments detailing needed corrections and send them to the Project Architect or Project Manager via e-mail or fax. As part of the plan comments, MOD will review any hardship requests and make recommendations to DBI.

( **Plan Corrections:** Project Designer must re-submit plans to incorporate MOD corrections (if any). [Note: Incomplete plans or uncorrected plans, lead to delay, additional reviews, and potentially increased costs.]

**MOD Plan Approval:** When MOD receives completed plans, it will stamp both plan sets "APPROVED" and notify the Project Manager that the plans are ready for pick up to go to DBI.

8. **DBI Plan Approval:** DBI will review and approve plans, and issue Building Permit. Further review may include approvals by the Planning Department, the Fire Department, the Public Health Department or others, as appropriate.

9. **Restamp of Plans:** Any plan sheets replaced as a result of review by DBI or any other City Agency, must be re-stamped by MOD prior to re-submittal.
**Construction Inspection Phase:**

.0. **Optional MOD Site Inspection:** You may contact MOD to schedule one or more site inspections as your project nears 50% and 90% completion, depending on the size of the project.

.1. **Mandatory Framing Inspection for All Projects:** MOD will inspect all projects during framing for grab bar backing and other accessibility features. Any non-complying items found in the field will be noted on an MOD Correction Notice, to be e-mailed or faxed to the contractor.

.2. **MOD Final Site Inspection:** Please contact MOD to schedule a 100% completion site inspection for every project. (Again, MOD will send Correction Notices for non-compliant items.) Once Correction Notice items related to accessibility are completed, MOD will sign off on the DBI Job Card and transmit the MOD Access Compliance Approval form to the project manager of his / her designate.

**MOD Construction Approval:** For new construction projects or for projects in existing facilities that involve a change in occupancy or new additions, MOD will sign the DBI Job Card and the Temporary Certificate of Occupancy (TCO) and / or the Certificate of Final Completion (CFC), as appropriate.
For further information, contact MOD at 415-554.6789.  The direct line for the ADA Project Compliance Officer is: 415-554.6792.
Documents available on the internet:
Project Intake Form (Word)
Project Intake Form (PDF)
Project Sign Off Form (Word)
Project Sign Off Form (PDF)

# Mayor's Office on **Disability**
## Project Intake



**Gavin Newsom**
Mayor

**Susan Mizner**
Director

| Project Name: | | | |
|---|---|---|---|
| **MOD Intake Date:** | | **MOD Project Number:** | 2006- |

## Contact Information:

| Project Address: | | | |
|---|---|---|---|
| **CCSF Sponsor/ funder:** | **Phone:** | **Fax:** | **Email :** |
| **Project Manager Name:** | **Phone:** | **Fax:** | **Email :** |
| **Organization:** | **Phone:** | **Fax:** | **Email :** |
| **Contact address:** | | | |
| **Project Owner:** | **Phone:** | **Fax:** | **Email :** |
| **Project Architect:** | **Phone:** | **Fax:** | **Email :** |
| **Firm:** | **Phone:** | **Fax:** | **Email :** |

## Project Description:

| Brief Narrative Description: | | |
|---|---|---|
| **Project Funding Sources:** | **Amount:** | **Source:** |
| **Federal:** | | |
| **State:** | | |
| **City:** | | |
| **Other:** | | |
| **TOTAL:** | | **All Sources** |

401 Van Ness, Room 300, San Francisco, CA 94102     415.554.6789     415.554.6159 fax
415.554.6799 TTY     MOD@sfgov.org

MOD Project Intake

## Housing/ Dormitory Project Information:

| Residential Units Y/N: | If yes, complete this section | Dwelling units | Beds | Total |
|---|---|---|---|---|
| | Fully Accessible (504, UFAS) | | | |
| | Adaptable (FHAA, T24) | | | |
| | Visual/ Hearing Accessible | | | |
| | Inaccessible | | | |
| | Total | | | |

