Guy B. Wallace (SBN 176151)
gwallace@schneiderwallace.com
Jennifer U. Bybee (SBN 302212)
juhrowczik@schneiderwallace.com
Travis C. Close (SBN 308673)
tclose@schneiderwallace.com
Scott L. Gordon (SBN 319872)
sgordon@schneiderwallace.com
SCHNEIDER WALLACE
COTTRELL KIM LLP
2000 Powell Street, Suite 1400
Emeryville, CA  94608
Telephone: (415) 421-7100
Facsimile:  (415) 421-7105

James C. Sturdevant (SBN 94551)
jsturdevant@sturdevantlaw.com
THE STURDEVANT LAW FIRM
A Professional Corporation
4040 Civic Center Drive, Suite 200
San Rafael, CA 94903
Telephone:  (415) 477-2410
Facsimile:   (415) 492-2810

Linda M. Dardarian (SBN 131001)
ldardarian@dhkl.law
DARDARIAN HO KAN & LEE
155 Grand Avenue, Sute 900
Oakland, CA 94612
Telephone:   (510) 763-9800
Facsimile:    (510) 835-1417

Jose R. Allen (SBN 122742)
jose.allen@probonolaw.com
525 University Avenue, Suite 1100
Palo Alto, CA 94301
Telephone: (650) 470-4520
Facsimile:  (650) 798-6507

Monique Olivier (SBN 190385)
monique@os-legal.com
OLIVIER & SCHREIBER PC
475 14th Street, Suite 250
Oakland, CA 94612
Telephone: (415) 484-0980

Attorneys for Plaintiff and the Certified Class

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| IVANA KIROLA, et al.,<br><br>        Plaintiffs,<br><br>   v.<br><br>THE CITY AND COUNTY OF SAN FRANCISCO, et al.,<br><br>        Defendants. | Case No. 3:07-cv-03685-AMO<br><br>**NOTICE OF ERRATA REGARDING PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION FOR AN INDICATIVE DECERTIFICATION RULING; MOTION TO DECERTIFY**<br><br>Date:    June 4, 2026<br>Time:   2:00 p.m.<br>Place:  Courtroom 10<br>Judge:  Hon. Araceli Martinez-Olguin |

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

Plaintiffs respectfully submit this Notice of Errata to correct several references to the record in their Opposition to Defendants' Motion for An Indicative Decertification Ruling; Motion to Decertify ("Opposition") and the accompanying Declaration of Guy Wallace ("Wallace Decl."). ECF 925-926.

On page 5, the Opposition cites the trial testimony of class member Jill Kimbrough, indicating that her testimony is found at ECF 702. ECF 925 at 5:8-9. Ms. Kimbrough's trial testimony is in fact found at ECF 701. Relevant excerpts of Ms. Kimbrough's testimony are attached to the Wallace Decl. at Exhibit 5.

On page 6 at footnote 8, the Opposition cites Defendants' Trial Exhibit ("DTX") A13 and DTX A14, indicating that they are attached as Exhibits 24 and 25, respectively, to the Wallace Decl. ECF 925 at 6, n. 8. DTX A13 and DTX A14 are attached as Exhibits 22 and 23, respectively, to the Wallace Decl. (the reference to Exhibits 24 and 25 is incorrect).

On page 16, the Opposition cites the Declaration of Gary K. Waters in Support of Plaintiffs' Motion for Class Certification (ECF 185) at pages 43-45. ECF 925 at 16:4. The correct citation is ECF 185 at 7-12, 43-45 (for this document, the page numbers refer to those listed in the ECF header).

On page 3, the Wallace Decl. states that DTX K10 (Memorandum from Mayor Willie L. Brown, Jr. to "Department Heads" re "Accessibility Reviews," dated June 22, 1998) is attached as Exhibit 24, and DTX P11 (Minnie and Lovie Ward Recreation Center Job Card signed by Kevin Jensen on June 2, 2008) is attached as Exhibit 25. These two exhibits are reversed. DTX P11 is attached as Exhibit 24 and DTX K10 is attached as Exhibit 25 to the Wallace Decl. The citation to these exhibits on page 6 of the opposition (ECF 925 at 6, n. 7) is also reversed and should state that DTX P11 is attached as Exhibit 24 and DTX K10 is attached as Exhibit 25 to the Wallace Decl.

Plaintiffs' counsel apologizes to the Court and opposing counsel for these errors.

Dated: April 20, 2026

/s/ *Guy B. Wallace*
Guy B. Wallace
Attorneys for Plaintiffs

## **CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing document with the Clerk of the Court for the United States District Court, Northern District of California, by using the Court's CM/ECF system on April 20, 2026.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the Court's CM/ECF system.

Dated: April 20, 2026                    /s/ *Guy B. Wallace*
                                         Guy B. Wallace

NOTICE OF ERRATA REGARDING PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION FOR AN INDICATIVE DECERTIFICATION RULING