## Project Scope:

| | Y / N: |
|---|---|
| Barrier removal only | Y / N: |
| New Construction | Y / N: |
| Renovation under Title 24 threshold | Y / N: |
| Renovation over Title 24 threshold | Y / N: |
| Commercial usage included | Y / N: |
| Public accommodation included | Y / N: |
| Number of floors | |
| Floor plate over 3,000 sq. ft. | Y / N: |
| Approximate total square footage of project | |
| One or more elevators in project | Number: |

**Other Comments:**

Submitted by: _____

Date: _____

E-mail form to: MOD@sfgov.org    (Note: Review of Projects submitted to MOD prior to payment cannot be processed until payment has been received).

## Fee Schedule (Effective August 29, 2005)

| **Project** | **Fee** |
|---|---|
| _____ **Small Projects** (Valuation up to $100,000) | Flat Fee: $150.00 |
| _____ **Medium Projects** (Valuation of $100,001 to $1,000,000) | 0.15% of Development Cost |
| _____ **Large Projects** (Valuation of $1,000,001 to $10,000,000) | $1,600.00 + .05% of Development Cost |
| _____ **Extra Large Projects** (Valuation of $10,000,001 and up) | $10,000.00 + .015% of Development Cost |

Fee Calculation: _____ x _____ = _____

Please make check payable to: **City and County of San Francisco**
Submit Project and Payment (check only) to: Mayor's Office on Disability, Monday – Friday, 8:30 am – 4:30 pm 401 Van Ness Avenue, Room 300, San Francisco, CA 94103; Phone: (415) 554-6789

Projects submitted to MOD must include payment.  Projects submitted without payment will not be processed.

Fee Submitted _____    Check # _____    Date Submitted _____

# Mayor's Office on Disability

## DISABILITY ACCESS COMPLIANCE APPROVAL



**Gavin Newsom**
Mayor

**Susan Mizner,**
Director

PROJECT:    **Project Name**                    Number: FY2006:____
Project Address:  address

THE MAYOR'S OFFICE ON DISABILITY HAS REVIEWED AND APPROVED:
_____  Site Permit Plans
_____  Final Construction Plans

ACCESSIBILITY COMPLIANCE AT THE SITE HAS BEEN APPROVED IN THE FOLLOWING FORM:
_____  Temporary Certificate of Occupancy (TCO)
_____  Final Signoff
_____  Certificate of Final Completion (CFC)

By:  Jim Whipple                            Date:

Rev: March 05        401 Van Ness, Suite 300   San Francisco, CA 94102         415.554.6789        415.554.6159 Fax
                                                                               415.554.6799 TTY   MOD@sfgov.org

Common/AdminMod/Forms/Project signoff-Disability Access Compl.Approval-2006

# Mayor's Office on **Disability**



**Gavin Newsom**
Mayor

**Susan Mizner**
Director

## Play Area Plan Review Verification Form

Project Name: _____     Review No: _____

Project Location: _____     Project Architect/ Engineer:_____

Project Manager: _____

Project Description: _____

_____

_____

Age (Use one form for each play structure):  ☐ Infant  ☐ Pre-School (2-4 yrs)  ☐ School (5-12 yrs)

Occupancy Classification(s) or Facility Use: _____

Project Cost: _____

Estimated Date of Completion: _____

New Construction:    ☐yes ☐No        Alteration:    ☐yes ☐No

### Definitions

| | | |
|---|---|---|
| **Play Component** | : | Manufactured or natural element used for play, socialization, or learning. There are two types of play components: elevated and ground level. |
| **Elevated Component** | : | A play component that is approached above or below grade and is part of a composite structure that provides a variety of play activities. |
| **Ground Component** | : | A play component that is approach and exited at ground level, such as spring rocker, swing, or stand-alone climber. |
| **Type** | : | Amount of each different type of ground level play component required to be accessible. |
| **Composite Play Structure** | : | Two or more play structures attached or functionally linked, to create one integral unit that provides more than one play activity (ASTM F 1487-98). |
| **Transfer System** | : | A transfer system provides a platform onto which children using wheelchairs can transfer. Transfer steps from the platform provide a means of access from the platform to play components. |
| **Use Zone** | : | The ground level area beneath and immediately adjacent to a play structure or equipment that is designated by <u>ASTM F 1487 Standard Consumer Safety Performance Specification for Play-ground Equipment for Public Use</u> for unrestricted circulation around the equipment and on whose surface it is predicted that a user would land when falling from or exiting the equipment. If Use Zone is part of an accessible route, transfer space or wheelchair maneuvering space at an accessible play component, it must also meet <u>ASTM F 1951-99 Standard for Determination of Accessibility to Surface Systems Under and Around Playground Equipment</u> (see attached Certification). |

401 Van Ness, Room 300, San Francisco, CA 94102        415.554.6789        415.554.6159 fax
415.554.6799 TTY     MOD@sfgov.org

### 1.0 Elevated Play Components

| PICK ONE | TOTAL | RAMP ACCESS | RAMP OR TRANSFER SYSTEM ACCESS | YES | NO |
|---|---|---|---|---|---|
| ☐ | Less than 20 | Not Required | 50% Min. | ☐ | ☐ |
| ☐ | 20 or More | 25% Min | 25% by ramp or transfer system, in addition to min. ramp access – may connect to other elevated play components. | ☐ | ☐ |

Comments:

### 1.0 Ground Level Play Components

2.1  ☐yes ☐No ☐NA ☐Comment        Ground level requirements based on number of elevated play components

| ELEVATED PLAY COMPONENTS | | GROUND LEVEL PLAY COMPONENTS: minimum required for the amount at left | | | | | |
|---|---|---|---|---|---|---|---|
| PICK ONE | AMOUNT PROVIDED | ON ACCESSIBLE ROUTE | YES | NO | DIFFERENT TYPE(S) | YES | NO |
| ☐ | 2-4 | 1 | ☐ | ☐ | 1 | ☐ | ☐ |
| ☐ | 5-7 | 2 | ☐ | ☐ | 2 | ☐ | ☐ |
| ☐ | 8-10 | 3 | ☐ | ☐ | 3 | ☐ | ☐ |
| ☐ | 11-13 | 4 | ☐ | ☐ | 3 | ☐ | ☐ |
| ☐ | 14-16 | 5 | ☐ | ☐ | 3 | ☐ | ☐ |
| ☐ | 17-19 | 6 | ☐ | ☐ | 3 | ☐ | ☐ |
| ☐ | 20-22 | 7 | ☐ | ☐ | 4 | ☐ | ☐ |
| ☐ | 23-25 | 8 | ☐ | ☐ | 4 | ☐ | ☐ |
| ☐ | >25 | 8 + 1 for each additional 3 over 25, or fraction thereof | ☐ | ☐ | | ☐ | ☐ |

List Elevated Components:

List Ground Level Components:

List Types Ground Level Components:
(ONE EACH TYPE MUST BE ACCESSIBLE)

Accessible: _____

Accessible: _____

Not Accessible:

Not Accessible:

2.2  ☐yes ☐No ☐NA ☐Comment        If ramp access is provided to more than 50% of the elevated play components, which must include at least three (3) different play types, then additional ground level components are not required.

2.3  ☐yes ☐No ☐NA ☐Comment        If no elevated components are provided, then one of each type of ground level component must be accessible.

Comments:

2

_____

**3.0 Accessible Route**

3.1 ☐yes ☐No ☐NA ☐Comment    Completely within play area.
3.2 ☐yes ☐No ☐NA ☐Comment    Connects all required ground level components.
3.3 ☐yes ☐No ☐NA ☐Comment    Connects all required elevated play components by ramp.
3.4 ☐yes ☐No ☐NA ☐Comment    Connects all required play components by transfer system.
3.5 ☐yes ☐No ☐NA ☐Comment    Connects entry and exit points of required accessible play components.
3.6 ☐yes ☐No ☐NA ☐Comment    Overhanging objects & protrusion into ground level accessible route comply.

*Comments:*

_____

**4.0 Ground Level Component Accessible Route**

4.1 ☐yes ☐No ☐NA ☐Comment    Width 60 inches minimum. (If 1,000 sq. ft. area or less, 44-inch minimum)
4.2 ☐yes ☐No ☐NA ☐Comment    Slopes/cross slopes of ramp(s) conform (1:16 max slope).
4.3 ☐yes ☐No ☐NA ☐Comment    Surface slip resistant.
4.4 ☐yes ☐No ☐NA ☐Comment    Handrails, wheel guides, etc. conform. (No handrails required in Use Zone.)
4.5 ☐yes ☐No ☐NA ☐Comment    Top, intermediate and bottom landings conform.

*Comments:*

**5.0 Elevated Component Accessible Route – With Ramp**

5.1 ☐yes ☐No ☐NA ☐Comment    Width 36 inches minimum.
5.2 ☐yes ☐No ☐NA ☐Comment    Slopes/cross slopes of ramp(s) conform (1:12 max slope).
5.3 ☐yes ☐No ☐NA ☐Comment    12-inch max rise per run.
5.4 ☐yes ☐No ☐NA ☐Comment    Surface slip resistant.
5.5 ☐yes ☐No ☐NA ☐Comment    Handrails, wheel guides, etc. conform. (Handrails .95-1.55 inch diameter, 20-28 inch above ramp, extension not required).
5.6 ☐yes ☐No ☐NA ☐Comment    Top, intermediate and bottom landings conform (60 inches).
5.7 ☐yes ☐No ☐NA ☐Comment    Wheelchair maneuvering space provided on structure.

*Comments:*

**6.0 Elevated Component Accessible Route – With Transfer System**

6.1 ☐yes ☐No ☐NA ☐Comment    Transfer space provided.
6.2 ☐yes ☐No ☐NA ☐Comment    Transfer platform provided 14 in deep x 24 in wide x 14 in high. (Pre-School Age)
6.3 ☐yes ☐No ☐NA ☐Comment    Transfer platform provided 14 in deep x 24 in wide x 16 in high. (School Age)
6.4 ☐yes ☐No ☐NA ☐Comment    Transfer steps provided 14 in deep x 24 in wide x 6 in high. (Pre-School Age)
6.5 ☐yes ☐No ☐NA ☐Comment    Transfer steps provided 14 in deep x 24 in wide x 8 in high. (School Age)

*Comments:*

**7.0 Accessible Surface**

7.1 ☐yes ☐No ☐NA ☐Comment    Verify to meet ASTM F 1951-99 Standard for Determination of Accessibility to Surface Systems Under and Around Playground Equipment (see attached Certification).
7.2 ☐yes ☐No ☐NA ☐Comment    Transitions between differing surface materials comply and *are maintainable*.

*Comments:*

3

### 8.0 Other Play Components

8.1  ☐yes ☐No ☐NA ☐Comment    Sand Play (Transfer system if at grade. Knee clearance and reach range provided if elevated table, etc.)

8.2  ☐yes ☐No ☐NA ☐Comment    Water Play (Knee clearance and reach range provided if elevated table. All spigots, buttons must meet force to open, and no pinching, twisting or grasping requirements. Meet all reach range requirements.)

8.3  ☐yes ☐No ☐NA ☐Comment    Soft Contained Play Structures (Accessible route to 2 entry points if 4 or more entries, 1 accessible entry point if 3 or less entries.)

Use:_____

☐yes ☐No ☐NA ☐Comment

Describe how.

Use:_____

☐yes ☐No ☐NA ☐Comment

Describe how.

Use:_____

☐yes ☐No ☐NA ☐Comment

Describe how.

Additional Comments: (not covered above)

*I hereby certify that all the issues identified above have been thoroughly reviewed:*

_____        _____
                **Reviewer**                                          Date